AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of ___Massachusetts___

FILED
IN CLERKS OFFICE

Lopez et al

V.

City of Lawrence, Massachusetts et al

2001 SEP 2b  A SUMMONS IN A CIVIL ACTION

U.S. DISTRICT COURT
DISTRICT OF MASS.

CASE NUMBER:

# 07 CA 11693 JLT

TO: (Name and address of Defendant)

City of Lawrence
City Hall
200 Common Street
Lawrence, MA 01840

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Leah Barrault
Pyle, Rome, Lichten, Ehrenberg & Liss-Riordan, P.C.
18 Tremont Street, Suite 500
Boston, MA 02108

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK

(By) DEPUTY CLERK

SEP 1 1 2007

DATE

**Essex County Sheriff's Department** • PO Box 2019 • Salem, MA 01970 • 978-750-1900  ext. 3590

*Essex, ss.*                                                                                    September 20, 2007

I hereby certify and return that on 9/17/2007 at  1:30PM I served a true and attested copy of the summons and complaint in this action in the following manner: To wit, by delivering in hand to William J. Maloney, city clerk, agent, person in charge at the time of service for City of Lawrence, City Hall, 200 Common Street, Lawrence MA 01840 .  Basic Service Fee ($30.00), Conveyance ($1.50), Travel ($14.40), Postage and Handling ($1.00), Copies ($5.00) Total Charges $51.90

Deputy Sheriff   Robert A. Andrew                                        _____
                                                                                              *Deputy Sheriff*

☐  Other (specify):

---

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  | $0.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  _____          _____
                              *Date*                                   *Signature of Server*


                                                       _____
                                                                   *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.