%AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of:    Massachusetts

Lopez et al

V.

City of Lawrence, Massachusetts et al

FILED
IN CLERKS OFFICE

2007 SEP 26 A 10:52

U.S. DISTRICT COURT
DISTRICT OF MASS.

SUMMONS IN A CIVIL ACTION

CASE NUMBER:

## 07 CA 11693 JLT

TO: (Name and address of Defendant)

John Michael Sullivan
Mayor
City of Lawrence City Hall
200 Common Street
Lawrence, MA 01840

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Leah Barrault
Pyle, Rome, Lichten, Ehrenberg & Liss-Riordan, P.C.
18 Tremont Street, Suite 500
Boston, MA 02108

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.



SARAH A. THORNTON

CLERK

(By) DEPUTY CLERK

SEP 1 1 2007

DATE

**Essex County Sheriff's Department** • PO Box 2019 • Salem, MA 01970 • 978-750-1900 ext. 3590

*Essex, ss.*                                                                                          September 20, 2007

I hereby certify and return that on 9/17/2007 at 1:30PM I served a true and attested copy of the summons and complaint in this action in the following manner: To wit, by delivering in hand to Nora Carroll, secretary, agent, person in charge at the time of service for John Michael Sullivan, Mayor, City of Lawrence City Hall, 200 Common Street, Lawrence MA 01840. Basic Service Fee ($30.00), Conveyance ($1.50), Travel ($14.40), Postage and Handling ($1.00), Copies ($5.00) Total Charges $51.90

Deputy Sheriff Robert A. Andrew                                              *Deputy Sheriff*

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____   _____
                     Date                              Signature of Server

                                              _____
                                                      Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.