AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of.    **Massachuetts**

FILED
IN CLERKS OFFICE

Lopez et al

2007 SEP 26  A 10 52

## SUMMONS IN A CIVIL ACTION

V.

U S DISTRICT COURT
City of Lawrence, Massachusetts et al
DISTRICT OF MASS.
CASE NUMBER:

# 07 CA 11693 JLT

TO: (Name and address of Defendant)

William Manzi, III
Mayor
City of Methuen
The Searles Building
41 Pleasant Street
Methuen, MA 01844

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Leah Barrault
Pyle, Rome, Lichten, Ehrenberg & Liss-Riordan, P.C.
18 Tremont Street, Suite 500
Boston, MA 02108

an answer to the complaint which is served on you with this summons, within _____ **20** _____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON                                    SEP 1 1 2007

_____                    _____
CLERK                                                DATE

_____
(By) DEPUTY CLERK

**Essex County Sheriff's Department** • PO Box 2019 • Salem, MA 01970 • 978-750-1900 ext. 3590

*Essex, ss.*

September 17, 2007

I hereby certify and return that on 9/14/2007 at 12:50PM I served a true and attested copy of the summons and complaint in this action in the following manner: To wit, by delivering in hand to William Manzi, III, Mayor at City of Methuen- The Searles Building 41 Pleasant Street, Methuen, MA 01844. Basic Service Fee ($30.00), Conveyance ($1.50), Travel ($14.40), Postage and Handling ($1.00), Copies ($5.00) Total Charges $51.90

Deputy Sheriff Joseph Parolisi

_____ 903
                                    *Deputy Sheriff*

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|--------|----------|-------|
|        |          | $0.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                    Date                        *Signature of Server*


                                        _____
                                        *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

