AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of __Massachusetts__

Lopez et al

V.

City of Lawrence, Massachusetts et al

SUMMONS IN A CIVIL ACTION

FILED IN CLERKS OFFICE
2007 SEP 26 A 10:52
U.S. DISTRICT COURT
DISTRICT OF MASS.

CASE NUMBER:

## 07 CA 11693 JLT

TO: (Name and address of Defendant)

Office of the Attorney General
Commonwealth of Massachusetts
One Ashburton Place
Boston, MA 02108

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Leah Barrault
Pyle, Rome, Lichten, Ehrenberg & Liss-Riordan, P.C.
18 Tremont Street, Suite 500
Boston, MA 02108

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK 

SEP 1 1 2007

DATE

(By) DEPUTY CLERK

**Suffolk County Sheriff's Department** • 45 Bromfield Street • Boston, MA 02108 • (617) 961-6999

*Suffolk, ss.*

September 17, 2007

I hereby certify and return that on 9/14/2007 at 8:40AM I served a true and attested copy of the Summons and Complaint in this action in the following manner: To wit, by delivering in hand to Nestor Morales, Support Services, agent and person in charge at the time of service for Office Of the Attorney General, at Commonwealth Of Massachusetts, One Ashburton Place, Boston, MA 02108. U.S. District Court Fee ($5.00), Basic Service Fee (IH) ($30.00), Travel ($1.00), Postage and Handling ($1.00), Attest/Copies ($5.00) Total Charges $42.00

Deputy Sheriff Ralph Kowalski

Ralph G Kowalski
Deputy Sheriff

010035

AO 440 (Rev. 8/01) Summons in a Civil Action

RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.