AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Massachusetts

Lopez et al

V.

City of Lawrence, Massachusetts et al

FILED
IN CLERKS OFFICE
2007 SEP 26 A 10:52
U.S. DISTRICT COURT
DISTRICT OF MASS.

SUMMONS IN A CIVIL ACTION

CASE NUMBER:

**07 CA 11693 JLT**

TO: (Name and address of Defendant)

Paul Dietl
Human Resources Division
One Ashburton Place, Room 301
Boston, MA 02108

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Leah Barrault
Pyle, Rome, Lichten, Ehrenberg & Liss-Riordan, P.C.
18 Tremont Street, Suite 500
Boston, MA 02108

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.



CLERK  SARAH A. THORNTON

(By) DEPUTY CLERK

DATE  SEP 1 1 2007

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE |
|---|---|
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

07 CA 11693 GAO

☐ Other (specify):

Suffolk County Sheriff's Department • 45 Bromfield Street • Boston, MA 02108 • (617) 961-6999

Suffolk, ss.

September 17, 2007

I hereby certify and return that on 9/14/2007 at 9:01AM I served a true and attested copy of the Summons and Complaint in this action in the following manner: To wit, by delivering in hand to Timea Szgrkova,Recep, agent and person in charge at the time of service for Paul Dietl, at C/o Human Resources division, One Ashburton Place, Room 301 Boston, MA 02108. U.S. District Court Fee ($5.00), Basic Service Fee (IH) ($30.00), Postage and Handling ($1.00), Attest/Copies ($5.00) Total Charges $41.00

Deputy Sheriff Ralph Kowalski

Deputy Sheriff

070 2337

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.