UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PEDRO LOPEZ, et al.,<br><br>               Plaintiffs,<br><br>      v.<br><br>CITY OF LAWRENCE, MASSACHUSETTS, et al.,<br><br>               Defendants. | CIVIL ACTION<br>NO. 07-11693-JLT |

## NOTICE OF APPEARANCE

Please enter on the docket my appearance for the state defendants, Commonwealth of Massachusetts and Paul Dietl, in his capacity as Personnel Administrator for the Commonwealth of Massachusetts, Human Resources Division.

                                                 Respectfully submitted,

                                                 MARTHA COAKLEY
                                                 ATTORNEY GENERAL
                                                 /s/ Sookyoung Shin
                                                 Sookyoung Shin, BBO # 643713
                                                 Assistant Attorney General
                                                 One Ashburton Place
                                                 Government Bureau
                                                 Boston, Massachusetts 02108-1598
                                                 (617) 727-2200, ext. 2052

Date:   October 4, 2007

## CERTIFICATE OF SERVICE

I hereby certify that the above document will be served on October 4, 2007, by electronic notice for registered counsel and a copy will be served by first-class mail, postage pre-paid, for non-registered counsel.

/s/ Sookyoung Shin
Sookyoung Shin, BBO # 643713
Assistant Attorney General