UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PEDRO LOPEZ, et al.,

      Plaintiffs,

   v.

CITY OF LAWRENCE, MASSACHUSETTS, et al.,

      Defendants.

CIVIL ACTION
NO. 07-11693-JLT

## ASSENTED-TO MOTION TO ENLARGE TIME TO RESPOND TO COMPLAINT

  Defendants Commonwealth of Massachusetts and Paul Dietl, in his capacity as Personnel Administrator for the Commonwealth of Massachusetts, Human Resources Division ("state defendants"), hereby move that the time within which they must answer or otherwise move in response to the complaint be enlarged to, and including, November 2, 2007.  As grounds, the state defendants need additional time to obtain information about the allegations of the complaint and to examine the legal issues raised therein.

  The plaintiffs, by their counsel, assent to the allowance of this motion.

        Respectfully submitted,

        MARTHA COAKLEY
        ATTORNEY GENERAL
        /s/ Sookyoung Shin
        Sookyoung Shin, BBO # 643713
        Assistant Attorney General
        One Ashburton Place
        Government Bureau
        Boston, Massachusetts 02108-1598
        (617) 727-2200, ext. 2052

Date: October 4, 2007

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that the above document will be served on October 4, 2007, by electronic notice for registered counsel and a copy will be served by first-class mail, postage pre-paid, for non-registered counsel.

/s/ Sookyoung Shin
Sookyoung Shin, BBO # 643713
Assistant Attorney General