## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

PEDRO LOPEZ, et al.,

                    Plaintiffs,

v.                                                            CIVIL ACTION
                                                              NO. 07-11693-JLT
CITY OF LAWRENCE, et al.,

                    Defendants.

## STATE DEFENDANTS' ASSENTED-TO MOTION
## TO ENLARGE TIME TO RESPOND TO COMPLAINT

Defendants Commonwealth of Massachusetts and Paul Dietl, in his capacity as Personnel

Administrator of the Human Resources Division, move for an enlargement of time within which

they must answer or otherwise respond to the complaint.  In support, defendants state that

counsel for plaintiffs have represented that they will be amending the complaint to add new

claims and parties, upon receiving a right-to-sue letter from the Massachusetts Commission

Against Discrimination.  Thus, in the interests of economy, defendants request that the time in

which they must answer or otherwise respond be enlarged to 20 days from the filing of the

amended complaint.

Plaintiffs, by their counsel, assent to the allowance of this motion.

Respectfully submitted,

COMMONWEALTH OF MASSACHUSETTS and
PAUL DIETL, in his capacity as Personnel
Administrator of the Human Resources Division,

By their attorney,

MARTHA COAKLEY
ATTORNEY GENERAL


 /s/ Sookyoung Shin
Sookyoung Shin, BBO # 643713
Assistant Attorney General
One Ashburton Place, Room 2019
Boston, MA 02108-1698
(617) 727-2200, ext. 2052

Dated: December 5, 2007

CERTIFICATE OF SERVICE

       I hereby certify that the above document will be served on December 5, 2007, by electronic notice for registered counsel and a copy will be served by first-class mail, postage pre-paid, for non-registered counsel.

                    /s/ Sookyoung Shin
                    Sookyoung Shin, BBO # 643713
                    Assistant Attorney General