UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                                                    )
PEDRO LOPEZ; ABEL CANO;                          )
KEVIN SLEDGE; CHARLES DEJESUS;            )
RICHARD BROOKS; THE MASSACHUSETTS   )
HISPANIC LAW ENFORCEMENT ASSOCIATION, )
    Plaintiffs                                                    )
                                                                    )
v.                                                                 )
                                                                    )  Case No. 07-CV-11693-JLT
CITY OF LAWRENCE, MASSACHUSETTS;        )
CITY OF METHUEN, MASSACHUSETTS;          )
COMMONWEALTH OF MASSACHUSETTS;       )
PAUL DIETL, IN HIS CAPACITY AS PERSONNEL )
ADMINISTRATOR FOR THE COMMONWEALTH )
OF MASSACHUSETTS, HUMAN RESOURCES    )
DIVISION; JOHN MICHAEL SULLIVAN, IN HIS   )
CAPACITY AS MAYOR OF THE CITY OF          )
LAWRENCE, MASSACHUSETTS; and              )
WILLIAM MANZI, III, IN HIS CAPACITY AS       )
MAYOR OF CITY OF METHUEN,                      )
MASSACHUSETTS,                                          )
    Defendants                                                 )
_____)

## PLAINTIFFS' CERTIFICATION OF COMPLIANCE
## WITH LOCAL RULE 16.1(D)(3)

Plaintiffs and their attorneys hereby affirm that we have conferred in accordance with Local Rule 16.1(D)(3) and discussed the potential costs of conducting this litigation and alternative means of dispute resolution.

Attorneys for the Plaintiffs,

s/ Leah Marie Barrault_____
Harold L. Lichten, BBO#549689
Shannon Liss-Riordan, BBO#640716
Leah M. Barrault, BBO #661626
Pyle, Rome, Lichten, Ehrenberg &
    Liss-Riordan, P.C.
18 Tremont St., Ste. 500
Boston, MA 02108
(617) 367-7200


/s/ Pedro Lopez, Abel Cano, Kevin
Sledge, Charles DeJesus, Richard
Brooks, and the Massachusetts
Hispanic Law Enforcement Association
            Plaintiffs

Dated: December 21, 2007