UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                    )
PEDRO LOPEZ; ABEL CANO;             )
KEVIN SLEDGE; CHARLES DEJESUS;      )
RICHARD BROOKS; THE MASSACHUSETTS   )
HISPANIC LAW ENFORCEMENT ASSOCIATION, )
    Plaintiffs                      )
                                    )
    v.                              )
                                    )  Case No. 07-CV-11693-JLT
CITY OF LAWRENCE, MASSACHUSETTS;    )
CITY OF METHUEN, MASSACHUSETTS;     )
COMMONWEALTH OF MASSACHUSETTS;      )
PAUL DIETL, IN HIS CAPACITY AS PERSONNEL )
ADMINISTRATOR FOR THE COMMONWEALTH  )
OF MASSACHUSETTS, HUMAN RESOURCES   )
DIVISION; JOHN MICHAEL SULLIVAN, IN HIS )
CAPACITY AS MAYOR OF THE CITY OF    )
LAWRENCE, MASSACHUSETTS; and        )
WILLIAM MANZI, III, IN HIS CAPACITY AS )
MAYOR OF CITY OF METHUEN,           )
MASSACHUSETTS,                      )
    Defendants                      )
_____ )

**JOINT STATEMENT PURSUANT TO LOCAL RULE 16.1(D)**

Counsel for the parties to the above-captioned matter conferred on December 13, 19, and 20, and now file this joint statement pursuant to Local Rule 16.1(D) and the Court's Notice of Scheduling Conference dated November 16, 2007.

**I.**     **Proposed Pretrial Schedule:**

    **A. Proposed Automatic Disclosure Date:**

The parties propose to complete all automatic disclosure by January 30, 2008, or within thirty (30) days of the entry of an order protecting confidential material, whichever date occurs last.

B. **Joinder of Other Parties and Amendment of Pleadings:**

The parties agree that the deadline for joining other parties and amending the initial pleadings shall be March 30, 2008.

C. **Discovery:**

The parties agree that all discovery shall be limited in accordance with Fed. R. Civ. P. 26(b).

The Plaintiffs propose the following joint discovery plan:

1. All discovery, written and depositions, will be completed by July 1, 2008.

2. The Plaintiffs will provide their expert reports to the Defendants no later than July 1, 2008.

3. The Defendants will provide their expert reports to the Plaintiffs no later than July 30, 2008.

Defendants propose:

1. All written discovery will be completed by July 1, 2008.

2. All depositions of non-expert witnesses will be completed by November 1, 2008.

3. The Plaintiffs will provide their expert reports to the Defendants no later than November 15, 2008.

4. The Defendants will provide their expert reports to the Plaintiffs no later than December 30, 2008.

5. All depositions of expert witnesses will be concluded by January 31, 2009.

D. **Motions:**

The Court is notified that the State Defendants, or the parties jointly, intend to file a motion for entry of an order protecting confidential material in January 2008.

Additionally, the Plaintiffs will before January 3, 2008 file a motion to amend

their complaint to: 1) Add a named Plaintiff who is employed as a minority police officer with the City of Worcester and who has taken the sergeants exam; 2) Add two named Plaintiffs who are Lowell minority police officers and have taken the sergeants exam; and 3) to add class allegations pursuant to Fed. R. Proc. 23(b)(2), on behalf of a class of minority police officers in the Commonwealth of Massachusetts who are employed in towns governed by the civil services laws, G. L. c. 31, and have taken the promotional exam for sergeant given by the Commonwealth's HRD division. Following this Court's approval of the Plaintiffs' motion to amend their complaint the Plaintiffs intend to promptly move for class certification on behalf of the class described above.

The Plaintiff proposes that the parties will file all dispositive motions no later than September 30, 2008

Defendants propose that the parties will file all dispositive motions no later than March 30, 2009.

### E.  Final Pre-trial conference and trial date:

Final pretrial conference and trial date to be scheduled by the Court.

## II.     Trial By Magistrate Judge:

The Plaintiffs will not consent to a trial by magistrate judge.

Defendants will consent to a trial by magistrate judge.

## III.    Certifications:

The parties will file their respective certifications pursuant to Local Rule 16.1(D)(3) under separate cover.

IV.     **Settlement Proposal:**

The Plaintiffs and Defendant Commonwealth of Massachusetts Human Resources Division have met several times to date to discuss a proposed settlement of this matter. Settlement discussions are still ongoing.

Respectfully submitted,

| /s/ Leah M. Barrault | /s/ Robert L. Quinan, Jr. |
|---|---|
| Harold L. Lichten, BBO#549689<br>Leah M. Barrault, BBO#661626<br>Shannon Liss-Riordan, BBO#640716<br>Pyle, Rome, Lichten, Ehrenberg &<br>  Liss-Riordan, P.C.<br>18 Tremont Street, Suite 500<br>Boston, MA  02108<br>(617) 367-7200 | Robert L. Quinan, Jr., BBO# 553010<br>Sookyoung Shin, BBO#643713<br>Assistant Attorneys General<br>Government Bureau<br>One Ashburton Place, Room 2019<br>Boston, MA  02108<br>(617) 727-2200 |
| /s/ Peter J. McQuillan | /s/ James M. Bowers |
| Peter J. McQuillan, BBO#340180<br>Office of the City Solicitor<br>40 Pleasant Street, Room 311<br>Methuen, MA  01844<br>(978) 983-8575 | James M. Bowers, BBO#558759<br>Assistant City Attorney<br>City Hall, Room 306<br>200 Common Street<br>Lawrence, MA  01840<br>(978) 794-5800 |

Dated: December 21, 2007