UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PEDRO LOPEZ, et al.,

        Plaintiffs,

        v.                             CIVIL ACTION
                                         NO. 07-11693-JLT

CITY OF LAWRENCE, MASSACHUSETTS, et al.,

        Defendants.

## NOTICE OF APPEARANCE

Please enter on the docket my appearance as lead counsel for the state defendants, the Commonwealth of Massachusetts and Paul Dietl, in his capacity as Personnel Administrator for the Commonwealth of Massachusetts, Human Resources Division.

        Respectfully submitted,

        MARTHA COAKLEY
        ATTORNEY GENERAL

        /s/ Robert L. Quinan, Jr.
        Robert L. Quinan, Jr. BBO # 553010
        Assistant Attorney General
        One Ashburton Place
        Government Bureau
        Boston, Massachusetts 02108-1598
        (617) 727-2200, ext. 2554

Date:   December 21, 2007

CERTIFICATE OF SERVICE

      I hereby certify that the above document will be served on December 21, 2007, by electronic notice for registered counsel and a copy will be served by first-class mail, postage pre-paid, for non-registered counsel.

                                 /s/ Robert L. Quinan, Jr.
                                 Robert L. Quinan, Jr. BBO # 553010
                                 Assistant Attorney General