UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PEDRO LOPEZ, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF LAWRENCE, et al., <br><br> Defendants. | CIVIL ACTION <br> NO. 07-11693-JLT |

**ASSENTED-TO MOTION FOR ENTRY OF ORDER
FOR THE PROTECTION OF CONFIDENTIAL MATERIAL**

Defendants Commonwealth of Massachusetts and Paul Dietl, in his capacity as Personnel Administrator of the Human Resources Division, move for the entry of an Order of the Court in substantially the form of the proposed order appended to the attached *Stipulation and Order for the Protection of Confidential Material*. In support thereof, the state defendants represent that counsel for all other parties have authorized the filing of the attached stipulation bearing their electronic signatures and they have further assented to this motion. The parties' counsel of record intend to append handwritten signatures to the stipulation document at the Scheduling Conference set for January 3, 2008. To the extent that good grounds for entry of the proposed order are not apparent from the stipulation itself, the state defendants will be prepared to argue for entry of the proposed order at the January 3, 2008, Scheduling Conference.

Respectfully submitted,

COMMONWEALTH OF MASSACHUSETTS and
PAUL DIETL, in his capacity as Personnel
Administrator of the Human Resources Division,

By their attorney,

MARTHA COAKLEY
ATTORNEY GENERAL

/s/ Sookyoung Shin

_____

Sookyoung Shin, BBO # 643713
Assistant Attorney General
One Ashburton Place, Room 2019
Boston, MA 02108-1698
(617) 727-2200, ext. 2052

Dated: December 21, 2007