UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                            )
PEDRO LOPEZ; ABEL CANO;                     )
KEVIN SLEDGE; CHARLES DEJESUS;              )
RICHARD BROOKS; THE MASSACHUSETTS           )
HISPANIC LAW ENFORCEMENT ASSOCIATION,       )
     Plaintiffs                             )
                                            )
v.                                          )
                                            )  Case No. 07-CA-11693-JLT
CITY OF LAWRENCE, MASSACHUSETTS;            )
CITY OF METHUEN, MASSACHUSETTS;             )
COMMONWEALTH OF MASSACHUSETTS;              )
PAUL DIETL, IN HIS CAPACITY AS PERSONNEL    )
ADMINISTRATOR FOR THE COMMONWEALTH          )
OF MASSACHUSETTS, HUMAN RESOURCES           )
DIVISION; JOHN MICHAEL SULLIVAN, IN HIS     )
CAPACITY AS MAYOR OF THE CITY OF            )
LAWRENCE, MASSACHUSETTS; and                )
WILLIAM MANZI, III, IN HIS CAPACITY AS      )
MAYOR OF CITY OF METHUEN,                   )
MASSACHUSETTS,                              )
     Defendants                             )
_____)

**MOTION TO AMEND COMPLAINT**

The Plaintiffs, by their attorneys, hereby move to amend the above-titled complaint to add additional named plaintiffs and to add class allegations pursuant to Rule 23(b)(2) of the Federal Rules of Civil Procedure.

The Plaintiffs have attached hereto their First Amended Complaint which sets forth these additional allegations.

WHEREFORE, Plaintiffs request that this Motion to Amend Complaint be granted.

1

Respectfully submitted,

PEDRO LOPEZ, ABEL CANO,
KEVIN SLEDGE, CHARLES DEJESUS,
RICHARD BROOKS, THE
MASSACHUSETTS HISPANIC LAW
ENFORCEMENT ASSOCIATION,

By their attorneys,

Dated:  January 2, 2008             /s/Leah M. Barrault
Harold L. Lichten, BBO #549689
Shannon Liss-Riordan, BBO #640716
Leah M. Barrault, BBO # 661626
Pyle, Rome, Lichten, Ehrenberg
      & Liss-Riordan, P.C.
18 Tremont St., Ste. 500
Boston, MA 02108
(617) 367-7200

Cindy/legal/Harold/Promotional Exam/motion to amend complaint