UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| PEDRO LOPEZ, et al. ) | |
| ) | |
| Plaintiffs, ) | CIVIL ACTION |
| ) | NO. 07-11693-JLT |
| v. ) | |
| ) | |
| CITY OF LAWRENCE, et al. ) | |
| ) | |
| Defendants. ) | |

## ORDER OF THE COURT

The above Stipulation for the Protection of Confidential Material is allowed, and its terms are to be entered as an order of this Court.

Dated: 1/3/08

United States District Judge