UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| PEDRO LOPEZ; ABEL CANO; KEVIN SLEDGE; CHARLES DEJESUS; RICHARD BROOKS; THE MASSACHUSETTS HISPANIC LAW ENFORCEMENT ASSOCIATION, | * * * * * | |
| Plaintiffs, | * * | 07-CV-11693 |
| v. | * * | |
| CITY OF LAWRENCE, MASSACHUSETTS; CITY OF METHUEN, MASSACHUSETTS; COMMONWEALTH OF MASSACHUSETTS; PAUL DIETL, IN HIS CAPACITY AS PERSONNEL ADMINISTRATOR FOR THE COMMONWEALTH OF MASSACHUSETTS, HUMAN RESOURCES DIVISION; JOHN MICHAEL SULLIVAN, IN HIS CAPACITY AS MAYOR OF THE CITY OF LAWRENCE, MASSACHUSETTS; and WILLIAM MANZI, III, IN HIS CAPACITY AS MAYOR OF THE CITY OF METHUEN, MASSACHUSETTS, | * * * * * * * * * * * | |
| Defendants. | * | |

ORDER

January 4, 2008

TAURO, J.

After a Scheduling Conference held on January 3, 2008, this court hereby orders:

1. Plaintiffs' Motion to Amend Complaint [#19] is ALLOWED.

2. Defendants Commonwealth of Massachusetts and Paul Deitl's Assented-to Motion for Entry of Order for the Protection of Confidential Material [#18] is ALLOWED. An Order will issue.

3. The Parties shall confer and determine the proper parties in this matter, including (1) whether the Mayors, the Cities, or both the Mayors and the Cities, are the proper parties; and (2) whether the Attorney General of the Commonwealth of Massachusetts is a party.

4. Plaintiffs shall supplement their Rule 26 disclosures by January 17, 2008.

5. Plaintiffs shall file proposed orders regarding (1) the specifics of the statistical data sought from Defendant Commonwealth of Massachusetts; and (2) the topics for a Rule 30(b)(6) deposition of Defendant Commonwealth of Massachusetts.

6. Plaintiffs shall file the proposed orders by January 8, 2008, at 4:00 P.M.

7. Defendants shall have until January 22, 2008, at 4:00 P.M., to respond to Plaintiffs' proposed orders.

8. Plaintiffs shall complete the (1) Rule 30(b)(6) deposition of Defendant Commonwealth of Massachusetts; and (2) review of the statistical data, by February 29, 2008.

9. No further discovery is permitted without leave of the court.

10. A Further Conference shall be held on March 17, 2008, at 2:15 P.M..

IT IS SO ORDERED.

      /s/ Joseph L. Tauro
United States District Judge