UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| PEDRO LOPEZ; ABEL CANO; KEVIN SLEDGE; CHARLES DEJESUS; RICHARD BROOKS; ROBERT ALVAREZ, MARISOL NOBREGA; SPENCER TATUM; THE MASSACHUSETTS HISPANIC LAW ENFORCEMENT ASSOCIATION; INDIVIDUALLY AND ON BEHALF OF A CLASS OF INDIVIDUALS SIMILARLY SITUATED, <br>    Plaintiffs <br><br> v. <br><br> CITY OF LAWRENCE, MASSACHUSETTS; CITY OF METHUEN, MASSACHUSETTS; COMMONWEALTH OF MASSACHUSETTS; PAUL DIETL, IN HIS CAPACITY AS PERSONNEL ADMINISTRATOR FOR THE COMMONWEALTH OF MASSACHUSETTS, HUMAN RESOURCES DIVISION; JOHN MICHAEL SULLIVAN, IN HIS CAPACITY AS MAYOR OF THE CITY OF LAWRENCE, MASSACHUSETTS; WILLIAM MANZI, III, IN HIS CAPACITY AS MAYOR OF CITY OF METHUEN, MASSACHUSETTS; CITY OF LOWELL, MASSACHUSETTS; WILLIAM F. MARTIN, IN HIS CAPACITY AS MAYOR OF THE CITY OF LOWELL, MASSACHUSETTS; CITY OF WORCESTER, MASSACHUSETTS; and KONSTANTINA B. LUKES, IN HIS CAPACITY AS MAYOR OF THE CITY OF WORCESTER, MASSACHUSETTS, <br>    Defendants | Case No. 07-CA-11693-JLT |

PROPOSED ORDER REGARDING RULE 30(b)(6) DEPOSITIONS

The Court hereby orders the following Rule 30(b)(6) deposition(s) of defendant Commonwealth of Massachusetts, Human Resources Division with the deponent(s) being prepared to testify on the following matters:

1

1. The job-relatedness and validation of the police sergeant's examination;

2. The data reflecting the disparate impact or lack thereof of the police sergeant's exam;

3. The location and storage of data possessed by HRD relating to the police sergeant's exam;

4. Monitoring of the consent decree in the <u>Afro-American Police, Inc. v. Boston Police Department</u>, 973 F.2d 18 (1st Cir. 1992) case;

5. The data and statistics supplied by HRD to plaintiffs in this case;

6. The process for cities or towns conducting alternative promotional exams.


_____
Joseph L. Tauro
U.S. District Court


Dated: _____


Cindy/legal/Harold/court order re 30(b)(6) deposition