UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| PEDRO LOPEZ; ABEL CANO; KEVIN SLEDGE; CHARLES DEJESUS; RICHARD BROOKS; ROBERT ALVAREZ, MARISOL NOBREGA; SPENCER TATUM; THE MASSACHUSETTS HISPANIC LAW ENFORCEMENT ASSOCIATION; INDIVIDUALLY AND ON BEHALF OF A CLASS OF INDIVIDUALS SIMILARLY SITUATED,<br>      Plaintiffs<br><br>v.<br><br>CITY OF LAWRENCE, MASSACHUSETTS; CITY OF METHUEN, MASSACHUSETTS; COMMONWEALTH OF MASSACHUSETTS; PAUL DIETL, IN HIS CAPACITY AS PERSONNEL ADMINISTRATOR FOR THE COMMONWEALTH OF MASSACHUSETTS, HUMAN RESOURCES DIVISION; JOHN MICHAEL SULLIVAN, IN HIS CAPACITY AS MAYOR OF THE CITY OF LAWRENCE, MASSACHUSETTS; WILLIAM MANZI, III, IN HIS CAPACITY AS MAYOR OF CITY OF METHUEN, MASSACHUSETTS; CITY OF LOWELL, MASSACHUSETTS; WILLIAM F. MARTIN, IN HIS CAPACITY AS MAYOR OF THE CITY OF LOWELL, MASSACHUSETTS; CITY OF WORCESTER, MASSACHUSETTS; and KONSTANTINA B. LUKES, IN HIS CAPACITY AS MAYOR OF THE CITY OF WORCESTER, MASSACHUSETTS,<br>      Defendants | Case No. 07-CA-11693-JLT |

PROPOSED ORDER REGARDING RULE 30(b)(6) DEPOSITIONS

The Court hereby orders the following Rule 30(b)(6) deposition(s) of defendant

Commonwealth of Massachusetts, Human Resources Division with the deponent(s)

1

being prepared to testify on the following matters:

    1.    The job-relatedness and validation of the police sergeant's examination, including the exams given in 2006, 2007, and the one scheduled to be given in 2008;

    2.    The data reflecting the disparate impact or lack thereof of the police sergeant's exam;

    3.    The location and storage of data possessed by HRD relating to the police sergeant's exam;

    4.    Monitoring of the consent decree in the <u>Afro-American Police, Inc. v. Boston Police Department</u>, 973 F.2d 18 (1st Cir. 1992) case;

    5.    The data and statistics supplied by HRD to plaintiffs in this case;

    6.    The process for cities or towns conducting alternative promotional exams.

 

_____
Joseph L. Tauro
U.S. District Court

Dated: _____

Cindy/legal/Harold/court order re 30(b)(6) deposition (ver 2)