UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| PEDRO LOPEZ; ABEL CANO; KEVIN SLEDGE; CHARLES DEJESUS; RICHARD BROOKS; ROBERT ALVAREZ, MARISOL NOBREGA; SPENCER TATUM; THE MASSACHUSETTS HISPANIC LAW ENFORCEMENT ASSOCIATION; INDIVIDUALLY AND ON BEHALF OF A CLASS OF INDIVIDUALS SIMILARLY SITUATED,<br>    Plaintiffs<br><br>v.<br><br>CITY OF LAWRENCE, MASSACHUSETTS; CITY OF METHUEN, MASSACHUSETTS; COMMONWEALTH OF MASSACHUSETTS; PAUL DIETL, IN HIS CAPACITY AS PERSONNEL ADMINISTRATOR FOR THE COMMONWEALTH OF MASSACHUSETTS, HUMAN RESOURCES DIVISION; JOHN MICHAEL SULLIVAN, IN HIS CAPACITY AS MAYOR OF THE CITY OF LAWRENCE, MASSACHUSETTS; WILLIAM MANZI, III, IN HIS CAPACITY AS MAYOR OF CITY OF METHUEN, MASSACHUSETTS; CITY OF LOWELL, MASSACHUSETTS; WILLIAM F. MARTIN, IN HIS CAPACITY AS MAYOR OF THE CITY OF LOWELL, MASSACHUSETTS; CITY OF WORCESTER, MASSACHUSETTS; and KONSTANTINA B. LUKES, IN HIS CAPACITY AS MAYOR OF THE CITY OF WORCESTER, MASSACHUSETTS,<br>    Defendants | Case No. 07-CA-11693-JLT |

PLAINTIFFS' MOTION TO AMEND COMPLAINT, RULE 26 DISCLOSURE, AND PROPOSED ORDERS ON DOCUMENT DISCOVERY AND DEPOSITIONS

Plaintiffs, by their attorneys, hereby move to amend the Complaint, Rule 26

Disclosure, and Proposed Orders on Document Discovery and Depositions previously

1

filed in this case for the sole purpose of clarifying that the Complaint and class allegations include not only the 2006 police sergeant's examination, but also the October 2007 police sergeant's examination administered and created by the Commonwealth defendants.

In support of this motion, plaintiffs assert that after reviewing the official website of defendant Commonwealth of Massachusetts, Human Resources Division, plaintiffs' counsel has learned that on or about October 20, 2007, HRD gave a police sergeant's examination in approximately 32 civil service municipalities, including several large cities and the Massachusetts Bay Transportation Authority. For this reason, plaintiffs' counsel seeks to amend the Complaint, Rule 26 Disclosure, and Proposed Orders on Document Discovery and Depositions to add these newly discovered facts.

These amended pleadings and proposed orders simply allow plaintiffs' pleadings to conform to the actual facts of this case, and allow all relevant issues to be resolved in this case. Because the October 2007 examination is the same format as that given in 2006, the addition of this recent exam will not change the nature of the case nor the evidence needed to litigate the matter.

WHEREFORE, plaintiffs pray that this Honorable Court allow them to file these amended pleadings which are attached hereto as Exhibits A through D, respectively.

Respectfully submitted,

PEDRO LOPEZ, ABEL CANO,
KEVIN SLEDGE, CHARLES DEJESUS,
RICHARD BROOKS, ROBERT ALVAREZ,
MARISOL NOBREGA, SPENCER TATUM,
THE MASSACHUSETTS HISPANIC LAW
ENFORCEMENT ASSOCIATION,
INDIVIDUALLY AND ON BEHALF OF A
CLASS OF INDIVIDUALS SIMILARLY
SITUATED,

By their attorneys,

Dated: January 15, 2008

\_s/Harold. L. Lichten_____
Harold L. Lichten, BBO #549689
Shannon Liss-Riordan, BBO #640716
Leah M. Barrault, BBO # 661626
Pyle, Rome, Lichten, Ehrenberg
   & Liss-Riordan, P.C.
18 Tremont St., Ste. 500
Boston, MA 02108
(617) 367-7200

Cindy/legal/Harold/Promotional Exam/motion to amend various docs