UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PEDRO LOPEZ; ABEL CANO; KEVIN SLEDGE; CHARLES DEJESUS; RICHARD BROOKS; ROBERT ALVAREZ, MARISOL NOBREGA; SPENCER TATUM; THE MASSACHUSETTS HISPANIC LAW ENFORCEMENT ASSOCIATION; INDIVIDUALLY AND ON BEHALF OF A CLASS OF INDIVIDUALS SIMILARLY SITUATED,<br>    Plaintiffs<br><br>v.<br><br>CITY OF LAWRENCE, MASSACHUSETTS; CITY OF METHUEN, MASSACHUSETTS; COMMONWEALTH OF MASSACHUSETTS; PAUL DIETL, IN HIS CAPACITY AS PERSONNEL ADMINISTRATOR FOR THE COMMONWEALTH OF MASSACHUSETTS, HUMAN RESOURCES DIVISION; JOHN MICHAEL SULLIVAN, IN HIS CAPACITY AS MAYOR OF THE CITY OF LAWRENCE, MASSACHUSETTS; WILLIAM MANZI, III, IN HIS CAPACITY AS MAYOR OF CITY OF METHUEN, MASSACHUSETTS; CITY OF LOWELL, MASSACHUSETTS; WILLIAM F. MARTIN, IN HIS CAPACITY AS MAYOR OF THE CITY OF LOWELL, MASSACHUSETTS; CITY OF WORCESTER, MASSACHUSETTS; and KONSTANTINA B. LUKES, IN HIS CAPACITY AS MAYOR OF THE CITY OF WORCESTER, MASSACHUSETTS,<br>    Defendants | Case No. 07-CA-11693-JLT |

MOTION FOR CLASS CERTIFICATION

Plaintiffs, by their attorneys, hereby move this Honorable Court to certify this action to proceed as a class action pursuant to Federal Rule of Civil Procedure 23(b)(2).

1

In support of this motion plaintiffs assert that (1) the class of persons sought to be certified is so numerous that joinder of all members is impracticable.  Further, this case involves common questions of law and fact which are equally applicable to all of the named and class plaintiffs in this case and the claims of the class members are not in conflict with one another.  The common questions of law and fact all relate to whether or not the police sergeant's examinations administered by the Commonwealth of Massachusetts are in violation of federal or state discrimination law. The common questions of law or fact predominate over any individual factual questions which would exist in any particular case.

In addition, the claims of the named plaintiffs are typical of the claims of the class plaintiffs, making them appropriate as named plaintiffs.  Further, the named plaintiffs will adequately represent the interests of the unnamed plaintiffs in that the legal claims of each are nearly identical.  Moreover, plaintiffs' counsel will pursue this action vigorously and is fully competent to present the claims of the named and class plaintiffs in a competent, efficient manner.

Finally, this action is properly certifiable under Rule 23(b)(2) of the Federal Rules of Civil Procedure because the defendants have "acted or refused to act in a manner generally applicable to the class, thereby making appropriate final injunctive relief or corresponding declaratory relief with respect to the class as a whole."  While plaintiffs seek damages in the form of back pay, such back pay claims are ancillary to the injunctive and declaratory relief sought by the plaintiffs.

Accordingly, plaintiffs pray this Honorable Court to certify this action to proceed as a class action as more fully described in plaintiffs' First Amended Complaint and in

Plaintiffs' Memorandum of Law in Support of Motion for Class Certification filed herewith.

Respectfully submitted,

ABEL CANO, PEDRO LOPEZ,
KEVIN SLEDGE, CHARLES DEJESUS,
RICHARD BROOKS, ROBERT ALVAREZ,
MARISOL NOBREGA, SPENCER TATUM,
THE MASSACHUSETTS HISPANIC LAW
ENFORCEMENT ASSOCIATION,
INDIVIDUALLY AND ON BEHALF OF A
CLASS OF INDIVIDUALS SIMILARLY
SITUATED,

By their attorneys,

Dated:  January 15, 2008

s/Harold L. Lichten___
Harold L. Lichten, BBO #549689
Shannon Liss-Riordan, BBO #640716
Leah M. Barrault, BBO # 661626
Pyle, Rome, Lichten, Ehrenberg
      & Liss-Riordan, P.C.
18 Tremont St., Ste. 500
Boston, MA 02108
(617) 367-7200

Cindy/legal/Harold/Promotional Exam/motion for class certification