# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PEDRO LOPEZ; ABEL CANO; KEVIN SLEDGE; CHARLES DEJESUS; RICHARD BROOKS; ROBERT ALVAREZ; MARISOL NOBREGA; SPENCER TATUM; THE MASSACHUSETTS HISPANIC LAW ENFORCEMENT ASSOCIATION, INDIVIDUALLY AND ON BEHALF OF A CLASS OF INDIVIDUALS SIMILARLY SITUATED, <br><br>    Plaintiffs <br><br>    v. <br><br>CITY OF LAWRENCE, MASSACHUSETTS; CITY OF METHUEN, MASSACHUSETTS; COMMONWEALTH OF MASSACHUSETTS; PAUL DIETL, IN HIS CAPACITY AS PERSONNEL ADMINISTRATOR FOR THE COMMONWEALTH OF MASSACHUSETTS HUMAN RESOURCES DIVISION; JOHN MICHAEL SULLIVAN, IN HIS CAPACITY AS MAYOR OF THE CITY OF LAWRENCE, MASSACHUSETTS; WILLIAM MANZI, III, IN HIS CAPACITY AS MAYOR OF THE CITY OF METHUEN, MASSACHUSETTS; CITY OF LOWELL, MASSACHUSETTS; WILLIAM F. MARTIN, IN HIS CAPACITY AS MAYOR OF THE CITY OF LOWELL, MASSACHUSETTS; CITY OF WORCESTER, MASSACHUSETTS; and KONSTANTINA B. LUKES, IN HER CAPACITY AS MAYOR OF THE CITY OF WORCESTER, MASSACHUSETTS, <br><br>    Defendants | Case No. 07-CA-11693-JLT |

## CITY OF WORCESTER AND MAYOR KONSTANTINA B. LUKES ASSENTED TO MOTION TO ENLARGE TIME TO RESPOND TO COMPLAINT

Defendants City of Worcester and Mayor Konstantina B. Lukes, in her capacity as Mayor of the City of Worcester (collectively the "Defendants"), move for enlargement of time within which they must answer or otherwise respond to the Second Amended Complaint. In support of this Motion, Defendants aver that the issues raised in the Second Amended Complaint are complex and require some research efforts in order to effectively and accurately respond to the allegations. Defendants request that the time in which they must respond be enlarged by two (2) weeks, from January 27, 2008 to February 11, 2008 (February 10, 2008, falling on a Sunday).

Plaintiffs have assented to the allowance of this motion.

> Respectfully submitted,
>
> CITY OF WORCESTER and
> MAYOR KONSTANTINA B. LUKES
>
> By their attorneys,
>
> /s/ Laurie W. Engdahl and /s/ Daniel C. Brown
> Laurie W. Engdahl     BBO #554635
> Daniel C. Brown       BBO #648038
> Collins, Loughran & Peloquin, P.C.
> 320 Norwood Park South
> Norwood, MA 02062
> 781-762-2229

Dated: January 16, 2008