# UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PEDRO LOPEZ, ET AL.,

V.

CITY OF LAWRENCE, MASSACHUSETTS, ET AL.,

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 1:07-CV-11693-JLT

TO: (Name and address of Defendant)

    City of Lowell
    City Hall
    375 Merrimack Street
    Lowell, MA 01852

**YOU ARE HEREBY SUMMONED** and required to serve on

    Leah Marie Barrault
    Pyle, Rome, Lichten, Ehrenberg & Liss-Riordan, P.C.
    18 Tremont Street, Suite 500
    Boston, MA 02108

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH ALLISON THORNTON
CLERK

/s/ – Kimberly M. Abaid
(By) DEPUTY CLERK



ISSUED ON 2008-01-07 09:29:56.0, Clerk
USDC DMA

| RETURN OF SERVICE |
|---|



**Middlesex Sheriff's Office** • Civil Process Division, P.O. Box 7135, Lowell, MA 01852-0135 • (978) 452-3221

*Middlesex, ss.*

January 9, 2008

I hereby certify and return that on 1/8/2008 at 3:50PM I served a true and attested copy of the SUMMONS AND COMPLAINT in this action in the following manner: To wit, by delivering in hand to KAREN GAGNON, agent, person in charge at the time of service for CITY OF LOWELL, at , 375 MERRIMACK Street, CITY HALL Lowell, MA 01852. Attest ($5.00), Basic Service Fee ($30.00), Conveyance ($0.90), Postage and Handling ($1.00), Travel ($16.00) Total Charges $52.90

*Gerard N Whitman*

*Deputy Sheriff*

☐ Other (specify) : _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                   Date                    Signature of Server

                                           _____
                                           Address of Server