# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

PEDRO LOPEZ, ET AL.,

V.

**SUMMONS IN A CIVIL CASE**

CITY OF LAWRENCE, MASSACHUSETTS, ET AL.,

CASE NUMBER: **1:07–CV–11693–JLT**

TO:(Name and address of Defendant)

> William F. Martin, Jr.
> Mayor
> City of Lowell
> City Hall
> 375 Merrimack Street
> Lowell, MA 01852

**YOU ARE HEREBY SUMMONED** and required to serve on

> Leah Marie Barrault
> Pyle, Rome, Lichten, Ehrenberg & Liss-Riordan, P.C.
> 18 Tremont Street, Suite 500
> Boston, MA 02108

an answer to the complaint which is served on you with this summons, within 20 days after
service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by
default will be taken against you for the relief demanded in the complaint. Any answer that you serve
on the parties to this action must be filed with the Clerk of this Court within a reasonable period
of time after service.

**SARAH ALLISON THORNTON**

CLERK

/s/ – Kimberly M. Abaid

(By) DEPUTY CLERK



ISSUED ON 2008–01–07 09:29:56.0, Clerk
USDC DMA



Serv
NAI
Ch

**Middlesex Sheriff's Office** • Civil Process Division, P.O. Box 7135, Lowell, MA 01852-0135 • (978) 452-3221

*Middlesex, ss.*

January 15, 2008

I hereby certify and return that on 1/11/2008 at 10:35AM I served a true and attested copy of the SUMMONS AND COMPLAINT in this action in the following manner: To wit, by delivering in hand to RICHARD JOHNSON, agent, person in charge at the time of service for WILLIAM F. MARTIN, JR., MAYOR, at , 375 MERRIMACK Street, CITY OF LOWELL-CITY HALL Lowell, MA 01852. Attest ($5.00), Basic Service Fee ($30.00), Postage and Handling ($1.00), Travel ($16.00) Total Charges $52.00

*Gerard N Whitman*

_____
*Deputy Sheriff*

☐ Returned unexecuted:_____

_____

_____

☐ Other (specify) :_____

_____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|--------|----------|-------|
|        |          |       |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____          _____
                              Date                                        *Signature of Server*

                                                           _____
                                                           *Address of Server*