UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                   )
PEDRO LOPEZ; ABEL CANO;            )
KEVIN SLEDGE; CHARLES DEJESUS;     )
RICHARD BROOKS; ROBERT ALVAREZ,    )
MARISOL NOBREGA; SPENCER TATUM; THE)
MASSACHUSETTS HISPANIC LAW         )
ENFORCEMENT ASSOCIATION; INDIVIDUALLY)
AND ON BEHALF OF A CLASS OF INDIVIDUALS)
SIMILARLY SITUATED,                )
          Plaintiffs               )
                                   )
v.                                 )
                                   )  Case No. 07-CA-11693-JLT
CITY OF LAWRENCE, MASSACHUSETTS;   )
CITY OF METHUEN, MASSACHUSETTS;    )
COMMONWEALTH OF MASSACHUSETTS;     )
PAUL DIETL, IN HIS CAPACITY AS PERSONNEL)
ADMINISTRATOR FOR THE COMMONWEALTH )
OF MASSACHUSETTS, HUMAN RESOURCES  )
DIVISION; JOHN MICHAEL SULLIVAN, IN HIS)
CAPACITY AS MAYOR OF THE CITY OF   )
LAWRENCE, MASSACHUSETTS;           )
WILLIAM MANZI, III, IN HIS CAPACITY AS)
MAYOR OF CITY OF METHUEN,          )
MASSACHUSETTS; CITY OF LOWELL,     )
MASSACHUSETTS; WILLIAM F. MARTIN, IN HIS)
CAPACITY AS MAYOR OF THE CITY OF LOWELL,)
MASSACHUSETTS; CITY OF WORCESTER,  )
MASSACHUSETTS; and KONSTANTINA B. LUKES,)
IN HIS CAPACITY AS MAYOR OF THE CITY OF)
WORCESTER, MASSACHUSETTS,          )
          Defendants               )
_____)

CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)(2) FOR
MOTION TO AMEND COMPLAINT (Docket Entry No. 30)

I hereby certify that the parties have complied with the requirements of Local

Rule 7.1(a)(2), and have conferred and attempted in good faith to resolve or narrow the

1

issue. Counsel for Defendants has stated that they do not oppose Plaintiffs' Motion to Amend Complaint filed with Court on January 15, 2008.

          Respectfully submitted,

ABEL CANO, PEDRO LOPEZ,
KEVIN SLEDGE, CHARLES DEJESUS,
RICHARD BROOKS, ROBERT ALVAREZ,
MARISOL NOBREGA, SPENCER TATUM,
THE MASSACHUSETTS HISPANIC LAW
ENFORCEMENT ASSOCIATION,
INDIVIDUALLY AND ON BEHALF OF A
CLASS OF INDIVIDUALS SIMILARLY
SITUATED,

By their attorneys,

Dated: January 23, 2008

s/Harold L. Lichten
Harold L. Lichten, BBO #549689
Shannon Liss-Riordan, BBO #640716
Leah M. Barrault, BBO # 661626
Pyle, Rome, Lichten, Ehrenberg
    & Liss-Riordan, P.C.
18 Tremont St., Ste. 500
Boston, MA 02108
(617) 367-7200

## CERTIFICATE OF SERVICE

I hereby certify that a copy of plaintiffs' Motion to Amend the Complaint (Docket Entry No. 30) was served upon the Court and counsel of record via the Court's ECF filing system on January 15, 2008, and the foregoing document was served upon the Court and counsel of record for defendants via the Court's ECF filing system, on January 23, 2008.

          s/Harold L. Lichten
          Harold L. Lichten

Cindy/legal/Harold/Promotional Exam/Cert LR 7.1-motion to amend complaint-Jan 23 08