UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PEDRO LOPEZ; ABEL CANO; KEVIN SLEDGE; CHARLES DEJESUS; RICHARD BROOKS; ROBERT ALVAREZ, MARISOL NOBREGA; SPENCER TATUM; THE MASSACHUSETTS HISPANIC LAW ENFORCEMENT ASSOCIATION; INDIVIDUALLY AND ON BEHALF OF A CLASS OF INDIVIDUALS SIMILARLY SITUATED,<br>　　　　Plaintiffs<br><br>v.<br><br>CITY OF LAWRENCE, MASSACHUSETTS; CITY OF METHUEN, MASSACHUSETTS; COMMONWEALTH OF MASSACHUSETTS; PAUL DIETL, IN HIS CAPACITY AS PERSONNEL ADMINISTRATOR FOR THE COMMONWEALTH OF MASSACHUSETTS, HUMAN RESOURCES DIVISION; JOHN MICHAEL SULLIVAN, IN HIS CAPACITY AS MAYOR OF THE CITY OF LAWRENCE, MASSACHUSETTS; WILLIAM MANZI, III, IN HIS CAPACITY AS MAYOR OF CITY OF METHUEN, MASSACHUSETTS; CITY OF LOWELL, MASSACHUSETTS; WILLIAM F. MARTIN, IN HIS CAPACITY AS MAYOR OF THE CITY OF LOWELL, MASSACHUSETTS; CITY OF WORCESTER, MASSACHUSETTS; and KONSTANTINA B. LUKES, IN HIS CAPACITY AS MAYOR OF THE CITY OF WORCESTER, MASSACHUSETTS,<br>　　　　Defendants | Case No. 07-CA-11693-JLT |

CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)(2) FOR
MOTION FOR CLASS CERTIFICATION (Docket Entry No. 31)

I hereby certify that the parties have complied with the requirements of Local

Rule 7.1(a)(2), and have conferred and attempted in good faith to resolve or narrow the

1

issue. Counsel for Defendants has stated that they oppose Plaintiffs' Motion for Class Certification filed with the Court on January 15, 2008.

          Respectfully submitted,

ABEL CANO, PEDRO LOPEZ,
KEVIN SLEDGE, CHARLES DEJESUS,
RICHARD BROOKS, ROBERT ALVAREZ,
MARISOL NOBREGA, SPENCER TATUM,
THE MASSACHUSETTS HISPANIC LAW
ENFORCEMENT ASSOCIATION,
INDIVIDUALLY AND ON BEHALF OF A
CLASS OF INDIVIDUALS SIMILARLY
SITUATED,

By their attorneys,

Dated: January 23, 2008

s/Harold L. Lichten___
Harold L. Lichten, BBO #549689
Shannon Liss-Riordan, BBO #640716
Leah M. Barrault, BBO # 661626
Pyle, Rome, Lichten, Ehrenberg
    & Liss-Riordan, P.C.
18 Tremont St., Ste. 500
Boston, MA 02108
(617) 367-7200

### CERTIFICATE OF SERVICE

I hereby certify that a copy of plaintiffs' Motion for Class Certification (Docket Entry No. 31) was served upon the Court and counsel of record via the Court's ECF filing system on January 15, 2008 and the foregoing document was served upon the Court and counsel of record for defendants via the Court's ECF filing system, on January 23, 2008.

          s/Harold L. Lichten_____
          Harold L. Lichten

Cindy/legal/Harold/Promotional Exam/Cert LR 7.1-motion for class certification-Jan 23 08