## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

PEDRO LOPEZ, et al.,

                          Plaintiffs,

v.                                                  CIVIL ACTION
                                                    NO. 07-11693-JLT
CITY OF LAWRENCE, et al.,

                          Defendants.

## STATE DEFENDANTS' ASSENTED-TO MOTION TO ENLARGE TIME TO FILE OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

Defendants Commonwealth of Massachusetts and Paul Dietl, in his capacity as Chief Human Resources Officer of the Human Resources Division, hereby move to extend the time to oppose plaintiffs' Motion for Class Certification Pursuant to Fed. R. Civ. P. 23(b)(2), which was filed on January 15, 2008 (Paper No. 31). Specifically, defendants move to extend the due date by two weeks from January 29, 2008, to **February 12, 2008.** In support, defendants state that, due to the complexity of the issues presented by plaintiffs' motion and due to other professional obligations of undersigned counsel, additional time is required to complete the research and writing necessary for their opposition. Defendants further state that this new deadline would still give plaintiffs sufficient time to file a reply, if any, in advance of the next scheduled hearing date of March 17, 2008.

This is the first extension requested by defendants. Counsel for plaintiffs assent to the allowance of this motion.

Respectfully submitted,

COMMONWEALTH OF MASSACHUSETTS and
PAUL DIETL, in his capacity as Chief Human
Resources Officer of the Human Resources
Division,

By their attorney,

MARTHA COAKLEY
ATTORNEY GENERAL


 /s/ Sookyoung Shin
Sookyoung Shin, BBO # 643713
Assistant Attorney General
One Ashburton Place, Room 2019
Boston, MA 02108-1698
(617) 727-2200, ext. 2052

Dated: January 25, 2008

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that the above document will be served on January 25, 2008, by electronic notice for registered counsel and a copy will be served by first-class mail, postage pre-paid, for non-registered counsel.

<u>/s/ Sookyoung Shin</u>
Sookyoung Shin, BBO # 643713
Assistant Attorney General