UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 07-CV-11693-JLT

|  |  |
|---|---|
| PEDRO LOPEZ; ABEL CANO; KEVIN SLEDGE; CHARLES DEJESUS; RICHARD BROOKS; ROBERT ALVAREZ; MARISOL NOBREGA; SPENCER TATUM; THE MASSACHUSETTS HISPANIC LAW ENFORCEMENT ASSOCIATION; INDIVIDUALLY AND ON BEHALF OF A CLASS OF INDIVIDUALS SIMILARLY SITUATED,<br>    Plaintiff, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| v. | ) |
| CITY OF LAWRENCE, MASSACHUSETTS; CITY OF METHUEN, MASSACHUSETTS; COMMONWEALTH OF MASSACHUSETTS; PAUL DIETL, IN HIS CAPACITY AS PERSONNEL ADMINISTRATOR FOR THE COMMONWEALTH OF MASSACHUSETTS, HUMAN RESOURCES DIVISION; JOHN MICHAEL SULLIVAN, IN HIS CAPACITY AS MAYOR OF THE CITY OF LAWRENCE, MASSACHUSETTS; WILLIAM MANZI, III, IN HIS CAPACITY AS MAYOR OF CITY OF METHUEN, MASSACHUSETTS; CITY OF LOWELL, MASSACHUSETTS; WILLIAM F. MARTIN, IN HIS CAPACITY AS MAYOR OF THE CITY OF LOWELL MASSACHUSETTS; CITY OF WORCESTER, MASSACHUSETTS; AND KONSTANTINA B. LUKES, IN HER CAPACITY AS MAYOR OF THE CITY OF WORCESTER, MASSACHUSETTS,<br>    Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANTS' CITY OF LOWELL AND WILLIAM F. MARTIN,
IN HIS CAPACITY AS MAYOR OF THE CITY OF LOWELL,
MOTION FOR ADDITIONAL 7-DAY EXTENSION TO FEBRUARY 11, 2008 TO FILE
RESPONSE TO PLAINTIFFS' SECOND AMENDED COMPLAINT (ASSENTED TO)**

Now come the Defendants, City of Lowell and William F. Martin, in his capacity as Mayor of the City of Lowell and, with the assent of counsel for Plaintiffs, respectfully request that the date for filing their response to Plaintiffs' Second Amended Complaint be extended by an additional seven days from February 4, 2008 to February 11, 2008.

As grounds therefor, the parties are discussing issues relating to the City of Lowell's appointing authority which does not involve William F. Martin in his capacity as Mayor for the City of Lowell.

February 1, 2008                                                         Respectfully submitted:

| | |
|---|---|
| ABEL CANO, PEDRO LOPEZ, KEVIN SLEDGE, CHARLES DEJESUS, RICHARD BROOKS, ROBERT ALVAREZ, MARISOL NOBREGA, SPENCER TATUM, THE MASSACHUSETTS HISPANIC LAW ENFORCEMENT ASSOCIATION, INDIVIDUALLY AND ON BEHALF OF A CLASS OF INDIVIDUALS SIMILARLY SITUATED, PLAINTIFFS | CITY OF LOWELL AND WILLIAM F. MARTIN, IN HIS CAPACITY AS MAYOR OF THE CITY OF LOWELL, DEFENDANTS |
| /s Harold L. Lichten<br>Harold L. Lichten, BBO # 549689<br>Shannon Liss-Riordan, BBO # 640716<br>Leah M. Barrault, BBO # 661626<br>Pyle, Rome, Lichten, Ehrenberg<br>    & Liss-Riordan, PC<br>18 Tremont Street, Ste. 500<br>Boston MA 02108<br>Tel: 617-367-7200 | /s Brian W. Leahey<br>Brian W. Leahey, Assistant City Solicitor<br>BBO # 567403<br>City of Lowell - Law Department<br>375 Merrimack Street, 3rd Fl.<br>Lowell MA 01852-5909<br>Tel: 978-970-4050<br>Fax: 978-453-1510 |

## **CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing document, was filed through the Electronic Case Filing System for filing and electronic service to the registered participants as identified on the Notice of Electronic Filing on February 1, 2008.

/s Brian W. Leahey
Brian W. Leahey, Assistant City Solicitor