UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____

PEDRO LOPEZ; ABEL CANO;
KEVIN SLEDGE; CHARLES DEJESUS;
RICHARD BROOKS; ROBERT ALVAREZ,
MARISOL NOBREGA; SPENCER TATUM; THE
MASSACHUSETTS HISPANIC LAW
ENFORCEMENT ASSOCIATION; INDIVIDUALLY
AND ON BEHALF OF A CLASS OF INDIVIDUALS
SIMILARLY SITUATED,
    Plaintiffs

v.

CITY OF LAWRENCE, MASSACHUSETTS;
CITY OF METHUEN, MASSACHUSETTS;
COMMONWEALTH OF MASSACHUSETTS;
PAUL DIETL, IN HIS CAPACITY AS PERSONNEL
ADMINISTRATOR FOR THE COMMONWEALTH
OF MASSACHUSETTS, HUMAN RESOURCES
DIVISION; JOHN MICHAEL SULLIVAN, IN HIS
CAPACITY AS MAYOR OF THE CITY OF
LAWRENCE, MASSACHUSETTS;
WILLIAM MANZI, III, IN HIS CAPACITY AS
MAYOR OF CITY OF METHUEN,
MASSACHUSETTS; CITY OF LOWELL,
MASSACHUSETTS; WILLIAM F. MARTIN, IN HIS
CAPACITY AS MAYOR OF THE CITY OF LOWELL,
MASSACHUSETTS; CITY OF WORCESTER,
MASSACHUSETTS; and KONSTANTINA B. LUKES,
IN HER CAPACITY AS MAYOR OF THE CITY OF
WORCESTER, MASSACHUSETTS,
    Defendants
_____

Case No. 07-CA-11693-JLT

**PLAINTIFFS' ASSENTED TO MOTION TO REPLY TO STATE DEFENDANT'S OPPOSITION TO PLAINTIFFS' DISCOVERY ORDERS AND TO FILE SUCH REPLY BY FEBRUARY 14, 2008**

Plaintiffs hereby move to seek permission from this Court to reply to State

Defendant's Opposition to Plaintiff's Amended Proposed Orders on Document

1

Discovery and Depositions, which was filed on January 29, 2008 (Paper No. 45). The parties were before this Court on January 3, 2008 for a scheduling conference. At this conference, Plaintiffs described to this Court the document and deposition discovery necessary for Plaintiffs to conduct in this case. The Court instructed Plaintiffs to memorialize its document and discovery requests and to submit such requests in the form of an order for this Court to sign. Plaintiffs complied and filed their Proposed Discovery Orders on January 15, 2008. State Defendant filed a lengthy Opposition to Plaintiff's Proposed Orders on January 29, 2008 and State Defendant surprisingly raises objections to almost all of Plaintiffs' proposed document and deposition discovery. Where State Defendants raise numerous complex and unanticipated arguments related to discovery in their Opposition, Plaintiffs must be afforded an opportunity to file a reply and put their responses to Defendant's arguments before this Court. This is the first extension requested by Plaintiffs. Counsel for State Defendant assent to the allowance of this motion.

    WHEREFORE, Plaintiffs request that Plaintiffs' Assented to Motion to Reply to State Defendant's Opposition to Plaintiff's Proposed Discovery Orders in this matter be granted and that Plaintiffs be allowed to file such reply with this Court no later than **February 14, 2008**.

Respectfully submitted,

PEDRO LOPEZ, ABEL CANO,
KEVIN SLEDGE, CHARLES DEJESUS,
RICHARD BROOKS, ROBERT ALVAREZ,
MARISOL NOBREGA, SPENCER TATUM,
THE MASSACHUSETTS HISPANIC LAW
ENFORCEMENT ASSOCIATION;
INDIVIDUALLY AND ON BEHALF OF A
CLASS OF INDIVIDUALS SIMILARLY
SITUATED

By their attorneys,

/s/ Harold Lichten

Dated: February 5, 2008

_____
Harold L. Lichten, BBO #549689
Shannon Liss-Riordan, BBO #640716
Leah M. Barrault, BBO # 661626
Pyle, Rome, Lichten, Ehrenberg
    & Liss-Riordan, P.C.
18 Tremont St., Ste. 500
Boston, MA 02108
(617) 367-7200