UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PEDRO LOPEZ, ET AL., * | |
| * | |
| Plaintiffs, * | |
| * | 07-CV-11693 |
| v. * | |
| * | |
| CITY OF LAWRENCE, ET AL. * | |
| * | |
| Defendants. * | |

ORDER

February 6, 2008

TAURO, J.

This court hereby orders:

1. As previously ordered, the Parties shall confer and determine the proper parties in this matter, including (1) whether the Mayors, the Cities, or both the Mayors and the Cities, are the proper parties; and (2) whether the Attorney General of the Commonwealth of Massachusetts is a party. The Parties shall file an updated Party list by February 15, 2008.

2. Plaintiffs' <u>Motion to Amend Complaint, Rule 26 Disclosure, and Proposed Orders on Document Discovery and Depositions</u> [#30] is ALLOWED.

    a. Plaintiff shall file the Third Amended Complaint on the CM/ECF system by February 8, 2008, at which time response deadlines will begin to run.

    b. Docket Numbers 30-3 and 30-4 now replace Docket Numbers 28 and 29 as the Proposed Discovery Orders.

1

3. Defendant City of Worcester and Mayor Konstantina B. Lukes' <u>Assented to Motion to Enlarge Time to Respond to [Second Amended] Complaint</u> [#34] is DENIED AS MOOT.

4. State Defendants' <u>Assented-To Motion to Enlarge Time to File Opposition to Plaintiffs' Motion for Class Certification</u> [#41] is ALLOWED.

5. Plaintiffs' <u>Assented To Motion to Reply to State Defendant's Opposition to Plaintiffs' Discovery Orders and to File Such Reply by February 14, 2008</u> [#47] is ALLOWED.

IT IS SO ORDERED.

  /s/ Joseph L. Tauro
United States District Judge