UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____

| | |
|---|---|
| PEDRO LOPEZ; ABEL CANO; KEVIN SLEDGE; CHARLES DEJESUS; RICHARD BROOKS; ROBERT ALVAREZ, MARISOL NOBREGA; SPENCER TATUM; THE MASSACHUSETTS HISPANIC LAW ENFORCEMENT ASSOCIATION; INDIVIDUALLY AND ON BEHALF OF A CLASS OF INDIVIDUALS SIMILARLY SITUATED,<br>　　　Plaintiffs<br><br>v.<br><br>CITY OF LAWRENCE, MASSACHUSETTS; CITY OF METHUEN, MASSACHUSETTS; COMMONWEALTH OF MASSACHUSETTS; PAUL DIETL, IN HIS CAPACITY AS PERSONNEL ADMINISTRATOR FOR THE COMMONWEALTH OF MASSACHUSETTS, HUMAN RESOURCES DIVISION; JOHN MICHAEL SULLIVAN, IN HIS CAPACITY AS MAYOR OF THE CITY OF LAWRENCE, MASSACHUSETTS; WILLIAM MANZI, III, IN HIS CAPACITY AS MAYOR OF CITY OF METHUEN, MASSACHUSETTS; CITY OF LOWELL, MASSACHUSETTS; APPOINTING AUTHOROTY FOR THE CITY OF LOWELL, MASSACHUSETTS; CITY OF WORCESTER, MASSACHUSETTS; and MICHAEL OBRIEN IN HIS CAPACITY AS CITY MANAGER OF THE CITY OF WORCESTER, MASSACHUSETTS,<br>　　　Defendants | **Case No. 07-CA-11693-JLT** |

_____

**PLAINTIFFS' ASSENTED TO MOTION TO REPLY TO STATE DEFENDANT'S OPPOSITION TO PLAINTIFFS' MOTION TO CERTIFY CLASS AND TO FILE SUCH REPLY BY MARCH 4, 2008**

Plaintiffs hereby move to seek permission from this Court to reply to State Defendant's Opposition to Plaintiff's Motion to Certify a Class, which was filed on February 19, 2008 (Paper No. 51). The parties were before this Court on January 3,

1

2008 for a scheduling conference. On January 15, 2008, Plaintiffs filed a Motion to Certify a class. The State Defendant requested, the Plaintiffs assented, and this Court granted State Defendant an enlargement of time to file an Opposition to Plaintiff's Motion to Certify a Class from January 29, 2008 to February 12, 2008.

State Defendant filed a lengthy Opposition to Plaintiff's Motion to Certify a Class on February 19, 2008. Where State Defendants raise numerous complex and unanticipated arguments related to their Opposition, Plaintiffs must be afforded an opportunity to file a reply and put their responses to Defendant's arguments prior to parties' **March 17, 2008** conference before this Court. This is the first extension requested by Plaintiffs. Counsel for State Defendant assent to the allowance of this motion.

WHEREFORE, Plaintiffs request that Plaintiffs' Assented to Motion to Reply to State Defendant's Opposition to Plaintiff's Motion to Certify a Class in this matter be granted and that Plaintiffs be allowed to file such reply with this Court no later than **March 4, 2008**.

Respectfully submitted,

PEDRO LOPEZ, ABEL CANO,
KEVIN SLEDGE, CHARLES DEJESUS,
RICHARD BROOKS, ROBERT ALVAREZ,
MARISOL NOBREGA, SPENCER TATUM,
THE MASSACHUSETTS HISPANIC LAW
ENFORCEMENT ASSOCIATION;
INDIVIDUALLY AND ON BEHALF OF A
CLASS OF INDIVIDUALS SIMILARLY
SITUATED

By their attorneys,

/s/ Harold Lichten

Dated:  February 26, 2008          _____

Harold L. Lichten, BBO #549689
Shannon Liss-Riordan, BBO #640716
Leah M. Barrault, BBO # 661626
Pyle, Rome, Lichten, Ehrenberg
       & Liss-Riordan, P.C.
18 Tremont St., Ste. 500
Boston, MA 02108
(617) 367-7200

3