## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

_____

PEDRO LOPEZ; ABEL CANO;                         )
KEVIN SLEDGE; CHARLES DEJESUS;                  )
RICHARD BROOKS; ROBERT ALVAREZ,                 )
MARISOL NOBREGA; SPENCER TATUM; THE             )
MASSACHUSETTS HISPANIC LAW                      )
ENFORCEMENT ASSOCIATION; INDIVIDUALLY           )
AND ON BEHALF OF A CLASS OF INDIVIDUALS         )
SIMILARLY SITUATED,                             )
      Plaintiffs                         )
                                                )
v.                                              )
                                                ) **Case No. 07-CA-11693-JLT**
CITY OF LAWRENCE, MASSACHUSETTS;                )
CITY OF METHUEN, MASSACHUSETTS;                 )
COMMONWEALTH OF MASSACHUSETTS;                  )
PAUL DIETL, IN HIS CAPACITY AS PERSONNEL        )
ADMINISTRATOR FOR THE COMMONWEALTH              )
OF MASSACHUSETTS, HUMAN RESOURCES               )
DIVISION; JOHN MICHAEL SULLIVAN, IN HIS         )
CAPACITY AS MAYOR OF THE CITY OF                )
LAWRENCE, MASSACHUSETTS;                        )
WILLIAM MANZI, III, IN HIS CAPACITY AS          )
MAYOR OF CITY OF METHUEN,                       )
MASSACHUSETTS; CITY OF LOWELL,                  )
MASSACHUSETTS; APPOINTING AUTHOROTY             )
FOR THE CITY OF LOWELL,                         )
MASSACHUSETTS; CITY OF WORCESTER,               )
MASSACHUSETTS; and MICHAEL OBRIEN IN HIS        )
CAPACITY AS CITY MANAGER OF THE CITY OF         )
WORCESTER, MASSACHUSETTS,                       )
      Defendants                         )
_____)

### PLAINTIFFS' ASSENTED TO MOTION TO ENLARGE TIME TO FILE A REPLY TO STATE DEFENDANT'S OPPOSITION TO PLAINTIFFS' MOTION TO CERTIFY CLASS FROM MARCH 4, 2008 TO <u>MARCH 11, 2008</u>

      Plaintiffs hereby move to seek permission from this Court to enlarge the time for

which it may reply to State Defendant's Opposition to Plaintiff's Motion to Certify a

Class, which was filed on February 19, 2008 (Paper No. 51).  The parties were before

this Court on January 3, 2008 for a scheduling conference.  On January 15, 2008, Plaintiffs filed a Motion to Certify a class.   The State Defendant requested, the Plaintiffs assented, and this Court granted State Defendant an enlargement of time to file an Opposition to Plaintiff's Motion to Certify a Class from January 29, 2008 to February 12, 2008.  State Defendant thus had almost one (1) month to file their opposition.

State Defendant filed a lengthy Opposition to Plaintiff's Motion to Certify a Class on February 19, 2008 (an additional one (1) week later).   The Plaintiffs requested, the State Defendant assented, and this Court granted Plaintiffs permission to file a Reply to State Defendant's Opposition to Plaintiff's Motion to Certify a Class by March 4, 2008.   Since that time, State Defendant has served upon Plaintiffs a box of discovery related to Plaintiff's certification claim.  Plaintiff needs to time to review this discovery.  Thus, where State Defendant raises numerous complex and  unanticipated arguments in their Opposition, and where Plaintiffs have just now received a box of discovery from State Defendant relative to their certification claim and necessary for their Reply, Plaintiffs must be afforded some additional time to analyze such documents and file their reply.   Counsel for State Defendant assents to the allowance of this motion.

WHEREFORE, Plaintiffs request that Plaintiffs' Assented to Motion to Enlarge the Time Which it May Reply to State Defendant's Opposition to Plaintiff's Motion to Certify a Class in this matter be granted and that Plaintiffs be allowed to file such reply with this Court no later than **March 11, 2008**.

Respectfully submitted,

PEDRO LOPEZ, ABEL CANO,
KEVIN SLEDGE, CHARLES DEJESUS,
RICHARD BROOKS, ROBERT ALVAREZ,
MARISOL NOBREGA, SPENCER TATUM,
THE MASSACHUSETTS HISPANIC LAW
ENFORCEMENT ASSOCIATION;
INDIVIDUALLY AND ON BEHALF OF A
CLASS OF INDIVIDUALS SIMILARLY
SITUATED

By their attorneys,

/s/ Harold Lichten

Dated:  February 29, 2008

_____

Harold L. Lichten, BBO #549689
Shannon Liss-Riordan, BBO #640716
Leah M. Barrault, BBO # 661626
Pyle, Rome, Lichten, Ehrenberg
        & Liss-Riordan, P.C.
18 Tremont St., Ste. 500
Boston, MA 02108
(617) 367-7200