**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| PEDRO LOPEZ, et al., <br>　　　　Plaintiffs <br><br>v. <br><br>CITY OF LAWRENCE, et al., <br><br>　　　　Defendants | ) <br> ) <br> ) <br> ) <br> ) <br> ) **No. 07-CA-11693-JLT** <br> ) <br> ) <br> ) <br> ) |

**PLAINTIFFS' FOURTH MOTION TO AMEND COMPLAINT**

The Plaintiffs by their attorneys hereby move to amend the complaint in this matter to add four (4) additional named Plaintiffs who are currently police officers in the City of Boston and have taken the sergeant's exam which resulted in the establishment of a certified civil service promotional list in February of 2006.   In support, this complaint has been before this Court since September of 2007.  The parties are currently briefing the Plaintiffs' motion for class certification pursuant to Rule 23(b)(2) of the Federal Rules of Civil Service Procedure.  In its opposition to class certification filed with this Court on February 19, 2008, one of State Defendant arguments is that class certification is improper because Plaintiff's putative class does not meet the so-called numerosity requirement for class actions.   Plaintiffs have filed a Reply Brief strenuously opposing this argument.  However, in an abundance of caution, Plaintiffs move to add these four (4) named Plaintiffs from the City of Boston to ensure that numerosity has been met and to avoid what would otherwise result in unnecessary and protracted litigation over this issue.

In addition, State Defendant has refused to date to provide Plaintiffs with any documentation related to the statewide sergeant's examination given in 2005 but not certified until 2006 because none of named Plaintiffs took this examination. The addition of plaintiffs from the City of Boston who took that examination will require State Defendant to produce such discovery and will avoid what would otherwise result in unnecessary and protracted litigation over this discovery issue.

It is well-settled that motions to amend a complaint are to be granted freely particularly where a case is still in the early stages and an amendment would not unduly prejudice any of the parties. Here, Plaintiff's motion will not prejudice any of the Defendants where this case has yet to undergo discovery.

The Plaintiffs have attached hereto their Fourth Amended Complaint which sets forth these four (4) additional named Plaintiffs.

WHEREFORE, Plaintiffs request that this Motion to Amend Complaint be granted.

Respectfully submitted,

PEDRO LOPEZ, et al.,

By their attorneys,

/s Leah Marie Barrault
_____

Harold L. Lichten, BBO #549689
Shannon Liss-Riordan, BBO #640716
Leah M. Barrault, BBO # 661626
Pyle, Rome, Lichten, Ehrenberg
    & Liss-Riordan, P.C.
18 Tremont St., Ste. 500
Boston, MA 02108
(617) 367-7200

March 11, 2008

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing document was served upon the Court and counsel of record for defendants via the Court's ECF filing system, on March 11, 2008.

    /s Leah Marie Barrault_____
    Leah Marie Barrault