## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| PEDRO LOPEZ, et al., <br>       Plaintiffs <br><br> v. <br><br> CITY OF LAWRENCE, et al., <br><br>       Defendants | ) <br> ) <br> ) <br> ) <br> ) <br> ) **No. 07-CA-11693-JLT** <br> ) <br> ) <br> ) <br> ) |

## AFFIDAVIT OF HAROLD LICHTEN

I, Harold Lichten, being duly sworn, hereby depose and state as follows:

1. I secured and reviewed the current 2006 police sergeant list for the position of police sergeant for the Boston Police Department based upon the HRD exam given in late 2005. (Exhibit D, annexed to Plaintiff's Reply Memorandum to State Defendant's Opposition to Plaintiffs' Motion for Class Certification.)

2. I conferred with at least one minority Boston police officer, Angela-Williams Mitchell. She is also a member of the Massachusetts Association of Minority Law Enforcement Officers, Inc. (MAMLEO).

3. Based upon my review of the current 2006 police sergeant list and based upon my conversation with Ms. Williams-Mitchell I was able to determine, to the best of my ability, that there are a total of 378 police officers who took and passed[1] the civil service sergeant's exam for Boston (which is the same exam that was given statewide in that year).

4. Of the 50 promotions made to the position of sergeant in Boston, five are minorities (Black and Hispanic) and 45 are whites. Minority promotions to the position of sergeant on the 2006 police sergeant list for the position of police sergeant for the Boston Police Department are indicated on the list, (Exhibit D) by the notation *s.

5. A total of 74 minorities took the exam and passed compared to 304 non-minorities. All minorities on the 2006 police sergeant list for the position of police sergeant for the Boston Police Department are indicated on the list, (Exhibit D), by the notation *.

---

[1] This promotional list only ranks officers who passed the promotional exam – not officers who failed.

Signed under the pains and penalties of perjury this 11th day of March of 2008.

/s Harold Lichten

_____
Harold Lichten