# EXHIBIT C

2006 Police Sergeant Exam  
Promotion Report  
Departments with Minority Applicants

Last Update 01/17/2008

|            | Takers B/H | Takers White | Takers Total | Promo B/H | Promo White | Promo Total |
|------------|------------|--------------|--------------|-----------|-------------|-------------|
| Andover    | 2          | 16           | 18           | 0         | 0           | 0           |
| Attleboro  | 2          | 8            | 10           | 0         | 0           | 0           |
| Brockton   | 15         | 45           | 60           | 0         | 1           | 1           |
| Chicopee   | 2          | 15           | 17           | 0         | 0           | 0           |
| Dartmouth  | 1          | 7            | 8            | 0         | 0           | 0           |
| Fall River | 6          | 33           | 39           | 0         | 0           | 0           |
| Fitchburg  | 2          | 6            | 8            | 0         | 0           | 0           |
| Framingham | 3          | 13           | 16           | 0         | 0           | 0           |
| Lawrence   | 10         | 37           | 47           | 0         | 0           | 0           |
| Lexington  | 2          | 7            | 9            | 0         | 0           | 0           |
| Lowell     | 7          | 36           | 43           | 0         | 5           | 5           |
| Malden     | 1          | 14           | 15           | 0         | 0           | 0           |
| Marlboro   | 1          | 9            | 10           | 0         | 2           | 2           |
| Methuen    | 4          | 19           | 23           | 0         | 1           | 1           |
| Needham    | 1          | 6            | 7            | 0         | 1           | 1           |
| Peabody    | 1          | 18           | 19           | 0         | 0           | 0           |
| Plainville | 1          | 3            | 4            | 0         | 1           | 1           |
| Revere     | 1          | 18           | 19           | 0         | 0           | 0           |
| Somerville | 3          | 30           | 33           | 0         | 2           | 2           |
| Sudbury    | 1          | 5            | 6            | 0         | 1           | 1           |
| Walpole    | 1          | 8            | 9            | 0         | 1           | 1           |
| Whitman    | 2          | 10           | 12           | 0         | 0           | 0           |
| Worcester  | 10         | 53           | 63           | 0         | 2           | 2           |
| Totals     | 79         | 416          | 495          | 0         | 17          | 17          |