# EXHIBIT D



**Mass.Gov** — Human Resources Division

Civil Service On line Services

Return to Applicant Main Menu • Logout

## POLICE SERGEANT
### Active Standing List

List Established
**02/13/2006**

### Applicant Information

| | |
|---|---|
| Name | MILLER, BRIAN E |
| Address | 37 FENDALE AVE |
| City, State | DORCHESTER, MA |
| Date of Birth | 06/28/1971 |
| Gender | Male |

**Tip!** Your Name is highlighted in the list below. To find it, click on the Toolbar then Find on this page and enter your name in the " Or short key "Ctrl+F"

| Rank | Applicant | Preference Status |
|---|---|---|
| 1 | TARANTINO, JAMES R | VETERAN |
| 2 | MCCARTHY, JOEL C | VETERAN |
| 3 | BRENNAN, THOMAS | VETERAN |
| 3 | CONNOLLY, CHRISTOPH E | NON VETERAN |
| 3 | WALSH, CHRISTOPH T | VETERAN |
| 6 | CUNNIFF, CHRISTOPH J | NON VETERAN |
| 6 | FLAHERTY, SEAN P | VETERAN |
| 6 | HEGARTY, MICHAEL J | NON VETERAN |
| 6 | RYAN, GARY J | NON VETERAN |
| 6 | TRACEY, DANIEL J | VETERAN |
| 11 | D ENTREMONT, THOMAS M | NON VETERAN |
| 11 | MILLER, BRIAN E | NON VETERAN |
| 11 | RIVA, MARYANN | NON VETERAN |
| 11 | SWEENEY, STEVEN M | NON VETERAN |
| 15 | DONARUMA, ROBERT J | NON VETERAN |
| 15 | DUFF, DANIEL P | NON VETERAN |
| 15 | MORGAN, PHILIP F | NON VETERAN |
| 15 | SOLARI, HUGH R | NON VETERAN |
| 15 | WILBANKS, SEAN M | D VETERAN |
| 15 | WILLIAMS, FRED R | NON VETERAN |
| 21 | EARLEY, JOHN | NON VETERAN |
| 21 | EDDINGS, MARCUS C | NON VETERAN |
| 21 | FOLEY, THOMAS J | NON VETERAN |
| 21 | LEWIS, RICHARD G | VETERAN |

| | | |
|---|---|---|
| 21 | MCCARTHY, MICHAEL P | NON VETERAN |
| 21 | O'NEILL, MARYANN | VETERAN |
| 21 | SMIDDY, MARTIN G | NON VETERAN |
| 21 | SOUSA, KENNETH A | NON VETERAN |
| 21 | ZELVIS, PAUL J | NON VETERAN |
| 30 | BLAKE, JAMES M | VETERAN |
| 30 | BUCKLEY, JAMES H | VETERAN |
| 30 | CARINO, GEORGE F | NON VETERAN |
| 30 | COTTER, WINIFRED N | NON VETERAN |
| 30 | DAHILL, RICHARD J  S | NON VETERAN |
| 30 | FAGAN, CECILIA M | NON VETERAN |
| 30 | FARRELL, BRIAN T | NON VETERAN |
| 30 | GALLARELLI, JOSEPH | NON VETERAN |
| 30 | HANSON, MICHAEL C | VETERAN |
| 30 | KEENAN, DONALD F | NON VETERAN |
| 30 | KRAUSE, ERIC G | NON VETERAN |
| 30 | MACCALLUM, JEFFREY S | NON VETERAN |
| 30 | MAGUIRE, JOSEPH M | NON VETERAN |
| 30 | MAHONEY, PAUL S | NON VETERAN |
| 30 | MOORE, JAMES | NON VETERAN |
| 30 | PROVENZANO, GINO A | NON VETERAN |
| 30 | SCALES, LATEISHA R  S | NON VETERAN |
| 30 | SULLIVAN, MARC | NON VETERAN |
| 30 | TAXTER, LUCAS E | NON VETERAN |
| 30 | TONER, WILLIAM R | NON VETERAN |
| 50 | ASSAD, MARK L | NON VETERAN |
| 50 | AYALALEONG, NORMA I   S | NON VETERAN |
| 50 | BESOLD, PAMELA L | NON VETERAN |
| 50 | BLANDO JR., CARL | NON VETERAN |
| 50 | BURNS, SHAWN M | D VETERAN |
| 50 | CARROLL, JEANNE L | NON VETERAN |
| 50 | CLARKE, WAYNE G | NON VETERAN  84 |
| 50 | DEVANE, MICHAEL F | VETERAN |
| 50 | DOHERTY, SEAN M | VETERAN |
| 50 | DOOGAN, WILLIAM E | NON VETERAN |
| 50 | DOYLE, JAMES M | VETERAN |
| 50 | ELWQQD, JOHN | VETERAN |
| 50 | FREIRE, MARK S | NON VETERAN |
| 50 | GAINES, KENNETH | NON VETERAN |
| 50 | GALVIN, JAMES L | VETERAN |
| 50 | HOLMES, LISA R  S | NON VETERAN |
| 50 | HUMPHREYS, DANIEL M | VETERAN |
| 50 | LOZANO, JOSE L | NON VETERAN |
| 50 | MCGOLDRICK, KEVIN P | D VETERAN |

