**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

_____
                                    )
PEDRO LOPEZ, et al.,                )
    Plaintiffs                      )
                                    )
v.                                  )
                                    ) **Case No. 07-CA-11693-JLT**
CITY OF LAWRENCE, et al.,           )
    Defendants                      )
_____)

**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)(2) FOR
FOURTH MOTION TO AMEND COMPLAINT**

    I hereby certify that the parties have complied with the requirements of Local Rule 7.1(a)(2), and have conferred and attempted in good faith to resolve or narrow the issue. Counsel for State Defendants has stated that it will not assent to Plaintiff's fourth motion to amend their complaint filed with Court on March 11, 2008.

                                      Respectfully submitted,

                                      PEDRO LOPEZ, et al.

                                      By their attorneys,

Dated: March 11, 2008          s/Leah Marie Barrault___
                                      Harold L. Lichten, BBO #549689
                                      Shannon Liss-Riordan, BBO #640716
                                      Leah M. Barrault, BBO # 661626
                                      Pyle, Rome, Lichten, Ehrenberg
                                          & Liss-Riordan, P.C.
                                      18 Tremont St., Ste. 500
                                      Boston, MA 02108
                                      (617) 367-7200

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing document was served upon the Court and counsel of record for defendants via the Court's ECF filing system, on March 11, 2008.

                                              /s Leah Marie Barrault_____
                                              Leah Marie Barrault