UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| PEDRO LOPEZ, ET AL., | * | |
| | * | |
| Plaintiffs, | * | |
| | * | 07-CV-11693 |
| v. | * | |
| | * | |
| CITY OF LAWRENCE, ET AL. | * | |
| | * | |
| Defendants. | * | |

ORDER

March 12, 2008

TAURO, J.

This court hereby orders:

1. Plaintiffs' Fourth Motion to Amend Complaint [#57] is ALLOWED. Plaintiffs shall file the Amended Complaint on the CM/ECF system by March 17, 2008.

2. The Further Conference scheduled for March 17, 2008 is CANCELLED.

3. All briefing on Plaintiffs' Motion for Class Certification [#31] shall be completed by March 21, 2008.

4. A Hearing on (1) the Proposed Discovery Orders and (2) Plaintiffs' Motion for Class Certification shall be held on April 28, 2008, at 2:30 P.M.

IT IS SO ORDERED.

    /s/ Joseph L. Tauro
United States District Judge