### UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PEDRO LOPEZ, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF LAWRENCE, et al., <br><br> Defendants. | CIVIL ACTION <br> NO. 07-11693-JLT |

### STATE DEFENDANTS' ASSENTED-TO MOTION FOR LEAVE TO FILE SURREPLY TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

The State defendants, Commonwealth of Massachusetts and Paul Dietl, in his capacity as Chief Human Resources Officer of the Human Resources Division, hereby move under L.R. 7.1(B)(3) for leave to file a surreply to plaintiffs' Motion for Class Certification Pursuant to Fed. R. Civ. P. 23(b)(2) (Paper No. 31). On March 12, 2008, this Court ordered that "[a]ll briefing on [the] Motion for Class Certification shall be completed by March 21, 2008." As plaintiffs' reply was already on file at that time, the State defendants construe the Court's order to have already granted them leave to file a surreply. In an abundance of caution, however, the State defendants are filing this motion to formally request permission from the Court.

The State defendants further state that the surreply is necessary to address issues that were raised for the first time in plaintiffs' reply memorandum. Counsel for plaintiffs assent to the allowance of this motion.

Respectfully submitted,

COMMONWEALTH OF MASSACHUSETTS and
PAUL DIETL, in his capacity as Chief Human
Resources Officer of the Human Resources
Division,

By their attorney,

MARTHA COAKLEY
ATTORNEY GENERAL


 /s/ Sookyoung Shin
Sookyoung Shin, BBO # 643713
Assistant Attorney General
One Ashburton Place, Room 2019
Boston, MA 02108-1698
(617) 727-2200, ext. 2052

Dated: March 21, 2008

## CERTIFICATION UNDER L.R. 7.1(A)(2)

  I hereby certify that I have conferred with counsel for plaintiffs and attempted in good faith to resolve or narrow the issue.  Counsel for plaintiffs has assented to this motion.

/s/ Robert L. Quinan, Jr.
Robert L. Quinan, Jr.
Assistant Attorney General

## CERTIFICATE OF SERVICE

      I hereby certify that the above document will be served on March 21, 2008, by electronic notice for registered counsel and a copy will be served by first-class mail, postage pre-paid, for non-registered counsel.

                              /s/ Sookyoung Shin_____
                              Sookyoung Shin, BBO # 643713
                              Assistant Attorney General