## PYLE, ROME, LICHTEN, EHRENBERG & LISS-RIORDAN, P.C.

Attorneys at Law
18 Tremont Street, Suite 500
Boston, MA 02108

Telephone (617) 367-7200
Fax (617) 367-4820

Warren H. Pyle
David B. Rome
Harold L. Lichten*
Betsy Ehrenberg
Shannon Liss-Riordan**
Terence E. Coles
Katherine D. Shea
Alfred Gordon
Tod A. Cochran
Leah M. Barrault
Hillary Schwab**
Maydad D. Cohen
Laurie R. Houle
Erica F. Crystal

*Also admitted in Maine
**Also admitted in New York

March 24, 2008

**VIA ELECTRONIC MAIL**
The Honorable Joseph Tauro
John Joseph Moakley Courthouse
Courtroom 20, 7th Floor
1 Courthouse Way
Boston, MA 02210

Re:   Pedro Lopez, et al. v. City of Lawrence et al.
      USDC Case No. 07-11693-JLT

Dear Judge Tauro:

Without objection the defendant Commonwealth filed a surreply to plaintiffs' motion for class certification. While plaintiffs are not seeking to respond to that brief, they hereby request the Court to take judicial notice of the Court approved settlement of the Bradley v. Commonwealth case involving entry level hiring for both firefighter and police candidates. (See attachment). This agreement is relevant to the Commonwealth's claim in its surreply brief that the class plaintiffs' cannot be properly represented in cities where there is not a named plaintiff or municipal defendant.

We therefore request that you accept this letter and attachment regarding the pending motion for class certification.

Sincerely,

Harold L. Lichten

Enclosures

**PYLE, ROME, LICHTEN, EHRENBERG & LISS-RIORDAN, P.C.**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing correspondence and attachment was served upon the Court and counsel of record for defendants via the Court's ECF filing system, on March 24, 2008.

*/s/ Harold Lichten*
Harold L. Lichten