UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

PEDRO LOPEZ, et al.,

        Plaintiffs

v.

CITY OF LAWRENCE, et al.,

        Defendants

Case No. 07-CA-11693-JLT

## NOTICE OF APPEARANCE

    Kindly enter my appearance as Counsel for the Defendant, City of Boston, in the above-captioned matter.

    Respectfully submitted,

Defendant
CITY OF BOSTON,

By its attorney,

 /s/ Mary Jo Harris
Mary Jo Harris (BBO #561484)
MORGAN BROWN & JOY, LLP
200 State Street
Boston, MA  02109-2605
(617) 523-6666

Dated:  March 31, 2008

## **CERTIFICATE OF SERVICE**

I, Mary Jo Harris, hereby certify that on the 31st day of March, 2008, I served a copy of my Notice of Appearance upon the following counsel of record by filing with the ECF/Pacer Case Management System and by First-Class U.S. Mail:

**Counsel for Plaintiffs**
Leah M. Barrault, Esq.
Harold L. Lichten, Esq.
Shannon e. Liss-Riordan, Esq.
Pyle, Rome Lichten,
   Ehrenberg & Liss-Riordan, P.C.
18 Tremont Street
Suite 500
Boston, MA  02108
lbarrault@prle.com
Harold@prle.com
sliss@prle.com

**Counsel for the Defendants, City of Lawrence and John Michael Sullivan**
James M. Bowers, Esq.
Assistant City Attorney
City Hall
Room 306
200 Common Street
Lawrence, MA  01840
j.bowers@verizon.net

**Counsel for the Defendant, City of Worcester**
Daniel C. Brown, Esq.
Laurie W. Engdahl, Esq.
Collins, Loughran & Peloquin, P.C.
320 Norwood Park South
Norwood, MA  02062
dbrown@collinslabor.com
lengdahl@collinslabor.com

**Counsel for the Defendant, City of Lowell**
Brian W. Leahey, Esq.
City of Lowell Law Department
City Hall
375 Merrimack Street
3rd Floor
Lowell, MA  01852-5909
bleahey@lowellma.gov

**Counsel for the Defendant, City of Methuen**
Peter J. McQuillan, Esq.
City of Methuen
Office of City Solicitor
The Searles Building
41 Pleasant Street
Room 311
Methuen, MA  01844
pjmcquillan@ci.methuen.ma.us

**Counsel for the Defendants, Commonwealth of Massachusetts and Paul Dietl**
Robert J. Quinan, Jr., Esq.
Sookyoung Shin, Esq.
Office of the Attorney General
One Ashburton Place
18th Floor
Boston, MA  02109-1698
Robert.Quinan@ago.state.ma.us
sookyoung.shin@ago.state.ma.us

Amy Ambarik, Legal Advisor
Boston Police Department
One Schroeder Plaza
Boston, MA  02120
ambarika.bpd@ci.boston.ma.us

                                              /s/ Mary Jo Harris