# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

**PEDRO LOPEZ, ET AL.,**

V.

**SUMMONS IN A CIVIL CASE**

**CITY OF LAWRENCE, MASSACHUSETTS, ET AL.,**

CASE NUMBER: 1:07-CV-11693-JLT

TO: (Name and address of Defendant)

> City of Boston
> c/o Rosaria Salerno
> City Hall
> 1 City Hall Square
> Boston, MA 02201

**YOU ARE HEREBY SUMMONED** and required to serve on

> Leah Marie Barrault
> Pyle, Rome, Lichten,
>   Ehrenberg & Liss-Riordan, P.C.
> 18 Tremont Street, Suite 500
> Boston, MA 02108

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH ALLISON THORNTON
CLERK

/s/ – Kimberly M. Abaid
(By) DEPUTY CLERK



ISSUED ON 2008-03-19 14:29:40.0, Clerk
USDC DMA

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me (1) | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of bode with a person of suitable age and discretion then residing therein.

☐ Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
            Date                          Signature of Server

                                          Address of Server



**Suffolk County Sheriff's Department** • 151 Merrimac Street • Boston, MA 02114 • (617) 961-6999
Suffolk, ss.

April 4, 2008

I hereby certify and return that on 3/25/2008 at 8:55AM I served a true and attested copy of the Summons and Complaint, Third Amended Complaint, Fourth Amended Compaint in this action in the following manner: To wit, by delivering in hand to Richard Carrusso, agent and person in charge at the time of service for City of Boston, City Hall, 1 City Hall Square Boston, MA. U.S. District Court Fee ($5.00), Basic Service Fee (IH) ($30.00), Travel ($1.00), Postage and Handling ($1.00), Attest/Copies ($5.00) Total Charges $42.00

Deputy Sheriff   George Slyva                              Deputy Sheriff