AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF Massachusetts

PEDRO LOPEZ, et al,

    Plaintiffs,

v.

CITY OF LAWRENCE, et al.

**APPEARANCE**

Case Number: 07-11693-JLT

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Defendant City of Boston

I certify that I am admitted to practice in this court.

April 14, 2008
Date

*[Signature]*
Signature

Robert P. Morris    546052 (Mass.)
Print Name    Bar Number

Morgan, Brown & Joy, LLP
200 State Street, 11th Floor
Address

Boston,    MA    02109-2605
City    State    Zip Code

617-523-6666    617-367-3125
Phone Number    Fax Number