# O'BRIEN&LEVINE

## Court Reporting Services



**YOUR BOSTON CONNECTION...WORLDWIDE**

# Pedro Lopez, et al. v. City of Lawrence, et al.

**Transcript of the Testimony of:**

# Sally A. McNeely

# April 4, 2008

www.court-reporting.com
mail@court-reporting.com

**195 State Street**
**Boston, MA 02109**
**(617) 399-0130  888.825.DEPO(3376)**

Cindy M. Falcon   28818

Page 1

1            UNITED STATES DISTRICT COURT

2         FOR THE DISTRICT OF MASSACHUSETTS

3                      CA No. 07-ca-11693-JLT

4    ----------------------------------------

5    PEDRO LOPEZ; ABEL CANO; KEVIN SLEDGE;

6    CHARLES DEJESUS; RICHARD BROOKS; ROBERT

7    ALVAREZ; MORISOL NOBREGA; SPENCER TATUM;

8    THE MASSACHUSETTS HISPANIC LAW ENFORCEMENT

9    ASSOCIATION; SHUMEAND BENFOLD; ANGELA

10   WILLIAMS-MITCHELL; GWENDOLYN BROWN; LYNETTE

11   PRAILEAU; INDIVIDUALLY AND ON BEHALF OF A CLASS

12   OF INDIVIDUALS SIMILARLY SITUATED,

13               Plaintiffs,

14   VS.

15   CITY OF LAWRENCE, MASSACHUSETTS; CITY OF

16   METHUEN, MASSACHUSETTS; COMMONWEALTH OF

17   MASSACHUSETTS; PAUL DIETL, IN HIS CAPACITY AS

18   PERSONNEL ADMINISTRATOR FOR THE COMMONEALTH OF

19   MASSACHUSETTS, HUMAN RESOURCES DIVISION; JOHN

20   MICHAEL SULLIVAN, IN HIS CAPACITY AS MAYOR OF

21   THE CITY OF LAWRENCE, MASSACHUSETTS; WILLIAM

22   MANZI, III, IN HIS CAPACITY AS MAYOR OF CITY OF

23   METHUEN, MASSACHUSETTS; CITY OF LOWELL,

24   MASSACHUSETTS; APPOINTING AUTHORITY FOR THE CITY

Sally A. McNeely 4/4/2008
Pedro Lopez, et al. v. City of Lawrence, et al.

Page 2

```
 1    OF LOWELL, MASSACHUSETTS; CITY OF WORCESTER,

 2    MASSACHUSETTS; and MICHAEL O'BRIEN IN HIS

 3    CAPACITY AS CITY MANAGER OF THE CITY OF

 4    WORCESTER, MASSACHUSETTS, CITY OF BOSTON,

 5          Defendants.

 6    -------------------------------------------

 7          Deposition of SALLY A. McNEELY, a

 8    witness called on behalf of the Plaintiffs,

 9    taken pursuant to notice before Cindy M. Falcon,

10    Certified Shorthand Reporter and Notary Public

11    in and for the Commonwealth of Massachusetts, at

12    the offices of Pyle, Rome, Lichten, Ehrenberg &

13    Liss-Riordan, P.C., 18 Tremont Street, Boston,

14    Massachusetts, on Friday, April 4, 2008,

15    commencing at 10:00 a.m.

16

17

18

19

20

21

22

23

24
```

Sally A. McNeely 4/4/2008
Pedro Lopez, et al. v. City of Lawrence, et al.

Page 89

```
 1        keep the deposition open as to those issues once

 2        we've had a chance to get into the case.

 3                   MR. LICHTEN:  That's fine with me, and

 4        the questions I'm going to ask probably will

 5        help you in deciding whether you need more time

 6        for deposition.  There will be nothing that's

 7        controversial or -- I'm just going to ask her to

 8        describe the document.

 9    Q   If I understand Exhibit 15, HRD when they

10        supplied us with this document broke out the

11        Boston Police Department scores separately; is

12        that correct?

13    A   Yes.

14    Q   Was there any particular reason for doing that?

15    A   Because the Boston Police exam in 2005 was not

16        the same exam that was given to the other cities

17        and towns.

18    Q   Okay.  Was it an HRD exam?

19    A   It was.

20    Q   Okay.  And what was the difference between the

21        Boston Police Department exam and the other

22        exams?

23    A   The questions were weighted -- around 50 percent

24        of the questions were Boston only questions, and
```

Sally A. McNeely 4/4/2008
Pedro Lopez, et al. v. City of Lawrence, et al.

Page 90

1       50 percent were general police sergeant

2       questions.

3    Q  I see.  Who constructed this examination?

4    A  HRD constructed this examination in consultation

5       with the Boston Police Department subject matter

6       experts.

7    Q  And who were they?

8    A  I don't know who they were.

9    Q  I see.  And the questions that weren't specific

10      to Boston, were those the same questions that

11      were utilized in the other sergeant's exams?

12   A  Yes, some of them.

13   Q  Okay.  Do you know how many questions were and

14      were not common to the other exams?

15   A  It's about 50 percent of the questions were

16      common.

17   Q  Okay.  And who was responsible for constructing

18      the Boston exam?  Was it Mr. Paris?

19   A  It was Mr. Paris, Ms. Parkis, Ms. Lee.

20   Q  All people at HRD?

21   A  Well, most of the test developers were involved

22      in it.

23   Q  Was there anyone outside of HRD who was involved

24      in the actual construction of the questions?

Sally A. McNeely 4/4/2008
Pedro Lopez, et al. v. City of Lawrence, et al.

Page 91

```
 1    A    Just the subject matter experts who reviewed

 2         them.

 3    Q    Okay.  And those were from Boston?

 4    A    Yes.

 5    Q    But you don't know who they were?

 6    A    Well, I know they were at least permanent

 7         captains.

 8    Q    Do you know how many there were?

 9    A    I believe there were five.

10    Q    And is there a document showing who they were?

11    A    Yes.

12    Q    And where is that document?

13    A    It's confidential.

14    Q    I understand you're not going to produce it.

15         I'm just asking, where is it?

16    A    In our files.

17    Q    Okay.  And have you performed any type of

18         adverse impact in the selection analysis with

19         respect to this list?

20    A    No.

21    Q    Just one last question on Boston.

22              Whose decision was it to utilize the

23         written exam with Boston-related questions on it

24         that were not common to the statewide sergeant's
```

Page 92

```
 1        exam; that is, was that something that Boston
 2        asked for or that HRD asked for or who?
 3    A   Boston requested that particular type of exam,
 4        you know, with that percentage of questions, and
 5        we agreed.
 6    Q   I see.  And do you know if the reading materials
 7        were different?
 8    A   They were different.
 9    Q   And how were they different?
10    A   Well, there were a lot of Boston policy,
11        procedures, rules, and regulations.
12    Q   Putting aside the regulations and rules of the
13        Boston Police Department, were any of the texts
14        different?
15    A   Yes.
16            (Exhibit No. 16 marked for identification.)
17        Exhibit 16 marked (.
18    Q   I'm showing you Exhibit 16.  Can you identify
19        what this is, please?
20    A   This is a listing of all the takers of the 2007
21        police sergeant examination by department with
22        no names included.
23    Q   Okay.  And these are all the towns -- are these
24        all the towns that requested the HRD
```