UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| PEDRO LOPEZ, ET AL., | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | 07-CV-11693 |
| | * | |
| CITY OF LAWRENCE, ET AL. | * | |
| | * | |
| Defendants. | * | |

ORDER

April 29, 2008

TAURO, J.

Following a Motion Hearing held on April 28, 2008, this court hereby orders that:

1. Having reached an agreement regarding discovery, the Parties shall file Joint Proposed Discovery Orders pertaining to (1) document and data discovery; and (2) the Rule 30(b)(6) deposition of the Commonwealth, by May 19, 2008.

2. As discussed in open court, the Parties shall confer regarding class certification and a narrower proposed class. By May 19, 2008, Plaintiffs shall file a Proposed Order Certifying Class. Defendants, if they have objections, may file brief responses (no more than 5 pages) by May 30, 2008.

3. By May 30, 2008, Plaintiffs shall amend their Complaint (1) to clarify the nature of the injunctive relief sought; and (2) to reflect that they no longer request certification of future exam takers.

IT IS SO ORDERED.

      /s/ Joseph L. Tauro
United States District Judge