## PYLE, ROME, LICHTEN, EHRENBERG & LISS-RIORDAN, P.C.

Attorneys at Law
18 Tremont Street, Suite 500
Boston, MA 02108
www.prle.com

Telephone (617) 367-7200
Fax (617) 367-4820

Warren H. Pyle
David B. Rome
Harold L. Lichten*
Betsy Ehrenberg
Shannon Liss-Riordan**
Terence E. Coles
Katherine D. Shea
Alfred Gordon
Tod A. Cochran
Leah M. Barrault
Hillary Schwab**
Maydad D. Cohen
Laurie R. Houle
Erica F. Crystal

*Also admitted in Maine
**Also admitted in New York

May 19, 2008

**VIA ELECTRONIC MAIL**
The Honorable Joseph Tauro
John Joseph Moakley Courthouse
Courtroom 20, 7th Floor
1 Courthouse Way
Boston, MA 02210

Re:   Pedro Lopez, et al. v. City of Lawrence et al.
      USDC Case No. 07-11693-JLT

Dear Judge Tauro:

Plaintiffs hereby submit their Proposed Order Certifying a Class. State Defendant intends to file an objection to Plaintiffs' Proposed Order, however, Plaintiffs have not been provided with a copy of State Defendant's objections and are thus to date unaware of the precise grounds for State Defendant's objections. Accordingly, the Plaintiffs hereby respectfully request permission to file a brief response, if necessary, to State Defendant's anticipated objections (also not to exceed 5 pages). State Defendants have stated that they will not object to Plaintiffs filing of such response.

Sincerely,

s/Harold L. Lichten
Harold L. Lichten

Enclosures



**PYLE, ROME, LICHTEN, EHRENBERG & LISS-RIORDAN, P.C.**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing correspondence and attachment was served upon the Court and counsel of record for defendants via the Court's ECF filing system, on May 19, 2008.

s/Harold L. Lichten
Harold L. Lichten
