

# THE COMMONWEALTH OF MASSACHUSETTS
## OFFICE OF THE ATTORNEY GENERAL
ONE ASHBURTON PLACE
BOSTON, MASSACHUSETTS 02108

MARTHA COAKLEY
ATTORNEY GENERAL

(617) 727-2200
www.ago.state.ma.us

May 19, 2008

The Hon. Joseph L. Tauro
United States District Court
  for the District of Massachusetts
John Joseph Moakley Courthouse
One Courthouse Way, Suite 7110
Boston, MA 02210

      Re:    <u>Lopez, et al. v. City of Lawrence, et al.</u>
              U.S. Dist. Ct. No. 07-CA-11693-JLT

Dear Judge Tauro:

      In response to the Court's Order of April 29, 2008, in the above-referenced case, counsel for the plaintiffs and counsel for the state defendants are herewith filing joint proposed orders with respect to (a) document/electronic discovery, and (b) depositions. These parties wish to clarify that the appended proposed orders reflect agreement between the plaintiffs and the state defendants and do not purport to govern discovery between the municipal defendants and the plaintiffs or between the municipal defendants and the state defendants, as the Court's April 29 Order does not appear to have been directed towards those latter matters.

      Counsel for the plaintiffs will be filing, under separate cover, a proposed order on plaintiffs' motion for class certification. The state defendants cannot agree to the class proposed by the plaintiffs and, instead, will be filing objections within three business days of the filing of the plaintiffs' fifth amended complaint, or on May 30, 2008, whichever date occurs later.

                                            Very truly yours,

                                            */s/ Robert Quinan Jr.*

                                            Robert L. Quinan, Jr.
                                            Assistant Attorney General
                                            (617)-727-2200 ext. 2554

Approval of the appended proposed
discovery orders, on behalf of plaintiffs, by:

*/s/ Leah M. Barrault /rlq*
Leah M. Barrault, Esq.