## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

_____
                                        )
PEDRO LOPEZ, et al.,                    )
    Plaintiffs                          )
                                        )
  v.                                    )
                                        )  Case No. 07-CA-11693-JLT
CITY OF LAWRENCE, MASSACHUSETTS, et al.,)
    Defendants                          )
_____)

## JOINT PROPOSED ORDER REGARDING
## DEPOSITIONS UNDER RULE 26 and RULE 30

The Court hereby grants leave to the defendants to take the depositions of the following individuals:

1. The named plaintiffs;

2. The named plaintiffs' direct supervisors; and

3. The plaintiffs' expert witness(es) (after the filing of an expert report).

The Court hereby orders that the defendant Commonwealth of Massachusetts, Human Resources Division, make available for depositions:

4. Sally McNeely, for a second day of deposition;

5. Guy Paris;

6. Vivian Lee; and the

7. State defendants' testifying expert witness(es) [after the filing of an expert report pursuant to Rule 26(a)(2)(B)].

                                                   _____
                                                   Joseph L. Tauro
                                                   U.S. District Court

Dated: _____