UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PEDRO LOPEZ, ET AL., * | |
| * | |
| Plaintiffs, * | |
| * | |
| v. * | Civil Action No. 07-11693-JLT |
| * | |
| CITY OF LAWRENCE, ET AL. * | |
| * | |
| Defendants. * | |

ORDER REGARDING DEPOSITIONS

May 20, 2008

TAURO, J.

Following review of the Parties' Joint Proposed Discovery Order Regarding Depositions under Rule 26 and Rule 30 [#79-2], this court hereby orders the following:

1. Defendants may depose the named Plaintiffs and the named Plaintiffs' direct supervisors.

2. Defendant Commonwealth of Massachusetts shall make the following individuals available for depositions: (1) Sally McNeely (second day of deposition); (2) Guy Paris; and (3) Vivian Lee.

3. There will be no depositions of the Parties' expert witnesses.

IT IS SO ORDERED.

                                                       /s/ Joseph L. Tauro
                                             United States District Judge