# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **************************************************<br>**PEDRO LOPEZ; ABEL CANO; KEVIN SLEDGE;<br>CHARLES DEJESUS; RICHARD BROOKS;<br>ROBERT ALVAREZ; MARISOL NOBREGA;<br>SPENCER TATUM; THE MASSACHUSETTS<br>HISPANIC LAW ENFORCEMENT ASSOCIATION;<br>SHUMEAND BENFOLD; ANGELA WILLIAMS-<br>MITCHELL; GWENDOLYN BROWN; LYNETTE<br>PRAILEAU; INDIVIDUALLY AND ON BEHALF<br>OF A CLASS OF INDIVIDUALS SIMILARLY<br>SITUATED,**<br><br>　　　　　　**Plaintiffs**<br>v.<br><br>**CITY OF LAWRENCE, MASSACHUSETTS;<br>CITY OF METHUEN, MASSACHUSETTS;<br>COMMONWEALTH OF MASSACHUSETTS;<br>PAUL DIETL, IN HIS CAPACITY AS PERSONNEL<br>ADMINISTRATOR FOR THE COMMONWEALTH<br>OF MASSACHUSETTS, HUMAN RESOURCES<br>DIVISION; JOHN MICHAEL SULLIVAN, IN HIS<br>CAPACITY AS MAYOR OF THE CITY OF<br>LAWRENCE, MASSACHUSETTS;<br>WILLIAM MANZI, III, IN HIS CAPACITY<br>AS MAYOR OF CITY OF METHUEN,<br>MASSACHUSETTS; CITY OF LOWELL,<br>MASSACHUSETTS; APPOINTING AUTHORITY<br>FOR THE CITY OF LOWELL, MASSACHUSETTS;<br>CITY OF WORCESTER, MASSACHUSETTS; and<br>MICHAEL O'BRIEN IN HIS CAPACITY AS CITY<br>MANAGER OF THE CITY OF WORCESTER,<br>MASSACHUSETTS, CITY OF BOSTON,**<br><br>　　　　　　**Defendants** | **Civil Action No. 07-11693-JLT** |

## STATEMENT OF DEFENDANT CITY OF BOSTON'S CONCURRENCE WITH STATE DEFENDANTS' RESPONSE TO PLAINTIFFS' PROPOSED ORDER CERTIFYING CLASS

Defendant City of Boston states that it concurs with the positions set forth in the "State Defendants' Response to Plaintiffs' Proposed Order Certifying a Class" (Document #83), as filed on or about May 30, 2008.

        Respectfully submitted,
        CITY OF BOSTON,

        By its attorneys,

        WILLIAM F. SINNOTT
        Corporation Counsel

        /s/Robert P. Morris
        Mary Jo Harris (BBO #561484)
        Robert P. Morris (BBO #546052)
        Special Assistant Corporation Counsel
        MORGAN, BROWN & JOY, LLP
        200 State Street, 11th Floor
        Boston, MA 02109-2605
        (617) 523-6666

Dated: May 30, 2008

## CERTIFICATE OF SERVICE

I, Robert P. Morris, certify that on May 30, 2008, this document filed electronically through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to any persons indicated as non-registered participants.

        /s/Robert P. Morris
        Robert P. Morris