UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

PEDRO LOPEZ, et al.
    Plaintiffs

v.

CITY OF LAWRENCE, MASSACHUSETTS, et al.

    Defendants

Case No. 07-CA-11693-JLT

## AFFIDAVIT OF ABEL CANO Jr.

I, Abel Cano Jr., depose and state as follows

1. I am a named plaintiff in this lawsuit.

2. I have been employed with the Methuen Police Department as a police officer for ten years.

3. I took the statewide sergeants' examination which was administered in 2006 but certified in 2007. I have not been promoted off the civil service list which was created by the 2006 exam.

4. I have been a member of the Massachusetts Hispanic Law Enforcement Association ("MHLEA") for two years. I hold the position of MHLEA Director of Public Information.

5. In my capacity as a named plaintiff in this lawsuit, and as MHLEA Director of Public Information, I have spoken to many minority police officers in various communities throughout Commonwealth who have taken the sergeants' examination and either failed the exam or were never promoted as a result of such examination, and I have asked many of these minority police officers to consider joining this lawsuit as named plaintiffs. Some of these communities include, but are not limited to, Lowell, Methuen, Lawrence, Marlborough, Cambridge, Andover, and Brockton.

6. Many of officers I spoke to refused to consider joining the lawsuit because they were afraid that they their Employers would "black-ball" them from future promotional processes and that they would face retribution from their Employer as well as their co-workers.

7. In addition, many officers that I spoke to stated that where plaintiffs were seeking a class certification in this lawsuit that they would rather become part of the lawsuit through that mechanism rather than putting themselves out there as a named plaintiff and facing the risk of retaliation by their Employers.

Signed under the pains and penalties of perjury this 13th of June of 2008.

_____  6/13/08
Abel Cano Jr.