**Leah Barrault**

| | |
|---|---|
| **From:** | ZChurch@eagletribune.com |
| **Sent:** | Monday, October 01, 2007 9:55 AM |
| **To:** | onacleba@comcast.net |
| **Cc:** | Leah Barrault |
| **Subject:** | Re: News Story re:HRD/Civil Service Suit |

## Lawrence, Methuen officers claim discrimination in advancement test

A group of Hispanic and black police officers has sued the cities of Methuen and Lawrence saying the police advancement test to promote officers is unfair to minorities.

The seven-page lawsuit filed Tuesday in U.S. District Court argues the cities should distribute back pay to the five officers, who didn't advance despite taking the test. It also argues that Methuen and Lawrence should devise new, fairer advancement procedures.

Both cities use a multiple-choice test administered by the state Human Resources Division. Those scoring highest on the test | offered every two years | advance into vacant supervisory positions. The state also is named as a defendant in the lawsuit.

In the lawsuit, lawyers allege the examination is

10/1/2007

unfair to minorities and does not predict job performance quality. Officials in Lawrence and Methuen know this, the lawsuit claims, "yet have taken no action to design a less discriminatory and more job-related examination procedure."

The lawsuit also argues that the state Human Resources Division "has done nothing to implement a less discriminatory examination procedure."

The number of minorities serving in ranking positions | sergeant, lieutenant and captain | are low in Lawrence and nonexistent in Methuen. Lawrence has no minority lieutenants and captains. Two of 22 sergeants are minorities. Police Chief John Romero, who is not in a civil service position, is the first Hispanic to hold the position.

About 70 percent of Lawrence's population is minorities, according to census figures.

Romero said police have been adding minorities to their ranks in recent years, but that many of them are younger and yet to advance in the department. "When I got here it was in the single digits, I believe 8 or 9 percent. Now it's about 30 percent," he said. "I suspect as time goes on, that will translate into the supervisory rate as well."

Romero said 110 of 159 people who took the last

test for Lawrence were minorities.

"More minorities are taking the test. More minorities are coming on the jobs," he said. "Hispanics are taking the exam, they're doing well."

In Methuen, no ranking officers are of a minority, lawyer Leah Barrault, who represents the five officers, said.

Abel Cano, a nine-year veteran of the Methuen force, has taken the test twice. He passed the second time.

But the grades don't address what it takes to be a supervising officer, Cano said.

"It should entail experience," Cano said. "It should entail education." Cano holds a master's degree in criminal justice.

"When I took the exam I got out of there and just (thought) 'What does that have to do with being a supervisor?'" he said.

Cano said he is getting both propped up and taken down for filing the lawsuit.

"It's hard," he said. "I'm actually getting people who are coming to me and saying 'Good for you,' and some people that are really upset and they feel that 'Here comes another person crying racial discrimination.'"

10/1/2007

Barrault said she does not have suggestions for how police promotions could be made in a less discriminatory way. She expects making changes to the process would be an "interactive process" with communities.

"The fight is really between them and the state," Methuen city attorney Peter McQuillan said. "We are more or less dragged into it because we are part of Civil Service."

As for the claim that Methuen failed to create its own, less discriminatory test, McQuillan characterized that as only an "allegation."

James Bowers, assistant city attorney in Lawrence, said the lawsuit makes "assumptions on behalf of the city that shouldn't be made."

"As far as the allegations that we discriminate against our police officers, we'll be denying those allegations," Bowers said. Like McQuillan, Bowers pointed out that Lawrence and Methuen are not exclusive in using the exam. Barrault said the lawsuit names those cities because their officers were the first to come forward.

"I'm expecting officers from other cities and towns," Barrault said.

The lawsuit comes a year after a federal judge ruled

10/1/2007

that the state civil service exam discriminated against black and Hispanic applicants for firefighting jobs. That lawsuit caused the state to revamp its civil service test.

The officers filing the lawsuit are Methuen officers Cano and Charles Dejesus and Lawrence officers Pedro Lopez, Kevin Sledge and Richard Brooks. All are Hispanic except for Sledge, who is black. The Massachusetts Hispanic Law Enforcement Association also is named as a plaintiff.

This is Cano's second legal action against Methuen this month. Last week he filed a complaint with the state Labor Relations Board asking the city of Methuen pay him $5,500 in back pay for uncredited vacation time.

Sledge also has stood out in his department. He has been put on administrative leave three times in Lawrence. Most recently was in 2005 when Salem, N.H., police charged him with assaulting his girlfriend. He also was out of the department while facing a rape charge in 1999. He was found not guilty. He did plead guilty in 2004 to a misdemeanor charge of using a fake address on a license to sell cars in New Hampshire.

Paul Dietl, administrator for the state Human

10/1/2007

Resources Division, did not reply to questions asked by e-mail.

_=_

10/1/2007