**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

_____

PEDRO LOPEZ, et al.
       Plaintiffs

v.                                          **Case No. 07-CA-11693-JLT**

CITY OF LAWRENCE, MASSACHUSETTS, et al.

       Defendants
_____

**PLAINTIFFS' ASSENTED-TO MOTION FOR POSTPONEMENT
OF CASE MANAGEMENT CONFERENCE**

Plaintiff's counsel respectfully requests that the Court continue the case management conference currently set for **July 8, 2008, at 2:00 p.m.**  As grounds for this motion, the Plaintiff states irreconcilable scheduling conflicts.  Specifically, Harold Lichten, lead counsel for this case, will not be available on July 8, 2008, where he has a pre-planned vacation that week, and co-counsel have full day hearings in other forums.  The State Defendant, the Commonwealth of Massachusetts, has kindly assented to the Plaintiffs' motion requesting this postponement.  For the Court's convenience, the parties have conferred and request the case management conference to be rescheduled for either August 4, 6, 8, 11 or 12, 2008.

Respectfully submitted,

PEDRO LOPEZ, et al.

By their attorneys,

Dated: July 1, 2008

s/Leah M. Barrault_____
Harold L. Lichten, BBO #549689
Shannon Liss-Riordan, BBO #640716
Leah M. Barrault, BBO # 661626
Pyle, Rome, Lichten, Ehrenberg
     & Liss-Riordan, P.C.
18 Tremont St., Ste. 500
Boston, MA 02108
(617) 367-7200

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing document has been served on all counsel of record via the Court's ECF filing system, this 1st day of July, 2008.

s/Leah M. Barrault_____
Leah M. Barrault