UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

PEDRO LOPEZ, et al.
        Plaintiffs

v.

CITY OF LAWRENCE, MASSACHUSETTS, et al.

        Defendants

**Case No. 07-CA-11693-JLT**

**NOTICE OF FILING IN THE UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT PLAINTIFFS' PETITION PURSUANT TO FED. R. CIV. 23 (f) FOR PERMISSION TO APPEAL FROM ORDER DENYING CLASS CERTIFICATION**

    Notice is hereby given that Plaintiffs, on behalf of themselves and all others similarly situated, have filed the attached petition to the United States Court of Appeals for the First Circuit for permission to appeal the Court's Order Denying Class Certification.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | PEDRO LOPEZ, et al. |
|  | By their attorneys, |
|  | /s/ Harold Lichten |
| Dated: July 15, 2008 | _____ |
|  | Harold L. Lichten, BBO #549689 |
|  | Shannon Liss-Riordan, BBO #640716 |
|  | Leah M. Barrault, BBO # 661626 |
|  | Pyle, Rome, Lichten, Ehrenberg |
|  |    & Liss-Riordan, P.C. |
|  | 18 Tremont St., Ste. 500 |
|  | Boston, MA 02108 |
|  | (617) 367-7200 |

## **CERTIFICATE OF SERVICE**

    I hereby certify that on July 11, 2008 and July 15, 2008, I caused a copy of this document to be served by first class mailing and electronic filing respectively on all counsel of record.

/s/ Harold Lichten
_____
Harold L. Lichten, Esq.