# EXHIBIT C

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PEDRO LOPEZ, ET AL.,                     *

           Plaintiffs,                   *

           v.                         *        07-CV-11693

CITY OF LAWRENCE, ET AL.           *

           Defendants.              *

ORDER

April 29, 2008

TAURO, J.

Following a Motion Hearing held on April 28, 2008, this court hereby orders that:

1.    Having reached an agreement regarding discovery, the Parties shall file Joint Proposed

Discovery Orders pertaining to (1) document and data discovery; and (2) the Rule

30(b)(6) deposition of the Commonwealth, by May 19, 2008.

2.    As discussed in open court, the Parties shall confer regarding class certification and a

narrower proposed class.  By May 19, 2008, Plaintiffs shall file a Proposed Order

Certifying Class.  Defendants, if they have objections, may file brief responses (no more

than 5 pages) by May 30, 2008.

3.    By May 30, 2008, Plaintiffs shall amend their Complaint (1) to clarify the nature of the

injunctive relief sought; and (2) to reflect that they no longer request certification of future

exam takers.

IT IS SO ORDERED.

                                    /s/ Joseph L. Tauro
                                United States District Judge