**EXHIBIT F**

# PYLE, ROME, LICHTEN, EHRENBERG & LISS-RIORDAN, P.C.

Attorneys at Law
18 Tremont Street, Suite 500
Boston, MA 02108
www.prle.com

Telephone (617) 367-7200
Fax (617) 367-4820

Warren H. Pyle
David B. Rome
Harold L. Lichten*
Betsy Ehrenberg
Shannon Liss-Riordan**
Terence E. Coles
Katherine D. Shea
Alfred Gordon
Tod A. Cochran
Leah M. Barrault
Hillary Schwab**
Maydad D. Cohen
Laurie R. Houle
Erica F. Crystal

*Also admitted in Maine
**Also admitted in New York

May 19, 2008

VIA ELECTRONIC MAIL
The Honorable Joseph Tauro
John Joseph Moakley Courthouse
Courtroom 20, 7th Floor
1 Courthouse Way
Boston, MA 02210

Re: Pedro Lopez, et al. v. City of Lawrence et al.
    USDC Case No. 07-11693-JLT

Dear Judge Tauro:

Plaintiffs hereby submit their Proposed Order Certifying a Class. State Defendant intends to file an objection to Plaintiffs' Proposed Order, however, Plaintiffs have not been provided with a copy of State Defendant's objections and are thus to date unaware of the precise grounds for State Defendant's objections. Accordingly, the Plaintiffs hereby respectfully request permission to file a brief response, if necessary, to State Defendant's anticipated objections (also not to exceed 5 pages). State Defendants have stated that they will not object to Plaintiffs filing of such response.

Sincerely,

s/Harold L. Lichten
Harold L. Lichten

Enclosures

PYLE, ROME, LICHTEN, EHRENBERG & LISS-RIORDAN, P.C.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing correspondence and attachment was served upon the Court and counsel of record for defendants via the Court's ECF filing system, on May 19, 2008.

s/Harold L. Lichten
Harold L. Lichten

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

PEDRO LOPEZ, et al.,
    Plaintiffs

v.

CITY OF LAWRENCE, et al.,
    Defendants

Case No. 07-CA-11693JLT

## ORDER ON PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

Plaintiffs have moved for class certification in the above titled case pursuant to Rule 23(a) and 23(b)(2) of the Federal Rules of Civil Procedure. The parties have filed briefs regarding the issue of class certification, and the Court held a hearing on this motion on April 28, 2008. The Court hereby **allows in part, and denies in part, Plaintiffs' Motion for Class Certification:**

Pursuant to Rule 23(c)(4)(A), permitting class certification of "particular issues," (see Robinson v. Metro North Commuter Railroad Company, 257 F.3d 147 (3rd Cir. 2001)), the Court at this time certifies the following class solely for liability purposes, and only on the question of the disparate impact and job-relatedness of the civil service police promotional examinations for the position of police sergeant for the years 2005, 2006 and 2007. The class so certified shall be as follows:

> All minority police officers, defined as Black or Hispanic, who took the Civil Service promotional examinations for the position of police sergeant administered by the Commonwealth of Massachusetts Human Resources Division (and excluding any individuals who took such exams in towns or cities which in that year which gave an alternative examination not administered by HRD) in the years 2005, 2006 and 2007. This certification is limited to the issues of whether the sergeants' examinations administered by HRD have a disparate impact on minorities, and whether such examinations can be shown to be job-related.

The Court does not at this time determine whether class certification is appropriate with respect to any other claims in this case, or whether such class certification may be appropriate with respect to any claims regarding remedy.

Further, the Court's class certification order at this time, shall be subject to Rule 23(c)(1)(C) and may be altered or amended as this litigation proceeds, including (1) further limiting the class should defendants successfully challenge any portions of the class on statute of limitations grounds, or (2) the determination that any sub-classes should be created such as separating Black candidates from Hispanic candidates, or separating Boston Police Department class members, from other municipal class members, or (3) separating classes by date of examination.

_____
Joseph L. Tauro
U.S. District Court

Dated: _____