# EXHIBIT G

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PEDRO LOPEZ, ET AL., | * |
| Plaintiffs, | * |
| v. | *   Civil Action No. 07-11693-JLT |
| CITY OF LAWRENCE, ET AL., | * |
| Defendants. | * |

ORDER

June 9, 2008

TAURO, J.

After a Motion Hearing on April 28, 2008, and review of the Parties' post-Hearing filings, this court hereby orders the following:

1. This action shall be bifurcated into: (1) a declaratory relief stage regarding liability; and, if necessary, (2) a remedial stage.

2. Plaintiffs' Motion for Class Certification [#31] is DENIED as to the liability stage and DENIED without prejudice as to the potential remedial stage.

3. A Case Management Conference shall be held on July 8, 2008, at 10:30 A.M., at which time a Trial on liability shall be scheduled.

IT IS SO ORDERED.

/s/ Joseph L. Tauro
United States District Judge