# EXHIBIT I

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PEDRO LOPEZ, et al.<br>Plaintiffs<br><br>v.<br><br>CITY OF LAWRENCE, MASSACHUSETTS, et al.<br><br>Defendants | Case No. 07-CA-11693-JLT |

## PLAINTIFFS' MOTION FOR RECONSIDERATION OF ORDER DENYING CLASS CERTIFICATION

**I.   INTRODUCTION.**

At the class certification motion hearing in the above-titled case, this court directed plaintiffs' counsel to draft a proposed order on class certification (limited in the manner discussed by the parties and the court at the hearing), and to file such proposed order with the court. The plaintiffs' counsel did this on May 19, 2008, stating in its cover letter to the court that, should defendants file objections to the proposed order, they would file a response to such objections. On May 30, 2008, the Commonwealth defendants filed a memorandum opposing such class certification order. On May 30, 2008, that objection was joined by counsel for the City of Boston. Plaintiffs' counsel obtained the consent of counsel for the Commonwealth to file a short response to such objection, and that response was fully drafted and about to be filed when, on June 9, 2008, this court issued an order without opinion denying class certification. Accordingly, plaintiffs' counsel has now converted their "response to defendants' objections to class certification order" to a motion for reconsideration. The motion should be granted for a multitude of compelling reasons. First, plaintiffs had not yet had an opportunity to

1

*Denied*
*/s/ Tauro, DJ*
*6/26/08*