# EXHIBIT L

# United States District Court
## District of Massachusetts (Boston)
## CIVIL DOCKET FOR CASE #: 1:07-cv-11693-JLT

Lopez et al v. City of Lawrence, Massachusetts et al  
Assigned to: Judge Joseph L. Tauro  
Cause: 42:2000e Job Discrimination (Employment)

Date Filed: 09/11/2007  
Jury Demand: Defendant  
Nature of Suit: 442 Civil Rights: Jobs  
Jurisdiction: Federal Question

### Plaintiff

**Pedro Lopez**  
*Individually and on behalf of a class of individuals similarly situated*

represented by **Harold L. Lichten**  
Pyle, Rome Lichten, Ehrenberg & Liss-Riordan, P.C.  
18 Tremont Street  
Suite 500  
Boston, MA 02108  
617-367-7200  
Fax: 617-367-4820  
Email: harold@prle.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Leah M. Barrault**  
Pyle, Rome Lichten, Ehrenberg & Liss-Riordan, P.C.  
18 Tremont Street  
Suite 500  
Boston, MA 02108  
617-367-7200  
Fax: 617-367-4820  
Email: lbarrault@prle.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Shannon E. Liss-Riordan**  
Pyle, Rome Lichten, Ehrenberg & Liss-Riordan, P.C.  
18 Tremont Street  
Suite 500  
Boston, MA 02108  
617-367-7200  
Fax: 617-367-4820  
Email: sliss@prle.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

### Plaintiff

**Abel Cano**  
*Individually and on behalf of a class of*

represented by **Harold L. Lichten**  
(See above for address)

|  |  |
|---|---|
| *individuals similarly situated* | *LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | **Leah M. Barrault**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | **Shannon E. Liss-Riordan**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

Plaintiff

**Kevin Sledge**
*Individually and on behalf of a class of individuals similarly situated*

represented by **Harold L. Lichten**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Leah M. Barrault**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shannon E. Liss-Riordan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Plaintiff

**Charles DeJesus**
*Individually and on behalf of a class of individuals similarly situated*

represented by **Harold L. Lichten**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Leah M. Barrault**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shannon E. Liss-Riordan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Plaintiff

**Richard Brooks**
*Individually and on behalf of a class of individuals similarly situated*

represented by **Harold L. Lichten**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

|  |  |
|---|---|
|  | Leah M. Barrault<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>Shannon E. Liss-Riordan<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff**<br>**The Massachusetts Hispanic Law Enforcement Association**<br>*Individually and on behalf of a class of individuals similarly situated* | represented by Harold L. Lichten<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>Leah M. Barrault<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>Shannon E. Liss-Riordan<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff**<br>**Robert Alvarez**<br>*Individually and on behalf of a class of individuals similarly situated* | represented by Harold L. Lichten<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>Leah M. Barrault<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>Shannon E. Liss-Riordan<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff**<br>**Marisol Nobrega**<br>*Individually and on behalf of a class of individuals similarly situated* | represented by Harold L. Lichten<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>Leah M. Barrault |

                    (See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

                    **Shannon E. Liss-Riordan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Plaintiff

**Spencer Tatum**                                  represented by **Harold L. Lichten**
*Individually and on behalf of a class of*                      (See above for address)
*individuals similarly situated*                                 *LEAD ATTORNEY*
                    *ATTORNEY TO BE NOTICED*

                    **Leah M. Barrault**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

                    **Shannon E. Liss-Riordan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Plaintiff

**Shumeand Benfold**                               represented by **Harold L. Lichten**
*Individually and on behalf of a class of*                      (See above for address)
*individuals similarly situated*                                 *LEAD ATTORNEY*
                    *ATTORNEY TO BE NOTICED*

                    **Leah M. Barrault**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

                    **Shannon E. Liss-Riordan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Plaintiff

**Angela Williams-Mitchell**                      represented by **Harold L. Lichten**
*Individually and on behalf of a class of*                      (See above for address)
*individuals similarly situated*                                 *LEAD ATTORNEY*
                    *ATTORNEY TO BE NOTICED*

                    **Leah M. Barrault**
(See above for address)
*LEAD ATTORNEY*

                                              *ATTORNEY TO BE NOTICED*

                                              **Shannon E. Liss-Riordan**
                                              (See above for address)
                                              *LEAD ATTORNEY*
                                              *ATTORNEY TO BE NOTICED*

### Plaintiff

**Gwendolyn Brown**  represented by  **Harold L. Lichten**
*Individually and on behalf of a class of*  (See above for address)
*individuals similarly situated*  *LEAD ATTORNEY*
                                              *ATTORNEY TO BE NOTICED*

                                              **Leah M. Barrault**
                                              (See above for address)
                                              *LEAD ATTORNEY*
                                              *ATTORNEY TO BE NOTICED*

                                              **Shannon E. Liss-Riordan**
                                              (See above for address)
                                              *LEAD ATTORNEY*
                                              *ATTORNEY TO BE NOTICED*

### Plaintiff

**Lynette Praileau**  represented by  **Harold L. Lichten**
*Individually and on behalf of a class of*  (See above for address)
*individuals similarly situated*  *LEAD ATTORNEY*
                                              *ATTORNEY TO BE NOTICED*

                                              **Leah M. Barrault**
                                              (See above for address)
                                              *LEAD ATTORNEY*
                                              *ATTORNEY TO BE NOTICED*

                                              **Shannon E. Liss-Riordan**
                                              (See above for address)
                                              *LEAD ATTORNEY*
                                              *ATTORNEY TO BE NOTICED*

V.

