UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| PEDRO LOPEZ, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 07-11693-JLT |
| ) | |
| CITY OF LAWRENCE, MASSACHUSETTS, et al. ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF APPEARANCE

Pursuant to Local Rule D. Mass. 83.5.2.(a), please enter my appearance on behalf of plaintiffs, Shumeand Benfold, Angela Williams-Mitchell, Gwendolyn Brown, and Lynette Praileau, in the above-referenced matter.

          Respectfully submitted,

          /s/ Vinita Ferrera
          Vinita Ferrera (BBO #631190)
          Wilmer Cutler Pickering Hale and Dorr LLP
          60 State Street
          Boston, Massachusetts 02109
          (617) 526-6000

Dated: August 11, 2008

- 2 -

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing has been served by ECF and/or first class mail this 11th day of August, 2008 upon all counsel of record.

                                        /s/ Vinita Ferrera
                                        Vinita Ferrera