UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| PEDRO LOPEZ, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>CITY OF LAWRENCE, MASSACHUSETTS, et al. )<br>)<br>)<br>Defendants. )<br>) | Civil Action No. 07-11693-JLT |

## NOTICE OF APPEARANCE

Pursuant to Local Rule D. Mass. 83.5.2.(a), please enter my appearance on behalf of plaintiffs, Shumeand Benfold, Angela Williams-Mitchell, Gwendolyn Brown, and Lynette Praileau, in the above-referenced matter.

Respectfully submitted,

/s/ Jeffrey S. Gleason
Jeffrey S. Gleason (BBO #661489)
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, Massachusetts  02109
(617) 526-6000

Dated:  August 11, 2008

US1DOCS 6779900v1

- 2 -

## CERTIFICATE OF SERVICE

     I hereby certify that a copy of the foregoing has been served by ECF and/or first class mail this 11th day of August, 2008 upon all counsel of record.

                                    /s/ Jeffrey S. Gleason
                                    Jeffrey S. Gleason

US1DOCS 6779900v1