UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____

PEDRO LOPEZ, et al.,                                      )
                                                          )
                                                          )
                          Plaintiffs,                     )
                                                          )
v.                                                        )    Civil Action No. 07-11693-JLT
                                                          )
CITY OF LAWRENCE, MASSACHUSETTS, et al. )
                                                          )
                                                          )
                          Defendants.                     )
_____                  )

## **NOTICE OF APPEARANCE**

Pursuant to Local Rule D. Mass. 83.5.2.(a), please enter my appearance on behalf

of plaintiffs, Shumeand Benfold, Angela Williams-Mitchell, Gwendolyn Brown, and

Lynette Praileau, in the above-referenced matter.


Respectfully submitted,


/s/ Rahsaan D. Hall
Rahsaan D. Hall (BBO #645369)
Lawyers' Committee For Civil Rights
Under Law of Boston Bar Association
294 Washington St., Ste 443
Boston, Massachusetts 02108
(617) 988-0608

Dated: August 12, 2008

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing has been served by ECF and/or first class mail this 12th day of August, 2008 upon all counsel of record.

/s/ Rahsaan D. Hall

Rahsaan D. Hall