UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PEDRO LOPEZ, ET AL., * | |
| Plaintiffs, * | |
| * | |
| v. * | Civil Action No. 07-11693-JLT |
| * | |
| CITY OF LAWRENCE, ET AL., * | |
| Defendants. * | |

ORDER

August 12, 2008

TAURO, J.

After a Case Management Conference held on August 12, 2008, this court hereby orders:

1. Plaintiffs shall produce their written discovery to Defendants by August 31, 2008.

2. Plaintiffs shall produce their expert report to Defendants by September 30, 2008.

3. Defendants shall produce their expert reports to Plaintiffs by November 30, 2008.

4. As previously ordered, the Parties may depose (1) the named Plaintiffs; (2) the named Plaintiffs' direct supervisors; (3) Sally McNeely; (4) Guy Paris; and (5) Vivian Lee.

5. All depositions shall be completed by November 30, 2008.

6. On or before August 26, 2008, the Parties shall notify this court—in the form of a Joint Letter—whether this action will proceed as a Jury Trial or a Bench Trial.

7. NEAC and MAMLEO's Motion to Intervene [#97] is DENIED. These organizations, however, may file amicus briefs at both stages of the litigation.

8. No further discovery is permitted without leave of the court.

9. A Further Conference shall be held on January 8, 2009, at 12:00 P.M.

IT IS SO ORDERED.

      /s/ Joseph L. Tauro
United States District Judge