UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PEDRO LOPEZ, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>CITY OF LAWRENCE, MASSACHUSETTS, et al. )<br>)<br>)<br>Defendants. ) | Civil Action No. 07-11693-JLT |

## NOTICE OF APPEARANCE

Pursuant to Local Rule D. Mass. 83.5.2.(a), please enter my appearance on behalf of plaintiffs, Shumeand Benfold, Angela Williams-Mitchell, Gwendolyn Brown, and Lynette Praileau, in the above-referenced matter.

Respectfully submitted,

/s/ Mark Selwyn
Mark Selwyn (BBO #565595)
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, Massachusetts 02109
(617) 526-6000

Dated: August 29, 2008

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served by ECF and/or first class mail this 29th day of August, 2008 upon all counsel of record.

/s/ Mark Selwyn
Mark Selwyn
