September 2, 2008

Zita Lovett, Session Clerk to
  the Hon. Joseph Tauro
United States District Court
John J. Moakley United States Court House
One Courthouse Way, Suite 7110
Boston, MA  02210

      Re:    *Lopez*, et al. *v. City of Lawrence*, et al.
              <u>United States District Court No. 07-11693-JLT</u>

Dear Ms. Lovett:

     All parties in the above-referenced case are willing to waive their right to a jury trial of this matter.  Likewise, all parties are content to see any trial of the matter proceed as a bench trial.  We apologize for the delayed filing of this joint letter, but the combination of numerous attorneys separately representing many different parties in this case plus certain individuals' August vacations contributed to the delay.

     Thank you for promptly bringing this letter to Judge Tauro's attention.


| | |
|---|---|
| /s/ Harold L. Lichten, Esq. | /s/ AAG Robert L. Quinan, Jr., |
| Plaintiffs' counsel | State Defendants' counsel |
| | |
| /s/ James M. Bowers, Esq. | /s/ Laurie W. Engdahl, Esq. |
| Lawrence Defendants' counsel | Worcester Defendants' counsel |
| | |
| /s/ Brian W. Leahey, Esq. | /s/ Peter J. McQuillan, Esq. |
| Lowell Defendants' counsel | Methuen Defendants' counsel |
| | |
| /s/ Robert P. Morris, Esq. | |
| Boston Defendants' counsel | |