UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

*************************************************
PEDRO LOPEZ; ABEL CANO; KEVIN SLEDGE; *
CHARLES DEJESUS; RICHARD BROOKS; *
ROBERT ALVAREZ; MARISOL NOBREGA; *
SPENCER TATUM; THE MASSACHUSETTS *
HISPANIC LAW ENFORCEMENT ASSOCIATION; *
SHUMEAND BENFOLD; ANGELA WILLIAMS- *
MITCHELL; GWENDOLYN BROWN; LYNETTE *
PRAILEAU; INDIVIDUALLY AND ON BEHALF *
OF A CLASS OF INDIVIDUALS SIMILARLY *
SITUATED, *
        **Plaintiffs** *
v. * Civil Action No. 07-11693-JLT
 *
CITY OF LAWRENCE, MASSACHUSETTS; *
CITY OF METHUEN, MASSACHUSETTS; *
COMMONWEALTH OF MASSACHUSETTS; *
PAUL DIETL, IN HIS CAPACITY AS PERSONNEL *
ADMINISTRATOR FOR THE COMMONWEALTH *
OF MASSACHUSETTS, HUMAN RESOURCES *
DIVISION; JOHN MICHAEL SULLIVAN, IN HIS *
CAPACITY AS MAYOR OF THE CITY OF *
LAWRENCE, MASSACHUSETTS; *
WILLIAM MANZI, III, IN HIS CAPACITY *
AS MAYOR OF CITY OF METHUEN, *
MASSACHUSETTS; CITY OF LOWELL, *
MASSACHUSETTS; APPOINTING AUTHORITY *
FOR THE CITY OF LOWELL, MASSACHUSETTS; *
CITY OF WORCESTER, MASSACHUSETTS; and *
MICHAEL O'BRIEN IN HIS CAPACITY AS CITY *
MANAGER OF THE CITY OF WORCESTER, *
MASSACHUSETTS, CITY OF BOSTON, *
 *
        **Defendants** *
*************************************************

**STIPULATION FOR PROTECTIVE ORDER
<u>REGARDING CONFIDENTIALITY AND NON-DISCLOSURE</u>**

**WHEREAS**:

1.      Pursuant to the order of the Court dated May 20, 2008, the Defendant City of Boston ("Boston"), and other municipalities, are required to produce to counsel for Plaintiffs and the Commonwealth of Massachusetts and Paul Dietl as Chief Human Resources Officer of the Human Resources Division (the "State Defendants") "(a) a complete copy of said plaintiff's personnel file or records, as maintained by the employing municipal police department; and (b) a complete copy of any file maintained by any internal affairs division of the municipality."

2.      Boston seeks to maintain the confidentiality of files maintained by the Internal Affairs Division of the Boston Police Department, as produced in response to the Court's order dated May 20, as the unregulated disclosure of such documents may harm the confidentiality and security of investigations conducted by the Internal Affairs Division;

3.      Plaintiffs Shumeand Benfold, Angela Williams-Mitchell, Gwendolyn Brown and Lynette Praileau (the "Boston Plaintiffs'), and the State Defendants have agreed to address such confidentiality and security concerns by means of stipulation and court order regulating the use and disclosure of said information; and

4.      The Boston Plaintiffs and the State Defendants agree and stipulate to this Court's entry of a Protective Order in the form annexed hereto as Exhibit A.

Respectfully submitted,

SHUMEAND BENFOLD, ANGELA
WILLIAMS-MITCHELL, GWENDOLYN
BROWN, and LYNETTE PRAILEAU,

By their Attorneys,

| | |
|---|---|
| /s/Harold L. Lichten | /s/Rahsaan D. Hall |
| Harold L. Lichten | Rahsaan D. Hall |
| B.B.O. #549689 | B.B.O. # 645369 |
| Shannon Liss-Riordan | Lawyers' Committee for Civil Rights |
| B.B.O. #640716 | Under Law of Boston Bar Association |
| Leah M. Barrault | 294 Washington Street, Suite 443 |
| B.B.O. #661626 | Boston, MA 02108 |
| Pyle, Rome, Lichten, Ehrenberg & | (617) 988-0608 |
| Liss-Riordan, P.C., | |
| 18 Tremont Street, Suite 500 | |
| Boston, MA 02108 | |
| (617) 367-7200 | |

/s/ Mark Selwyn
B.B.O. # 565595
Wilmer, Cutler, Pickering, Hale and
Dorr LLP
60 State Street
Boston, MA 02109
(617) 526-6000

Dated:   September 3, 2008

Respectfully submitted,

COMMONWEALTH OF MASSACHUSETTS,
and PAUL DIETL in his capacity as Human
Resources Officer of the Human Resources Division,

By their Attorneys,

MARTHA COAKLEY
ATTORNEY GENERAL

/s/Robert L. Quinan, Jr.
B.B.O. #553010
Sookyoung Shin
B.B.O. #643713
Assistant Attorneys General
One Ashburton Place
Government Bureau
Boston, MA 02108-1598
(617) 727-2200, ext. 2554 (Quinan)
(617) 727-2200, ext. 2052 (Shin)

Dated:   September 3, 2008

Respectfully submitted,

CITY OF BOSTON,

By its attorneys,

WILLIAM F. SINNOTT
Corporation Counsel

/s/Robert P. Morris
Mary Jo Harris
B.B.O. #561484
Robert P. Morris
B.B.O. #546052
Special Assistant Corporation Counsel
MORGAN, BROWN & JOY, LLP
200 State Street, 11th Floor
Boston, MA 02109-2605
(617) 523-6666

Dated:  September 3, 2008

## **CERTIFICATE OF SERVICE**

I, Robert P. Morris, certify that on September 3, 2008, this document filed electronically through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to any persons indicated as non-registered participants.

                                                         /s/Robert P. Morris
                                                         Robert P. Morris