UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                            )
PEDRO LOPEZ, et al.,                        )
       Plaintiffs                           )
                                            )
                                            )
v.                                          )
                                            )
                                            )
                                            )
                                            )  **07-CA-11693-JLT**
CITY OF LAWRENCE, MASSACHUSETTS, et. al,    )
       Defendants                           )
_____)

**PLAINTIFFS' MOTION FOR A SHORT ENLARGEMENT OF TIME
TO FILE PLAINTIFFS' EXPERT REPORTS**

The plaintiffs, by their attorneys, respectfully move this Court for a short enlargement of time to file plaintiffs' expert reports. Pursuant to this Court's August 12, 2008 Order the plaintiffs must submit their expert reports to Defendants by **September 30, 2008**. Plaintiffs are using two (2) experts, Dr. Joel Wiesen, P.H. D. and Dr. Frank Landy, P.H. D., and each expert shall submit his own separate report to defendants. Plaintiffs respectfully request this Court to enlarge the time for which Dr. Joel Wiesen must submit his report for three (3) additional days, or until **October 3, 2008.** As grounds, in light of the upcoming Jewish holiday (Rosh Hashanah), Dr. Wiesen needs additional time to complete and submit his report to defendants.

Additionally, Plaintiffs respectfully request this Court to enlarge the time for which Dr. Frank Landy must submit his report for thirty (30) additional days, or until **October 30, 2008**. As grounds, State Defendant has been uncooperative

1

and has repeatedly refused to produce to the plaintiffs numerous relevant and key documents for their review outside of defendant's property. Such key and relevant examinations include the 2005 (Boston and state-wide), 2006, and 2007 sergeants' examinations themselves-documents that indeed lie at the very heart of this matter. Those documents being withheld by HRD are critical to Dr. Wiesen's and Dr. Landy's expert reports and their determination as to whether the 2005, 2006, and 2007 sergeants' examinations administered by HRD are valid predictors of job performance for a police sergeant which is an issue central to the case at hand. Plaintiffs have been forced to make numerous trips to State Defendant's offices over the past several weeks and have been forced to conduct their work analyzing these documents under State Defendant's supervision and within their hours of operations.

Unfortunately, Dr. Landy is located in New York City, New York, and because of various other cases he is working on, he has not been able to fly into Boston since the Court's August 12th discovery order to review those documents located solely at State Defendant's offices. Additionally, Dr. Landy is going to be out of the country beginning September 27, 2008 until October 9, 2008 and thus will not be available to travel to Boston until October 10, 2008 or later. Thus, for these reasons, Dr. Landy requires an additional thirty (30) days to complete and submit his report to Defendants.

Defendants will not be harmed in way by the Court's granting of three (3) additional days to Dr. Wiesen and thirty (30) additional days to Dr. Landy. State Defendant's expert report is not due until **November 30, 2008** and the parties are

not scheduled to appear again before this Honorable Court until **January 8, 2009**. Plaintiffs' counsel attempted to confer with counsel for State Defendant on Monday, September 22, 2008, however, State Defendant have not yet indicated whether or not they will assent to the granting of this motion.

WHEREFORE, plaintiffs request that its motion be granted and that Dr. Joel Wiesen be permitted three (3) additional days, or until **October 3, 2008**, to submit his report, and that Dr. Landy be permitted (30) additional days, or until **October 30, 2008** to submit his report.

Respectfully submitted,

PEDRO LOPEZ, et. al.

By their attorneys,

 /s/ Leah Marie Barrault, Esq.
Harold L. Lichten, BBO #549689
Shannon Liss-Riordan, BBO #640716
Leah M. Barrault, BBO # 661626
Pyle, Rome, Lichten, Ehrenberg
   & Liss-Riordan, P.C.
18 Tremont St., Ste. 500
Boston, MA 02108
(617) 367-7200

Dated: September 23, 2008

### CERTIFICATE OF SERVICE

I hereby certify that on September 23, 2008, I caused a copy of this document to be served by electronic filing on all counsel on record.

 /s/ Leah Marie Barrault
Leah Marie Barrault, Esq.