UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| PEDRO LOPEZ, et al., <br> Plaintiffs <br><br> v. <br><br> CITY OF LAWRENCE, MASSACHUSETTS, et. al, <br> Defendants | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) 07-CA-11693-JLT <br> ) <br> ) |

## AFFIDAVIT OF FRANK LANDY

I, Frank Landy, being duly sworn, depose and state as follows:

1. I have a P.H. D. in industrial and organizational (I-O) psychology and have been engaged in a consulting career since 1965. My offices are located in New York City, New York.

2. I have been retained by Plaintiffs' counsel as an expert witness in this case. I have been asked to determine whether the 2005 (Boston and statewide), 2006, and 2007 sergeants' examinations administered by the State Defendant Commonwealth of Massachusetts had a disparate impact on minority test takers and whether such exams can shown to be job-related under applicable federal Equal Employment Opportunity Commission and Massachusetts General Laws Chapter 151B standards.

3. I have been unable during the past month to travel to Boston, Massachusetts to review those "confidential" documents located at State Defendant's offices due to various work matters here in New York and elsewhere across the county.

4. Those "confidential" documents being withheld by State Defendant for review only at their offices including, but not limited to, copies of the 2005 (Boston and state-wide), 2006 and 2007 examinations themselves are critical to my determination as to whether such examinations are valid predictors of job performance for a police sergeant.

5. I am going to be outside of this country beginning September 27, 2008 to October 9, 2008 and I won't be able to travel to Boston Massachusetts until October 10, 2008 or later.

6. I require thirty (30) additional days, or until October 30, 2008, to submit by expert report.

Signed under the pains and penalties of perjury this 23 day of September, 2008.

_____
Dr. Frank Landy, P.H. D.