UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                            )
PEDRO LOPEZ, et al.,                        )
       Plaintiffs                           )
                                            )
v.                                          )
                                            ) **Case No. 07-CA-11693-JLT**
CITY OF LAWRENCE, et al.,                   )
       Defendants                           )
_____)

**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)(2) FOR SIXTH MOTION TO AMEND COMPLAINT**

    I hereby certify that the parties have complied with the requirements of Local Rule 7.1(a)(2), and have conferred and attempted in good faith to resolve or narrow the issue.

                                      Respectfully submitted,

                                      ABEL CANO, et al.

                                      By their attorneys,

Dated: September 24, 2008        s/Leah Marie Barrault___
                                      Harold L. Lichten, BBO #549689
                                      Shannon Liss-Riordan, BBO #640716
                                      Leah M. Barrault, BBO # 661626
                                      Pyle, Rome, Lichten, Ehrenberg
                                            & Liss-Riordan, P.C.
                                      18 Tremont St., Ste. 500
                                      Boston, MA 02108
                                      (617) 367-7200

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing document was served upon the Court and counsel of record for defendants via the Court's ECF filing system, on September 24, 2008.

                                       /s Leah Marie Barrault_____
                                       Leah Marie Barrault