UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PEDRO LOPEZ, et al.,

            Plaintiffs,

            v.                    CIVIL ACTION
                                     NO. 07-11693-JLT

CITY OF LAWRENCE, MASSACHUSETTS, et
al.,

            Defendants.

## NOTICE OF APPEARANCE

Please enter on the docket my appearance for the state defendants, Commonwealth of Massachusetts and Paul Dietl, in his capacity as Personnel Administrator for the Commonwealth of Massachusetts, Human Resources Division.

                                                  Respectfully submitted,

                                                  MARTHA COAKLEY
                                                  ATTORNEY GENERAL

                                                  /s/ Iraida J. Alvarez
                                                  Iraida J. Alvarez, BBO # 647521
                                                  Assistant Attorney General
                                                  One Ashburton Place
                                                  Government Bureau
                                                  Boston, Massachusetts 02108-1598
                                                  (617) 727-2200, ext. 2037

Date:   September 26, 2008

## CERTIFICATE OF SERVICE

    I hereby certify that the above document will be served on September 26, 2008, by electronic notice for registered counsel and a copy will be served by first-class mail, postage pre-paid, for non-registered counsel.

        /s/ Iraida J. Alvarez  
        Iraida J. Alvarez, BBO # 647521  
        Assistant Attorney General