## Quinan, Robert (AGO)

| | |
|---|---|
| **From:** | Quinan, Robert (AGO) |
| **Sent:** | Monday, June 30, 2008 10:04 AM |
| **To:** | 'Leah Barrault' |
| **Subject:** | Lopez v. HRD -- discovery |
| **Attachments:** | Sgt03^examdata^20080604.xls; Sgt^2003-2004^aggregate_data.pdf; stats_03-07_sgt_candidates.pdf |

Hi, Leah –

Perhaps we have each been waiting on the other regarding further discovery in this case. I had thought that you might have contacted me by now to gain access to the documents HRD is supposed to produce in response to Judge Tauro's order, since most of them require on-site review here at One Ashburton Place. I have had copies of the smaller number of documents plaintiffs are permitted to retain under the order ready for you for some time now. Some data reports, however, are available electronically and I am going to begin to send them to you as attachments to emails. So as not to send overlarge emails, I will send each report separately or in smaller groups. The first attachment here is an Excel spreadsheet containing all data requested in paragraphs 1 and 2 of the Joint Proposed Order on Document Discovery relating to the 2003 police sergeant promotional exam administered by HRD. I am also attaching documents containing either statistics relating to the 2003 and 2004 applicants or providing aggregate data for all those who have sat for HRD sergeant promotional examinations within the past five years. The next email I send you will contain relevant data pertaining to the 2004 police sergeant promotional exam administered by HRD. Then I'll send you data regarding the answers picked by each test-taker for the exams administered in 2005, 2006, and 2007.

Please let me know when it would be convenient for one of the plaintiffs' attorneys and/or plaintiffs' expert witness to come over and review the confidential documents that HRD is to make available pursuant to Judge Tauro's order. And let me know if you would like to pick up copies of the non-confidential documents or have me mail them to you.

Any sense of when the plaintiffs will be ready to produce the documents called for in paragraphs 27-35 of the court's discovery order?

Rob Quinan
Managing Attorney
Administrative Law Division
Office of the Attorney General
One Ashburton Place, 20th floor
Boston, MA  02108
Phone:  (617) 727-2200, ext. 2554
fax:  (617) 727-5785
E-address:  Robert.Quinan@state.ma.us
Website:  www.mass.gov/ago