### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PEDRO LOPEZ, et al<br>　　　　Plaintiffs<br><br>v.<br><br>CITY OF LAWRENCE, et. al.,<br>　　　　Defendants | )<br>)<br>)<br>)<br>)<br>) Case No. 07-CA-11693-JLT<br>)<br>)<br>) |

### PLAINTIFFS' ASSENTED TO MOTION TO REPLY TO DEFENDANTS' OPPOSITION TO PLAINTIFFS' SIXTH MOTION TO AMEND COMPLAINT AND TO FILE SUCH REPLY BY <u>OCTOBER 17, 2008</u>

Plaintiffs hereby move to seek permission from this Court to reply to Defendants' Opposition to Plaintiffs' Sixth Motion to Amend Complaint, which was filed on October 7, 2008 (Paper No. 110). Defendants' opposition raises new and unanticipated statute of limitations issues with respect to prospective plaintiffs and existing plaintiffs to this action. Plaintiffs must be afforded an opportunity to file a reply and put their response with respect to Defendants' arguments before this Court. Moreover, Plaintiffs must be given the opportunity to respond to Defendants' opposition and provide this Court with their response regarding the necessity of allowing Plaintiffs' Sixth Motion to Amend Complaint in light of this Court's June 9, 2008 Order denying class certification in this action. This is the first extension requested by Plaintiffs. Counsel for Defendants assent to the allowance of this motion.

WHEREFORE, Plaintiffs request that Plaintiffs' Assented to Motion to Reply to Defendants' Opposition to Plaintiffs' Sixth Motion to Amend Complaint in this matter be granted and that Plaintiffs be allowed to file such reply with this Court no later than **<u>October 17, 2008</u>**.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | PEDRO LOPEZ, et al., |
|  | By their attorneys, |
|  | /s/ Leah Marie Barrault |
| Dated:  October 8, 2008 | _____ |
|  | Harold L. Lichten, BBO #549689<br>Shannon Liss-Riordan, BBO #640716<br>Leah M. Barrault, BBO # 661626<br>Pyle, Rome, Lichten, Ehrenberg<br>     & Liss-Riordan, P.C.<br>18 Tremont St., Ste. 500<br>Boston, MA 02108<br>(617) 367-7200 |

## CERTIFICATE OF SERVICE

   I hereby certify that on October 8, 2008, I caused a copy of this document to be served by electronic filing on the attorney of record for each party.

                     s/Leah Marie Barrault_____
                    Leah Marie Barrault, Esq.

2