**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

_____
                                                                    )
PEDRO LOPEZ, et al                             )
         Plaintiffs                               )
                                                              )
v.                                                             )
                                                             ) Case No. 07-CA-11693-JLT
CITY OF LAWRENCE, et. al.,             )
         Defendants                            )
_____)

**PLAINTIFFS' ASSENTED TO MOTION TO ENLARGE TIME TO FILE A REPLY TO DEFENDANTS' OPPOSITION TO PLAINTIFFS' SIXTH MOTION TO AMEND COMPLAINT <u>FROM OCTOBER 17, 2008 TO OCTOBER 20, 2008.</u>**

     Plaintiffs hereby move to seek permission from this Court to enlarge the time in which they have to reply to Defendants' Opposition to Plaintiffs' Sixth Motion to Amend Complaint, which was filed on October 7, 2008 (Paper No. 110). Defendants' opposition raises new and unanticipated statute of limitations issues with respect to prospective plaintiffs and existing plaintiffs to this action. Plaintiffs need a short amount of additional time to adequately address each issue. WHEREFORE, Plaintiffs request that Plaintiffs' Assented to Motion to Enlarge the Time to File A Reply to Defendants' Opposition to Plaintiffs' Sixth Motion to Amend Complaint in this matter be granted and Plaintiffs be allowed to file such reply with this Court no later than **October 20, 2008**.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | PEDRO LOPEZ, et al., |
|  | By their attorneys, |
|  | /s/ Leah Marie Barrault |
| Dated: October 16, 2008 | _____ |
|  | Harold L. Lichten, BBO #549689<br>Shannon Liss-Riordan, BBO #640716<br>Leah M. Barrault, BBO # 661626<br>Pyle, Rome, Lichten, Ehrenberg<br>     & Liss-Riordan, P.C.<br>18 Tremont St., Ste. 500<br>Boston, MA 02108<br>(617) 367-7200 |

### CERTIFICATE OF SERVICE

I hereby certify that on October 16, 2008, I caused a copy of this document to be served by electronic filing on the attorney of record for each party.

    s/Leah Marie Barrault_____
    Leah Marie Barrault, Esq.