# EXHIBIT A

The Commonwealth of Massachusetts
Commission Against Discrimination
One Ashburton Place, Boston, MA 02108
Phone: (617) 994-6000 Fax: (617) 994-6024

## - DISMISSAL and NOTIFICATION of RIGHTS -

| To: | Leah M. Barrault, Esq. | Case: Julio M. Toledo v. C-of Springfield, Domenic |
| | Pyle, Rome, Lichten, Ehrenberg & Liss-Riordan, P.C. | Sarino, Mayor |
| | 18 Tremont Street, Suite 500 | MCAD Docket Number: 08BEM02736 |
| | Boston, MA 02108 | EEOC Number: 16C-2008-02611 |
| | | Investigator: Marlania Bugg |

Your complaint has been dismissed for the following reasons:

[ ]   The facts alleged fail to state a claim under any of the statutes the Commission enforces.

[ ]   Respondent employs less than the required number of employees.

[ ]   Your complaint was not timely filed with the Commission, i.e. you waited too long after the date(s) of the
      alleged discrimination to file.  Because it was filed outside the time limit prescribed by law, the Commission
      cannot investigate your allegations.

[ ]   You failed to provide requested information, failed or refused to appear or to be available for necessary
      interviews/conference, or otherwise refused to cooperate to the extent that the Commission has been unable
      to resolve your complaint.  You have had more than 30 days in which to respond to our written request.

[ ]   The Commission's efforts to locate you have been unsuccessful.  You have had at least 30 days in which to
      respond to a notice sent to your last known address.

[ ]   The Respondent has made a reasonable settlement, offering full relief for the harm you alleged.  30 days
      have expired since you received actual notice of this settlement offer.

[ ]   The Commission issues the following determination. Based upon the Commission's investigation, the
      Commission is unable to conclude that the information obtained establishes a violation of the statutes.  This
      does not certify that the Respondent is in compliance with the statutes.  No finding is made as to any other
      issues that might be construed as having been raised by this complaint.

[✓]   **Complainant wishes to file a civil action on the same matter in court.**


_Sunila J. George_
Sunila Thomas-George
Investigating Commissioner

_9-29-08_
Date

Cc:

C-of Springfield
Attn: Director of Human Resources
City Hall
36 Court Street
Springfield, MA 01103

Domenic Sarino, Mayor

MCAD Docket Number 08BEM02736, Dismissal and Notification of Rights without Appeal Rights     Page   1

## MEMORANDUM

To:   Case File of Julio M. Toledo v. C-of Springfield, Domenic Sarino
        MCAD Docket # 08BEM02736
        EEOC # 16C-2008-02611 (20+ Employees)
From: Marlania Bugg
RE:    Dismissal of Complaint

### Issues Investigated:

Whether Complainant was discriminated against at his place of employment based on his race and color (Hispanic),which is in violation of Massachusetts General Laws, Chapter 151B, §4, Paragraphs 1 and 4A and Title VII of the Civil Rights Act of 1964, as amended.

### Summary of Findings:

On September 24, 2008, Complainant filed a complaint with this Commission and the Equal Employment Opportunity Commission (EEOC) alleging discrimination based on his race and color.

Complainant, through his attorney, submitted a formal request to withdraw the complaint with both the Commission and the EEOC because he has chosen to pursue the matter in court, under Chapter 478.

The Complainant understands it is unlawful for any person to threaten, intimidate or harass him because he has filed a complaint. He states he has not been coerced into requesting this withdrawal. Therefore, it is recommended that Complainant's request be granted and this complaint be closed as a Chapter 478 withdrawal.

Marlania Bugg
Senior Supervisor of Investigations

## The Commonwealth of Massachusetts
## Commission Against Discrimination
### One Ashburton Place, Boston, MA 02108
### Phone: (617) 994-6000 Fax: (617) 994-6024

OCT 0 2 2008

## DISMISSAL and NOTIFICATION of RIGHTS -

| To: | Leah M. Barrault, Esq.<br>Pyle, Rome, Lichten, Ehrenberg & Liss-Riordan, P.C.<br>18 Tremont Street, Suite 500<br>Boston, MA 02108 | Case: Julio M. Toledo v. Mass-C Division of Human Services, John O'Leary, Director of Human Resources<br>MCAD Docket Number: 08BEM02737<br>EEOC Number: 16C-2008-02612<br>Investigator: Marlania Bugg |
| --- | --- | --- |

Your complaint has been dismissed for the following reasons:

[ ]    The facts alleged fail to state a claim under any of the statutes the Commission enforces.

[ ]    Respondent employs less than the required number of employees.

[ ]    Your complaint was not timely filed with the Commission, i.e. you waited too long after the date(s) of the alleged discrimination to file. Because it was filed outside the time limit prescribed by law, the Commission cannot investigate your allegations.

[ ]    You failed to provide requested information, failed or refused to appear or to be available for necessary interviews/conference, or otherwise refused to cooperate to the extent that the Commission has been unable to resolve your complaint. You have had more than 30 days in which to respond to our written request.

[ ]    The Commission's efforts to locate you have been unsuccessful. You have had at least 30 days in which to respond to a notice sent to your last known address.

[ ]    The Respondent has made a reasonable settlement, offering full relief for the harm you alleged. 30 days have expired since you received actual notice of this settlement offer.

[ ]    The Commission issues the following determination. Based upon the Commission's investigation, the Commission is unable to conclude that the information obtained establishes a violation of the statutes. This does not certify that the Respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this complaint.

[✓]    Complainant wishes to file a civil action on the same matter in court.


_Sunila J. George_                                             9-29-08
Sunila Thomas-George                                          · Date
Investigating Commissioner

Cc:

Mass-C Division of Human Services
Attn: Director of Human Resources
One Ashburton Place
Boston, MA 02108

John O'Leary, Director of Human Resources

MEMORANDUM

To:   Case File of Julio M. Toledo v. Mass-C Division of Human Services, John
       O'Leary
       MCAD Docket # 08BEM02737
       EEOC # 16C-2008-02612 (20+ Employees)
From: Marlania Bugg
RE:   Dismissal of Complaint

## Issues Investigated:

Whether Complainant was discriminated against at his place of employment based on his
race and color (Hispanic),which is in violation of Massachusetts General Laws, Chapter
151B, §4, Paragraphs 1 and 4A and Title VII of the Civil Rights Act of 1964, as
amended.

## Summary of Findings:

On September 24, 2008, Complainant filed a complaint with this Commission and the
Equal Employment Opportunity Commission (EEOC) alleging discrimination based on
his race and color.

Complainant, through his attorney, submitted a formal request to withdraw the complaint
with both the Commission and the EEOC because he has chosen to pursue the matter in
court, under Chapter 478.

The Complainant understands it is unlawful for any person to threaten, intimidate or
harass him because he has filed a complaint.  He states he has not been coerced into
requesting this withdrawal.  Therefore, it is recommended that Complainant's request be
granted and this complaint be closed as a Chapter 478 withdrawal.


Marlania Bugg
Senior Supervisor of Investigations

The Commonwealth of Massachusetts
Commission Against Discrimination
One Ashburton Place, Boston, MA 02108
Phone: (617) 994-6000 Fax: (617) 994-6024

OCT 0 2 2008

## DISMISSAL and NOTIFICATION of RIGHTS

| To: | Leah M. Barrault, Esq. | Case: Lisa Venus v. C-of Boston, Boston Police |
|-----|------------------------|------------------------------------------------|
| | Pyle, Rome, Lichten, Ehrenberg & Liss-Riordan, P.C. | Department, Edward Davis, Commissioner |
| | 18 Tremont Street, Suite 500 | MCAD Docket Number: 08BEM02739 |
| | Boston, MA 02108 | EEOC Number: 16C-2008-02614 |
| | | Investigator: Marlania Bugg |

Your complaint has been dismissed for the following reasons:

[ ]    The facts alleged fail to state a claim under any of the statutes the Commission enforces.

[ ]    Respondent employs less than the required number of employees.

[ ]    Your complaint was not timely filed with the Commission, i.e. you waited too long after the date(s) of the alleged discrimination to file. Because it was filed outside the time limit prescribed by law, the Commission cannot investigate your allegations.

[ ]    You failed to provide requested information, failed or refused to appear or to be available for necessary interviews/conference, or otherwise refused to cooperate to the extent that the Commission has been unable to resolve your complaint. You have had more than 30 days in which to respond to our written request.

[ ]    The Commission's efforts to locate you have been unsuccessful. You have had at least 30 days in which to respond to a notice sent to your last known address.

[ ]    The Respondent has made a reasonable settlement, offering full relief for the harm you alleged. 30 days have expired since you received actual notice of this settlement offer.

[ ]    The Commission issues the following determination. Based upon the Commission's investigation, the Commission is unable to conclude that the information obtained establishes a violation of the statutes. This does not certify that the Respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this complaint.

[✓]    **Complainant wishes to file a civil action on the same matter in court.**


_Sunila J. George_

Sunila Thomas-George
Investigating Commissioner

_9-29-08_
Date

Cc:

C-of Boston
Attn: Director of Human Resources
One City Hall Plaza
Boston, MA 02120

Boston Police Department
Attn: Director of Human Resources
One Schroeder Plaza
Boston, MA 02120

Edward Davis, Commissioner
C/o Boston Police Department

MEMORANDUM

To:    Case File of Lisa Venus v. C-of Boston, Boston Police Department, Edward
       Davis
       MCAD Docket # 08BEM02739
       EEOC # 16C-2008-02614 (20+ Employees)
From:  Marlania Bugg
RE:    Dismissal of Complaint

## Issues Investigated:

Whether Complainant was discriminated against at her place of employment based on her
race and color (black, non-Hispanic), which is in violation of Massachusetts General
Laws, Chapter 151B, §4, Paragraphs 1 and 4A and Title VII of the Civil Rights Act of
1964, as amended.

## Summary of Findings:

On September 24, 2008, Complainant filed a complaint with this Commission and the
Equal Employment Opportunity Commission (EEOC) alleging discrimination based on
her race and color.

Complainant, through her attorney, submitted a formal request to withdraw the complaint
with both the Commission and the EEOC because she has chosen to pursue the matter in
court, under Chapter 478.

The Complainant understands it is unlawful for any person to threaten, intimidate or
harass her because she has filed a complaint. She states she has not been coerced into
requesting this withdrawal. Therefore, it is recommended that Complainant's request be
granted and this complaint be closed as a Chapter 478 withdrawal.


Marlania Bugg
Senior Supervisor of Investigations

The Commonwealth of Massachusetts
Commission Against Discrimination
One Ashburton Place, Boston, MA 02108
Phone: (617) 994-6000 Fax: (617) 994-6024

OCT 0 2 2008

- **DISMISSAL and NOTIFICATION of RIGHTS** -

| To: | Leah M. Barrault, Esq.<br>Pyle, Rome, Lichten, Ehrenberg & Liss-Riordan, P.C.<br>18 Tremont Street, Suite 500<br>Boston, MA 02108 | Case: Lisa Venus v. Mass- C Division of Human Resources, John O'Leary, Director of Human Resources<br>MCAD Docket Number: 08BEM02744<br>EEOC Number: 16C-2008-02618<br>Investigator: Marlania Bugg |
|---|---|---|

Your complaint has been dismissed for the following reasons:

[ ]    The facts alleged fail to state a claim under any of the statutes the Commission enforces.

[ ]    Respondent employs less than the required number of employees.

[ ]    Your complaint was not timely filed with the Commission, i.e. you waited too long after the date(s) of the alleged discrimination to file. Because it was filed outside the time limit prescribed by law, the Commission cannot investigate your allegations.

[ ]    You failed to provide requested information, failed or refused to appear or to be available for necessary interviews/conference, or otherwise refused to cooperate to the extent that the Commission has been unable to resolve your complaint. You have had more than 30 days in which to respond to our written request.

[ ]    The Commission's efforts to locate you have been unsuccessful. You have had at least 30 days in which to respond to a notice sent to your last known address.

[ ]    The Respondent has made a reasonable settlement, offering full relief for the harm you alleged. 30 days have expired since you received actual notice of this settlement offer.

[ ]    The Commission issues the following determination. Based upon the Commission's investigation, the Commission is unable to conclude that the information obtained establishes a violation of the statutes. This does not certify that the Respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this complaint.

[✓]    **Complainant wishes to file a civil action on the same matter in court.**

_Sunila J. George_
Sunila Thomas-George
Investigating Commissioner

_9-29-08_
Date

Cc:

Mass-C Division of Human Services
Attn: Director of Human Resources
One Ashburton Place
Boston, MA 02108

John O'Leary, Director of Human Resources

MCAD Docket Number 08BEM02744, Dismissal and Notification of Rights without Appeal Rights    Page    1

MEMORANDUM

To:    Case File of Lisa Venus v. Mass-C Division of Human Resources, John O'Leary
        MCAD Docket # 08BEM02744
        EEOC # 16C-2008-02618 (20+ Employees)
From:  Marlania Bugg
RE:    Dismissal of Complaint

### Issues Investigated:

Whether Complainant was discriminated against at her place of employment based on her race and color (black, non-Hispanic),which is in violation of Massachusetts General Laws, Chapter 151B, §4, Paragraphs 1 and 4A and Title VII of the Civil Rights Act of 1964, as amended.

### Summary of Findings:

On September 24, 2008, Complainant filed a complaint with this Commission and the Equal Employment Opportunity Commission (EEOC) alleging discrimination based on her race and color.

Complainant, through her attorney, submitted a formal request to withdraw the complaint with both the Commission and the EEOC because she has chosen to pursue the matter in court, under Chapter 478.

The Complainant understands it is unlawful for any person to threaten, intimidate or harass her because she has filed a complaint. She states she has not been coerced into requesting this withdrawal. Therefore, it is recommended that Complainant's request be granted and this complaint be closed as a Chapter 478 withdrawal.

Marlania Bugg
Senior Supervisor of Investigations

The Commonwealth of Massachusetts
Commission Against Discrimination
One Ashburton Place, Boston, MA 02108
Phone: (617) 994-6000 Fax: (617) 994-6024

OCT 0 2 2008

- **DISMISSAL and NOTIFICATION of RIGHTS** -

| To: | David M. Melvin<br>12 Gaslight Lane<br>North Easton, MA 02356 | Case: David Melvin v. C-Boston, Boston Police<br>Department, Edward Davis, Commissioner<br>MCAD Docket Number: 08BEM02747<br>EEOC Number: 16C-2008-02621<br>Investigator: Marlania Bugg |
|---|---|---|

Your complaint has been dismissed for the following reasons:

[ ]   The facts alleged fail to state a claim under any of the statutes the Commission enforces.

[ ]   Respondent employs less than the required number of employees.

[ ]   Your complaint was not timely filed with the Commission, i.e. you waited too
long after the date(s) of the alleged discrimination to file.  Because it was filed outside the time limit
prescribed by law, the Commission cannot investigate your allegations.

[ ]   You failed to provide requested information, failed or refused to appear or to be available for necessary
interviews/conference, or otherwise refused to cooperate to the extent that the Commission has been unable
to resolve your complaint.  You have had more than 30 days in which to respond to our written request.

[ ]   The Commission's efforts to locate you have been unsuccessful.  You have had at
least 30 days in which to respond to a notice sent to your last known address.

[ ]   The Respondent has made a reasonable settlement, offering full relief for the
harm you alleged.  30 days have expired since you received actual notice of this settlement offer.

[ ]   The Commission issues the following determination.  Based upon the
Commission's investigation, the Commission is unable to conclude that the information obtained establishes
a violation of the statutes.  This does not certify that the Respondent is in compliance with the statutes.  No
finding is made as to any other issues that might be construed as having been raised by this complaint.

[X]   Other (briefly state) Chapter 478 withdrawal

_____
Sunila Thomas-George
Investigating Commissioner

_9-30-08_
Date

Cc:

Boston Police Department
Attn: Director of Human Resources
One Schroeder Plaza
Boston, MA 02120

C-Boston
Attn: Director of Human Resources
One City Plaza
Boston, MA 02120

Edward Davis, Commissioner
C/O Boston Police Department
One Schroeder Plaza
Boston, MA 02120

Lear M. Barrault, Esq.
Pyle, Rome, Lichten, Ehrenburg & Liss-Riordan, P.C.
18 Tremont Street, Suite 500
Boston, MA 02108

MEMORANDUM

To:     Case File of David Melvin v. City of Boston, City of Boston Police Department,
        Edward Davis, Commissioner, Individually
        MCAD Docket # 08BEM02747
        EEOC # 16C-2008-02621 (25+ Employees)
From:   Marlania Bugg
RE:     Withdrawal of Complaint

## Issues Investigated:

Whether Complainant was discriminated against based on Race, Color, (Non-Hispanic /
Black), in violation of Massachusetts General Laws, Chapter 151B, §4, Paragraphs 1, 4A,
and Title VII of the 1964 Civil Rights Act, as amended.

## Summary of Findings:

On September 24th, 2008, Complainant filed a complaint with this Commission and the
Equal Employment Opportunity Commission (EEOC) alleging Race and Color
discrimination.

On September 24th, 2008, Complainant, through his attorney, submitted a formal request
to withdraw the complaint with both the Commission and the EEOC, because he wishes
to file a civil action on the same matter in court.

The Complainant understands it is unlawful for any person to threaten, intimidate or
harass him because he has filed a complaint. He states he has not been coerced into
requesting this withdrawal. Therefore, it is recommended that Complainant's request be
granted and this complaint be closed as a C478 withdrawal.

Marlania Bugg
Senior Supervisor of Investigations

**The Commonwealth of Massachusetts
Commission Against Discrimination
One Ashburton Place, Boston, MA 02108
Phone:  (617) 994-6000 Fax:  (617) 994-6024**

OCT 0 2 2008

## -  DISMISSAL and NOTIFICATION of RIGHTS  -

| To: | David M. Melvin<br>12 Gaslight Lane<br>North Easton, MA 02356 | Case: David Melvin v. Mass-C Division of Human<br>Resources, John O'Leary, Director of Human Resources<br>MCAD Docket Number: 08BEM02752<br>EEOC Number: 16C-2008-02624<br>Investigator: Marlania Bugg |
|---|---|---|

Your complaint has been dismissed for the following reasons:

[ ]    The facts alleged fail to state a claim under any of the statutes the Commission enforces.

[ ]    Respondent employs less than the required number of employees.

[ ]    Your complaint was not timely filed with the Commission, i.e. you waited too
long after the date(s) of the alleged discrimination to file.  Because it was filed outside the time limit
prescribed by law, the Commission cannot investigate your allegations.

[ ]    You failed to provide requested information, failed or refused to appear or to be available for necessary
interviews/conference, or otherwise refused to cooperate to the extent that the Commission has been unable
to resolve your complaint.  You have had more than 30 days in which to respond to our written request.

[ ]    The Commission's efforts to locate you have been unsuccessful.  You have had at
least 30 days in which to respond to a notice sent to your last known address.

[ ]    The Respondent has made a reasonable settlement, offering full relief for the
harm you alleged.  30 days have expired since you received actual notice of this settlement offer.

[ ]    The Commission issues the following determination.  Based upon the
Commission's investigation, the Commission is unable to conclude that the information obtained establishes
a violation of the statutes.  This does not certify that the Respondent is in compliance with the statutes.  No
finding is made as to any other issues that might be construed as having been raised by this complaint.

[X]    Other (briefly state) Chapter 478 withdrawal

_____         9-30-08
Sunila Thomas-George                     Date
Investigating Commissioner

Cc:

John  O'Leary, Director of Human Resources
C/O Mass -C Division of Human Resources
One Ashburton Place
Boston, MA 02108

MCAD Docket Number 08BEM02752, Dismissal and Notification of Rights without Appeal Rights      Page   1

Lear M. Barrault, Esq.
Pyle, Rome, Lichten, Ehrenburg & Liss-Riordan, PC.
18 Tremont Street, Suite 500
Boston, MA 02108

Mass-C Division of Human Resources
Atta: Director of Human Resources
One Ashburton Place
Boston, MA 02108

## MEMORANDUM

To:    Case File of David Melvin v. Mass-C Division of Human Resources, John
       O'Leary, Director of Human Resources
       MCAD Docket # 08BEM02752
       EEOC # 16C-2008-02624 (25+ Employees)

From:  Marlania Bugg

RE:    Withdrawal of Complaint

**Issues Investigated:**

Whether Complainant was discriminated against based on Race, Color, (Non-Hispanic /
Black), in violation of Massachusetts General Laws, Chapter 151B, §4, Paragraphs 1, 4A,
and Title VII of the 1964 Civil Rights Act, as amended.

**Summary of Findings:**

On September 24th, 2008, Complainant filed a complaint with this Commission and the
Equal Employment Opportunity Commission (EEOC) alleging Race and Color
discrimination.

On September 24th, 2008, Complainant, through his attorney, submitted a formal request
to withdraw the complaint with both the Commission and the EEOC, because he wishes
to file a civil action on the same matter in court.

The Complainant understands it is unlawful for any person to threaten, intimidate or
harass him because he has filed a complaint. He states he has not been coerced into
requesting this withdrawal. Therefore, it is recommended that Complainant's request be
granted and this complaint be closed as a C478 withdrawal.

Marlania Bugg
Senior Supervisor of Investigations

**The Commonwealth of Massachusetts**
**Commission Against Discrimination**
One Ashburton Place, Boston, MA 02108
Phone: (617) 994-6000 Fax: (617) 994-6024

OCT 0 2 2008

- **DISMISSAL and NOTIFICATION of RIGHTS** -

| To: | Leah M. Barrault, Esq.<br>Pyle, Rome, Lichten, Ehrenberg & Liss-Riordan, P.C.<br>18 Tremont Street, Suite 500<br>Boston, MA 02108 | Case: Steven Morgan v. C-Boston, Boston Police<br>Department, Edward Davis, Commissioner<br>MCAD Docket Number: 08BEM02754<br>EEOC Number: 16C-2008-02626<br>Investigator: Marlania Bugg |
|---|---|---|

Your complaint has been dismissed for the following reasons:

[ ]    The facts alleged fail to state a claim under any of the statutes the Commission enforces.

[ ]    Respondent employs less than the required number of employees.

[ ]    Your complaint was not timely filed with the Commission, i.e. you waited too long after the date(s) of the
       alleged discrimination to file. Because it was filed outside the time limit prescribed by law, the Commission
       cannot investigate your allegations.

[ ]    You failed to provide requested information, failed or refused to appear or to be available for necessary
       interviews/conference, or otherwise refused to cooperate to the extent that the Commission has been unable
       to resolve your complaint. You have had more than 30 days in which to respond to our written request.

[ ]    The Commission's efforts to locate you have been unsuccessful. You have had at least 30 days in which to
       respond to a notice sent to your last known address.

[ ]    The Respondent has made a reasonable settlement, offering full relief for the harm you alleged. 30 days
       have expired since you received actual notice of this settlement offer.

[ ]    The Commission issues the following determination. Based upon the Commission's investigation, the
       Commission is unable to conclude that the information obtained establishes a violation of the statutes. This
       does not certify that the Respondent is in compliance with the statutes. No finding is made as to any other
       issues that might be construed as having been raised by this complaint.

[✓]    **Complainant wishes to file a civil action on the same matter in court.**


_____
Sunila Thomas-George
Investigating Commissioner

9-29-08
_____
Date

Cc:

C-of Boston
Attn: Director of Human Resources
One City Hall Plaza
Boston, MA 02120

Boston Police Department
Attn: Director of Human Resources
One Schroeder Plaza
Boston, MA 02120

Edward Davis, Commissioner
C/o Boston Police Department

MEMORANDUM

To:   Case File of Steven Morgan v. C-Boston, Boston Police Department, Edward
Davis
MCAD Docket # 08BEM02754
EEOC # 16C-2008-02626 (20+ Employees)
From:  Marlania Bugg
RE:    Dismissal of Complaint

**Issues Investigated:**

Whether Complainant was discriminated against at his place of employment based on his
race and color (black, non-Hispanic), which is in violation of Massachusetts General
Laws, Chapter 151B, §4, Paragraphs 1 and 4A and Title VII of the Civil Rights Act of
1964, as amended.

**Summary of Findings:**

On September 24, 2008, Complainant filed a complaint with this Commission and the
Equal Employment Opportunity Commission (EEOC) alleging discrimination based on
his race and color.

Complainant, through his attorney, submitted a formal request to withdraw the complaint
with both the Commission and the EEOC because he has chosen to pursue the matter in
court, under Chapter 478.

The Complainant understands it is unlawful for any person to threaten, intimidate or
harass him because he has filed a complaint. He states he has not been coerced into
requesting this withdrawal. Therefore, it is recommended that Complainant's request be
granted and this complaint be closed as a Chapter 478 withdrawal.


Marlania Bugg
Senior Supervisor of Investigations

# The Commonwealth of Massachusetts
## Commission Against Discrimination
### One Ashburton Place , Boston, MA 02108

OCT 0 2 2008          Phone: (617) 994-6000 Fax: (617) 994-6024

**- DISMISSAL and NOTIFICATION of RIGHTS -**

| To: | Leah M. Barrault, Esq.<br>Pyle, Rome, Lichten, Ehrenberg & Liss-<br>Riordan, PC.<br>18 Tremont Street, Suite 500<br>Boston, MA 02108 | Case: Steven Morgan v. Mass-C Division of Human<br>Resources, John O'Leary, Director of Human Resources<br>MCAD Docket Number: 08BEM02756<br>EEOC Number: 16C-2008-02628<br>Investigator: Marlania Bugg |
|---|---|---|

Your complaint has been dismissed for the following reasons:

[ ]    The facts alleged fail to state a claim under any of the statutes the Commission enforces.

[ ]    Respondent employs less than the required number of employees.

[ ]    Your complaint was not timely filed with the Commission, i.e. you waited too
long after the date(s) of the alleged discrimination to file. Because it was filed outside the time limit
prescribed by law, the Commission cannot investigate your allegations.

[ ]    You failed to provide requested information, failed or refused to appear or to be available for necessary
interviews/conference, or otherwise refused to cooperate to the extent that the Commission has been unable
to resolve your complaint. You have had more than 30 days in which to respond to our written request.

[ ]    The Commission's efforts to locate you have been unsuccessful. You have had at
least 30 days in which to respond to a notice sent to your last known address.

[ ]    The Respondent has made a reasonable settlement, offering full relief for the
harm you alleged. 30 days have expired since you received actual notice of this settlement offer.

[ ]    The Commission issues the following determination. Based upon the
Commission's investigation, the Commission is unable to conclude that the information obtained establishes
a violation of the statutes. This does not certify that the Respondent is in compliance with the statutes. No
finding is made as to any other issues that might be construed as having been raised by this complaint.

[x]    Other (briefly state) Chapter 478

_Sunila J. George_                    9-30-08
Sunila Thomas-George                  Date
Investigating Commissioner

cc:

John O'Leary, Director of Human Resources
C/o Mass-C Division of Human Resources
One Ashburton Place
Boston, MA 02108

Mass-C Division of Human Resources
Attn: Director of Human Resources
One Ashburton Place
Boston, MA 02108

MCAD Docket Number 08BEM02756, Dismissal and Notification of Rights without Appeal Rights      Page    1

## INVESTIGATIVE DISPOSITION

| | |
|---|---|
| Case Name: | Steven Morgan v. Mass-C Division of Human Resources, John O'Leary, Director of Human Resources |
| MCAD Docket No.: | 08BEM02756 |
| EEOC Docket No.: | 16C-2008-02628 |
| No. of Employees: | 20 + |
| Investigator: | Marlania Bugg. |
| Recommendation: | **Withdrawal of Complaint** |

### Issues Investigated:

Whether the Complainant was discriminated against based on race/color (Black), in violation of the MGL Chapter 151B, Section 4, Paragraphs 1, 4A, and Title VII of the 1964 Civil Rights Act, as amended.

### Summary of Findings:

On September 24, 2008, the Complainant filed a complaint with this Commission and the Equal employment Opportunity Commission (EEOC) alleging Race and Color discrimination.

On September 24, 2008 Complainant through his attorney, submitted a formal request to withdraw the complaint with both the Commission and the EEOC, because he wishes to file a civil action on the same matter in court.

The Complainant understands it is unlawful for any person to threaten, intimidate or harass him because has filed a complaint. He states he has not been coerced into requesting this withdrawal. Therefore, it is recommended that the Complainant's request be granted and this complaint be closed as a Chapter 478 withdrawal.

Marlania Bugg
Sr. Supervisor

The Commonwealth of Massachusetts
Commission Against Discrimination
One Ashburton Place, Boston, MA 02108
Phone: (617) 994-6000 Fax: (617) 994-6024

OCT 0 2 2008

- DISMISSAL and NOTIFICATION of RIGHTS -

| To: | Leah M. Barrault, Esq.<br>Pyle, Rome, Lichten, Ehrenberg & Liss-Riordan, P.C.<br>18 Tremont Street, Suite 500<br>Boston, MA 02108 | Case: Larry Ellison v. C-Boston, Boston Police<br>Department, Edward Davis, Commissioner<br>MCAD Docket Number: 08BEM02757<br>EEOC Number: 16C-2008-02629<br>Investigator: Marlania Bugg |
|---|---|---|

Your complaint has been dismissed for the following reasons:

[ ]    The facts alleged fail to state a claim under any of the statutes the Commission enforces.

