UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                            )
PEDRO LOPEZ, et al.,                        )
            Plaintiffs                      )
                                            )
v.                                          )
                                            )  **Case No. 07-CA-11693-JLT**
CITY OF LAWRENCE, et al.,                   )
            Defendants                      )
_____)

**CERTIFICATE OF COMPLIANCE PURSUANT TO LOCAL RULE 15.1(B) FOR SIXTH MOTION TO AMEND COMPLAINT**

I hereby certify that a copy of Plaintiffs' Sixth Motion to Amend Complaint has been served in the manner contemplated by Fed. R. Civ. P. 5(b) upon new Defendants City of Springfield, Mayor Domenic Sarno Jr., the Massachusetts Bay Transportation Authority ("MBTA"), Daniel Grabauskas, and the MBTA Board of Trustees.

Respectfully submitted,

ABEL CANO, et al.
By their attorneys,

Dated: October 21, 2008

s/Leah Marie Barrault___
Harold L. Lichten, BBO #549689
Shannon Liss-Riordan, BBO #640716
Leah M. Barrault, BBO # 661626
Pyle, Rome, Lichten, Ehrenberg
    & Liss-Riordan, P.C.
18 Tremont St., Ste. 500
Boston, MA 02108
(617) 367-7200

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was served upon the Court and counsel of record for defendants via the Court's ECF filing system, on October 21, 2008.

/s Leah Marie Barrault_____
Leah Marie Barrault

1