UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
****************************************************
PEDRO LOPEZ; ABEL CANO; KEVIN SLEDGE;         *
CHARLES DEJESUS; RICHARD BROOKS;              *
ROBERT ALVAREZ; MARISOL NOBREGA;              *
SPENCER TATUM; THE MASSACHUSETTS              *
HISPANIC LAW ENFORCEMENT ASSOCIATION;         *
SHUMEAND BENFOLD; ANGELA WILLIAMS-            *
MITCHELL; GWENDOLYN BROWN; LYNETTE            *
PRAILEAU; INDIVIDUALLY AND ON BEHALF          *
OF A CLASS OF INDIVIDUALS SIMILARLY           *
SITUATED,                                     *
                                              *
              Plaintiffs                      *
v.                                            *   Civil Action No. 07-11693-JLT
                                              *
CITY OF LAWRENCE, MASSACHUSETTS;              *
CITY OF METHUEN, MASSACHUSETTS;               *
COMMONWEALTH OF MASSACHUSETTS;                *
PAUL DIETL, IN HIS CAPACITY AS PERSONNEL      *
ADMINISTRATOR FOR THE COMMONWEALTH            *
OF MASSACHUSETTS, HUMAN RESOURCES             *
DIVISION; JOHN MICHAEL SULLIVAN, IN HIS       *
CAPACITY AS MAYOR OF THE CITY OF              *
LAWRENCE, MASSACHUSETTS;                      *
WILLIAM MANZI, III, IN HIS CAPACITY           *
AS MAYOR OF CITY OF METHUEN,                  *
MASSACHUSETTS; CITY OF LOWELL,                *
MASSACHUSETTS; APPOINTING AUTHORITY           *
FOR THE CITY OF LOWELL, MASSACHUSETTS;        *
CITY OF WORCESTER, MASSACHUSETTS; and         *
MICHAEL O'BRIEN IN HIS CAPACITY AS CITY       *
MANAGER OF THE CITY OF WORCESTER,             *
MASSACHUSETTS, CITY OF BOSTON,                *
                                              *
              Defendants                      *
****************************************************
```

**UNOPPOSED MOTION OF DEFENDANTS CITY OF BOSTON AND COMMONWEALTH OF MASSACHUSETTS TO CONTINUE DATE FOR PRODUCTION OF ONE OR MORE EXPERT REPORTS**

The City of Boston and Commonwealth of Massachusetts[1] (collectively referred to as "Defendants") move to continue the date for submission of one or more expert reports from November 30, 2008, to and including January 2, 2009.  Counsel for Plaintiffs has been informed of this motion, and has stated that Plaintiff will not oppose the motion.

The grounds for this motion are as follows:

1. This is an action brought by numerous plaintiffs alleging that promotional examinations for police sergeant positions administered in 2005, 2006 and 2007 had an unlawful disparate impact on African-Americans and Hispanics, in violation of Title VII of the Civil Rights Act of 1964, 42 U.S.C. §2000e et seq., and M.G.L. c.151B.

2. Plaintiffs have recently moved to amend their complaint to add 32 additional plaintiffs, and three (3) new defendants.  All current Defendants to this action opposed the motion, which is pending before this Court.

3. At a conference on August 12, 2008, this Court issued orders on production of expert reports.  The parties agreed at the conference, and this Court so ordered, that the Defendants would have 60 days to produce their expert report(s) following the receipt of Plaintiffs' reports.  Accordingly, the schedule ordered by this Court was that the Plaintiffs' expert reports(s) would be due on or before September 30, 2008, and Defendants' expert report(s) on or before November 30, 2008.

4. On September 23, 2008, Plaintiffs moved for an enlargement of time to produce their expert reports.  Plaintiffs sought an extension through October 3, 2008 for producing the expert report of Dr. Joel Wiesen, Ph.D., and through October 30, 2008 for the expert report of Dr. Frank Landy, Ph.D.  This Court granted the requested extension by order dated September

---

[1] In addition to the Commonwealth of Massachusetts, Paul Dietl, in his capacity as Chief Human Resources Officer of the Human Resources Division, is also named as a defendant.

29, 2008, and the Plaintiffs' expert reports have been produced in accordance with the revised schedule.

5. As a result of the revised schedule, Defendants will not be afforded 60 days from the receipt of Plaintiff's second report to produce their expert report(s). The second expert report from Plaintiffs (Dr. Landy's report) is 36 pages, excluding appendices. Defendants currently intend to produce a consolidated expert report to respond to the reports of Plaintiffs' experts.

For all the above reasons, the motion should be allowed, and the due date for producing the expert report(s) of Defendants should be continued from November 30, 2008, to and including January 2, 2009.

## CERTIFICATION PURSUANT TO RULE 7.1(A)(2)

Pursuant to Local 7.1(A)(2), the undersigned counsel for Defendant City of Boston certifies that he has conferred with Plaintiffs' counsel in a good faith attempt to resolve or narrow the issues raised by the instant motion.

/s/Robert P. Morris
Robert P. Morris

Respectfully submitted,

COMMONWEALTH OF MASSACHUSETTS,
and PAUL DIETL in his capacity as Human
Resources Officer of the Human Resources Division,

By their Attorneys,

MARTHA COAKLEY
ATTORNEY GENERAL

/s/Robert L. Quinan, Jr.
B.B.O. #553010
Sookyoung Shin
B.B.O. #643713
Assistant Attorneys General
One Ashburton Place
Government Bureau
Boston, MA 02108-1598
(617) 727-2200, ext. 2554 (Quinan)
(617) 727-2200, ext. 2052 (Shin)

Dated:   November 14, 2008

Respectfully submitted,

CITY OF BOSTON,

By its attorneys,

WILLIAM F. SINNOTT
Corporation Counsel

/s/Robert P. Morris
Mary Jo Harris
B.B.O. #561484
Robert P. Morris
B.B.O. #546052
Special Assistant Corporation Counsel
MORGAN, BROWN & JOY, LLP
200 State Street, 11th Floor
Boston, MA 02109-2605
(617) 523-6666

Dated:  November 14, 2008

**CERTIFICATE OF SERVICE**

    I, Robert P. Morris, certify that on November 14, 2008, this document filed electronically through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to any persons indicated as non-registered participants.

                                      /s/Robert P. Morris
                                      Robert P. Morris