**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

_____
                                            )
PEDRO LOPEZ, et al.,                        )
            Plaintiffs                      )
                                            )
v.                                          )
                                            )  **Case No. 07-CA-11693JLT**
                                            )
CITY OF LAWRENCE, et al.                    )
            Defendants                      )
_____)

**PLAINTIFFS' MOTION TO AMEND MAY 19, 2008 DISCOVERY ORDER TO INCLUDE ADDITIONAL DOCUMENT DISCOVERY BETWEEN PLAINTIFFS AND DEFENDANT CITY OF LOWELL**

Plaintiffs hereby move this Court to amend its May 19, 2008 Discovery Order to include that Defendant City of Lowell produce to Plaintiffs documentation and/or data relative to Defendant City of Lowell's police force and specifically documentation and/or data relative to the racial composition of such force.[1]  A copy of Plaintiffs' Proposed Amended Discovery Order is attached hereto as Exhibit A.   Plaintiffs' experts have requested documentation and/or data from each municipal defendant regarding the number of police officers, both minority and nonminority, and the number of police sergeants, both minority and nonminority, in their police departments because such documentation and/or

---

[1] Pursuant to the Court's Order of April 29, 2008, in the above-referenced case, counsel for the plaintiffs and counsel for the State Defendant filed and this Court granted joint proposed orders with respect to (a) document/electronic discovery, and (b) depositions.   Plaintiffs and State Defendant made specific in this joint proposed order that such order would not govern discovery between the municipal defendants and the plaintiffs or between the municipal defendants and the state defendants as the Court's April 29, 2008 Order did not appear to have been directed towards those latter matters.   The Plaintiffs' and State Defendant's Discovery Order which was granted by this Court states "the Court will entertain further proposed orders governing discovery between the municipal defendants and the plaintiffs or between the municipal defendants and the state defendants."

data is relevant to whether the State Defendants' police promotional exam has resulted in discrimination within each of these departments.[2]  Defendants Boston, Worcester, Lawrence and Methuen have agreed to produce and are in the process of producing such documentation and/or data to Plaintiffs.  To date, Defendant City of Lowell has not agreed to produce such documentation and/or data and objects to Plaintiffs' motion.   See Affidavit of Leah Marie Barrault, Attached hereto as Exhibit B.

      For these reasons, Plaintiffs respectfully request that this Court grant its motion and attached Order amending this Court's May 19, 2008 Discovery Order to include that Defendant City of Lowell produce to Plaintiffs documentation and/or data relative to Defendant City of Lowell's police force and specifically documentation and/or data relative to the racial composition of such force. Again, a copy of Plaintiff's Proposed Amended Discovery Order is attached hereto as Exhibit A.

                           Respectfully submitted,
                           PEDRO LOPEZ, et. al.
                           By their attorneys,

                            /s/ Leah Marie Barrault, Esq.
                           _____
                           Harold L. Lichten, BBO #549689
                           Shannon Liss-Riordan, BBO #640716
                           Leah M. Barrault, BBO # 661626
                           Pyle, Rome, Lichten, Ehrenberg
                              & Liss-Riordan, P.C.
                           18 Tremont St., Ste. 500
                           Boston, MA 02108
                           (617) 367-7200

Dated: November 26, 2008

---

[2] This documentation and/or data was recently released to the Boston Globe and was used in their Article entitled, Few Minority Police Supervisor Posts, attached hereto as Exhibit C.

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing document was served upon the Court and counsel of record for defendants via the Court's ECF filing system, on November 26, 2008.

                                        /s Leah Marie Barrault
                                        Leah Marie Barrault