UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                              )
PEDRO LOPEZ, et al.,                          )
        Plaintiffs                            )
                                              )
v.                                            )
                                              ) **Case No. 07-CA-11693JLT**
                                              )
CITY OF LAWRENCE, et al.                      )
        Defendants                            )
_____ )

### AFFIDAVIT OF LEAH MARIE BARRAULT

I, Leah Marie Barrault, being duly sworn, hereby depose and state as follows:

1. Plaintiffs have asked and Defendants Boston, Worcester, Lawrence and Methuen have agreed to produce and are in the process of producing documentation and/or data to Plaintiffs relative to the police force in their communities and the racial composition of such force.

2. To date, Defendant City of Lowell has not agreed to produce such documentation and/or data.

Signed under the pains and penalties of perjury this 26 day of November 2008.

/s/ Leah Marie Barrault
_____
Leah Marie Barrault