**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| PEDRO LOPEZ, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF LAWRENCE, et al., <br><br> Defendants. | ) ) ) ) ) ) ) ) **Case No. 07-CA-11693-JLT** ) ) ) ) |

**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)(2) FOR PLAINTIFFS' MOTION TO AMEND MAY 19, 2008 DISCOVERY ORDER TO INCLUDE ADDITIONAL DOCUMENT DISCOVERY BETWEEN PLAINTIFFS AND DEFENDANT CITY OF LOWELL**

I hereby certify that the parties have complied with the requirements of Local Rule 7.1(a)(2), and have conferred and attempted in good faith to resolve or narrow the issue. Counsel for City of Lowell has stated that it will not assent to Plaintiffs' Motion to Amend May 19, 2008 Discovery Order to Include filed with Court on November 26, 2008.

                                                          Respectfully submitted,

                                                          ABEL CANO, et al.

                                                          By their attorneys,

                                                          /s/ Leah M. Barrault
                                                          Harold L. Lichten, BBO #549689
                                                          Shannon Liss-Riordan, BBO #640716
                                                          Leah M. Barrault, BBO # 661626
                                                          Pyle, Rome, Lichten, Ehrenberg
                                                             & Liss-Riordan, P.C.
                                                          18 Tremont St., Ste. 500
                                                          Boston, MA 02108

Dated: November 26, 2008               (617) 367-7200

2

**<u>CERTIFICATE OF SERVICE</u>**

     I hereby certify that a copy of the foregoing document was served upon the Court and counsel of record for defendants via the Court's ECF filing system, on November 26, 2008.

                                              /s/ Leah M. Barrault
                                              Leah M. Barrault