UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 07-CV-11693-JLT

| | |
|---|---|
| PEDRO LOPEZ; ABEL CANO; KEVIN SLEDGE; CHARLES DEJESUS; RICHARD BROOKS; ROBERT ALVAREZ; MARISOL NOBREGA; SPENCER TATUM; THE MASSACHUSETTS HISPANIC LAW ENFORCEMENT ASSOCIATION; SHUMEAND BENFOLD; ANGELA - WILLIAMS MITCHELL; GWENDOLYN BROWN; LYNETTE PRAILEAU; INDIVIDUALLY AND ON BEHALF OF A CLASS OF INDIVIDUALS SIMILARLY SITUATED,<br>     Plaintiffs,<br><br>v.<br><br>CITY OF LAWRENCE, MASSACHUSETTS; CITY OF METHUEN, MASSACHUSETTS; COMMONWEALTH OF MASSACHUSETTS; PAUL DIETL, IN HIS CAPACITY AS PERSONNEL ADMINISTRATOR FOR THE COMMONWEALTH OF MASSACHUSETTS, HUMAN RESOURCES DIVISION; JOHN MICHAEL SULLIVAN, IN HIS CAPACITY AS MAYOR OF THE CITY OF LAWRENCE, MASSACHUSETTS; WILLIAM MANZI, III, IN HIS CAPACITY AS MAYOR OF CITY OF METHUEN, MASSACHUSETTS; CITY OF LOWELL, MASSACHUSETTS; APPOINTING AUTHORITY FOR THE CITY OF LOWELL MASSACHUSETTS; CITY OF WORCESTER, MASSACHUSETTS; AND MICHAEL OBRIEN IN HIS CAPACITY AS CITY MANAGER OF THE CITY OF WORCESTER, MASSACHUSETTS, CITY OF BOSTON<br>     Defendants | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

**ASSENTED MOTION OF DEFENDANT CITY OF LOWELL FOR LEAVE TO TAKE THE DEPOSITION OF PLAINTIFF ROBERT ALVAREZ ON DECEMBER 12, 2008**

Now come the Defendant, City of Lowell ("Lowell") in the above-captioned matter and hereby respectfully moves this Court, pursuant to Fed.R.Civ.P.30(a)(2) to grant Lowell leave to take the deposition of plaintiff Robert Alvarez on Friday, December 12, 2008 after the scheduled close of fact discovery. Lowell submit the attached memorandum of law in support of their motion. Lowell further states that the interested parties: plaintiff, Robert Alvarez, and the Commonwealth of Massachusetts assent to this motion.

Dated: November 28, 2008

Respectfully submitted:

**CITY OF LOWELL, defendant**
/s Brian W. Leahey
Brian W. Leahey, Asst. City Solicitor
BBO # 567403
City of Lowell - Law Department
375 Merrimack Street 3rd Fl.
Lowell MA 01852-5909
Tel: 978-970-4050
Fax: 978-453-1510

| **ASSENTING TO:** | **COMMONWEALTH OF** |
| **ROBERT ALVAREZ, plaintiff** | **MASSACHUSETTS, defendants** |
| /s Leah Marie Barrault | /s Robert L. Quinan, Jr. |
| Harold L. Lichten, BBO #549689 | Robert L. Quinan, Jr. BBO #553010 |
| Leah Marie Barrault, BBO #661626 | Assistant Attorney General |
| Pyle, Rome, Lichten, Ehrenberg | Office of the Attorney General |
| & Liss-Riordan, P.C. | One Ashburton Place |
| 18 Tremont Street, Ste. 500 | Government Bureau |
| Boston, MA 02108 | Boston, MA 02108-1598 |
| Tel: 617-367-7200 | Tel: 617-727-200, ext. 2554 |

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing document was filed through the Electronic Case Filing System for filing and electronic service to the registered participants as identified on the Notice of Electronic Filing on November 28, 2008.

/s Brian W. Leahey
Brian W. Leahey, Assistant City Solicitor