UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 07-CV-11693-JLT

PEDRO LOPEZ; ABEL CANO; )
KEVIN SLEDGE; CHARLES DEJESUS; )
RICHARD BROOKS; ROBERT ALVAREZ; )
MARISOL NOBREGA; SPENCER TATUM; )
THE MASSACHUSETTS HISPANIC LAW )
ENFORCEMENT ASSOCIATION; )
SHUMEAND BENFOLD; ANGELA - WILLIAMS )
MITCHELL; GWENDOLYN BROWN; LYNETTE )
PRAILEAU; INDIVIDUALLY AND ON BEHALF OF A )
CLASS OF INDIVIDUALS SIMILARLY )
SITUATED, )
    Plaintiffs, )
)
v. )
)
CITY OF LAWRENCE, MASSACHUSETTS; )
CITY OF METHUEN, MASSACHUSETTS; )
COMMONWEALTH OF MASSACHUSETTS; )
PAUL DIETL, IN HIS CAPACITY AS PERSONNEL )
ADMINISTRATOR FOR THE COMMONWEALTH )
OF MASSACHUSETTS, HUMAN RESOURCES )
DIVISION; JOHN MICHAEL SULLIVAN, IN HIS )
CAPACITY AS MAYOR OF THE CITY OF )
LAWRENCE, MASSACHUSETTS; )
WILLIAM MANZI, III, IN HIS CAPACITY AS )
MAYOR OF CITY OF METHUEN, )
MASSACHUSETTS; CITY OF LOWELL, )
MASSACHUSETTS; APPOINTING AUTHORITY )
FOR THE CITY OF LOWELL )
MASSACHUSETTS; CITY OF WORCESTER, )
MASSACHUSETTS; AND MICHAEL OBRIEN IN HIS )
CAPACITY AS CITY MANAGER OF THE CITY OF )
WORCESTER, MASSACHUSETTS, CITY OF )
BOSTON )
    Defendants )

**MEMORANDUM IN SUPPORT OF THE ASSENTED MOTION OF DEFENDANT CITY OF LOWELL FOR LEAVE TO TAKE THE DEPOSITION OF PLAINTIFF ROBERT ALVAREZ ON DECEMBER 12, 2008**

The defendant City of Lowell in the above-captioned matter and hereby respectfully moves this Court, pursuant to Fed.R.Civ.P.30(a)(2) to grant it leave to take the deposition of plaintiff Robert Alvarez ("Alvarez") on December 12, 2008 after the close of discovery for depositions as set forth in the Court Order dated on August 12, 2008. Lowell states plaintiff Alvarez's deposition is necessary to obtain the discovery of information relevant to its defense against his claims.

## PROCEDURAL FACTS

Among other things, Plaintiffs' Complaint alleges that Alvarez is Hispanic and that Human Resources Division's ("HRD") police promotional sergeants' exam is discriminatory under a theory of disparate impact.

Alvarez is a named plaintiff who works as a police officer for Lowell. He has taken the HRD police promotional sergeants' exam.

Due to the various calendars of counsel and Alvarez and some remaining outstanding discovery of documents, the parties will not be able to deposition Alvarez until December 12, 2008. That date is agreeable to all interested parties: Lowell, Alvarez and the State.

In the Court's Order of August 12, 2008, it gave the parties until November 30, 2008 to conclude depositions.

## ARGUMENT

As the Plaintiffs' Complaint makes allegations against the State and Lowell, the defendants must be afforded the opportunity to depose Alvarez in order to address various issues including but not limited to, his training and preparation for the HRD exams, his taking of said exams and issues relating to his allegation that his is Hispanic. Lowell seeks this information

from Alvarez so that it has the opportunity to properly defend itself and adequately prepare this case for trial as the Court did not authorize interrogatories or document requests.

## CONCLUSION

For the foregoing reasons, the defendant, City of Lowell respectfully request that this Court grant leave to take the deposition of plaintiff Robert Alvarez on December 12, 2008.

/s Brian W. Leahey
Brian W. Leahey, Assistant City Solicitor

Dated: November 28, 2008                    Respectfully submitted:

**CITY OF LOWELL, defendant**

/s Brian W. Leahey
Brian W. Leahey, Asst. City Solicitor
BBO # 567403
City of Lowell - Law Department
375 Merrimack Street 3rd Fl.
Lowell MA 01852-5909
Tel: 978-970-4050
Fax: 978-453-1510

| ASSENTING TO: | COMMONWEALTH OF |
|---|---|
| **ROBERT ALVAREZ, plaintiff** | **MASSACHUSETTS, defendants** |
| /s Leah Marie Barrault | /s Robert L. Quinan, Jr. |
| Harold L. Lichten, BBO #549689 | Robert L. Quinan, Jr. BBO #553010 |
| Leah Marie Barrault, BBO #661626 | Assistant Attorney General |
| Pyle, Rome, Lichten, Ehrenberg | Office of the Attorney General |
| & Liss-Riordan, P.C. | One Ashburton Place |
| 18 Tremont Street, Ste. 500 | Government Bureau |
| Boston, MA 02108 | Boston, MA 02108-1598 |
| Tel: 617-367-7200 | Tel: 617-727-200, ext. 2554 |

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing document was filed through the Electronic Case Filing System for filing and electronic service to the registered participants as identified on the Notice of Electronic Filing on November 28, 2008.

/s Brian W. Leahey
Brian W. Leahey, Assistant City Solicitor