UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 07-CV-11693-JLT

|  |  |
|---|---|
| PEDRO LOPEZ, ET Al., <br> Plaintiffs, <br><br> v. <br><br> CITY OF LAWRENCE, ET AL., <br> Defendants | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## MOTION OF DEFENDANT CITY OF LOWELL REQUEST FOR A COURT ORDER FOR PERSONNEL RECORDS OF PLAINTIFF ROBERT ALVAREZ

Now come the Defendant, City of Lowell ("Lowell") in the above-captioned matter and hereby respectfully moves this Court to order plaintiff Robert Alvarez ("Alvarez") and/or the Town of Groton Police Department and the City of Waltham Police Department to produce complete copies of the personnel file of Robert Alvarez from the Groton Police Department and the Waltham Police Department. As grounds therefore, Lowell states that it disputes the allegation that Alvarez is Hispanic and its request is relevant and reasonably calculated to lead to the discovery of admissible evidence under Fed.R.Civ.P.26(b). Lowell submits the attached memorandum of law in support of its motion.

Dated: November 28, 2008

Respectfully submitted:
**CITY OF LOWELL, defendant**

/s Brian W. Leahey
Brian W. Leahey, Asst. City Solicitor
BBO # 567403
City of Lowell - Law Department
375 Merrimack Street 3rd Fl.
Lowell MA 01852-5909
Tel: 978-970-4050
Fax: 978-453-1510

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing document was filed through the Electronic Case Filing System for filing and electronic service to the registered participants as identified on the Notice of Electronic Filing on November 28, 2008.

/s Brian W. Leahey
Brian W. Leahey, Assistant City Solicitor