# EXHIBIT 2

# AFFIDAVIT

I, Brian W. Leahey, hereby depose and say that:

1. I am an Assistant City Solicitor for the City of Lowell, Massachusetts. I am an attorney of record in the matter of Lopez, et al. v. City of Lawrence, et al., 07-CA-11693JLT. I am also an attorney of record in the matter of Alvarez v. City of Lowell, 02MICV4841.

2. As part of the Alvarez v. City of Lowell litigation, the City obtained certain documents which contain personal identifying data information of Robert Alvarez (such as address, date of birth and social security number). Rather than including these documents as part of a public filing, the City of Lowell is filing an affidavit. Should the court require the documents, the City will provide them to the court.

3. HRD documents show that Alvarez has changed back and forth between "White" and "Hispanic" over the past twenty years. In 1986, he is listed as White. In 1988, he is listed as White. In 1990, he is listed as Hispanic. In 1998, he is listed as White. In 2000, he is listed as Hispanic.

4. Alvarez's birth certificate lists him as "White" and his father is Filipino.

5. In his FBI fingerprint application dated February 1994, Alvarez listed himself as White.

6. City of Lowell, Police Department records show Alvarez has worked in Lowell since February 1994. Previously, he worked at Waltham PD from 1991 to February 1994 and in Groton PD from 1987 to 1991.

7. The Alvarez v. City of Lowell lawsuit was tried in January 2006. Currently the matter is on appeal. During the trial testimony, over the years Alvarez has represented himself to be Hispanic, White, and Native American (Inuit). While his last name has always been Alvarez, for years he pronounced it as "Alvareck."

Signed under the pains and penalties of perjury this 28th day of November 2008.

                                                                                 s/Brian W. Leahey  
                                                                                 Brian W. Leahey