UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 07-CV-11693-JLT

PEDRO LOPEZ, ET AL., )
    Plaintiffs, )
)
v. )
)
CITY OF LAWRENCE, ET AL., )
    Defendants )

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(2)

I hereby certify that on several dates in November 2008, I conferred with Attorney Leah Barrealt, counsel for the interested party, plaintiff, Robert Alvarez prior to filing Motion of Defendant City of Lowell Request for a Court Order for Personnel Records of Plaintiff Robert Alvarez.

Respectfully submitted,　　　　　　　　　　　　　　　　　November 28, 2008
**CITY OF LOWELL**

/s/ Brian W. Leahey
Brian W. Leahey, Asst. City Solicitor
BBO # 567403
375 Merrimack Street 3rd Fl.
Lowell MA 01852-5909
Tel: 978-970-4050
Fax: 978-453-1510

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing document, was filed through the Electronic Case Filing System for filing and electronic service to the registered participants as identified on the Notice of Electronic Filing on November 28, 2008.

/s/ Brian W. Leahey
Brian W. Leahey, Assistant City Solicitor