UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                        )
PEDRO LOPEZ, et al.,                    )
    Plaintiffs                          )
                                        )
v.                                      )
                                        ) **Case No. 07-CA-11693JLT**
                                        )
CITY OF LAWRENCE, et al.                )
    Defendants                          )
_____ )

**STIPULATED NOTICE OF DISMISSAL OF PLAINTIFF MARISOL NOBREGA AND HER CLAIMS AGAINST STATE DEFENDANT, CITY OF LOWELL AND APPOINTING AUTHORITY FOR THE CITY OF LOWELL**

Pursuant to Fed. R. Civ. P. 41(a) Plaintiff Marisol Nobrega, State Defendant, and Defendants City of Lowell and Appointing Authority for the City of Lowell hereby stipulate to the dismissal of Plaintiff Marisol Nobrega's claims filed with this Court on September 11, 2007, January 4, 2008 (second amended complaint), February 13, 2008 (third amended complaint), March 17, 2008 (fourth amended complaint), and May 30, 2008 (fifth amended complaint) as against State Defendant, City of Lowell and Appointing Authority for the City of Lowell.

                Respectfully submitted,
                PEDRO LOPEZ, et. al.
                By their attorneys,

                /s/ Leah Marie Barrault, Esq.
                _____
                Harold L. Lichten, BBO #549689
                Shannon Liss-Riordan, BBO #640716
                Leah M. Barrault, BBO # 661626
                Pyle, Rome, Lichten, Ehrenberg
                    & Liss-Riordan, P.C.
                18 Tremont St., Ste. 500
                Boston, MA 02108
                (617) 367-7200

Dated: December 4, 2008

**STIPULATED TO BY:**

| | |
|---|---|
| CITY OF LOWELL, APPOINTING AUTHORITY FOR CITY OF LOWELL | STATE DEFENDANT |
| By their Attorneys | MARTHA COAKLEY<br>ATTORNEY GENERAL |
| /s/ Brian W. Leahey<br>_____<br>Brian Leahey, Assit. City Solicitor<br>BBO # 567403<br>City of Lowell-Law Department<br>372 Merrimack Street, 3rd Floor<br>Lowell MA 01852-5909<br>Tel: 978-970-4050 | /s/ Robert J. Quinan, Jr.<br>_____<br>Robert J. Quinan, Jr.<br>BBO # 643713<br>Assistant Attorneys General<br>One Ashburton Place<br>Government Bureau<br>Boston MA 02108-1598<br>Tel: 727-7200, ext. 2554 |

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was served upon the Court and counsel of record for defendants via the Court's ECF filing system, on December 4, 2008.

/s Leah Marie Barrault_____
Leah Marie Barrault