**EXHIBIT C**

## COMMONWEALTH OF MASSACHUSETTS

MIDDLESEX, ss.

SUPERIOR COURT
CIVIL ACTION
NO. 2002-4841

ROBERT ALVAREZ,

Plaintiff

vs.

CITY OF LOWELL,

Defendant

### SPECIAL JURY VERDICT

I. National Origin/Racial Discrimination

Q.1  Is the plaintiff, Robert Alvarez, a member of a protected class?

A.1  ___✗___ YES  _____ NO

(If your answer to Question 1 is "YES", then answer Question 2. If your answer to Question 1 is "NO", then answer Question 6.)

Q.2  Was the plaintiff harmed by the alleged discriminatory acts of the defendant, City of Lowell?

A.2  _____ YES  ___X___ NO

(If your answer to Question 2 is "YES", then answer Question 3. If your answer to Question 2 is "NO", then answer Question 6.)

Q.3  Did the defendant act with discriminatory intent, motive or state of mind when it took the action that caused the plaintiff harm?

1

00127

A.3 _____YES _____NO

(If your answer to Question 3 is "YES", then answer Question 4. If your answer to Question 3 is "NO", then answer Question 6.)

Q.4  Was the defendant's discriminatory motive, intent or state of mind the determinative cause of the defendant's adverse employment action?

A.4 _____YES _____NO

(Proceed to Question 5.)

Q.5  Was the discrimination complaint timely filed with the MCAD?

A.5 _____YES _____NO

(Proceed to Question 6.)

## II. Retaliation

Q.6  Did the plaintiff challenge alleged discrimination in the Lowell Police Department?

A.6 \_\_\_\_X\_\_YES _____NO

(If your answer to Question 6 is "YES", then answer Question 7. If your answer to Question 6 is "NO", and your answers to Question 4 and Question 5 were "YES", then answer Question 12. If your answer to Question 6 is "NO", and your answer to Question 1, 2, 3, 4 or 5 is "NO", your deliberations are complete; do not answer any other questions, sign the verdict slip, and contact the Court Officer.)

Q.7  Did the plaintiff reasonably and in good faith believe that the City was engaged in wrongful discrimination?

A.7 \_\_\_\_X\_\_YES _____NO

2

00128

(If your answer to Question 7 is "YES", then answer Question 8. If your answer to Question 7 is "NO", and your answers to Question 4 and Question 5 were "YES", then answer Question 12. If your answer to Question 7 is "NO", and your answer to Question 1, 2, 3, 4 or 5 is "NO", your deliberations are complete; do not answer any other questions, sign the verdict slip, and contact the Court Officer.)

Q.8   Did the plaintiff act reasonably in response to his belief that the City was engaged in wrongful discrimination?

A.8        __X__ YES        _____ NO

(If your answer to Question 8 is "YES", then answer Question 9. If your answer to Question 8 is "NO", and your answers to Question 4 and Question 5 were "YES", then answer Question 12. If your answer to Question 8 is "NO", and your answer to Question 1, 2, 3, 4 or 5 is "NO", your deliberations are complete; do not answer any other questions, sign the verdict slip, and contact the Court Officer.)

Q.9   Was the plaintiff subjected to adverse employment action after he challenged discrimination?

A.9        __X__ YES        _____ NO

(If your answer to Question 9 is "YES", then answer Question 10. If your answer to Question 9 is "NO", and your answers to Question 4 and Question 5 were "YES", then answer Question 12. If your answer to Question 9 is "NO", and your answer to Question 1, 2, 3, 4 or 5 is "NO", your deliberations are complete; do not answer any other questions, sign the verdict slip, and contact the Court Officer.)

Q.10  Was the City's desire to retaliate against the plaintiff a determinative factor in its decision to take adverse employment action against him?

A.10       __X__ YES        _____ NO

(Proceed to Question 15)

Q.11   During what period of time was the plaintiff subjected to acts of discrimination or retaliation by the City?

A.11        FROM  10/6/99        TO  10/04        5 years

(Proceed to Question 12)

## III. Continuing Violation

Q.12   Has the plaintiff shown the existence of a continuing violation that includes conduct occurring within six months prior to the filing of his complaint with the Massachusetts Commission Against Discrimination (MCAD) on October 6, 1999?

A.12        _____ YES    __X__ NO

(If your answer to Question 12 is "NO", you may not award damages for any act that occurred prior to April 6, 1999)

(Proceed to Question 13)

Q.13   Did the plaintiff know, or should he reasonably have known, more than six months prior to the filing of his MCAD complaint on October 6, 1999, that the prior acts gave rise to an action for discrimination and that his work situation was unlikely to improve, and, therefore, a reasonable person would have filed a timely compliant with the MCAD?

A.13        _____ YES    __X__ NO

(If your answer to Question 13 is "YES", you may not award damages for any act that occurred prior to April 6, 1999)

(Proceed to Question 14)

## III. Damages

Q.14   Please state in words and numbers the amount of money, if any, which you find will fully and fairly compensate the plaintiff, Robert Alvarez, for the emotional distress caused by the defendant City of Lowell's unlawful discriminatory employment actions against Mr. Alvarez.

4

00130

A.14            $ __15,000.00__
                      Amount in Numbers

               __Fifteen Thousand Dollars__
                      Amount in Words

(Proceed to Question 15)


Q.15   Did the City prove that the plaintiff failed to mitigate his damages?

A.15            __X__ YES            ____ NO

(Proceed to Question 16)


Q.16   Please state in words and numbers the amount of money, if any, which you find will fully and fairly compensate the plaintiff, Robert Alvarez, for any lost income he suffered caused by the defendant City of Lowell's unlawful discriminatory employment actions against Mr. Alvarez.

A.16            $ __60,000.00__
                      Amount in Numbers

               __Sixty thousand dollars__
                      Amount in Words

(If you found damages in response to Question 14 and/or Question 16, then answer Question 17. If you did not find damages in response to Question 14 and/or Question 16, your deliberations are complete; do not answer any other questions, sign the verdict slip, and contact the Court Officer.)


Q.17   Was the discriminatory and/or retaliatory conduct of City of Lowell outrageous because of evil motive or reckless indifference to the rights of others?

A.17            __X__ YES            ____ NO

5

0013 1

(If your answer to Question 17 is "YES", then answer Question 18. If your answer to Question 17 is "NO", your deliberations are complete; do not answer any other questions, sign the verdict slip, and contact the Court Officer.)

Q.18   Please state in words and numbers the amount of money, if any, which you find should be awarded as punitive damages.

A.18        $ __90,000.00__
                    Amount in Numbers


            __Ninety Thousand dollars.__
                    Amount in Words


I hereby certify that the foregoing answers constitute the answers of at least 12 of the 14 deliberating jurors.


Dated:                                          _____
                                                 Foreperson of the Jury

6

00132