UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 07-CV-11693-JLT

| | |
|---|---|
| PEDRO LOPEZ, ET Al., <br>     Plaintiffs, <br> <br> v. <br> <br> CITY OF LAWRENCE, ET AL., <br>     Defendants | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

### DEFENDANT CITY OF LOWELL'S MOTION FOR LEAVE TO FILE DEFENDANT CITY OF LOWELL'S REPLY TO PLAINTIFFS' OPPOSITION TO DEFENDANT CITY OF LOWELL'S REQUEST FOR COURT ORDER FOR PERSONNEL RECORDS OF ROBERT ALVAREZ (Docket Nos. 123 & 124)

Now comes the defendant City of Lowell ("Lowell") in the above-captioned matter and hereby respectfully move this Court, pursuant to Local Rule 7.1(B)(3) to grant to Lowell leave to file the Defendant City of Lowell's Reply to Plaintiffs' Opposition to Defendant City of Lowell's Request for Court Order for Personnel Records of Robert Alvarez (Docket Nos. 123 & 124) hereafter "Lowell's Reply" retroactive to December 18, 2008. As grounds therefore, Lowell states that on December 16, 2008, Plaintiff filed their opposition to Lowell's discovery request. That opposition raised issues not germane to discovery or Lowell's motion. Plaintiffs' opposition is in essence a separate motion seeking a court determination on whether a question of fact at issue can be litigated. On December 18, 2008, the Lowell Reply, which sets forth its reply to Plaintiff's opposition, was filed. However, as Plaintiffs' pointed out to Lowell, the reply was filed but without leave of the court as required by Local Rule 7.1(B)(3). [It was also erroneously electronically filed as a sur-reply.] Lowell states that no party is prejudiced by the allowance of this motion for leave to file the Lowell Reply retroactive to December 18, 2008 and that it does not otherwise affect the Court's current schedule on this matter. However, given Plaintiffs'

assertions in its opposition, if Lowell is not granted leave to file a reply brief, Lowell will be prejudiced as Plaintiffs seek not a ruling on a discovery issue as the Lowell discovery motion sought but rather a court determination on one of the major factual issues in this case using the judicial doctrine of issue preclusion, an issue that was not the subject of Lowell's discovery motion. If Plaintiffs seek such a court determination, it must do so by way of a separate motion and not as an opposition to a discovery request.

## CONCLUSION

For the foregoing reasons, the defendant, City of Lowell respectfully request that this Court grant to Lowell leave to file the defendant City of Lowell's Reply to Plaintiffs' Opposition to Defendant City of Lowell's Request for Court Order for Personnel Records of Robert Alvarez (Docket Nos. 123 & 124) hereafter "Lowell's Reply" retroactive to December 18, 2008.

/s Brian W. Leahey
Brian W. Leahey, Assistant City Solicitor

Dated: December 19, 2008

Respectfully submitted:
**CITY OF LOWELL,**

/s Brian W. Leahey
Brian W. Leahey, Asst. City Solicitor
BBO # 567403
City of Lowell - Law Department
375 Merrimack Street 3rd Fl.
Lowell MA 01852-5909
Tel: 978-970-4050
Fax: 978-453-1510

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing document was filed through the Electronic Case Filing System for filing and electronic service to the registered participants as identified on the Notice of Electronic Filing on December 19, 2008.

/s Brian W. Leahey
Brian W. Leahey, Assistant City Solicitor