UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 07-CV-11693-JLT

PEDRO LOPEZ, ET AL.,                      )
    Plaintiffs,                          )
                                                                )
                                                                 )
v.                                         )
                                                                 )
CITY OF LAWRENCE, ET AL.,                  )
    Defendants                           )

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(2)

    I hereby certify that on December 19, 2008, I conferred with Attorney Ian Russell, counsel for the interested party, plaintiff, Robert Alvarez prior to filing Defendant City of Lowell's Motion for Leave to File Defendant City of Lowell's Reply to Plaintiffs' Opposition to Defendant City of Lowell's Request for Court Order for Personnel Records of Robert Alvarez (Docket Nos. 123 & 124).

Respectfully submitted,                                    December 19, 2008
**CITY OF LOWELL**

/s/ Brian W. Leahey
Brian W. Leahey, Asst. City Solicitor
BBO # 567403
375 Merrimack Street 3rd Fl.
Lowell MA 01852-5909
Tel: 978-970-4050
Fax: 978-453-1510

## CERTIFICATE OF SERVICE

    I hereby certify that a true copy of the foregoing document, was filed through the

Electronic Case Filing System for filing and electronic service to the registered

participants as identified on the Notice of Electronic Filing on December 19, 2008.

                                          /s/ Brian W. Leahey
                                          Brian W. Leahey, Assistant City Solicitor