UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                    )
PEDRO LOPEZ, et al.,                )
          Plaintiffs                )
                                    )
v.                                  )
                                    )  **Case No. 07-CA-11693-JLT**
CITY OF LAWRENCE, et al.,           )
          Defendants                )
_____ )

**PLAINTIFFS' MOTION TO STRIKE, OR, IN THE ALTERNATIVE, FOR LEAVE TO REPLY**

Plaintiff hereby moves to strike Defendants' reply brief filed on December 18, 2008.  See Dkt. # 129.  This "additional paper" should be stricken because it was filed without first obtaining leave from this Court, in violation of Local Rule 7.1(B)(3).[1]  Defendants' should not be allowed to disregard the rules of this Court.

In the alternative, if Defendants' reply is not stricken, Plaintiffs ask the Court for leave to file a short sur-reply.

**LOCAL RULE 7.1 CERTIFICATION**

I hereby certify that the parties have complied with the requirements of Local Rule 7.1(a)(2), and have conferred on December 19, 2008 and attempted in good faith to resolve or narrow the issue.

---

[1]  Rule 7.1(B)(3) reads: "All other papers not filed as indicated in subsections (B)(1) and (2), whether in the form of a reply brief or otherwise, may be submitted only with leave of court."

Respectfully submitted,

PEDRO LOPEZ, et al.,
By their attorneys,

/s/ Leah Marie Barrault
_____

Dated: December 19, 2008          Harold. L. Lichten, BBO #549689
Shannon Liss-Riordan, BBO #640716
Leah Marie Barrault, BBO #661626
PYLE, ROME, LICHTEN EHRENBERG
    & LISS-RIORDAN, P.C.
18 Tremont Street, Suite 500
Boston, MA 02108
(617) 367-7200

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing document was served upon the Court and counsel of record for defendants via the Court's ECF filing system, on December 19, 2008.

    /s Leah Marie Barrault_____
    Leah Marie Barrault

.