UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

*****************************************
PEDRO LOPEZ, ABEL CANO, KEVIN SLEDGE, *
CHARLES DEJESUS, RICHARD BROOKS, *
ROBERT ALVAREZ, MARISOL NOBREGA, *
SPENCER TATUM, THE MASSACHUSETTS *
HISPANIC LAW ENFORCEMENT ASSOCIATION, *
SHUMEAND BENFOLD, ANGELA WILLIAMS- *
MITCHELL, GWENDOLYN BROWN, LYNETTE *
PRAILEAU, INDIVIDUALLY AND ON BEHALF *
OF A CLASS OF INDIVIDUALS SIMILARLY *
SITUATED, *
  *
           **Plaintiffs** *
    v. *   **Civil Action No. 07-11693-JLT**
  *
CITY OF LAWRENCE, MASSACHUSETTS AND *
JOHN MICHAEL SULLIVAN, IN HIS *
CAPACITY AS MAYOR OF THE CITY OF *
LAWRENCE, MASSACHUSETTS; CITY OF *
METHUEN, MASSACHUSETTS AND WILLIAM *
MANZI, III, IN HIS CAPACITY AS MAYOR OF *
CITY OF METHUEN; CITY OF LOWELL, *
MASSACHUSETTS AND THE APPOINTING *
AUTHORITY FOR THE CITY OF LOWELL; *
CITY OF WORCESTER, MASSACHUSETTS AND *
MICHAEL O'BRIEN IN HIS CAPACITY AS CITY *
MANAGER OF THE CITY OF WORCESTER; *
CITY OF BOSTON, MASSACHUSETTS; *
COMMONWEALTH OF MASSACHUSETTS; and *
PAUL DIETL, IN HIS CAPACITY AS PERSONNEL *
ADMINISTRATOR FOR THE COMMONWEALTH *
OF MASSACHUSETTS, HUMAN RESOURCES *
DIVISION; *
  *
           **Defendants** *
  *
*****************************************

**MOTION TO POSTPONE FILING OF DEFENDANTS' EXPERT REPORTS
UNTIL COURT DECIDES PENDING MOTION TO AMEND
PLAINTIFFS' COMPLAINT AND FORTHCOMING MOTIONS FOR
JUDGMENT ON THE PLEADINGS AND/OR SUMMARY JUDGMENT**

In this case, the plaintiffs challenge, as allegedly racially discriminatory, the promotional processes employed by five municipalities and the Commonwealth's Human Resources Division in effecting civil service promotions of municipal police officers. At this juncture, the defendants are highly uncertain as to who the parties will be if this case goes to trial, and what the issues to be tried will be, making it impossible for the defendants to submit a comprehensive expert report at this time. Pending before the court is the plaintiffs' motion to amend the complaint for a sixth time, which proposes to add three new defendants and 33 new plaintiffs, the majority of whom are incumbent Boston police officers who sat for the 2005 Boston sergeant promotional examination. Other proposed new plaintiffs include police officers employed by the City of Springfield and the Massachusetts Bay Transportation Authority (MBTA) who sat for promotional exams offered statewide by the Commonwealth's Human Resources Division in 2005 and 2007. Among the current named plaintiffs, none took these latter promotional examinations, although the current plaintiffs purport to challenge the legality of those exams. In their answers to the various iterations of plaintiffs' complaint, the current defendants consistently have asserted that the plaintiffs lack standing to challenge the statewide 2005 and 2007 exams; the claims asserted by officers, including the Boston plaintiffs, who took a 2005 promotional exam are time barred; and/or that the discrimination claims against the Commonwealth defendants must be dismissed, principally because the state defendants are not the employers of any of the plaintiffs.

