Case 1:07-cv-11693-JLT   Document 120-2   Filed 11/26/2008   Page 1 of 1

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

PEDRO LOPEZ, et al., )
    Plaintiffs )
)
v. )
) **Case No. 07-CA-11693JLT**
)
CITY OF LAWRENCE, et al. )
    Defendants )
)

## PLAINTIFFS' ~~PROPOSED~~ ORDER ON ADDITIONAL DOCUMENT DISCOVERY BETWEEN PLAINTIFFS AND DEFENDANT CITY OF LOWELL

1. A list of all police officers and police sergeants employed by the City of Lowell police department for the years 2004, 2005, 2006, 2007 and 2008.

2. A list of all non-minority (defined as non-Black and non-Hispanic) police officers and sergeants employed by the City of Lowell police department for the years 2004, 2005, 2006, 2007 and 2008.

3. A list of all minority police officers (defined as Black and Hispanic) employed by the City of Lowell police department for the years 2004, 2005, 2006, 2007 and 2008 broken down by race (Black or Hispanic)

Joseph L. Tauro
U.S. District Court

Dated: 1/7/09