UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 07-CV-11693-JLT

PEDRO LOPEZ, ET AL.,
    Plaintiffs,

v.

CITY OF LAWRENCE, ET AL.,
    Defendants

### DEFENDANT CITY OF LOWELL'S ~~PROPOSED~~ COURT ORDER

1. City of Waltham, Police Department ("WPD") to provide a complete and unredacted copy of the personnel file of Robert Alvarez to the City of Lowell, Law Department. This request includes but is not limited to the following documents: WPD job application, FBI Department of Justice fingerprint application, and any and all document relating to his race and/or ethnicity.

2. Town of Groton, Police Department ("GPD") to provide a complete and unredacted copy of the personnel file of Robert Alvarez to the City of Lowell, Law Department. This request includes but is not limited to the following documents: GPD job application, FBI Department of Justice fingerprint application, and any and all document relating to his race and/or ethnicity.

_/s/ Joseph L. Tauro_
Joseph L. Tauro
U.S. District Court

Dated: 1/7/09