UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PEDRO LOPEZ, et al. | * |
| Plaintiffs, | * |
| v. | *   Civil Action No. 07-11693-JLT |
| CITY OF LAWRENCE, et al. | * |
| Defendants. | * |

ORDER

January 8, 2009

TAURO, J.

Following a Hearing held on January 8, 2009, this court hereby orders the following:

1. Defendants' <u>Motion for Extension of Time to Postpone filing of Defendants' Expert Reports</u> is ALLOWED.

    a. Defendants shall file Expert Reports by February 9, 2009.

2. Defendants may depose all Plaintiffs that were joined to this action in Plaintiffs' <u>Sixth Amended Complaint</u> [#110-2].

    a. The depositions shall be completed by March 31, 2009.

3. No further extensions of discovery shall be granted.

4. A Pretrial Conference is scheduled for April 7, 2009 at 11:00 a.m.

IT IS SO ORDERED.

    /s/ Joseph L. Tauro
United States District Judge