UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PEDRO LOPEZ, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF LAWRENCE, et al., <br><br> Defendants. | CIVIL ACTION <br> NO. 07-11693-JLT |

## STATE DEFENDANTS' MOTION TO DISMISS OR IN THE ALTERNATIVE FOR SUMMARY JUDGMENT

The State defendants, Commonwealth of Massachusetts and Paul Dietl, in his capacity as Chief Human Resources Officer of the Human Resources Division, move to dismiss the complaint under Fed. R. Civ. P. 12(b)(1) for lack of jurisdiction or in the alternative for summary judgment under Fed. R. Civ. P. 56. The grounds for this motion are set forth in the accompanying memorandum of law.

Respectfully submitted,

COMMONWEALTH OF MASSACHUSETTS and PAUL DIETL, in his capacity as Chief Human Resources Officer of the Human Resources Division,

By their attorney,

MARTHA COAKLEY
ATTORNEY GENERAL

 /s/ Sookyoung Shin
Sookyoung Shin, BBO # 643713
Assistant Attorney General
One Ashburton Place, Room 2019
Boston, MA 02108-1698
Dated: January 26, 2009     (617) 963- 2052

## **CERTIFICATION UNDER L.R. 7.1(A)(2)**

I hereby certify that I have conferred with counsel for plaintiffs and attempted in good faith to resolve or narrow the issues.

             /s/ Sookyoung Shin
             Sookyoung Shin, BBO # 643713
             Assistant Attorney General

## **CERTIFICATE OF SERVICE**

      I hereby certify that the above document will be served on January 26, 2009, by electronic notice for registered counsel and a copy will be served by first-class mail, postage pre-paid, for non-registered counsel.

                                        /s/ Sookyoung Shin_____
                                        Sookyoung Shin, BBO # 643713
                                        Assistant Attorney General