COMMONWEALTH OF MASSACHSETTS
CIVIL SERVICE COMMISSION

HUMAN RESOURCES DIVISION
LEGAL DIVISION

2002 JUN 25 P 1:29

JUN 24 2002

Boston Police Superior Officers
Federation et al,
   Appellant

Case No. G-02-143

v.

Boston Police Department,
Human Resources Division,
   Respondent

## DECISION

The Respondent will not implement the PRS component with regard to the ongoing promotional examinations. Based on this, the Appellants voluntarily withdrew their appeals. The Commission dismisses the appeal based on voluntary withdrawal by the Appellants.

Civil Service Commission

Robert E. Tierney, Esq.
Commissioner

By vote of the Civil Service Commission (O'Neil, Harrington, Tierney and Henderson, Commissioners) on June 13, 2002.

A true record. Attest:

France A. Lopez, Esq.
Chairman
Civil Service Commission