UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PEDRO LOPEZ, et al.,<br><br>                           Plaintiffs,<br><br>v.<br><br>CITY OF LAWRENCE, et al.,<br><br>                           Defendants. | CIVIL ACTION<br>NO. 07-11693-JLT |

**STATE DEFENDANTS' ASSENTED-TO MOTION FOR LEAVE TO
FILE MEMORANDUM OF LAW IN EXCESS OF TWENTY PAGES**

      The State defendants, Commonwealth of Massachusetts and Paul Dietl, in his capacity as Chief Human Resources Officer of the Human Resources Division (together, "HRD"), move for leave under Local Rule 7.1(B)(4) to file a memorandum of law in excess of 20 pages in support of their Motion to Dismiss or in the Alternative for Summary Judgment. As grounds, HRD states that their memorandum raises several complex issues, including (1) whether HRD and plaintiffs are in an employment relationship, as is required for Title VII liability to attach, (2) whether plaintiffs' claims are barred by the Eleventh Amendment, and (3) whether the claims challenging the 2005 examinations are barred by the statute of limitations. Because of the complexity of these issues, HRD was unable, despite its best efforts, to make a complete presentation of its legal arguments in 20 pages. Accordingly, HRD respectfully asks that the Court grant an enlargement to 30 pages.

      Plaintiffs' counsel has assented to this motion, with the understanding that HRD's counsel will assent to any request for the same enlargement with respect to plaintiffs' opposition.

Respectfully submitted,

COMMONWEALTH OF MASSACHUSETTS and PAUL DIETL, in his capacity as Chief Human Resources Officer of the Human Resources Division,

By their attorney,

MARTHA COAKLEY
ATTORNEY GENERAL

 /s/ Sookyoung Shin
Sookyoung Shin, BBO # 643713
Assistant Attorney General
One Ashburton Place, Room 2019
Boston, MA 02108-1698
Dated: January 26, 2009                (617) 963- 2052

## CERTIFICATION UNDER L.R. 7.1(A)(2)

I hereby certify that I have conferred with counsel for plaintiffs and attempted in good faith to resolve or narrow the issues.

 /s/ Sookyoung Shin
Sookyoung Shin, BBO # 643713
Assistant Attorney General

## **CERTIFICATE OF SERVICE**

      I hereby certify that the above document will be served on January 26, 2009, by electronic notice for registered counsel and a copy will be served by first-class mail, postage pre-paid, for non-registered counsel.

                                  /s/ Sookyoung Shin_____
                                 Sookyoung Shin, BBO # 643713
                                 Assistant Attorney General