UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PEDRO LOPEZ, et al.,

                Plaintiffs,

v.

CITY OF LAWRENCE, et al.,

                Defendants.

CIVIL ACTION
NO. 07-11693-JLT

## AFFIDAVIT OF IRAIDA J. ALVAREZ IN SUPPORT OF STATE DEFENDANTS' MOTION TO DISMISS OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT

1. I am an Assistant Attorney General and one of the attorneys of record for the State defendants, the Commonwealth of Massachusetts and Paul Dietl, in his capacity as Chief Human Resources Officer of its Human Resources Division (together, "HRD"), in the above-captioned action.

2. I was the attorney of record for HRD at the December 11, 2008 deposition of Angela Williams-Mitchell, at which time I posed a number of questions to her.

3. Attached hereto as Exhibit A are true and accurate copies of pages 1, 8, 48, 56-59, and 63 of the transcript of the December 2008 deposition of Angela Williams-Mitchell.

4. Attached hereto as Exhibit B is a true and accurate copy of Exhibit 2 of the December 2008 deposition of Angela Williams-Mitchell.

5. I was also attorney of record for HRD at the December 2008 depositions of Lynette Praileau, Shumeane Benford, and Gwendolyn Brown.

6. Attached hereto as Exhibit C is a true and accurate copy of Exhibit 2 to the December 2008 deposition of Shumeane Benford.

7. Attached hereto as Exhibit D is a true and accurate copy of Exhibit 3 to the December 2008 deposition of Lynette Praileau.

8. Attached hereto as Exhibit E is a true and accurate copy of Exhibit 12 to the December 2008 deposition of Gwendolyn Brown.

Signed under the penalties of perjury this 26th day of January, 2009.

*[signature]*
Iraida J. Alvarez

Exhibit A

```
                                          Volume:  I
 1
                                          Pages:   1-64
 2
                                          Exhibits: 1-3
 3
 4            UNITED STATES DISTRICT COURT
 5   DISTRICT OF MASSACHUSETTS
 6   Civil Action No. 07-11693-JLT
 7   - - - - - - - - - - - - - - - - - - - -x
 8   PEDRO LOPEZ, et al.,
 9              Plaintiff,
10       v.
11   CITY OF LAWRENCE, MASSACHUSETTS, et al.,
12              Defendants.
13   - - - - - - - - - - - - - - - - - - - -x
14
15       Deposition of Angela Williams-Mitchell
16              December 11, 2008
17          10:00 a.m. - 12:13 p.m.
18           Morgan, Brown & Joy, LLP
19              200 State Street
20             Boston, Massachusetts
21
22      Reporter: Daria L. Romano, RPR/CRR
23
24
```

8

| | | |
|---|---|---|
| 1 | A. | I'm going to say no, not that I |
| 2 | recall. | |
| 3 | Q. | Okay. You mentioned an organization |
| 4 | that you're affiliated with. Is that a group | |
| 5 | known as MAMLEO? | |
| 6 | A. | Correct. |
| 7 | Q. | Okay. What's your position with |
| 8 | MAMLEO? | |
| 9 | A. | I'm the president. |
| 10 | Q. | How long have you been the president |
| 11 | for? | |
| 12 | A. | Four years. |
| 13 | Q. | And before that, did you hold any |
| 14 | other offices with MAMLEO? | |
| 15 | A. | Yes. I was the secretary at one |
| 16 | point, and I sat on the board of directors at | |
| 17 | another time. | |
| 18 | Q. | Do you recall when you served as the |
| 19 | secretary? | |
| 20 | A. | 2003 to 2005, I believe. |
| 21 | Q. | And you became the president after |
| 22 | that? | |
| 23 | A. | In 2005, yes. |
| 24 | Q. | And when did you serve on the board of |

48
1 commissioner
2     Q.   So MAMLEO raised some issues with the
3 2005 exam with the Boston Police Commissioner?
4     A.   Yes.
5     Q.   Do you recall when that was?
6     A.   No.  No, I can't say a date.  After
7 the exam.  And then it was Commissioner O'Toole.
8     Q.   Was it before the results were issued,
9 or was it after the results were issued?
10     A.   I'm going to respond to that prior,
11 during and after.
12     Q.   And do you recall what those
13 discussions with Commissioner O'Toole were?
14     A.   Most discussions stemmed around the
15 disparity, the numbers of officers of color in
16 various positions throughout the various ranking
17 of the department, meaning sergeant, lieutenant,
18 captain.
19     And the response is usually that the
20 hands of the department are tied because if you
21 don't fare well on the exam, you can't promote.
22     So based on that conversation, it
23 always led us to the Civil Service exam and how
24 we may need to look at that because you can't

