## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **PEDRO LOPEZ, et al.,** | ) |
| | ) |
| **Plaintiffs** | ) |
| | ) |
| **v.** | ) Case No. 07-CA-11693-JLT |
| | ) |
| **CITY OF LAWRENCE, MASSACHUSETTS, et al.,** | ) |
| | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

## ANSWER OF THE CITY OF WORCESTER
## AND MICHAEL O'BRIEN TO SIXTH AMENDED COMPLAINT

Defendants City of Worcester and Michael O'Brien, in his capacity as City Manager of the City of Worcester (collectively the "Defendants"), hereby answer the Sixth Amended Complaint of the Plaintiff's as follows:

### I.    INTRODUCTION

1.    The Defendants are without information sufficient to admit or deny the allegations contained in Paragraph 1, and call upon the Plaintiffs to prove the same.

### II.    JURISDICTION

2.    Paragraph 2 contains conclusions of law to which no response is required.

### III.    PARTIES

3.    The Defendants are without information sufficient to admit or deny the allegations contained within Paragraph 3 and call upon the Plaintiffs to prove the same.

4.    The Defendants are without information sufficient to admit or deny the allegations contained within Paragraph 4 and call upon the Plaintiffs to prove the same.

5.      The Defendants are without information sufficient to admit or deny the allegations contained within Paragraph 5 and call upon the Plaintiffs to prove the same.

6.      The Defendants are without information sufficient to admit or deny the allegations contained within Paragraph 6 and call upon the Plaintiffs to prove the same.

7.      The Defendants are without information sufficient to admit or deny the allegations contained within Paragraph 7 and call upon the Plaintiffs to prove the same.

8.      The Defendants are without information sufficient to admit or deny the allegations contained within Paragraph 8 and call upon the Plaintiffs to prove the same.

9.      The Defendants are without information sufficient to admit or deny the allegations contained within Paragraph 9 and call upon the Plaintiffs to prove the same.

10.     The Defendants are without information sufficient to admit or deny the allegations contained within Paragraph 10 and call upon the Plaintiffs to prove the same.

11.     The Defendants admit the allegations contained insofar as it alleges that Spencer Tatum is an adult and a police officer in the City of Worcester, Massachusetts.  The Defendants are without information sufficient to admit or deny the remaining allegations contained within Paragraph 11.

12.     The Defendants are without information sufficient to admit or deny the allegations contained within Paragraph 12 and call upon the Plaintiffs to prove the same.

13.     The Defendants are without information sufficient to admit or deny the allegations contained within Paragraph 13 and call upon the Plaintiffs to prove the same.

14.     The Defendants are without information sufficient to admit or deny the allegations contained within Paragraph 14 and call upon the Plaintiffs to prove the same.

15.     The Defendants are without information sufficient to admit or deny the allegations contained within Paragraph 15 and call upon the Plaintiffs to prove the same.

16.     The Defendants are without information sufficient to admit or deny the allegations contained within Paragraph 16 and call upon the Plaintiffs to prove the same.

17.     The Defendants are without information sufficient to admit or deny the allegations contained within Paragraph 17 and call upon the Plaintiffs to prove the same.

18.     The Defendants are without information sufficient to admit or deny the allegations contained within Paragraph 18 and call upon the Plaintiffs to prove the same.

19.     The Defendants are without information sufficient to admit or deny the allegations contained within Paragraph 19 and call upon the Plaintiffs to prove the same.

20.     The Defendants are without information sufficient to admit or deny the allegations contained within Paragraph 20 and call upon the Plaintiffs to prove the same.

21.     The Defendants are without information sufficient to admit or deny the allegations contained within Paragraph 21 and call upon the Plaintiffs to prove the same.

22.     The Defendants are without information sufficient to admit or deny the allegations contained within Paragraph 22 and call upon the Plaintiffs to prove the same.

23.     The Defendants are without information sufficient to admit or deny the allegations contained within Paragraph 23 and call upon the Plaintiffs to prove the same

24.     The Defendants are without information sufficient to admit or deny the allegations contained within Paragraph 24 and call upon the Plaintiffs to prove the same.

