UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| PEDRO LOPEZ, et al. <br>         Plaintiffs <br><br> v. <br><br> CITY OF LAWRENCE, MASSACHUSETTS, et al. <br><br>         Defendants | ) ) ) ) ) ) ) ) ) ) ) ) **Case No. 07-CA-11693-JLT** |

**PLAINTIFFS' ASSENTED TO MOTION TO ENLARGE TIME TO FILE AN OPPOSITION TO STATE DEFENDANTS' MOTION TO DISMISS OR IN THE ALTERNATIVE FOR SUMMARY JUDGMENT FROM FEBRUARY 10, 2009 TO FEBRUARY 26, 2009**

Plaintiffs hereby move for leave to extend the time within which they must file an Opposition to State Defendants' Motion to Dismiss or in the Alternative for Summary Judgment, which was filed on January 28, 2009 (Paper No. 142), by an additional sixteen (16) days up to and including **February 26, 2009**. As grounds therefore, Plaintiffs state:

1. Defendants' Motion raises complicated and unexpected legal arguments.

2. Lead Counsel for the Plaintiffs, Harold Lichten, is currently in trial in Federal Court.

3. Given Plaintiffs' counsels' pre-existing scheduled responsibilities including trials, hearings, and briefing schedules in the month of February they thereby require an extension of sixteen (16) days to file an Opposition to the State Defendants' Motion to Dismiss or in the Alternative for Summary Judgment.

4. An enlargement of time will not unduly delay the proceedings, nor cause prejudice to either party.

5. The Defendants **ASSENT** to this Motion.

1

WHEREFORE, Plaintiffs request that Plaintiffs' Assented to Motion to Enlarge Time to File an Opposition to State Defendants' Motion to Dismiss or in the Alternative for Summary Judgment from February 10, 2009 to <u>February 26, 2009</u> in this matter be granted and that Plaintiffs be allowed to file such opposition with this Court no later than **February 26, 2009**.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | PEDRO LOPEZ, et al., |
|  | By their attorneys, |
|  | /s/ Harold Lichten |
| Dated: January 29, 2009 | _____ |
|  | Harold L. Lichten, BBO #549689 |
|  | Shannon Liss-Riordan, BBO #640716 |
|  | Leah M. Barrault, BBO # 661626 |
|  | Pyle, Rome, Lichten, Ehrenberg |
|  | & Liss-Riordan, P.C. |
|  | 18 Tremont St., Ste. 500 |
|  | Boston, MA 02108 |
|  | (617) 367-7200 |