# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

PEDRO LOPEZ, ET AL.,

V.

**SUMMONS IN A CIVIL CASE**

CITY OF LAWRENCE, MASSACHUSETTS, ET
AL.,

CASE NUMBER: **1:07-CV-11693-JLT**

TO:(Name and address of Defendant)

Board of Trustees
Massachusetts Bay Transportation Authority
Ten Park Plaza
Boston, MA 02116-3969

**YOU ARE HEREBY SUMMONED** and required to serve on

Leah M. Barrault
Pyle, Rome, Lichten, Ehrenberg & Liss-Riordan, P.C.
18 Tremont Street, Suite 500
Boston, MA 02108

an answer to the complaint which is served on you with this summons, within 20 days after
service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by
default will be taken against you for the relief demanded in the complaint. Any answer that you serve
on the parties to this action must be filed with the Clerk of this Court within a reasonable period
of time after service.

**SARAH ALLISON THORNTON**

CLERK

/s/ – Kimberly M. Abaid

(By) DEPUTY CLERK



ISSUED ON 2009-01-09 10:41:31.0, Clerk
USDC DMA



**Suffolk County Sheriff's Department** • 151 Merrimac Street, Boston, MA 02114 • (617) 961-6999

*Suffolk, ss.*

January 21, 2009
I hereby certify and return that on 1/13/2009 at  9:17AM I served a true and
attested copy of the Summons and Sixth Amended Complaint in this action in the
following manner: To wit, by delivering in hand to Elinor Mckenna,Clerk,  agent and
person in charge at the time of service for Board of Trustees, at Mass. Bay
Transportation Authority,  Ten Park Plaza,   Boston, MA 02116-3969. U.S. District
Court Fee ($5.00), Basic Service Fee (IH) ($30.00), Travel ($1.00), Postage and
Handling ($1.00), Attest/Copies ($5.00) Total Charges $42.00


Deputy Sheriff    Ralph Kowalski

_____
*Deputy Sheriff*