# UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PEDRO LOPEZ, ET AL.,

V.

SUMMONS IN A CIVIL CASE

CITY OF LAWRENCE, MASSACHUSETTS, ET AL.,

CASE NUMBER: 1:07-CV-11693-JLT

TO: (Name and address of Defendant)

Daniel Grabauskas, General Manager
Massachusetts Bay Transportation Authority
Ten Park Plaza
Boston, MA 02116-3969

**YOU ARE HEREBY SUMMONED** and required to serve on

Leah M. Barrault
Pyle, Rome, Lichten, Ehrenberg & Liss-Riordan, P.C.
18 Tremont Street, Suite 500
Boston, MA 02108

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH ALLISON THORNTON

CLERK

/s/ -- Kimberly M. Abaid

(By) DEPUTY CLERK



ISSUED ON 2009-01-09 10:41:31.0, Clerk
USDC DMA



**Suffolk County Sheriff's Department • 151 Merrimac Street, Boston, MA 02114 • (617) 961-6999**

*Suffolk, ss.*

January 29, 2009
I hereby certify and return that on 1/13/2009 at 9:17AM I served a true and attested copy of the Summons and Sixth Amended Complaint in this action in the following manner: To wit, by delivering in hand to Elinor Mckenna, Clerk, agent and person in charge at the time of service for Massachusetts Bay Transportation Authority, at , Ten Park Plaza, Boston, MA 02116-3969. U.S. District Court Fee ($5.00), Basic Service Fee (IH) ($20.00), Postage and Handling ($1.00), Attest/Copies ($5.00) Total Charges $41.00

Deputy Sheriff   Ralph Kowalski

*Deputy Sheriff*