# UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PEDRO LOPEZ, ET AL.,

V.

CITY OF LAWRENCE, MASSACHUSETTS, ET AL.,

SUMMONS IN A CIVIL CASE

CASE NUMBER: 1:07-CV-11693-JLT

TO: (Name and address of Defendant)

City of Springfield
c/o Wayman Lee, Clerk
36 Court Street
Springfield, MA 01103

**YOU ARE HEREBY SUMMONED** and required to serve on

Leah M. Barrault
Pyle, Rome, Lichten, Ehrenberg & Liss-Riordan, P.C.
18 Tremont Street, Suite 500
Boston, MA 02108

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH ALLISON THORNTON
CLERK

/s/ — Kimberly M. Abaid
(By) DEPUTY CLERK



ISSUED ON 2009-01-09 10:41:31.0, Clerk
USDC DMA

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me (1) | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |



**Office of the Sheriff**
Hampden County • 1170 Main St. • P.O. Box 5005 • Springfield, MA 01101-5005 • (413) 732-5772

January 13, 2009

Hampden, ss. I hereby certify and return that on 1/13/2009 at 12:20PM I served a true and attested copy of the FEDERAL SUMMONS & COMPLAINT in this action in the following manner: To wit, by delivering in hand to WAYMON LEE, CITY CLERK, , agent, person in charge at the time of service for CITY OF SPRINGFIELD, , 36 COURT Street, SPRINGFIELD, MA 01103.Basic Service Fee ($30.00), Attestation X 1 ($5.00), Mailing1 ($1.00) Total Charges $36.00

JORGE DIAZ

*Jorge Diaz*

**Deputy Sheriff**

STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

| DECLARATION OF SERVER |
|---|

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                Date                   *Signature of Server*

                           _____
                           *Address of Server*