# UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PEDRO LOPEZ, ET AL.,

V.

**SUMMONS IN A CIVIL CASE**

CITY OF LAWRENCE, MASSACHUSETTS, ET AL.,

CASE NUMBER: 1:07-CV-11693-JLT

TO:(Name and address of Defendant)

> Domenic J. Sarno, Mayor
> City of Springfield
> 36 Court Street
> Springfield, MA 01103

**YOU ARE HEREBY SUMMONED** and required to serve on

> Leah M. Barrault
> Pyle, Rome, Lichten, Ehrenberg & Liss-Riordan, P.C.
> 18 Tremont Street, Suite 500
> Boston, MA 02108

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH ALLISON THORNTON

CLERK

/s/ — Kimberly M. Abaid

(By) DEPUTY CLERK



ISSUED ON 2009-01-09 10:41:31.0, Clerk
USDC DMA

**Office of the Sheriff**
Hampden County • 1170 Main St. • P.O. Box 5005 • Springfield, MA 01101-5005 • (413) 732-5772

Hampden, ss.                                                                                           January 13, 2009

I hereby certify and return that on 1/13/2009 at 12:20PM I served a true and attested copy of the FEDERAL SUMMONS & COMPLAINT in this action in the following manner: To wit, by delivering in hand to WAYMON LEE, CITY CLERK, , agent, person in charge at the time of service for DOMENIC J. SARNO, MAYOR, CITY OF SPRINGFIELD, 36 COURT Street, SPRINGFIELD, MA 01103. Basic Service Fee ($30.00), Attestation X 1 ($5.00), Travel ($1.28), Mailing 1 ($1.00) Total Charges $37.28

JORGE DIAZ

*Jorge Diaz*

**Deputy Sheriff**