# United States District Court
# District of Massachusetts

**PEDRO LOPEZ, et al**
               PLAINTIFFS

**v.**

**CITY OF LAWRENCE, et al**           CIVIL ACTION NO.: 07-CV-11693-JLT
               DEFENDANTS

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE NAMED COURT:

    Please enter my appearance as attorney for the defendants, City of Springfield and Mayor Dominic J. Sarno in his capacity as Mayor for the City of Springfield, in the above entitled action.

Respectfully submitted,

/s/ Edward M. Pikula
_____
Edward M. Pikula, Esq., BBO#399770
City Solicitor
City of Springfield
Law Department
36 Court Street, Room 210
Springfield, MA 01103
Phone: 413-787-6085
Fax:  413-787-6173

---

The undersigned hereby certifies that a true copy of the within Defendant's Answer was this day served upon Plaintiff via the Federal Court's ECF Notice and delivery System to all parties. SIGNED under the pains and penalties of perjury.

Dated:    February 12, 2009

/s/ Edward M. Pikula
_____
Edward M. Pikula, Esq.