UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| **PEDRO LOPEZ, et al.,** | \* |
| **Plaintiffs** | \* |
| v. | \*  Civil Action No. 07-11693-JLT |
| **CITY OF LAWRENCE, MASSACHUSETTS, et al.,** | \* |
| **Defendants** | \* |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### STATEMENT OF DEFENDANT CITY OF BOSTON'S CONCURRENCE WITH SECTION OF STATE DEFENDANTS' MOTION TO DISMISS OR IN THE ALTERNATIVE FOR SUMMATY JUDGMENT

Defendant City of Boston states that it concurs with the positions set forth in Section III, subsections A-C inclusive, pp. 19-29, of the "State Defendants' Memorandum of Law in Support of Motion to Dismiss or in the Alternative for Summary Judgment" (Document #144), as filed on or about January 27, 2009.

Respectfully submitted,

CITY OF BOSTON,

By its attorneys,

WILLIAM F. SINNOTT
Corporation Counsel

/s/Robert P. Morris
Mary Jo Harris (BBO #561484)
Robert P. Morris (BBO #546052)
Special Assistant Corporation Counsel
MORGAN, BROWN & JOY, LLP
200 State Street, 11th Floor
Boston, MA 02109-2605
(617) 523-6666

Dated:  February 13, 2009

2

**<u>CERTIFICATE OF SERVICE</u>**

      I, Robert P. Morris, certify that on February 13, 2009, this document filed electronically through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to any persons indicated as non-registered participants.

                                       <u>/s/Robert P. Morris</u>
                                       Robert P. Morris