UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| **PEDRO LOPEZ, ABEL CANO; KEVIN SLEDGE, CHARLES DEJESUS, RICHARD BROOKS, ROBERT ALVAREZ, MARISOL NOBREGA, SPENCER TATUM, THE MASSACHUSETTS HISPANIC LAW ENFORCEMENT ASSOCIATION, SHUMEANE BENFORD, ANGELA WILLIAMS-MITCHELL, GWENDOLYN BROWN, LYNETTE PRAILEAU, TYRONE SMITH, EDDY CHRISPIN, DAVID E. MELVIN, STEVEN MORGAN, WILLIAM E. IRAOLO, JOSE LOZANO, COURTNEY A. POWELL, JAMES L. BROWN, GEORGE CARDOZA, LARRY ELLISON, DAVID SINGLETARY, CHARISSE BRITTLE POWELL, CATHENINA D. COOPER-PATERSON, MOLWYN SHAW, LAMONT ANDERSON, GLORIA KINKEAD, KENNETH GAINES, MURPHY GREGORY, JULIAN TURNER, NEVA GRICE, DELORES E. FACEY, LISA VENUS, RODNEY O. BEST, KAREN VANDYKE, ROBERT C. YOUNG, ROYLINE LAMB, LYNN DAVIS, JAMES A. JACKSON, JUAN ROSARIO, LOUIS ROSARIO, JR., OBED ALMEYDA, DEVON WILLIAMS, JULIO M. TOLEDO, INDIVIDUALLY AND ON BEHALF OF A CLASS OF INDIVIDUALS SIMILARLY SITUATED,** | \* |
| **Plaintiffs** | \* |
| v. | \*  **Civil Action No. 07-11693-JLT** |
| **CITY OF LAWRENCE, MASSACHUSETTS, CITY OF METHUEN, MASSACHUSETTS, COMMONWEALTH OF MASSACHUSETTS, PAUL DIETL, IN HIS CAPACITY AS PERSONNEL ADMINISTRATOR FOR THE COMMONWEALTH OF MASSACHUSETTS, HUMAN RESOURCES DIVISION, JOHN MICHAEL SULLIVAN, IN HIS CAPACITY AS MAYOR OF THE CITY OF LAWRENCE, MASSACHUSETTS, WILLIAM MANZI, III, IN HIS CAPACITY AS MAYOR OF CITY OF METHUEN, MASSACHUSETTS, CITY OF LOWELL, MASSACHUSETTS, APPOINTING AUTHORITY FOR THE CITY OF LOWELL, MASSACHUSETTS,** | \* |

| | |
|---|---|
| **CITY OF WORCESTER, MASSACHUSETTS,** | * |
| **MICHAEL O'BRIEN IN HIS CAPACITY AS CITY** | * |
| **MANAGER FOR THE CITY OF WORCESTER,** | * |
| **MASSACHUSETTS, CITY OF BOSTON,** | * |
| **MASSACHUSETTS, CITY OF SPRINGFIELD,** | * |
| **MASSACHUSETTS, MAYOR DOMENIC SARNO,** | * |
| **JR. IN HIS CAPACITY AS MAYOR FOR THE CITY** | * |
| **OF SPRINGFIELD, MASSACHUSETTS BAY** | * |
| **TRANSPORTATION AUTHORITY, DANIEL** | * |
| **GRABAUSKAS IN HIS CAPACITY AS GENERAL** | * |
| **MANAGER, THE BOARD OF TRUSTEES OF THE** | * |
| **MASSACHUSETTS BAY TRANSCPORTATION** | * |
| **AUTHORITY,** | * |
| **Defendants** | * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## STIPULATION FOR PROTECTIVE ORDER
## REGARDING CONFIDENTIALITY AND NON-DISCLOSURE

**WHEREAS**:

1. Pursuant to the order of the Court dated May 20, 2008, the Defendant City of Boston ("Boston"), and other municipalities, are required to produce to counsel for Plaintiffs and the Commonwealth of Massachusetts and Paul Dietl as Chief Human Resources Officer of the Human Resources Division (the "State Defendants") "(a) a complete copy of said plaintiff's personnel file or records, as maintained by the employing municipal police department; and (b) a complete copy of any file maintained by any internal affairs division of the municipality."

2. Boston seeks to maintain the confidentiality of files maintained by the Internal Affairs Division of the Boston Police Department, as produced in response to the Court's order dated May 20, as the unregulated disclosure of such documents may harm the confidentiality and security of investigations conducted by the Internal Affairs Division;

2

3. Plaintiffs Shumeane Benford, Angela Williams-Mitchell, Gwendolyn Brown, Lynette Praileau, Tyrone Smith, Eddy Chrispin, David E. Melvin, Steven Morgan, William E. Iraolo, Jose Lozano, Courtney A. Powell, James L. Brown, George Cardoza, Larry Ellison, David Singletary, Charisse Brittle-Powell, Cathenina D. Cooper-Paterson, Molwyn Shaw, Lamont Anderson, Gloria Kinkead, Kenneth Gaines, Murphy Gregory, Julian Turner, Neva Grice, Delores E. Facey, Lisa Venus, Rodney O. Best, Karen VanDyke, and Robert C. Young (the "Boston Plaintiffs'), and the State Defendants have agreed to address such confidentiality and security concerns by means of stipulation and court order regulating the use and disclosure of said information; and

4. The Boston Plaintiffs and the State Defendants agree and stipulate to this Court's entry of a Protective Order in the form annexed hereto as Exhibit A.

Respectfully submitted,

SHUMEANE BENFORD, et al.,

By their Attorneys,

/s/Leah M. Barrault
Harold L. Lichten
B.B.O. #549689
Shannon Liss-Riordan
B.B.O. #640716
Leah M. Barrault
B.B.O. #661626
Pyle, Rome, Lichten, Ehrenberg &
Liss-Riordan, P.C.,
18 Tremont Street, Suite 500
Boston, MA 02108
(617) 367-7200


Dated:  February __, 2009

Respectfully submitted,

COMMONWEALTH OF MASSACHUSETTS,
and PAUL DIETL in his capacity as Human
Resources Officer of the Human Resources Division,

By their Attorneys,

MARTHA COAKLEY
ATTORNEY GENERAL

/s/Robert L. Quinan, Jr.
B.B.O. #553010
Sookyoung Shin
B.B.O. #643713
Assistant Attorneys General
One Ashburton Place
Government Bureau
Boston, MA 02108-1598
(617) 727-2200, ext. 2554 (Quinan)
(617) 727-2200, ext. 2052 (Shin)

Dated:   February __, 2009

Respectfully submitted,

CITY OF BOSTON,

By its attorneys,

WILLIAM F. SINNOTT
Corporation Counsel

/s/Robert P. Morris
Mary Jo Harris
B.B.O. #561484
Robert P. Morris
B.B.O. #546052
Special Assistant Corporation Counsel
MORGAN, BROWN & JOY, LLP
200 State Street, 11th Floor
Boston, MA 02109-2605
(617) 523-6666

Dated:  February __, 2009

## **CERTIFICATE OF SERVICE**

I, Robert P. Morris, certify that on February __, 2009, this document filed electronically through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to any persons indicated as non-registered participants.

/s/Robert P. Morris
Robert P. Morris