UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                   )
PEDRO LOPEZ, et al.,               )
                                   )
        Plaintiffs,                )
                                   )
v.                                 )
                                   ) Case No. 07-CA-11693-JLT
                                   )
CITY OF LAWRENCE, et al.,          )
                                   )
        Defendants.                )
_____)

### PLAINTIFFS' ASSENTED TO MOTION FOR LEAVE TO FILE MEMORANDUM OF LAW IN EXCESS OF TWENTY (20) PAGES

Plaintiffs hereby move for leave pursuant to Local Rule 7.1(B)(4) to submit a memorandum of law in excess of twenty (20) pages in opposition to Defendants' Motion to Dismiss or, in the Alternative, for Summary Judgment. As grounds therefore, the Plaintiffs state that Defendants' memorandum which, together with its Statement of Facts, is 40 pages, raises numerous issues of fact and law that are addressed in Plaintiffs' memorandum. Plaintiffs have attempted to address the several complex issues of law involved in the consideration of this motion as succinctly as possible.  Plaintiffs believe that the information contained in their memorandum is necessary to explain the reasons why a motion to dismiss and/or a motion for summary judgment should be denied. Wherefore, Plaintiffs seek leave to file their opposition memorandum totaling 38 pages in length.

Defendants have assented to Plaintiffs' request.

Respectfully submitted,

PEDRO LOPEZ, et al.,

By their attorneys,

/s Harold L. Lichten

_____
Harold L. Lichten, BBO #549689
Shannon Liss-Riordan, BBO #640716
Leah M. Barrault, BBO # 661626
Pyle, Rome, Lichten, Ehrenberg
     & Liss-Riordan, P.C.
18 Tremont St., Ste. 500
Boston, MA 02108
(617) 367-7200

Dated: February 26, 2009

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served upon the Court and counsel of record for defendants via the Court's ECF filing system, on February 26, 2009.

   /s Harold L. Lichten_____
   Harold L. Lichten

2