# EXHIBIT D

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PEDRO LOPEZ, et al.<br>Plaintiffs<br><br>v.<br><br>CITY OF LAWRENCE, MASSACHUSETTS,<br>et al.<br><br>Defendants | )<br>)<br>)<br>)<br>)<br>)<br>) **Case No. 07-CA-11693-JLT**<br>)<br>)<br>)<br>) |

## AFFIDAVIT OF SHUMEANE BENFORD

I, Shumeane Benford, depose and state as follows

1. I am a named plaintiff in this lawsuit.

2. I have been employed with the Boston Police Department as a police officer for approximately 14 years.

3. I took the statewide sergeants' examination which was administered in 2005 but certified in 2006.

4. I received written notice of my examination score sometime in late December of 2005 or early January of 2006.

5. I received a passing score on the examination.  I am not able to access any information about who failed the test, or how someone scored in any city or town other than my own.

6. I am ranked number 270 out of 378 test takers who took and passed the exam.  The rank ordered eligibility list for the City of Boston was never sent to me.  I did not immediately view the rank order eligibility list on HRD's website and I have no recollection of when I first saw first saw this list.

7. The rank order eligibility lists made publicly available through the HRD website do not provides scores or the race and ethnicity of the test taker. Additionally HRD does not provide information as to how the examination was scored, nor what the overall statistics demonstrate with respect to the disparate impact, or relative scores received by minority and non-minority

test takers.    HRD provided absolutely no information as to any job-relatedness studies demonstrating the validity of the examination under EEOC standards.

8.  I had no way of knowing whether I would be reached for promotion during the duration of this eligibility list based upon my score and number on the rank order eligibility list.

9.  However, I believe that it was a fair expectation that Boston would get to me for promotion to sergeant off the 2005 eligibility list.  The Boston Police Department recently extended their detective promotion eligibility list for eight years, four years beyond the normal shelf life for such a list, and promoted each and every police officer candidate on that list to detective.

10. I have not been promoted off the civil service list which was created by the 2005 exam. The Boston Police Department is currently still making promotions from this list.


Signed under the pains and penalties of perjury this 25 of February 2009.


Shumeane Benford