# EXHIBIT E

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

PEDRO LOPEZ, et al.
      Plaintiffs

v.

CITY OF LAWRENCE, MASSACHUSETTS, et al.

      Defendants

**Case No. 07-CA-11693-JLT**

# AFFIDAVIT OF KENNETH GAINES

I, Kenneth Gaines, depose and state as follows

1. I am a named plaintiff in this lawsuit.

2. I have been employed with the Boston Police Department as a police officer for approximately 14 years.

3. I took the statewide sergeants' examination which was administered in 2005 but certified in 2006.

4. I received written notice of my examination score sometime in late December of 2005 or early January of 2006.

5. I received a passing score of 85 on the examination. I am not able to access any information about who failed the test, or how someone scored in any city or town other than my own.

6. I am ranked number 50 out of 378 test takers who passed the examination. The rank ordered eligibility list for the City of Boston was never sent to me. I cannot specifically recall when I viewed the rank order eligibility list on HRD's website.

7. The rank order eligibility lists made publicly available through the HRD website do not provides scores or the race and ethnicity of the test taker. Additionally HRD does not provide information as to how the examination was scored, nor what the overall statistics demonstrate with respect to the disparate impact, or relative scores received by minority and non-minority test takers. HRD provided absolutely no information as to any job-

relatedness studies demonstrating the validity of the examination under EEOC standards.

8. I had no way of knowing based upon my score and number on the rank order eligibility list whether or not I would be reached for promotion during the duration of this eligibility list.

9. However, I reasonably believed that based upon my score and ranking that I had a chance of being promoted to sergeant during the life of the civil service lists established by the 2005 examination.

10. I have not been promoted off the civil service list which was created by the 2005 exam. The Boston Police Department is currently still making promotions from this list.

11. The Boston Police Department just promoted several police officers to sergeant off the 2005 eligibility list and these officers were in my score group.

Signed under the pains and penalties of perjury this 25 of February 2009.


Kenneth Gaines