# EXHIBIT F

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PEDRO LOPEZ, et al.<br>  Plaintiffs<br><br>v.<br><br>CITY OF LAWRENCE, MASSACHUSETTS,<br>et al.<br><br>  Defendants | )<br>)<br>)<br>)<br>)<br>)<br>) Case No. 07-CA-11693-JLT<br>)<br>)<br>)<br>)<br>) |

## AFFIDAVIT OF JUAN ROSARIO

I, Louis Rosario, depose and state as follows

1. I am a named plaintiff in this lawsuit.

2. I have been employed with the Springfield Police Department as a police officer for approximately 12 years.

3. I took the statewide sergeants' examination which was administered in 2005 but certified in 2006.

4. I received written notice of my examination score sometime in late December of 2005 or early January of 2006.

5. I received a passing score of 75 on the examination. I was not able to access any information about who failed the test, or how someone scored in any city or town other than my own.

6. The rank ordered eligibility list for the City of Springfield was never sent to me.

7. The rank order eligibility lists made publicly available through the HRD website do not provides scores or the race and ethnicity of the test taker. Additionally HRD does not provide information as to how the examination was scored, nor what the overall statistics demonstrate with respect to the disparate impact, or relative scores received by minority and non-minority test takers. HRD provided absolutely no information as to any job-relatedness studies demonstrating the validity of the examination under EEOC standards.

8. I had no way of knowing whether or not I would be reached for promotion during the duration of the 2005 eligibility list based upon my score and number on the rank order eligibility list.

9. However, I believed that I would be reached for a promotion because in March of 2006 when HRD established the rank order eligibility list I was aware of at least 10 vacancies in the rank of sergeant and thus *at least* 10 possible promotions during the life of the civil service list created by the 2005 civil service exam.

10. I was not promoted off the civil service list which was created by the 2005 exam and this list expired on March 30, 2008.

Signed under the pains and penalties of perjury this 25 of February 2009.

*Juan Rosario* (signature)

Juan Rosario