**EXHIBIT G**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

PEDRO LOPEZ, et al. )
       Plaintiffs )
)
)
v. )
)
) **Case No. 07-CA-11693-JLT**
CITY OF LAWRENCE, MASSACHUSETTS, )
et al. )
)
       Defendants )
)

## AFFIDAVIT OF LOUIS ROSARIO

I, Louis Rosario, depose and state as follows

1. I am a named plaintiff in this lawsuit.

2. I have been employed with the Springfield Police Department as a police officer for 20 years.

3. I took the statewide sergeants' examination which was administered in 2005 but certified in 2006.

4. I received written notice of my examination score sometime in late December of 2005 or early January of 2006.

5. I received a passing score of 77 on the examination. I was not able to access any information about who failed the test, or how someone scored in any city or town other than my own.

6. The rank ordered eligibility list for the City of Springfield was never sent to me. I did not immediately view the rank order eligibility list on HRD's website and I have no recollection of when I first saw first saw this list.

7. I was ranked approximately 12 out of 27 test takers who passed the examination. 6 minorities took and passed the examination. 2 minorities received a 78 and the remaining 3 minority test takers who passed the examination received scores in the low 70's and were below me on the rank ordered eligibility list.

8. The rank order eligibility lists made publicly available through the HRD website

do not provides scores or the race and ethnicity of the test taker. Additionally HRD does not provide information as to how the examination was scored, nor what the overall statistics demonstrate with respect to the disparate impact, or relative scores received by minority and non-minority test takers. HRD provided absolutely no information as to any job-relatedness studies demonstrating the validity of the examination under EEOC standards.

9. I had no way of knowing whether or not I would be reached for promotion during the duration of the 2995 eligibility list based upon my score and number on the rank order eligibility list.

10. However, I believed that the Springfield Police Department would reach me for a promotion to sergeant because I was ranked number 12 out of 27 on the rank order eligibility list, and in March of 2006 when HRD established the rank order eligibility list I was aware of at least 10 vacancies in the rank of sergeant and thus *at least* 10 possible promotions. According to HRD's 2N + 1 hiring formula, I was almost certain that I would be reached for promotion to sergeant during the life of the civil service list created by the 2005 civil service exam.

11. I was not promoted off the civil service list which was created by the 2005 exam and this list expired on March 30, 2008.

Signed under the pains and penalties of perjury this 25th of February 2009.

Louis Rosario