| | | |
|---|---|---|
| 50 | MCMAHON,EDWARD F | VETERAN |
| 50 | SHEESLEY,MONICA L | NON VETERAN |
| 50 | SILTA,SAMIL T | NON VETERAN |
| 50 | THOMPSON,JAMES M | D VETERAN |
| 50 | TURNER,KENNETH S | VETERAN |
| 74 | BLACK,BRIAN C | NON VETERAN |
| 74 | DORIS,KATHLEEN P | NON VETERAN |
| 74 | EDGHILL,SUSAN R | NON VETERAN |
| 74 | FOLEY,GEORGE P | D VETERAN |
| 74 | FOLEY,JAMES M | VETERAN |
| 74 | GALLAGHER,WILLIAM J | NON VETERAN |
| 74 | GRIFFITHS,FRANCIS M | VETERAN |
| 74 | HARRIS,DENNIS P | VETERAN |
| 74 | HOLBROOK,LUKE B | NON VETERAN |
| 74 | JORDAN,RICHARD P | NON VETERAN |
| 74 | KNECHT,WILLIAM G | NON VETERAN |
| 74 | LEAHY,THOMAS P | NON VETERAN |
| 74 | LONG,DANIEL A | NON VETERAN |
| 74 | MACDOANDL,DANIEL F | NON VETERAN |
| 74 | MARANDO,SHAWN P | D VETERAN |
| 74 | MARTIN,JAMES R | NON VETERAN |
| 74 | MCCARTHY,SEAN C | NON VETERAN |
| 74 | MCLAUGHLIN,PAUL C | NON VETERAN |
| 74 | NORTON,PETER O | NON VETERAN |
| 74 | ROMANO,STEPHEN P | NON VETERAN |
| 74 | YOUNG,JOSEPH M | NON VETERAN |
| 95 | BENTON,JEREMIAH | NON VETERAN |
| 95 | BOYLE,CHRISTOPH R | NON VETERAN |
| 95 | CALLAHAN,JOHN F | NON VETERAN |
| 95 | CARR,ROBERT P | VETERAN |
| 95 | COYNE,MICHAEL | NON VETERAN |
| 95 | CRONIN,JOHN F | NON VETERAN |
| 95 | DOUGHERTY,JOHN D | NON VETERAN |
| 95 | FARRELL,JOHN L | NON VETERAN |
| 95 | LOMUSCIO,JOSEPH | VETERAN |
| 95 | MAHONEY,BRIAN C | NON VETERAN |
| 95 | MCCARTHY,JOHN T | VETERAN |
| 95 | MCLAUGHLIN,FRANCIS X | NON VETERAN |
| 95 | MELVIN,DAVID E | NON VETERAN |
| 95 | MORGAN,STEVEN J | NON VETERAN |
| 95 | MORRISON,PATRICK J | NON VETERAN |
| 95 | MYLETT,MICHAEL R | NON VETERAN |
| 95 | RICARD,JEAN-PIER | VETERAN |
| 95 | RIDGE,ROBERT J | NON VETERAN |