### Defendant

**City of Lawrence, Massachusetts**  represented by  **James M. Bowers**
                                              261 Common Street
                                              Lawrence, MA 01840
                                              978-686-8262
                                              Fax: 978-681-8550
                                              Email: j.bowers@verizon.net
                                              *ATTORNEY TO BE NOTICED*

Defendant
**City of Methuen, Massachusetts**                represented by **Peter J. McQuillan**
                                                                 City of Methuen - Office of City
                                                                 Solicitor
                                                                 The Searles Building
                                                                 41 Pleasant Street
                                                                 Methuen, MA 01844
                                                                 978-983-8575
                                                                 Fax: 978-983-8981
                                                                 Email: pjmcquillan@ci.methuen.ma.us
                                                                 *ATTORNEY TO BE NOTICED*

Defendant
**Commonwealth of Massachusetts**                represented by **Robert L. Quinan, Jr.**
                                                                 Attorney General's Office
                                                                 One Ashburton Place
                                                                 Room 2019
                                                                 Boston, MA 02108-1698
                                                                 617-727-2200
                                                                 Fax: 617-727-5785
                                                                 Email: Robert.Quinan@ago.state.ma.us
                                                                 *LEAD ATTORNEY*
                                                                 *ATTORNEY TO BE NOTICED*

                                                                 **Sookyoung Shin**
                                                                 Office of the Attorney General
                                                                 One Ashburton Place
                                                                 18th Floor
                                                                 Boston, MA 02108
                                                                 617-727-2200
                                                                 Fax: 617-727-5785
                                                                 Email:
                                                                 sookyoung.shin@ago.state.ma.us
                                                                 *LEAD ATTORNEY*
                                                                 *ATTORNEY TO BE NOTICED*

Defendant
**Paul Dietl**                                    represented by **Robert L. Quinan, Jr.**
*in His Capacity as Personnel*                                   (See above for address)
*Administrator for the Commonwealth of*                          *LEAD ATTORNEY*
*Massachusetts*                                                  *ATTORNEY TO BE NOTICED*

                                                                 **Sookyoung Shin**
                                                                 (See above for address)
                                                                 *LEAD ATTORNEY*
                                                                 *ATTORNEY TO BE NOTICED*

Defendant
**John Michael Sullivan**                         represented by **James M. Bowers**

| | |
|---|---|
| *in His Capacity as Mayor of the City of Lawrence, Massachusetts* | (See above for address)<br>*ATTORNEY TO BE NOTICED* |
| **Defendant** | |
| **William Manzi, III**<br>*in His Capacity as Mayor of Metheun, Massachusetts* | represented by **Peter J. McQuillan**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| **Defendant** | |
| **City of Lowell** | represented by **Brian W. Leahey**<br>Ciy of Lowell Law Department<br>City Hall<br>375 Merrimack Street<br>Lowell, MA 01852<br>978-970-4050<br>Email: bleahey@lowellma.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Defendant** | |
| **William F. Martin**<br>*In his capacity as Mayor of the City of Lowell, Massachusetts*<br>*TERMINATED: 02/13/2008* | represented by **Brian W. Leahey**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Defendant** | |
| **City of Worcester, Massachusetts** | represented by **Laurie W. Engdahl**<br>Collins, Loughran & Peloquin<br>320 Norwood Park South<br>Norwood, MA 02062<br>781-762-2229<br>Fax: 781-762-1803<br>Email: lengdahl@collinslabor.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Daniel C. Brown**<br>Collins, Loughran & Peloquin<br>320 Norwood Park South<br>Norwood, MA 02062<br>781-762-2229<br>Fax: 781-762-1803<br>Email: dbrown@collinslabor.com<br>*ATTORNEY TO BE NOTICED* |
| **Defendant** | |
| **Konstantina B. Lukes**<br>*In her capacity as Mayor of the City of Worcester, Massachusetts*<br>*TERMINATED: 02/13/2008* | represented by **Laurie W. Engdahl**<br>(See above for address)<br>*LEAD ATTORNEY* |