[ ]    Respondent employs less than the required number of employees.

[ ]    Your complaint was not timely filed with the Commission, i.e. you waited too long after the date(s) of the alleged discrimination to file. Because it was filed outside the time limit prescribed by law, the Commission cannot investigate your allegations.

[ ]    You failed to provide requested information, failed or refused to appear or to be available for necessary interviews/conference, or otherwise refused to cooperate to the extent that the Commission has been unable to resolve your complaint. You have had more than 30 days in which to respond to our written request.

[ ]    The Commission's efforts to locate you have been unsuccessful. You have had at least 30 days in which to respond to a notice sent to your last known address.

[ ]    The Respondent has made a reasonable settlement, offering full relief for the harm you alleged. 30 days have expired since you received actual notice of this settlement offer.

[ ]    The Commission issues the following determination. Based upon the Commission's investigation, the Commission is unable to conclude that the information obtained establishes a violation of the statutes. This does not certify that the Respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this complaint.

[✓]    **Complainant wishes to file a civil action on the same matter in court.**

_____
Sunila Thomas-George
Investigating Commissioner

9-29-08
_____
Date

Cc:

C-of Boston
Attn: Director of Human Resources
One City Hall Plaza
Boston, MA 02120

Boston Police Department
Attn: Director of Human Resources
One Schroeder Plaza
Boston, MA 02120

Edward Davis, Commissioner
C/o Boston Police Department

MEMORANDUM

To:     Case File of Larry Ellison v. C-Boston, Boston Police Department, Edward Davis
        MCAD Docket # 08BEM02757
        EEOC # 16C-2008-02629 (20+ Employees)
From:   Marlania Bugg
RE:     Dismissal of Complaint

## Issues Investigated:

Whether Complainant was discriminated against at his place of employment based on his
race and color (black, non-Hispanic), which is in violation of Massachusetts General
Laws, Chapter 151B, §4, Paragraphs 1 and 4A and Title VII of the Civil Rights Act of
1964, as amended.

## Summary of Findings:

On September 24, 2008, Complainant filed a complaint with this Commission and the
Equal Employment Opportunity Commission (EEOC) alleging discrimination based on
his race and color.

Complainant, through his attorney, submitted a formal request to withdraw the complaint
with both the Commission and the EEOC because he has chosen to pursue the matter in
court, under Chapter 478.

The Complainant understands it is unlawful for any person to threaten, intimidate or
harass him because he has filed a complaint.  He states he has not been coerced into
requesting this withdrawal.  Therefore, it is recommended that Complainant's request be
granted and this complaint be closed as a Chapter 478 withdrawal.


Marlania Bugg
Senior Supervisor of Investigations

The Commonwealth of Massachusetts
Commission Against Discrimination
One Ashburton Place, Boston, MA 02108
Phone: (617) 994-6000 Fax: (617) 994-6024

OCT 0 2 2008

- DISMISSAL and NOTIFICATION of RIGHTS -

| To: | Leah M. Barrault, Esq.<br>Pyle, Rome, Lichten, Ehrenberg & Liss-Riordan, P.C.<br>18 Tremont Street, Suite 500<br>Boston, MA 02108 | Case: Larry Ellison v. Mass-C Division of Human<br>Resources, John O'Leary, Director of Human Resources<br>MCAD Docket Number: 08BEM02762<br>EEOC Number: 16C-2008-02633<br>Investigator: Marlania Bugg |
|---|---|---|

Your complaint has been dismissed for the following reasons:

[ ]    The facts alleged fail to state a claim under any of the statutes the Commission enforces.

[ ]    Respondent employs less than the required number of employees.

[ ]    Your complaint was not timely filed with the Commission, i.e. you waited too long after the date(s) of the alleged discrimination to file. Because it was filed outside the time limit prescribed by law, the Commission cannot investigate your allegations.

[ ]    You failed to provide requested information, failed or refused to appear or to be available for necessary interviews/conference, or otherwise refused to cooperate to the extent that the Commission has been unable to resolve your complaint. You have had more than 30 days in which to respond to our written request.

[ ]    The Commission's efforts to locate you have been unsuccessful. You have had at least 30 days in which to respond to a notice sent to your last known address.

[ ]    The Respondent has made a reasonable settlement, offering full relief for the harm you alleged. 30 days have expired since you received actual notice of this settlement offer.

[ ]    The Commission issues the following determination. Based upon the Commission's investigation, the Commission is unable to conclude that the information obtained establishes a violation of the statutes. This does not certify that the Respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this complaint.

[✓]   **Complainant wishes to file a civil action on the same matter in court.**

_____
Sunila Thomas-George
Investigating Commissioner

9/29/08
Date

Cc:

Mass-C Division of Human Services
Attn: Director of Human Resources
One Ashburton Place
Boston, MA 02108

John O'Leary, Director of Human Resources

MEMORANDUM

To:     Case File of Larry Ellison v. Mass-C Division of Human Resources, John
        O'Leary
        MCAD Docket # 08BEM02762
        EEOC # 16C-2008-02633 (20+ Employees)
From:   Marlania Bugg
RE:     Dismissal of Complaint

## Issues Investigated:

Whether Complainant was discriminated against at his place of employment based on his
race and color (black, non-Hispanic),which is in violation of Massachusetts General
Laws, Chapter 151B, §4, Paragraphs 1 and 4A and Title VII of the Civil Rights Act of
1964, as amended.

## Summary of Findings:

On September 24, 2008, Complainant filed a complaint with this Commission and the
Equal Employment Opportunity Commission (EEOC) alleging discrimination based on
his race and color.

Complainant, through his attorney, submitted a formal request to withdraw the complaint
with both the Commission and the EEOC because he has chosen to pursue the matter in
court, under Chapter 478.

The Complainant understands it is unlawful for any person to threaten, intimidate or
harass him because he has filed a complaint.  He states he has not been coerced into
requesting this withdrawal.  Therefore, it is recommended that Complainant's request be
granted and this complaint be closed as a Chapter 478 withdrawal.

Marlania Bugg
Senior Supervisor of Investigations

### The Commonwealth of Massachusetts
### Commission Against Discrimination
One Ashburton Place, Boston, MA 02108
Phone: (617) 994-6000 Fax: (617) 994-6024

OCT 0 2 2008

## - DISMISSAL and NOTIFICATION of RIGHTS -

| To: | Leah M. Barrault, Esq.<br>Pyle, Rome, Lichten, Ehrenberg & Liss-Riordan, P.C.<br>18 Tremont Street, Suite 500<br>Boston, MA 02108 | Case: George Cardoza v. C-Boston, Boston Police<br>Department, Edward Davis, Commissioner<br>MCAD Docket Number: 08BEM02764<br>EEOC Number: 16C-2008-02635<br>Investigator: Marlania Bugg |
|---|---|---|

Your complaint has been dismissed for the following reasons:

[ ]    The facts alleged fail to state a claim under any of the statutes the Commission enforces.

[ ]    Respondent employs less than the required number of employees.

[ ]    Your complaint was not timely filed with the Commission, i.e. you waited too long after the date(s) of the
alleged discrimination to file. Because it was filed outside the time limit prescribed by law, the Commission
cannot investigate your allegations.

[ ]    You failed to provide requested information, failed or refused to appear or to be available for necessary
interviews/conference, or otherwise refused to cooperate to the extent that the Commission has been unable
to resolve your complaint. You have had more than 30 days in which to respond to our written request.

[ ]    The Commission's efforts to locate you have been unsuccessful. You have had at least 30 days in which to
respond to a notice sent to your last known address.

[ ]    The Respondent has made a reasonable settlement, offering full relief for the harm you alleged. 30 days
have expired since you received actual notice of this settlement offer.

[ ]    The Commission issues the following determination. Based upon the Commission's investigation, the
Commission is unable to conclude that the information obtained establishes a violation of the statutes. This
does not certify that the Respondent is in compliance with the statutes. No finding is made as to any other
issues that might be construed as having been raised by this complaint.

[✓]    **Complainant wishes to file a civil action on the same matter in court.**

_Sunila T. George_
Sunila Thomas-George
Investigating Commissioner

9-29-08
Date

Cc:

C-of Boston
Attn: Director of Human Resources
One City Hall Plaza
Boston, MA 02120

Boston Police Department
Attn: Director of Human Resources
One Schroeder Plaza
Boston, MA 02120

Edward Davis, Commissioner
C/o Boston Police Department

MCAD Docket Number 08BEM02764, Dismissal and Notification of Rights without Appeal Rights    Page    1

# MEMORANDUM

To:    Case File of George Cardoza v. C-Boston, Boston Police Department, Edward
       Davis
       MCAD Docket # 08BEM02764
       EEOC # 16C-2008-02635 (20+ Employees)
From:  Marlania Bugg
RE:    Dismissal of Complaint

---

## Issues Investigated:

Whether Complainant was discriminated against at his place of employment based on his
race and color (black, non-Hispanic), which is in violation of Massachusetts General
Laws, Chapter 151B, §4, Paragraphs 1 and 4A and Title VII of the Civil Rights Act of
1964, as amended.

## Summary of Findings:

On September 24, 2008, Complainant filed a complaint with this Commission and the
Equal Employment Opportunity Commission (EEOC) alleging discrimination based on
his race and color.

Complainant, through his attorney, submitted a formal request to withdraw the complaint
with both the Commission and the EEOC because he has chosen to pursue the matter in
court, under Chapter 478.

The Complainant understands it is unlawful for any person to threaten, intimidate or
harass him because he has filed a complaint. He states he has not been coerced into
requesting this withdrawal. Therefore, it is recommended that Complainant's request be
granted and this complaint be closed as a Chapter 478 withdrawal.

Marlania Bugg
Senior Supervisor of Investigations

**The Commonwealth of Massachusetts**
**Commission Against Discrimination**

OCT 0 2 2008

One Ashburton Place , Boston, MA 02108
Phone: (617) 994-6000 Fax: (617) 994-6024

- **DISMISSAL and NOTIFICATION of RIGHTS -**

| To: Leah M. Barrault, Esq.<br>Pyle, Rome, Lichten, Ehrenberg & Liss-Riordan, PC.<br>18 Tremont Street, Suite 500<br>Boston, MA 02108 | Case: Ty Smith v. City of Boston, Boston Police Department, Edward Davis, Commissioner<br>MCAD Docket Number: 08BEM02765<br>EEOC Number: 16C-2008-02636<br>Investigator: Marlania Bugg |
|---|---|

Your complaint has been dismissed for the following reasons:

[ ]    The facts alleged fail to state a claim under any of the statutes the Commission enforces.

[ ]    Respondent employs less than the required number of employees.

[ ]    Your complaint was not timely filed with the Commission, i.e. you waited too long after the date(s) of the alleged discrimination to file. Because it was filed outside the time limit prescribed by law, the Commission cannot investigate your allegations.

[ ]    You failed to provide requested information, failed or refused to appear or to be available for necessary interviews/conference, or otherwise refused to cooperate to the extent that the Commission has been unable to resolve your complaint. You have had more than 30 days in which to respond to our written request.

[ ]    The Commission's efforts to locate you have been unsuccessful. You have had at least 30 days in which to respond to a notice sent to your last known address.

[ ]    The Respondent has made a reasonable settlement, offering full relief for the harm you alleged. 30 days have expired since you received actual notice of this settlement offer.

[ ]    The Commission issues the following determination. Based upon the Commission's investigation, the Commission is unable to conclude that the information obtained establishes a violation of the statutes. This does not certify that the Respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this complaint.

[X]    Other (briefly state) Chapter 478

_Sunila J. George_

Sunila Thomas-George
Investigating Commissioner

Date  9-30-08

cc:
Boston Police Department
Attn: Director of Human Resources
One City Hall Plaza
Boston, MA 02120

City of Boston
Attn: Director of Human Resources
One City Hall Plaza
Boston, MA 02120

Edward Davis, Commissioner
c/o Boston Police Department
One City Hall Plaza
Boston, MA 02120

## INVESTIGATIVE DISPOSITION

Case Name:                   Ty Smith v. City of Boston, Boston Police Department,
                             Edward Davis, Commissioner
MCAD Docket No.:             08BEM02765
EEOC Docket No.:             16C-2008-02636
No. of Employees:            25+
Investigator:                Marlania Bugg, Senior Supervisor
Recommendation:              Withdrawal of Complaint

---

### Issues Investigated:

Whether the Complainant was discriminated against based on race/color (Black), in
violation of the MGL Chapter 151B, Section 4, Paragraphs 1, 4A, and Title VII of the
1964 Civil Rights Act, as amended.

### Summary of Findings:

On September 24, 2008, the Complainant filed a complaint with this Commission and the
Equal employment Opportunity Commission (EEOC) alleging Race and Color
discrimination.

On September 24, 2008 Complainant through his attorney, submitted a formal request to
withdraw the complaint with both the Commission and the EEOC, because he wishes to
file a civil action on the same matter in court.

The Complainant understands it is unlawful for any person to threaten, intimidate or harass
him because has filed a complaint.  He states he has not been coerced into requesting this
withdrawal.  Therefore, it is recommended that the Complainant's request be granted and
this complaint be closed as a Chapter 478 withdrawal.


Marlania Bugg
Sr. Supervisor

The Commonwealth of Massachusetts
Commission Against Discrimination
One Ashburton Place, Boston, MA 02108
Phone: (617) 994-6000 Fax: (617) 994-6024

OCT 0 2 2008

## DISMISSAL and NOTIFICATION of RIGHTS

| To: | Leah M. Barrault, Esq.<br>Pyle, Rome, Lichten, Ehrenberg & Liss-Riordan, P.C.<br>18 Tremont Street, Suite 500<br>Boston, MA 02108 | Case: George Cardoza v. Mass-C Division of Human Resources, John O'Leary, Director of Human Resources<br>MCAD Docket Number: 08BEM02766<br>EEOC Number: 16C-2008-02637<br>Investigator: Marlania Bugg |
|---|---|---|

Your complaint has been dismissed for the following reasons:

[ ]    The facts alleged fail to state a claim under any of the statutes the Commission enforces.

[ ]    Respondent employs less than the required number of employees.

[ ]    Your complaint was not timely filed with the Commission, i.e. you waited too long after the date(s) of the alleged discrimination to file. Because it was filed outside the time limit prescribed by law, the Commission cannot investigate your allegations.

[ ]    You failed to provide requested information, failed or refused to appear or to be available for necessary interviews/conference, or otherwise refused to cooperate to the extent that the Commission has been unable to resolve your complaint. You have had more than 30 days in which to respond to our written request.

[ ]    The Commission's efforts to locate you have been unsuccessful. You have had at least 30 days in which to respond to a notice sent to your last known address.

[ ]    The Respondent has made a reasonable settlement, offering full relief for the harm you alleged. 30 days have expired since you received actual notice of this settlement offer.

[ ]    The Commission issues the following determination. Based upon the Commission's investigation, the Commission is unable to conclude that the information obtained establishes a violation of the statutes. This does not certify that the Respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this complaint.

**[✓]    Complainant wishes to file a civil action on the same matter in court.**

_Sunila T. George_
Sunila Thomas-George
Investigating Commissioner

_9-29-08_
Date

Cc:

Mass-C Division of Human Services
Attn: Director of Human Resources
One Ashburton Place
Boston, MA 02108

John O'Leary, Director of Human Resources

MCAD Docket Number 08BEM02766, Dismissal and Notification of Rights without Appeal Rights    Page    1

**MEMORANDUM**

To:    Case File of George Cardoza v. Mass-C Division of Human Resources, John
        O'Leary
        MCAD Docket # 08BEM02766
        EEOC # 16C-2008-02637 (20+ Employees)
From:  Marlania Bugg
RE:    Dismissal of Complaint

**Issues Investigated:**

Whether Complainant was discriminated against at his place of employment based on his race and color (black, non-Hispanic), which is in violation of Massachusetts General Laws, Chapter 151B, §4, Paragraphs 1 and 4A and Title VII of the Civil Rights Act of 1964, as amended.

**Summary of Findings:**

On September 24, 2008, Complainant filed a complaint with this Commission and the Equal Employment Opportunity Commission (EEOC) alleging discrimination based on his race and color.

Complainant, through his attorney, submitted a formal request to withdraw the complaint with both the Commission and the EEOC because he has chosen to pursue the matter in court, under Chapter 478.

The Complainant understands it is unlawful for any person to threaten, intimidate or harass him because he has filed a complaint. He states he has not been coerced into requesting this withdrawal. Therefore, it is recommended that Complainant's request be granted and this complaint be closed as a Chapter 478 withdrawal.

*Marlania Bugg*
Marlania Bugg
Senior Supervisor of Investigations

The Commonwealth of Massachusetts
Commission Against Discrimination
One Ashburton Place , Boston, MA 02108
Phone:  (617) 994-6000 Fax:  (617) 994-6024

## -   DISMISSAL and NOTIFICATION of RIGHTS  -

| To: | Leah M. Barrault<br>Pyle, Rome, Lichten, Ehrenberg & Liss-<br>Riordan, P.C<br>18 Tremont Street, Suite 500<br>Boston, MA 02108 | Case: Devon  Williams v. C of Springfield, Domenic<br>Sarno, Mayor<br>MCAD Docket Number: 08BEM02768<br>EEOC Number: 16C-2008-02639<br>Investigator: Marlania J. Bugg |
|---|---|---|

Your complaint has been dismissed for the following reasons:

[ ]   The facts alleged fail to state a claim under any of the statutes the Commission enforces.

[ ]   Respondent employs less than the required number of employees.

[ ]   Your complaint was not timely filed with the Commission, i.e. you waited too
long after the date(s) of the alleged discrimination to file.  Because it was filed outside the time limit
prescribed by law, the Commission cannot investigate your allegations.

[ ]   You failed to provide requested information, failed or refused to appear or to be available for necessary
interviews/conference, or otherwise refused to cooperate to the extent that the Commission has been unable
to resolve your complaint.  You have had more than 30 days in which to respond to our written request.

[ ]   The Commission's efforts to locate you have been unsuccessful.  You have had at
least 30 days in which to respond to a notice sent to your last known address.

[ ]   The Respondent has made a reasonable settlement, offering full relief for the
harm you alleged.  30 days have expired since you received actual notice of this settlement offer.

[ ]   The Commission issues the following determination.  Based upon the
Commission's investigation, the Commission is unable to conclude that the information obtained establishes
a violation of the statutes.  This does not certify that the Respondent is in compliance with the statutes.  No
finding is made as to any other issues that might be construed as having been raised by this complaint.

[x]   Other – Chapter 478 withdrawal

Sunila J. George      9-30-08
_____      _____
Sunila Thomas-George      Date
Investigating Commissioner

Cc:

C of Springfield
Attn: Director of Human Resources
36 Court Street
Springfield, MA 01103

Domenic Sarno, Mayor
c/o City of Springfield
City Hall
36 Court Street
Springfield, MA 01103

Devon Williams
129 Malden Street
Springfield, MA. 01108

MEMORANDUM

TO: Case File    Williams v. C-Springfield and Mayor Domenic Sarno
MCAD NO. : 081302768
EEOC NO. : 16C-2008-02639
NO OF EMP: 20+
FR: Marlania J. Bugg, Sr. Supervisor
RE: Chapter 478 Withdrawal

Issues Investigated:

Whether Complainant was subjected to adverse terms and conditions of employment (failure to promote), because of his race and color (Black), in violation of Massachusetts General Laws, c151B, §4, ¶ 1, ¶ 4A, and Title VII of the 1964 Civil Rights Act.

Summary of Findings:

On September 24, 2008, Complainant filed a complaint with this Commission and with the Equal Employment Opportunity Commission alleging discrimination in employment based on race and color.

On September 24, 2008, Complainant, through the offices of his attorney, submitted a request to withdraw his complaint, stating therein that he wished to file a private right of action in civil court. The request included the requisite non-coercion language.

Therefore, it recommended that this case be closed as a Chapter 478 withdrawal.

Marlania J. Bugg,
Sr. Supervisor

**The Commonwealth of Massachusetts**
**Commission Against Discrimination**

OCT 0 2 2008

One Ashburton Place , Boston, MA 02108
Phone: (617) 994-6000 Fax: (617) 994-6024
- **DISMISSAL and NOTIFICATION of RIGHTS** -

| To: Leah M. Barrault, Esq. | Case: Robert C. Young v. C-Boston, Boston Police |
|---|---|
| Pyle, Rome, Lichten, Ehrenberg & Liss-Riordan, PC. | Department, Edward Davis, Commissioner |
| | MCAD Docket Number: 08BEM02770 |
| 18 Tremont Street, Suite 500 | EEOC Number: 16C-2008-02641 |
| Boston, MA 02108 | Investigator: Marlania Bugg |

Your complaint has been dismissed for the following reasons:

[ ]   The facts alleged fail to state a claim under any of the statutes the Commission enforces.

[ ]   Respondent employs less than the required number of employees.

[ ]   Your complaint was not timely filed with the Commission, i.e. you waited too
long after the date(s) of the alleged discrimination to file. Because it was filed outside the time limit
prescribed by law, the Commission cannot investigate your allegations.

[ ]   You failed to provide requested information, failed or refused to appear or to be available for necessary
interviews/conference, or otherwise refused to cooperate to the extent that the Commission has been unable
to resolve your complaint. You have had more than 30 days in which to respond to our written request.

{ ]   The Commission's efforts to locate you have been unsuccessful. You have had at
least 30 days in which to respond to a notice sent to your last known address.

[ ]   The Respondent has made a reasonable settlement, offering full relief for the
harm you alleged. 30 days have expired since you received actual notice of this settlement offer.

[ ]   The Commission issues the following determination. Based upon the
Commission's investigation, the Commission is unable to conclude that the information obtained establishes
a violation of the statutes. This does not certify that the Respondent is in compliance with the statutes. No
finding is made as to any other issues that might be construed as having been raised by this complaint.

[x]   Other (briefly state) Chapter 478

_Sunila J. George_                    9-30-08

_Sunila Thomas-George                Date
Investigating Commissioner
cc:

Boston Police Department
Attn: Director of Human Resources
One Schroeder Plaza
Boston, MA 02120

C-Boston
Attn: Director of Human Resources
One City Hall Plaza
Boston, MA 02120

Edward Davis, Commissioner
C/O Boston Police Department
One Schroeder Plaza
Boston, MA 02120

# INVESTIGATIVE DISPOSITION

| | |
|---|---|
| Case Name: | Robert C. Young v. C-Boston, Boston Police Department, Edward Davis, Commissioner |
| MCAD Docket No.: | 08BEM02770 |
| EEOC Docket No.: | 16C-2008-02641 |
| No. of Employees: | 25+ |
| Investigator: | Marlania Bugg, Senior Supervisor |
| Recommendation: | **Withdrawal of Complaint** |

## Issues Investigated:

Whether the Complainant was discriminated against based on race/color (Black), in violation of the MGL Chapter 151B, Section 4, Paragraphs 1, 4A, and Title VII of the 1964 Civil Rights Act, as amended.

## Summary of Findings:

On September 24, 2008, the Complainant filed a complaint with this Commission and the Equal employment Opportunity Commission (EEOC) alleging Race and Color discrimination.

On September 24, 2008 Complainant through his attorney, submitted a formal request to withdraw the complaint with both the Commission and the EEOC, because he wishes to file a civil action on the same matter in court.

The Complainant understands it is unlawful for any person to threaten, intimidate or harass him because has filed a complaint. He states he has not been coerced into requesting this withdrawal. Therefore, it is recommended that the Complainant's request be granted and this complaint be closed as a Chapter 478 withdrawal.

Marlania Bugg
Sr. Supervisor

**The Commonwealth of Massachusetts**
**Commission Against Discrimination**
**One Ashburton Place , Boston, MA 02108**
OCT 0 2 2008    **Phone:  (617) 994-6000 Fax:  (617) 994-6024**

## - DISMISSAL and NOTIFICATION of RIGHTS -

| To: | Leah M. Barrault | Case: Devon  Williams v. Mass-C Division of Human |
|---|---|---|
| | Pyle, Rome, Lichten, Ehrenberg & Liss-Riordan, P.C | Services, John O'Leary, Director of Human Resources **MCAD Docket Number:** 08BEM02771 |
| | 18 Tremont Street,Suite 500 | **EEOC Number:** 16C-2008-02642 |
| | Boston, MA 02108 | **Investigator:** Marlania J. Bugg |

Your complaint has been dismissed for the following reasons:

[ ]    The facts alleged fail to state a claim under any of the statutes the Commission enforces.

[ ]    Respondent employs less than the required number of employees.

[ ]    Your complaint was not timely filed with the Commission, i.e. you waited too
long after the date(s) of the alleged discrimination to file.  Because it was filed outside the time limit
prescribed by law, the Commission cannot investigate your allegations.

[ ]    You failed to provide requested information, failed or refused to appear or to be available for necessary
interviews/conference, or otherwise refused to cooperate to the extent that the Commission has been unable
to resolve your complaint.  You have had more than 30 days in which to respond to our written request.

[ ]    The Commission's efforts to locate you have been unsuccessful.  You have had at
least 30 days in which to respond to a notice sent to your last known address.

[ ]    The Respondent has made a reasonable settlement, offering full relief for the
harm you alleged.  30 days have expired since you received actual notice of this settlement offer.

[ ]    The Commission issues the following determination.  Based upon the
Commission's investigation, the Commission is unable to conclude that the information obtained establishes
a violation of the statutes.  This does not certify that the Respondent is in compliance with the statutes.  No
finding is made as to any other issues that might be construed as having been raised by this complaint.

[x]    Other-Chapter 478 withdrawal

_____          9-30 -08
Sunila Thomas-George                              Date
Investigating Commissioner

Cc:

Devon Williams
129 Malden Street
Springfield, MA 01108

John O'Leary, Director of Human Resources
c/o Mass-C Division of Human Resources

One Ashburton Place
Boston, MA 02108

Mass-C Division of Human Services
Attn: Director of Human Resources
One Ashburton Place
Boston, MA 02108

MEMORANDUM

TO: Case File    Williams v. Mass-C Division of Human Resources, John
                 O'Leary

MCAD NO. : 081302771
EEOC NO. : 16C-2008-02642
NO OF EMP: 20+
        FR: Marlania J. Bugg, Sr. Supervisor
        RE: Chapter 478 Withdrawal

Issues Investigated:

Whether Complainant was subjected to adverse terms and conditions of employment
(failure to promote), because of his race and color (Black), in violation of Massachusetts
General Laws, c151B, §4, ¶ 1, ¶ 4A, and Title VII of the 1964 Civil Rights Act.

Summary of Findings:

On September 24, 2008, Complainant filed a complaint with this Commission and with
the Equal Employment Opportunity Commission alleging discrimination in employment
based on race and color.

On September 24, 2008, Complainant, through the offices of his attorney, submitted a
request to withdraw his complaint, stating therein that he wished to file a private right of
action in civil court.   The request included the requisite non-coercion language.

Therefore, it recommended that this case be closed as a Chapter 478 withdrawal.

Marlania J. Bugg,
Sr. Supervisor

**The Commonwealth of Massachusetts**
**Commission Against Discrimination**
**One Ashburton Place , Boston, MA 02108**
Phone: (617) 994-6000 Fax: (617) 994-6024

OCT 0 2 2008

- **DISMISSAL and NOTIFICATION of RIGHTS** -

| To: | Leah M. Barrault, Esq. | Case: Charisse Brittle-Powell v. C-Boston, Boston Police |
|---|---|---|
| | Pyle, Rome, Lichten, Ehrenberg & Liss-Riordan, PC. | Department, Edward Davis, Commissioner |
| | 18 Tremont Street, Suite 500 | **MCAD Docket Number: 08BEM02772** |
| | Boston, MA 02108 | **EEOC Number:** 16C-2008-02644 |
| | | **Investigator:** Marlania Bugg |

Your complaint has been dismissed for the following reasons:

[ ]    The facts alleged fail to state a claim under any of the statutes the Commission enforces.

[ ]    Respondent employs less than the required number of employees.

[ ]    Your complaint was not timely filed with the Commission, i.e. you waited too
long after the date(s) of the alleged discrimination to file. Because it was filed outside the time limit
prescribed by law, the Commission cannot investigate your allegations.

[ ]    You failed to provide requested information, failed or refused to appear or to be available for necessary
interviews/conference, or otherwise refused to cooperate to the extent that the Commission has been unable
to resolve your complaint. You have had more than 30 days in which to respond to our written request.

[ ]    The Commission's efforts to locate you have been unsuccessful. You have had at
least 30 days in which to respond to a notice sent to your last known address.

[ ]    The Respondent has made a reasonable settlement, offering full relief for the
harm you alleged. 30 days have expired since you received actual notice of this settlement offer.

[ ].    The Commission issues the following determination. Based upon the
Commission's investigation, the Commission is unable to conclude that the information obtained establishes
a violation of the statutes. This does not certify that the Respondent is in compliance with the statutes. No
finding is made as to any other issues that might be construed as having been raised by this complaint.