The undersigned defendants intend to move for judgment on the pleadings and/or summary judgment as soon as practicable after the Court rules on the plaintiffs' pending motion to amend the complaint and discovery closes. The defendants' obligation to file one or more expert reports should be deferred until the Court decides whether, *inter alia*, the City of

2

Springfield and the MBTA may be named as new defendants, the Boston plaintiffs' claims should be dismissed as time-barred, and the state defendants should be dismissed from the case. The promotional processes employed by Springfield and the MBTA differed from those followed by the existing municipal defendants. The Boston promotional process in 2005 was also unique to that city. Further direction from the Court is needed to determine whether the defendants' experts' charge should be enlarged to encompass issues particular to the putative new defendants or whether the experts' charge safely may be scaled back so as not to address claims that no longer can be litigated due to the statute of limitations. Until the parties and issues at stake in this case are sorted out, no expert can render any meaningfully tailored opinion on the defendants' behalf.

Wherefore, the defendants move for a postponement of the deadline by which to file expert reports, at least until the Court has ruled on the pending motion to amend the complaint, with a new timetable to be established at the status conference the Court has scheduled for January 8, 2009.

Respectfully submitted,

COMMONWEALTH OF MASSACHUSETTS,
and PAUL DIETL in his capacity as Human
Resources Officer of the Human Resources Division,

By their attorney,

MARTHA COAKLEY
ATTORNEY GENERAL

/s/ Iraida J. Álvarez
Robert L. Quinan, Jr.
B.B.O. # 553010
Iraida J. Álvarez
B.B.O. # 647521
Assistant Attorneys General
One Ashburton Place
Government Bureau
Boston, MA 02108-1598
(617) 727-2200, ext. 2554 (Quinan)
(617) 727-2200, ext. 2037 (Álvarez)

CITY OF BOSTON,

By its attorneys,

WILLIAM F. SINNOTT
Corporation Counsel

/s/Robert P. Morris
Mary Jo Harris
B.B.O. #561484
Robert P. Morris
B.B.O. #546052
Special Assistant Corporation Counsel
MORGAN, BROWN & JOY, LLP
200 State Street, 11th Floor
Boston, MA 02109-2605
(617) 523-6666

CITY OF WORCESTER and
MICHAEL O'BRIEN

By their attorneys,

/s/ Laurie W. Engdahl
Laurie W. Engdahl     BBO #554635
Daniel C. Brown       BBO #648038
Collins, Loughran & Peloquin, P.C.
320 Norwood Park South
Norwood, MA 02062
 781-762-2229

CITY OF LAWRENCE and
JOHN MICHAEL SULLIVAN

By their attorney,

/s/ Jim Bowers
James M. Bowers, Esq., BBO# 558759
Law Office of James M. Bowers, LLC
261 Common Street
Lawrence, MA 01840
Tel  978 686-8262
Fax 978 681-8550
Email j.bowers@verizon.net


WILLIAM M. MANZI, III in his capacity as
MAYOR OF THE CITY OF METHUEN, MASSACHUSETTS
and CITY OF METHUEN

By their attorney,

/s/ Peter J. McQuillan
Peter J. McQuillan, BBO# 340180
Office of the City Solicitor
41 Pleasant Street, Room 311
Methuen, MA  01844
(978)-983-8575
(978)-983-8981

CITY OF LOWELL and
APPOINTING AUTHORITY FOR THE CITY OF LOWELL

By their attorney,

/s/ Brian Leahey
Brian Leahey, BBO # 567403
Assistant City Solicitor
City of Lowell Law Dept.
375 Merrimack Street 3rd Fl
Lowell MA 01852-5909
Tel. 978.970.4050
Fax 978.453.1510


Dated: December 31, 2008

## CERTIFICATION PURSUANT TO RULE 7.1(A)(2)

Pursuant to Local 7.1(A)(2), the undersigned counsel for the Commonwealth defendants certifies that she has attempted to confer with Plaintiffs' counsel in a good faith attempt to resolve or narrow the issues raised by the instant motion but that Plaintiffs' attorneys have been unavailable, on vacation since prior to Christmas Day.

/s/ Iraida J. Alvarez
Iraida Alvarez

## CERTIFICATE OF SERVICE

I, Iraida Alvarez, certify that on December 31, 2008, this document filed electronically through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to any persons indicated as non-registered participants.

/s/ Iraida J. Alvarez
Iraida Alvarez