56

1   about the format of the questions or the concern
2   you had about the questions?
3       A.   About the exam in its entirety, yes.
4       Q.   Who did you consult with?
5       A.   Attorneys.
6            MS. ALVAREZ:  Could we take a short
7   break?
8            MR. GLEASON:  No objection here.
9   Sure.
10           (Recess taken)
11  BY MS. ALVAREZ:
12      Q.   Back on the record.
13           You testified earlier that as a result
14  of the 2005 exam, you had consulted with
15  attorneys.
16           When did you first consult an attorney
17  with regard to the 2005 exam?
18           MR. GLEASON:  I'm going to object
19  to the form of the question and, of course,
20  caution you not to reveal the substance of any
21  communication you had with an attorney.
22      A.   I can't answer the specific time.
23      Q.   Was it before you received the results
24  of the 2005 exam?

57

```
 1      A.   No, it would not have been prior.  It
 2   wouldn't -- can you repeat the question?
 3      Q.   Was it before you received the results
 4   of the 2005 exam?
 5      A.   Yes.
 6      Q.   It was before you received the --
 7      A.   It would have been.
 8      Q.   Okay.  And who was the attorney you
 9   consulted with?
10      A.   The Lawyers' Committee.
11      Q.   After the 2005 exam results became
12   available, did MAMLEO discuss or did the
13   executive board of MAMLEO discuss any
14   differences in the performance data of the
15   minority officers?
16           MR. GLEASON:  Objection.
17           To the extent that this is calling for
18   you to reveal confidential communications with
19   attorneys, I would instruct you not to answer.
20   But if there's information that doesn't fall
21   within that category, you can answer it.
22   BY MS. ALVAREZ:
23      Q.   I'm not interested in communications
24   with attorneys.
```

58

1  Other than communications with
2  attorneys, did the MAMLEO executive board have
3  any discussions about the performance data of
4  minority officers?
5  MR. GLEASON:  I just want to be
6  clear that you understand the privilege.  It's
7  not just communications that you had with
8  attorneys.  It could also be communications
9  amongst yourselves to talk about or refer to
10 communications that are privileged that you had
11 with your attorneys.
12 So anything that results from a
13 communication with an attorney or any advice you
14 were given by an attorney, if you're discussing
15 that amongst yourselves, I would instruct you
16 not to discuss that at this time.
17 MS. ALVAREZ:  I'm going to disagree
18 a little bit with your description of that.
19 BY MS. ALVAREZ:
20 Q.  But I guess without going into any
21 privileged communications with your attorney,
22 were there any discussions with MAMLEO board
23 members about the performance data?
24 A.  Yes.

59

1  Q. And were those communications shortly
2  after the results for the 2005 exam became
3  available?
4  A. Yes.
5  Q. And what were those discussions about?
6  A. There I take my attorney's -- I will
7  adhere to his advice.
8  Q. Without revealing any conversations
9  with attorneys, what were the subject of the
10 conversations among the MAMLEO members about the
11 performance data of the minority police
12 officers?
13         MR. GLEASON: Objection. It seems
14 to me like you've answered your own question
15 because you've described a subject matter.
16         Now if we're getting into substance
17 and it's Ms. Williams-Mitchell's belief that
18 that would reveal confidential communications
19 with attorneys or attorney's legal advice in
20 connection with this suit or some other suit,
21 then I'm going to have to instruct her not to
22 answer that question.
23         MS. ALVAREZ: I'll rephrase the
24 question.