25.     The Defendants are without information sufficient to admit or deny the allegations contained within Paragraph 25 and call upon the Plaintiffs to prove the same.

26.     The Defendants are without information sufficient to admit or deny the allegations contained within Paragraph 26 and call upon the Plaintiffs to prove the same.

27.     The Defendants are without information sufficient to admit or deny the allegations contained within Paragraph 27 and call upon the Plaintiffs to prove the same.

28.    The Defendants are without information sufficient to admit or deny the allegations contained within Paragraph 28 and call upon the Plaintiffs to prove the same.

29.    The Defendants are without information sufficient to admit or deny the allegations contained within Paragraph 29 and call upon the Plaintiffs to prove the same.

30.    The Defendants are without information sufficient to admit or deny the allegations contained within Paragraph 30 and call upon the Plaintiffs to prove the same.

31.    The Defendants are without information sufficient to admit or deny the allegations contained within Paragraph 31 and call upon the Plaintiffs to prove the same.

32.    The Defendants are without information sufficient to admit or deny the allegations contained within Paragraph 32 and call upon the Plaintiffs to prove the same.

33.    The Defendants are without information sufficient to admit or deny the allegations contained within Paragraph 33 and call upon the Plaintiffs to prove the same.

34.    The Defendants are without information sufficient to admit or deny the allegations contained within Paragraph 34 and call upon the Plaintiffs to prove the same.

35.    The Defendants are without information sufficient to admit or deny the allegations contained within Paragraph 35 and call upon the Plaintiffs to prove the same.

36.    The Defendants are without information sufficient to admit or deny the allegations contained within Paragraph 36 and call upon the Plaintiffs to prove the same.

37.    The Defendants are without information sufficient to admit or deny the allegations contained within Paragraph 37 and call upon the Plaintiffs to prove the same.

38.    The Defendants are without information sufficient to admit or deny the allegations contained within Paragraph 38 and call upon the Plaintiffs to prove the same.

39.    The Defendants are without information sufficient to admit or deny the allegations contained within Paragraph 39 and call upon the Plaintiffs to prove the same.

40.     The Defendants are without information sufficient to admit or deny the allegations contained within Paragraph 40 and call upon the Plaintiffs to prove the same.

41.     The Defendants are without information sufficient to admit or deny the allegations contained within Paragraph 41 and call upon the Plaintiffs to prove the same.

42.     The Defendants are without information sufficient to admit or deny the allegations contained within Paragraph 42 and call upon the Plaintiffs to prove the same.

43.     The Defendants are without information sufficient to admit or deny the allegations contained within Paragraph 43 and call upon the Plaintiffs to prove the same.

44.     The Defendants are without information sufficient to admit or deny the allegations contained within Paragraph 44 and call upon the Plaintiffs to prove the same.

45.     The Defendants are without information sufficient to admit or deny the allegations contained within Paragraph 45 and call upon the Plaintiffs to prove the same.

46.     The Defendants are without information sufficient to admit or deny the allegations contained within Paragraph 46 and call upon the Plaintiffs to prove the same.

47.     The Defendants are without information sufficient to admit or deny the allegations contained within Paragraph 47 and call upon the Plaintiffs to prove the same.

48.     The Defendants are without information sufficient to admit or deny the allegations contained within Paragraph 48 and call upon the Plaintiffs to prove the same.

49.     The Defendants state that Paragraph 49 applies to the Commonwealth of Massachusetts as a defendant and thus no response is required.

50.     The Defendants state that Paragraph 50 applies to the Commonwealth of Massachusetts as a defendant and thus no response is required.  Further answering, the Defendants admit the allegations contained within Paragraph 50 insofar as, upon information and belief, Paul Dietl is

the Personnel Administrator for HRD.  The Defendants are without information sufficient to admit or deny the remaining allegations contained within Paragraph 50.

49 [sic].    The Defendants are without information sufficient to admit or deny the allegations contained within Paragraph 49 [sic], and call upon the Plaintiffs to prove the same.