| | | |
|---|---|---|
| 95 | SEAN,DEERY F | NON VETERAN |
| 95 | SHORT,GREGORY M | NON VETERAN |
| 95 | THOMAS,MILLER | NON VETERAN |
| 95 | WILLIAMS,DANTE B | NON VETERAN |
| 95 | YALMOKAS,KEVIN J | D VETERAN |
| 118 | AHERN,JOHN B | NON VETERAN |
| 118 | CARDOZA,GEORGE I | NON VETERAN |
| 118 | CELESTER,LAWRENCE I | VETERAN |
| 118 | CONBOY,DANIEL T | NON VETERAN |
| 118 | COPPINGER,MICHAEL C | VETERAN |
| 118 | CURTIS,RONALD P | VETERAN |
| 118 | DIGIROLAMO,JOSEPH E | VETERAN |
| 118 | DURANT,PATRICIA M | NON VETERAN |
| 118 | EGAN,GEORGE F | VETERAN |
| 118 | GILL,ADAM C | NON VETERAN |
| 118 | HYSLIP,DAVID G | NON VETERAN |
| 118 | KENNEY,ROBERT J | D VETERAN |
| 118 | LEMBO,THOMAS E | NON VETERAN |
| 118 | MACCALLUM,SCOTT A | NON VETERAN |
| 118 | MACKIE,SCOTT M | NON VETERAN |
| 118 | MARYLAND,LANITA D | NON VETERAN |
| 118 | MCNULTY,JOHN E | NON VETERAN |
| 118 | MILLER,JAMES W | NON VETERAN |
| 118 | MONAHAN,JOSEPH G | NON VETERAN |
| 118 | O'SHEA,SHEILA M | NON VETERAN |
| 118 | O'TOOLE,TERRENCE V | VETERAN |
| 118 | OBRIEN,GERARD T | NON VETERAN |
| 118 | PAINTEN,PAUL A | NON VETERAN |
| 118 | POWELL,COURTNEY A | VETERAN |
| 118 | SULLIVAN,CARLA | NON VETERAN |
| 143 | ARTHUR,DARNELL E | NON VETERAN |
| 143 | BRODERICK,JOHN D | NON VETERAN |
| 143 | BROWN,GWENDOLYN | NON VETERAN |
| 143 | COTTON,TERRY L | NON VETERAN |
| 143 | DWAN,DARYLE P | NON VETERAN |
| 143 | EZEKIEL,JOHN W | NON VETERAN |
| 143 | FITZPATRICK,TIMOTHY G | NON VETERAN |
| 143 | FREEMAN,JAMES J | NON VETERAN |
| 143 | GAVA,ROY | NON VETERAN |
| 143 | JONES,KEVIN F | NON VETERAN |
| 143 | KELLY,TIMOTHY J | NON VETERAN |
| 143 | MENINOJR,THOMAS M | NON VETERAN |
| 143 | MITCHELL,GARRETT G | VETERAN |
| 143 | MORRIS,PETER B | NON VETERAN |

| | | |
|---|---|---|
| 143 | O'CONNOR,JOHN J | NON VETERAN |
| 143 | ORTIZ,ANTHONY | VETERAN |
| 143 | PERKINS,ALAN K | VETERAN |
| 143 | RAGLAND,JACQUELIN | NON VETERAN |
| 143 | SULLIVAN,THOMAS E | VETERAN |
| 143 | TABB,LEOUTRAH L | NON VETERAN |
| 143 | VANDYKE,KARYN A | NON VETERAN |
| 143 | WRIGHT,JOHN P | NON VETERAN |
| 143 | WRIGHT,PAUL D | D VETERAN |
| 166 | BARRETT,EDWARD | NON VETERAN |
| 166 | CARNELL,JAMES | NON VETERAN |
| 166 | CARROLL,CHRISTOPH F | NON VETERAN |
| 166 | CELLUCCI,CHARLES J | NON VETERAN |
| 166 | CINTOLO,JOSEPH P | NON VETERAN |
| 166 | COOKS,RICKY | NON VETERAN |
| 166 | DOOGAN,MICHAEL J | NON VETERAN |
| 166 | FACEY,DELORES E | NON VETERAN |
| 166 | FISHER,DEBRA M | NON VETERAN |
| 166 | FOLEY,PATRICK M | NON VETERAN |
| 166 | HERNANDEZ,JORGE L | NON VETERAN |
| 166 | HYSLIP,JOHN F | NON VETERAN |
| 166 | KENNEDY,JOSEPH M | NON VETERAN |
| 166 | LANGA,MAURICIO E | NON VETERAN |
| 166 | MAZZOLA,ADAM T | VETERAN |
| 166 | MERCED,SIXTO | NON VETERAN |
| 166 | PARLON,WILLIAM L | NON VETERAN |
| 166 | PRAILEAU,LYNETTE | NON VETERAN |
| 166 | PUZZO,BRIAN | NON VETERAN |
| 166 | YEE,DAVID | NON VETERAN |
| 186 | BEATH,STEPHEN E | NON VETERAN |
| 186 | BURKE,EVON F | NON VETERAN |
| 186 | CATALDO,DAVID R | NON VETERAN |
| 186 | FERRARA,FRED | VETERAN |
| 186 | FITZGERALD,EDWARD F | VETERAN |
| 186 | FLEMING,EDWARD J | VETERAN |
| 186 | FONTAINE,FREDERICK P | VETERAN |
| 186 | GARVEY,EDWARD J | NON VETERAN |
| 186 | GREEN,STEPHEN W | NON VETERAN |
| 186 | JONES,CECIL R | NON VETERAN |
| 186 | KEELEY,THOMAS J | NON VETERAN |
| 186 | MAGOON,KEVIN M | NON VETERAN |
| 186 | MILLS,VANCE C | NON VETERAN |
| 186 | MOY,RICHARD | NON VETERAN |
| 186 | MURPHY,PATRICK L | NON VETERAN |