|  |  |
|---|---|
|  | Daniel C. Brown<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| **Defendant**<br>Appointing Authority for the City of Lowell | represented by Brian W. Leahey<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Defendant**<br>Michael O'Brien<br>*In his capacity as city manager of the City of Worcester Massachusetts* | represented by Laurie W. Engdahl<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Defendant**<br>City of Boston | represented by Robert P. Morris<br>Morgan, Brown & Joy, LLP<br>200 State Street<br>11th Floor<br>Boston, MA 02109<br>617-523-6666<br>Fax: 617-367-3125<br>Email: rmorris@morganbrown.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>Mary Jo Harris<br>Morgan, Brown & Joy LLP<br>200 State Street<br>11th Floor<br>Boston, MA 02109<br>607-788-5011<br>Fax: 617-367-3125<br>Email: mharris@morganbrown.com<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 09/11/2007 |  | ELECTRONIC NOTICE of Case Assignment. Judge Joseph L. Tauro assigned to case. If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Collings. (Paine, Matthew) (Entered: 09/11/2007) |
| 09/11/2007 | 1 | COMPLAINT; INJUNCTIVE and DECLARATORY RELIEF REQUESTED against City of Lawrence, Massachusetts, City of Methuen, Massachusetts, Commonwealth of Massachusetts, Paul Dietl, John Michael Sullivan, William Manzi, III, filed by Richard Brooks, The Massachusetts Hispanic Law |

| | | |
|---|---|---|
| | | Enforcement Association, Pedro Lopez, Abel Cano, Kevin Sledge, Charles DeJesus. (Attachments: # 1 Civil Cover Sheet and Category Form)(Paine, Matthew) (Entered: 09/11/2007) |
| 09/11/2007 | | Summons Issued as to City of Lawrence, Massachusetts, City of Methuen, Massachusetts, Commonwealth of Massachusetts, Paul Dietl, John Michael Sullivan, William Manzi, III. (Paine, Matthew) (Entered: 09/11/2007) |
| 09/11/2007 | | Filing fee: $ 350.00, receipt number 82326 for 1 Complaint, (Abaid, Kimberly) (Entered: 09/12/2007) |
| 09/27/2007 | 2 | SUMMONS Returned Executed City of Lawrence, Massachusetts served on 9/17/2007, answer due 10/8/2007. (Abaid, Kimberly) (Entered: 09/27/2007) |
| 09/27/2007 | 3 | SUMMONS Returned Executed John Michael Sullivan served on 9/17/2007, answer due 10/8/2007. (Abaid, Kimberly) (Entered: 09/27/2007) |
| 09/27/2007 | 4 | SUMMONS Returned Executed William Manzi, III served on 9/14/2007, answer due 10/4/2007. (Abaid, Kimberly) (Entered: 09/27/2007) |
| 09/27/2007 | 5 | SUMMONS Returned Executed City of Methuen, Massachusetts served on 9/14/2007, answer due 10/4/2007. (Abaid, Kimberly) (Entered: 09/27/2007) |
| 09/27/2007 | 6 | SUMMONS Returned Executed Attorney General of the Commonwealth of Massachusetts served on 9/14/2007, answer due 10/4/2007. (Abaid, Kimberly) (Entered: 09/27/2007) |
| 09/27/2007 | 7 | SUMMONS Returned Executed Paul Dietl served on 9/14/2007, answer due 10/4/2007. (Abaid, Kimberly) (Entered: 09/27/2007) |
| 10/03/2007 | 8 | ANSWER to Complaint by City of Methuen, Massachusetts, William Manzi, III.(McQuillan, Peter) Additional attachment(s) added on 11/16/2007 (Abaid, Kimberly). (Entered: 10/03/2007) |
| 10/04/2007 | 9 | NOTICE of Appearance by Sookyoung Shin on behalf of Commonwealth of Massachusetts, Paul Dietl (Shin, Sookyoung) (Entered: 10/04/2007) |
| 10/04/2007 | 10 | Assented to MOTION for Extension of Time to 11/2/2007 to File Answer re 1 Complaint, by Commonwealth of Massachusetts, Paul Dietl.(Shin, Sookyoung) (Entered: 10/04/2007) |
| 10/16/2007 | | Judge Joseph L. Tauro : Electronic ORDER entered granting 10 Motion for Extension of Time to Answer Commonwealth of Massachusetts answer due 11/2/2007; Paul Dietl answer due 11/2/2007. (Abaid, Kimberly) (Entered: 10/16/2007) |
| 10/31/2007 | 11 | *Defendants'* ANSWER to Complaint *of the Plaintiffs* by City of Lawrence, Massachusetts, John Michael Sullivan.(Bowers, James) (Entered: 10/31/2007) |
| 11/16/2007 | | Notice of correction to docket made by Court staff. Correction: Docket Entry 8 corrected because: Replaced unsigned document with signed version. (Abaid, Kimberly) (Entered: 11/16/2007) |
| 11/16/2007 | 12 | NOTICE of Scheduling ConferenceScheduling Conference set for 1/3/2008 10:45 AM in Courtroom 20 before Judge Joseph L. Tauro. (Abaid, Kimberly) |