[x]    Other (briefly state) Chapter 478

_____         _9-30-08_____
Sunila Thomas-George                                      Date
Investigating Commissioner

cc:
Boston Police Department
Attn: Director of Human Resources
One Schroeder Plaza
Boston, MA 02120

C-Boston
Attn: Director of Human Resources
One City Hall Plaza
Boston, MA 02120

Edward Davis, Commissioner
C/O Boston Police Department
One Schroeder Plaza
Boston, MA 02120

MCAD Docket Number 08BEM02772, Dismissal and Notification of Rights without Appeal Rights         Page    1

## INVESTIGATIVE DISPOSITION

Case Name:              Charisse Brittle-Powell v. C-Boston, Boston Police
                        Department, Edward Davis, Commissioner
MCAD Docket No.:        08BEM02772
EEOC Docket No.:        16C-2008-02644
No. of Employees:       25+
Investigator:           Marlania Bugg, Senior Supervisor
Recommendation:         **Withdrawal of Complaint**

---

### Issues Investigated:

Whether the Complainant was discriminated against based on race/color (Black), in
violation of the MGL Chapter 151B, Section 4, Paragraphs 1, 4A, and Title VII of the
1964 Civil Rights Act, as amended.

### Summary of Findings:

On September 24, 2008, the Complainant filed a complaint with this Commission and the
Equal employment Opportunity Commission (EEOC) alleging Race and Color
discrimination.

On September 24, 2008 Complainant through his attorney, submitted a formal request to
withdraw the complaint with both the Commission and the EEOC, because he wishes to
file a civil action on the same matter in court.

The Complainant understands it is unlawful for any person to threaten, intimidate or harass
him because has filed a complaint.  He states he has not been coerced into requesting this
withdrawal.  Therefore, it is recommended that the Complainant's request be granted and
this complaint be closed as a Chapter 478 withdrawal.


Marlania Bugg
Sr. Supervisor

The Commonwealth of Massachusetts
Commission Against Discrimination
One Ashburton Place , Boston, MA 02108
Phone: (617) 994-6000 Fax: (617) 994-6024

### DISMISSAL and NOTIFICATION of RIGHTS

| To: | Leah M. Barrault | Case: Lynn Davis v. Mass-C M B T A , Mass-C M B T |
|---|---|---|
| | Pyle, Rome, Lichten, Ehrenberg & Liss-Riordan, P.C | A, Board of Trustees, Daniel Grabauskas, General Manager |
| | 18 Tremont Street | **MCAD Docket Number: 08BEM02774** |
| | Suite 500 | **EEOC Number: 16C-2008-02645** |
| | Boston, MA 02108 | Investigator: Marlania J. Bugg |

Your complaint has been dismissed for the following reasons:

[ ]   The facts alleged fail to state a claim under any of the statutes the Commission enforces.

[ ]   Respondent employs less than the required number of employees.

[ ]   Your complaint was not timely filed with the Commission, i.e. you waited too
long after the date(s) of the alleged discrimination to file. Because it was filed outside the time limit
prescribed by law, the Commission cannot investigate your allegations.

[ ]   You failed to provide requested information, failed or refused to appear or to be available for necessary
interviews/conference, or otherwise refused to cooperate to the extent that the Commission has been unable
to resolve your complaint. You have had more than 30 days in which to respond to our written request.

[ ]   The Commission's efforts to locate you have been unsuccessful. You have had at
least 30 days in which to respond to a notice sent to your last known address.

[ ]   The Respondent has made a reasonable settlement, offering full relief for the
harm you alleged. 30 days have expired since you received actual notice of this settlement offer.

[ ]   The Commission issues the following determination. Based upon the
Commission's investigation, the Commission is unable to conclude that the information obtained establishes
a violation of the statutes. This does not certify that the Respondent is in compliance with the statutes. No
finding is made as to any other issues that might be construed as having been raised by this complaint.

[x]   Other –Chapter 478 withdrawal

_Sunila J. George_
Sunila Thomas-George
Investigating Commissioner

_9-30-08_
Date

Cc:

Daniel Grabauskas, General Manager
c/o Mass-C M B T A
10 Park Plaza, Suite 3190
Boston, MA 02116

Lynn Davis
45 Hazelton Street
Mattapan, MA 02126

Mass-C M B T A
William Mitchell, General Counsel
10 Park Plaza, 7th Fl.
Boston, MA 02116

Mass-C M B T A, Board of Trustees
10 Park Plaza
Boston, MA 02116

MEMORANDUM

TO: Case File     Davis v. Mass-C M B T A, MBTA Board of Trustees,
                  Daniel Grabauskas

MCAD NO. : 081302774
EEOC NO. : 16C-2008-02645
NO OF EMP: 20+
        FR: Marlania J. Bugg, Sr. Supervisor
        RE: Chapter 478 Withdrawal

Issues Investigated:

Whether Complainant was subjected to adverse terms and conditions of employment
(failure to promote), because of her race and color (Black), in violation of Massachusetts
General Laws, c151B, §4, ¶ 1, ¶ 4A, and Title VII of the 1964 Civil Rights Act.

Summary of Findings:

On September 24, 2008, Complainant filed a complaint with this Commission and with
the Equal Employment Opportunity Commission alleging discrimination in employment
based on race and color.

On September 24, 2008, Complainant, through the offices of her attorney, submitted a
request to withdraw her complaint, stating therein that she wished to file a private right of
action in civil court.   The request included the requisite non-coercion language.

Therefore, it recommended that this case be closed as a Chapter 478 withdrawal.

Marlania J. Bugg
Sr. Supervisor

The Commonwealth of Massachusetts
Commission Against Discrimination
One Ashburton Place , Boston, MA 02108
Phone: (617) 994-6000 Fax: (617) 994-6024

OCT 0 2 2008

## DISMISSAL and NOTIFICATION of RIGHTS  -

| To: Leah M. Barrault, Esq.<br>Pyle, Rome, Lichten, Ehrenberg & Liss-Riordan, PC.<br>18 Tremont Street, Suite 500<br>Boston, MA 02108 | Case: Robert Young v. Mass-C Division of Human Resources, John O'Leary, Personnel Director<br>MCAD Docket Number: 08BEM02776<br>EEOC Number: 16C-2008-02647<br>Investigator: Marlania Bugg |

Your complaint has been dismissed for the following reasons:

[ ]  The facts alleged fail to state a claim under any of the statutes the Commission enforces.

[ ]  Respondent employs less than the required number of employees.

[ ]  Your complaint was not timely filed with the Commission, i.e. you waited too long after the date(s) of the alleged discrimination to file.  Because it was filed outside the time limit prescribed by law, the Commission cannot investigate your allegations.

[ ]  You failed to provide requested information, failed or refused to appear or to be available for necessary interviews/conference, or otherwise refused to cooperate to the extent that the Commission has been unable to resolve your complaint.  You have had more than 30 days in which to respond to our written request.

[ ]  The Commission's efforts to locate you have been unsuccessful.  You have had at least 30 days in which to respond to a notice sent to your last known address.

[ ]  The Respondent has made a reasonable settlement, offering full relief for the harm you alleged.  30 days have expired since you received actual notice of this settlement offer.

[ ]  The Commission issues the following determination.  Based upon the Commission's investigation, the Commission is unable to conclude that the information obtained establishes a violation of the statutes.  This does not certify that the Respondent is in compliance with the statutes.  No finding is made as to any other issues that might be construed as having been raised by this complaint.

[x]  Other (briefly state)  Chapter 478

Sunila J. George
_____
Sunila Thomas-George
Investigating Commissioner

9-30-08
_____
Date

cc:
John O'Leary, Personnel Director
Mass-C Division of Human Resources
One Ashburton Place
Boston, MA 02108

Mass-C Division of Human Resources
Attn: Director of Human Resources
One Ashburton Place
Boston, MA 02108

The Commonwealth of Massachusetts
Commission Against Discrimination
One Ashburton Place , Boston, MA 02108
Phone: (617) 994-6000 Fax: (617) 994-6024

OCT 0 2 2008

- DISMISSAL and NOTIFICATION of RIGHTS -

| To: | Leah M. Barrault | Case: Lynn Davis v. Mass-C Division of Human Services, |
| | Pyle, Rome, Lichten, Ehrenberg & Liss-Riordan, P.C | John O'Leary, Personnel Director |
| | 18 Tremont Street | MCAD Docket Number: 08BEM02777 |
| | Suite 500 | EEOC Number: 16C-2008-02648 |
| | Boston, MA 02108 | Investigator: Marlania J. Bugg |

Your complaint has been dismissed for the following reasons:

[ ]  The facts alleged fail to state a claim under any of the statutes the Commission enforces.

[ ]  Respondent employs less than the required number of employees.

[ ]  Your complaint was not timely filed with the Commission, i.e. you waited too
long after the date(s) of the alleged discrimination to file.  Because it was filed outside the time limit
prescribed by law, the Commission cannot investigate your allegations.

[ ]  You failed to provide requested information, failed or refused to appear or to be available for necessary
interviews/conference, or otherwise refused to cooperate to the extent that the Commission has been unable
to resolve your complaint.  You have had more than 30 days in which to respond to our written request.

[ ]  The Commission's efforts to locate you have been unsuccessful.  You have had at
least 30 days in which to respond to a notice sent to your last known address.

[ ]  The Respondent has made a reasonable settlement, offering full relief for the
harm you alleged.  30 days have expired since you received actual notice of this settlement offer.

[ ]  The Commission issues the following determination.  Based upon the
Commission's investigation, the Commission is unable to conclude that the information obtained establishes
a violation of the statutes.  This does not certify that the Respondent is in compliance with the statutes.  No
finding is made as to any other issues that might be construed as having been raised by this complaint.

[x]  Other –Chapter 478 withdrawal

_Sunila J. George_
Sunila Thomas-George
Investigating Commissioner

9-30-08
Date

Cc:

John  O'Leary, Personnel Director
c/o Mass-C Division of Human Resources
One Ashburton Place
Boston, MA 02108

Lynn Davis
45 Hazelton Street
Mattapan, MA 02126

Mass-C Division of Human Services
Attn: Director of Human Resources
One Ashburton Place
Boston, MA 02108

MEMORANDUM

TO: Case File    <u>Davis v. Mass-C Division of Human Services, John</u>
                 <u>O'Leary</u>
MCAD NO. : 081302777
EEOC NO. : 16C-2008-02648
NO OF EMP: 20+
              FR: Marlania J. Bugg, Sr. Supervisor
              RE:  Chapter 478 Withdrawal

<u>Issues Investigated:</u>

Whether Complainant was subjected to adverse terms and conditions of employment
(failure to promote), because of her race and color (Black), in violation of Massachusetts
General Laws, c151B, §4, ¶ 1, ¶ 4A, and Title VII of the 1964 Civil Rights Act.

<u>Summary of Findings:</u>

On September 24, 2008, Complainant filed a complaint with this Commission and with
the Equal Employment Opportunity Commission alleging discrimination in employment
based on race and color.

On September 24, 2008, Complainant, through the offices of her attorney, submitted a
request to withdraw her complaint, stating therein that she wished to file a private right of
action in civil court.   The request included the requisite non-coercion language.

Therefore, it recommended that this case be closed as a Chapter 478 withdrawal.

Marlania J. Bugg
Sr. Supervisor

### The Commonwealth of Massachusetts
### Commission Against Discrimination
One Ashburton Place, Boston, MA 02108
Phone: (617) 994-6000 Fax: (617) 994-6024

OCT 0 2 2008

- DISMISSAL and NOTIFICATION of RIGHTS -

| To: | Leah M. Barrault, Esq.<br>Pyle, Rome, Lichten, Ehrenberg & Liss-Riordan, P.C.<br>18 Tremont Street, Suite 500<br>Boston, MA 02108 | Case: Charisse Brittle-Powell v. Mass-C Division of<br>Human Resources, John O'Leary, Personnel Director<br>MCAD Docket Number: 08BEM02779<br>EEOC Number: 16C-2008-02649<br>Investigator: Marlania Bugg |
|---|---|---|

Your complaint has been dismissed for the following reasons:

[ ]   The facts alleged fail to state a claim under any of the statutes the Commission enforces.

[ ]   Respondent employs less than the required number of employees.

[ ]   Your complaint was not timely filed with the Commission, i.e. you waited too long after the date(s) of the alleged discrimination to file. Because it was filed outside the time limit prescribed by law, the Commission cannot investigate your allegations.

[ ]   You failed to provide requested information, failed or refused to appear or to be available for necessary interviews/conference, or otherwise refused to cooperate to the extent that the Commission has been unable to resolve your complaint. You have had more than 30 days in which to respond to our written request.

[ ]   The Commission's efforts to locate you have been unsuccessful. You have had at least 30 days in which to respond to a notice sent to your last known address.

[ ]   The Respondent has made a reasonable settlement, offering full relief for the harm you alleged. 30 days have expired since you received actual notice of this settlement offer.

[ ]   The Commission issues the following determination. Based upon the Commission's investigation, the Commission is unable to conclude that the information obtained establishes a violation of the statutes. This does not certify that the Respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this complaint.

[✓]   **Complainant wishes to file a civil action on the same matter in court.**


_____
Sunila Thomas-George
Investigating Commissioner

9-29-08
Date

Cc:

Mass-C Division of Human Services
Attn: Director of Human Resources
One Ashburton Place
Boston, MA 02108

John O'Leary, Director of Human Resources


MCAD Docket Number 08BEM02779, Dismissal and Notification of Rights without Appeal Rights    Page   1

**MEMORANDUM**

To:    Case File of Charisse Brittle-Powell v. Mass-C Division of Human Resources,
       John O'Leary
       MCAD Docket # 08BEM02779
       EEOC # 16C-2008-02649 (20+ Employees)
From:  Marlania Bugg
RE:    Dismissal of Complaint

---

**Issues Investigated:**

Whether Complainant was discriminated against at her place of employment based on her race and color (black, non-Hispanic), which is in violation of Massachusetts General Laws, Chapter 151B, §4, Paragraphs 1 and 4A and Title VII of the Civil Rights Act of 1964, as amended.

**Summary of Findings:**

On September 24, 2008, Complainant filed a complaint with this Commission and the Equal Employment Opportunity Commission (EEOC) alleging discrimination based on her race and color.

Complainant, through her attorney, submitted a formal request to withdraw the complaint with both the Commission and the EEOC because she has chosen to pursue the matter in court, under Chapter 478.

The Complainant understands it is unlawful for any person to threaten, intimidate or harass her because she has filed a complaint. She states she has not been coerced into requesting this withdrawal. Therefore, it is recommended that Complainant's request be granted and this complaint be closed as a Chapter 478 withdrawal.


*Marlania Bugg*
Marlania Bugg
Senior Supervisor of Investigations

The Commonwealth of Massachusetts
Commission Against Discrimination
One Ashburton Place, Boston, MA 02108
Phone:  (617) 994-6000 Fax:  (617) 994-6024

OCT 0 2 2008

- DISMISSAL and NOTIFICATION of RIGHTS -

| To: | Leah M. Barrault, Esq.<br>Pyle, Rome, Lichten, Ehrenberg & Liss-Riordan, P.C.<br>18 Tremont Street, Suite 500<br>Boston, MA 02108 | Case: James L. Brown v. C-Boston, Boston Police<br>Department, Edward Davis, Commissioner<br>MCAD Docket Number: 08BEM02780<br>EEOC Number: 16C-2008-02650<br>Investigator: Marlania Bugg |
| --- | --- | --- |

Your complaint has been dismissed for the following reasons:

[ ]    The facts alleged fail to state a claim under any of the statutes the Commission enforces.

[ ]    Respondent employs less than the required number of employees.

[ ]    Your complaint was not timely filed with the Commission, i.e. you waited too long after the date(s) of the alleged discrimination to file.  Because it was filed outside the time limit prescribed by law, the Commission cannot investigate your allegations.

[ ]    You failed to provide requested information, failed or refused to appear or to be available for necessary interviews/conference, or otherwise refused to cooperate to the extent that the Commission has been unable to resolve your complaint.  You have had more than 30 days in which to respond to our written request.

[ ]    The Commission's efforts to locate you have been unsuccessful.  You have had at least 30 days in which to respond to a notice sent to your last known address.

[ ]    The Respondent has made a reasonable settlement, offering full relief for the harm you alleged.  30 days have expired since you received actual notice of this settlement offer.

[ ]    The Commission issues the following determination.  Based upon the Commission's investigation, the Commission is unable to conclude that the information obtained establishes a violation of the statutes.  This does not certify that the Respondent is in compliance with the statutes.  No finding is made as to any other issues that might be construed as having been raised by this complaint.

[✓]    **Complainant wishes to file a civil action on the same matter in court.**

_Sunila J. George_

Sunila Thomas-George
Investigating Commissioner

9-29-08
Date

Cc:

C-of Boston
Attn: Director of Human Resources
One City Hall Plaza
Boston, MA 02120

Boston Police Department
Attn: Director of Human Resources
One Schroeder Plaza
Boston, MA 02120

Edward Davis, Commissioner
C/o Boston Police Department

**MEMORANDUM**

To:   Case File of James L. Brown v. C-Boston, Boston Police Department, Edward
      Davis
      MCAD Docket # 08BEM02780
      EEOC # 16C-2008-02650 (20+ Employees)
From: Marlania Bugg
RE:   Dismissal of Complaint

---

**Issues Investigated:**

Whether Complainant was discriminated against at his place of employment based on his
race and color (black, non-Hispanic), which is in violation of Massachusetts General
Laws, Chapter 151B, §4, Paragraphs 1 and 4A and Title VII of the Civil Rights Act of
1964, as amended.

**Summary of Findings:**

On September 24, 2008, Complainant filed a complaint with this Commission and the
Equal Employment Opportunity Commission (EEOC) alleging discrimination based on
his race and color.

Complainant, through his attorney, submitted a formal request to withdraw the complaint
with both the Commission and the EEOC because he has chosen to pursue the matter in
court, under Chapter 478.

The Complainant understands it is unlawful for any person to threaten, intimidate or
harass him because he has filed a complaint. He states he has not been coerced into
requesting this withdrawal. Therefore, it is recommended that Complainant's request be
granted and this complaint be closed as a Chapter 478 withdrawal.

Marlania Bugg
Senior Supervisor of Investigations

The Commonwealth of Massachusetts
Commission Against Discrimination
One Ashburton Place, Boston, MA 02108
Phone: (617) 994-6000 Fax: (617) 994-6024

OCT 0 2 2008

DISMISSAL and NOTIFICATION of RIGHTS

| To: | Leah M. Barrault, Esq.<br>Pyle, Rome, Lichten, Ehrenberg & Liss-Riordan, P.C.<br>18 Tremont Street, Suite 500<br>Boston, MA 02108 | Case: James L. Brown v. Mass-C Division of Human Resources, John O'Leary, Personnel Director<br>MCAD Docket Number: 08BEM02781<br>EEOC Number: 16C-2008-02651<br>Investigator: Marlania Bugg |
| --- | --- | --- |

Your complaint has been dismissed for the following reasons:

[ ]  The facts alleged fail to state a claim under any of the statutes the Commission enforces.

[ ]  Respondent employs less than the required number of employees.

[ ]  Your complaint was not timely filed with the Commission, i.e. you waited too long after the date(s) of the alleged discrimination to file.  Because it was filed outside the time limit prescribed by law, the Commission cannot investigate your allegations.

[ ]  You failed to provide requested information, failed or refused to appear or to be available for necessary interviews/conference, or otherwise refused to cooperate to the extent that the Commission has been unable to resolve your complaint.  You have had more than 30 days in which to respond to our written request.

[ ]  The Commission's efforts to locate you have been unsuccessful.  You have had at least 30 days in which to respond to a notice sent to your last known address.

[ ]  The Respondent has made a reasonable settlement, offering full relief for the harm you alleged.  30 days have expired since you received actual notice of this settlement offer.

[ ]  The Commission issues the following determination.  Based upon the Commission's investigation, the Commission is unable to conclude that the information obtained establishes a violation of the statutes.  This does not certify that the Respondent is in compliance with the statutes.  No finding is made as to any other issues that might be construed as having been raised by this complaint.

[✓]  Complainant wishes to file a civil action on the same matter in court.

_Sunila T. George_
Sunila Thomas-George
Investigating Commissioner

9-29-08
Date

Cc:

Mass-C Division of Human Services
Attn: Director of Human Resources
One Ashburton Place
Boston, MA 02108

John O'Leary, Director of Human Resources

MEMORANDUM

To:    Case File of James L. Brown v. Mass-C Division of Human Resources, John
       O'Leary
       MCAD Docket # 08BEM02781
       EEOC # 16C-2008-02651 (20+ Employees)
From:  Marlania Bugg
RE:    Dismissal of Complaint

## Issues Investigated:

Whether Complainant was discriminated against at his place of employment based on his
race and color (black, non-Hispanic), which is in violation of Massachusetts General
Laws, Chapter 151B, §4, Paragraphs 1 and 4A and Title VII of the Civil Rights Act of
1964, as amended.

## Summary of Findings:

On September 24, 2008, Complainant filed a complaint with this Commission and the
Equal Employment Opportunity Commission (EEOC) alleging discrimination based on
his race and color.

Complainant, through his attorney, submitted a formal request to withdraw the complaint
with both the Commission and the EEOC because he has chosen to pursue the matter in
court, under Chapter 478.

The Complainant understands it is unlawful for any person to threaten, intimidate or
harass him because he has filed a complaint. He states he has not been coerced into
requesting this withdrawal. Therefore, it is recommended that Complainant's request be
granted and this complaint be closed as a Chapter 478 withdrawal.

Marlania Bugg
Senior Supervisor of Investigations

The Commonwealth of Massachusetts
Commission Against Discrimination
One Ashburton Place, Boston, MA 02108
Phone: (617) 994-6000 Fax: (617) 994-6024

OCT 0 2 2008

- DISMISSAL and NOTIFICATION of RIGHTS -

| To: | Leah M. Barrault, Esq. | Case: Jose Lozano v. C-Boston, Boston Police |
| | Pyle, Rome, Lichten, Ehrenberg & Liss-Riordan, P.C. | Department, Edward Davis, Commissioner |
| | 18 Tremont Street, Suite 500 | MCAD Docket Number: 08BEM02782 |
| | Boston, MA 02108 | EEOC Number: 16C-2008-02652 |
| | | Investigator: Marlania Bugg |

Your complaint has been dismissed for the following reasons:

[ ]   The facts alleged fail to state a claim under any of the statutes the Commission enforces.

[ ]   Respondent employs less than the required number of employees.

[ ]   Your complaint was not timely filed with the Commission, i.e. you waited too long after the date(s) of the alleged discrimination to file. Because it was filed outside the time limit prescribed by law, the Commission cannot investigate your allegations.

[ ]   You failed to provide requested information, failed or refused to appear or to be available for necessary interviews/conference, or otherwise refused to cooperate to the extent that the Commission has been unable to resolve your complaint. You have had more than 30 days in which to respond to our written request.

[ ]   The Commission's efforts to locate you have been unsuccessful. You have had at least 30 days in which to respond to a notice sent to your last known address.

[ ]   The Respondent has made a reasonable settlement, offering full relief for the harm you alleged. 30 days have expired since you received actual notice of this settlement offer.

[ ]   The Commission issues the following determination. Based upon the Commission's investigation, the Commission is unable to conclude that the information obtained establishes a violation of the statutes. This does not certify that the Respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this complaint.

[✓]   Complainant wishes to file a civil action on the same matter in court.

_Sunila J. George_
Sunila Thomas-George
Investigating Commissioner

9-29-08
Date

Cc:

C-of Boston
Attn: Director of Human Resources
One City Hall Plaza
Boston, MA 02120

Edward Davis, Commissioner
C/o Boston Police Department

Boston Police Department
Attn: Director of Human Resources
One Schroeder Plaza
Boston, MA 02120

MCAD Docket Number 08BEM02782, Dismissal and Notification of Rights without Appeal Rights     Page   1

## MEMORANDUM

To:    Case File of Jose Lozano v. C-Boston, Boston Police Department, Edward Davis
       MCAD Docket # 08BEM02782
       EEOC # 16C-2008-02652 (20+ Employees)
From:  Marlania Bugg
RE:    Dismissal of Complaint

### Issues Investigated:

Whether Complainant was discriminated against at his place of employment based on his race and color (Hispanic), which is in violation of Massachusetts General Laws, Chapter 151B, §4, Paragraphs 1 and 4A and Title VII of the Civil Rights Act of 1964, as amended.

### Summary of Findings:

On September 24, 2008, Complainant filed a complaint with this Commission and the Equal Employment Opportunity Commission (EEOC) alleging discrimination based on his race and color.

Complainant, through his attorney, submitted a formal request to withdraw the complaint with both the Commission and the EEOC because he has chosen to pursue the matter in court, under Chapter 478.

The Complainant understands it is unlawful for any person to threaten, intimidate or harass him because he has filed a complaint. He states he has not been coerced into requesting this withdrawal. Therefore, it is recommended that Complainant's request be granted and this complaint be closed as a Chapter 478 withdrawal.

Marlania Bugg
Senior Supervisor of Investigations

The Commonwealth of Massachusetts
Commission Against Discrimination
One Ashburton Place, Boston, MA 02108
Phone: (617) 994-6000 Fax: (617) 994-6024

OCT 0 2 2008

- DISMISSAL and NOTIFICATION of RIGHTS

| To: | Leah M. Barrault, Esq.<br>Pyle, Rome, Lichten, Ehrenberg & Liss-Riordan, P.C.<br>18 Tremont Street, Suite 500<br>Boston, MA 02108 | Case: Gloria Kinkead v. Boston Police Department, C-Boston, Edward Davis, Commissioner<br>MCAD Docket Number: 08BEM02783<br>EEOC Number: 16C-2008-02653<br>Investigator: Marlania Bugg |
|---|---|---|

Your complaint has been dismissed for the following reasons:

[ ]  The facts alleged fail to state a claim under any of the statutes the Commission enforces.

[ ]  Respondent employs less than the required number of employees.

[ ]  Your complaint was not timely filed with the Commission, i.e. you waited too long after the date(s) of the alleged discrimination to file. Because it was filed outside the time limit prescribed by law, the Commission cannot investigate your allegations.

[ ]  You failed to provide requested information, failed or refused to appear or to be available for necessary interviews/conference, or otherwise refused to cooperate to the extent that the Commission has been unable to resolve your complaint. You have had more than 30 days in which to respond to our written request.

[ ]  The Commission's efforts to locate you have been unsuccessful. You have had at least 30 days in which to respond to a notice sent to your last known address.

[ ]  The Respondent has made a reasonable settlement, offering full relief for the harm you alleged. 30 days have expired since you received actual notice of this settlement offer.

[ ]  The Commission issues the following determination. Based upon the Commission's investigation, the Commission is unable to conclude that the information obtained establishes a violation of the statutes. This does not certify that the Respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this complaint.

[✓]  **Complainant wishes to file a civil action on the same matter in court.**


Sunila Thomas-George
Investigating Commissioner

9-29-08
Date

Cc:

C-of Boston
Attn: Director of Human Resources
One City Hall Plaza
Boston, MA 02120

Boston Police Department
Attn: Director of Human Resources
One Schroeder Plaza
Boston, MA 02120

Edward Davis, Commissioner
C/o Boston Police Department

MEMORANDUM

To:     Case File of Gloria Kinkead v. C-of Boston, Boston Police Department, Edward
        Davis
        MCAD Docket # 08BEM02783
        EEOC # 16C-2008-02653 (20+ Employees)
From:   Marlania Bugg
RE:     Dismissal of Complaint

## Issues Investigated:

Whether Complainant was discriminated against at her place of employment based on her
race and color (black, non-Hispanic),which is in violation of Massachusetts General
Laws, Chapter 151B, §4, Paragraphs 1 and 4A and Title VII of the Civil Rights Act of
1964, as amended.

## Summary of Findings:

On September 24, 2008, Complainant filed a complaint with this Commission and the
Equal Employment Opportunity Commission (EEOC) alleging discrimination based on
her race and color.

Complainant, through her attorney, submitted a formal request to withdraw the complaint
with both the Commission and the EEOC because she has chosen to pursue the matter in
court, under Chapter 478.

The Complainant understands it is unlawful for any person to threaten, intimidate or
harass her because she has filed a complaint.  She states she has not been coerced into
requesting this withdrawal.  Therefore, it is recommended that Complainant's request be
granted and this complaint be closed as a Chapter 478 withdrawal.

Marlania Bugg
Marlania Bugg
Senior Supervisor of Investigations

The Commonwealth of Massachusetts
Commission Against Discrimination
One Ashburton Place , Boston, MA 02108
Phone: (617) 994-6000 Fax: (617) 994-6024

## - DISMISSAL and NOTIFICATION of RIGHTS -

| To: | Leah M. Barrault | Case: Royline  Lamb v. Mass-C M B T A , Mass-C M B |
| --- | --- | --- |
| | Pyle, Rome, Lichten, Ehrenberg & Liss-Riordan, P.C | T A , Board of Trustees, Daniel  Grabauskas. General Manager |
| | 18 Tremont Street | MCAD Docket Number: 08BEM02784 |
| | Suite 500 | EEOC Number: 16C-2008-02654 |
| | Boston, MA 02108 | Investigator: Marlania J. Bugg |

Your complaint has been dismissed for the following reasons:

[ ]    The facts alleged fail to state a claim under any of the statutes the Commission enforces.

[ ]    Respondent employs less than the required number of employees.

[ ]    Your complaint was not timely filed with the Commission, i.e. you waited too
long after the date(s) of the alleged discrimination to file.  Because it was filed outside the time limit
prescribed by law, the Commission cannot investigate your allegations.