Angela Williams-Mitchell

63

C E R T I F I C A T E

1  
2  I, ANGELA WILLIAMS-MITCHELL, do hereby
3  certify that I have read the foregoing
4  transcript of my testimony, and further certify
5  that it is a true and accurate record of my
6  testimony (with the exception of the following
7  corrections):
8  Page      Line                Correction
9  
10  *To The best of my Knowledge I*
11  *Conquer with the Record enclosed of*
12  *my Testimony.*
13
14
15
16
17
18
19
20  Signed under the pains and penalties of
21  perjury this *Friday* day of *January 9*, 200~8~. *2009*
22
23              _____
24                  ANGELA WILLIAMS-MITCHELL

JONES REPORTING COMPANY
617-451-8900

Exhibit B

Williams-Mitchell

| CHARGE OF DISCRIMINATION | AGENCY | CHARGE NUMBER |
|---|---|---|
| This form is affected by the Privacy Act of 1974; see Privacy Act Statement on reverse before completing this form. | ☒ FEPA ☒ EEOC | |

Massachusetts Commission Against Discrimination and EEOC
*(State or Local Agency, if Any)*

| NAME (Indicate Mr., Ms., or Mrs.) | HOME TELEPHONE NUMBER (Include Area Code) |
|---|---|
| Angela M. Williams-Mitchell | (617) 388-9172 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | DATE OF BIRTH |
|---|---|---|
| 32 Alaska Street, Roxbury, MA 02121 | | 2-4-57 |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (If more than one list below).

| NAME | NO. OF EMPLOYEES/MEMBERS | TELEPHONE NUMBER (Include Area Code) |
|---|---|---|
| City of Boston | | (617) 635-4525 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| One City Hall Plaza, Boston, MA 02120 | | Suffolk |

| NAME | NO. OF EMPLOYEES/MEMBERS | TELEPHONE NUMBER (Include Area Code) |
|---|---|---|
| *Boston Police Department | | (617) 343-4200 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE |
|---|---|
| One Schroeder Plaza, Bosotn, MA 02120 | |

CAUSE OF DISCRIMINATION BASED ON (Check appropriate box(es))

☒ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☐ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ OTHER (Specify)

DATE DISCRIMINATION TOOK PLACE
EARLIEST — LATEST
January 2008
☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional space is needed, attached extra sheet(s))

* Edward Davis, Commissioner
  Boston Police Department, One Schroeder Plaza, Boston, MA 02120
  (617) 343-4200
* John O'Leary, in his capacty as Personnel Director for the Commonwealth
  of Massachusetts Division of Human Resources
  One Ashburton Place
  Boston, MA 02108
  (617) 878-9703
* Commonwealth of Massachusetts

The complainant, an African-American, holds the position of police officer in the City of Boston. She took and passed the promotional exam for the position of police sergeant administered by the Commonwealth of Massachusetts Human Resources Division. However, as a result of her exam score the complainant is currently on the civil service sergeants' list for the Boston Police Department. As a result of her score she has not been promoted to the position of police sergeant. Promotions have been made from the list in the last several months and more are expected to be made shortly. The promotional exam has a disparate impact upon minority test takers and can't be shown to be a job-related business necessity based upon the rank ordering system utilized by the Respondents. Thus, the exams discriminate against minorities in violation of state and federal law.

I want this charge filed with the EEOC and the State FEPA. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

NOTARY – (When necessary to meet State and Local Requirements)

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

I declare under penalty of perjury that the foregoing is true and correct.

Date 3/5/08    Charging Party (Signature)

SIGNATURE OF COMPLAINANT
SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE:

Carmel E. Precia
Notary Public
Commonwealth of Massachusetts
My Commission Expires
July 19, 2013

Exhibit C

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974; see Privacy Act Statement on reverse before completing this form. | AGENCY<br>☒ FEPA<br>☒ EEOC | CHARGE NUMBER |
|---|---|---|

Massachusetts Commission Against Discrimination and EEOC
(State or Local Agency, If Any)

| NAME (Indicate Mr., Ms., or Mrs.) Shumeane Benford | HOME TELEPHONE NUMBER (Include Area Code) 617-541-4992 | |
|---|---|---|
| STREET ADDRESS 8 Humboldt Ave #3 | CITY, STATE AND ZIP CODE Roxbury MA 02119 | DATE OF BIRTH 4/9/72 |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (If more than one list below).

| NAME City of Boston | NO. OF EMPLOYEES/MEMBERS | TELEPHONE NUMBER (617) 635-4525 | |
|---|---|---|---|
| STREET ADDRESS One City Hall Plaza, Boston, MA 02120 | | CITY, STATE AND ZIP CODE | COUNTY Suffolk |
| NAME *Boston Police Department | NO. OF EMPLOYEES/MEMBERS | TELEPHONE NUMBER (617) 343-4200 | |
| STREET ADDRESS One Schroeder Plaza, Bosotn, MA 02120 | | CITY, STATE AND ZIP CODE | |