50 [sic].    The Defendants are without information sufficient to admit or deny the allegations contained within Paragraph 50 [sic], and call upon the Plaintiffs to prove the same.

51.    The Defendants are without information sufficient to admit or deny the allegations contained within Paragraph 51, and call upon the Plaintiffs to prove the same.

52.    The Defendants are without information sufficient to admit or deny the allegations contained within Paragraph 52, and call upon the Plaintiffs to prove the same.

53.    The Defendants are without information sufficient to admit or deny the allegations contained within Paragraph 53, and call upon the Plaintiffs to prove the same.

54.    The Defendants are without information sufficient to admit or deny the allegations contained within Paragraph 54, and call upon the Plaintiffs to prove the same.

55.    The Defendants admit the allegations contained within Paragraph 55.

56.    The Defendants admit the allegations contained within Paragraph 56.

57.    The Defendants are without information sufficient to admit or deny the allegations contained within Paragraph 57, and call upon the Plaintiffs to prove the same.

58.    The Defendants are without information sufficient to admit or deny the allegations contained within Paragraph 58, and call upon the Plaintiffs to prove the same.

59.    The Defendants are without information sufficient to admit or deny the allegations contained within Paragraph 59, and call upon the Plaintiffs to prove the same.

60.    The Defendants are without information sufficient to admit or deny the allegations contained within Paragraph 60, and call upon the Plaintiffs to prove the same.

70 [sic].      The Defendants are without information sufficient to admit or deny the allegations contained within Paragraph 70 [sic], and call upon the Plaintiffs to prove the same.

71.      The Defendants are without information sufficient to admit or deny the allegations contained within Paragraph 71, and call upon the Plaintiffs to prove the same.

## IV.    CLASS PLAINTIFFS

72.      Paragraph 72 sets forth a description of the class sought to be certified and sets forth conclusions of law to which no response is required.

73.      The Defendants are without information sufficient to admit or deny the allegations contained within Paragraph 73 and call upon the Plaintiffs to prove the same.

74.      The Defendants are without information sufficient to admit or deny the allegations contained within Paragraph 74, and call upon the Plaintiffs to prove the same.

75.      The Defendants are without information sufficient to admit or deny the allegations contained within Paragraph 75, and call upon the Plaintiffs to prove the same.

## V.    STATEMENT OF FACTS

76.      The Defendants admit the allegations contained within Paragraph 76 insofar as Spencer Tatum is a Police Officer for the City of Worcester and is African-American.  The Defendants are without information sufficient to admit or deny the remaining allegations contained within Paragraph 76 and call upon the Plaintiffs to prove the same.

77.      The Defendants admit the allegations contained within Paragraph 77 insofar as Spencer Tatum is employed as a Police Officer for the City of Worcester and that the City of Worcester's Police Department is subject to G.L. c. 31.  The Defendants are without information sufficient to admit or deny the remaining allegations contained within Paragraph 77.

78.     The Defendants admit the allegations contained within Paragraph 78 insofar as the City of Worcester utilizes HRD's Sergeant examination.  The Defendants are without information sufficient to admit or deny the remaining allegations contained within Paragraph 78.

79.     The Defendants admit the allegations contained within Paragraph 79 insofar as the City of Worcester utilizes HRD's Sergeant examination.  The remaining allegations contained within Paragraph 79 contain conclusions of law and therefore do not require an answer.

80.     The Defendants are without information sufficient to admit or deny the allegations contained within Paragraph 80.

81.     The Defendants deny the allegations contained within Paragraph 81.

82.     Paragraph 82 contains conclusions of law and therefore does not require a response.  To the extent that Paragraph 82 contains allegations requiring a response, the Defendants admit only that it does not conduct an alternative examination pursuant to G.L. c. 31, § 11.  The Defendants deny the remaining allegations contained within Paragraph 82.

83.     The Defendants deny the allegations contained within Paragraph 83.

84.     The Defendants are without information sufficient to admit or deny the allegations contained within Paragraph 84.