| | | |
|---|---|---|
| 186 | O'HARA,MICHAEL C | NON VETERAN |
| 186 | PIEROWAY,ROBERT J | NON VETERAN |
| 186 | POWELL,DAVID B | NON VETERAN |
| 186 | SHAW,MOLWYN A | D VETERAN |
| 186 | STAINES,HENRY J | NON VETERAN |
| 186 | SWAN,KEVIN P | NON VETERAN |
| 186 | WALLACE,DANIEL A | NON VETERAN |
| 208 | ADAMS,DANIEL J | VETERAN |
| 208 | AJEMIAN,GERALD F | NON VETERAN |
| 208 | ALLEN-BOWIE,KAREN | NON VETERAN |
| 208 | BORBEE,STEPHEN M | NON VETERAN |
| 208 | BRENNAN,RICHARD P | NON VETERAN |
| 208 | CARNES,JAMES C | NON VETERAN |
| 208 | CHIN,JAMES K | NON VETERAN |
| 208 | COFFEY,PAUL J | NON VETERAN |
| 208 | DELANEY,LAURA A | NON VETERAN |
| 208 | DONLONJR,PAUL L | NON VETERAN |
| 208 | DONOVAN,TIMOTHY R | NON VETERAN |
| 208 | DURAN,STEPHEN T | NON VETERAN |
| 208 | FLAHERTY,SEAN P | NON VETERAN |
| 208 | FLEMING,RICHARD J | NON VETERAN |
| 208 | GOLDEN,TIMOTHY J | NON VETERAN |
| 208 | HARRINGTON,MICHAEL C | VETERAN |
| 208 | HAYWARD,PAUL E | VETERAN |
| 208 | HYNES,JOHN | VETERAN |
| 208 | KEANE,DANIEL C | NON VETERAN |
| 208 | MOCCIA,JAMES B | NON VETERAN |
| 208 | O'BRIEN,STEPHENT T | NON VETERAN |
| 208 | PATERSON,CORNELL G | NON VETERAN |
| 208 | RODRIGUEZ,EDGARDO | VETERAN |
| 208 | RONAN,LEO J | NON VETERAN |
| 208 | ROSE,THOMAS F | NON VETERAN |
| 208 | SANCHEZ,RENE | NON VETERAN |
| 208 | TWITCHELL,ROBERT J | NON VETERAN |
| 208 | VAZQUEZ,LUIS | NON VETERAN |
| 208 | WITHINGTON,ERIN T | NON VETERAN |
| 208 | WOODSIDE,KEVIN A | NON VETERAN |
| 238 | BERCUME,PAUL J | VETERAN |
| 238 | BOYLE,JOHN T | NON VETERAN |
| 238 | CAZEAU,PETER J | NON VETERAN |
| 238 | CHEEVERS,JAMES | NON VETERAN |
| 238 | COYNE,JAMES A | NON VETERAN |
| 238 | DINEEN,JOHN J | NON VETERAN |
| 238 | FELTON,MICHAEL E | NON VETERAN |