| | | |
|---|---|---|
| | | (Entered: 11/16/2007) |
| 11/16/2007 | 13 | Judge Joseph L. Tauro : RULE 26 DISCOVERY ORDER entered. (Abaid, Kimberly) (Entered: 11/16/2007) |
| 12/05/2007 | 14 | Assented to MOTION for Extension of Time to File Answer re 1 Complaint, by Commonwealth of Massachusetts, Paul Dietl.(Shin, Sookyoung) (Entered: 12/05/2007) |
| 12/06/2007 | | Judge Joseph L. Tauro : Electronic ORDER entered granting 14 Motion for Extension of Time to Answer (Lovett, Zita) (Entered: 12/06/2007) |
| 12/21/2007 | 15 | CERTIFICATION pursuant to Local Rule 16.1 *(D)(3)* by All Plaintiffs. (Barrault, Leah) (Entered: 12/21/2007) |
| 12/21/2007 | 16 | JOINT SUBMISSION pursuant to Local Rule 16.1 *(D)* by All Plaintiffs. (Barrault, Leah) (Entered: 12/21/2007) |
| 12/21/2007 | 17 | NOTICE of Appearance by Robert L. Quinan, Jr on behalf of Commonwealth of Massachusetts (Quinan, Robert) (Entered: 12/21/2007) |
| 12/21/2007 | 18 | Assented to MOTION for Protective Order by Commonwealth of Massachusetts, Paul Dietl. (Attachments: # 1 Stipulation and Order for Confidentiality)(Shin, Sookyoung) (Entered: 12/21/2007) |
| 01/02/2008 | 19 | MOTION to Amend *Complaint* by All Plaintiffs. (Attachments: # 1 Exhibit Amended Complaint)(Barrault, Leah) (Entered: 01/02/2008) |
| 01/02/2008 | 20 | MEMORANDUM in Support re 19 MOTION to Amend *Complaint* filed by All Plaintiffs. (Barrault, Leah) (Entered: 01/02/2008) |
| 01/03/2008 | | Electronic Clerk's Notes for proceedings held before Judge Joseph L. Tauro: Scheduling Conference held on 1/3/2008. (see order for details) A further conference is set for March 17, 2008 at 2:15 p.m. (Court Reporter: Carol Scott.) (Attorneys present: Lichten,Riordan,Barrault,plts., McQuillan,Shin,Quinnin,Bowers,dfts.) (Lovett, Zita) (Entered: 01/03/2008) |
| 01/03/2008 | 23 | Judge Joseph L. Tauro: ORDER entered. re 18 Assented to MOTION for Protective Order filed by Commonwealth of Massachusetts, Paul Dietl. Stipulation for the Protection of Confidential Material is Allowed and its terms are to be entered as an order of this court. (Abaid, Kimberly) (Entered: 01/07/2008) |
| 01/03/2008 | 24 | Judge Joseph L. Tauro: ORDER entered. STIPULATION AND ORDER (Abaid, Kimberly) (Entered: 01/07/2008) |
| 01/04/2008 | 21 | Second AMENDED COMPLAINT against all defendants, filed by All Plaintiffs.(Barrault, Leah) (Entered: 01/04/2008) |
| 01/04/2008 | 25 | Judge Joseph L. Tauro: ORDER entered re: DISCOVERY. A Further Conference shall be held on March 10, 2008 at 2:15 PM in Courtroom 20 before Judge Joseph L. Tauro.(Abaid, Kimberly) (Entered: 01/07/2008) |
| 01/07/2008 | 22 | Summons Issued as to City of Lowell, William F. Martin, City of Worcester, Massachusetts, Konstantina B. Lukes. **Counsel receiving this notice** |