[ ]    You failed to provide requested information, failed or refused to appear or to be available for necessary
interviews/conference, or otherwise refused to cooperate to the extent that the Commission has been unable
to resolve your complaint.  You have had more than 30 days in which to respond to our written request.

[ ]    The Commission's efforts to locate you have been unsuccessful.  You have had at
least 30 days in which to respond to a notice sent to your last known address.

[ ]    The Respondent has made a reasonable settlement, offering full relief for the
harm you alleged.  30 days have expired since you received actual notice of this settlement offer.

[ ]    The Commission issues the following determination.  Based upon the
Commission's investigation, the Commission is unable to conclude that the information obtained establishes
a violation of the statutes.  This does not certify that the Respondent is in compliance with the statutes.  No
finding is made as to any other issues that might be construed as having been raised by this complaint.

[x]    Other –Chapter 478 withdrawal

_Sunila J. George_
_____
Sunila Thomas-George
Investigating Commissioner

_9-30-08_
_____
Date

Cc:

Daniel  Grabauskas. General Manager
c/o Mass-C M B T A ·
10 Park Plaza
Suite 3190
Boston, MA 02116

Mass-C M B T A , Board of Trustees
10 Park Plaza
Boston, MA 02116

Mass-C M B T A
William Mitchell, General Counsel
10 Park Plaza, 7th Flr.
Boston, MA 02116

Royline  Lamb
266 Field Street
Brockton, MA 02302

MEMORANDUM

TO: Case File    Royline Lamb v. Mass-C MBTA, Mass-C MBTA Board of
                 Trustees, Daniel Grabauskas

MCAD NO. : 081302784
EEOC NO. : 16C-2008-02654
NO OF EMP: 20+
FR: Marlania J. Bugg, Sr. Supervisor
RE:  Chapter 478 Withdrawal

Issues Investigated:

Whether Complainant was subjected to adverse terms and conditions of employment
(failure to promote), because of her race and color (Black), in violation of Massachusetts
General Laws, c151B, §4, ¶ 1, ¶ 4A, and Title VII of the 1964 Civil Rights Act.

Summary of Findings:

On September 24, 2008, Complainant filed a complaint with this Commission and with
the Equal Employment Opportunity Commission alleging discrimination in employment
based on race and color.

On September 24, 2008, Complainant, through the offices of her attorney, submitted a
request to withdraw her complaint, stating therein that she wished to file a private right of
action in civil court.   The request included the requisite non-coercion language.

Therefore, it recommended that this case be closed as a Chapter 478 withdrawal.


Marlania J. Bugg
Sr. Supervisor

The Commonwealth of Massachusetts
Commission Against Discrimination
One Ashburton Place , Boston, MA 02108
Phone: (617) 994-6000 Fax: (617) 994-6024

OCT 0 2 2008

- DISMISSAL and NOTIFICATION of RIGHTS -

| To: | Leah M. Barrault, Esq.<br>Pyle, Rome, Lichten, Ehrenberg & Liss-Riordan, PC.<br>18 Tremont Street, Suite 500<br>Boston, MA 02108 | Case: Jose Lozano v. Mass-C Division of Human Resources, John O'Leary, Personnel Director<br>MCAD Docket Number: 08BEM02787<br>EEOC Number: 16C-2008-02656<br>Investigator: Marlania Bugg |

Your complaint has been dismissed for the following reasons:

[ ]    The facts alleged fail to state a claim under any of the statutes the Commission enforces.

[ ]    Respondent employs less than the required number of employees.

[ ]    Your complaint was not timely filed with the Commission, i.e. you waited too long after the date(s) of the alleged discrimination to file. Because it was filed outside the time limit prescribed by law, the Commission cannot investigate your allegations.

[ ]    You failed to provide requested information, failed or refused to appear or to be available for necessary interviews/conference, or otherwise refused to cooperate to the extent that the Commission has been unable to resolve your complaint. You have had more than 30 days in which to respond to our written request.

[ ]    The Commission's efforts to locate you have been unsuccessful. You have had at least 30 days in which to respond to a notice sent to your last known address.

[ ]    The Respondent has made a reasonable settlement, offering full relief for the harm you alleged. 30 days have expired since you received actual notice of this settlement offer.

[ ]    The Commission issues the following determination. Based upon the Commission's investigation, the Commission is unable to conclude that the information obtained establishes a violation of the statutes. This does not certify that the Respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this complaint.

[x]    Other (briefly state) Chapter 478

_____                    9-30-08
Sunila Thomas-George                               _____
Investigating Commissioner                         Date

cc:
John O'Leary, Personnel Director
C/o Mass-C Division of Human Resources
One Ashburton Place
Boston, MA 02108

Mass-C Division of Human Resources
Attn: Director of Human Resources
One Ashburton Place
Boston, MA 02108

## INVESTIGATIVE DISPOSITION

Case Name:                    Jose Lozano v. Mass-C Division of Human Resources, John
O'Leary, Personnel Director
MCAD Docket No.:              08BEM02787
EEOC Docket No.:              16C-2008-02656
No. of Employees:            20 +
Investigator:                Marlania Bugg, Senior Supervisor
Recommendation:              **Withdrawal of Complaint**

---

### Issues Investigated:

Whether the Complainant was discriminated against based on race/color (Hispanic), in
violation of the MGL Chapter 151B, Section 4, Paragraphs 1, 4A, and Title VII of the
1964 Civil Rights Act, as amended.

### Summary of Findings:

On September 24, 2008, the Complainant filed a complaint with this Commission and the
Equal employment Opportunity Commission (EEOC) alleging Race and Color
discrimination.

On September 24, 2008 Complainant through his attorney, submitted a formal request to
withdraw the complaint with both the Commission and the EEOC, because he wishes to
file a civil action on the same matter in court.

The Complainant understands it is unlawful for any person to threaten, intimidate or harass
him because has filed a complaint.  He states he has not been coerced into requesting this
withdrawal.  Therefore, it is recommended that the Complainant's request be granted and
this complaint be closed as a Chapter 478 withdrawal.

Marlania Bugg
Sr. Supervisor

The Commonwealth of Massachusetts
Commission Against Discrimination
One Ashburton Place, Boston, MA 02108
Phone: (617) 994-6000 Fax: (617) 994-6024

OCT 0 2 2008

- DISMISSAL and NOTIFICATION of RIGHTS -

| To: | Leah M. Barrault, Esq.<br>Pyle, Rome, Lichten, Ehrenberg & Liss-Riordan, P.C.<br>18 Tremont Street, Suite 500<br>Boston, MA 02108 | Case: Gloria Kinkead v. Mass-C Division of Human<br>Resources, John O'Leary, Personnel Director<br>MCAD Docket Number: 08BEM02788<br>EEOC Number: 16C-2008-02657<br>Investigator: Marlania Bugg |
|---|---|---|

Your complaint has been dismissed for the following reasons:

[ ]    The facts alleged fail to state a claim under any of the statutes the Commission enforces.

[ ]    Respondent employs less than the required number of employees.

[ ]    Your complaint was not timely filed with the Commission, i.e. you waited too long after the date(s) of the
       alleged discrimination to file. Because it was filed outside the time limit prescribed by law, the Commission
       cannot investigate your allegations.

[ ]    You failed to provide requested information, failed or refused to appear or to be available for necessary
       interviews/conference, or otherwise refused to cooperate to the extent that the Commission has been unable
       to resolve your complaint. You have had more than 30 days in which to respond to our written request.

[ ]    The Commission's efforts to locate you have been unsuccessful. You have had at least 30 days in which to
       respond to a notice sent to your last known address.

[ ]    The Respondent has made a reasonable settlement, offering full relief for the harm you alleged. 30 days
       have expired since you received actual notice of this settlement offer.

[ ]    The Commission issues the following determination. Based upon the Commission's investigation, the
       Commission is unable to conclude that the information obtained establishes a violation of the statutes. This
       does not certify that the Respondent is in compliance with the statutes. No finding is made as to any other
       issues that might be construed as having been raised by this complaint.

[✓]    Complainant wishes to file a civil action on the same matter in court.

_____
Sunila Thomas-George
Investigating Commissioner

9-29-08
_____
Date

Cc:

Mass-C Division of Human Services
Attn: Director of Human Resources
One Ashburton Place
Boston, MA 02108

John O'Leary, Director of Human Resources

MCAD Docket Number 08BEM02788, Dismissal and Notification of Rights without Appeal Rights    Page    1

# MEMORANDUM

To:    Case File of Gloria Kinkead v. Mass-C Division of Human Resources, John
       O'Leary
       MCAD Docket # 08BEM02788
       EEOC # 16C-2008-02657 (20+ Employees)
From: Marlania Bugg
RE:    Dismissal of Complaint

## Issues Investigated:

Whether Complainant was discriminated against at her place of employment based on her race and color (black, non-Hispanic),which is in violation of Massachusetts General Laws, Chapter 151B, §4, Paragraphs 1 and 4A and Title VII of the Civil Rights Act of 1964, as amended.

## Summary of Findings:

On September 24, 2008, Complainant filed a complaint with this Commission and the Equal Employment Opportunity Commission (EEOC) alleging discrimination based on her race and color.

Complainant, through her attorney, submitted a formal request to withdraw the complaint with both the Commission and the EEOC because she has chosen to pursue the matter in court, under Chapter 478.

The Complainant understands it is unlawful for any person to threaten, intimidate or harass her because she has filed a complaint. She states she has not been coerced into requesting this withdrawal. Therefore, it is recommended that Complainant's request be granted and this complaint be closed as a Chapter 478 withdrawal.

*Marlania Bugg*

Marlania Bugg
Senior Supervisor of Investigations

# The Commonwealth of Massachusetts
## Commission Against Discrimination
### One Ashburton Place , Boston, MA 02108

OCT 0 2 2008

Phone: (617) 994-6000 Fax: (617) 994-6024

- DISMISSAL and NOTIFICATION of RIGHTS -

| To: | Leah M. Barrault, Esq. | Case: William E. Iraola v. Boston Police Department, C- |
|---|---|---|
| | Pyle, Rome, Lichten, Ehrenberg & Liss-Riordan, PC. | Boston, Edward Davis, Commissioner |
| | | MCAD Docket Number: 08BEM02790 |
| | 18 Tremont Street, Suite 500 | EEOC Number: 16C-2008-02659 |
| | Boston, MA 02108 | Investigator: Marlania Bugg |

Your complaint has been dismissed for the following reasons:

[ ]   The facts alleged fail to state a claim under any of the statutes the Commission enforces.

[ ]   Respondent employs less than the required number of employees.

[ ]   Your complaint was not timely filed with the Commission, i.e. you waited too long after the date(s) of the alleged discrimination to file.  Because it was filed outside the time limit prescribed by law, the Commission cannot investigate your allegations.

[ ]   You failed to provide requested information, failed or refused to appear or to be available for necessary interviews/conference, or otherwise refused to cooperate to the extent that the Commission has been unable to resolve your complaint.  You have had more than 30 days in which to respond to our written request.

[ ]   The Commission's efforts to locate you have been unsuccessful.  You have had at least 30 days in which to respond to a notice sent to your last known address.

[ ]   The Respondent has made a reasonable settlement, offering full relief for the harm you alleged.  30 days have expired since you received actual notice of this settlement offer.

[ ]   The Commission issues the following determination.  Based upon the Commission's investigation, the Commission is unable to conclude that the information obtained establishes a violation of the statutes.  This does not certify that the Respondent is in compliance with the statutes.  No finding is made as to any other issues that might be construed as having been raised by this complaint.

[x]   Other (briefly state)  Chapter 478

_Sunila J. George_

9-30 -08

Sunila Thomas-George       Date
Investigating Commissioner

cc:

Boston Police Department
Attn: Director of Human Resources
One Schroeder Plaza
Boston, MA 02120

C-Boston
Attn: Director of Human Resources
One City Hall Plaza
Boston, MA 02120

Edward Davis, Commissioner
C/o Boston Police Department
One Schroeder Plaza
Boston, MA 02120

## INVESTIGATIVE DISPOSITION

| | |
|---|---|
| Case Name: | William E. Iraola v. Boston Police Department, C-Boston, Edward Davis, Commissioner |
| MCAD Docket No.: | 08BEM02790 |
| EEOC Docket No.: | 16C-2008-02659 |
| No. of Employees: | 20 + |
| Investigator: | Marlania Bugg, Senior Supervisor |
| Recommendation: | **Withdrawal of Complaint** |

**Issues Investigated:**

Whether the Complainant was discriminated against based on race/color (Hispanic), in violation of the MGL Chapter 151B, Section 4, Paragraphs 1, 4A, and Title VII of the 1964 Civil Rights Act, as amended.

**Summary of Findings:**

On September 24, 2008, the Complainant filed a complaint with this Commission and the Equal employment Opportunity Commission (EEOC) alleging Race and Color discrimination.

On September 24, 2008 Complainant through his attorney, submitted a formal request to withdraw the complaint with both the Commission and the EEOC, because he wishes to file a civil action on the same matter in court.

The Complainant understands it is unlawful for any person to threaten, intimidate or harass him because has filed a complaint. He states he has not been coerced into requesting this withdrawal. Therefore, it is recommended that the Complainant's request be granted and this complaint be closed as a Chapter 478 withdrawal.

Marlania Bugg
Sr. Supervisor

**The Commonwealth of Massachusetts**
**Commission Against Discrimination**
**One Ashburton Place , Boston, MA 02108**
Phone: (617) 994-6000 Fax: (617) 994-6024

OCT 0 2 2008

- **DISMISSAL and NOTIFICATION of RIGHTS -**

| To: | Leah M. Barrault, Esq. | Case: Royline Lamb v. Mass-C Division of Human |
| --- | --- | --- |

Leah M. Barrault, Esq.
Pyle; Rome, Lichten, Ehrenberg & Liss-
Riordan, P.C
18 Tremont Street
Boston, MA 02108

Case: Royline Lamb v. Mass-C Division of Human
Services, John O'Leary, Personnel Director
MCAD Docket Number: 08BEM02791
EEOC Number: 16C-2008-02660
Investigator: Marlania Bugg

Your complaint has been dismissed for the following reasons:

[ ]    The facts alleged fail to state a claim under any of the statutes the Commission enforces.

[ ]    Respondent employs less than the required number of employees.

[ ]    Your complaint was not timely filed with the Commission, i.e. you waited too
long after the date(s) of the alleged discrimination to file.  Because it was filed outside the time limit
prescribed by law, the Commission cannot investigate your allegations.

[ ]    You failed to provide requested information, failed or refused to appear or to be available for necessary
interviews/conference, or otherwise refused to cooperate to the extent that the Commission has been unable
to resolve your complaint.  You have had more than 30 days in which to respond to our written request.

[ ]    The Commission's efforts to locate you have been unsuccessful.  You have had at
least 30 days in which to respond to a notice sent to your last known address.

[ ]    The Respondent has made a reasonable settlement, offering full relief for the
harm you alleged.  30 days have expired since you received actual notice of this settlement offer.

[ ]    The Commission issues the following determination.  Based upon the
Commission's investigation, the Commission is unable to conclude that the information obtained establishes
a violation of the statutes.  This does not certify that the Respondent is in compliance with the statutes.  No
finding is made as to any other issues that might be construed as having been raised by this complaint.

[x]    Other (briefly state)  Chapter 478

_Sunila J. George_
Sunila Thomas-George
Investigating Commissioner

9-30-08
Date

cc:

John .O'Leary, Personnel Director
c/o Mass-C Division of Human Resources
One Ashburton Place
Boston, MA 02108

Mass-C Division of Human Services
Attn: Director of Human Resources
One Ashburton Place
Boston, MA 02108

# INVESTIGATIVE DISPOSITION

Case Name:          Royline Lamb v. Mass-C Division of Human Services, John
O'Leary, Personnel Director
MCAD Docket No.:     08BEM02791
EEOC Docket No.:     16C-2008-02660
No. of Employees:     20 +
Investigator:          Marlania Bugg, Senior Supervisor
Recommendation:      **Withdrawal of Complaint**

---

## Issues Investigated:

Whether the Complainant was discriminated against based on race/color (Black), in
violation of the MGL Chapter 151B, Section 4, Paragraphs 1, 4A, and Title VII of the
1964 Civil Rights Act, as amended.

## Summary of Findings:

On September 24, 2008, the Complainant filed a complaint with this Commission and the
Equal employment Opportunity Commission (EEOC) alleging Race and Color
discrimination.

On September 24, 2008 Complainant through his attorney, submitted a formal request to
withdraw the complaint with both the Commission and the EEOC, because he wishes to
file a civil action on the same matter in court.

The Complainant understands it is unlawful for any person to threaten, intimidate or harass
him because has filed a complaint.  He states he has not been coerced into requesting this
withdrawal.  Therefore, it is recommended that the Complainant's request be granted and
this complaint be closed as a Chapter 478 withdrawal.

Marlania Bugg
Sr. Supervisor

**The Commonwealth of Massachusetts**
**Commission Against Discrimination**
**One Ashburton Place , Boston, MA 02108**
OCT 0 2 2008    Phone: (617) 994-6000 Fax: (617) 994-6024
-    **DISMISSAL and NOTIFICATION of RIGHTS  -**

| To: | Leah M. Barrault, Esq. | Case: William E. Iraola v. Mass-C Division of Human |
| | Pyle, Rome, Lichten, Ehrenberg & Liss- | Resources, John O'Leary, Personnel Director |
| | Riordan, PC. | MCAD Docket Number: 08BEM02792 |
| | 18 Tremont Street, Suite 500 | EEOC Number: 16C-2008-02661 |
| | Boston, MA 02108 | Investigator: Marlania Bugg |

Your complaint has been dismissed for the following reasons:

[ ]    The facts alleged fail to state a claim under any of the statutes the Commission enforces.

[ ]    Respondent employs less than the required number of employees.

[ ]    Your complaint was not timely filed with the Commission, i.e. you waited too
long after the date(s) of the alleged discrimination to file.  Because it was filed outside the time limit
prescribed by law, the Commission cannot investigate your allegations.

[ ]    You failed to provide requested information, failed or refused to appear or to be available for necessary
interviews/conference, or otherwise refused to cooperate to the extent that the Commission has been unable
to resolve your complaint.  You have had more than 30 days in which to respond to our written request.

[ ]    The Commission's efforts to locate you have been unsuccessful.  You have had at
least 30 days in which to respond to a notice sent to your last known address.

[ ]    The Respondent has made a reasonable settlement, offering full relief for the
harm you alleged.  30 days have expired since you received actual notice of this settlement offer.

[ ]    The Commission issues the following determination.  Based upon the
Commission's investigation, the Commission is unable to conclude that the information obtained establishes
a violation of the statutes.  This does not certify that the Respondent is in compliance with the statutes.  No
finding is made as to any other issues that might be construed as having been raised by this complaint.

[x]    Other (briefly state) Chapter 478

_Sunila J. George_                    _9 - 30 - 08_
Sunila Thomas-George                    Date
Investigating Commissioner
cc:

John O'Leary, Personnel Director
C/o Mass-C Division of Human  Resources
One Ashburton Place
Boston, MA 02108

Mass-C Division of Human  Resources
Attn: Director of Human Resources
One Ashburton Place
Boston, MA 02108

## INVESTIGATIVE DISPOSITION

| | |
|---|---|
| Case Name: | William E. Iraola v. Mass-C Division of Human Resources, John O'Leary, Personnel Director |
| MCAD Docket No.: | 08BEM02792 |
| EEOC Docket No.: | 16C-2008-02661 |
| No. of Employees: | 20 + |
| Investigator: | Marlania Bugg, Senior Supervisor |
| Recommendation: | **Withdrawal of Complaint** |

### Issues Investigated:

Whether the Complainant was discriminated against based on race/color (Hispanic), in violation of the MGL Chapter 151B, Section 4, Paragraphs 1, 4A, and Title VII of the 1964 Civil Rights Act, as amended.

### Summary of Findings:

On September 24, 2008, the Complainant filed a complaint with this Commission and the Equal employment Opportunity Commission (EEOC) alleging Race and Color discrimination.

On September 24, 2008 Complainant through his attorney, submitted a formal request to withdraw the complaint with both the Commission and the EEOC, because he wishes to file a civil action on the same matter in court.

The Complainant understands it is unlawful for any person to threaten, intimidate or harass him because has filed a complaint. He states he has not been coerced into requesting this withdrawal. Therefore, it is recommended that the Complainant's request be granted and this complaint be closed as a Chapter 478 withdrawal.

Marlania Bugg
Sr. Supervisor

The Commonwealth of Massachusetts
Commission Against Discrimination
One Ashburton Place , Boston, MA 02108
Phone: (617) 994-6000 Fax: (617) 994-6024

OCT 0 2 2008

**- DISMISSAL and NOTIFICATION of RIGHTS -**

| To: Leah M. Barrault, Esq. | Case: Courtney Powell v. C-Boston, Boston Police |
|---|---|
| Pyle, Rome, Lichten, Ehrenberg & Liss- | Department, Edward Davis, Commissioner |
| Riordan, PC. | MCAD Docket Number: 08BEM02793 |
| 18 Tremont Street, Suite 500 | EEOC Number: 16C-2008-02662 |
| Boston, MA 02108 | Investigator: Marlania Bugg |

Your complaint has been dismissed for the following reasons:

[ ]    The facts alleged fail to state a claim under any of the statutes the Commission enforces.

[ ]    Respondent employs less than the required number of employees.

[ ]    Your complaint was not timely filed with the Commission, i.e. you waited too
long after the date(s) of the alleged discrimination to file. Because it was filed outside the time limit
prescribed by law, the Commission cannot investigate your allegations.

[ ]    You failed to provide requested information, failed or refused to appear or to be available for necessary
interviews/conference, or otherwise refused to cooperate to the extent that the Commission has been unable
to resolve your complaint. You have had more than 30 days in which to respond to our written request.

[ ]    The Commission's efforts to locate you have been unsuccessful. You have had at
least 30 days in which to respond to a notice sent to your last known address.

[ ]    The Respondent has made a reasonable settlement, offering full relief for the
harm you alleged. 30 days have expired since you received actual notice of this settlement offer.

[ ]    The Commission issues the following determination. Based upon the
Commission's investigation, the Commission is unable to conclude that the information obtained establishes
a violation of the statutes. This does not certify that the Respondent is in compliance with the statutes. No
finding is made as to any other issues that might be construed as having been raised by this complaint.

[x]    Other (briefly state) Chapter 478

_Sunila T. George_

Sunila Thomas-George
Investigating Commissioner

9-30-08
Date

cc:
Boston Police Department
Attn: Director of Human Resources
One Schroeder Plaza
Boston, MA 02120

C-Boston
Attn: Director of Human Resources
One City Hall Plaza
Boston, MA 02120

Edward Davis, Commissioner
C/o Boston Police Department
One Schroeder Plaza
Boston, MA 02120

# INVESTIGATIVE DISPOSITION

Case Name:                    Courtney Powell v. C-Boston, Boston Police Department,
Edward Davis, Commissioner
MCAD Docket No.:        08BEM02793
EEOC Docket No.:        16C-2008-02662
No. of Employees:        20 +
Investigator:                  Marlania Bugg, Senior Supervisor
Recommendation:        Withdrawal of Complaint

## Issues Investigated:

Whether the Complainant was discriminated against based on race/color (Black), in
violation of the MGL Chapter 151B, Section 4, Paragraphs 1, 4A, and Title VII of the
1964 Civil Rights Act, as amended.

## Summary of Findings:

On September 24, 2008, the Complainant filed a complaint with this Commission and the
Equal employment Opportunity Commission (EEOC) alleging Race and Color
discrimination.

On September 24, 2008 Complainant through his attorney, submitted a formal request to
withdraw the complaint with both the Commission and the EEOC, because he wishes to
file a civil action on the same matter in court.

The Complainant understands it is unlawful for any person to threaten, intimidate or harass
him because has filed a complaint. He states he has not been coerced into requesting this
withdrawal. Therefore, it is recommended that the Complainant's request be granted and
this complaint be closed as a Chapter 478 withdrawal.

Marlania Bugg
Sr. Supervisor

The Commonwealth of Massachusetts
Commission Against Discrimination
One Ashburton Place, Boston, MA 02108
Phone: (617) 994-6000 Fax: (617) 994-6024

## DISMISSAL and NOTIFICATION of RIGHTS

| To: Leah M. Barrault, Esq.<br>Pyle, Rome, Lichten, Ehrenberg & Liss-Riordan, P.C.<br>18 Tremont Street, Suite 500<br>Boston, MA 02108 | Case: Juan Rosario v. City of Springfield, Domenic Sarno, Mayor<br>MCAD Docket Number: 08BEM02794<br>EEOC Number: 16C-2008-02663<br>Investigator: Marlania Bugg |
|---|---|

Your complaint has been dismissed for the following reasons:

[ ]    The facts alleged fail to state a claim under any of the statutes the Commission enforces.

[ ]    Respondent employs less than the required number of employees.

[ ]    Your complaint was not timely filed with the Commission, i.e. you waited too long after the date(s) of the alleged discrimination to file.  Because it was filed outside the time limit prescribed by law, the Commission cannot investigate your allegations.

[ ]    You failed to provide requested information, failed or refused to appear or to be available for necessary interviews/conference, or otherwise refused to cooperate to the extent that the Commission has been unable to resolve your complaint.  You have had more than 30 days in which to respond to our written request.

[ ]    The Commission's efforts to locate you have been unsuccessful.  You have had at least 30 days in which to respond to a notice sent to your last known address.

[ ]    The Respondent has made a reasonable settlement, offering full relief for the harm you alleged.  30 days have expired since you received actual notice of this settlement offer.

[ ]    The Commission issues the following determination.  Based upon the Commission's investigation, the Commission is unable to conclude that the information obtained establishes a violation of the statutes.  This does not certify that the Respondent is in compliance with the statutes.  No finding is made as to any other issues that might be construed as having been raised by this complaint.

[✓]    **Complainant wishes to file a civil action on the same matter in court.**

_____
Sunila Thomas-George
Investigating Commissioner

9-29-08
_____
Date

Cc:

C-of Springfield
Attn: Director of Human Resources
City Hall
36 Court Street
Springfield, MA 01103

Domenic Sarino, Mayor

MCAD Docket Number 08BEM02794, Dismissal and Notification of Rights without Appeal Rights    Page    1

MEMORANDUM

To:   Case File of Juan Rosario v. C-of Springfield, Domenic Sarno
      MCAD Docket # 08BEM02794
      EEOC # 16C-2008-02663 (20+ Employees)
From: Marlania Bugg
RE:   Dismissal of Complaint

## Issues Investigated:

Whether Complainant was discriminated against at his place of employment based on his race and color (Hispanic),which is in violation of Massachusetts General Laws, Chapter 151B, §4, Paragraphs 1 and 4A and Title VII of the Civil Rights Act of 1964, as amended.

## Summary of Findings:

On September 24, 2008, Complainant filed a complaint with this Commission and the Equal Employment Opportunity Commission (EEOC) alleging discrimination based on his race and color.

Complainant, through his attorney, submitted a formal request to withdraw the complaint with both the Commission and the EEOC because he has chosen to pursue the matter in court, under Chapter 478.

The Complainant understands it is unlawful for any person to threaten, intimidate or harass him because he has filed a complaint. He states he has not been coerced into requesting this withdrawal. Therefore, it is recommended that Complainant's request be granted and this complaint be closed as a Chapter 478 withdrawal.

Marlania Bugg
Senior Supervisor of Investigations

The Commonwealth of Massachusetts
Commission Against Discrimination
One Ashburton Place, Boston, MA 02108
Phone: (617) 994-6000 Fax: (617) 994-6024

OCT 0 2 2008

- DISMISSAL and NOTIFICATION of RIGHTS -

| To: | Leah M. Barrault, Esq.<br>Pyle, Rome, Lichten, Ehrenberg & Liss-Riordan, P.C.<br>18 Tremont Street, Suite 500<br>Boston, MA 02108 | Case: Juan Rosario v. Mass-C Division of Human<br>Resources, John O'Leary, Personnel Director<br>MCAD Docket Number: 08BEM02796<br>EEOC Number: 16C-2008-02665<br>Investigator: Marlania Bugg |
|-----|---|---|

Your complaint has been dismissed for the following reasons:

[ ]    The facts alleged fail to state a claim under any of the statutes the Commission enforces.

[ ]    Respondent employs less than the required number of employees.

[ ]    Your complaint was not timely filed with the Commission, i.e. you waited too long after the date(s) of the alleged discrimination to file. Because it was filed outside the time limit prescribed by law, the Commission cannot investigate your allegations.

[ ]    You failed to provide requested information, failed or refused to appear or to be available for necessary interviews/conference, or otherwise refused to cooperate to the extent that the Commission has been unable to resolve your complaint. You have had more than 30 days in which to respond to our written request.

[ ]    The Commission's efforts to locate you have been unsuccessful. You have had at least 30 days in which to respond to a notice sent to your last known address.

[ ]    The Respondent has made a reasonable settlement, offering full relief for the harm you alleged. 30 days have expired since you received actual notice of this settlement offer.

[ ]    The Commission issues the following determination. Based upon the Commission's investigation, the Commission is unable to conclude that the information obtained establishes a violation of the statutes. This does not certify that the Respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this complaint.

[✓]    Complainant wishes to file a civil action on the same matter in court.