CAUSE OF DISCRIMINATION BASED ON (Check appropriate box(es))
☒ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☐ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ OTHER (Specify)

DATE DISCRIMINATION TOOK PLACE
EARLIEST — LATEST
January 2008
☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional space is needed, attached extra sheet(s)):

* Edward Davis, Commissioner
  Boston Police Department, One Schroeder Plaza, Boston, MA 02120
  (617) 343-4200
* John O'Leary, in his capacty as Personnel Director for the Commonwealth of Massachusetts Division of Human Resources
  One Ashburton Place
  Boston, MA 02108
  (617) 878-9703
* Commonwealth of Massachusetts

The complainant, an African-American, holds the position of police officer in the City of Boston. He took and passed the promotional exam for the position of police sergeant administered by the Commonwealth of Massachusetts Human Resources Division. However, as a result of his exam score the complainant is currently on the civil service sergeants' list for the Boston Police Department. As a result of his score he has not been and may not be promoted to the position of police sergeant. Promotions have been made from the list in the last several months and more are expected to be made shortly. The promotional exam has a disparate impact upon minority test takers and can't be shown to be a job-related business necessity based upon the rank ordering system utilized by the Respondents. Thus, the exams discriminate against minorities in violation of state and federal law.

I want this charge filed with the EEOC and the State FEPA. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

NOTARY – (When necessary to meet State and Local Requirements)

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

I declare under penalty of perjury that the foregoing is true and correct.

Date: 3/5/08   Charging Party (Signature)

SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE: 3/5/08
(Month, day and year)

CARMEL E. PRECIA
Notary Public
COMMONWEALTH OF MASSACHUSETTS
My Commission Expires
July 10, 2015

Exhibit D

| CHARGE OF DISCRIMINATION | AGENCY | CHARGE NUMBER |
|---|---|---|
| This form is affected by the Privacy Act of 1974; see Privacy Act Statement on reverse before completing this form. | ☒ FEPA ☒ EEOC | |

Massachusetts Commission Against Discrimination and EEOC
*(State or Local Agency, If Any)*

| NAME (Indicate Mr., Ms., or Mrs.) | HOME TELEPHONE NUMBER (Include Area Code) | |
|---|---|---|
| Lynette Praoleau | (617) 698-6306 | |
| STREET ADDRESS | CITY, STATE AND ZIP CODE | DATE OF BIRTH |
| 116 Itasca Street, Mattpan, MA 02126 | | 5-12-70 |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME *(If more than one list below)*.

| NAME | NO. OF EMPLOYEES/MEMBERS | TELEPHONE NUMBER (Include Area Code) | |
|---|---|---|---|
| City of Boston | | (617) 635-4525 | |
| STREET ADDRESS | CITY, STATE AND ZIP CODE | | COUNTY |
| One City Hall Plaza, Boston, MA 02120 | | | Suffolk |
| NAME | NO. OF EMPLOYEES/MEMBERS | TELEPHONE NUMBER (Include Area Code) | |
| *Boston Police Department | | (617) 343-4200 | |
| STREET ADDRESS | CITY, STATE AND ZIP CODE | | |
| One Schroeder Plaza, Bosotn, MA 02120 | | | |

| CAUSE OF DISCRIMINATION BASED ON (Check appropriate box(es)) | DATE DISCRIMINATION TOOK PLACE |
|---|---|
| ☒ RACE ☐ COLOR ☐ SEX ☐ RELIGION ☐ NATIONAL ORIGIN ☐ RETALIATION ☐ AGE ☐ DISABILITY ☐ OTHER (Specify) | EARLIEST / LATEST: January 2008 ☐ CONTINUING ACTION |

THE PARTICULARS ARE (If additional space is needed, attached extra sheet(s))

* Edward Davis, Commissioner
  Boston Police Department, One Schroeder Plaza, Boston, MA 02120
  (617) 343-4200
* John O'Leary, in his capacty as Personnel Director for the Commonwealth of Massachusetts Division of Human Resources
  One Ashburton Place
  Boston, MA 02108
  (617) 878-9703
* Commonwealth of Massachusetts

The complainant, an African-American, holds the position of police officer in the City of Boston. She took and passed the promotional exam for the position of police sergeant administered by the Commonwealth of Massachusetts Human Resources Division. However, as a result of her exam score the complainant is currently on the civil service sergeants' list for the Boston Police Department. As a result of her score she has not been promoted to the position of police sergeant. Promotions have been made from the list in the last several months and more are expected to be made shortly. The promotional exam has a disparate impact upon minority test takers and can't be shown to be a job-related business necessity based upon the rank ordering system utilized by the Respondents. Thus, the exams discriminate against minorities in violation of state and federal law.