85.     The Defendants are without information sufficient to admit or deny the allegations contained within Paragraph 85.

86.     The Defendants deny the allegations contained within Paragraph 86.

87.     The Defendants deny the allegations contained within Paragraph 87.

88.     The Defendants deny the allegations contained within Paragraph 88.

## **COUNT I**

The Defendants deny the allegations contained within Count I.

## COUNT II

The Defendants deny the allegations contained within Count II.

WHEREFORE, the Defendants, City of Worcester and City Manager Michael O'Brien, request that this honorable Court dismiss the Plaintiffs' Complaint and award the Defendants attorneys' fees and other costs incurred in defending this action.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

Plaintiffs fail to state a claim upon which relief can be granted under any statute, law, rule regulation or policy, including but not limited to, claims based on G.L. c. 151B.

### SECOND AFFIRMATIVE DEFENSE

Plaintiffs' claims are barred by the applicable limitations periods, including, but not limited to, claims based on G.L. c. 151B.

### THIRD AFFIRMATIVE DEFENSE

Plaintiffs lack standing.

### FOURTH AFFIRMATIVE DEFENSE

The Defendants have at all times acted in good faith and upon reasonable belief that their actions were required by and/or in compliance with all relevant laws.

### FIFTH AFFIRMATIVE DEFENSE

The Defendants' utilization of the Sergeant's promotional examination did not result in a denial of appointment to minority applicants and did not have an adverse impact on minority applicants.

### SIXTH AFFIRMATIVE DEFENSE

Plaintiffs have failed to make out a prima facie case of discrimination as, among other matters, they cannot show that they were qualified for promotion.

### SEVENTH AFFIRMATIVE DEFENSE

Plaintiffs have suffered no injury and are not persons aggrieved under the law.

### EIGHTH AFFIRMATIVE DEFENSE

Plaintiffs failed to exhaust their administrative remedies.

### NINTH AFFIRMATIVE DEFENSE

The Defendants have a qualified immunity under the law.

### TENTH AFFIRMATIVE DEFENSE

Plaintiffs' claims are barred by their own unclean hands.

### ELEVENTH AFFIRMATIVE DEFENSE

Plaintiffs' claims are barred by the doctrines of laches, res judicata and collateral estoppel.

### TWELFTH AFFIRMATIVE DEFENSE

Plaintiffs' claims are barred insofar as this Court lacks jurisdiction over its claims.

### THIRTEENTH AFFIRMATIVE DEFENSE

Any injury suffered by Plaintiffs was caused by the action or inaction of parties other than the Defendants City of Worcester and Michael O'Brien.

### FOURTEENTH AFFIRMATIVE DEFENSE

Plaintiffs have failed to add necessary parties as the relief requested by Plaintiffs would interfere with the contract between the City of Worcester and the employee representatives of its police officers.

## FIFTEENTH AFFIRMATIVE DEFENSE

The Defendants have contractual obligations with the employee representative so its police officers relating to promotions to the position of Sergeant.

WHEREFORE, the Defendants City of Worcester and Michael O'Brien respectfully request that this Court: (1) dismiss Plaintiffs' claims and deny their prayers for relief with prejudice: (2) award costs and attorneys' fees to the Defendants; and (3) grant such other relief as is deemed just and proper.

Respectfully submitted,

CITY OF WORCESTER and
MICHAEL O'BRIEN

By their attorneys,

/s/ Laurie W. Engdahl
Laurie W. Engdahl      BBO #554635
Daniel C. Brown         BBO #648038
Collins, Loughran & Peloquin, P.C.
320 Norwood Park South
Norwood, MA 02062
781-762-2229

Dated:  January 28, 2009

## CERTIFICATE OF SERVICE

I hereby certify that the above document filed through the ECF system will be sent electronically to the registered participants as identified on the notice of Electronic Filing (MEF) and a paper copy will be sent to those indicated as non-registered participants this 28th day of January, 2009.


 /s/ Laurie W. Engdahl
Laurie W. Engdahl