| | | |
|---|---|---|
| 238 | FITZPATRICK,RICHARD | VETERAN |
| 238 | FLEMING,MARK | NON VETERAN |
| 238 | GALLANT,JOSEPH P | NON VETERAN |
| 238 | GANNON,SEAN | NON VETERAN |
| 238 | HIGGINS,PATRICK E | NON VETERAN |
| 238 | HILL,DUDLEY N | NON VETERAN |
| 238 | KEARNEY,TOMAS C | VETERAN |
| 238 | KENDRICKEN,WILLIAM M | VETERAN |
| 238 | LYDON,JAMES F | VETERAN |
| 238 | LYDON,MARTIN L | NON VETERAN |
| 238 | MCCARTHY,JOHN A | NON VETERAN |
| 238 | NOLAN,JAMES | NON VETERAN |
| 238 | NOLAN,TODD M | VETERAN |
| 238 | PRATT,THOMAS N | NON VETERAN |
| 238 | PUGLIA,JOHN F | NON VETERAN |
| 238 | PUMPHRET,KEVIN | NON VETERAN |
| 238 | QUILES,WILSON | NON VETERAN |
| 238 | RUSSELL,PATRICK H | NON VETERAN |
| 238 | SPENCE,MICHAEL J | VETERAN |
| 238 | SULLIVAN,BRIAN J | NON VETERAN |
| 238 | TORRES,JUAN J | NON VETERAN |
| 238 | WALSH,MICHAEL T | NON VETERAN |
| 238 | WELSH,KEVIN M | NON VETERAN |
| 238 | WILLIAMS-MITCH,ANGELA M | NON VETERAN |
| 238 | WRIGHT,MARVIN M | NON VETERAN |
| 270 | ANTUNEZ,RAFAEL M | NON VETERAN |
| 270 | BENFORD,SHUMEANE | NON VETERAN |
| 270 | BEST,RODNEY O | NON VETERAN |
| 270 | BLANDIN,DEBRA G | NON VETERAN |
| 270 | BROWN,DARRYN L | VETERAN |
| 270 | BUKOFF,MICHAEL J | VETERAN |
| 270 | CHARBONNIER,STEVEN M | NON VETERAN |
| 270 | CONNOLLY,MICHAEL G | NON VETERAN |
| 270 | CONNORS,JOHN P | VETERAN |
| 270 | COYNE,KEVIN C | NON VETERAN |
| 270 | DANKERS,GREGORY D | VETERAN |
| 270 | DOYLE JR.,BERNARD A | NON VETERAN |
| 270 | EDWARDS,DAVID | NON VETERAN |
| 270 | GARCIA,ELVIS | NON VETERAN |
| 270 | HASSON,WILLIAM R | NON VETERAN |
| 270 | JOSEPH-GREENE,LESLIE A | NON VETERAN |
| 270 | JOYCE,JOHN B | NON VETERAN |
| 270 | LYNCH,TIMOTHY E | NON VETERAN |
| 270 | O'SULLIVAN,TIMOTHY C | NON VETERAN |

| Rank | Name | Status |
|---|---|---|
| 270 | PISHKIN, EDWARD D | VETERAN |
| 270 | RACKAUSKAS, RICHARD F | VETERAN |
| 270 | RATTIGAN, JAMES L | NON VETERAN |
| 270 | SALTALAMACCHIA, MICHAEL P | VETERAN |
| 270 | SINGLETARY, DAVID W | NON VETERAN |
| 270 | SULLIVAN, PAUL S | D VETERAN |
| 270 | VENUS, LISA G | D VETERAN |
| 270 | WARD, ROBERT J | VETERAN |
| 270 | WONG, PHILLIP K | NON VETERAN |
| 298 | ANTONUCCI-SEME, SUSAN | NON VETERAN |
| 298 | BROWN, JAMES L | VETERAN |
| 298 | BROWN-ROGERS, MONICA D | NON VETERAN |
| 298 | CABRERA, PETER F | NON VETERAN |
| 298 | CASTILLO, LUDWIG | NON VETERAN |
| 298 | CHARBONNIER, ALBERT F | NON VETERAN |
| 298 | CHIN, CARY | NON VETERAN |
| 298 | CHRISPIN, EDDY | NON VETERAN |
| 298 | DAROSA, PATRICIA M | NON VETERAN |
| 298 | FRANCIS, ANTHONY H | NON VETERAN |
| 298 | JOSEY, WINDELL C | NON VETERAN |
| 298 | LEEMAN, JOSEPH R | VETERAN |
| 298 | LEZAMA, DIANNE D | NON VETERAN |
| 298 | LONERGAN, ARTHUR V | NON VETERAN |
| 298 | LONG, CHRISTOPH M | NON VETERAN |
| 298 | MACDONALD, DANIEL E | NON VETERAN |
| 298 | MALONEY, THOMAS F | VETERAN |
| 298 | MORRISSEY, FRANCIS | VETERAN |
| 298 | MULREAN, BRIAN D | NON VETERAN |
| 298 | O'BRIEN, PAUL F | NON VETERAN |
| 298 | PETTENGILL, SUSAN M | NON VETERAN |
| 298 | PITTS, VERITTA M | NON VETERAN |
| 298 | PUGSLEY, JOHN R | NON VETERAN |
| 298 | ROSE, PATRICK M | VETERAN |
| 298 | SEOANE, JUANJOSE | NON VETERAN |
| 298 | SUTHERLAND, PAULA M | NON VETERAN |
| 298 | TSE, JOEY | NON VETERAN |
| 298 | VASQUEZ, LOUIS A | NON VETERAN |
| 298 | WITHERSPOON, KEVIN L | NON VETERAN |
| 327 | BERMEJO, IVAN A | NON VETERAN |
| 327 | BRITTLE-POWELL, CHARISSE E | NON VETERAN |
| 327 | CALDERONE, LAWRENCE A | NON VETERAN |
| 327 | CASALLAS, RICHARD H | D VETERAN |
| 327 | CESAR, MONIQUE R | NON VETERAN |
| 327 | COX, DAVID F | D VETERAN |