| | | |
|---|---|---|
| | | electronically should download this summons, complete one for each defendant and serve it in accordance with Fed.R.Civ.P. 4 and LR 4.1. Summons will be mailed to plaintiff(s) not receiving notice electronically for completion of service. (Abaid, Kimberly) (Entered: 01/07/2008) |
| 01/07/2008 | 26 | Judge Joseph L. Tauro: AMENDED ORDER entered. The Further Conference is scheduled for March 17, 2008 at 2:15 PM in Courtroom 20 before Judge Joseph L. Tauro. (There is no conference March 10, 2008).(Abaid, Kimberly) (Entered: 01/07/2008) |
| 01/08/2008 | 27 | Disclosure pursuant to Rule 26 by All Plaintiffs.(Lichten, Harold) (Entered: 01/08/2008) |
| 01/08/2008 | 28 | Proposed Document(s) submitted by All Plaintiffs. Document received: Proposed Order Regarding Rule 30(b)(6) Depositions. (Lichten, Harold) (Additional attachment(s) added on 2/6/2008: # 1 Proposed Order (30-4) See order dated 2-6-2008.) (Abaid, Kimberly). (Entered: 01/08/2008) |
| 01/08/2008 | 29 | Proposed Document(s) submitted by All Plaintiffs. Document received: Proposed Order on Document Discovery. (Lichten, Harold) (Additional attachment(s) added on 2/6/2008: # 1 Proposed Order (30-3) See order dated 2-6-2008.) (Abaid, Kimberly). (Entered: 01/08/2008) |
| 01/15/2008 | 30 | MOTION to Amend 21 Amended Complaint, 29 Proposed Document(s) submitted, 28 Proposed Document(s) submitted, 27 Disclosure pursuant to Rule 26 by All Plaintiffs. (Attachments: # 1 Exhibit Exhibit A-Third Amended Complaint, # 2 Exhibit Exhibit B-Rule 26 Disclosure, # 3 Exhibit Exhibit C-Proposed Order on Discovery, # 4 Exhibit Exhibit D-Proposed Order on Depositions)(Lichten, Harold) (Entered: 01/15/2008) |
| 01/15/2008 | 31 | MOTION to Certify Class by All Plaintiffs.(Lichten, Harold) (Entered: 01/15/2008) |
| 01/15/2008 | 32 | MEMORANDUM in Support re 31 MOTION to Certify Class *Pursuant to Federal Rule of Civil Procedure 23(b)(2)* filed by All Plaintiffs. (Attachments: # 1 Exhibit A)(Lichten, Harold) (Entered: 01/15/2008) |
| 01/16/2008 | 33 | NOTICE of Appearance by Daniel C. Brown on behalf of City of Worcester, Massachusetts, Konstantina B. Lukes (Brown, Daniel) (Entered: 01/16/2008) |
| 01/16/2008 | 34 | Assented to MOTION for Extension of Time to 02/11/08 to File Response/Reply *to Second Amended Complaint* by City of Worcester, Massachusetts, Konstantina B. Lukes.(Brown, Daniel) (Entered: 01/16/2008) |
| 01/16/2008 | 35 | NOTICE of Appearance by Laurie W. Engdahl on behalf of City of Worcester, Massachusetts, Konstantina B. Lukes (Engdahl, Laurie) (Entered: 01/16/2008) |
| 01/16/2008 | 36 | SUMMONS Returned Executed City of Lowell served on 1/8/2008, answer due 1/28/2008. (Barrault, Leah) (Entered: 01/16/2008) |
| 01/16/2008 | 37 | SUMMONS Returned Executed William F. Martin served on 1/11/2008, answer due 1/31/2008. (Barrault, Leah) (Entered: 01/16/2008) |
| 01/23/2008 | 38 | CERTIFICATE OF CONSULTATION *and Service for Motion to Amend* |

|            |    |                                                                                                                                                                                                                                                                                                                                                                                                                                                                 |
|------------|----|------|
|            |    | *Complaint (Docket Entry No. 30)*. (Lichten, Harold) (Entered: 01/23/2008) |
| 01/23/2008 | 39 | CERTIFICATE OF CONSULTATION *and Service for Motion for Class Certification (Docket Entry No. 31)*. (Lichten, Harold) (Entered: 01/23/2008) |
| 01/24/2008 | 40 | ANSWER to Complaint *Third Amended Complaint* by City of Methuen, Massachusetts.(McQuillan, Peter) (Entered: 01/24/2008) |
| 01/25/2008 | 41 | Assented to MOTION for Extension of Time to 2/12/2008 to File Response/Reply as to 31 MOTION to Certify Class by Commonwealth of Massachusetts, Paul Dietl.(Shin, Sookyoung) (Entered: 01/25/2008) |
| 01/25/2008 | 42 | NOTICE of Appearance by Brian W. Leahey on behalf of City of Lowell, William F. Martin (Leahey, Brian) (Entered: 01/25/2008) |
| 01/25/2008 | 43 | Assented to MOTION for Extension of Time to 2/4/2008 to File Response/Reply as to 21 Amended Complaint by City of Lowell, William F. Martin.(Leahey, Brian) (Entered: 01/25/2008) |
| 01/29/2008 | 44 | ANSWER to Complaint *(Third Amended)* by Commonwealth of Massachusetts, Paul Dietl.(Shin, Sookyoung) (Entered: 01/29/2008) |
| 01/29/2008 | 45 | Opposition re 30 MOTION to Amend 21 Amended Complaint, 29 Proposed Document(s) submitted, 28 Proposed Document(s) submitted, 27 Disclosure pursuant to Rule 26 MOTION to Amend 21 Amended Complaint, 29 Proposed Document(s) submitted, 28 Proposed Document(s) submitted, 27 Disclosure pursuant to Rule 26 *The State Defendants' Opposition to Plaintiffs' Proposed Discovery Orders* filed by Commonwealth of Massachusetts. (Attachments: # 1 Affidavit of Sally McNeely in Opposition to Plaintiffs' Proposed Discovery Orders)(Quinan, Robert) (Entered: 01/29/2008) |
| 01/30/2008 |    | Judge Joseph L. Tauro: Electronic ORDER entered granting 43 Motion for Extension of Time to File Response/Reply re 43 Assented to MOTION for Extension of Time to 2/4/2008 to File Response/Reply as to 21 Amended Complaint, 41 Assented to MOTION for Extension of Time to 2/12/2008 to File Response/Reply as to 31 MOTION to Certify Class, 34 Assented to MOTION for Extension of Time to 02/11/08 to File Response/Reply *to Second Amended Complaint* Responses due by 2/4/2008 (Lovett, Zita) (Entered: 01/30/2008) |
| 02/01/2008 | 46 | Assented to MOTION for Extension of Time to File Response/Reply as to 21 Amended Complaint *to February 11, 2008* by City of Lowell, William F. Martin.(Leahey, Brian) (Entered: 02/01/2008) |
| 02/04/2008 |    | Judge Joseph L. Tauro: Electronic ORDER entered granting 46 Motion for Extension of Time to File Response/Reply Responses due by 2/11/2008 (Abaid, Kimberly) (Entered: 02/05/2008) |
| 02/05/2008 | 47 | MOTION for Extension of Time to 2/14/08 to File Response/Reply as to 45 Opposition to Motion,, by All Plaintiffs.(Barrault, Leah) (Entered: 02/05/2008) |
| 02/06/2008 | 48 | Judge Joseph L. Tauro: ORDER entered. The parties shall file an updated party list by February 15, 2008. 30 Motion to Amend Complaint is ALLOWED. Plaintiff shall file the third amended complaint on the CM/ECF system by |