Sunila Thomas-George
Investigating Commissioner

9-29-08
Date

Cc:

Mass-C Division of Human Services
Attn: Director of Human Resources
One Ashburton Place
Boston, MA 02108

John O'Leary, Director of Human Resources

## MEMORANDUM

To:    Case File of Juan Rosario v. Mass-C Division of Human Services, John O'Leary
       MCAD Docket # 08BEM02796
       EEOC # 16C-2008-02665 (20+ Employees)
From:  Marlania Bugg
RE:     Dismissal of Complaint

### Issues Investigated:

Whether Complainant was discriminated against at his place of employment based on his race and color (Hispanic),which is in violation of Massachusetts General Laws, Chapter 151B, §4, Paragraphs 1 and 4A and Title VII of the Civil Rights Act of 1964, as amended.

### Summary of Findings:

On September 24, 2008, Complainant filed a complaint with this Commission and the Equal Employment Opportunity Commission (EEOC) alleging discrimination based on his race and color.

Complainant, through his attorney, submitted a formal request to withdraw the complaint with both the Commission and the EEOC because he has chosen to pursue the matter in court, under Chapter 478.

The Complainant understands it is unlawful for any person to threaten, intimidate or harass him because he has filed a complaint. He states he has not been coerced into requesting this withdrawal. Therefore, it is recommended that Complainant's request be granted and this complaint be closed as a Chapter 478 withdrawal.

Marlania Bugg
Senior Supervisor of Investigations

**The Commonwealth of Massachusetts**
**Commission Against Discrimination**
One Ashburton Place , Boston, MA 02108
Phone: (617) 994-6000 Fax: (617) 994-6024

OCT 0 2 2008

- **DISMISSAL and NOTIFICATION of RIGHTS** -

| To: | Leah M. Barrault, Esq. | Case: Courtney Powell v. Mass-C Division of Human |
|---|---|---|
| | Pyle, Rome, Lichten, Ehrenberg & Liss- | Resources, John O'Leary, Personnel Director |
| | Riordan, PC. | MCAD Docket Number: 08BEM02797 |
| | 18 Tremont Street, Suite 500 | EEOC Number: 16C-2008-02666 |
| | Boston, MA 02108 | Investigator: Marlania Bugg |

Your complaint has been dismissed for the following reasons:

[ ]   The facts alleged fail to state a claim under any of the statutes the Commission enforces.

[ ]   Respondent employs less than the required number of employees.

[ ]   Your complaint was not timely filed with the Commission, i.e. you waited too
      long after the date(s) of the alleged discrimination to file.  Because it was filed outside the time limit
      prescribed by law, the Commission cannot investigate your allegations.

[ ]   You failed to provide requested information, failed or refused to appear or to be available for necessary
      interviews/conference, or otherwise refused to cooperate to the extent that the Commission has been unable
      to resolve your complaint.  You have had more than 30 days in which to respond to our written request.

[ ]   The Commission's efforts to locate you have been unsuccessful.  You have had at
      least 30 days in which to respond to a notice sent to your last known address.

[ ]   The Respondent has made a reasonable settlement, offering full relief for the
      harm you alleged.  30 days have expired since you received actual notice of this settlement offer.

[ ]   The Commission issues the following determination.  Based upon the
      Commission's investigation, the Commission is unable to conclude that the information obtained establishes
      a violation of the statutes.  This does not certify that the Respondent is in compliance with the statutes.  No
      finding is made as to any other issues that might be construed as having been raised by this complaint.

[x]   Other (briefly state)  Chapter 478


_Sunila J. George_                    9-30-08
Sunila Thomas-George                   Date
Investigating Commissioner


cc:
John O'Leary, Personnel Director
C/o Mass-C Division of Human Resources
One Ashburton Place
Boston, MA 02108

Mass-C Division of Human Resources
Attn: Director of Human Resources
One Ashburton Place
Boston, MA 02108

## INVESTIGATIVE DISPOSITION

Case Name:          Courtney Powell v. Mass-C Division of Human Resources,
                           John O'Leary, Personnel Director
MCAD Docket No.:    08BEM02797
EEOC Docket No.:    16C-2008-02666
No. of Employees:    20 +
Investigator:         Marlania Bugg, Senior Supervisor
Recommendation:    **Withdrawal of Complaint**

### Issues Investigated:

Whether the Complainant was discriminated against based on race/color (Black), in violation of the MGL Chapter 151B, Section 4, Paragraphs 1, 4A, and Title VII of the 1964 Civil Rights Act, as amended.

### Summary of Findings:

On September 24, 2008, the Complainant filed a complaint with this Commission and the Equal employment Opportunity Commission (EEOC) alleging Race and Color discrimination.

On September 24, 2008 Complainant through his attorney, submitted a formal request to withdraw the complaint with both the Commission and the EEOC, because he wishes to file a civil action on the same matter in court.

The Complainant understands it is unlawful for any person to threaten, intimidate or harass him because has filed a complaint. He states he has not been coerced into requesting this withdrawal. Therefore, it is recommended that the Complainant's request be granted and this complaint be closed as a Chapter 478 withdrawal.

Marlania Bugg
Sr. Supervisor

The Commonwealth of Massachusetts
Commission Against Discrimination
One Ashburton Place, Boston, MA 02108
Phone: (617) 994-6000 Fax: (617) 994-6024

- DISMISSAL and NOTIFICATION of RIGHTS -

| To: Leah M. Barrault, Esq. | Case: James Jackson v. City of Springfield, Domenic |
| Pyle, Rome, Lichten, Ehrenberg & Liss- | Sarno, Mayor |
| Riordan, PC. | MCAD Docket Number: 08BEM02798 |
| 18 Tremont Street, Suite 500 | EEOC Number: 16C-2008-02667 |
| Boston, MA 02108 | Investigator: Marlania Bugg |

Your complaint has been dismissed for the following reasons:

[ ]    The facts alleged fail to state a claim under any of the statutes the Commission enforces.

[ ]    Respondent employs less than the required number of employees.

[ ]    Your complaint was not timely filed with the Commission, i.e. you waited too
long after the date(s) of the alleged discrimination to file. Because it was filed outside the time limit
prescribed by law, the Commission cannot investigate your allegations.

[ ]    You failed to provide requested information, failed or refused to appear or to be available for necessary
interviews/conference, or otherwise refused to cooperate to the extent that the Commission has been unable
to resolve your complaint. You have had more than 30 days in which to respond to our written request.

[ ]    The Commission's efforts to locate you have been unsuccessful. You have had at
least 30 days in which to respond to a notice sent to your last known address.

[ ]    The Respondent has made a reasonable settlement, offering full relief for the
harm you alleged. 30 days have expired since you received actual notice of this settlement offer.

[ ]    The Commission issues the following determination. Based upon the
Commission's investigation, the Commission is unable to conclude that the information obtained establishes
a violation of the statutes. This does not certify that the Respondent is in compliance with the statutes. No
finding is made as to any other issues that might be construed as having been raised by this complaint.

[x]    Other (briefly state) Chapter 478 withdrawal

_Sunila J. George_

Sunila Thomas-George
Investigating Commissioner

_9-30-08_
Date

Cc:
City of Springfield
Department of Human Resources
City Hall
36 Court Street
Springfield, MA 01103

Domenic Sarno, Mayor
C/O City of Springfield
City Hall
36 Court Street
Springfield, MA 01103

MCAD Docket Number 08BEM02798, Dismissal and Notification of Rights without Appeal Rights    Page    1

## INVESTIGATIVE DISPOSITION

| | |
|---|---|
| Case Name: | James Jackson v. City of Springfield, Domenic Sarno, Mayor |
| MCAD Docket No.: | 08BEM02798 |
| EEOC Docket No.: | 16C-2008-02667 |
| No. of Employees: | 25+ |
| Investigator: | Marlania Bugg, Senior Supervisor |
| Recommendation: | **Withdrawal of Complaint** |

### Issues Investigated:

Whether the Complainant was discriminated against based on race/color (Black), in violation of the MGL Chapter 151B, §4, ¶1, ¶4A, and Title VII of the 1964 Civil Rights Act, as amended.

### Summary of Findings:

On September 24, 2008, the Complainant filed a complaint with this Commission and the Equal employment Opportunity Commission (EEOC) alleging Race and Color discrimination.

On September 24, 2008 Complainant through his attorney, submitted a formal request to withdraw the complaint with both the Commission and the EEOC, because he wishes to file a civil action on the same matter in court.

The Complainant understands it is unlawful for any person to threaten, intimidate or harass him because has filed a complaint. He states he has not been coerced into requesting this withdrawal. Therefore, it is recommended that the Complainant's request be granted and this complaint be closed as a Chapter 478 withdrawal.


Marlania Bugg
Sr. Supervisor

The Commonwealth of Massachusetts
Commission Against Discrimination
One Ashburton Place, Boston, MA 02108
Phone: (617) 994-6000 Fax: (617) 994-6024

OCT 0 2 2008

### - DISMISSAL and NOTIFICATION of RIGHTS -

| | |
|---|---|
| **To:** Leah M. Barrault, Esq.<br>Pyle, Rome, Lichten, Ehrenberg & Liss-Riordan, P.C.<br>18 Tremont Street, Suite 500<br>Boston, MA 02108 | **Case:** Karyn VanDyke v. C-Boston, Boston Police Department, Edward Davis, Commissioner<br>**MCAD Docket Number:** 08BEM02799<br>**EEOC Number:** 16C-2008-02668<br>**Investigator:** Marlania Bugg |

Your complaint has been dismissed for the following reasons:

[ ]    The facts alleged fail to state a claim under any of the statutes the Commission enforces.

[ ]    Respondent employs less than the required number of employees.

[ ]    Your complaint was not timely filed with the Commission, i.e. you waited too long after the date(s) of the alleged discrimination to file. Because it was filed outside the time limit prescribed by law, the Commission cannot investigate your allegations.

[ ]    You failed to provide requested information, failed or refused to appear or to be available for necessary interviews/conference, or otherwise refused to cooperate to the extent that the Commission has been unable to resolve your complaint. You have had more than 30 days in which to respond to our written request.

[ ]    The Commission's efforts to locate you have been unsuccessful. You have had at least 30 days in which to respond to a notice sent to your last-known address.

[ ]    The Respondent has made a reasonable settlement, offering full relief for the harm you alleged. 30 days have expired since you received actual notice of this settlement offer.

[ ]    The Commission issues the following determination. Based upon the Commission's investigation, the Commission is unable to conclude that the information obtained establishes a violation of the statutes. This does not certify that the Respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this complaint.

[✓]    **Complainant wishes to file a civil action on the same matter in court.**

Sunila Thomas-George
Investigating Commissioner

9-29-08
Date

Cc:

C-of Boston
Attn: Director of Human Resources
One City Hall Plaza
Boston, MA 02120

Boston Police Department
Attn: Director of Human Resources
One Schroeder Plaza
Boston, MA 02120

Edward Davis, Commissioner
C/o Boston Police Department

MCAD Docket Number 08BEM02799, Dismissal and Notification of Rights without Appeal Rights    Page    1

**MEMORANDUM**

To:     Case File of Karyn VanDyke v. C-of Boston, Boston Police Department, Edward
        Davis
        MCAD Docket # 08BEM02799
        EEOC # 16C-2008-02668 (20+ Employees)
From:  Marlania Bugg
RE:     Dismissal of Complaint

---

**Issues Investigated:**

Whether Complainant was discriminated against at her place of employment based on her
race and color (black, non-Hispanic), which is in violation of Massachusetts General
Laws, Chapter 151B, §4, Paragraphs 1 and 4A and Title VII of the Civil Rights Act of
1964, as amended.

**Summary of Findings:**

On September 24, 2008, Complainant filed a complaint with this Commission and the
Equal Employment Opportunity Commission (EEOC) alleging discrimination based on
her race and color.

Complainant, through her attorney, submitted a formal request to withdraw the complaint
with both the Commission and the EEOC because she has chosen to pursue the matter in
court, under Chapter 478.

The Complainant understands it is unlawful for any person to threaten, intimidate or
harass her because she has filed a complaint. She states she has not been coerced into
requesting this withdrawal. Therefore, it is recommended that Complainant's request be
granted and this complaint be closed as a Chapter 478 withdrawal.

*Marlania Bugg*

Marlania Bugg
Senior Supervisor of Investigations

**The Commonwealth of Massachusetts**
**Commission Against Discrimination**
**One Ashburton Place , Boston, MA 02108**

OCT 0 2 2008         Phone: (617) 994-6000 Fax: (617) 994-6024

**- DISMISSAL and NOTIFICATION of RIGHTS -**

| To: | Leah M. Barrault, Esq. | Case: James Jackson v. Mass-C Division of Human |
|---|---|---|
| | Pyle, Rome, Lichten, Ehrenberg & Liss-Riordan, PC. | Resources, John O'Leary |
| | | **MCAD Docket Number:** 08BEM02800 |
| | 18 Tremont Street, Suite 500 | **EEOC Number:** 16C-2008-02669 |
| | Boston, MA 02108 | **Investigator:** Marlania Bugg |

Your complaint has been dismissed for the following reasons:

[ ]  The facts alleged fail to state a claim under any of the statutes the Commission enforces.

[ ]  Respondent employs less than the required number of employees.

[ ]  Your complaint was not timely filed with the Commission, i.e. you waited too
     long after the date(s) of the alleged discrimination to file. Because it was filed outside the time limit
     prescribed by law, the Commission cannot investigate your allegations.

[ ]  You failed to provide requested information, failed or refused to appear or to be available for necessary
     interviews/conference, or otherwise refused to cooperate to the extent that the Commission has been
     unable to resolve your complaint. You have had more than 30 days in which to respond to our written
     request.

[ ]  The Commission's efforts to locate you have been unsuccessful. You have had at
     least 30 days in which to respond to a notice sent to your last known address.

[ ]  The Respondent has made a reasonable settlement, offering full relief for the
     harm you alleged. 30 days have expired since you received actual notice of this settlement offer.

[ ]  The Commission issues the following determination. Based upon the
     Commission's investigation, the Commission is unable to conclude that the information obtained
     establishes a violation of the statutes. This does not certify that the Respondent is in compliance with
     the statutes. No finding is made as to any other issues that might be construed as having been raised by
     this complaint.

[x]  Other (briefly state) Chapter 478 withdrawal

_Sunila J. George_                          9-30-08
Sunila Thomas-George   gᵃᵇ                  Date
Investigating Commissioner
cc:
John O'Leary
C/O Mass-C Division of Human Resources
One Ashburton Place
Boston, MA 02108

Mass-C Division of Human Resources
Attn: Director of Human Resources
One Ashburton Place
Boston, MA 02108

James Jackson v. Mass-C Division of Human Resources, John O'Leary

1

08BEM02800

## INVESTIGATIVE DISPOSITION

| | |
|---|---|
| Case Name: | James Jackson v. Mass-C Division of Human Resources, John O'Leary |
| MCAD Docket No.: | 08BEM02800 |
| EEOC Docket No.: | 16C-2008-02669 |
| No. of Employees: | 25+ |
| Investigator: | Marlania Bugg, Senior Supervisor |
| Recommendation: | **Withdrawal of Complaint** |

### Issues Investigated:

Whether the Complainant was discriminated against based on race/color (Black), in violation of the MGL Chapter 151B, §4; ¶1, ¶4A, and Title VII of the 1964 Civil Rights Act, as amended.

### Summary of Findings:

On September 24, 2008, the Complainant filed a complaint with this Commission and the Equal employment Opportunity Commission (EEOC) alleging Race and Color discrimination.

On September 24, 2008 Complainant through his attorney, submitted a formal request to withdraw the complaint with both the Commission and the EEOC, because he wishes to file a civil action on the same matter in court.

The Complainant understands it is unlawful for any person to threaten, intimidate or harass him because has filed a complaint. He states he has not been coerced into requesting this withdrawal. Therefore, it is recommended that the Complainant's request be granted and this complaint be closed as a Chapter 478 withdrawal.

Marlania Bugg
Sr. Supervisor

**The Commonwealth of Massachusetts**
**Commission Against Discrimination**
**One Ashburton Place, Boston, MA 02108**
**Phone: (617) 994-6000 Fax: (617) 994-6024**

OCT 0 2 2008

- **DISMISSAL and NOTIFICATION of RIGHTS -**

| To: Leah M. Barrault, Esq. <br> Pyle, Rome, Lichten, Ehrenberg & Liss-Riordan, P.C. <br> 18 Tremont Street, Suite 500 <br> Boston, MA 02108 | Case: Karyn VanDyke v. Mass-C Division of Human Resources, John O'Leary, Personnel Director <br> MCAD Docket Number: 08BEM02801 <br> EEOC Number: 16C-2008-02670 <br> Investigator: Marlania Bugg |
|---|---|

Your complaint has been dismissed for the following reasons:

[ ]    The facts alleged fail to state a claim under any of the statutes the Commission enforces.

[ ]    Respondent employs less than the required number of employees.

[ ]    Your complaint was not timely filed with the Commission, i.e. you waited too long after the date(s) of the alleged discrimination to file. Because it was filed outside the time limit prescribed by law, the Commission cannot investigate your allegations.

[ ]    You failed to provide requested information, failed or refused to appear or to be available for necessary interviews/conference, or otherwise refused to cooperate to the extent that the Commission has been unable to resolve your complaint. You have had more than 30 days in which to respond to our written request.

[ ]    The Commission's efforts to locate you have been unsuccessful. You have had at least 30 days in which to respond to a notice sent to your last known address.

[ ]    The Respondent has made a reasonable settlement, offering full relief for the harm you alleged. 30 days have expired since you received actual notice of this settlement offer.

[ ]    The Commission issues the following determination. Based upon the Commission's investigation, the Commission is unable to conclude that the information obtained establishes a violation of the statutes. This does not certify that the Respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this complaint.

[✓]    **Complainant wishes to file a civil action on the same matter in court.**

Sunila Thomas-George
Investigating Commissioner

9-29-08
Date

Cc:

Mass-C Division of Human Services
Attn: Director of Human Resources
One Ashburton Place
Boston, MA 02108

John O'Leary, Director of Human Resources

MEMORANDUM

To:    Case File of Karyn VanDyke v. Mass-C Division of Human Resources, John
       O'Leary
       MCAD Docket # 08BEM02801
       EEOC # 16C-2008-02670 (20+ Employees)
From:  Marlania Bugg
RE:    Dismissal of Complaint

## Issues Investigated:

Whether Complainant was discriminated against at her place of employment based on her
race and color (black, non-Hispanic), which is in violation of Massachusetts General
Laws, Chapter 151B, §4, Paragraphs 1 and 4A and Title VII of the Civil Rights Act of
1964, as amended.

## Summary of Findings:

On September 24, 2008, Complainant filed a complaint with this Commission and the
Equal Employment Opportunity Commission (EEOC) alleging discrimination based on
her race and color.

Complainant, through her attorney, submitted a formal request to withdraw the complaint
with both the Commission and the EEOC because she has chosen to pursue the matter in
court, under Chapter 478.

The Complainant understands it is unlawful for any person to threaten, intimidate or
harass her because she has filed a complaint. She states she has not been coerced into
requesting this withdrawal. Therefore, it is recommended that Complainant's request be
granted and this complaint be closed as a Chapter 478 withdrawal.

Marlania Bugg
Senior Supervisor of Investigations

The Commonwealth of Massachusetts
Commission Against Discrimination
One Ashburton Place, Boston, MA 02108
Phone: (617) 994-6000 Fax: (617) 994-6024



- DISMISSAL and NOTIFICATION of RIGHTS -

| To: | Obed M. Almeyda<br>207 Prentice Street<br>Springfield, MA 01103 | Case: Obed Almeyda v. City of Springfield, Domenic<br>Sarno, Mayor<br>MCAD Docket Number: 08BEM02806<br>EEOC Number: 16C-2008-02674<br>Investigator: Marlania Bugg |
| --- | --- | --- |

Your complaint has been dismissed for the following reasons:

[ ]  The facts alleged fail to state a claim under any of the statutes the Commission enforces.

[ ]  Respondent employs less than the required number of employees.

[ ]  Your complaint was not timely filed with the Commission, i.e. you waited too
long after the date(s) of the alleged discrimination to file. Because it was filed outside the time limit
prescribed by law, the Commission cannot investigate your allegations.

[ ]  You failed to provide requested information, failed or refused to appear or to be available for necessary
interviews/conference, or otherwise refused to cooperate to the extent that the Commission has been unable
to resolve your complaint. You have had more than 30 days in which to respond to our written request.

[ ]  The Commission's efforts to locate you have been unsuccessful. You have had at
least 30 days in which to respond to a notice sent to your last known address.

[ ]  The Respondent has made a reasonable settlement, offering full relief for the
harm you alleged. 30 days have expired since you received actual notice of this settlement offer.

[ ]  The Commission issues the following determination. Based upon the
Commission's investigation, the Commission is unable to conclude that the information obtained establishes
a violation of the statutes. This does not certify that the Respondent is in compliance with the statutes. No
finding is made as to any other issues that might be construed as having been raised by this complaint.

[X]  Other (briefly state) Chapter 478 withdrawal

_____
Sunila Thomas-George
Investigating Commissioner

_____9 - 30 -08_____
Date

Cc:

City of Springfield
Attn: Director of Human Resources
City Hall
36 Court Street
Springfield, MA 01103

Domenic Sarno, Mayor
c/o City of Springfield

City Hall
36 Court Street
Springfield, MA 01103

Leah M. Barrault, Esq.
Pyle, Rome, Lichten, Ehrenberg & Liss-Riordan, P.C
18 Tremont Street
Suite 500
Boston, MA 02108

## MEMORANDUM

To:     Case File of Obed Almeyda v. City of Springfield, Domenic Sarno, Mayor
        MCAD Docket # 08BEM02806
        EEOC # 16C-2008-02674 (25+ Employees)
From:   Marlania Bugg
RE:     Withdrawal of Complaint

### Issues Investigated:

Whether Complainant was discriminated against based on Race (Hispanic), in violation
of Massachusetts General Laws, Chapter 151B, §4, Paragraphs 1, 4A, and Title VII of the
1964 Civil Rights Act, as amended.

### Summary of Findings:

On September 24th, 2008, Complainant filed a complaint with this Commission and the
Equal Employment Opportunity Commission (EEOC) alleging Race discrimination.

On September 24th, 2008, Complainant, through his attorney, submitted a formal request
to withdraw the complaint with both the Commission and the EEOC, because he wishes
to file a civil action on the same matter in court.

The Complainant understands it is unlawful for any person to threaten, intimidate or
harass him because he has filed a complaint. He states he has not been coerced into
requesting this withdrawal. Therefore, it is recommended that Complainant's request be
granted and this complaint be closed as a C478 withdrawal.

Marlania Bugg
Senior Supervisor of Investigations

**The Commonwealth of Massachusetts**
**Commission Against Discrimination**
**One Ashburton Place, Boston, MA 02108**
**Phone: (617) 994-6000 Fax: (617) 994-6024**

OCT 0 2 2008

## - DISMISSAL and NOTIFICATION of RIGHTS -

| | |
|---|---|
| To: Obed M. Almeyda<br>207 Prentice Street<br>Springfield, MA 01103 | Case: Obed Almeyda v. Mass-C Division of Human<br>Services, John O'Leary, Director of Human Resources<br>MCAD Docket Number: 08BEM02808<br>EEOC Number: 16C-2008-02675<br>Investigator: Marlania Bugg |

Your complaint has been dismissed for the following reasons:

[ ]    The facts alleged fail to state a claim under any of the statutes the Commission enforces.

[ ]    Respondent employs less than the required number of employees.

[ ]    Your complaint was not timely filed with the Commission, i.e. you waited too
long after the date(s) of the alleged discrimination to file. Because it was filed outside the time limit
prescribed by law, the Commission cannot investigate your allegations.

[ ]    You failed to provide requested information, failed or refused to appear or to be available for necessary
interviews/conference, or otherwise refused to cooperate to the extent that the Commission has been unable
to resolve your complaint. You have had more than 30 days in which to respond to our written request.

[ ]    The Commission's efforts to locate you have been unsuccessful. You have had at
least 30 days in which to respond to a notice sent to your last known address.

[ ]    The Respondent has made a reasonable settlement, offering full relief for the
harm you alleged. 30 days have expired since you received actual notice of this settlement offer.

[ ]    The Commission issues the following determination. Based upon the
Commission's investigation, the Commission is unable to conclude that the information obtained establishes
a violation of the statutes. This does not certify that the Respondent is in compliance with the statutes. No
finding is made as to any other issues that might be construed as having been raised by this complaint.

[X]    Other (briefly state) Chapter 478 withdrawal

_Sunila J. George_                              9 - 30 - 08
Sunila Thomas-George                            Date
Investigating Commissioner

Cc:

John O'Leary, Director of Human Resources
c/o Mass-C Division of Human Resources

One Ashburton Place
Boston, MA 02108

Leah M. Barrault, Esq.

Pyle, Rome, Lichten, Ehrenberg &Liss-Riordan,P.C.
18 Tremont Street
Suite 500
Boston, MA 02108

Mass-C Division of Human Services
Attn: Director of Human Resources
One Ashburton Place
Boston, MA 02108

**MEMORANDUM**

To:     Case File of Obed Almeyda v Mass-C Division of Human Services, John O'Leary
        , Director of Human Resources
        MCAD Docket # 08BEM02808
        EEOC # 16C-2008-02675 (25+ Employees)
From:   Marlania Bugg
RE:     Withdrawal of Complaint

---

**Issues Investigated:**

Whether Complainant was discriminated against based on Race (Hispanic), in violation
of Massachusetts General Laws, Chapter 151B, §4, Paragraphs 1, 4A, and Title VII of the
1964 Civil Rights Act, as amended.

**Summary of Findings:**

On September 24th, 2008, Complainant filed a complaint with this Commission and the
Equal Employment Opportunity Commission (EEOC) alleging Race discrimination.

On September 24th, 2008, Complainant, through his attorney, submitted a formal request
to withdraw the complaint with both the Commission and the EEOC, because he wishes
to file a civil action on the same matter in court.

The Complainant understands it is unlawful for any person to threaten, intimidate or
harass him because he has filed a complaint. He states he has not been coerced into
requesting this withdrawal. Therefore, it is recommended that Complainant's request be
granted and this complaint be closed as a C478 withdrawal.

Marlania Bugg
Senior Supervisor of Investigations

The Commonwealth of Massachusetts
Commission Against Discrimination
One Ashburton Place, Boston, MA 02108
Phone: (617) 994-6000 Fax: (617) 994-6024

## - DISMISSAL and NOTIFICATION of RIGHTS -

| To: Louis M. Rosario | Case: Louis Rosario v. City of Springfield, Domenic |
|---|---|
| 33 Birch Avenue | Sarno, Mayor |
| East Longmeadow, MA 01028 | MCAD Docket Number: 08BEM02809 |
| | EEOC Number: 16C-2008-02676 |
| | Investigator: Marlania Bugg |

Your complaint has been dismissed for the following reasons:

[ ]    The facts alleged fail to state a claim under any of the statutes the Commission enforces.

[ ]    Respondent employs less than the required number of employees.

[ ]    Your complaint was not timely filed with the Commission, i.e. you waited too
long after the date(s) of the alleged discrimination to file.  Because it was filed outside the time limit
prescribed by law, the Commission cannot investigate your allegations.

[ ]    You failed to provide requested information, failed or refused to appear or to be available for necessary
interviews/conference, or otherwise refused to cooperate to the extent that the Commission has been unable
to resolve your complaint.  You have had more than 30 days in which to respond to our written request.

[ ]    The Commission's efforts to locate you have been unsuccessful.  You have had at
least 30 days in which to respond to a notice sent to your last known address.

[ ]    The Respondent has made a reasonable settlement, offering full relief for the
harm you alleged.  30 days have expired since you received actual notice of this settlement offer.

[ ]    The Commission issues the following determination.  Based upon the
Commission's investigation, the Commission is unable to conclude that the information obtained establishes
a violation of the statutes.  This does not certify that the Respondent is in compliance with the statutes.  No
finding is made as to any other issues that might be construed as having been raised by this complaint.

[X]    **Other (briefly state) Chapter 478 withdrawal**

_Sunila J. George_
Sunila Thomas-George
Investigating Commissioner

_9-30-08_
Date

Cc:

City of Springfield
Attn: Director of Human Resources
City Hall
36 Court Street
Springfield, MA 01103

MEMORANDUM

To:    Case File of Louis Rosario v. City of Springfield, Domenic Sarno, Mayor
       MCAD Docket # 08BEM02809
       EEOC # 16C-2008-02676 (25+ Employees)
From:  Marlania Bugg
RE:    Withdrawal of Complaint

**Issues Investigated:**

Whether Complainant was discriminated against based on Race (Hispanic), in violation
of Massachusetts General Laws, Chapter 151B, §4, Paragraphs 1, 4A, and Title VII of the
1964 Civil Rights Act, as amended.

**Summary of Findings:**

On September 24th, 2008, Complainant filed a complaint with this Commission and the
Equal Employment Opportunity Commission (EEOC) alleging Race discrimination.

On September 24th, 2008, Complainant, through his attorney, submitted a formal request
to withdraw the complaint with both the Commission and the EEOC, because he wishes
to file a civil action on the same matter in court.