I want this charge filed with the EEOC and the State FEPA. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

NOTARY – (When necessary to meet State and Local Requirements)

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

I declare under penalty of perjury that the foregoing is true and correct.

*Lynette Praoleau* (signature)

Date 3/5/08   Charging Party (Signature)

SIGNATURE OF COMPLAINANT
*Lynette Praoleau*

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE:
(Month, day and year)

CARMEL E. PRECIA
Notary Public
COMMONWEALTH OF MASSACHUSETTS
My Commission Expires
July 19, 2013

Exhibit E

Ex. 12

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974; see Privacy Act Statement on reverse before completing this form. | AGENCY<br>☒ FEPA<br>☒ EEOC | CHARGE NUMBER |
|---|---|---|

Massachusetts Commission Against Discrimination and EEOC
*(State or Local Agency, If Any)*

| NAME (Indicate Mr., Ms., or Mrs.) | HOME TELEPHONE NUMBER (Include Area Code) | |
|---|---|---|
| Gwendolyn Brown | (617) 594-9291 | |
| STREET ADDRESS | CITY, STATE AND ZIP CODE | DATE OF BIRTH |
| 1896 River Street, Hyde Park, MA 02136 | | 7-26-60 |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (*If more than one list below*).

| NAME | NO. OF EMPLOYEES/MEMBERS | TELEPHONE NUMBER (Include Area Code) | |
|---|---|---|---|
| City of Boston | | (617) 635-4525 | |
| STREET ADDRESS | CITY, STATE AND ZIP CODE | | COUNTY |
| One City Hall Plaza, Boston, MA 02120 | | | Suffolk |
| NAME | NO. OF EMPLOYEES/MEMBERS | TELEPHONE NUMBER (Include Area Code) | |
| *Boston Police Department | | (617) 343-4200 | |
| STREET ADDRESS | CITY, STATE AND ZIP CODE | | |
| One Schroeder Plaza, Bosotn, MA 02120 | | | |

| CAUSE OF DISCRIMINATION BASED ON (Check appropriate box(es)) | DATE DISCRIMINATION TOOK PLACE |
|---|---|
| ☒ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN<br>☐ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ OTHER (Specify) | EARLIEST                LATEST<br>January 2008<br>☐ CONTINUING ACTION |

THE PARTICULARS ARE (*If additional space is needed, attached extra sheet(s)*)

* Edward Davis, Commissioner
  Boston Police Department, One Schroeder Plaza, Boston, MA 02120
  (617) 343-4200
* John O'Leary, in his capacty as Personnel Director for the Commonwealth of Massachusetts Division of Human Resources
  One Ashburton Place
  Boston, MA 02108
  (617) 878-9703
* Commonwealth of Massachusetts

The complainant, an African-American, holds the position of police officer in the City of Boston. She took and passed the promotional exam for the position of police sergeant administered by the Commonwealth of Massachusetts Human Resources Division. However, as a result of her exam score the complainant is currently on the civil service sergeants' list for the Boston Police Department. As a result of her score she has not been promoted to the position of police sergeant. Promotions have been made from the list in the last several months and more are expected to be made shortly. The promotional exam has a disparate impact upon minority test takers and can't be shown to be a job-related business necessity based upon the rank ordering system utilized by the Respondents. Thus, the exams discriminate against minorities in violation of state and federal law.

I want this charge filed with the EEOC and the State FEPA. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

NOTARY – (When necessary to meet State and Local Requirements)

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

I declare under penalty of perjury that the foregoing is true and correct.

SIGNATURE OF COMPLAINANT

Date 3/5/08    Charging Party (Signature)

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE:
(Month, day and year)

Notary Public
COMMONWEALTH OF MASSACHUSETTS
My Commission Expires
July 19, 2013