| Rank | Name | Status |
|---|---|---|
| 327 | CRAGER,CHRISTOPH D | VETERAN |
| 327 | CURTIN,CHRISTOPH J | NON VETERAN |
| 327 | DOTTIN,SHARON | NON VETERAN |
| 327 | GARCIA,LISSETTE | NON VETERAN |
| 327 | GOULD,JOHN J | NON VETERAN |
| 327 | HARDIN,ERIC F | VETERAN |
| 327 | JONES,MICHAEL J | NON VETERAN |
| 327 | MARINI,CHRISTINE M | NON VETERAN |
| 327 | MISKEL,JOSEPH M | NON VETERAN |
| 327 | MURPHY,MICHAEL P | NON VETERAN |
| 327 | O'NEIL,STEVEN E | NON VETERAN |
| 327 | O'ROURKE,ELLEN M | NON VETERAN |
| 327 | PRIMM,MICHAEL M | NON VETERAN |
| 327 | RATCHELL,ELICE | NON VETERAN |
| 327 | RIDEOUT,MICHAEL D | NON VETERAN |
| 327 | WEBB,GREGORY N | NON VETERAN |
| 327 | YOUNG,ROBERT C | NON VETERAN |
| 350 | ANDERSON,LAMONT D | NON VETERAN |
| 350 | BRODERICK,PAUL G | NON VETERAN |
| 350 | CREAVIN,PATRICK J | NON VETERAN |
| 350 | DANTONA,ANTHONY L | NON VETERAN |
| 350 | DOWNEY,JOHN F | NON VETERAN |
| 350 | FAWKES,JOSEPH J | NON VETERAN |
| 350 | GRIFFIN,ROBERT A | NON VETERAN |
| 350 | GUY,KEVIN M | NON VETERAN |
| 350 | HARTGROVE,TODD M | NON VETERAN |
| 350 | HERNANDEZ,EDDIE H | NON VETERAN |
| 350 | KAYES,GEORGE T | NON VETERAN |
| 350 | MACISAAC,PAUL A | NON VETERAN |
| 350 | MANCINI,NANCY | NON VETERAN |
| 350 | MCGOVERN,STEVEN P | NON VETERAN |
| 350 | MCNEIL,ROBERT R | NON VETERAN |
| 350 | MOLINA,JOSE | NON VETERAN |
| 350 | NEE,PAUL V | NON VETERAN |
| 350 | PARKER,HENDERSON O | NON VETERAN |
| 350 | STUDLEY,JOHN M | NON VETERAN |
| 350 | SULLIVAN,LISA J | NON VETERAN |
| 350 | TOBIN,JEFFREY T | NON VETERAN |
| 350 | TURNER,JULIAN J | NON VETERAN |
| 350 | WILLIAMSON,CARLTON A | NON VETERAN |
| 373 | BARDEN,PHILIP V | NON VETERAN |
| 373 | BEAULIEU,GEORGE J | NON VETERAN |
| 373 | DIAZ,JUAN A | NON VETERAN |
| 373 | MARTINEZ,CARLOS A | NON VETERAN |

| 373 | MENCEY, ERIC | NON VETERAN |
| 378 | SIMONS, MARIO A | NON VETERAN |

Sign-in & Registration Help | Questions | Privacy Policy | Logout

Copyright 2004 Human Resources Division. Contact us for more information.
civilservice@hrd.state.ma.us