|   |   | February 8, 2008, at which time response deadlines will begin to run. 34 Motion to Enlarge Time to Respond is DENIED AS MOOT. 41 Motion to Enlarge Time to File Opposition is ALLOWED. 47 Motion to Reply to Opposition and to File Reply by February 14, 2008 is ALLOWED. (Abaid, Kimberly) (Entered: 02/06/2008) |
|---|---|---|
| 02/13/2008 | 49 | Third AMENDED COMPLAINT against all defendants, filed by All Plaintiffs. (Barrault, Leah) (Entered: 02/13/2008) |
| 02/14/2008 | 50 | Response by All Plaintiffs to 45 Opposition to Motion,, *for Proposed Discovery Orders*. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Lichten, Harold) (Entered: 02/14/2008) |
| 02/19/2008 | 51 | Opposition re 31 MOTION to Certify Class filed by Commonwealth of Massachusetts, Paul Dietl. (Attachments: # 1 Exhibit A (McNeely Affidavit)) (Shin, Sookyoung) (Entered: 02/19/2008) |
| 02/20/2008 | 52 | TRANSCRIPT of Scheduling Conference held on January 3, 2008 before Judge Tauro. Court Reporter: Carol Lynn Scott. The original transcripts are maintained by the Clerk's Office. Copies may be obtained by contacting the court reporter at 617/330-1377 or the Clerk's Office. (Scalfani, Deborah) (Entered: 02/20/2008) |
| 02/26/2008 | 53 | MOTION for Leave to File *Reply to State Defendant's Opposition to Plaintiffs' Motion to Certify Class and to File Such Reply By March 4, 2008* by All Plaintiffs.(Barrault, Leah) (Entered: 02/26/2008) |
| 02/27/2008 |   | Judge Joseph L. Tauro: Electronic ORDER entered granting 53 Motion for Leave to File; Counsel using the Electronic Case Filing System should now file the document for which leave to file has been granted in accordance with the CM/ECF Administrative Procedures. Counsel must include - Leave to file granted on (date of order)- in the caption of the document. (Abaid, Kimberly) (Entered: 02/27/2008) |
| 02/29/2008 | 54 | Assented to MOTION for Extension of Time to March 11, 2008 to File Response/Reply as to 51 Opposition to Motion by All Plaintiffs.(Barrault, Leah) (Entered: 02/29/2008) |
| 03/03/2008 | 55 | ANSWER to 49 Amended Complaint by City of Lowell, Appointing Authority for the City of Lowell.(Leahey, Brian) (Entered: 03/03/2008) |
| 03/04/2008 | 56 | ANSWER to 49 Amended Complaint by City of Worcester, Massachusetts, Michael O'Brien.(Engdahl, Laurie) (Entered: 03/04/2008) |
| 03/10/2008 |   | Judge Joseph L. Tauro: Electronic ORDER entered granting 54 Motion for Extension of Time to File Response/Reply Responses due by 3/11/2008 (Abaid, Kimberly) (Entered: 03/10/2008) |
| 03/11/2008 | 57 | Fourth MOTION to Amend 49 Amended Complaint by All Plaintiffs.(Barrault, Leah) (Additional attachment(s) added on 3/11/2008: # 1 Proposed Amended Complaint) (Abaid, Kimberly). (Entered: 03/11/2008) |
| 03/11/2008 | 58 | PROPOSED Fourth AMENDED COMPLAINT against all defendants, filed by All Plaintiffs.(Barrault, Leah) Modified on 3/11/2008 (Abaid, Kimberly). |