The Complainant understands it is unlawful for any person to threaten, intimidate or
harass him because he has filed a complaint.  He states he has not been coerced into
requesting this withdrawal.  Therefore, it is recommended that Complainant's request be
granted and this complaint be closed as a C478 withdrawal.

Marlania Bugg
Senior Supervisor of Investigations

The Commonwealth of Massachusetts
Commission Against Discrimination
One Ashburton Place , Boston, MA 02108
Phone: (617) 994-6000 Fax: (617) 994-6024

OCT 0 2 2008

- DISMISSAL and NOTIFICATION of RIGHTS -

| To: Leah M. Barrault, Esq. | Case: Rodney Best v. C-Boston, Boston Police |
| Pyle, Rome, Lichten, Ehrenberg & Liss- | Department, Edward Davis, Commissioner |
| Riordan, PC. | MCAD Docket Number: 08BEM02810 |
| 18 Tremont Street, Suite 500 | EEOC Number: 16C-2008-02677 |
| Boston, MA 02108 | Investigator: Marlania J. Bugg |

Your complaint has been dismissed for the following reasons:

[ ]  The facts alleged fail to state a claim under any of the statutes the Commission enforces.

[ ]  Respondent employs less than the required number of employees.

[ ]  Your complaint was not timely filed with the Commission, i.e. you waited too
long after the date(s) of the alleged discrimination to file.  Because it was filed outside the time limit
prescribed by law, the Commission cannot investigate your allegations.

[ ]  You failed to provide requested information, failed or refused to appear or to be available for necessary
interviews/conference, or otherwise refused to cooperate to the extent that the Commission has been unable
to resolve your complaint.  You have had more than 30 days in which to respond to our written request.

[ ]  The Commission's efforts to locate you have been unsuccessful.  You have had at
least 30 days in which to respond to a notice sent to your last known address.

[ ]  The Respondent has made a reasonable settlement, offering full relief for the
harm you alleged.  30 days have expired since you received actual notice of this settlement offer.

[ ]  The Commission issues the following determination.  Based upon the
Commission's investigation, the Commission is unable to conclude that the information obtained establishes
a violation of the statutes.  This does not certify that the Respondent is in compliance with the statutes.  No
finding is made as to any other issues that might be construed as having been raised by this complaint.

[x]  Other – Chapter 478 withdrawal

_Sunila J. George_
Sunila Thomas-George
Investigating Commissioner

_9-30-08_
Date

Cc:

Boston Police Department
Attn: Director of Human Resources
One Schroeder Plaza
Boston, MA 02120

MCAD Docket Number 08BEM02810, Dismissal and Notification of Rights without Appeal Rights      Page   1

MEMORANDUM

TO: Case File    <u>Best v. C-Boston, Boston Police Department, Edward Davis,</u>
<u>Commissioner</u>

MCAD NO. : 081302810
EEOC NO. : 16C-2008-02677
NO OF EMP: 20+

FR:  Marlania J. Bugg, Sr. Supervisor
RE:  Chapter 478 Withdrawal

<u>Issues Investigated:</u>

Whether Complainant was subjected to adverse terms and conditions of employment
(failure to promote), because of his race and color (Black), in violation of Massachusetts
General Laws, c151B, §4, ¶ 1, ¶ 4A, and Title VII of the 1964 Civil Rights Act.

<u>Summary of Findings:</u>

On September 24, 2008, Complainant filed a complaint with this Commission and with
the Equal Employment Opportunity Commission alleging discrimination in employment
based on race and color.

On September 24, 2008, Complainant, through the offices of his attorney, submitted a
request to withdraw his complaint, stating therein that he wished to file a private right of
action in civil court.   The request included the requisite non-coercion language.

Therefore, it recommended that this case be closed as a Chapter 478 withdrawal.

Marlania J. Bugg
Sr. Supervisor

The Commonwealth of Massachusetts
Commission Against Discrimination
One Ashburton Place , Boston, MA 02108
Phone: (617) 994-6000 Fax: (617) 994-6024

OCT 0 2 2008

- DISMISSAL and NOTIFICATION of RIGHTS -

| To: Leah M. Barrault, Esq. | Case: Cathenia D. Cooper-Paterson v. C-Boston, Boston |
|---|---|
| Pyle, Rome, Lichten, Ehrenberg & Liss- | Police Department, Edward Davis, Commissioner |
| Riordan, PC. | MCAD Docket Number: 08BEM02811 |
| 18 Tremont Street, Suite 500 | EEOC Number: 16C-2008-02678 |
| Boston, MA 02108 | Investigator: Marlania Bugg |

Your complaint has been dismissed for the following reasons:

[ ]  The facts alleged fail to state a claim under any of the statutes the Commission enforces.

[ ]  Respondent employs less than the required number of employees.

[ ]  Your complaint was not timely filed with the Commission, i.e. you waited too
     long after the date(s) of the alleged discrimination to file. Because it was filed outside the time limit
     prescribed by law, the Commission cannot investigate your allegations.

[ ]  You failed to provide requested information, failed or refused to appear or to be available for necessary
     interviews/conference, or otherwise refused to cooperate to the extent that the Commission has been unable
     to resolve your complaint. You have had more than 30 days in which to respond to our written request.

[ ]  The Commission's efforts to locate you have been unsuccessful. You have had at
     least 30 days in which to respond to a notice sent to your last known address.

[ ]  The Respondent has made a reasonable settlement, offering full relief for the
     harm you alleged. 30 days have expired since you received actual notice of this settlement offer.

[ ]  The Commission issues the following determination. Based upon the
     Commission's investigation, the Commission is unable to conclude that the information obtained establishes
     a violation of the statutes. This does not certify that the Respondent is in compliance with the statutes. No
     finding is made as to any other issues that might be construed as having been raised by this complaint.

[x]  Other (briefly state) Chapter 478 withdrawal

Sunila Thomas-George
Investigating Commissioner

Date  9-30-08

cc:
Boston Police Department
Attn: Director of Human Resources
One Schroeder Plaza
Boston, MA 02120

C-Boston
Attn: Director of Human Resources
One City Hall Plaza
Boston, MA 02120

Edward Davis, Commissioner
C/o Boston Police Department
One Schroeder Plaza
Boston, MA 02120

Cathenia D. Cooper-Paterson v. C-Boston, Boston Police Department, Edward Davis, Commissioner

1

08BEM02811

## INVESTIGATIVE DISPOSITION

Case Name:            Cathenia D.  Cooper-Paterson v. C-Boston, Boston Police
                      Department, Edward  Davis, Commissioner
MCAD Docket No.:      08BEM02811
EEOC Docket No.:      16C-2008-02678
No. of Employees:     20 +
Investigator:         Marlania Bugg, Senior Supervisor
Recommendation:       **Withdrawal of Complaint**

### Issues Investigated:

Whether the Complainant was discriminated against based on race/color (Black), in
violation of the MGL Chapter 151B, §4, ¶1, ¶4A, and Title VII of the 1964 Civil Rights
Act, as amended.

### Summary of Findings:

On September 24, 2008, the Complainant filed a complaint with this Commission and the
Equal employment Opportunity Commission (EEOC) alleging Race and Color
discrimination.

On September 24, 2008 Complainant through his attorney, submitted a formal request to
withdraw the complaint with both the Commission and the EEOC, because he wishes to
file a civil action on the same matter in court.

The Complainant understands it is unlawful for any person to threaten, intimidate or harass
him because has filed a complaint.  He states he has not been coerced into requesting this
withdrawal.  Therefore, it is recommended that the Complainant's request be granted and
this complaint be closed as a Chapter 478 withdrawal.

Marlania Bugg
Sr. Supervisor

**The Commonwealth of Massachusetts**
**Commission Against Discrimination**
**One Ashburton Place , Boston, MA 02108**
Phone: (617) 994-6000 Fax: (617) 994-6024

**OCT 0 2 2008**

- **DISMISSAL and NOTIFICATION of RIGHTS** -

| | |
|---|---|
| To:  Leah M. Barrault, Esq.<br>Pyle, Rome, Lichten, Ehrenberg & Liss-<br>Riordan, PC.<br>18 Tremont Street, Suite 500<br>Boston, MA 02108 | Case: Cathenia D. Cooper-Paterson v. Mass-C Division<br>of Human Resources, John O'Leary, Personnel<br>Director<br>**MCAD Docket Number:** 08BEM02812<br>**EEOC Number:** 16C-2008-02679<br>**Investigator:** Marlania Bugg |

Your complaint has been dismissed for the following reasons:

[ ]   The facts alleged fail to state a claim under any of the statutes the Commission enforces.

[ ]   Respondent employs less than the required number of employees.

[ ]   Your complaint was not timely filed with the Commission, i.e. you waited too
long after the date(s) of the alleged discrimination to file. Because it was filed outside the time limit
prescribed by law, the Commission cannot investigate your allegations.

[ ]   You failed to provide requested information, failed or refused to appear or to be available for necessary
interviews/conference, or otherwise refused to cooperate to the extent that the Commission has been
unable to resolve your complaint. You have had more than 30 days in which to respond to our written
request.

[ ]   The Commission's efforts to locate you have been unsuccessful. You have had at
least 30 days in which to respond to a notice sent to your last known address.

[ ]   The Respondent has made a reasonable settlement, offering full relief for the
harm you alleged. 30 days have expired since you received actual notice of this settlement offer.

[ ]   The Commission issues the following determination. Based upon the
Commission's investigation, the Commission is unable to conclude that the information obtained
establishes a violation of the statutes. This does not certify that the Respondent is in compliance with
the statutes. No finding is made as to any other issues that might be construed as having been raised by
this complaint.

[x]   Other (briefly state) Chapter 478 withdrawal

_Sunila J. George_              _9-30-08_
Sunila Thomas-George            Date
Investigating Commissioner
cc:

John O'Leary, Personnel Director
Mass-C Division of Human Resources
One Ashburton Place
Boston, MA 02108

Mass-C Division of Human Resources
Attn: Director of Human Resources
One Ashburton Place
Boston, MA 02108

Cathenia D. Cooper-Paterson v. Mass-C Division of Human Resources, John O'Leary, Personnel Director

1

08BEM02812

# INVESTIGATIVE DISPOSITION

Case Name:              Cathenia D. Cooper-Paterson v. Mass-C Division of Human
                        Resources, John  O'Leary, Personnel Director
MCAD Docket No.:        08BEM02812
EEOC Docket No.:        16C-2008-02679
No. of Employees:       20 +
Investigator:           Marlania Bugg, Senior Supervisor
Recommendation:         **Withdrawal of Complaint**

## Issues Investigated:

Whether the Complainant was discriminated against based on race/color (Black), in
violation of the MGL Chapter 151B, §4, ¶1, ¶4A, and Title VII of the 1964 Civil Rights
Act, as amended.

## Summary of Findings:

On September 24, 2008, the Complainant filed a complaint with this Commission and the
Equal employment Opportunity Commission (EEOC) alleging Race and Color
discrimination.

On September 24, 2008 Complainant through his attorney, submitted a formal request to
withdraw the complaint with both the Commission and the EEOC, because he wishes to
file a civil action on the same matter in court.

The Complainant understands it is unlawful for any person to threaten, intimidate or harass
him because has filed a complaint.  He states he has not been coerced into requesting this
withdrawal.  Therefore, it is recommended that the Complainant's request be granted and
this complaint be closed as a Chapter 478 withdrawal.


Marlania Bugg
Sr. Supervisor

**The Commonwealth of Massachusetts
Commission Against Discrimination
One Ashburton Place , Boston, MA 02108**
Phone: (617) 994-6000 Fax: (617) 994-6024

OCT 0 2 2008

- **DISMISSAL and NOTIFICATION of RIGHTS -**

| | |
|---|---|
| To:   Leah M. Barrault, Esq.<br>Pyle,Rome,Lichten,Ehrenberg&Liss-<br>Riordan,P.C.<br>18 Tremont Street<br>Suite 500<br>Boston, MA 02108 | Case: Louis  Rosario v. Mass-C Division of Human<br>Services, John  O'Leary, Director of Human Resources<br>**MCAD Docket Number:** 08BEM02813<br>**EEOC Number:** 16C-2008-02680<br>**Investigator:** Marlania Bugg |

Your complaint has been dismissed for the following reasons:

[ ]    The facts alleged fail to state a claim under any of the statutes the Commission enforces.

[ ]    Respondent employs less than the required number of employees.

[ ]    Your complaint was not timely filed with the Commission, i.e. you waited too
long after the date(s) of the alleged discrimination to file.  Because it was filed outside the time limit
prescribed by law, the Commission cannot investigate your allegations.

[ ]    You failed to provide requested information, failed or refused to appear or to be available for necessary
interviews/conference, or otherwise refused to cooperate to the extent that the Commission has been
unable to resolve your complaint.  You have had more than 30 days in which to respond to our written
request.

[ ]    The Commission's efforts to locate you have been unsuccessful.  You have had at
least 30 days in which to respond to a notice sent to your last known address.

[ ]    The Respondent has made a reasonable settlement, offering full relief for the
harm you alleged.  30 days have expired since you received actual notice of this settlement offer.

[ ]    The Commission issues the following determination.  Based upon the
Commission's investigation, the Commission is unable to conclude that the information obtained
establishes a violation of the statutes.  This does not certify that the Respondent is in compliance with
the statutes.  No finding is made as to any other issues that might be construed as having been raised by
this complaint.

[x]    Other (briefly state) Chapter 478  withdrawal


_Sunila J. George_
Sunila Thomas-George
Investigating Commissioner
cc:

_9 - 30 - 08_
Date

John  O'Leary, Director of Human Resources
c/o Mass-C Division of Human Resources
One Ashburton Place
Boston, MA 02108

Mass-C Division of Human Services


Louis  Rosario v. Mass-C Division of Human Services, John  O'Leary, Director of Human Resources

1

08BEM02813

## INVESTIGATIVE DISPOSITION

| | |
|---|---|
| Case Name: | Louis Rosario v. Mass-C Division of Human Services, John O'Leary, Director of Human Resources |
| MCAD Docket No.: | 08BEM02813 |
| EEOC Docket No.: | 16C-2008-02680 |
| No. of Employees: | 20 + |
| Investigator: | Marlania Bugg, Senior Supervisor |
| Recommendation: | **Withdrawal of Complaint** |

### Issues Investigated:

Whether the Complainant was discriminated against based on race/color (Hispanic), in violation of the MGL Chapter 151B, §4, ¶1, ¶4A, and Title VII of the 1964 Civil Rights Act, as amended.

### Summary of Findings:

On September 24, 2008, the Complainant filed a complaint with this Commission and the Equal employment Opportunity Commission (EEOC) alleging Race and Color discrimination.

On September 24, 2008 Complainant through his attorney, submitted a formal request to withdraw the complaint with both the Commission and the EEOC, because he wishes to file a civil action on the same matter in court.

The Complainant understands it is unlawful for any person to threaten, intimidate or harass him because has filed a complaint. He states he has not been coerced into requesting this withdrawal. Therefore, it is recommended that the Complainant's request be granted and this complaint be closed as a Chapter 478 withdrawal.


Marlania Bugg
Sr. Supervisor

The Commonwealth of Massachusetts
Commission Against Discrimination
One Ashburton Place , Boston, MA 02108
Phone: (617) 994-6000 Fax: (617) 994-6024

OCT 0 2 2008

- DISMISSAL and NOTIFICATION of RIGHTS -

| To: | Leah M. Barrault, Esq. | Case: Rodney Best v. Mass-C Division of Human |
|---|---|---|
| | Pyle, Rome, Lichten, Ehrenberg & Liss-Riordan, PC. | Resources, John O'Leary, Personnel Director |
| | 18 Tremont Street, Suite 500 | MCAD Docket Number: 08BEM02814 |
| | Boston, MA 02108 | EEOC Number: 16C-2008-02681 |
| | | Investigator: Marlania J. Bugg |

Your complaint has been dismissed for the following reasons:

[ ]    The facts alleged fail to state a claim under any of the statutes the Commission enforces.

[ ]    Respondent employs less than the required number of employees.

[ ]    Your complaint was not timely filed with the Commission, i.e. you waited too
long after the date(s) of the alleged discrimination to file. Because it was filed outside the time limit
prescribed by law, the Commission cannot investigate your allegations.

[ ]    You failed to provide requested information, failed or refused to appear or to be available for necessary
interviews/conference, or otherwise refused to cooperate to the extent that the Commission has been unable
to resolve your complaint. You have had more than 30 days in which to respond to our written request.

[ ]    The Commission's efforts to locate you have been unsuccessful. You have had at
least 30 days in which to respond to a notice sent to your last known address.

[ ]    The Respondent has made a reasonable settlement, offering full relief for the
harm you alleged. 30 days have expired since you received actual notice of this settlement offer.

[ ]    The Commission issues the following determination. Based upon the
Commission's investigation, the Commission is unable to conclude that the information obtained establishes
a violation of the statutes. This does not certify that the Respondent is in compliance with the statutes. No
finding is made as to any other issues that might be construed as having been raised by this complaint.

[x]    Other –Chapter 478 withdrawal

_Sunila J. George_                                    _9-30-08_
Sunila Thomas-George                                  Date
Investigating Commissioner


Cc:

John O'Leary, Personnel Director
C/O Mass-C Division of Human Resources
One Ashburton Place
Boston, MA 02108

MEMORANDUM

TO: Case File    Best v. Mass-C Division of Human Resources, John O'Leary
MCAD NO. : 081302814
EEOC NO. : 16C-2008-02681
NO OF EMP: 20+
FR: Marlania J. Bugg, Sr. Supervisor
RE: Chapter 478 Withdrawal

Issues Investigated:

Whether Complainant was subjected to adverse terms and conditions of employment
(failure to promote), because of his race and color (Black), in violation of Massachusetts
General Laws, c151B, §4, ¶ 1, ¶ 4A, and Title VII of the 1964 Civil Rights Act.

Summary of Findings:

On September 24, 2008, Complainant filed a complaint with this Commission and with
the Equal Employment Opportunity Commission alleging discrimination in employment
based on race and color.

On September 24, 2008, Complainant, through the offices of his attorney, submitted a
request to withdraw his complaint, stating therein that he wished to file a private right of
action in civil court.   The request included the requisite non-coercion language.

Therefore, it recommended that this case be closed as a Chapter 478 withdrawal.


Marlania J. Bugg
Sr. Supervisor

The Commonwealth of Massachusetts
Commission Against Discrimination
One Ashburton Place , Boston, MA 02108

OCT 0 2 2008    Phone: (617) 994-6000 Fax: (617) 994-6024

- DISMISSAL and NOTIFICATION of RIGHTS -

| To: | Leah M. Barrault, Esq. | Case: Dave Singletary v. C-Boston, Boston Police |
| | Pyle, Rome, Lichten, Ehrenberg & Liss- | Department, Edward Davis, Commissioner |
| | Riordan, PC. | MCAD Docket Number: 08BEM02815 |
| | 18 Tremont Street, Suite 500 | EEOC Number: 16C-2008-02682 |
| | Boston, MA 02108 | Investigator: Marlania J. Bugg |

Your complaint has been dismissed for the following reasons:

[ ]    The facts alleged fail to state a claim under any of the statutes the Commission enforces.

[ ]    Respondent employs less than the required number of employees.

[ ]    Your complaint was not timely filed with the Commission, i.e. you waited too
long after the date(s) of the alleged discrimination to file. Because it was filed outside the time limit
prescribed by law, the Commission cannot investigate your allegations.

[ ]    You failed to provide requested information, failed or refused to appear or to be available for necessary
interviews/conference, or otherwise refused to cooperate to the extent that the Commission has been unable
to resolve your complaint. You have had more than 30 days in which to respond to our written request.

[ ]    The Commission's efforts to locate you have been unsuccessful. You have had at
least 30 days in which to respond to a notice sent to your last known address.

[ ]    The Respondent has made a reasonable settlement, offering full relief for the
harm you alleged. 30 days have expired since you received actual notice of this settlement offer.

[ ]    The Commission issues the following determination. Based upon the
Commission's investigation, the Commission is unable to conclude that the information obtained establishes
a violation of the statutes. This does not certify that the Respondent is in compliance with the statutes. No
finding is made as to any other issues that might be construed as having been raised by this complaint.

[x]    Other –Chapter 478 withdrawal

_Sunila J. George_    9-30-08
Sunila Thomas-George    Date
Investigating Commissioner

Cc:

Boston Police Department
Attn: Director of Human Resources
One Schroeder Plaza
Boston, MA 02120

MCAD Docket Number 08BEM02815, Dismissal and Notification of Rights without Appeal Rights    Page  1

C-Boston
Attn: Director of Human Resources
One City Hall Plaza
Boston, MA 02120

Dave Singletary
31 Fulda Street
Boston, MA 02119

Edward Davis, Commissioner
C/o Boston Police Department
One Schroeder Plaza
Boston, MA 02120

MEMORANDUM

TO: Case File    Singletary v. C-Boston, Boston Police Department, Edward
                 Davis, Commissioner
MCAD NO.̂ ̴ 081302815
EEOC NO.  : 16C-2008-02682
NO OF EMP: 20+
    FR:  Marlania J. Bugg, Sr. Supervisor
    RE:  Chapter 478 Withdrawal

Issues Investigated:

Whether Complainant was subjected to adverse terms and conditions of employment
(failure to promote), because of his race and color (Black), in violation of Massachusetts
General Laws, c151B, §4, ¶ 1, ¶ 4A, and Title VII of the 1964 Civil Rights Act.

Summary of Findings:

On September 24, 2008, Complainant filed a complaint with this Commission and with
the Equal Employment Opportunity Commission alleging discrimination in employment
based on race and color.

On September 24, 2008, Complainant, through the offices of his attorney, submitted a
request to withdraw his complaint, stating therein that he wished to file a private right of
action in civil court.   The request included the requisite non-coercion language.

Therefore, it recommended that this case be closed as a Chapter 478 withdrawal.

Marlania J. Bugg
Sr. Supervisor

The Commonwealth of Massachusetts
Commission Against Discrimination
One Ashburton Place, Boston, MA 02108
Phone: (617) 994-6000 Fax: (617) 994-6024

OCT 0 2 2008

- DISMISSAL and NOTIFICATION of RIGHTS -

| To: Leah M. Barrault, Esq. Pyle, Rome, Lichten, Ehrenberg & Liss-Riordan, P.C. 18 Tremont Street, Suite 500 Boston, MA 02108 | Case: Delores Facey v. Boston Police Department, C-Boston, Edward Davis, Commissioner MCAD Docket Number: 08BEM02816 EEOC Number: 16C-2008-02683 Investigator: Marlania Bugg |
| --- | --- |

Your complaint has been dismissed for the following reasons:

[ ]   The facts alleged fail to state a claim under any of the statutes the Commission enforces.

[ ]   Respondent employs less than the required number of employees.

[ ]   Your complaint was not timely filed with the Commission, i.e. you waited too long after the date(s) of the alleged discrimination to file.  Because it was filed outside the time limit prescribed by law, the Commission cannot investigate your allegations.

[ ]   You failed to provide requested information, failed or refused to appear or to be available for necessary interviews/conference, or otherwise refused to cooperate to the extent that the Commission has been unable to resolve your complaint.  You have had more than 30 days in which to respond to our written request.

[ ]   The Commission's efforts to locate you have been unsuccessful.  You have had at least 30 days in which to respond to a notice sent to your last known address.

[ ]   The Respondent has made a reasonable settlement, offering full relief for the harm you alleged.  30 days have expired since you received actual notice of this settlement offer.

[ ]   The Commission issues the following determination.  Based upon the Commission's investigation, the Commission is unable to conclude that the information obtained establishes a violation of the statutes.  This does not certify that the Respondent is in compliance with the statutes.  No finding is made as to any other issues that might be construed as having been raised by this complaint.

[✓]   Complainant wishes to file a civil action on the same matter in court.


_Sunila J. George_                                       9-30-08
Sunila Thomas-George                                     Date
Investigating Commissioner

Cc:

C-of Boston
Attn: Director of Human Resources
One City Hall Plaza
Boston, MA 02120

Boston Police Department
Attn: Director of Human Resources
One Schroeder Plaza
Boston, MA 02120

Edward Davis, Commissioner
C/o Boston Police Department

MCAD Docket Number 08BEM02816, Dismissal and Notification of Rights without Appeal Rights     Page   1

MEMORANDUM

To:    Case File of Delores Facey v. C-of Boston, Boston Police Department, Edward
Davis
MCAD Docket # 08BEM02816
EEOC # 16C-2008-02683 (20+ Employees)
From: Marlania Bugg
RE:    Dismissal of Complaint

## Issues Investigated:

Whether Complainant was discriminated against at her place of employment based on her
race and color (black, non-Hispanic), which is in violation of Massachusetts General
Laws, Chapter 151B, § 4, Paragraphs 1 and 4A and Title VII of the Civil Rights Act of
1964, as amended.

## Summary of Findings:

On September 24, 2008, Complainant filed a complaint with this Commission and the
Equal Employment Opportunity Commission (EEOC) alleging discrimination based on
her race and color.

Complainant, through her attorney, submitted a formal request to withdraw the complaint
with both the Commission and the EEOC because she has chosen to pursue the matter in
court, under Chapter 478.

The Complainant understands it is unlawful for any person to threaten, intimidate or
harass her because she has filed a complaint. She states she has not been coerced into
requesting this withdrawal. Therefore, it is recommended that Complainant's request be
granted and this complaint be closed as a Chapter 478 withdrawal.


Marlania Bugg
Senior Supervisor of Investigations

**The Commonwealth of Massachusetts**
**Commission Against Discrimination**
**One Ashburton Place, Boston, MA 02108**
Phone: (617) 994-6000 Fax: (617) 994-6024

OCT 0 2 2008

- DISMISSAL and NOTIFICATION of RIGHTS -

| To: | Leah M. Barrault, Esq.<br>Pyle, Rome, Lichten, Ehrenberg & Liss-Riordan, P.C.<br>18 Tremont Street, Suite 500<br>Boston, MA 02108 | Case: Ty Smith v. Mass-C Division of Human Resources,<br>John O'Leary, Personnel Director<br>MCAD Docket Number: 08BEM02818<br>EEOC Number: 16C-2008-02685<br>Investigator: Marlania Bugg |

Your complaint has been dismissed for the following reasons:

[ ]    The facts alleged fail to state a claim under any of the statutes the Commission enforces.

[ ]    Respondent employs less than the required number of employees.

[ ]    Your complaint was not timely filed with the Commission, i.e. you waited too long after the date(s) of the alleged discrimination to file. Because it was filed outside the time limit prescribed by law, the Commission cannot investigate your allegations.

[ ]    You failed to provide requested information, failed or refused to appear or to be available for necessary interviews/conference, or otherwise refused to cooperate to the extent that the Commission has been unable to resolve your complaint. You have had more than 30 days in which to respond to our written request.

[ ]    The Commission's efforts to locate you have been unsuccessful. You have had at least 30 days in which to respond to a notice sent to your last known address.

[ ]    The Respondent has made a reasonable settlement, offering full relief for the harm you alleged. 30 days have expired since you received actual notice of this settlement offer.

[ ]    The Commission issues the following determination. Based upon the Commission's investigation, the Commission is unable to conclude that the information obtained establishes a violation of the statutes. This does not certify that the Respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this complaint.

[✓]    Complainant wishes to file a civil action on the same matter in court.

Sunila Thomas-George
Investigating Commissioner

9-30-08
Date

Cc:

Mass-C Division of Human Services
Attn: Director of Human Resources
One Ashburton Place
Boston, MA 02108

John O'Leary, Director of Human Resources

MCAD Docket Number 08BEM02818, Dismissal and Notification of Rights without Appeal Rights    Page    1

## MEMORANDUM

To:      Case File of Ty Smith v. Mass-C Division of Human Resources, John O'Leary
      MCAD Docket # 08BEM02818
      EEOC # 16C-2008-02685 (20+ Employees)

From:  Marlania Bugg

RE:     Dismissal of Complaint

### Issues Investigated:

Whether Complainant was discriminated against at his place of employment based on his race and color (black, non-Hispanic), which is in violation of Massachusetts General Laws, Chapter 151B, § 4, Paragraphs 1 and 4A and Title VII of the Civil Rights Act of 1964, as amended.

### Summary of Findings:

On September 24, 2008, Complainant filed a complaint with this Commission and the Equal Employment Opportunity Commission (EEOC) alleging discrimination based on his race and color.

Complainant, through his attorney, submitted a formal request to withdraw the complaint with both the Commission and the EEOC because he has chosen to pursue the matter in court, under Chapter 478.

The Complainant understands it is unlawful for any person to threaten, intimidate or harass him because he has filed a complaint. He states he has not been coerced into requesting this withdrawal. Therefore, it is recommended that Complainant's request be granted and this complaint be closed as a Chapter 478 withdrawal.

Marlania Bugg
Senior Supervisor of Investigations

The Commonwealth of Massachusetts
Commission Against Discrimination
One Ashburton Place , Boston, MA 02108
Phone:  (617) 994-6000 Fax:  (617) 994-6024

OCT 0 2 2008

— DISMISSAL and NOTIFICATION of RIGHTS –

| | |
|---|---|
| To:   Leah M. Barrault, Esq.<br>Pyle, Rome, Lichten, Ehrenberg & Liss-Riordan, PC.<br>18 Tremont Street, Suite 500<br>Boston, MA 02108 | Case: Dave  Singletary v. Mass-C Division of Human Resources, John  O'Leary, Director of Human Resources<br>MCAD Docket Number: 08BEM02819<br>EEOC Number: 16C-2008-02686<br>Investigator: Marlania J. Bugg |

Your complaint has been dismissed for the following reasons:

[ ]   The facts alleged fail to state a claim under any of the statutes the Commission enforces.