| | | (Entered: 03/11/2008) |
|---|---|---|
| 03/11/2008 | 59 | REPLY to Response to 31 MOTION to Certify Class filed by All Plaintiffs. (Attachments: # 1 Affidavit Affidavit of Harold Lichten, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D)(Barrault, Leah) (Entered: 03/11/2008) |
| 03/11/2008 | | Notice of correction to docket made by Court staff. Correction: Docket Entry 58 corrected because: Corrected Docket text to reflect that Document filed is a PROPOSED Amended Complaint. If Judge Tauro Allows the Motion to file an Amended Complaint, the actual Amended Complaint will be filed through CM/ECF. (Abaid, Kimberly) (Entered: 03/11/2008) |
| 03/11/2008 | 60 | CERTIFICATE OF CONSULTATION re 57 Fourth MOTION to Amend 49 Amended Complaint *Pursuant to Local Rule 7.1(a)(2)*. (Barrault, Leah) (Entered: 03/11/2008) |
| 03/12/2008 | 61 | Judge Joseph L. Tauro: ORDER entered. 57 Fourth Motion to Amend Complaint is ALLOWED. Plaintiffs shall file the Amended Complaint on the CM/ECF system by March 17, 2008. The Further Conference scheduled for March 17, 2008 is CANCELED. All briefing on 31 Motion for Class Certification shall be completed by March 21, 2008. A Hearing on the Proposed Discovery Orders and Motion for Class Certification will be held on April 28, 2008 at 2:30 PM in Courtroom 22 before Judge Joseph L. Tauro. (Abaid, Kimberly) (Entered: 03/12/2008) |
| 03/17/2008 | 62 | Fourth AMENDED COMPLAINT against all defendants, filed by All Plaintiffs.(Barrault, Leah) (Entered: 03/17/2008) |
| 03/19/2008 | 63 | Summons Issued as to City of Boston. **Counsel receiving this notice electronically should download this summons, complete one for each defendant and serve it in accordance with Fed.R.Civ.P. 4 and LR 4.1. Summons will be mailed to plaintiff(s) not receiving notice electronically for completion of service.** (Abaid, Kimberly) (Entered: 03/19/2008) |
| 03/20/2008 | 64 | *Defendant's, City of Lawrence and John (sic) Michael Sullivan, in His Capacity as Mayor of the City of Lawrence* ANSWER to 62 Amended Complaint, 58 Amended Complaint *of the Plaintiffs*, by City of Lawrence, Massachusetts. (Bowers, James) Modified on 3/21/2008 (Abaid, Kimberly). (Entered: 03/20/2008) |
| 03/21/2008 | 65 | Assented to MOTION for Leave to File *Surreply re Motion for Class Certification* by Commonwealth of Massachusetts, Paul Dietl.(Shin, Sookyoung) (Entered: 03/21/2008) |
| 03/21/2008 | 66 | SUR-REPLY to Motion re 31 MOTION to Certify Class filed by Commonwealth of Massachusetts, Paul Dietl. (Shin, Sookyoung) (Entered: 03/21/2008) |
| 03/24/2008 | 67 | *Re: Pending Motion for Class Certification* Letter/request (non-motion) from Harold L. Lichten. (Attachments: # 1 Exhibit Attachment)(Lichten, Harold) (Entered: 03/24/2008) |
| 03/25/2008 | 68 | *CITY OF METHUEN* ANSWER to 62 Amended Complaint *FOURTH* by City of Methuen, Massachusetts.(McQuillan, Peter) (Entered: 03/25/2008) |