[ ] – Respondent employs less than the required number of employees.

[ ]   Your complaint was not timely filed with the Commission, i.e. you waited too long after the date(s) of the alleged discrimination to file.  Because it was filed outside the time limit prescribed by law, the Commission cannot investigate your allegations.

[ ]   You failed to provide requested information, failed or refused to appear or to be available for necessary interviews/conference, or otherwise refused to cooperate to the extent that the Commission has been unable to resolve your complaint.  You have had more than 30 days in which to respond to our written request.

[ ]   The Commission's efforts to locate you have been unsuccessful.  You have had at least 30 days in which to respond to a notice sent to your last known address.

[ ]   The Respondent has made a reasonable settlement, offering full relief for the harm you alleged.  30 days have expired since you received actual notice of this settlement offer.

[ ]   The Commission issues the following determination.  Based upon the Commission's investigation, the Commission is unable to conclude that the information obtained establishes a violation of the statutes.  This does not certify that the Respondent is in compliance with the statutes.  No finding is made as to any other issues that might be construed as having been raised by this complaint.

[x]   Other–Chapter 478 withdrawal

_Sunila J. George_
Sunila Thomas-George
Investigating Commissioner

_9 - 30 - 08_
Date

Cc:

Dave  Singletary
31 Fulda Street
Boston, MA 02119

John O'Leary, Director of Human Resources
Mass-C Division of Human Resources
One Ashburton Place
Boston, MA 02108

Mass-C Division of Human Resources
Attn: Director of Human Resources
One Ashburton Place
Boston, MA 02108

MEMORANDUM

TO: Case File   Singletary v. Mass-C Division of Human Resources, John
                O'Leary

MCAD NO. : 081302819
EEOC NO.  : 16C-2008-02686
NO OF EMP: 20+
                FR:  Marlania J. Bugg, Sr. Supervisor
                RE:  Chapter 478 Withdrawal

Issues Investigated:

Whether Complainant was subjected to adverse terms and conditions of employment
(failure to promote), because of his race and color (Black), in violation of Massachusetts
General Laws, c151B, §4, ¶ 1, ¶ 4A, and Title VII of the 1964 Civil Rights Act.

Summary of Findings:

On September 24, 2008, Complainant filed a complaint with this Commission and with
the Equal Employment Opportunity Commission alleging discrimination in employment
based on race and color.

On September 24, 2008, Complainant, through the offices of his attorney, submitted a
request to withdraw his complaint, stating therein that he wished to file a private right of
action in civil court.   The request included the requisite non-coercion language.

Therefore, it recommended that this case be closed as a Chapter 478 withdrawal.


Marlania J. Bugg
Sr. Supervisor

The Commonwealth of Massachusetts
Commission Against Discrimination
One Ashburton Place, Boston, MA 02108
Phone: (617) 994-6000 Fax: (617) 994-6024

OCT 0 2 2008

DISMISSAL and NOTIFICATION of RIGHTS -

| To: | Leah M. Barrault, Esq.<br>Pyle, Rome, Lichten, Ehrenberg & Liss-Riordan, P.C.<br>18 Tremont Street, Suite 500<br>Boston, MA 02108 | Case: Delores Facey v. Mass-C Division of Human<br>Resources, John O'Leary, Personnel Director<br>MCAD Docket Number: 08BEM02820<br>EEOC Number: 16C-2008-02687<br>Investigator: Marlania Bugg |
|---|---|---|

Your complaint has been dismissed for the following reasons:

[ ]    The facts alleged fail to state a claim under any of the statutes the Commission enforces.

[ ]    Respondent employs less than the required number of employees.

[ ]    Your complaint was not timely filed with the Commission, i.e. you waited too long after the date(s) of the alleged discrimination to file. Because it was filed outside the time limit prescribed by law, the Commission cannot investigate your allegations.

[ ]    You failed to provide requested information, failed or refused to appear or to be available for necessary interviews/conference, or otherwise refused to cooperate to the extent that the Commission has been unable to resolve your complaint. You have had more than 30 days in which to respond to our written request.

[ ]    The Commission's efforts to locate you have been unsuccessful. You have had at least 30 days in which to respond to a notice sent to your last known address.

[ ]    The Respondent has made a reasonable settlement, offering full relief for the harm you alleged. 30 days have expired since you received actual notice of this settlement offer.

[ ]    The Commission issues the following determination. Based upon the Commission's investigation, the Commission is unable to conclude that the information obtained establishes a violation of the statutes. This does not certify that the Respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this complaint.

[✓]    **Complainant wishes to file a civil action on the same matter in court.**

Sunila Thomas-George
Investigating Commissioner

9-30-08
Date

Cc:

Mass-C Division of Human Services
Attn: Director of Human Resources
One Ashburton Place
Boston, MA 02108

John O'Leary, Director of Human Resources

**MEMORANDUM**

To:-   Case File of Delores Facey v. Mass-C Division of Human Resources, John
      O'Leary
      MCAD Docket # 08BEM02820
      EEOC # 16C-2008-02687 (20+ Employees)
From: Marlania Bugg
RE:   Dismissal of Complaint

---

### Issues Investigated:

Whether Complainant was discriminated against at her place of employment based on her
race and color (black, non-Hispanic), which is in violation of Massachusetts General
Laws, Chapter 151B, § 4, Paragraphs 1 and 4A and Title VII of the Civil Rights Act of
1964, as amended.

### Summary of Findings:

On September 24, 2008, Complainant filed a complaint with this Commission and the
Equal Employment Opportunity Commission (EEOC) alleging discrimination based on
her race and color.

Complainant, through her attorney, submitted a formal request to withdraw the complaint
with both the Commission and the EEOC because she has chosen to pursue the matter in
court, under Chapter 478.

The Complainant understands it is unlawful for any person to threaten, intimidate or
harass her because she has filed a complaint. She states she has not been coerced into
requesting this withdrawal. Therefore, it is recommended that Complainant's request be
granted and this complaint be closed as a Chapter 478 withdrawal.

Marlania Bugg
Senior Supervisor of Investigations

**The Commonwealth of Massachusetts**
**Commission Against Discrimination**
**One Ashburton Place, Boston, MA 02108**
**Phone: (617) 994-6000 Fax: (617) 994-6024**

OCT 0 2 2008

**- DISMISSAL and NOTIFICATION of RIGHTS -**

| To: | Leah M. Barrault, Esq.<br>Pyle, Rome, Lichten, Ehrenberg & Liss-Riordan, P.C.<br>18 Tremont Street, Suite 500<br>Boston, MA 02108 | **Case:** Eddy Chrispin v. Boston Police Department, C-<br>Boston, Edward Davis, Commissioner<br>**MCAD Docket Number:** 08BEM02822<br>**EEOC Number:** 16C-2008-02689<br>**Investigator:** Marlania Bugg |
|---|---|---|

Your complaint has been dismissed for the following reasons:

[ ]  The facts alleged fail to state a claim under any of the statutes the Commission enforces.

[ ]  Respondent employs less than the required number of employees.

[ ]  Your complaint was not timely filed with the Commission, i.e. you waited too long after the date(s) of the alleged discrimination to file. Because it was filed outside the time limit prescribed by law, the Commission cannot investigate your allegations.

[ ]  You failed to provide requested information, failed or refused to appear or to be available for necessary interviews/conference, or otherwise refused to cooperate to the extent that the Commission has been unable to resolve your complaint. You have had more than 30 days in which to respond to our written request.

[ ]  The Commission's efforts to locate you have been unsuccessful. You have had at least 30 days in which to respond to a notice sent to your last known address.

[ ]  The Respondent has made a reasonable settlement, offering full relief for the harm you alleged. 30 days have expired since you received actual notice of this settlement offer.

[ ]  The Commission issues the following determination. Based upon the Commission's investigation, the Commission is unable to conclude that the information obtained establishes a violation of the statutes. This does not certify that the Respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this complaint.

[✓]  **Complainant wishes to file a civil action on the same matter in court.**

Sunila J. George

_____
Sunila Thomas-George
Investigating Commissioner

9-30-08
_____
Date

Cc:

C-of Boston
Attn: Director of Human Resources
One City Hall Plaza
Boston, MA 02120

Boston Police Department
Attn: Director of Human Resources
One Schroeder Plaza
Boston, MA 02120

Edward Davis, Commissioner
C/o Boston Police Department

MCAD Docket Number 08BEM02822, Dismissal and Notification of Rights without Appeal Rights      Page    1

MEMORANDUM

To:    Case File of Eddy Chrispin v. C-Boston, Boston Police Department, Edward
       Davis
       MCAD Docket # 08BEM02822
       EEOC # 16C-2008-02689 (20+ Employees)
From:  Marlania Bugg
RE:    Dismissal of Complaint

**Issues Investigated:**

Whether Complainant was discriminated against at his place of employment based on his
race and color (black, non-Hispanic), which is in violation of Massachusetts General
Laws, Chapter 151B, § 4, Paragraphs 1 and 4A and Title VII of the Civil Rights Act of
1964, as amended.

**Summary of Findings:**

On September 24, 2008, Complainant filed a complaint with this Commission and the
Equal Employment Opportunity Commission (EEOC) alleging discrimination based on
his race and color.

Complainant, through his attorney, submitted a formal request to withdraw the complaint
with both the Commission and the EEOC because he has chosen to pursue the matter in
court, under Chapter 478.

The Complainant understands it is unlawful for any person to threaten, intimidate or
harass him because he has filed a complaint. He states he has not been coerced into
requesting this withdrawal. Therefore, it is recommended that Complainant's request be
granted and this complaint be closed as a Chapter 478 withdrawal.

Marlania Bugg
Senior Supervisor of Investigations

**The Commonwealth of Massachusetts**
**Commission Against Discrimination**
**One Ashburton Place, Boston, MA 02108**
**Phone: (617) 994-6000 Fax: (617) 994-6024**

OCT 0 2 2008

**- DISMISSAL and NOTIFICATION of RIGHTS -**

| To: | Leah M. Barrault, Esq. | Case: Eddy Chrispin v. Mass-C Division of Human |
|---|---|---|
| | Pyle, Rome, Lichten, Ehrenberg & Liss-Riordan, P.C. | Resources, John O'Leary, Personnel Director |
| | 18 Tremont Street, Suite 500 | MCAD Docket Number: 08BEM02823 |
| | Boston, MA 02108 | EEOC Number: 16C-2008-02690 |
| | | Investigator: Marlania Bugg |

Your complaint has been dismissed for the following reasons:

[ ]   The facts alleged fail to state a claim under any of the statutes the Commission enforces.

[ ]   Respondent employs less than the required number of employees.

[ ]   Your complaint was not timely filed with the Commission, i.e. you waited too long after the date(s) of the alleged discrimination to file. Because it was filed outside the time limit prescribed by law, the Commission cannot investigate your allegations.

[ ]   You failed to provide requested information, failed or refused to appear or to be available for necessary interviews/conference, or otherwise refused to cooperate to the extent that the Commission has been unable to resolve your complaint. You have had more than 30 days in which to respond to our written request.

[ ]   The Commission's efforts to locate you have been unsuccessful. You have had at least 30 days in which to respond to a notice sent to your last known address.

[ ]   The Respondent has made a reasonable settlement, offering full relief for the harm you alleged. 30 days have expired since you received actual notice of this settlement offer.

[ ]   The Commission issues the following determination. Based upon the Commission's investigation, the Commission is unable to conclude that the information obtained establishes a violation of the statutes. This does not certify that the Respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this complaint.

[✓]   **Complainant wishes to file a civil action on the same matter in court.**

_Sunila J. George_                                                  9-30-08
Sunila Thomas-George                                                Date
Investigating Commissioner

Cc:

Mass-C Division of Human Services
Attn: Director of Human Resources
One Ashburton Place
Boston, MA 02108

John O'Leary, Director of Human Resources

MEMORANDUM

To:     Case File of Eddy Chrispin v. Mass-C Division of Human Resources, John
        O'Leary
        MCAD Docket # 08BEM02823
        EEOC # 16C-2008-02690 (20+ Employees)
From:   Marlania Bugg
RE:     Dismissal of Complaint

**Issues Investigated:**

Whether Complainant was discriminated against at his place of employment based on his
race and color (black, non-Hispanic), which is in violation of Massachusetts General
Laws, Chapter 151B, § 4, Paragraphs 1 and 4A and Title VII of the Civil Rights Act of
1964, as amended.

**Summary of Findings:**

On September 24, 2008, Complainant filed a complaint with this Commission and the
Equal Employment Opportunity Commission (EEOC) alleging discrimination based on
his race and color.

Complainant, through his attorney, submitted a formal request to withdraw the complaint
with both the Commission and the EEOC because he has chosen to pursue the matter in
court, under Chapter 478.

The Complainant understands it is unlawful for any person to threaten, intimidate or
harass him because he has filed a complaint. He states he has not been coerced into
requesting this withdrawal. Therefore, it is recommended that Complainant's request be
granted and this complaint be closed as a Chapter 478 withdrawal.

Marlania Bugg
Senior Supervisor of Investigations

**The Commonwealth of Massachusetts**
**Commission Against Discrimination**
**One Ashburton Place, Boston, MA 02108**
**Phone: (617) 994-6000 Fax: (617) 994-6024**

OCT 0 2 2008

**- DISMISSAL and NOTIFICATION of RIGHTS -**

| To: | Leah M. Barrault, Esq.<br>Pyle, Rome, Lichten, Ehrenberg & Liss-Riordan, P.C.<br>18 Tremont Street, Suite 500<br>Boston, MA 02108 | Case: Molwyn A. Shaw v. C-Boston, Boston Police Department, Edward Davis, Commissioner<br>MCAD Docket Number: 08BEM02824<br>EEOC Number: 16C-2008-02691<br>Investigator: Marlania Bugg |
|---|---|---|

Your complaint has been dismissed for the following reasons:

[ ]    The facts alleged fail to state a claim under any of the statutes the Commission enforces.

[ ]    Respondent employs less than the required number of employees.

[ ]    Your complaint was not timely filed with the Commission, i.e. you waited too long after the date(s) of the alleged discrimination to file.  Because it was filed outside the time limit prescribed by law, the Commission cannot investigate your allegations.

[ ]    You failed to provide requested information, failed or refused to appear or to be available for necessary interviews/conference, or otherwise refused to cooperate to the extent that the Commission has been unable to resolve your complaint.  You have had more than 30 days in which to respond to our written request.

[ ]    The Commission's efforts to locate you have been unsuccessful.  You have had at least 30 days in which to respond to a notice sent to your last known address.

[ ]    The Respondent has made a reasonable settlement, offering full relief for the harm you alleged.  30 days have expired since you received actual notice of this settlement offer.

[ ]    The Commission issues the following determination.  Based upon the Commission's investigation, the Commission is unable to conclude that the information obtained establishes a violation of the statutes.  This does not certify that the Respondent is in compliance with the statutes.  No finding is made as to any other issues that might be construed as having been raised by this complaint.

[✓]    **Complainant wishes to file a civil action on the same matter in court.**

Sunila Thomas-George
Investigating Commissioner

9-30-08
Date

Cc:

C-of Boston
Attn: Director of Human Resources
One City Hall Plaza
Boston, MA 02120

Edward Davis, Commissioner
C/o Boston Police Department

Boston Police Department
Attn: Director of Human Resources
One Schroeder Plaza
Boston, MA 02120

## MEMORANDUM

To:     Case File of Molwyn A. Shaw v. C-Boston, Boston Police Department, Edward
        Davis
        MCAD Docket # 08BEM02824
        EEOC # 16C-2008-02691 (20+ Employees)
From:   Marlania Bugg
RE:     Dismissal of Complaint

### Issues Investigated:

Whether Complainant was discriminated against at his place of employment based on his
race and color (black, non-Hispanic), which is in violation of Massachusetts General
Laws, Chapter 151B, § 4, Paragraphs 1 and 4A and Title VII of the Civil Rights Act of
1964, as amended.

### Summary of Findings:

On September 24, 2008, Complainant filed a complaint with this Commission and the
Equal Employment Opportunity Commission (EEOC) alleging discrimination based on
his race and color.

Complainant, through his attorney, submitted a formal request to withdraw the complaint
with both the Commission and the EEOC because he has chosen to pursue the matter in
court, under Chapter 478.

The Complainant understands it is unlawful for any person to threaten, intimidate or
harass him because he has filed a complaint. He states he has not been coerced into
requesting this withdrawal. Therefore, it is recommended that Complainant's request be
granted and this complaint be closed as a Chapter 478 withdrawal.

Marlania Bugg
Senior Supervisor of Investigations

**The Commonwealth of Massachusetts**
**Commission Against Discrimination**
One Ashburton Place , Boston, MA 02108
Phone: (617) 994-6000 Fax: (617) 994-6024

OCT 0 2 2008

- **DISMISSAL and NOTIFICATION of RIGHTS** -

| To: | Leah M. Barrault, Esq. | **Case:** Molwyn A. Shaw v. Mass-C Division of Human |
|---|---|---|
| | Pyle, Rome, Lichten, Ehrenberg & Liss-Riordan, PC. | Resources, John O'Leary, Personnel Director |
| | 18 Tremont Street, Suite 500 | **MCAD Docket Number:** 08BEM02825 |
| | Boston, MA 02108 | **EEOC Number:** 16C-2008-02692 |
| | | **Investigator:** Marlania Bugg |

Your complaint has been dismissed for the following reasons:

[ ]    The facts alleged fail to state a claim under any of the statutes the Commission enforces.

[ ]    Respondent employs less than the required number of employees.

[ ]    Your complaint was not timely filed with the Commission, i.e. you waited too
long after the date(s) of the alleged discrimination to file. Because it was filed outside the time limit
prescribed by law, the Commission cannot investigate your allegations.

[ ]    You failed to provide requested information, failed or refused to appear or to be available for necessary
interviews/conference, or otherwise refused to cooperate to the extent that the Commission has been unable
to resolve your complaint. You have had more than 30 days in which to respond to our written request.

[ ]    The Commission's efforts to locate you have been unsuccessful. You have had at
least 30 days in which to respond to a notice sent to your last known address.

[ ]    The Respondent has made a reasonable settlement, offering full relief for the
harm you alleged. 30 days have expired since you received actual notice of this settlement offer.

[ ]    The Commission issues the following determination. Based upon the
Commission's investigation, the Commission is unable to conclude that the information obtained establishes
a violation of the statutes. This does not certify that the Respondent is in compliance with the statutes. No
finding is made as to any other issues that might be construed as having been raised by this complaint.

[x]    Other (briefly state) Chapter 478 withdrawal

Sunila J. George

_____                    9 - 30 - 08
Sunila Thomas-George                          Date
Investigating Commissioner

cc:
John O'Leary, Personnel Director
c/o Mass-C Division of Human Resources
Attn: Director of Human Resources
One Ashburton Place
Boston, MA 02108

Mass-C Division of Human Resources
Attn: Director of Human Resources
One Ashburton Place
Boston, MA 02108

MCAD Docket Number 08BEM02825, Dismissal and Notification of Rights without Appeal Rights    Page  1

## INVESTIGATIVE DISPOSITION

| | |
|---|---|
| Case Name: | Molwyn A. Shaw v. Mass-C Division of Human Resources, John O'Leary, Personnel Director |
| MCAD Docket No.: | 08BEM02825 |
| EEOC Docket No.: | 16C-2008-02692 |
| No. of Employees: | 25+ |
| Investigator: | Marlania Bugg, Senior Supervisor |
| Recommendation: | ~~Withdrawal of Complaint~~ |

---

### Issues Investigated:

Whether the Complainant was discriminated against based on race/color (Black), in violation of the MGL Chapter 151B, §4, ¶1, ¶4A, and Title VII of the 1964 Civil Rights Act, as amended.

### Summary of Findings:

On September 24, 2008, the Complainant filed a complaint with this Commission and the Equal employment Opportunity Commission (EEOC) alleging Race and Color discrimination.

On September 24, 2008 Complainant through his attorney, submitted a formal request to withdraw the complaint with both the Commission and the EEOC, because he wishes to file a civil action on the same matter in court.

The Complainant understands it is unlawful for any person to threaten, intimidate or harass him because has filed a complaint. He states he has not been coerced into requesting this withdrawal. Therefore, it is recommended that the Complainant's request be granted and this complaint be closed as a Chapter 478 withdrawal.


Marlania Bugg
Sr. Supervisor

The Commonwealth of Massachusetts
Commission Against Discrimination
One Ashburton Place , Boston, MA 02108
Phone: (617) 994-6000 Fax: (617) 994-6024

OCT 0 2 2008

### - DISMISSAL and NOTIFICATION of RIGHTS -

| To: Leah M. Barrault, Esq. | Case: Lamont Anderson v. Boston Police Department, C- |
|---|---|
| Pyle, Rome, Lichten, Ehrenberg & Liss-Riordan, PC. | Boston, Edward Davis, Commissioner |
| 18 Tremont Street, Suite 500 | MCAD Docket Number: 08BEM02826 |
| Boston, MA 02108 | EEOC Number: 16C-2008-02693 |
| | Investigator: Marlania J. Bugg |

Your complaint has been dismissed for the following reasons:

[ ]    The facts alleged fail to state a claim under any of the statutes the Commission enforces.

[ ]    Respondent employs less than the required number of employees.

[ ]    Your complaint was not timely filed with the Commission, i.e. you waited too
long after the date(s) of the alleged discrimination to file. Because it was filed outside the time limit
prescribed by law, the Commission cannot investigate your allegations.

[ ]    You failed to provide requested information, failed or refused to appear or to be available for necessary
interviews/conference, or otherwise refused to cooperate to the extent that the Commission has been unable
to resolve your complaint. You have had more than 30 days in which to respond to our written request.

[ ]    The Commission's efforts to locate you have been unsuccessful. You have had at
least 30 days in which to respond to a notice sent to your last known address.

[ ]    The Respondent has made a reasonable settlement, offering full relief for the
harm you alleged. 30 days have expired since you received actual notice of this settlement offer.

[ ]    The Commission issues the following determination. Based upon the
Commission's investigation, the Commission is unable to conclude that the information obtained establishes
a violation of the statutes. This does not certify that the Respondent is in compliance with the statutes. No
finding is made as to any other issues that might be construed as having been raised by this complaint.

[x]    Other – Chapter 478 withdrawal

Sunila J. George

---
Sunila Thomas-George    9-0.
Investigating Commissioner

9-30-08
---
Date

Cc:

Boston Police Department
Attn: Director of Human Resources
One Schroeder Plaza
Boston, MA 02120

C-Boston
Attn: Director of Human Resources
One City Hall Plaza
Boston, MA 02120

Edward Davis, Commissioner
c/o Boston Police Department
Attn: Director of Human Resources
One Schroeder Plaza
Boston, MA 02120

Lamont Anderson
24 Maritosa Street
Mattapan, MA 02126

MEMORANDUM

TO: Case File    Anderson v. C-Boston, Boston Police Department, Edward
                 Davis, Commissioner
MCAD NO. : 081302826
EEOC NO. : 16C-2008-02693
NO OF EMP: 20+
        FR: Marlania J. Bugg, Sr. Supervisor
        RE: Chapter 478 Withdrawal_____

Issues Investigated:

Whether Complainant was subjected to adverse terms and conditions of employment
(failure to promote), because of his race and color (Black), in violation of Massachusetts
General Laws, c151B, §4, ¶ 1, ¶ 4A, and Title VII of the 1964 Civil Rights Act.

Summary of Findings:

On September 24, 2008, Complainant filed a complaint with this Commission and with
the Equal Employment Opportunity Commission alleging discrimination in employment
based on race and color.

On September 24, 2008, Complainant, through the offices of his attorney, submitted a
request to withdraw his complaint, stating therein that he wished to file a private right of
action in civil court.   The request included the requisite non-coercion language.

Therefore, it recommended that this case be closed as a Chapter 478 withdrawal.

Marlania J. Bugg
Sr. Supervisor

The Commonwealth of Massachusetts
Commission Against Discrimination
One Ashburton Place , Boston, MA 02108
Phone: (617) 994-6000 Fax: (617) 994-6024

OCT 0 2 2008

- DISMISSAL and NOTIFICATION of RIGHTS -

| To: | Leah M. Barrault, Esq.<br>Pyle, Rome, Lichten, Ehrenberg & Liss-Riordan, PC.<br>18 Tremont Street, Suite 500<br>Boston, MA 02108 | Case: Lamont Anderson v. Mass-C Division of Human Resources, John O'Leary, Personnel Director<br>MCAD Docket Number: 08BEM02828<br>EEOC Number: 16C-2008-02695<br>Investigator: Marlania J. Bugg |
|---|---|---|

Your complaint has been dismissed for the following reasons:

[ ]  The facts alleged fail to state a claim under any of the statutes the Commission enforces.

[ ]  Respondent employs less than the required number of employees.

[ ]  Your complaint was not timely filed with the Commission, i.e. you waited too long after the date(s) of the alleged discrimination to file.  Because it was filed outside the time limit prescribed by law, the Commission cannot investigate your allegations.

[ ]  You failed to provide requested information, failed or refused to appear or to be available for necessary interviews/conference, or otherwise refused to cooperate to the extent that the Commission has been unable to resolve your complaint.  You have had more than 30 days in which to respond to our written request.

[ ]  The Commission's efforts to locate you have been unsuccessful.  You have had at least 30 days in which to respond to a notice sent to your last known address.

[ ]  The Respondent has made a reasonable settlement, offering full relief for the harm you alleged.  30 days have expired since you received actual notice of this settlement offer.

[ ]  The Commission issues the following determination.  Based upon the Commission's investigation, the Commission is unable to conclude that the information obtained establishes a violation of the statutes.  This does not certify that the Respondent is in compliance with the statutes.  No finding is made as to any other issues that might be construed as having been raised by this complaint.

[x]  Other – Chapter 478 withdrawal

_Sunila J. George_
Sunila Thomas-George
Investigating Commissioner

_9-30-08_
Date

Cc:

John O'Leary, Personnel Director
c/o Mass-C Division of Human Resources
Attn: Director of Human Resources
One Ashburton Place
Boston, MA 02108

MCAD Docket Number 08BEM02828, Dismissal and Notification of Rights without Appeal Rights    Page  1

Lamont Anderson
24 Maritosa Street
Mattapan, MA 02126

Mass-C Division of Human Resources
Attn: Director of Human Resources
One Ashburton Place
Boston, MA 02108

MEMORANDUM

TO: Case File    Anderson v. Mass-C Division of Human Resources, John
                 O'Leary

MCAD NO. : 081302828
EEOC NO.  : 16C-2008-02695
NO OF EMP: 20+
              FR: Marlania J. Bugg, Sr. Supervisor
              RE:  Chapter 478 Withdrawal


Issues Investigated:

Whether Complainant was subjected to adverse terms and conditions of employment
(failure to promote), because of his race and color (Black), in violation of Massachusetts
General Laws, c151B, §4, ¶ 1, ¶ 4A, and Title VII of the 1964 Civil Rights Act.

Summary of Findings:

On September 24, 2008, Complainant filed a complaint with this Commission and with
the Equal Employment Opportunity Commission alleging discrimination in employment
based on race and color.

On September 24, 2008, Complainant, through the offices of his attorney, submitted a
request to withdraw his complaint, stating therein that he wished to file a private right of
action in civil court.   The request included the requisite non-coercion language.

Therefore, it recommended that this case be closed as a Chapter 478 withdrawal.


Marlania J. Bugg
Sr. Supervisor

**The Commonwealth of Massachusetts
Commission Against Discrimination
One Ashburton Place , Boston, MA 02108
Phone: (617) 994-6000 Fax: (617) 994-6024**

OCT 0 2 2008

## - DISMISSAL and NOTIFICATION of RIGHTS -

| To: | Leah M. Barrault, Esq. | Case: Kenneth Gaines v. C-Boston, Boston Police |
|---|---|---|
| | Pyle, Rome, Lichten, Ehrenberg & Liss-Riordan, PC. | Department, Edward Davis, Commissioner |
| | 18 Tremont Street, Suite 500 | MCAD Docket Number: 08BEM02829 |
| | Boston, MA 02108 | EEOC Number: 16C-2008-02696 |
| | | Investigator: Marlania J. Bugg |

Your complaint has been dismissed for the following reasons:

[ ]   The facts alleged fail to state a claim under any of the statutes the Commission enforces.

[ ]   Respondent employs less than the required number of employees.

[ ]   Your complaint was not timely filed with the Commission, i.e. you waited too
long after the date(s) of the alleged discrimination to file. Because it was filed outside the time limit
prescribed by law, the Commission cannot investigate your allegations.

[ ]   You failed to provide requested information, failed or refused to appear or to be available for necessary
interviews/conference, or otherwise refused to cooperate to the extent that the Commission has been unable
to resolve your complaint. You have had more than 30 days in which to respond to our written request.

[ ]   The Commission's efforts to locate you have been unsuccessful. You have had at
least 30 days in which to respond to a notice sent to your last known address.