| | | |
|---|---|---|
| 03/25/2008 | 69 | *CITY OF LOWELL AND APPOINTING AUTHORITY FOR CITY OF LOWELL* ANSWER to 62 Amended Complaint by City of Lowell, Appointing Authority for the City of Lowell.(Leahey, Brian) (Entered: 03/25/2008) |
| 03/27/2008 | 70 | *State Defendants'* ANSWER to 62 Amended Complaint by Commonwealth of Massachusetts.(Quinan, Robert) (Entered: 03/27/2008) |
| 03/31/2008 | 71 | NOTICE of Appearance by Mary Jo Harris on behalf of City of Boston (Harris, Mary Jo) (Entered: 03/31/2008) |
| 04/01/2008 | 72 | ANSWER to 62 Amended Complaint by City of Worcester, Massachusetts, Michael O'Brien.(Engdahl, Laurie) (Entered: 04/01/2008) |
| 04/08/2008 | 73 | SUMMONS Returned Executed City of Boston served on 3/25/2008, answer due 4/14/2008. (Barrault, Leah) (Entered: 04/08/2008) |
| 04/14/2008 | 74 | NOTICE of Appearance by Robert P. Morris on behalf of City of Boston (Morris, Robert) (Entered: 04/14/2008) |
| 04/14/2008 | 75 | ANSWER to 62 Amended Complaint by City of Boston.(Morris, Robert) (Entered: 04/14/2008) |
| 04/16/2008 | | Judge Joseph L. Tauro: Electronic ORDER entered granting 65 Motion for Leave to File; Counsel using the Electronic Case Filing System should now file the document for which leave to file has been granted in accordance with the CM/ECF Administrative Procedures. Counsel must include - Leave to file granted on (date of order)- in the caption of the document. (Lovett, Zita) (Entered: 04/16/2008) |
| 04/23/2008 | 76 | MEMORANDUM in Opposition re 31 MOTION to Certify Class filed by City of Boston. (Attachments: # 1 Exhibit A (McNeely deposition excerpts))(Morris, Robert) (Entered: 04/23/2008) |
| 04/28/2008 | | Electronic Clerk's Notes for proceedings held before Judge Joseph L. Tauro: Motion Hearing held on 4/28/2008 re 31 MOTION to Certify Class filed by All Plaintiffs. After arguments motion is taken under advisement. (Court Reporter: Carol Scott.)(Attorneys present: Lichten,plts.,Quinan,Shin,defts.) (Lovett, Zita) (Entered: 04/28/2008) |
| 04/29/2008 | 77 | Judge Joseph L. Tauro: ORDER entered. (Abaid, Kimberly) (Entered: 04/29/2008) |
| 05/19/2008 | 78 | Proposed Document(s) submitted by All Plaintiffs. Document received: Proposed Order Certifying A Class. (Attachments: # 1 Text of Proposed Order) (Barrault, Leah) (Entered: 05/19/2008) |
| 05/19/2008 | 79 | JOINT SUBMISSION pursuant to Local Rule 16.1 *by All Plaintiffs and by* Commonwealth of Massachusetts. (Attachments: # 1 Text of Proposed Order : Order Governing Electronic and Document Discovery, # 2 Text of Proposed Order : Governing Certain Depositions)(Quinan, Robert) (Entered: 05/19/2008) |
| 05/20/2008 | 80 | Judge Joseph L. Tauro: ORDER Regarding Depositions entered. (Abaid, Kimberly) (Entered: 05/20/2008) |
| 05/20/2008 | 81 | Judge Joseph L. Tauro: ORDER on Document Discovery. (Abaid, Kimberly) |

| | | (Entered: 05/20/2008) |
|---|---|---|
| 05/30/2008 | 82 | Fifth AMENDED COMPLAINT against all defendants, filed by All Plaintiffs. (Barrault, Leah) (Entered: 05/30/2008) |
| 05/30/2008 | 83 | Response by Commonwealth of Massachusetts, Paul Dietl to 78 Proposed Document(s) submitted. (Shin, Sookyoung) (Entered: 05/30/2008) |
| 05/30/2008 | 84 | Response by City of Boston to 83 Response, 78 Proposed Document(s) submitted *by State Defendants and Plaintiffs on Plaintiffs' Proposed Class Certification*. (Morris, Robert) (Entered: 05/30/2008) |
| 06/03/2008 | 85 | ANSWER to 82 Amended Complaint by Commonwealth of Massachusetts, Paul Dietl.(Shin, Sookyoung) (Entered: 06/03/2008) |
| 06/05/2008 | 86 | ANSWER to 82 Amended Complaint *(5th Amended Complaint)* by City of Boston.(Morris, Robert) (Entered: 06/05/2008) |
| 06/09/2008 | | Judge Joseph L. Tauro: Electronic ORDER entered denying 31 Motion to Certify Class (York, Steve) (Entered: 06/09/2008) |
| 06/09/2008 | 87 | Judge Joseph L. Tauro: ORDER entered. (York, Steve) (Entered: 06/09/2008) |
| 06/13/2008 | 88 | MOTION for Reconsideration *of Order Denying Class Certification* by All Plaintiffs. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Lichten, Harold) (Entered: 06/13/2008) |
| 06/18/2008 | 89 | ANSWER to 82 Amended Complaint by City of Lowell, Appointing Authority for the City of Lowell.(Leahey, Brian) (Entered: 06/18/2008) |
| 06/19/2008 | 90 | ANSWER to 82 Amended Complaint by City of Worcester, Massachusetts. (Engdahl, Laurie) (Entered: 06/19/2008) |
| 06/24/2008 | 91 | Opposition re 88 MOTION for Reconsideration *of Order Denying Class Certification* filed by Commonwealth of Massachusetts, Paul Dietl. (Shin, Sookyoung) (Entered: 06/24/2008) |
| 06/26/2008 | 92 | Judge Joseph L. Tauro: Electronic ORDER entered denying 88 Motion for Reconsideration (Abaid, Kimberly) (Entered: 06/26/2008) |
| 07/01/2008 | 93 | MOTION to Continue Case Management Conference by All Plaintiffs. (Barrault, Leah) (Entered: 07/01/2008) |
| 07/01/2008 | | Judge Joseph L. Tauro: Electronic ORDER entered granting 93 Motion to Continue. A new date will be announced. (Abaid, Kimberly) (Entered: 07/02/2008) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 07/09/2008 09:13:23 | | | |
| PACER Login: | pr0222 | Client Code: | police promo exam |
| Description: | Docket Report | Search Criteria: | 1:07-cv-11693-JLT |

| Billable Pages: | 10 | Cost: | 0.80 |