[ ]   The Respondent has made a reasonable settlement, offering full relief for the
harm you alleged. 30 days have expired since you received actual notice of this settlement offer.

[ ]   The Commission issues the following determination. Based upon the
Commission's investigation, the Commission is unable to conclude that the information obtained establishes
a violation of the statutes. This does not certify that the Respondent is in compliance with the statutes. No
finding is made as to any other issues that might be construed as having been raised by this complaint.

[x]   Other – Chapter 478 withdrawal

_Sunila J. George_
Sunila Thomas-George
Investigating Commissioner

_9-30-08_
Date

Cc:

Boston Police Department
Attn: Director of Human Resources
One Schroeder Plaza
Boston, MA 02120

### The Commonwealth of Massachusetts
### Commission Against Discrimination
One Ashburton Place , Boston, MA 02108
Phone: (617) 994-6000 Fax: (617) 994-6024

SEP 3 0 2008

- DISMISSAL and NOTIFICATION of RIGHTS -

| To: | Leah M. Barrault, Esq. | Case: Kenneth Gaines v. C-Boston, Boston Police |
|---|---|---|
| | Pyle, Rome, Lichten, Ehrenberg & Liss- | Department, Edward Davis, Commissioner |
| | Riordan, PC. | MCAD Docket Number: 08BEM02829 |
| | 18 Tremont Street, Suite 500 | EEOC Number: 16C-2008-02696 |
| | Boston, MA 02108 | Investigator: Marlania J. Bugg |

Your complaint has been dismissed for the following reasons:

[ ]   The facts alleged fail to state a claim under any of the statutes the Commission enforces.

[ ]   Respondent employs less than the required number of employees.

[ ]   Your complaint was not timely filed with the Commission, i.e. you waited too
long after the date(s) of the alleged discrimination to file. Because it was filed outside the time limit
prescribed by law, the Commission cannot investigate your allegations.

[ ]   You failed to provide requested information, failed or refused to appear or to be available for necessary
interviews/conference, or otherwise refused to cooperate to the extent that the Commission has been unable
to resolve your complaint. You have had more than 30 days in which to respond to our written request.

[ ]   The Commission's efforts to locate you have been unsuccessful. You have had at
least 30 days in which to respond to a notice sent to your last known address.

[ ]   The Respondent has made a reasonable settlement, offering full relief for the
harm you alleged. 30 days have expired since you received actual notice of this settlement offer.

[ ]   The Commission issues the following determination. Based upon the
Commission's investigation, the Commission is unable to conclude that the information obtained establishes
a violation of the statutes. This does not certify that the Respondent is in compliance with the statutes. No
finding is made as to any other issues that might be construed as having been raised by this complaint.

[x]   Other – Chapter 478 withdrawal

_____
Sunila Thomas-George
Investigating Commissioner

9-30-08
Date

Cc:

Boston Police Department
Attn: Director of Human Resources
One Schroeder Plaza
Boston, MA 02120

C-Boston
Attn: Director of Human Resources
One City Hall Plaza
Boston, MA 02120

Edward Davis, Commissioner
c/o Boston Police Department
Attn: Director of Human Resources
One Schroeder Plaza
Boston, MA 02120

Kenneth Gaines
63 Stanbro Street
Hyde Park, MA 02136

MEMORANDUM

TO: Case File    <u>Gaines v. C-Boston, Boston Police Department, Edward<br>Davis, Commissioner</u>

MCAD NO. : 081302829<br>
EEOC NO. : 16C-2008-02696<br>
NO OF EMP: 20+<br>
        FR: Marlania J. Bugg, Sr. Supervisor<br>
        <u>RE: Chapter 478 Withdrawal</u>

<u>Issues Investigated</u>:

Whether Complainant was subjected to adverse terms and conditions of employment
(failure to promote), because of his race and color (Black), in violation of Massachusetts
General Laws, c151B, §4, ¶ 1, ¶ 4A, and Title VII of the 1964 Civil Rights Act.

<u>Summary of Findings</u>:

On September 24, 2008, Complainant filed a complaint with this Commission and with
the Equal Employment Opportunity Commission alleging discrimination in employment
based on race and color.

On September 24, 2008, Complainant, through the offices of his attorney, submitted a
request to withdraw his complaint, stating therein that he wished to file a private right of
action in civil court. The request included the requisite non-coercion language.

Therefore, it recommended that this case be closed as a Chapter 478 withdrawal.

Marlania J. Bugg<br>
Sr. Supervisor

The Commonwealth of Massachusetts
Commission Against Discrimination
One Ashburton Place , Boston, MA 02108
Phone: (617) 994-6000 Fax: (617) 994-6024

OCT 0 2 2008

- DISMISSAL and NOTIFICATION of RIGHTS -

| To: Leah M. Barrault, Esq. | Case: Kenneth Gaines v. Mass-C Division of Human |
|---|---|
| Pyle, Rome, Lichten, Ehrenberg & Liss-Riordan, PC. | Resources, John O'Leary, Personnel Director |
| | MCAD Docket Number: 08BEM02830 |
| 18 Tremont Street, Suite 500 | EEOC Number: 16C-2008-02697 |
| Boston, MA 02108 | Investigator: Marlania J. Bugg |

Your complaint has been dismissed for the following reasons:

[ ]    The facts alleged fail to state a claim under any of the statutes the Commission enforces.

[ ]    Respondent employs less than the required number of employees.

[ ]    Your complaint was not timely filed with the Commission, i.e. you waited too
long after the date(s) of the alleged discrimination to file. Because it was filed outside the time limit
prescribed by law, the Commission cannot investigate your allegations.

[ ]  . You failed to provide requested information, failed or refused to appear or to be available for necessary
interviews/conference, or otherwise refused to cooperate to the extent that the Commission has been unable
to resolve your complaint. You have had more than 30 days in which to respond to our written request.

[ ]    The Commission's efforts to locate you have been unsuccessful. You have had at
least 30 days in which to respond to a notice sent to your last known address.

[ ]    The Respondent has made a reasonable settlement, offering full relief for the
harm you alleged. 30 days have expired since you received actual notice of this settlement offer.

[ ]    The Commission issues the following determination. Based upon the
Commission's investigation, the Commission is unable to conclude that the information obtained establishes
a violation of the statutes. This does not certify that the Respondent is in compliance with the statutes. No
finding is made as to any other issues that might be construed as having been raised by this complaint.

[x]    Other –Chapter 478 withdrawal

_____
Sunila Thomas-George
Investigating Commissioner

9-30-08
_____
Date

Cc:

John O'Leary, Personnel Director
c/o Mass-C Division of Human Resources
Attn: Director of Human Resources
One Ashburton Place
Boston, MA 02108

Kenneth Gaines
24 Stanbro Street
Hyde Park, MA 02136

Mass-C Division of Human Resources
Attn: Director of Human Resources
One Ashburton Place
Boston, MA 02108

MEMORANDUM

TO: Case File    Gaines v. Mass-C Division of Human Resources, John
                 O'Leary

MCAD NO. : 081302830
EEOC NO.  : 16C-2008-02697
NO OF EMP: 20+
          FR: Marlania J. Bugg, Sr. Supervisor
          RE: Chapter 478 Withdrawal

Issues Investigated:

Whether Complainant was subjected to adverse terms and conditions of employment
(failure to promote), because of his race and color (Black), in violation of Massachusetts
General Laws, c151B, §4, ¶ 1, ¶ 4A, and Title VII of the 1964 Civil Rights Act.

Summary of Findings:

On September 24, 2008, Complainant filed a complaint with this Commission and with
the Equal Employment Opportunity Commission alleging discrimination in employment
based on race and color.

On September 24, 2008, Complainant, through the offices of his attorney, submitted a
request to withdraw his complaint, stating therein that he wished to file a private right of
action in civil court.   The request included the requisite non-coercion language.

Therefore, it recommended that this case be closed as a Chapter 478 withdrawal.

Marlania J. Bugg
Sr. Supervisor

### The Commonwealth of Massachusetts
### Commission Against Discrimination
One Ashburton Place, Boston, MA 02108
Phone: (617) 994-6000 Fax: (617) 994-6024

OCT 0 2 2008

- DISMISSAL and NOTIFICATION of RIGHTS -

| To: | Leah M. Barrault, Esq. | Case: Murphy Gregory v. C-Boston, Boston Police |
| --- | --- | --- |
| | Pyle, Rome, Lichten, Ehrenberg & Liss-Riordan, PC. | Department, Edward Davis, Commissioner |
| | | MCAD Docket Number: 08BEM02832 |
| | 18 Tremont Street, Suite 500 | EEOC Number: 16C-2008-02699 |
| | Boston, MA 02108 | Investigator: Marlania Bugg |

Your complaint has been dismissed for the following reasons:

[ ]   The facts alleged fail to state a claim under any of the statutes the Commission enforces.

[ ]   Respondent employs less than the required number of employees.

[ ]   Your complaint was not timely filed with the Commission, i.e. you waited too
       long after the date(s) of the alleged discrimination to file. Because it was filed outside the time limit
       prescribed by law, the Commission cannot investigate your allegations.

[ ]   You failed to provide requested information, failed or refused to appear or to be available for necessary
       interviews/conference, or otherwise refused to cooperate to the extent that the Commission has been unable
       to resolve your complaint. You have had more than 30 days in which to respond to our written request.

[ ]   The Commission's efforts to locate you have been unsuccessful. You have had at
       least 30 days in which to respond to a notice sent to your last known address.

[ ]   The Respondent has made a reasonable settlement, offering full relief for the
       harm you alleged. 30 days have expired since you received actual notice of this settlement offer.

[ ]   The Commission issues the following determination. Based upon the
       Commission's investigation, the Commission is unable to conclude that the information obtained establishes
       a violation of the statutes. This does not certify that the Respondent is in compliance with the statutes. No
       finding is made as to any other issues that might be construed as having been raised by this complaint.

[X]   Other (briefly state) Chapter 478 withdrawal

Sunila J. George
_____
Sunila Thomas-George
Investigating Commissioner

9-30-08
_____
Date

Cc:

Boston Police Department
Attn: Director of Human Resources
One Schroeder Plaza
Boston, MA 02120

C-Boston
Attn: Director of Human Resources
One City Hall Plaza
Boston, MA 02120

Edward Davis, Commissioner
c/o Boston Police Department
Attn: Director of Human Resources
One Schroeder Plaza
Boston, MA 02120

MEMORANDUM

To:    Case File of Murphy Gregory v. City of Boston, City of Boston Police
       Department, Edward Davis, Commissioner, Individually
       MCAD Docket # 08BEM02832
       EEOC # 16C-2008-02699 (25+ Employees)
From:  Marlania Bugg
RE:    Withdrawal of Complaint

**Issues Investigated:**

Whether Complainant was discriminated against based on Race, Color, (Non-Hispanic /
Black), in violation of Massachusetts General Laws, Chapter 151B, § 4, Paragraphs 1,
4A, and Title VII of the 1964 Civil Rights Act, as amended.

**Summary of Findings:**

On September 24th, 2008, Complainant filed a complaint with this Commission and the
Equal Employment Opportunity Commission (EEOC) alleging Race and Color
discrimination.

On September 24th, 2008, Complainant, through his attorney, submitted a formal request
to withdraw the complaint with both the Commission and the EEOC, because he wishes
to file a civil action on the same matter in court.

The Complainant understands it is unlawful for any person to threaten, intimidate or
harass him because he has filed a complaint. He states he has not been coerced into
requesting this withdrawal. Therefore, it is recommended that Complainant's request be
granted and this complaint be closed as a C478 withdrawal.


_Marlania   Bugg_
Marlania Bugg
Senior Supervisor of Investigations

The Commonwealth of Massachusetts
Commission Against Discrimination
One Ashburton Place, Boston, MA 02108
Phone: (617) 994-6000 Fax: (617) 994-6024

OCT 0 2 2008

- DISMISSAL and NOTIFICATION of RIGHTS -

| To: | Leah M. Barrault, Esq. | Case: Murphy Gregory v. Mass-C Division of Human |
| | Pyle, Rome, Lichten, Ehrenberg & Liss- | Resources, John O'Leary |
| | Riordan, PC. | MCAD Docket Number: 08BEM02833 |
| | 18 Tremont Street, Suite 500 | EEOC Number: 16C-2008-02700 |
| | Boston, MA 02108 | Investigator: Marlania Bugg |

Your complaint has been dismissed for the following reasons:

[ ]  The facts alleged fail to state a claim under any of the statutes the Commission enforces.

[ ]  Respondent employs less than the required number of employees.

[ ]  Your complaint was not timely filed with the Commission, i.e. you waited too
     long after the date(s) of the alleged discrimination to file. Because it was filed outside the time limit
     prescribed by law, the Commission cannot investigate your allegations.

[ ]  You failed to provide requested information, failed or refused to appear or to be available for necessary
     interviews/conference, or otherwise refused to cooperate to the extent that the Commission has been unable
     to resolve your complaint. You have had more than 30 days in which to respond to our written request.

[ ]  The Commission's efforts to locate you have been unsuccessful. You have had at
     least 30 days in which to respond to a notice sent to your last known address.

[ ]  The Respondent has made a reasonable settlement, offering full relief for the
     harm you alleged. 30 days have expired since you received actual notice of this settlement offer.

[ ]  The Commission issues the following determination. Based upon the
     Commission's investigation, the Commission is unable to conclude that the information obtained establishes
     a violation of the statutes. This does not certify that the Respondent is in compliance with the statutes. No
     finding is made as to any other issues that might be construed as having been raised by this complaint.

[X]  Other (briefly state) Chapter 478 withdrawal

_____                    9-30-08
Sunila Thomas-George                               Date
Investigating Commissioner

Cc:

John O'Leary
c/o Mass-C Division of Human Resources
Attn: Director of Human Resources
One Ashburton Place
Boston, MA 02108

## MEMORANDUM

To:    Case File of Murphy Gregory v. Mass. C.-Division of Human Resources, John
       O'Leary, Personnel Director, Individually
       MCAD Docket # 08BEM02833
       EEOC # 16C-2008-02700 (25+ Employees)
From:  Marlania Bugg
RE:     Withdrawal of Complaint

### Issues Investigated:

Whether Complainant was discriminated against based on Race, Color, (Non-Hispanic /
Black), in violation of Massachusetts General Laws, Chapter 151B, § 4, Paragraphs 1,
4A, and Title VII of the 1964 Civil Rights Act, as amended.

### Summary of Findings:

On September 24th, 2008, Complainant filed a complaint with this Commission and the
Equal Employment Opportunity Commission (EEOC) alleging Race (color)
discrimination.

On September 24th, 2008, Complainant, through his attorney, submitted a formal request
to withdraw the complaint with both the Commission and the EEOC, because he wishes
to file a civil action on the same matter in court.

The Complainant understands it is unlawful for any person to threaten, intimidate or
harass him because he has filed a complaint. He states he has not been coerced into
requesting this withdrawal. Therefore, it is recommended that Complainant's request be
granted and this complaint be closed as a C478 withdrawal.


Marlania Bugg
Senior Supervisor of Investigations

Mass-C Division of Human Resources
Attn: Director of Human Resources
One Ashburton Place
Boston, MA 02108

**The Commonwealth of Massachusetts**
**Commission Against Discrimination**
OCT 0 2 2008    One Ashburton Place , Boston, MA 02108
Phone: (617) 994-6000 Fax: (617) 994-6024
**- DISMISSAL and NOTIFICATION of RIGHTS -**

| To: | |
|---|---|
| Leah M. Barrault, Esq.<br>Pyle, Rome, Lichten, Ehrenberg & Liss-<br>Riordan, PC.<br>18 Tremont Street, Suite 500<br>Boston, MA 02108 | **Case:** Julian Turner v. Boston Police Department, C-<br>Boston, Edward Davis, Commissioner<br>**MCAD Docket Number:** 08BEM02835<br>**EEOC Number:** 16C-2008-02702<br>**Investigator:** Marlania Bugg |

Your complaint has been dismissed for the following reasons:

[ ]   The facts alleged fail to state a claim under any of the statutes the Commission enforces.

[ ]   Respondent employs less than the required number of employees.

[ ]   Your complaint was not timely filed with the Commission, i.e. you waited too
long after the date(s) of the alleged discrimination to file. Because it was filed outside the time limit
prescribed by law, the Commission cannot investigate your allegations.

[ ]   You failed to provide requested information, failed or refused to appear or to be available for necessary
interviews/conference, or otherwise refused to cooperate to the extent the Commission has been unable
to resolve your complaint. You have had more than 30 days in which to respond to our written request.

[ ]   The Commission's efforts to locate you have been unsuccessful. You have had at
least 30 days in which to respond to a notice sent to your last known address.

[ ]   The Respondent has made a reasonable settlement, offering full relief for the
harm you alleged. 30 days have expired since you received actual notice of this settlement offer.

[ ]   The Commission issues the following determination. Based upon the
Commission's investigation, the Commission is unable to conclude that the information obtained establishes
a violation of the statutes. This does not certify that the Respondent is in compliance with the statutes. No
finding is made as to any other issues that might be construed as having been raised by this complaint.

[x]   Other (briefly state) Chapter 478 withdrawal

*Sunila J. George*

Sunila Thomas-George                    9-30-08
Investigating Commissioner              Date
cc:
Boston Police Department
Attn: Director of Human Resources
One Schroeder Plaza
Boston, MA 02120

C-Boston
Attn: Director of Human Resources
One City Hall Plaza
Boston, MA 02120

Edward Davis, Commissioner
c/o Boston Police Department
Attn: Director of Human Resources
One Schroeder Plaza
Boston, MA 02120

MCAD Docket Number 08BEM02835, Dismissal and Notification of Rights without Appeal Rights      Page    1

## INVESTIGATIVE DISPOSITION

| | |
|---|---|
| Case Name: | Julian Turner v. Boston Police Department, C-Boston, Edward Davis, Commissioner |
| MCAD Docket No.: | 08BEM02835 |
| EEOC Docket No.: | 16C-2008-02702 |
| No. of Employees: | 25+ |
| Investigator: | Marlania Bugg, Senior Supervisor |
| Recommendation: | **Withdrawal of Complaint** |

### Issues Investigated:

Whether the Complainant was discriminated against based on race/color (Black), in violation of the MGL Chapter 151B, §4, ¶1, ¶4A, and Title VII of the 1964 Civil Rights Act, as amended.

### Summary of Findings:

On September 24, 2008, the Complainant filed a complaint with this Commission and the Equal employment Opportunity Commission (EEOC) alleging Race and Color discrimination.

On September 24, 2008 Complainant through his attorney, submitted a formal request to withdraw the complaint with both the Commission and the EEOC, because he wishes to file a civil action on the same matter in court.

The Complainant understands it is unlawful for any person to threaten, intimidate or harass him because has filed a complaint. He states he has not been coerced into requesting this withdrawal. Therefore, it is recommended that the Complainant's request be granted and this complaint be closed as a Chapter 478 withdrawal.

Marlania Bugg
Sr. Supervisor

OCT 0 2 2008

**The Commonwealth of Massachusetts**
**Commission Against Discrimination**
One Ashburton Place , Boston, MA 02108
Phone: (617) 994-6000 Fax: (617) 994-6024
- **DISMISSAL and NOTIFICATION of RIGHTS** -

| To: Leah M. Barrault, Esq. | Case: Julian Turner v. Mass-C Division of Human |
|---|---|
| Pyle, Rome, Lichten, Ehrenberg & Liss-Riordan, PC. | Resources, John O'Leary, Personnel Director |
| 18 Tremont Street, Suite 500 | MCAD Docket Number: 08BEM02836 |
| Boston, MA 02108 | EEOC Number: 16C-2008-02703 |
| | Investigator: Marlania Bugg |

Your complaint has been dismissed for the following reasons:

[ ]  The facts alleged fail to state a claim under any of the statutes the Commission enforces.

[ ]  Respondent employs less than the required number of employees.

[ ]  Your complaint was not timely filed with the Commission, i.e. you waited too
long after the date(s) of the alleged discrimination to file. Because it was filed outside the time limit
prescribed by law, the Commission cannot investigate your allegations.

[ ]  You failed to provide requested information, failed or refused to appear or to be available for necessary
interviews/conference, or otherwise refused to cooperate to the extent that the Commission has been unable
to resolve your complaint. You have had more than 30 days in which to respond to our written request.

[ ]  The Commission's efforts to locate you have been unsuccessful. You have had at
least 30 days in which to respond to a notice sent to your last known address.

[ ]  The Respondent has made a reasonable settlement, offering full relief for the
harm you alleged. 30 days have expired since you received actual notice of this settlement offer.

[ ]  The Commission issues the following determination. Based upon the
Commission's investigation, the Commission is unable to conclude that the information obtained establishes
a violation of the statutes. This does not certify that the Respondent is in compliance with the statutes. No
finding is made as to any other issues that might be construed as having been raised by this complaint.

[ x  Other (briefly state) Chapter 478 withdrawal

_Sunila J. George_

Sunila Thomas-George
Investigating Commissioner

9-30-08
Date

cc:

John O'Leary, Personnel Director
c/o Mass-C Division of Human Resources
Attn: Director of Human Resources
One Ashburton Place
Boston, MA 02108

Mass-C Division of Human Resources
Attn: Director of Human Resources
One Ashburton Place
Boston, MA 02108

## INVESTIGATIVE DISPOSITION

| | |
|---|---|
| Case Name: | Julian Turner v. Mass-C Division of Human Resources, John O'Leary, Personnel Director |
| MCAD Docket No.: | 08BEM02836 |
| EEOC Docket No.: | 16C-2008-02703 |
| No. of Employees: | 25+ |
| Investigator: | Marlania Bugg, Senior Supervisor |
| Recommendation: | **Withdrawal of Complaint** |

**Issues Investigated:**

Whether the Complainant was discriminated against based on race/color (Black), in violation of the MGL Chapter 151B, §4, ¶1, ¶4A, and Title VII of the 1964 Civil Rights Act, as amended.

**Summary of Findings:**

On September 24, 2008, the Complainant filed a complaint with this Commission and the Equal employment Opportunity Commission (EEOC) alleging Race and Color discrimination.

On September 24, 2008 Complainant through his attorney, submitted a formal request to withdraw the complaint with both the Commission and the EEOC, because he wishes to file a civil action on the same matter in court.

The Complainant understands it is unlawful for any person to threaten, intimidate or harass him because has filed a complaint. He states he has not been coerced into requesting this withdrawal. Therefore, it is recommended that the Complainant's request be granted and this complaint be closed as a Chapter 478 withdrawal.

Marlania Bugg
Sr. Supervisor

**The Commonwealth of Massachusetts**
**Commission Against Discrimination**
**One Ashburton Place, Boston, MA 02108**
**Phone: (617) 994-6000 Fax: (617) 994-6024**

- DISMISSAL and NOTIFICATION of RIGHTS -    OCT 02 2008

| To: | Leah M. Barrault, Esq.<br>Pyle, Rome, Lichten, Ehrenberg & Liss-Riordan, P.C.<br>18 Tremont Street, Suite 500<br>Boston, MA 02108 | Case: Neva Grice v. C-Boston, Boston Police Department,<br>Edward Davis, Commissioner<br>MCAD Docket Number: 08BEM02837<br>EEOC Number: 16C-2008-02704<br>Investigator: Marlania Bugg |
|-----|-----|-----|

Your complaint has been dismissed for the following reasons:

[ ]    The facts alleged fail to state a claim under any of the statutes the Commission enforces.

[ ]    Respondent employs less than the required number of employees.

[ ]    Your complaint was not timely filed with the Commission, i.e. you waited too long after the date(s) of the alleged discrimination to file. Because it was filed outside the time limit prescribed by law, the Commission cannot investigate your allegations.

[ ]    You failed to provide requested information, failed or refused to appear or to be available for necessary interviews/conference, or otherwise refused to cooperate to the extent that the Commission has been unable to resolve your complaint. You have had more than 30 days in which to respond to our written request.

[ ]    The Commission's efforts to locate you have been unsuccessful. You have had at least 30 days in which to respond to a notice sent to your last known address.

[ ]    The Respondent has made a reasonable settlement, offering full relief for the harm you alleged. 30 days have expired since you received actual notice of this settlement offer.

[ ]    The Commission issues the following determination. Based upon the Commission's investigation, the Commission is unable to conclude that the information obtained establishes a violation of the statutes. This does not certify that the Respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this complaint.

[✓]    Complainant wishes to file a civil action on the same matter in court.


Sunila Thomas-George
Investigating Commissioner

10-2-08
Date

Cc:

C-of Boston
Attn: Director of Human Resources
One City Hall Plaza
Boston, MA 02120

Boston Police Department
Attn: Director of Human Resources
One Schroeder Plaza
Boston, MA 02120

Edward Davis, Commissioner
C/o Boston Police Department

MEMORANDUM

To:    Case File of Neva Grice v. C-of Boston, Boston Police Department, Edward
        Davis
        MCAD Docket # 08BEM02837
        EEOC # 16C-2008-02704 (20+ Employees)
From: Marlania Bugg
RE:    Dismissal of Complaint

**Issues Investigated:**

Whether Complainant was discriminated against at her place of employment based on her race and color (black, non-Hispanic), which is in violation of Massachusetts General Laws, Chapter 151B, § 4, Paragraphs 1 and 4A and Title VII of the Civil Rights Act of 1964, as amended.

**Summary of Findings:**

On September 24, 2008, Complainant filed a complaint with this Commission and the Equal Employment Opportunity Commission (EEOC) alleging discrimination based on her race and color.

Complainant, through her attorney, submitted a formal request to withdraw the complaint with both the Commission and the EEOC because she has chosen to pursue the matter in court, under Chapter 478.

The Complainant understands it is unlawful for any person to threaten, intimidate or harass her because she has filed a complaint. She states she has not been coerced into requesting this withdrawal. Therefore, it is recommended that Complainant's request be granted and this complaint be closed as a Chapter 478 withdrawal.

Marlania Bugg
Senior Supervisor of Investigations

The Commonwealth of Massachusetts
Commission Against Discrimination
One Ashburton Place, Boston, MA 02108
Phone: (617) 994-6000 Fax: (617) 994-6024

- DISMISSAL and NOTIFICATION of RIGHTS - OCT 0 2 2008

| To: | Leah M. Barrault, Esq.<br>Pyle, Rome, Lichten, Ehrenberg & Liss-Riordan, P.C.<br>18 Tremont Street, Suite 500<br>Boston, MA 02108 | Case: Neva Grice v. Mass-C Division of Human<br>Resources, John O'Leary, Personnel Director<br>MCAD Docket Number: 08BEM02838<br>EEOC Number: 16C-2008-02705<br>Investigator: Marlania Bugg |
|---|---|---|

Your complaint has been dismissed for the following reasons:

[ ]    The facts alleged fail to state a claim under any of the statutes the Commission enforces.

[ ]    Respondent employs less than the required number of employees.

[ ]    Your complaint was not timely filed with the Commission, i.e. you waited too long after the date(s) of the alleged discrimination to file. Because it was filed outside the time limit prescribed by law, the Commission cannot investigate your allegations.

[ ]    You failed to provide requested information, failed or refused to appear or to be available for necessary interviews/conference, or otherwise refused to cooperate to the extent that the Commission has been unable to resolve your complaint. You have had more than 30 days in which to respond to our written request.

[ ]    The Commission's efforts to locate you have been unsuccessful. You have had at least 30 days in which to respond to a notice sent to your last known address.

[ ]    The Respondent has made a reasonable settlement, offering full relief for the harm you alleged. 30 days have expired since you received actual notice of this settlement offer.

[ ]    The Commission issues the following determination. Based upon the Commission's investigation, the Commission is unable to conclude that the information obtained establishes a violation of the statutes. This does not certify that the Respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this complaint.

[✓]    Complainant wishes to file a civil action on the same matter in court.


_____                    10-2-08
Sunila Thomas-George                                Date
Investigating Commissioner

Cc:

Mass-C Division of Human Services
Attn: Director of Human Resources
One Ashburton Place
Boston, MA 02108

John O'Leary, Director of Human Resources


MCAD Docket Number 08BEM02838, Dismissal and Notification of Rights without Appeal Rights    Page  1

## MEMORANDUM

To:     Case File of Neva-Grice v. Mass-C Division of Human Resources, John O'Leary
        MCAD Docket # 08BEM02838
        EEOC # 16C-2008-02705 (20+ Employees)
From:   Marlania Bugg
RE:     Dismissal of Complaint

---

### Issues Investigated:

Whether Complainant was discriminated against at her place of employment based on her race and color (black, non-Hispanic), which is in violation of Massachusetts General Laws, Chapter 151B, § 4, Paragraphs 1 and 4A and Title VII of the Civil Rights Act of 1964, as amended.

### Summary of Findings:

On September 24, 2008, Complainant filed a complaint with this Commission and the Equal Employment Opportunity Commission (EEOC) alleging discrimination based on her race and color.

Complainant, through her attorney, submitted a formal request to withdraw the complaint with both the Commission and the EEOC because she has chosen to pursue the matter in court, under Chapter 478.

The Complainant understands it is unlawful for any person to threaten, intimidate or harass her because she has filed a complaint. She states she has not been coerced into requesting this withdrawal. Therefore, it is recommended that Complainant's request be granted and this complaint be closed as a Chapter 478 withdrawal.

Marlania Bugg
Senior Supervisor of Investigations