# EXHIBIT I

Gwendolyn Brown

1

1       Volume:   I

2       Pages:  1-68

3       Exhibits:  1-13

4           UNITED STATES DISTRICT COURT

5   DISTRICT OF MASSACHUSETTS

6   Civil Action No. 07-11693-JLT

7   - - - - - - - - - - - - - - - - - - - - -x

8   PEDRO LOPEZ, et al.,

9                 Plaintiff,

10      v.

11  CITY OF LAWRENCE, MASSACHUSETTS, et al.,

12                Defendants.

13  - - - - - - - - - - - - - - - - - - - -x

14

15       Deposition of Gwendolyn Brown

16            December 3, 2008

17          1:06 p.m. - 2:51 p.m.

18         Morgan, Brown & Joy, LLP

19            200 State Street

20          Boston, Massachusetts

21

22    Reporter:  Daria L. Romano, RPR/CRR

23

24

Gwendolyn Brown

2

1  A P P E A R A N C E S:

2

3       WILMER CUTLER PICKERING HALE AND DORR, LLP

4       (by Jeffrey Gleason, Esq.)

5       60 State Street

6       Boston, Massachusetts 02109

7       (617) 526-6000

8       jeffrey.gleason@wilmerhale.com

9       for Plaintiff Gwendolyn Brown.

10

11      MORGAN, BROWN & JOY, LLP

12      (by Robert P. Morris, Esq.)

13      200 State Street

14      Boston, Massachusetts 02109

15      (617) 523-6666

16      rmorris@morganbrown.com

17      for Defendant City of Boston.

18

19  (Continued.)

20

21

22

23

24

Gwendolyn Brown

3

1    APPEARANCES, Continued.

2

3        THE COMMONWEALTH OF MASSACHUSETTS

4        OFFICE OF THE ATTORNEY GENERAL

5        (by Iraida J. Alvarez, Esq.)

6        One Ashburton Place

7        Boston, Massachusetts 02108

8        (617) 727-2200

9        iraida.alvarez@ago.state.ma.us

10        for Defendant Paul Dietl, in his

11        capacity as personnel administrator

12        for the Commonwealth of Massachusetts,

13        Human Resources Division.

14

15

16

17

18

19

20

21

22

23

24

Gwendolyn Brown

4

1                           I N D E X

2    Deposition of:                    Page

3    GWENDOLYN BROWN

4    By Mr. Morris                       6

5    By Ms. Alvarez                     51

6

7                        E X H I B I T S.

8    No.                                    Page

9     1    Handwritten notes                29

10    2    Getting Organized                31

11    3    Symptoms of Anxiety              32

12    4    Study Skills Checklist           32

13    5    General Test-Taking Tips         33

14    6    Learning Styles Inventory        33

15    7    Civil Service Exam Reincarnation 34

16    8    Documents                        35

17    9    Documents                        36

18   10    Handwritten documents            37

19   11    Cassette tape covers             39

20   12    Charge of discrimination         43

21   13    Fifth Amended Complaint:  Injunctive

22         and Declaratory Relief Requested 48

23

24    *Original exhibits retained by Mr. Morris

Gwendolyn Brown

5

1       P R O C E E D I N G S

2

3           MR. MORRIS:  Jeff, I'm assuming we

4   can agree that we will apply the same

5   stipulations that we have used in the other two

6   depositions thus far.  Is that acceptable?

7           MR. GLEASON:  Yes, that's

8   acceptable.

9           MR. MORRIS:  Okay.  Great.

10

11              Stipulation

12      It is stipulated by and between counsel for

13   the respective parties that the deposition is to

14   be read and signed by the deponent within 30

15   days of receipt under the pains and penalties of

16   perjury; and that the sealing and filing and

17   notarization thereof are waived; and that all

18   objections, except as to form, and motions to

19   strike, are reserved to the time of trial.

20

21              GWENDOLYN BROWN

22

23   a witness called for examination by counsel for

24   the Defendant, being first duly sworn, was

Gwendolyn Brown

6

1  examined and testified as follows:

2

3             DIRECT EXAMINATION

4  BY MR. MORRIS:

5      Q.   Ms. Brown, could you state your full

6  name for the record?

7      A.   Gwendolyn Brown.

8      Q.   Okay.  And what is your residential

9  address?

10      A.   1896 River Street in Hyde Park,

11  Massachusetts.

12      Q.   Have you ever been deposed before?

13      A.   Yes.

14      Q.   On how many occasions?

15      A.   I remember at least once.

16      Q.   So this is probably all fairly

17  familiar to you.

18      A.   Yes.

19      Q.   But I would just ask that you allow me

20  to complete my question before you begin your

21  answer.  And on the flip side, that I will

22  likewise try and allow you to complete your

23  answer before asking another question.  That

24  just makes the reporter's life that much easier.

Gwendolyn Brown

7

1      And hopefully we won't be here that

2  long, but nonetheless, if you need to take a

3  break for any reason, that's fine.  I would ask

4  you not do so while a question is pending, but

5  obviously, otherwise, if you need to take a

6  break for any reason, that is certainly fine.

7      A.    Okay.

8      Q.    Do you have any medical condition that

9  might affect your ability to understand

10  questions and answer them truthfully?

11      A.    No, I don't.

12      Q.    Okay.  And have you taken any

13  medication that might affect your ability to

14  understand questions and answer them truthfully?

15      A.    No, I haven't.

16      Q.    Okay.  Besides the lawsuit that brings

17  us here today, have you filed any other

18  lawsuits?

19      A.    Have I filed any other lawsuits?

20      Q.    Yes.

21      A.    No.

22      Q.    Could you describe for me your

23  educational background beginning with high

24  school?

Gwendolyn Brown

8

1    A.   Yes.  I graduated from Jeremiah Burke
2  High School in 1978.  I believe six months after
3  my graduation I went into Boston Business
4  School.  My major was business administration.
5         At some point I did take a break, and
6  I continued my education some years after that,
7  I can't remember exactly when.
8         I know I went to Fisher Junior College
9  at some point too.  Again, my major was business
10  administration.
11         I did finally complete my bachelor's
12  degree at Western New England College in
13  criminal justice.
14         I have a certificate for paralegal.
15  I'm a Massachusetts licensed real estate broker
16  as well.
17    Q.   When did you earn your degree from
18  Western New England?
19    A.   2002.
20    Q.   Okay.  And since earning your
21  undergraduate degree, have you taken any other
22  graduate courses or any further academic course
23  work?
24    A.   No, I haven't.

Gwendolyn Brown

9

1    Q.   At some point did you attend the

2  Boston Police Academy?

3    A.   Yes, I did.

4    Q.   Do you recall when you started the

5  police academy?

6    A.   Yes.

7    Q.   When was that?

8    A.   November 27, 1989.

9    Q.   And if you could just describe for me,

10  you don't have to go into great detail, but if

11  you could just describe for me any jobs that you

12  held between your graduation from high school in

13  1978 and November 1989.

14    A.   Most of the jobs I did have were all

15  business related, file clerk, clerk typist,

16  receptionist.

17         In the last job I had in the business

18  sector before I became a police officer was

19  at -- I was a legal secretary in the law office

20  of the MBTA.

21    Q.   Okay.  How long were you a legal

22  secretary at the MBTA?

23    A.   Well, when I was in the T, I went in

24  entry level as a clerk, and at some point I

Gwendolyn Brown

10

1    applied for the legal secretary job. Less than

2    a year, I would think.

3        Q.    Okay.  And did you graduate from the

4    police academy?

5        A.    Yes, I did.

6        Q.    And did you become a Boston police

7    officer?

8        A.    Yes, I did.

9        Q.    Okay.  And when did you -- I guess

10   when did you finish the police academy?

11       A.    May 1990.

12       Q.    Okay.  I guess that's quite a few

13   years, but if you could -- and have you been

14   continuously employed with the Boston Police

15   since May of 1990?

16       A.    Yes, I have.

17       Q.    Okay.  Could you describe for me the

18   positions that you have held with the Boston

19   Police between 1990 and the present time?

20       A.    Positions?  Can you be a little more

21   clear on that one?

22       Q.    All right.  Have you been a Boston

23   police officer during that period of time?

24       A.    Yes, I have.

Gwendolyn Brown

11

1      Q.    And have you been assigned to

2  particular districts or departments within the

3  police department?

4      A.    Yes, I have.

5      Q.    Can you just tell me where you've been

6  assigned?

7      A.    Okay.  When I got out of the academy,

8  I was assigned to A-7, which is East Boston.

9            After that assignment, I was assigned

10  to B-3, which is Dorchester, Mattapan.

11            After that assignment, I was assigned

12  to E-18, which is Hyde Park.

13            And after that assignment, I was

14  assigned to C-11 which is Dorchester.

15            After that assignment, I was assigned

16  to A-1 which is Downtown Boston.  From that

17  assignment I was rated detective.

18            But before that, I have to tell you,

19  while I was in A-1, a year after my assignment

20  here, my captain solicited officers that were

21  interested in working in the courts, with the

22  court supervising the police room.  So I spent

23  three years in the police room assisting the

24  supervisor of cases for the superior court

Gwendolyn Brown

12

1   police room for the Boston police officers.

2       Q.    Okay.

3       A.    I spent four years here in A-1, and

4   then I was rated as a detective in 2004.

5             After my training for that, I was

6   assigned to B-3, which is Dorchester, Mattapan.

7   But within three months there were solicitations

8   throughout the department for detectives that

9   wanted to work in the family justice center

10  sexual assault unit.

11      Q.    Okay.

12      A.    Even though I just had three months as

13  a detective, I did put in for that position, and

14  I believe in March 2005 I was assigned to the

15  sexual assault unit in the Boston Police

16  Department.

17      Q.    Okay.

18      A.    I spent possibly four years in that

19  unit.

20            And in July of this year, of 2008, I

21  was assigned to A-1 again as a detective,

22  investigator.

23      Q.    And that's where you are currently?

24      A.    Yes.

Gwendolyn Brown

13

1      Q.    Okay.  So you are no longer in the
2   sexual assault unit, you're in District A-1?
3      A.    Yes, I am.
4      Q.    Okay.  In regard to the police room,
5   is that what you call it, at Suffolk Superior
6   Court, when were you assigned there?
7      A.    It had to be between 2001 and 2002.
8      Q.    Okay.  And how did it go about that
9   you became a detective?  What was the process of
10  becoming a detective?
11     A.    There was an exam that was
12  administered by the police department.
13     Q.    Okay.  Was that a written exam?
14     A.    Yes, it was.
15     Q.    And did you take that exam in 2004?
16     A.    1999.
17     Q.    Okay.  And you received your promotion
18  in 2004?
19     A.    That's correct.
20     Q.    You mentioned that you have your real
21  estate broker's license.
22           Have you held either as a real estate
23  broker or in any other capacity any employment
24  outside of working for the Boston Police since

Gwendolyn Brown

14

1    you joined the police force?

2        A.    Other than being a real estate agent,

3    broker?

4        Q.    Let me clarify.

5            Have you worked as a real estate

6    broker since becoming employed as a Boston

7    police officer and later as a detective?

8        A.    Yes.

9        Q.    Okay.  For how many years have you

10    been a real estate -- worked as a real estate

11    broker?

12        A.    I believe I received my broker's

13    license in 2004, December of 2004.  I'm still

14    active, my license is still active, and I'm

15    still doing business as a real estate broker.

16        Q.    Okay.  Approximately how many hours a

17    month do you devote to being a real estate

18    broker?

19        A.    It fluctuates.  I can't really

20    literally give you a concrete number.

21        Q.    I assume there are some weeks there

22    are no hours.  Is that fair to say?

23        A.    Correct.

24        Q.    And what would be the high end of

Gwendolyn Brown

15

1    hours that you can recall having worked as a

2    real estate broker?

3        A.    Again, I couldn't give you a number.

4        Q.    Okay.  Would it be more than 10 hours

5    potentially?

6        A.    Yes.

7        Q.    In order to become a detective, you

8    said you took a written exam.

9              Were there any other components to

10   that process besides the written exam that you

11   recall?

12       A.    Yes, there were.

13       Q.    Can you describe them for me?

14       A.    There was a training education

15   portion, and there was also what they call a

16   commissioner's points portion.

17       Q.    Can you just describe, if you recall,

18   what those were?

19       A.    Well, from the way that was set up,

20   your immediate supervisor was sent to talk about

21   you to a panel of people, command staff, and

22   that was how you got your commissioner points.

23       Q.    Okay.  Ms. Brown, are you a member of

24   any associations?

Gwendolyn Brown

16

1      A.    Yes, I am.

2      Q.    Would you identify them for me?

3      A.    Yes.   I'm a member of the

4  Massachusetts Association of Minority Law

5  Enforcement Officers.

6           I'm a member of the National

7  Association of Realtors, the Massachusetts

8  Association of Realtors.

9           I've been a member of the

10  Massachusetts Association of Law Enforcement

11  Officers, MAMLEO.

12           I'm also a member of the National

13  Association of Black Law Enforcement Officers.

14      Q.    Okay.  Any others that you recall?

15      A.    I can't recall any right now.

16      Q.    That's fine.

17           And, I'm sorry, what was the first

18  association that you mentioned?

19      A.    Massachusetts Association of Minority

20  Law Enforcement Officers, which is MAMLEO.

21      Q.    Do you hold any office, leadership

22  position in MAMLEO?

23      A.    Yes, I do.

24      Q.    And what is that?

Gwendolyn Brown

17

1      A.    Secretary.

2      Q.    Okay.  And for how long have you been

3    the secretary to MAMLEO?

4      A.    Approximately two years.

5      Q.    Okay.  And as secretary, is it your

6    responsibility, at least in part, to take notes

7    of meetings?

8      A.    Minutes, yes.

9      Q.    Minutes would be the correct term,

10   yes.  I'm sorry.

11           Would these be meetings such as board

12   meetings?

13     A.    They wouldn't be board meetings

14   because I'm not a member of the board of

15   directors.

16     Q.    Okay.

17     A.    I'm on E board, which has the

18   president, the vice president, treasurer and

19   secretary.

20     Q.    And that's for the past two years or

21   so; is that correct?

22     A.    Approximately two years, yes.

23     Q.    Okay.  All right.  Now, I think I'm

24   safe in assuming that you applied or you took

Gwendolyn Brown

18

1    the written exam to be promoted to the position

2    of police sergeant in 2005; is that correct?

3        A.    That's correct.

4        Q.    Was that exam administered some time

5    in October of 2005?

6        A.    I believe it was.

7        Q.    Now, prior to that exam, had you taken

8    any other exams in order to be promoted to

9    police sergeant?

10        A.    Yes, I did.

11        Q.    In what years did you do that?

12        A.    Well, I can only approximate the

13    years.  I think the first exam I took was in, I

14    think it was '94.  I think the second one was in

15    maybe '96, '95, '96, somewhere around there.

16    The third was the 2002 exam.

17        Q.    Okay.  And did you take the most

18    recent exam that was offered in October of 2008?

19        A.    Yes, I did.

20        Q.    Now, in regard to the 2002 exam, as I

21    understand it, there was both a written

22    component and an oral component; is that

23    correct?

24        A.    That's correct.

Q. Okay. And could you describe for me the oral component of that exam?

A. Yes. The oral component consisted of being in a room about the fourth of this size.

There was a video camera there as opposed to being live persons which was supposed to substitute for what you call an oral board.

The video came on, asked you specific questions, and you were timed in answering them.

Q. So you had so much time to respond verbally to the questions on the videotape?

A. Yes.

Q. Okay. Do you recall approximately how many questions there were?

A. I believe there were at least five questions. I can't remember exactly now.

Q. But there was no one physically present watching you as you gave the answers?

A. No.

Q. In 2002 or at any time thereafter, did you ever hear other officers who had taken part in the oral exam make any complaints about that process?

A. Yes.

Gwendolyn Brown

20

1    Q.    Can you describe what you recall?

2    A.    Well, there was consensus that the

3    questions that the potential sergeants got were

4    questions that lieutenants should have gotten.

5    They were more administrative questions.

6    Q.    Okay.  Any other complaints that you

7    recall?

8    A.    Yes.  There were some officers that

9    said that the video wasn't -- people weren't

10   able to see the video, maybe because of the tone

11   of the skin, mostly you saw the eyes and the

12   teeth.

13         There were questions about the appeal

14   process as well.

15   Q.    What were the questions about the

16   appeal process?

17   A.    It was questioned how could someone

18   appeal a score and get five to 15 points more

19   than the score they received initially.

20   Q.    So it was understood that some people

21   made an appeal of the oral board process, and

22   their score bumped up somewhere between five and

23   15 points?

24   A.    That's correct.

Gwendolyn Brown

21

1    Q.   And you heard some people say how
2 could that have happened, or words to that
3 effect?
4    A.   I've had more people tell me that --
5 when one appealed such a test as an oral board,
6 because I've spoken to people about it, it was
7 stated to me that, yeah, you may appeal it, but
8 it should have been arranged like three to six,
9 three to seven points as opposed to five, 10, 15
10 points being added to the score.
11    Q.   Okay.  Do you recall any other
12 complaints about the process, the oral board
13 process?
14    A.   I know where the way we took it, there
15 was a lot of waiting, and I think they gave us
16 pretzels as a snack which was very salty.  I
17 don't remember eating them.  And I know people
18 were quite thirsty at some point.
19    Q.   Anything else you recall?
20    A.   There's probably a lot, but I'd have
21 to sit down and write a book on it maybe.  There
22 were a lot of issues.
23        My main concern when I took it is that
24 they literally told you, you can appeal it, but

Gwendolyn Brown

22

1   you have a chance of your score literally going

2   down on an appeal process.  So you had to take a

3   chance either to appeal it for your score to go

4   down or appeal it for your score to go up.

5       Q.   So an appeal could go both ways?

6       A.   Yes.

7       Q.   So I take it you didn't appeal?

8       A.   No, I did not appeal it.

9            I believe I got a 27 out of the 40

10  points, I believe.  And I believe I got a 31, 32

11  out of the written score.  And I made a

12  conscious -- I thought about it, and I wasn't

13  sure whether or not my appeal would cause me to

14  lose points or gain points.

15      Q.   You didn't feel it was worth the risk.

16  Is that fair to say?

17      A.    Not worth the risk.  I didn't want to

18  take the chance for that risk of the points

19  going down.

20      Q.   I realize you didn't file an appeal or

21  make a complaint.  If you had, what would you

22  have -- what aspect of the oral board process

23  would you have appealed?

24           MR. GLEASON:  Objection.

Gwendolyn Brown

23

1       You can answer.

2       A.    The questions I was given.  I was

3    given questions that I felt were related to

4    someone in a role of a lieutenant, not a

5    sergeant.

6            I studied for sergeant's questions,

7    not lieutenant's questions.  I videotaped myself

8    as if I was in the same -- I simulated the same

9    scene I would be in as if I was in the room.  I

10   borrowed my brother's video camera.  I got

11   questions relating to sergeant's situations, and

12   I prepped myself for sergeant exam questions.

13      Q.    Okay.  And you felt the questions were

14   at a higher level?

15      A.    Not at a higher level, a different

16   standard.

17           Lieutenants mostly, from what I see in

18   a police department, they do more administrative

19   work than they do street work.

20           Sergeants do Code 99s, fires,

21   shootings.  They go out to calls, mostly on

22   calls like that.

23           In our department, from what I see,

24   most lieutenants are administrative.

Gwendolyn Brown

24

1    Q.    Okay.  So you felt the questions were

2  geared more toward an administrative lieutenant

3  position rather than to the kind of work a

4  sergeant did.  Is that fair to say?

5    A.    Yes.

6    Q.    Okay.  And if you had appealed, is

7  there any other aspect of the oral board that

8  you would have appealed?

9              MR. GLEASON:  Objection.

10             You can answer.

11   A.    Well, I don't know if I would have.

12   Q.    I understand that you didn't.  Okay.

13 That's fine.

14             Now, I take it from the documents I

15 have received from your counsel that you

16 prepared for the 2005 exam?

17   A.    Yes, I did.

18   Q.    Okay.

19             MR. MORRIS:  Off the record.

20             (Discussion off the record)

21 BY MR. MORRIS:

22   Q.    Before we get to the specific

23 documents, could you describe for me how you

24 went about preparing for the 2005 exam, which

Gwendolyn Brown

25

1    was just a written exam, as I understand it?

2        A.    Yes, it was.

3        Q.    How did you go about that?

4        A.    I bought the test that we were

5    required to buy.

6            I participated in the seminars that

7    the police department had offered us through

8    Scheft.  I believe that was the name.

9            I went to at least one other seminar

10   regarding rules and regulations.  And I

11   committed my time to studying.

12           And something also that I did that

13   I've done in the last couple of exams, I tend to

14   take the two weeks prior to the exam as my

15   vacation period, and I stay home, and I

16   basically go over all the material that I

17   studied.

18       Q.    Okay.  Was there a particular regimen

19   or schedule that you tried to follow in

20   preparing for the exam?

21       A.    Yes.  I tried to put two to five hours

22   a day in studying, depending on what my schedule

23   was.

24       Q.    And when would you have started

Gwendolyn Brown

26

1    preparing for the exam?

2        A.    I don't think I ever stopped preparing

3    for the exam, to be quite frank with you.  I

4    tend to always have exam materials either at

5    home, in my motor vehicle, or at my desk at

6    work.

7        Q.    Okay.  There had been a written

8    component to the 2002 exam process; is that

9    correct?

10       A.    That's correct, yes.

11       Q.    Okay.  Only if you recall because we

12   can get this information, but do you recall

13   whether the reading materials were -- the

14   reading list was the same on the 2002 or 2005

15   exam?

16       A.    There was a slight variation.  I think

17   there was a book in the 2002 that was not in the

18   2005 exam.  And I think the book was called

19   Broken Windows.

20       Q.    That was something you used for 2002

21   but not for 2005; is that correct?

22       A.    That's correct, yes.

23       Q.    But otherwise, the reading lists

24   were -- ·

Gwendolyn Brown

27

1    A.    Well, the reading list itself is --

2    some of it, from what I understand, is mandated

3    by HRD, that the whole Commonwealth has to read.

4    There's certain books that no matter what

5    municipality you're in, those books you have to

6    read.    And I believe municipalities are privy to

7    put other books in.

8    Q.    I'm just trying to understand your

9    understanding is that except for this book

10    Broken Windows, the 2002 reading lists and the

11    2005 reading lists were essentially the same.

12    Is that your understanding?

13    A.    Close to it.    They were very close to

14    being the same, yes.

15    Q.    Okay.    Am I understanding your

16    testimony correctly that even though the 2002

17    exam had been administered in the fall of 2002,

18    you essentially -- you didn't put it away and

19    wait until some time in 2005, you essentially

20    kept reviewing the material.    Is that your

21    testimony?

22    A.    Well, I tend to review material not

23    only by books, but I talk to people about

24    certain case laws and certain outcomes.    I like

Gwendolyn Brown

28

1   case law.  They interest me.  So I like

2   something that interests me that I seem to try

3   to keep up on.

4       Q.    Okay.  But I'm just trying to

5   understand.  The actual books on the reading

6   list, did you actually continue to look at those

7   books between taking the exam some time in the

8   fall of 2002 and 2005, or was there a period

9   where you put them away and didn't look at them?

10      A.    Well, the books I always pack away.

11  That's just something that I do.  But I tend to

12  have written materials either in my vehicle

13  because I have my own written notes that I

14  write, as well I have four-by-six binders that I

15  write my notes in also.

16      Q.    Okay.

17      A.    Those are things that I can carry with

18  me, put it in the glove, put it in a desk.  And

19  sometimes when I did have down time, I would

20  pick it up and just read it.

21      Q.    Okay.  Okay.  For the 2005 exam, did

22  you take part in any kind of study group with

23  other officers?

24      A.    Yes, I did.

Gwendolyn Brown

29

1    Q.    Was this one group or more than one
2    group?
3    A.    It was one group.
4    Q.    Okay.  And how many officers were in
5    that group?
6    A.    Between six and eight.
7    Q.    Okay.  And how often would you meet?
8    A.    I believe it was weekly, once weekly,
9    I believe.
10    Q.    And when did that process start?
11    A.    I can't really give you an exact date.
12    Q.    That's fine.  That's fine.
13          I'd like to go through these
14    documents, hopefully as quickly as possible, but
15    ask you to identify them.
16              MR. MORRIS:  We'll start with
17    marking this as Exhibit 1, which is a group of
18    documents GB 1 to GB 4.
19              (Exhibit 1 marked
20              for identification)
21    BY MR. MORRIS:
22    Q.    Do you recognize the document that's
23    been marked as Exhibit 1?
24    A.    Yes, I do.

Gwendolyn Brown

30

1    Q.    Is this your handwriting?

2    A.    Yes, it is.

3    Q.    Can you tell me why you prepared this

4  document?

5    A.    I think I prepared this one because I

6  was actually at a seminar.  We had an instructor

7  giving us test-taking cues, pointers.

8    Q.    Okay.  So these would be notes of

9  essentially a lecture that you attended.  Is

10 that fair to say?

11   A.    That's correct, yes.

12   Q.    Do you recall which seminar this would

13 have been a part of?

14   A.    I don't know how I forgot it.  MAMLEO

15 prepared it.  They offered it to the members of

16 our association and other members, any other

17 person outside the association, but they did

18 have to pay a fee, but it was open to all the

19 Boston police officers, yeah.

20   Q.    So this would have been part -- you

21 would have taken these notes as part of a

22 preparation course, if you will, that MAMLEO

23 offered.  Is that fair to say?

24   A.    That's correct.

Gwendolyn Brown

31

1    Q.    Okay.  Maybe we should just nail down

2    the courses that you took in preparation for the

3    2005 exam.

4        A.    Okay.  I took the seminars that the

5    Boston Police Department offered through Scheft,

6    this prep seminar at my association, MAMLEO.

7        Q.    Okay.

8        A.    I'm sorry, I thought I was mixing up

9    the exams.

10       Q.    I understand.

11       A.    Also I remember taking a seminar

12   specifically on Boston Police rules and

13   regulations.

14              I was in the study group outside with

15   other police officers.

16       Q.    I'm just trying to focus on courses

17   that somebody else is offering.

18       A.    Okay.  I think that's about it.

19       Q.    Okay.  That's fine.

20              MR. MORRIS:  Another group of

21   documents which is GB 5 to 10 is going to be

22   marked as Exhibit 2.

23              (Exhibit 2 marked

24              for identification)

Gwendolyn Brown

32

1  BY MR. MORRIS:

2      Q.    Okay.  Is this your handwriting on

3  Exhibit 2?

4      A.    Yes, it is.

5      Q.    And can you tell me how it is you

6  prepared this document?

7      A.    That was also offered during the prep

8  seminar at our association at MAMLEO.

9      Q.    Okay.  All right.  Very good.

10            MR. MORRIS:  Mark as Exhibit 3

11  another set of documents GB 11 to 14.

12                (Exhibit 3 marked

13                for identification)

14      Q.    Now, this document that's been marked

15  as Exhibit 3, is this also something you

16  prepared as part of the course, if you will,

17  that MAMLEO offered?

18      A.    That's correct, yes.

19      Q.    Let's go to Exhibit 4, which is 15 to

20  18.

21                (Exhibit 4 marked

22                for identification)

23      Q.    Do you recall how it is you came to

24  receive this document which has been marked as

Gwendolyn Brown

33

1    Exhibit 4?

2        A.    Yes, I do.

3        Q.    Was this part of the MAMLEO process or

4    some other process?

5        A.    It was part of the MAMLEO process,

6    yes.

7        Q.    Moving right along.  I show you what

8    will be Exhibit 5, which is 19 to 21.

9                    (Exhibit 5 marked

10                    for identification)

11   BY MR. MORRIS:

12       Q.    This document that's been marked as

13   Exhibit 5, is this also something that was -- is

14   this your handwriting?

15       A.    Yes, it is.

16       Q.    Is this something that -- are these

17   notes you made and so on as part of the MAMLEO

18   course work?

19       A.    That's correct, yes.

20       Q.    Okay.

21              MR. MORRIS:  Mark this as

22   Exhibit 6, which is 22 to 27.

23                    (Exhibit 6 marked

24                    for identification)

Gwendolyn Brown

34

1  BY MR. MORRIS:

2      Q.    So this document that's been marked as

3  Exhibit 6, which is titled Learning Styles

4  Inventory, was this also something you received

5  through the course at MAMLEO?

6      A.    Yes, it is.

7      Q.    Okay.

8            (Exhibit 7 marked

9            for identification)

10     Q.    Go to Exhibit 7, which is 28 to 53.

11           (Pause)

12     Q.    This document which has been marked as

13  Exhibit 7, did you receive this as part of

14  taking the course offered by John Scheft?

15     A.    I don't remember.

16     Q.    Do you recall how you came to receive

17  this?

18     A.    No, I can't exactly remember that.

19     Q.    Okay.  Okay.  But this is a test that

20  you administered to yourself.  Is that fair to

21  say?

22     A.    Can you give the question again?  I

23  didn't understand it.

24     Q.    I'm sorry.

Gwendolyn Brown

35

1          Did you essentially take this test?

2    This is called a Civil Service Exam

3    Reincarnation.  Did you sit down and take this

4    test within the time that would be allotted to

5    take the sergeant's promotional exam?

6        A.   I don't remember.  I don't remember

7    exactly.  I know it's my material.  I'm pretty

8    sure I did look over it, but I don't know if I

9    took it as a marked exam.  Is that what you're

10   trying to say?

11       Q.   Yes.

12       A.   I don't believe that, no.

13       Q.   Okay.  All right.

14            MR. MORRIS:  Why don't we have this

15   marked as Exhibit 8, which is 54 to 72.

16            (Exhibit 8 marked

17            for identification)

18            (Pause)

19   BY MR. MORRIS:

20       Q.   Ms. Brown, can you just tell me how it

21   is you came to receive this document that's been

22   marked as Exhibit 8?

23       A.   That could have been one of my study

24   groups.  I can only go by because I have a date,

Gwendolyn Brown

36

1     Wednesday, 5/9.  Maybe that's it.  I can't tell

2     you exactly where.  This is quite some time ago.

3          Q.   Okay.  Would you have received it

4     through Law Dimensions, with that note on the

5     first page?

6          A.   I can't answer that question.

7          Q.   Okay.  Would you have used this as

8     part of preparing for the 2005 exam?

9          A.   Yes.

10         Q.   Okay.

11              MR. MORRIS:  Let's mark another set

12    of documents, which is 73 to 85.

13              (Exhibit 9 marked

14              for identification)

15              (Pause)

16    BY MR. MORRIS:

17         Q.   Do you recognize the set of documents

18    that's been marked as Exhibit 9?

19         A.   Yes, I do.

20         Q.   At these part of it appears to relate

21    to a rules and regulations seminar that was

22    offered on October 19, 2005.  Does that seem

23    correct to you?  I was just looking at the first

24    page.

Gwendolyn Brown

37

1     A.    Okay.  Yes, yes.

2     Q.    All right.  And you did attend that

3  seminar?

4     A.    Yes, I did.

5     Q.    Okay.

6          MR. MORRIS:  There are two more

7  sets, you'll all be happy to hear that.  This

8  one is 86 to 106.

9          (Exhibit 10 marked

10          for identification)

11          (Pause)

12  BY MR. MORRIS:

13     Q.    Do you recognize the set of documents

14  that's been marked as Exhibit 9 to your

15  deposition?

16     A.    Yes, I do.

17     Q.    At least part of the pages, not all of

18  the pages, but 86 through, well, let's say at

19  least 98 or 100 or maybe beyond to me appear to

20  be your answers to practice test questions.  Is

21  that fair to say?

22     A.    Yes, that's correct.

23     Q.    And what test would you have been

24  taking that these would have been answers for?

Gwendolyn Brown

38

1       A.    These are what I did on my own.    This
2   is how I study for the exam.
3              We have study tests that go with the
4   books.   Sometimes in the back of the study books
5   there are questions.   Therefore, I test myself.
6       Q.    I understand.
7              And from which course would you have
8   received study books?   Do you recall?
9       A.    Well, this would be Ianonne right
10  here.
11      Q.    What does Ianonne refer to?
12      A.    Supervision of Police Personnel.   He's
13  the author of Supervision of Police Personnel.
14      Q.    I see.
15             And there would be questions in the
16  back of the book?
17      A.    Not the textbook but the study book,
18  or I could have bought a study manual for one of
19  the Scheft or Rogers with questions in it
20  relating to the book, and I tend to test myself,
21  sort of like a mock exam.
22      Q.    Okay.   Okay.
23             MR. MORRIS:   And the final set of
24  documents in this group is 107 to 119.

Gwendolyn Brown

39

1              (Exhibit 11 marked

2              for identification)

3              (Pause)

4    BY MR. MORRIS:

5       Q.    Do you recognize the group of

6    documents that's been marked as Exhibit 11?

7       A.    Yes.

8       Q.    These appear to be copies of cassette

9    tapes.  Is that fair to say?

10      A.    Yes.

11      Q.    Are these -- what were these tapes of?

12      A.    Basically they were tapes of my notes.

13            I read the book once.  Second time I

14   read, I highlight.  Third time, I write my

15   highlights down.  And this was another way to

16   reinforce me that I taped my notes onto tape

17   recorders.

18      Q.    Okay.  So these aren't somebody else's

19   lectures, these are your notes of the materials?

20      A.    Yes.

21      Q.    I want to just ask you a few questions

22   about your personal background.

23      A.    Okay.

24      Q.    Where were you born?

Gwendolyn Brown

40

1      A.    Boston.

2      Q.    Did you grow up in Boston?

3      A.    Yes, I did.

4      Q.    Did you grow up in a particular

5  neighborhood of the city?

6      A.    Well, I grew up in a few

7  neighborhoods.  Dorchester, Allerton Street is

8  kind of where my childhood address was.  I think

9  I left my house -- I grew up in a house on

10  Wilcott Road in Dorchester.

11      Q.    Okay.  Any other neighborhoods you

12  lived in through high school?

13      A.    High school was mostly Wilcott Road.

14      Q.    Okay.  Fair enough.

15      A.    That was a long time ago.

16      Q.    That's fine.  Fair enough.

17          Growing up did you live with your

18  mother and father?

19      A.    I lived with my mother.  I lived with

20  both of my parents.  Up until nine years they

21  were -- they were divorced.

22      Q.    Did you primarily live with one parent

23  thereafter?

24      A.    My mother.

Gwendolyn Brown

41

1    Q.    And did your mother work?

2    A.    When?

3    Q.    After your parents were divorced, did

4    she work outside the house?

5    A.    At some time she did.

6    Q.    What kind of work did she do?

7    A.    The last job I remember my mom having,

8    she was working in a nursing home, I believe.

9    Q.    Okay.  Do you know what kind of

10   position she held there?

11   A.    No.

12   Q.    Okay.  And your father, do you

13   remember what kind of work he held when you were

14   growing up?

15   A.    Yeah.  I remember when I was younger,

16   he was a painter, I remember that much.  Now he

17   deals with real estate.

18   Q.    Okay.

19   A.    Property management, such as that.

20   Q.    Did either of your parents graduate

21   from college?

22   A.    I know my mother didn't.  I'm not sure

23   about my father.

24   Q.    Okay.  Fair enough.

Gwendolyn Brown

42

1          Now, I take it at some point you

2    received a formal notice of the results -- of

3    your results on the 2005 promotional exam; is

4    that correct?

5         A.    Yes.

6         Q.    And essentially you get this

7    information through the mail.  Is that fair to

8    say?

9         A.    Yes.

10         Q.    And would you have received this

11    information several months after taking the

12    exam?

13         A.    Yes.

14         Q.    Does the first quarter of 2006 sound

15    reasonable?

16         A.    I can't remember.

17         Q.    Okay.  But you did receive the

18    results?

19         A.    Yes, I did.

20         Q.    Okay.  And were you able to ascertain

21    at some point where you stood on the list -- the

22    ranking list, if you will, in comparison to

23    other officers who had taken the exam?

24         A.    Yes.

Gwendolyn Brown

43

1     Q.   Okay.  And would that have been at

2 some point in 2006?

3     A.   I don't know exactly when I saw the

4 ranking list.

5     Q.   Okay.  Do you know if there was a Web

6 site through which you could access that

7 information?

8     A.   There is.

9     Q.   Did you make use of that Web site?

10     A.   I don't know.  I don't know.  I know I

11 have the ranking list, but I don't remember how

12 I got it.

13     Q.   Okay.  But you did get it?

14     A.   At some point, yes.

15     Q.   Okay.  I'd like to show you a document

16 which we'll mark as Exhibit 12 to your

17 deposition.

18              (Exhibit 12 marked

19              for identification)

20 BY MR. MORRIS:

21     Q.   Have you seen this document -- have

22 you previously seen this document which has been

23 marked as Exhibit 12?

24     A.   Yes, I have.

Gwendolyn Brown

44

1    Q.    Is that your signature at the bottom?

2    A.    Yes, it is.

3    Q.    Okay.  I'd like to direct your

4    attention to a box kind of in the middle of the

5    page on the right-hand side of the form which

6    says date discrimination took place.  And what's

7    typed in there is January 2008.

8         Do you see that?

9    A.    Yes, I do.

10   Q.    Okay.  And my question to you is to

11   your personal knowledge, what act of

12   discrimination did either the City of Boston or

13   the Commonwealth of Massachusetts commit against

14   you in January 2008?

15        MR. GLEASON:  Before you answer.

16        I object to the question to the extent

17   it calls for a legal or expert opinion.

18        You can answer.

19   A.    I can't answer that question right now

20   because I don't know how to answer it.  If you

21   can just rephrase it, that would be great.

22   Q.    I'll try.

23        This is a charge of the Mass.

24   Commission Against Discrimination.  It's a form

Gwendolyn Brown

45

1    they use.  It says date discrimination took

2    place, January 2008.

3            What I'm trying to understand is what

4    discriminatory act, we can get later to what

5    that act was -- strike that.

6            What discriminatory act did the city

7    or the state take against you in January 2008,

8    to your personal knowledge?

9            MR. GLEASON:  Same objection.

10   A.    I feel like I'm in a box because

11   you're asking me for a specific thing.

12           Do you want me to start from the time

13   I was in the police academy up until this date,

14   or do you want me to start on January 2008?  You

15   got to be more specific.  I can't answer it.

16   Q.    If you can provide any information for

17   January 2008, I'd be happy to hear what you have

18   to say.

19   A.    Well, as of January 2008, I was on an

20   active, which I still am, on an active police

21   sergeant exam.

22           That exam I took, in my opinion, did

23   not measure what it would take to be a Boston

24   Police sergeant.  The questions weren't relevant

Gwendolyn Brown

46

1    to the job.  I don't know who wrote the test.

2    If I knew that, then maybe I can ask them where

3    they got the questions from.

4        Q.    Okay.  This test was administered

5    either October 2005 or the fall of 2005; is that

6    correct?

7        A.    Yes.  But from looking here, this

8    thing literally states discrimination took

9    place.  Earliest, latest, how far you want me to

10   go forward, how far do you want me to go

11   backwards?

12       Q.    I'm just trying to focus on this one

13   date that was typed in, January 2008, that's all

14   I'm trying to focus on.

15       A.    Okay.

16       Q.    You've said that you were on a list at

17   that point?

18       A.    Yes.

19       Q.    And you still are on that list, as far

20   as you know?

21       A.    I am, yes.

22       Q.    Is there anything else that happened

23   in January of 2008, as far as you know?

24            MR. GLEASON:  Same objection.

Gwendolyn Brown

47

1      A.    I think I'm going to give the same

2    answer.  It relates to promotion exams.  It also

3    may relate to assignments that I may have asked

4    for and never got a response on as to whether or

5    not I was eligible or was going to be accepted

6    for the assignment.  It could be how supervisors

7    had treated me, a lot of things, but on that

8    exact date, I couldn't give you an answer.

9      Q.    Okay.  That's fine.  That's fine.

10          As I understand it, the HRD -- that's

11   the Human Resources Division of the

12   Commonwealth?

13     A.    Yes.

14     Q.    They have a process by which

15   exam-takers can appeal particular questions.

16          Are you aware of that process?

17     A.    Yes, I am.

18     Q.    Did you appeal any questions that were

19   part of the 2005 promotional exam?

20     A.    I think it would have been difficult.

21     Q.    But did you actually do that?

22     A.    No.

23     Q.    I'd like to now show you a document

24   which will be Exhibit 13 to your deposition.

Gwendolyn Brown

48

1                (Exhibit 13 marked

2                for identification)

3                (Pause)

4    BY MR. MORRIS:

5        Q.   Have you ever seen this document

6    before that's been marked as Exhibit 13?

7        A.   Yes, I have.

8        Q.   I'd like to focus your attention on

9    just one aspect of it on page eight, paragraph

10   37, which I'll read into the record.  "As a

11   result of utilizing the HRD multiple choice

12   sergeant's promotional examination, minority

13   police officers who have taken the examination

14   both in the municipalities named in this lawsuit

15   and elsewhere have been ranked significantly

16   lower than their nonminority counterparts

17   despite their being otherwise equally as

18   qualified for a sergeant's promotional

19   position."

20            Do you see that allegation?

21        A.   Yes, I do.

22        Q.   Okay.  I'd just like to focus your

23   attention on -- strike that.

24            Are you aware that at least some

Gwendolyn Brown

49

1    number of white police officers have been

2    promoted to police sergeant following the 2005

3    promotional exam?

4        A.    Yes.

5        Q.    Okay.  I'd like to focus your

6    attention just on one aspect of this allegation,

7    where it says that minority police officers are

8    otherwise equally as qualified for a sergeant's

9    promotional position.

10           Do you have any knowledge as you sit

11   here today about the qualifications of any white

12   police officers who have been promoted to police

13   sergeant following the 2005 exam?

14       A.    No.

15       Q.    Okay.  Do you recall what your ranking

16   was on the 2005 exam?

17       A.    No.

18       Q.    Does something in the 160s sound

19   accurate to you?

20       A.    No, sir.

21       Q.    You just can't recall as you sit here

22   today?

23       A.    No, I cannot recall.

24       Q.    Okay.  When you saw your ranking,

Gwendolyn Brown

50

1   whatever that exact rank was, and we can

2   ascertain that, did you believe that you had a

3   reasonable likelihood of being promoted to the

4   sergeant position?

5       A.   Yes.

6       Q.   And why was that?

7       A.   As long as the exam is active, I

8   have -- as long as this the list itself is

9   active, I have a likelihood of being made off

10  that list.

11      Q.   Because you had a passing score?

12      A.   That's correct.

13      Q.   Okay.

14           MR. MORRIS:  I don't have anything

15  further.  My colleague here does, but if you

16  want to take a short break or do you want to

17  keep going?

18           THE WITNESS:  We can keep going.

19           MR. GLEASON:  Actually, do you mind

20  if we take a break?

21           MR. MORRIS:  Sure.

22           THE WITNESS:  Oh, sure.

23           (Recess taken)

24

Gwendolyn Brown

51

1          CROSS-EXAMINATION

2  BY MS. ALVAREZ:

3      Q.    My name is Iraida Alvarez, and I

4  represent the Commonwealth, Human Resources

5  Division, and I'm going to be asking you a

6  couple of follow-up questions.

7            What made you decide to become a

8  police officer?

9      A.    It took a bit of convincing.  I

10  literally at one point was a civilian clerk for

11  the Boston Police Department.  All those

12  officers -- at that time the exam was -- at

13  least signing up for the exam was in the

14  process.  And so they said, Are you taking the

15  exam?

16            I said, No, no, I'm going to school to

17  become an administrative assistant.  I think I

18  was in Fisher Junior College at the time.

19            Until one gentleman said, You know

20  what, just take the test if they offer it to

21  you.  And then if you don't want it, you can say

22  no, and if at that time you decide you want it,

23  say yes.  And he says, You know, don't be in the

24  position where someone can say no to you, you

Gwendolyn Brown

52

1    get to say no to them.

2            Which made a lot of sense to me, so I

3    took the test.  I did very well on the

4    entry-level exam.  I scored a 91.  And so I kept

5    that door open.

6        Q.    And when did you take that entry-level

7    exam?

8        A.    1987, I believe.

9        Q.    And when did you become a Boston

10   police officer?

11       A.    January 27, 1989.

12       Q.    And that was right after you said you

13   were a civil clerk for the Boston Police

14   Department?

15       A.    At some point I did go to another job.

16       Q.    And what was that other job?

17       A.    The last job I held before I came on

18   the police department was Massachusetts Bay

19   Transportation Authority, MBTA.

20       Q.    And you had testified earlier that at

21   some point you attended the Boston Police

22   Academy and graduated from the academy.

23            How is the performance in the academy

24   rated, or is it graded?

Gwendolyn Brown

53

1          A.    Is it graded?  I think you need a

2     70 percentile, I believe.

3          Q.    Do they administer tests occasionally?

4          A.    We had weekly exams every Monday

5     morning.

6          Q.    And they were written tests?

7          A.    Yes.

8          Q.    And do you recall how you did on those

9     tests?

10         A.    Not specifically.  I graduated from

11    the academy.

12         Q.    Were you ever disciplined while you

13    were enrolled in the academy?

14         A.    I believe once, yes.

15         Q.    For what?

16         A.    Oral reprimand, I believe.

17         Q.    I'm sorry?

18         A.    Oral reprimand.

19         Q.    What was the oral reprimand for?

20         A.    I failed to take my paper off the

21    table quick enough.

22         Q.    Were you reprimanded or disciplined

23    for any other reason when you were at the

24    academy?

Gwendolyn Brown

54

1    A.   Not to my recollection.

2    Q.   You testified earlier that you had

3  taken -- prior to the 2002 sergeant promotional

4  exam, you had taken, I believe it was the 1996

5  exam?

6    A.   It could have been '94, '96, somewhere

7  around there.

8    Q.   So basically, if I understand

9  correctly, prior to the 2002 exam, you had taken

10  the sergeant's promotional exam twice?

11    A.   That's correct.

12    Q.   Do you recall how you did on those

13  tests?

14    A.   Yes, I do.

15    Q.   How did you do?

16    A.   I got the same exact score both times.

17    Q.   What was the score?

18    A.   76.

19    Q.   And what did you do to prepare for

20  those exams?

21    A.   I got the study material that I was

22  required to get.  I sat down, and I read the

23  material.

24    Q.   Did you participate in any study

Gwendolyn Brown

55

1    groups?

2        A.    I don't remember.

3        Q.    Did you participate in any seminars?

4        A.    I don't remember.

5        Q.    Do you recall how much time you

6    devoted each week to prepare for those exams?

7        A.    I tried -- each week of the seven days

8    how much time?  I couldn't give you an exact

9    number.

10       Q.    Would you say that you prepared as

11   intensively for each of those exams?

12       A.    I learned how to prepare differently

13   for each exam.

14       Q.    Okay.  And how did you prepare

15   differently for, let's say, the 1998 exam than

16   the prior exam you had taken?

17       A.    Well, I realized after the two exams I

18   took and I got the same exact score that I

19   studied the same exact way.  So it became quite

20   apparent to me that I needed to find a different

21   way of studying.  So I did that.

22       Q.    Okay.  So for the 2002 exam, you

23   studied in a different way?

24       A.    Yes, I did.

Gwendolyn Brown

56

1      Q.     And how did you study for the 2002

2    exam?

3      A.     I researched.  I talked to people that

4    passed the exam.  I asked them what they did.  I

5    believe I even got a book on how to take a

6    sergeant's promotional exam.  It gave you tips.

7    It stated such as you had to learn the

8    exam-maker who invoked the exam.  So I basically

9    did a lot of research even before sitting down

10   and studying for the exam.

11          And I learned how to study for the

12   exam, and I learned how to -- I think I finally

13   realized that taking a test in college was not

14   the same as taking a test for police promotional

15   exam.  Those exams did not look the same.  You

16   did not take a test as you would if you took an

17   exam in school.

18          The book gave a lot of cues and tips

19   in how to take promotional exams for sergeant on

20   a municipality.

21          That was the highest score I ever

22   scored, as a matter of fact, on the 2002 exam.

23   I got close to an 85 percentile on that exam.

24     Q.     On the written portion of the exam?

Gwendolyn Brown

57

1      A.    That's correct.

2      Q.    You also testified that you took,

3   obviously, we're here, the 2005 exam.

4            Did you prepare as intensively for the

5   2005 exam as you did for the 2002 exam?

6      A.    Yes, I did.

7      Q.    And you prepared in the same manner?

8      A.    No, I didn't.

9      Q.    How did it differ?

10     A.    Well, there was no oral board in the

11  2005 exam, so I didn't prepare for an oral

12  board.

13     Q.    For the written portion of the exam,

14  how did the preparation differ from the way you

15  prepared for the 2002 exam?

16     A.    Well, I took what I learned on how to

17  take the 2002 exam, I brought it into the 2005

18  exam, and I kind of kept the same way of

19  studying because it worked in 2002.

20     Q.    And when you say you did the same

21  thing, you mean you read the materials that had

22  been listed.  Did you do anything in addition to

23  that?

24     A.    Yes.  Of course I had my own personal

Gwendolyn Brown

58

1   notes.

2           Some of the books from the 2002 exam

3   and 2005 were the same, so I was able to listen

4   to some of the audio cassettes that I also had

5   from the 2002 exam.

6           Some of the notes -- I believe Ianonne

7   on the 2002 and 2005, at least personnel, it was

8   the same exact book, I don't believe they

9   changed the -- they change it over, they change

10  whatever -- I can't remember the word for it.

11  But I believe it was either -- whatever notes I

12  had from the 2002 exam for specifically

13  supervision of police personnel, and the reason

14  why I say that book a lot because that book

15  tends to be on the exam all the time that I can

16  remember, so that's almost a gimme, that

17  particular book.

18          And if you're going to prepare for the

19  test, any test, and if you're going to study

20  before the list comes out, that's the book you

21  should look at because most likely it's going to

22  be on the exam anyways, and rules and

23  regulations, I believe, are the two major study

24  points that I would take upon myself to start

Gwendolyn Brown

59

1    studying even before the list announcement came

2    out.

3        Q.    Okay.  And you also testified that you

4    took the most recent 2008 exam?

5        A.    Yes.

6        Q.    How did you prepare differently for

7    the 2008 exam?

8        A.    I prepared a lot better than I did the

9    2002 exam.

10            I had an empty room in my house.  I

11   put a secretary's desk in there.  I brought all

12   my study material in there, lighting, whatever.

13            I got more information.  Reading is

14   boring when you're listening to dead air, and I

15   got a great point from a lieutenant in the

16   Connecticut police -- Bridgeport, Connecticut

17   Police Department from a seminar I went to.

18            And he said the clue to be able to

19   retain what you read is to have some type of

20   like a Bach CD and listen to it, nice soft music

21   because it takes away that dead air.  So we tend

22   to read the material and concentrate more on the

23   material than the dead air that you're hearing

24   behind you.

Gwendolyn Brown

60

1    So it made me more focused on my

2  reading than any other exam I had ever taken.

3    Q.    How about courses you attended?

4    A.    February of 2008, the person probably

5  had been out there for a couple of years, but it

6  was Hanrahan.

7    And they said he was new, and I

8  figured since I've taken Scheft's courses, I've

9  taken Roger's courses, and now I can sit down

10  and say what they're going to say before they

11  say it, so I said let me take somebody else that

12  has a different perspective on giving seminars.

13    He gave a mock exam in February of

14  2008. I believe we took that in Brookline at

15  some community center. I hadn't looked at the

16  books literally in almost two years, two plus

17  years. I think I ended up with a 65 percentile

18  on that mock exam. It wasn't timed, but you

19  took it and finished it and walked out.

20    And from that point on I started

21  studying for the 2008 exam.

22    Q.    And did you spend as much time a week

23  studying for the 2008 exam as you did for the

24  2005 exam?

Gwendolyn Brown

61

1     A.    I spent more time.

2     Q.    You testified earlier that you had

3 some concerns or questions about the questions

4 on the 2005 exam but that you decided not to

5 take an appeal; is that correct?

6     A.    Yes.

7     Q.    Did you speak to anyone about those

8 concerns?

9     A.    I spoke to a lot of officers that took

10 that exam.

11     Q.    What did you talk to those officers

12 about with regard to the exam?

13     A.    The questions, how they were written.

14     Q.    And this was some time after the exam

15 in 2005, 2006?

16     A.    It's probably more immediate after the

17 exam.  Everybody talks about the exam after the

18 test.

19     Q.    Did you raise this at any of the

20 MAMLEO meetings?

21     A.    I don't remember.

22     Q.    Do you recall ever discussing the exam

23 at any of the MAMLEO meetings?

24     A.    No, I don't remember.  I don't recall.

Gwendolyn Brown

62

1    Q.    Do you recall when you first learned
2    of the exam results?

3    A.    What specific?

4    Q.    Do you recall when you received the
5    exam results, the 2005 exam results?

6    A.    I know when I received it.  It came in
7    the mail.

8    Q.    But you don't remember when?

9    A.    It was before Christmas, I remember
10   that much.

11   Q.    You got the exam results the week
12   before Christmas?

13   A.    It was before Christmas.  I don't know
14   if it was the week before Christmas.

15   Q.    This was the 2005 exam?

16   A.    Yes, I believe so, because we called
17   it a Christmas present, so that's how I kind of
18   remember it.

19   Q.    And when did you learn about your
20   ranking as a result of the exam results based on
21   the 2005 exam?

22   A.    I can't begin to tell you exactly what
23   date it was.

24          I do remember my score.  I remember

Gwendolyn Brown

63

1  talking to other people about what their scores

2  were.  But the actual ranking, I don't remember

3  that.

4      Q.   Did you consult with anyone about your

5  ranking on the list?

6      A.   I don't remember doing that.

7      Q.   What did you think your chances were

8  being promoted based on that ranking on the

9  list?

10          MR. GLEASON:  Objection.

11      A.   Well, as far as I'm concerned, as long

12  as the list was still active, I always had an

13  opportunity to get promoted.

14      Q.   Did you know how many people got

15  promoted off the prior list?

16      A.   What exam was that one?

17      Q.   The one based on the 2002 exam.

18      A.   No, I don't.

19      Q.   Did you know what your ranking was on

20  after the 2002 list?

21      A.   No.  But I do know the list died when

22  I was number nine on it.  That I remember.

23      Q.   So it expired before?

24      A.   That's correct.

Gwendolyn Brown

64

1    Q.   Do you recall whether your ranking
2  based on the 2005 exam was higher or lower than
3  the 2002 ranking?

4    A.   Well, it's hard to compare the 2002
5  and the 2005 in my opinion because of the two
6  different test styles, the two different ways.

7         In 2002, there was no oral board, with
8  my 84.85, I would have been a sergeant.  It
9  knocked me down significantly, so therefore,
10  it's difficult.

11         You're saying apples and oranges in my
12  opinion because of the way the tests were given
13  because one was purely written and the other one
14  wasn't.

15    Q.   Did you discuss your -- I'm sorry.
16  Strike that.

17         Why did you decide to become a
18  plaintiff in this lawsuit?

19    A.   Because it's quite apparent that there
20  are some disparate treatment as far as
21  promotions, as far as the exam, the way it's
22  written.

23         And taking the exam -- I mean, usually
24  I will say, okay, I'll take the next exam and

Gwendolyn Brown

65

1   get a higher score.  But unfortunately, that

2   2002 exam told me a lot because I got a higher

3   score, but another element was put in to bring

4   my score down.  So therefore, as far as I'm

5   concerned, at any time I take a promotional

6   exam, something could be put in to bring my

7   score down.

8         It happened in the detective's exam,

9   it happened in the 2002 sergeant's exam, and I

10  guess I got tired of the pattern.

11      Q.   What do you mean by another aspect was

12  put in?

13      A.   The oral board.

14      Q.   And other than that, were there any

15  other factors that went into your decision to

16  join this lawsuit?

17      A.   Well, those are the factors.  The

18  factors is the disparate treatment, and they're

19  clearly in my case, and if they're in my case, I

20  would say because there are other people part of

21  this suit, it happened to other people too.

22         MS. ALVAREZ:  I don't have any

23  further questions.

24         MR. GLEASON:  I have nothing for

Gwendolyn Brown

66

1    the witness.

2              (Whereupon the deposition was

3    concluded at 2:51 p.m.)

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

Gwendolyn Brown

67

1              C E R T I F I C A T E

2        I, GWENDOLYN BROWN, do hereby certify that

3   I have read the foregoing transcript of my

4   testimony, and further certify that it is a true

5   and accurate record of my testimony (with the

6   exception of the following corrections):

7   Page    Line              Correction

8   _____

9   _____

10  _____

11  _____

12  _____

13  _____

14  _____

15  _____

16  _____

17  _____

18  _____

19       Signed under the pains and penalties of

20  perjury this_____day of_____, 2008.

21

22

23                    _____

24              GWENDOLYN BROWN

Gwendolyn Brown

68

1  COMMONWEALTH OF MASSACHUSETTS)

2  SUFFOLK, SS.                 )

3

4      I, Daria L. Romano, RPR, CRR and Notary

5  Public in and for the Commonwealth of

6  Massachusetts, do hereby certify that there came

7  before me on the 3rd day of December, 2008, at

8  1:06 p.m., the person hereinbefore named was

9  duly sworn by me and that such deposition is a

10 true record of the testimony given by the

11 witness.

12     I further certify that I am neither related

13 to nor employed by any of the parties or counsel

14 to this action, nor am I financially interested

15 in the outcome of this action.

16     In witness whereof, I have hereunto set my

17 hand and seal this 8th day of December, 2008.

18

19

20     _____

21     Notary Public

22     My Commission Expires

23     March 15, 2013

24     COPY

BLANK TAB

Gwendolyn Brown

Page 1

1                                  Volume:  I

2                                  Pages:  1-68

3                                  Exhibits:  1-13

4            UNITED STATES DISTRICT COURT

5    DISTRICT OF MASSACHUSETTS

6    Civil Action No. 07-11693-JLT

7    - - - - - - - - - - - - - - - - - - - -x

8    PEDRO LOPEZ, et al.,

9                      Plaintiff,

10       v.

11   CITY OF LAWRENCE, MASSACHUSETTS, et al.,

12                     Defendants.

13   - - - - - - - - - - - - - - - - - - - -x

14

15          Deposition of Gwendolyn Brown

16              December 3, 2008

17             1:06 p.m. - 2:51 p.m.

18          Morgan, Brown & Joy, LLP

19               200 State Street

20              Boston, Massachusetts

21

22       Reporter:  Daria L. Romano, RPR/CRR

23

24

Gwendolyn Brown

Page 2

1  A P P E A R A N C E S :
2
3  WILMER CUTLER PICKERING HALE AND DORR, LLP
4  (by Jeffrey Gleason, Esq.)
5  60 State Street
6  Boston, Massachusetts 02109
7  (617) 526-6000
8  jeffrey.gleason@wilmerhale.com
9  for Plaintiff Gwendolyn Brown.
10
11  MORGAN, BROWN & JOY, LLP
12  (by Robert P. Morris, Esq.)
13  200 State Street
14  Boston, Massachusetts 02109
15  (617) 523-6666
16  rmorris@morganbrown.com
17  for Defendant City of Boston.
18
19  (Continued.)
20
21
22
23
24

Page 3

1  APPEARANCES, Continued.
2
3  THE COMMONWEALTH OF MASSACHUSETTS
4  OFFICE OF THE ATTORNEY GENERAL
5  (by Iraida J. Alvarez, Esq.)
6  One Ashburton Place
7  Boston, Massachusetts 02108
8  (617) 727-2200
9  iraida.alvarez@ago.state.ma.us
10  for Defendant Paul Dietl, in his
11  capacity as personnel administrator
12  for the Commonwealth of Massachusetts,
13  Human Resources Division.
14
15
16
17
18
19
20
21
22
23
24

Page 4

1                I N D E X
2  Deposition of:          Page
3  GWENDOLYN BROWN
4  By Mr. Morris            6
5  By Ms. Alvarez          51
6
7             E X H I B I T S
8  No.                      Page
9   1   Handwritten notes              29
10  2   Getting Organized              31
11  3   Symptoms of Anxiety            32
12  4   Study Skills Checklist         32
13  5   General Test-Taking Tips       33
14  6   Learning Styles Inventory      33
15  7   Civil Service Exam Reincarnation  34
16  8   Documents                      35
17  9   Documents                      36
18  10  Handwritten documents          37
19  11  Cassette tape covers           39
20  12  Charge of discrimination       43
21  13  Fifth Amended Complaint:  Injunctive
22      and Declaratory Relief Requested  48
23
24  *Original exhibits retained by Mr. Morris

Page 5

1             P R O C E E D I N G S
2
3        MR. MORRIS:  Jeff, I'm assuming we
4  can agree that we will apply the same
5  stipulations that we have used in the other two
6  depositions thus far.  Is that acceptable?
7        MR. GLEASON:  Yes, that's
8  acceptable.
9        MR. MORRIS:  Okay.  Great.
10
11       Stipulation
12    It is stipulated by and between counsel for
13  the respective parties that the deposition is to
14  be read and signed by the deponent within 30
15  days of receipt under the pains and penalties of
16  perjury; and that the sealing and filing and
17  notarization thereof are waived; and that all
18  objections, except as to form, and motions to
19  strike, are reserved to the time of trial.
20
21             GWENDOLYN BROWN
22
23  a witness called for examination by counsel for
24  the Defendant, being first duly sworn, was

2 (Pages 2 to 5)

Gwendolyn Brown

Page 6

1  examined and testified as follows:
2
3        DIRECT EXAMINATION
4  BY MR. MORRIS:
5      Q.   Ms. Brown, could you state your full
6  name for the record?
7      A.   Gwendolyn Brown.
8      Q.   Okay.  And what is your residential
9  address?
10     A.   1896 River Street in Hyde Park,
11  Massachusetts.
12     Q.   Have you ever been deposed before?
13     A.   Yes.
14     Q.   On how many occasions?
15     A.   I remember at least once.
16     Q.   So this is probably all fairly
17  familiar to you.
18     A.   Yes.
19     Q.   But I would just ask that you allow me
20  to complete my question before you begin your
21  answer.  And on the flip side, that I will
22  likewise try and allow you to complete your
23  answer before asking another question.  That
24  just makes the reporter's life that much easier.

Page 7

1      And hopefully we won't be here that
2  long, but nonetheless, if you need to take a
3  break for any reason, that's fine.  I would ask
4  you not do so while a question is pending, but
5  obviously, otherwise, if you need to take a
6  break for any reason, that is certainly fine.
7      A.   Okay.
8      Q.   Do you have any medical condition that
9  might affect your ability to understand
10  questions and answer them truthfully?
11     A.   No, I don't.
12     Q.   Okay.  And have you taken any
13  medication that might affect your ability to
14  understand questions and answer them truthfully?
15     A.   No, I haven't.
16     Q.   Okay.  Besides the lawsuit that brings
17  us here today, have you filed any other
18  lawsuits?
19     A.   Have I filed any other lawsuits?
20     Q.   Yes.
21     A.   No.
22     Q.   Could you describe for me your
23  educational background beginning with high
24  school?

Page 8

1      A.   Yes.  I graduated from Jeremiah Burke
2  High School in 1978.  I believe six months after
3  my graduation I went into Boston Business
4  School.  My major was business administration.
5      At some point I did take a break, and
6  I continued my education some years after that,
7  I can't remember exactly when.
8      I know I went to Fisher Junior College
9  at some point too.  Again, my major was business
10  administration.
11     I did finally complete my bachelor's
12  degree at Western New England College in
13  criminal justice.
14     I have a certificate for paralegal.
15  I'm a Massachusetts licensed real estate broker
16  as well.
17     Q.   When did you earn your degree from
18  Western New England?
19     A.   2002.
20     Q.   Okay.  And since earning your
21  undergraduate degree, have you taken any other
22  graduate courses or any further academic course
23  work?
24     A.   No, I haven't.

Page 9

1      Q.   At some point did you attend the
2  Boston Police Academy?
3      A.   Yes, I did.
4      Q.   Do you recall when you started the
5  police academy?
6      A.   Yes.
7      Q.   When was that?
8      A.   November 27, 1989.
9      Q.   And if you could just describe for me,
10  you don't have to go into great detail, but if
11  you could just describe for me any jobs that you
12  held between your graduation from high school in
13  1978 and November 1989.
14     A.   Most of the jobs I did have were all
15  business related, file clerk, clerk typist,
16  receptionist.
17     In the last job I had in the business
18  sector before I became a police officer was
19  at -- I was a legal secretary in the law office
20  of the MBTA.
21     Q.   Okay.  How long were you a legal
22  secretary at the MBTA?
23     A.   Well, when I was in the T, I went in
24  entry level as a clerk, and at some point I

3 (Pages 6 to 9)

Gwendolyn Brown

Page 10

1 applied for the legal secretary job. Less than
2 a year, I would think.
3     Q.  Okay.  And did you graduate from the
4 police academy?
5     A.  Yes, I did.
6     Q.  And did you become a Boston police
7 officer?
8     A.  Yes, I did.
9     Q.  Okay.  And when did you — I guess
10 when did you finish the police academy?
11     A.  May 1990.
12     Q.  Okay.  I guess that's quite a few
13 years, but if you could — and have you been
14 continuously employed with the Boston Police
15 since May of 1990?
16     A.  Yes, I have.
17     Q.  Okay.  Could you describe for me the
18 positions that you have held with the Boston
19 Police between 1990 and the present time?
20     A.  Positions?  Can you be a little more
21 clear on that one?
22     Q.  All right.  Have you been a Boston
23 police officer during that period of time?
24     A.  Yes, I have.

Page 11

1     Q.  And have you been assigned to
2 particular districts or departments within the
3 police department?
4     A.  Yes, I have.
5     Q.  Can you just tell me where you've been
6 assigned?
7     A.  Okay.  When I got out of the academy,
8 I was assigned to A-7, which is East Boston.
9         After that assignment, I was assigned
10 to B-3, which is Dorchester, Mattapan.
11         After that assignment, I was assigned
12 to E-18, which is Hyde Park.
13         And after that assignment, I was
14 assigned to C-11 which is Dorchester.
15         After that assignment, I was assigned
16 to A-1 which is Downtown Boston.  From that
17 assignment I was rated detective.
18         But before that, I have to tell you,
19 while I was in A-1, a year after my assignment
20 here, my captain solicited officers that were
21 interested in working in the courts, with the
22 court supervising the police room.  So I spent
23 three years in the police room assisting the
24 supervisor of cases for the superior court

Page 12

1 police room for the Boston police officers.
2     Q.  Okay.
3     A.  I spent four years here in A-1, and
4 then I was rated as a detective in 2004.
5         After my training for that, I was
6 assigned to B-3, which is Dorchester, Mattapan.
7 But within three months there were solicitations
8 throughout the department for detectives that
9 wanted to work in the family justice center
10 sexual assault unit.
11     Q.  Okay.
12     A.  Even though I just had three months as
13 a detective, I did put in for that position, and
14 I believe in March 2005 I was assigned to the
15 sexual assault unit in the Boston Police
16 Department.
17     Q.  Okay.
18     A.  I spent possibly four years in that
19 unit.
20         And in July of this year, of 2008, I
21 was assigned to A-1 again as a detective,
22 investigator.
23     Q.  And that's where you are currently?
24     A.  Yes.

Page 13

1     Q.  Okay.  So you are no longer in the
2 sexual assault unit, you're in District A-1?
3     A.  Yes, I am.
4     Q.  Okay.  In regard to the police room,
5 is that what you call it, at Suffolk Superior
6 Court, when were you assigned there?
7     A.  It had to be between 2001 and 2002.
8     Q.  Okay.  And how did it go about that
9 you became a detective?  What was the process of
10 becoming a detective?
11     A.  There was an exam that was
12 administered by the police department.
13     Q.  Okay.  Was that a written exam?
14     A.  Yes, it was.
15     Q.  And did you take that exam in 2004?
16     A.  1999.
17     Q.  Okay.  And you received your promotion
18 in 2004?
19     A.  That's correct.
20     Q.  You mentioned that you have your real
21 estate broker's license.
22         Have you held either as a real estate
23 broker or in any other capacity any employment
24 outside of working for the Boston Police since

4 (Pages 10 to 13)

Gwendolyn Brown

Page 14

1    you joined the police force?
2        A.   Other than being a real estate agent,
3    broker?
4        Q.   Let me clarify.
5        Have you worked as a real estate
6    broker since becoming employed as a Boston
7    police officer and later as a detective?
8        A.   Yes.
9        Q.   Okay.  For how many years have you
10   been a real estate -- worked as a real estate
11   broker?
12       A.   I believe I received my broker's
13   license in 2004, December of 2004.  I'm still
14   active, my license is still active, and I'm
15   still doing business as a real estate broker.
16       Q.   Okay.  Approximately how many hours a
17   month do you devote to being a real estate
18   broker?
19       A.   It fluctuates.  I can't really
20   literally give you a concrete number.
21       Q.   I assume there are some weeks there
22   are no hours.  Is that fair to say?
23       A.   Correct.
24       Q.   And what would be the high end of

Page 15

1    hours that you can recall having worked as a
2    real estate broker?
3        A.   Again, I couldn't give you a number.
4        Q.   Okay.  Would it be more than 10 hours
5    potentially?
6        A.   Yes.
7        Q.   In order to become a detective, you
8    said you took a written exam.
9        Were there any other components to
10   that process besides the written exam that you
11   recall?
12       A.   Yes, there were.
13       Q.   Can you describe them for me?
14       A.   There was a training education
15   portion, and there was also what they call a
16   commissioner's points portion.
17       Q.   Can you just describe, if you recall,
18   what those were?
19       A.   Well, from the way that was set up,
20   your immediate supervisor was sent to talk about
21   you to a panel of people, command staff, and
22   that was how you got your commissioner points.
23       Q.   Okay.  Ms. Brown, are you a member of
24   any associations?

Page 16

1        A.   Yes, I am.
2        Q.   Would you identify them for me?
3        A.   Yes.  I'm a member of the
4    Massachusetts Association of Minority Law
5    Enforcement Officers.
6        I'm a member of the National
7    Association of Realtors, the Massachusetts
8    Association of Realtors.
9        I've been a member of the
10   Massachusetts Association of Law Enforcement
11   Officers, MAMLEO.
12       I'm also a member of the National
13   Association of Black Law Enforcement Officers.
14       Q.   Okay.  Any others that you recall?
15       A.   I can't recall any right now.
16       Q.   That's fine.
17       And, I'm sorry, what was the first
18   association that you mentioned?
19       A.   Massachusetts Association of Minority
20   Law Enforcement Officers, which is MAMLEO.
21       Q.   Do you hold any office, leadership
22   position in MAMLEO?
23       A.   Yes, I do.
24       Q.   And what is that?

Page 17

1        A.   Secretary.
2        Q.   Okay.  And for how long have you been
3    the secretary to MAMLEO?
4        A.   Approximately two years.
5        Q.   Okay.  And as secretary, is it your
6    responsibility, at least in part, to take notes
7    of meetings?
8        A.   Minutes, yes.
9        Q.   Minutes would be the correct term,
10   yes.  I'm sorry.
11       Would these be meetings such as board
12   meetings?
13       A.   They wouldn't be board meetings
14   because I'm not a member of the board of
15   directors.
16       Q.   Okay.
17       A.   I'm on E board, which has the
18   president, the vice president, treasurer and
19   secretary.
20       Q.   And that's for the past two years or
21   so; is that correct?
22       A.   Approximately two years, yes.
23       Q.   Okay.  All right.  Now, I think I'm
24   safe in assuming that you applied or you took

5 (Pages 14 to 17)

Gwendolyn Brown

Page 18

1  the written exam to be promoted to the position
2  of police sergeant in 2005; is that correct?
3      A.  That's correct.
4      Q.  Was that exam administered some time
5  in October of 2005?
6      A.  I believe it was.
7      Q.  Now, prior to that exam, had you taken
8  any other exams in order to be promoted to
9  police sergeant?
10     A.  Yes, I did.
11     Q.  In what years did you do that?
12     A.  Well, I can only approximate the
13  years.  I think the first exam I took was in, I
14  think it was '94.  I think the second one was in
15  maybe '96, '95, '96, somewhere around there.
16  The third was the 2002 exam.
17     Q.  Okay.  And did you take the most
18  recent exam that was offered in October of 2008?
19     A.  Yes, I did.
20     Q.  Now, in regard to the 2002 exam, as I
21  understand it, there was both a written
22  component and an oral component; is that
23  correct?
24     A.  That's correct.

Page 19

1      Q.  Okay.  And could you describe for me
2  the oral component of that exam?
3      A.  Yes.  The oral component consisted of
4  being in a room about the fourth of this size.
5          There was a video camera there as
6  opposed to being live persons which was supposed
7  to substitute for what you call an oral board.
8          The video came on, asked you specific
9  questions, and you were timed in answering them.
10     Q.  So you had so much time to respond
11  verbally to the questions on the videotape?
12     A.  Yes.
13     Q.  Okay.  Do you recall approximately how
14  many questions there were?
15     A.  I believe there were at least five
16  questions.  I can't remember exactly now.
17     Q.  But there was no one physically
18  present watching you as you gave the answers?
19     A.  No.
20     Q.  In 2002 or at any time thereafter, did
21  you ever hear other officers who had taken part
22  in the oral exam make any complaints about that
23  process?
24     A.  Yes.

Page 20

1      Q.  Can you describe what you recall?
2      A.  Well, there was consensus that the
3  questions that the potential sergeants got were
4  questions that lieutenants should have gotten.
5  They were more administrative questions.
6      Q.  Okay.  Any other complaints that you
7  recall?
8      A.  Yes.  There were some officers that
9  said that the video wasn't -- people weren't
10  able to see the video, maybe because of the tone
11  of the skin, mostly you saw the eyes and the
12  teeth.
13          There were questions about the appeal
14  process as well.
15     Q.  What were the questions about the
16  appeal process?
17     A.  It was questioned how could someone
18  appeal a score and get five to 15 points more
19  than the score they received initially.
20     Q.  So it was understood that some people
21  made an appeal of the oral board process, and
22  their score bumped up somewhere between five and
23  15 points?
24     A.  That's correct.

Page 21

1      Q.  And you heard some people say how
2  could that have happened, or words to that
3  effect?
4      A.  I've had more people tell me that --
5  when one appealed such a test as an oral board,
6  because I've spoken to people about it, it was
7  stated to me that, yeah, you may appeal it, but
8  it should have been arranged like three to six,
9  three to seven points as opposed to five, 10, 15
10  points being added to the score.
11     Q.  Okay.  Do you recall any other
12  complaints about the process, the oral board
13  process?
14     A.  I know where the way we took it, there
15  was a lot of waiting, and I think they gave us
16  pretzels as a snack which was very salty.  I
17  don't remember eating them.  And I know people
18  were quite thirsty at some point.
19     Q.  Anything else you recall?
20     A.  There's probably a lot, but I'd have
21  to sit down and write a book on it maybe.  There
22  were a lot of issues.
23          My main concern when I took it is that
24  they literally told you, you can appeal it, but

6 (Pages 18 to 21)

Gwendolyn Brown

Page 22

1  you have a chance of your score literally going
2  down on an appeal process. So you had to take a
3  chance either to appeal it for your score to go
4  down or appeal it for your score to go up.
5      Q.  So an appeal could go both ways?
6      A.  Yes.
7      Q.  So I take it you didn't appeal?
8      A.  No, I did not appeal it.
9          I believe I got a 27 out of the 40
10  points, I believe. And I believe I got a 31, 32
11  out of the written score. And I made a
12  conscious -- I thought about it, and I wasn't -
13  sure whether or not my appeal would cause me to
14  lose points or gain points.
15      Q.  You didn't feel it was worth the risk.
16  Is that fair to say?
17      A.  Not worth the risk. I didn't want to
18  take the chance for that risk of the points
19  going down.
20      Q.  I realize you didn't file an appeal or
21  make a complaint. If you had, what would you
22  have -- what aspect of the oral board process
23  would you have appealed?
24          MR. GLEASON: Objection.

Page 23

1          You can answer.
2      A.  The questions I was given. I was
3  given questions that I felt were related to
4  someone in a role of a lieutenant, not a
5  sergeant.
6          I studied for sergeant's questions,
7  not lieutenant's questions. I videotaped myself
8  as if I was in the same -- I simulated the same
9  scene I would be in as if I was in the room. I
10  borrowed my brother's video camera. I got
11  questions relating to sergeant's situations, and
12  I prepped myself for sergeant exam questions.
13      Q.  Okay. And you felt the questions were
14  at a higher level?
15      A.  Not at a higher level, a different
16  standard.
17          Lieutenants mostly, from what I see in
18  a police department, they do more administrative
19  work than they do street work.
20          Sergeants do Code 99s, fires,
21  shootings. They go out to calls, mostly on
22  calls like that.
23          In our department, from what I see,
24  most lieutenants are administrative.

Page 24

1      Q.  Okay. So you felt the questions were
2  geared more toward an administrative lieutenant
3  position rather than to the kind of work a
4  sergeant did. Is that fair to say?
5      A.  Yes.
6      Q.  Okay. And if you had appealed, is
7  there any other aspect of the oral board that
8  you would have appealed?
9          MR. GLEASON: Objection.
10          You can answer.
11      A.  Well, I don't know if I would have.
12      Q.  I understand that you didn't. Okay.
13  That's fine.
14          Now, I take it from the documents I
15  have received from your counsel that you
16  prepared for the 2005 exam?
17      A.  Yes, I did.
18      Q.  Okay.
19          MR. MORRIS: Off the record.
20          (Discussion off the record)
21  BY MR. MORRIS:
22      Q.  Before we get to the specific
23  documents, could you describe for me how you
24  went about preparing for the 2005 exam, which

Page 25

1  was just a written exam, as I understand it?
2      A.  Yes, it was.
3      Q.  How did you go about that?
4      A.  I bought the test that we were
5  required to buy.
6          I participated in the seminars that
7  the police department had offered us through
8  Scheft. I believe that was the name.
9          I went to at least one other seminar
10  regarding rules and regulations. And I
11  committed my time to studying.
12          And something also that I did that
13  I've done in the last couple of exams, I tend to
14  take the two weeks prior to the exam as my
15  vacation period, and I stay home, and I
16  basically go over all the material that I
17  studied.
18      Q.  Okay. Was there a particular regimen
19  or schedule that you tried to follow in
20  preparing for the exam?
21      A.  Yes. I tried to put two to five hours
22  a day in studying, depending on what my schedule
23  was.
24      Q.  And when would you have started

7 (Pages 22 to 25)

Gwendolyn Brown

Page 26

1  preparing for the exam?
2      A.  I don't think I ever stopped preparing
3  for the exam, to be quite frank with you.  I
4  tend to always have exam materials either at
5  home, in my motor vehicle, or at my desk at
6  work.
7      Q.  Okay.  There had been a written
8  component to the 2002 exam process; is that
9  correct?
10     A.  That's correct, yes.
11     Q.  Okay.  Only if you recall because we
12  can get this information, but do you recall
13  whether the reading materials were -- the
14  reading list was the same on the 2002 or 2005
15  exam?
16     A.  There was a slight variation.  I think
17  there was a book in the 2002 that was not in the
18  2005 exam.  And I think the book was called
19  Broken Windows.
20     Q.  That was something you used for 2002
21  but not for 2005; is that correct?
22     A.  That's correct, yes.
23     Q.  But otherwise, the reading lists
24  were --

Page 27

1      A.  Well, the reading list itself is --
2  some of it, from what I understand, is mandated
3  by HRD, that the whole Commonwealth has to read.
4  There's certain books that no matter what
5  municipality you're in, those books you have to
6  read.  And I believe municipalities are privy to
7  put other books in.
8      Q.  I'm just trying to understand your
9  understanding is that except for this book
10  Broken Windows, the 2002 reading lists and the
11  2005 reading lists were essentially the same.
12  Is that your understanding?
13     A.  Close to it.  They were very close to
14  being the same, yes.
15     Q.  Okay.  Am I understanding your
16  testimony correctly that even though the 2002
17  exam had been administered in the fall of 2002,
18  you essentially -- you didn't put it away and
19  wait until some time in 2005, you essentially
20  kept reviewing the material.  Is that your
21  testimony?
22     A.  Well, I tend to review material not
23  only by books, but I talk to people about
24  certain case laws and certain outcomes.  I like

Page 28

1  case law.  They interest me.  So I like
2  something that interests me that I seem to try
3  to keep up on.
4      Q.  Okay.  But I'm just trying to
5  understand.  The actual books on the reading
6  list, did you actually continue to look at those
7  books between taking the exam some time in the
8  fall of 2002 and 2005, or was there a period
9  where you put them away and didn't look at them?
10     A.  Well, the books I always pack away.
11  That's just something that I do.  But I tend to
12  have written materials either in my vehicle
13  because I have my own written notes that I
14  write, as well I have four-by-six binders that I
15  write my notes in also.
16     Q.  Okay.
17     A.  Those are things that I can carry with
18  me, put it in the glove, put it in a desk.  And
19  sometimes when I did have down time, I would
20  pick it up and just read it.
21     Q.  Okay.  Okay.  For the 2005 exam, did
22  you take part in any kind of study group with
23  other officers?
24     A.  Yes, I did.

Page 29

1      Q.  Was this one group or more than one
2  group?
3      A.  It was one group.
4      Q.  Okay.  And how many officers were in
5  that group?
6      A.  Between six and eight.
7      Q.  Okay.  And how often would you meet?
8      A.  I believe it was weekly, once weekly,
9  I believe.
10     Q.  And when did that process start?
11     A.  I can't really give you an exact date.
12     Q.  That's fine.  That's fine.
13         I'd like to go through these
14  documents, hopefully as quickly as possible, but
15  ask you to identify them.
16         MR. MORRIS:  We'll start with
17  marking this as Exhibit 1, which is a group of
18  documents GB 1 to GB 4.
19         (Exhibit 1 marked
20         for identification)
21  BY MR. MORRIS:
22     Q.  Do you recognize the document that's
23  been marked as Exhibit 1?
24     A.  Yes, I do.

8 (Pages 26 to 29)

Gwendolyn Brown

Page 30

1    Q.  Is this your handwriting?
2    A.  Yes, it is.
3    Q.  Can you tell me why you prepared this
4    document?
5    A.  I think I prepared this one because I
6    was actually at a seminar. We had an instructor
7    giving us test-taking cues, pointers.
8    Q.  Okay. So these would be notes of
9    essentially a lecture that you attended. Is
10   that fair to say?
11   A.  That's correct, yes.
12   Q.  Do you recall which seminar this would
13   have been a part of?
14   A.  I don't know how I forgot it. MAMLEO
15   prepared it. They offered it to the members of
16   our association and other members, any other
17   person outside the association, but they did
18   have to pay a fee, but it was open to all the
19   Boston police officers, yeah.
20   Q.  So this would have been part -- you
21   would have taken these notes as part of a
22   preparation course, if you will, that MAMLEO
23   offered. Is that fair to say?
24   A.  That's correct.

Page 31

1    Q.  Okay. Maybe we should just nail down
2    the courses that you took in preparation for the
3    2005 exam.
4    A.  Okay. I took the seminars that the
5    Boston Police Department offered through Scheft,
6    this prep seminar at my association, MAMLEO.
7    Q.  Okay.
8    A.  I'm sorry, I thought I was mixing up
9    the exams.
10   Q.  I understand.
11   A.  Also I remember taking a seminar
12   specifically on Boston Police rules and
13   regulations.
14       I was in the study group outside with
15   other police officers.
16   Q.  I'm just trying to focus on courses
17   that somebody else is offering.
18   A.  Okay. I think that's about it.
19   Q.  Okay. That's fine.
20       MR. MORRIS: Another group of
21   documents which is GB 5 to 10 is going to be
22   marked as Exhibit 2.
23       (Exhibit 2 marked
24       for identification)

Page 32

1    BY MR. MORRIS:
2    Q.  Okay. Is this your handwriting on
3    Exhibit 2?
4    A.  Yes, it is.
5    Q.  And can you tell me how it is you
6    prepared this document?
7    A.  That was also offered during the prep
8    seminar at our association at MAMLEO.
9    Q.  Okay. All right. Very good.
10       MR. MORRIS: Mark as Exhibit 3
11   another set of documents GB 11 to 14.
12       (Exhibit 3 marked
13       for identification)
14   Q.  Now, this document that's been marked
15   as Exhibit 3, is this also something you
16   prepared as part of the course, if you will,
17   that MAMLEO offered?
18   A.  That's correct, yes.
19   Q.  Let's go to Exhibit 4, which is 15 to
20   18.
21       (Exhibit 4 marked
22       for identification)
23   Q.  Do you recall how it is you came to
24   receive this document which has been marked as

Page 33

1    Exhibit 4?
2    A.  Yes, I do.
3    Q.  Was this part of the MAMLEO process or
4    some other process?
5    A.  It was part of the MAMLEO process,
6    yes.
7    Q.  Moving right along. I show you what
8    will be Exhibit 5, which is 19 to 21.
9       (Exhibit 5 marked
10       for identification)
11   BY MR. MORRIS:
12   Q.  This document that's been marked as
13   Exhibit 5, is this also something that was -- is
14   this your handwriting?
15   A.  Yes, it is.
16   Q.  Is this something that -- are these
17   notes you made and so on as part of the MAMLEO
18   course work?
19   A.  That's correct, yes.
20   Q.  Okay.
21       MR. MORRIS: Mark this as
22   Exhibit 6, which is 22 to 27.
23       (Exhibit 6 marked
24       for identification)

9 (Pages 30 to 33)

Gwendolyn Brown

Page 34

1  BY MR. MORRIS:
2      Q.  So this document that's been marked as
3  Exhibit 6, which is titled Learning Styles
4  Inventory, was this also something you received
5  through the course at MAMLEO?
6      A.  Yes, it is.
7      Q.  Okay.
8          (Exhibit 7 marked
9          for identification)
10     Q.  Go to Exhibit 7, which is 28 to 53.
11         (Pause)
12     Q.  This document which has been marked as
13  Exhibit 7, did you receive this as part of
14  taking the course offered by John Scheft?
15     A.  I don't remember.
16     Q.  Do you recall how you came to receive
17  this?
18     A.  No, I can't exactly remember that.
19     Q.  Okay.  Okay.  But this is a test that
20  you administered to yourself.  Is that fair to
21  say?
22     A.  Can you give the question again?  I
23  didn't understand it.
24     Q.  I'm sorry.

Page 35

1          Did you essentially take this test?
2  This is called a Civil Service Exam
3  Reincarnation.  Did you sit down and take this
4  test within the time that would be allotted to
5  take the sergeant's promotional exam?
6      A.  I don't remember.  I don't remember
7  exactly.  I know it's my material.  I'm pretty
8  sure I did look over it, but I don't know if I
9  took it as a marked exam.  Is that what you're
10  trying to say?
11     Q.  Yes.
12     A.  I don't believe that, no.
13     Q.  Okay.  All right.
14         MR. MORRIS:  Why don't we have this
15  marked as Exhibit 8, which is 54 to 72.
16         (Exhibit 8 marked
17         for identification)
18         (Pause)
19  BY MR. MORRIS:
20     Q.  Ms. Brown, can you just tell me how it
21  is you came to receive this document that's been
22  marked as Exhibit 8?
23     A.  That could have been one of my study
24  groups.  I can only go by because I have a date,

Page 36

1  Wednesday, 5/9.  Maybe that's it.  I can't tell
2  you exactly where.  This is quite some time ago.
3      Q.  Okay.  Would you have received it
4  through Law Dimensions, with that note on the
5  first page?
6      A.  I can't answer that question.
7      Q.  Okay.  Would you have used this as
8  part of preparing for the 2005 exam?
9      A.  Yes.
10     Q.  Okay.
11         MR. MORRIS:  Let's mark another set
12  of documents, which is 73 to 85.
13         (Exhibit 9 marked
14         for identification)
15         (Pause)
16  BY MR. MORRIS:
17     Q.  Do you recognize the set of documents
18  that's been marked as Exhibit 9?
19     A.  Yes, I do.
20     Q.  At these part of it appears to relate
21  to a rules and regulations seminar that was
22  offered on October 19, 2005.  Does that seem
23  correct to you?  I was just looking at the first
24  page.

Page 37

1      A.  Okay.  Yes, yes.
2      Q.  All right.  And you did attend that
3  seminar?
4      A.  Yes, I did.
5      Q.  Okay.
6          MR. MORRIS:  There are two more
7  sets, you'll all be happy to hear that.  This
8  one is 86 to 106.
9          (Exhibit 10 marked
10         for identification)
11         (Pause)
12  BY MR. MORRIS:
13     Q.  Do you recognize the set of documents
14  that's been marked as Exhibit 9 to your
15  deposition?
16     A.  Yes, I do.
17     Q.  At least part of the pages, not all of
18  the pages, but 86 through, well, let's say at
19  least 98 or 100 or maybe beyond to me appear to
20  be your answers to practice test questions.  Is
21  that fair to say?
22     A.  Yes, that's correct.
23     Q.  And what test would you have been
24  taking that these would have been answers for?

10 (Pages 34 to 37)

Gwendolyn Brown

Page 38

1    A.  These are what I did on my own.  This
2  is how I study for the exam.
3        We have study tests that go with the
4  books.  Sometimes in the back of the study books
5  there are questions.  Therefore, I test myself.
6    Q.  I understand.
7        And from which course would you have
8  received study books?  Do you recall?
9    A.  Well, this would be Ianonne right
10  here.
11    Q.  What does Ianonne refer to?
12    A.  Supervision of Police Personnel.  He's
13  the author of Supervision of Police Personnel.
14    Q.  I see.
15        And there would be questions in the
16  back of the book?
17    A.  Not the textbook but the study book,
18  or I could have bought a study manual for one of
19  the Scheft or Rogers with questions in it
20  relating to the book, and I tend to test myself,
21  sort of like a mock exam.
22    Q.  Okay.  Okay.
23        MR. MORRIS:  And the final set of
24  documents in this group is 107 to 119.

Page 39

1        (Exhibit 11 marked
2         for identification)
3        (Pause)
4  BY MR. MORRIS:
5    Q.  Do you recognize the group of
6  documents that's been marked as Exhibit 11?
7    A.  Yes.
8    Q.  These appear to be copies of cassette
9  tapes.  Is that fair to say?
10    A.  Yes.
11    Q.  Are these -- what were these tapes of?
12    A.  Basically they were tapes of my notes.
13  I read the book once.  Second time I
14  read, I highlight.  Third time, I write my
15  highlights down.  And this was another way to
16  reinforce me that I taped my notes onto tape
17  recorders.
18    Q.  Okay.  So these aren't somebody else's
19  lectures, these are your notes of the materials?
20    A.  Yes.
21    Q.  I want to just ask you a few questions
22  about your personal background.
23    A.  Okay.
24    Q.  Where were you born?

Page 40

1    A.  Boston.
2    Q.  Did you grow up in Boston?
3    A.  Yes, I did.
4    Q.  Did you grow up in a particular
5  neighborhood of the city?
6    A.  Well, I grew up in a few
7  neighborhoods.  Dorchester, Allerton Street is
8  kind of where my childhood address was.  I think
9  I left my house -- I grew up in a house on
10  Wilcott Road in Dorchester.
11    Q.  Okay.  Any other neighborhoods you
12  lived in through high school?
13    A.  High school was mostly Wilcott Road.
14    Q.  Okay.  Fair enough.
15    A.  That was a long time ago.
16    Q.  That's fine.  Fair enough.
17        Growing up did you live with your
18  mother and father?
19    A.  I lived with my mother.  I lived with
20  both of my parents.  Up until nine years they
21  were -- they were divorced.
22    Q.  Did you primarily live with one parent
23  thereafter?
24    A.  My mother.

Page 41

1    Q.  And did your mother work?
2    A.  When?
3    Q.  After your parents were divorced, did
4  she work outside the house?
5    A.  At some time she did.
6    Q.  What kind of work did she do?
7    A.  The last job I remember my mom having,
8  she was working in a nursing home, I believe.
9    Q.  Okay.  Do you know what kind of
10  position she held there?
11    A.  No.
12    Q.  Okay.  And your father, do you
13  remember what kind of work he held when you were
14  growing up?
15    A.  Yeah.  I remember when I was younger,
16  he was a painter, I remember that much.  Now he
17  deals with real estate.
18    Q.  Okay.
19    A.  Property management, such as that.
20    Q.  Did either of your parents graduate
21  from college?
22    A.  I know my mother didn't.  I'm not sure
23  about my father.
24    Q.  Okay.  Fair enough.

11 (Pages 38 to 41)

Gwendolyn Brown

Page 42

1    Now, I take it at some point you
2    received a formal notice of the results -- of
3    your results on the 2005 promotional exam; is
4    that correct?
5    A.  Yes.
6    Q.  And essentially you get this
7    information through the mail.  Is that fair to
8    say?
9    A.  Yes.
10   Q.  And would you have received this
11   information several months after taking the
12   exam?
13   A.  Yes.
14   Q.  Does the first quarter of 2006 sound
15   reasonable?
16   A.  I can't remember.
17   Q.  Okay.  But you did receive the
18   results?
19   A.  Yes, I did.
20   Q.  Okay.  And were you able to ascertain
21   at some point where you stood on the list -- the
22   ranking list, if you will, in comparison to
23   other officers who had taken the exam?
24   A.  Yes.

Page 43

1    Q.  Okay.  And would that have been at
2    some point in 2006?
3    A.  I don't know exactly when I saw the
4    ranking list.
5    Q.  Okay.  Do you know if there was a Web
6    site through which you could access that
7    information?
8    A.  There is.
9    Q.  Did you make use of that Web site?
10   A.  I don't know.  I don't know.  I know I
11   have the ranking list, but I don't remember how
12   I got it.
13   Q.  Okay.  But you did get it?
14   A.  At some point, yes.
15   Q.  Okay.  I'd like to show you a document
16   which we'll mark as Exhibit 12 to your
17   deposition.
18          (Exhibit 12 marked
19           for identification)
20   BY MR. MORRIS:
21   Q.  Have you seen this document -- have
22   you previously seen this document which has been
23   marked as Exhibit 12?
24   A.  Yes, I have.

Page 44

1    Q.  Is that your signature at the bottom?
2    A.  Yes, it is.
3    Q.  Okay.  I'd like to direct your
4    attention to a box kind of in the middle of the
5    page on the right-hand side of the form which
6    says date discrimination took place.  And what's
7    typed in there is January 2008.
8          Do you see that?
9    A.  Yes, I do.
10   Q.  Okay.  And my question to you is to
11   your personal knowledge, what act of
12   discrimination did either the City of Boston or
13   the Commonwealth of Massachusetts commit against
14   you in January 2008?
15          MR. GLEASON:  Before you answer.
16          I object to the question to the extent
17   it calls for a legal or expert opinion.
18          You can answer.
19   A.  I can't answer that question right now
20   because I don't know how to answer it.  If you
21   can just rephrase it, that would be great.
22   Q.  I'll try.
23          This is a charge of the Mass.
24   Commission Against Discrimination.  It's a form

Page 45

1    they use.  It says date discrimination took
2    place, January 2008.
3          What I'm trying to understand is what
4    discriminatory act, we can get later to what
5    that act was -- strike that.
6          What discriminatory act did the city
7    or the state take against you in January 2008,
8    to your personal knowledge?
9          MR. GLEASON:  Same objection.
10   A.  I feel like I'm in a box because
11   you're asking me for a specific thing.
12          Do you want me to start from the time
13   I was in the police academy up until this date,
14   or do you want me to start on January 2008?  You
15   got to be more specific.  I can't answer it.
16   Q.  If you can provide any information for
17   January 2008, I'd be happy to hear what you have
18   to say.
19   A.  Well, as of January 2008, I was on an
20   active, which I still am, on an active police
21   sergeant exam.
22          That exam I took, in my opinion, did
23   not measure what it would take to be a Boston
24   Police sergeant.  The questions weren't relevant

12 (Pages 42 to 45)

Gwendolyn Brown

Page 46

1  to the job. I don't know who wrote the test.
2  If I knew that, then maybe I can ask them where
3  they got the questions from.
4      Q.  Okay. This test was administered
5  either October 2005 or the fall of 2005; is that
6  correct?
7      A.  Yes. But from looking here, this
8  thing literally states discrimination took
9  place. Earliest, latest, how far you want me to
10  go forward, how far do you want me to go
11  backwards?
12      Q.  I'm just trying to focus on this one
13  date that was typed in, January 2008, that's all
14  I'm trying to focus on.
15      A.  Okay.
16      Q.  You've said that you were on a list at
17  that point?
18      A.  Yes.
19      Q.  And you still are on that list, as far
20  as you know?
21      A.  I am, yes.
22      Q.  Is there anything else that happened
23  in January of 2008, as far as you know?
24          MR. GLEASON:  Same objection.

Page 47

1      A.  I think I'm going to give the same
2  answer. It relates to promotion exams. It also
3  may relate to assignments that I may have asked
4  for and never got a response on as to whether or
5  not I was eligible or was going to be accepted
6  for the assignment. It could be how supervisors
7  had treated me, a lot of things, but on that
8  exact date, I couldn't give you an answer.
9      Q.  Okay. That's fine. That's fine.
10          As I understand it, the HRD -- that's
11  the Human Resources Division of the
12  Commonwealth?
13      A.  Yes.
14      Q.  They have a process by which
15  exam-takers can appeal particular questions.
16          Are you aware of that process?
17      A.  Yes, I am.
18      Q.  Did you appeal any questions that were
19  part of the 2005 promotional exam?
20      A.  I think it would have been difficult.
21      Q.  But did you actually do that?
22      A.  No.
23      Q.  I'd like to now show you a document
24  which will be Exhibit 13 to your deposition.

Page 48

1          (Exhibit 13 marked
2           for identification)
3           (Pause)
4  BY MR. MORRIS:
5      Q.  Have you ever seen this document
6  before that's been marked as Exhibit 13?
7      A.  Yes, I have.
8      Q.  I'd like to focus your attention on
9  just one aspect of it on page eight, paragraph
10  37, which I'll read into the record. "As a
11  result of utilizing the HRD multiple choice
12  sergeant's promotional examination, minority
13  police officers who have taken the examination
14  both in the municipalities named in this lawsuit
15  and elsewhere have been ranked significantly
16  lower than their nonminority counterparts
17  despite their being otherwise equally as
18  qualified for a sergeant's promotional
19  position."
20          Do you see that allegation?
21      A.  Yes, I do.
22      Q.  Okay. I'd just like to focus your
23  attention on -- strike that.
24          Are you aware that at least some

Page 49

1  number of white police officers have been
2  promoted to police sergeant following the 2005
3  promotional exam?
4      A.  Yes.
5      Q.  Okay. I'd like to focus your
6  attention just on one aspect of this allegation,
7  where it says that minority police officers are
8  otherwise equally as qualified for a sergeant's
9  promotional position.
10          Do you have any knowledge as you sit
11  here today about the qualifications of any white
12  police officers who have been promoted to police
13  sergeant following the 2005 exam?
14      A.  No.
15      Q.  Okay. Do you recall what your ranking
16  was on the 2005 exam?
17      A.  No.
18      Q.  Does something in the 160s sound
19  accurate to you?
20      A.  No, sir.
21      Q.  You just can't recall as you sit here
22  today?
23      A.  No, I cannot recall.
24      Q.  Okay. When you saw your ranking,

13 (Pages 46 to 49)

Gwendolyn Brown

Page 50

1  whatever that exact rank was, and we can
2  ascertain that, did you believe that you had a
3  reasonable likelihood of being promoted to the
4  sergeant position?
5    A.  Yes.
6    Q.  And why was that?
7    A.  As long as the exam is active, I
8  have -- as long as this the list itself is
9  active, I have a likelihood of being made off
10 that list.
11   Q.  Because you had a passing score?
12   A.  That's correct.
13   Q.  Okay.
14       MR. MORRIS:  I don't have anything
15 further.  My colleague here does, but if you
16 want to take a short break or do you want to
17 keep going?
18       THE WITNESS:  We can keep going.
19       MR. GLEASON:  Actually, do you mind
20 if we take a break?
21       MR. MORRIS:  Sure.
22       THE WITNESS:  Oh, sure.
23       (Recess taken)
24

Page 51

1            CROSS-EXAMINATION
2  BY MS. ALVAREZ:
3    Q.  My name is Iraida Alvarez, and I
4  represent the Commonwealth, Human Resources
5  Division, and I'm going to be asking you a
6  couple of follow-up questions.
7        What made you decide to become a
8  police officer?
9    A.  It took a bit of convincing.  I
10 literally at one point was a civilian clerk for
11 the Boston Police Department.  All those
12 officers -- at that time the exam was -- at
13 least signing up for the exam was in the
14 process.  And so they said, Are you taking the
15 exam?
16       I said, No, no, I'm going to school to
17 become an administrative assistant.  I think I
18 was in Fisher Junior College at the time.
19       Until one gentleman said, You know
20 what, just take the test if they offer it to
21 you.  And then if you don't want it, you can say
22 no, and if at that time you decide you want it,
23 say yes.  And he says, You know, don't be in the
24 position where someone can say no to you, you

Page 52

1  get to say no to them.
2        Which made a lot of sense to me, so I
3  took the test.  I did very well on the
4  entry-level exam.  I scored a 91.  And so I kept
5  that door open.
6    Q.  And when did you take that entry-level
7  exam?
8    A.  1987, I believe.
9    Q.  And when did you become a Boston
10 police officer?
11   A.  January 27, 1989.
12   Q.  And that was right after you said you
13 were a civil clerk for the Boston Police
14 Department?
15   A.  At some point I did go to another job.
16   Q.  And what was that other job?
17   A.  The last job I held before I came on
18 the police department was Massachusetts Bay
19 Transportation Authority, MBTA.
20   Q.  And you had testified earlier that at
21 some point you attended the Boston Police
22 Academy and graduated from the academy.
23       How is the performance in the academy
24 rated, or is it graded?

Page 53

1    A.  Is it graded?  I think you need a
2  70 percentile, I believe.
3    Q.  Do they administer tests occasionally?
4    A.  We had weekly exams every Monday
5  morning.
6    Q.  And they were written tests?
7    A.  Yes.
8    Q.  And do you recall how you did on those
9  tests?
10   A.  Not specifically.  I graduated from
11 the academy.
12   Q.  Were you ever disciplined while you
13 were enrolled in the academy?
14   A.  I believe once, yes.
15   Q.  For what?
16   A.  Oral reprimand, I believe.
17   Q.  I'm sorry?
18   A.  Oral reprimand.
19   Q.  What was the oral reprimand for?
20   A.  I failed to take my paper off the
21 table quick enough.
22   Q.  Were you reprimanded or disciplined
23 for any other reason when you were at the
24 academy?

14 (Pages 50 to 53)

JONES REPORTING COMPANY
617-451-8900

Gwendolyn Brown

Page 54

1    A. Not to my recollection.
2    Q. You testified earlier that you had
3  taken -- prior to the 2002 sergeant promotional
4  exam, you had taken, I believe it was the 1996
5  exam?
6    A. It could have been '94, '96, somewhere
7  around there.
8    Q. So basically, if I understand
9  correctly, prior to the 2002 exam, you had taken
10  the sergeant's promotional exam twice?
11    A. That's correct.
12    Q. Do you recall how you did on those
13  tests?
14    A. Yes, I do.
15    Q. How did you do?
16    A. I got the same exact score both times.
17    Q. What was the score?
18    A. 76.
19    Q. And what did you do to prepare for
20  those exams?
21    A. I got the study material that I was
22  required to get. I sat down, and I read the
23  material.
24    Q. Did you participate in any study

Page 55

1  groups?
2    A. I don't remember.
3    Q. Did you participate in any seminars?
4    A. I don't remember.
5    Q. Do you recall how much time you
6  devoted each week to prepare for those exams?
7    A. I tried -- each week of the seven days
8  how much time? I couldn't give you an exact
9  number.
10    Q. Would you say that you prepared as
11  intensively for each of those exams?
12    A. I learned how to prepare differently
13  for each exam.
14    Q. Okay. And how did you prepare
15  differently for, let's say, the 1998 exam than
16  the prior exam you had taken?
17    A. Well, I realized after the two exams I
18  took and I got the same exact score that I
19  studied the same exact way. So it became quite
20  apparent to me that I needed to find a different
21  way of studying. So I did that.
22    Q. Okay. So for the 2002 exam, you
23  studied in a different way?
24    A. Yes, I did.

Page 56

1    Q. And how did you study for the 2002
2  exam?
3    A. I researched. I talked to people that
4  passed the exam. I asked them what they did. I
5  believe I even got a book on how to take a
6  sergeant's promotional exam. It gave you tips.
7  It stated such as you had to learn the
8  exam-maker who invoked the exam. So I basically
9  did a lot of research even before sitting down
10  and studying for the exam.
11    And I learned how to study for the
12  exam, and I learned how to -- I think I finally
13  realized that taking a test in college was not
14  the same as taking a test for police promotional
15  exam. Those exams did not look the same. You
16  did not take a test as you would if you took an
17  exam in school.
18    The book gave a lot of cues and tips
19  in how to take promotional exams for sergeant on
20  a municipality.
21    That was the highest score I ever
22  scored, as a matter of fact, on the 2002 exam.
23  I got close to an 85 percentile on that exam.
24    Q. On the written portion of the exam?

Page 57

1    A. That's correct.
2    Q. You also testified that you took,
3  obviously, we're here, the 2005 exam.
4    Did you prepare as intensively for the
5  2005 exam as you did for the 2002 exam?
6    A. Yes, I did.
7    Q. And you prepared in the same manner?
8    A. No, I didn't.
9    Q. How did it differ?
10    A. Well, there was no oral board in the
11  2005 exam, so I didn't prepare for an oral
12  board.
13    Q. For the written portion of the exam,
14  how did the preparation differ from the way you
15  prepared for the 2002 exam?
16    A. Well, I took what I learned on how to
17  take the 2002 exam, I brought it into the 2005
18  exam, and I kind of kept the same way of
19  studying because it worked in 2002.
20    Q. And when you say you did the same
21  thing, you mean you read the materials that had
22  been listed. Did you do anything in addition to
23  that?
24    A. Yes. Of course I had my own personal

15 (Pages 54 to 57)

Gwendolyn Brown

Page 58

1  notes.
2       Some of the books from the 2002 exam
3  and 2005 were the same, so I was able to listen
4  to some of the audio cassettes that I also had
5  from the 2002 exam.
6       Some of the notes -- I believe Ianonne
7  on the 2002 and 2005, at least personnel, it was
8  the same exact book, I don't believe they
9  changed the -- they change it over, they change
10  whatever -- I can't remember the word for it.
11  But I believe it was either -- whatever notes I
12  had from the 2002 exam for specifically
13  supervision of police personnel, and the reason
14  why I say that book a lot because that book
15  tends to be on the exam all the time that I can
16  remember, so that's almost a gimme, that
17  particular book.
18       And if you're going to prepare for the
19  test, any test, and if you're going to study
20  before the list comes out, that's the book you
21  should look at because most likely it's going to
22  be on the exam anyways, and rules and
23  regulations, I believe, are the two major study
24  points that I would take upon myself to start

Page 59

1  studying even before the list announcement came
2  out.
3       Q.  Okay.  And you also testified that you
4  took the most recent 2008 exam?
5       A.  Yes.
6       Q.  How did you prepare differently for
7  the 2008 exam?
8       A.  I prepared a lot better than I did the
9  2002 exam.
10       I had an empty room in my house.  I
11  put a secretary's desk in there.  I brought all
12  my study material in there, lighting, whatever.
13       I got more information.  Reading is
14  boring when you're listening to dead air, and I
15  got a great point from a lieutenant in the
16  Connecticut police -- Bridgeport, Connecticut
17  Police Department from a seminar I went to.
18       And he said the clue to be able to
19  retain what you read is to have some type of
20  like a Bach CD and listen to it, nice soft music
21  because it takes away that dead air.  So we tend
22  to read the material and concentrate more on the
23  material than the dead air that you're hearing
24  behind you.

Page 60

1       So it made me more focused on my
2  reading than any other exam I had ever taken.
3       Q.  How about courses you attended?
4       A.  February of 2008, the person probably
5  had been out there for a couple of years, but it
6  was Hanrahan.
7       And they said he was new, and I
8  figured since I've taken Scheft's courses, I've
9  taken Roger's courses, and now I can sit down
10  and say what they're going to say before they
11  say it, so I said let me take somebody else that
12  has a different perspective on giving seminars.
13       He gave a mock exam in February of
14  2008.  I believe we took that in Brookline at
15  some community center.  I hadn't looked at the
16  books literally in almost two years, two plus
17  years.  I think I ended up with a 65 percentile
18  on that mock exam.  It wasn't timed, but you
19  took it and finished it and walked out.
20       And from that point on I started
21  studying for the 2008 exam.
22       Q.  And did you spend as much time a week
23  studying for the 2008 exam as you did for the
24  2005 exam?

Page 61

1       A.  I spent more time.
2       Q.  You testified earlier that you had
3  some concerns or questions about the questions
4  on the 2005 exam but that you decided not to
5  take an appeal; is that correct?
6       A.  Yes.
7       Q.  Did you speak to anyone about those
8  concerns?
9       A.  I spoke to a lot of officers that took
10  that exam.
11       Q.  What did you talk to those officers
12  about with regard to the exam?
13       A.  The questions, how they were written.
14       Q.  And this was some time after the exam
15  in 2005, 2006?
16       A.  It's probably more immediate after the
17  exam.  Everybody talks about the exam after the
18  test.
19       Q.  Did you raise this at any of the
20  MAMLEO meetings?
21       A.  I don't remember.
22       Q.  Do you recall ever discussing the exam
23  at any of the MAMLEO meetings?
24       A.  No, I don't remember.  I don't recall.

16 (Pages 58 to 61)

Gwendolyn Brown

Page 62

1    Q.  Do you recall when you first learned
2  of the exam results?
3    A.  What specific?
4    Q.  Do you recall when you received the
5  exam results, the 2005 exam results?
6    A.  I know when I received it.  It came in
7  the mail.
8    Q.  But you don't remember when?
9    A.  It was before Christmas, I remember
10  that much.
11    Q.  You got the exam results the week
12  before Christmas?
13    A.  It was before Christmas.  I don't know
14  if it was the week before Christmas.
15    Q.  This was the 2005 exam?
16    A.  Yes, I believe so, because we called
17  it a Christmas present, so that's how I kind of
18  remember it.
19    Q.  And when did you learn about your
20  ranking as a result of the exam results based on
21  the 2005 exam?
22    A.  I can't begin to tell you exactly what
23  date it was.
24      I do remember my score.  I remember

Page 63

1  talking to other people about what their scores
2  were.  But the actual ranking, I don't remember
3  that.
4    Q.  Did you consult with anyone about your
5  ranking on the list?
6    A.  I don't remember doing that.
7    Q.  What did you think your chances were
8  being promoted based on that ranking on the
9  list?
10      MR. GLEASON:  Objection.
11    A.  Well, as far as I'm concerned, as long
12  as the list was still active, I always had an
13  opportunity to get promoted.
14    Q.  Did you know how many people got
15  promoted off the prior list?
16    A.  What exam was that one?
17    Q.  The one based on the 2002 exam.
18    A.  No, I don't.
19    Q.  Did you know what your ranking was on
20  after the 2002 list?
21    A.  No.  But I do know the list died when
22  I was number nine on it.  That I remember.
23    Q.  So it expired before?
24    A.  That's correct.

Page 64

1    Q.  Do you recall whether your ranking
2  based on the 2005 exam was higher or lower than
3  the 2002 ranking?
4    A.  Well, it's hard to compare the 2002
5  and the 2005 in my opinion because of the two
6  different test styles, the two different ways.
7      In 2002, there was no oral board, with
8  my 84.85, I would have been a sergeant.  It
9  knocked me down significantly, so therefore,
10  it's difficult.
11      You're saying apples and oranges in my
12  opinion because of the way the tests were given
13  because one was purely written and the other one
14  wasn't.
15    Q.  Did you discuss your — I'm sorry.
16  Strike that.
17      Why did you decide to become a
18  plaintiff in this lawsuit?
19    A.  Because it's quite apparent that there
20  are some disparate treatment as far as
21  promotions, as far as the exam, the way it's
22  written.
23      And taking the exam -- I mean, usually
24  I will say, okay, I'll take the next exam and

Page 65

1  get a higher score.  But unfortunately, that
2  2002 exam told me a lot because I got a higher
3  score, but another element was put in to bring
4  my score down.  So therefore, as far as I'm
5  concerned, at any time I take a promotional
6  exam, something could be put in to bring my
7  score down.
8      It happened in the detective's exam,
9  it happened in the 2002 sergeant's exam, and I
10  guess I got tired of the pattern.
11    Q.  What do you mean by another aspect was
12  put in?
13    A.  The oral board.
14    Q.  And other than that, were there any
15  other factors that went into your decision to
16  join this lawsuit?
17    A.  Well, those are the factors.  The
18  factors is the disparate treatment, and they're
19  clearly in my case, and if they're in my case, I
20  would say because there are other people part of
21  this suit, it happened to other people too.
22      MS. ALVAREZ:  I don't have any
23  further questions.
24      MR. GLEASON:  I have nothing for

17 (Pages 62 to 65)

Gwendolyn Brown

Page 66

1    the witness.
2            (Whereupon the deposition was
3    concluded at 2:51 p.m.)
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24.

Page 68

1    COMMONWEALTH OF MASSACHUSETTS)
2    SUFFOLK, SS.                    )
3
4        I, Daria L. Romano, RPR, CRR and Notary
5    Public in and for the Commonwealth of
6    Massachusetts, do hereby certify that there came
7    before me on the 3rd day of December, 2008, at
8    1:06 p.m., the person hereinbefore named was
9    duly sworn by me and that such deposition is a
10   true record of the testimony given by the
11   witness.
12       I further certify that I am neither related
13   to nor employed by any of the parties or counsel
14   to this action, nor am I financially interested
15   in the outcome of this action.
16       In witness whereof, I have hereunto set my
17   hand and seal this 8th day of December, 2008.
18
19
20
21   _____
     Notary Public
22   My Commission Expires
23   March 15, 2013
24

Page 67

1            C E R T I F I C A T E
2        I, GWENDOLYN BROWN, do hereby certify that
3    I have read the foregoing transcript of my
4    testimony, and further certify that it is a true
5    and accurate record of my testimony (with the
6    exception of the following corrections):
7    Page    Line         Correction
8    _____
9    _____
10   _____
11   _____
12   _____
13   _____
14   _____
15   _____
16   _____
17   _____
18   _____
19       Signed under the pains and penalties of
20   perjury this_____day of_____, 2008.
21
22
23       _____
24           GWENDOLYN BROWN

18 (Pages 66 to 68)

Gwendolyn Brown

**A**

ability 7:9,13
able 20:10 42:20
  58:3 59:18
academic 8:22
academy 9:2,5 10:4
  10:10 11:7 45:13
  52:22,22,23 53:11
  53:13,24
acceptable 5:6,8
accepted 47:5
access 43:6
accurate 49:19 67:5
act 44:11 45:4,5,6
action 1:6 68:14,15
active 14:14,14
  45:20,20 50:7,9
  63:12
actual 28:5 63:2
added 21:10
addition 57:22
address 6:9 40:8
administer 53:3
administered 13:12
  18:4 27:17 34:20
  46:4
administration 8:4
  8:10
administrative 20:5
  23:18,24 24:2
  51:17
administrator 3:11
  affect 7:9,13
agent 14:2
ago 36:2 40:15
agree 5:4
air 59:14,21,23
al 1:8,11
allegation 48:20
  49:6
Allerton 40:7
allotted 35:4
allow 6:19,22
Alvarez 3:5 4:5
  51:2,3 65:22
Amended 4:21
announcement 59:1
answer 6:21,23
  7:10,14 23:1
  24:10 36:6 44:15
  44:18,19,20 45:15
  47:2,8
answering 19:9
answers 19:18
  37:20,24
Anxiety 4:11

anyways 58:22
apparent 55:20
  64:19
appeal 20:13,16,18
  20:21 21:7,24
  22:2,3,4,5,7,8,13
  22:20 47:15,18
  61:5
appealed 21:5
  22:23 24:6,8
appear 37:19 39:8
**APPEARANCES**
  3:1
appears 36:20
apples 64:11
applied 10:1 17:24
apply 5:4
approximate 18:12
approximately
  14:16 17:4,22
  19:13
arranged 21:8
ascertain 42:20
  50:2
Ashburton 3:6
asked 19:8 47:3
  56:4
asking 6:23 45:11
  51:5
aspect 22:22 24:7
  48:9 49:6 65:11
assault 12:10,15
  13:2
assigned 11:1,6,8,9
  11:11,14,15 12:6
  12:14,21 13:6
assignment 11:9,11
  11:13,15,17,19
  47:6
assignments 47:3
assistant 51:17
assisting 11:23
association 16:4,7,8
  16:10,13,18,19
  30:16,17 31:6
  32:8
associations 15:24
assume 14:21
assuming 5:3 17:24
attend 9:1 37:2
attended 30:9 52:21
  60:3
attention 44:4 48:8
  48:23 49:6
**ATTORNEY** 3:4
audio 58:4

author 38:13
Authority 52:19
aware 47:16 48:24
A-1 11:16,19 12:3
  12:21 13:2
A-7 11:8

**B**

B 4:7
Bach 59:20
bachelor's 8:11
back 38:4,16
background 7:23
  39:22
backwards 46:11
based 62:20 63:8,17
  64:2
basically 25:16
  39:12 54:8 56:8
Bay 52:18
becoming 13:10
  14:6
beginning 7:23
believe 8:2 12:14
  14:12 18:6 19:15
  22:9,10,10 25:8
  27:6 29:8,9 35:12
  41:8 50:2 52:8
  53:2,14,16 54:4
  56:5 58:6,8,11,23
  60:14 62:16
better 59:8
beyond 37:19
binders 28:14
bit 51:9
Black 16:13
board 17:11,13,14
  17:17 19:7 20:21
  21:5,12 22:22
  24:7 57:10,12
  64:7 65:13
book 21:21 26:17
  26:18 27:9 38:16
  38:17,20 39:13
  56:5,18 58:8,14
  58:14,17,20
books 27:4,5,7,23
  28:5,7,10 38:4,4,8
  58:2 60:16
boring 59:14
born 39:24
borrowed 23:10
Boston 1:20 2:6,14
  2:17 3:7 8:3 9:2
  10:6,14,18,22
  11:8,16 12:1,15

13:24 14:6 30:19
  31:5,12 40:1,2
  44:12 45:23 51:11
  52:9,13,21
bottom 44:1
bought 25:4 38:18
box 44:4 45:10
break 7:3,6 8:5
  50:16,20
Bridgeport 59:16
bring 65:3,6
brings 7:16
Broken 26:19 27:10
broker 8:15 13:23
  14:3,6,11,15,18
  15:2
broker's 13:21
  14:12
Brookline 60:14
brother's 23:10
brought 57:17
  59:11
Brown 1:15,18 2:9
  2:11 4:3 5:21 6:5
  6:7 15:23 35:20
  67:2,24
bumped 20:22
Burke 8:1
business 8:3,4,9
  9:15,17 14:15
buy 25:5
B-3 11:10 12:6

**C**

C 2:1 5:1 67:1,1
call 13:5 15:15 19:7
called 5:23 26:18
  35:2 62:16
calls 23:21,22 44:17
camera 19:5 23:10
capacity 3:11 13:23
captain 11:20
carry 28:17
case 27:24 28:1
  65:19,19
cases 11:24
cassette 4:19 39:8
cassettes 58:4
cause 22:13
CD 59:20
center 12:9 60:15
certain 27:4,24,24
certainly 7:6
certificate 8:14
certify 67:2,4 68:6
  68:12

chance 22:1,3,18
chances 63:7
change 58:9,9
changed 58:9
charge 4:20 44:23
Checklist 4:12
childhood 40:8
choice 48:11
Christmas 62:9,12
  62:13,14,17
city 1:11 2:17 40:5
  44:12 45:6
civil 1:6 4:15 35:2
  52:13
civilian 51:10
clarify 14:4
clear 10:21
clearly 65:19
clerk 9:15,15,24
  51:10 52:13
close 27:13,13
  56:23
clue 59:18
Code 23:20
colleague 50:15
college 8:8,12 41:21
  51:18 56:13
comes 58:20
command 15:21
Commission 44:24
  68:22
commissioner
  15:22
commissioner's
  15:16
commit 44:13
committed 25:11
Commonwealth 3:3
  3:12 27:3 44:13
  47:12 51:4 68:1,5
community 60:15
compare 64:4
comparison 42:22
complaint 4:21
  22:21
complaints 19:22
  20:6 21:12
complete 6:20,22
  8:11
component 18:22
  18:22 19:2,3 26:8
components 15:9
concentrate 59:22
concern 21:23
concerned 63:11
  65:5

Gwendolyn Brown

Page 70

concerns 61:3,8
concluded 66:3
concrete 14:20
condition 7:8
Connecticut 59:16
  59:16
conscious 22:12
consensus 20:2
consisted 19:3
consult 63:4
continue 28:6
continued 2:19 3:1
  8:6
continuously 10:14
convincing 51:9
copies 39:8
correct 13:19 14:23
  17:9,21 18:2,3,23
  18:24 20:24 26:9
  26:10,21,22 30:11
  30:24 32:18 33:19
  36:23 37:22 42:4
  46:6 50:12 54:11
  57:1 61:5 63:24
Correction 67:7
corrections 67:6
correctly 27:16
  54:9
counsel 5:12,23
  24:15 68:13
counterparts 48:16
couple 25:13 51:6
  60:5
course 8:22 30:22
  32:16 33:18 34:5
  34:14 38:7 57:24
courses 8:22 31:2
  31:16 60:3,8,9
court 1:4 11:22,24
  13:6
courts 11:21
covers 4:19
criminal 8:13
CROSS-EXAMI...
  51:1
CRR 68:4
cues 30:7 56:18
currently 12:23
CUTLER 2:3
C-11 11:14

**D**

D 4:1 5:1
Daria 1:22 68:4
date 29:11 35:24
  44:6 45:1,13

46:13 47:8 62:23
day 25:22 67:20
  68:7,17
days 5:15 55:7
dead 59:14,21,23
deals 41:17
December 1:16
  14:13 68:7,17
decide 51:7,22
  64:17
decided 61:4
decision 65:15
Declaratory 4:22
Defendant 2:17
  3:10 5:24
Defendants 1:12
degree 8:12,17,21
department 11:3
  12:8,16 13:12
  23:18,23 25:7
  31:5 51:11 52:14
  52:18 59:17
departments 11:2
depending 25:22
deponent 5:14
deposed 6:12
deposition 1:15 4:2
  5:13 37:15 43:17
  47:24 66:2 68:9
depositions 5:6
describe 7:22 9:9
  9:11 10:17 15:13
  15:17 19:1 20:1
  24:23
desk 26:5 28:18
  59:11
despite 48:17
detail 9:10
detective 11:17
  12:4,13,21 13:9
  13:10 14:7 15:7
detectives 12:8
detective's 65:8
devote 14:17
devoted 55:6
died 63:21
Dietl 3:10
differ 57:9,14
different 23:15
  55:20,23 60:12
  64:6,6
differently 55:12,15
  59:6
difficult 47:20
  64:10
Dimensions 36:4

direct 6:3 44:3
directors 17:15
disciplined 53:12
  53:22
discrimination 4:20
  44:6,12,24 45:1
  46:8
discriminatory
  45:4,6
discuss 64:17
discussing 61:22
Discussion 24:20
disparate 64:20
  65:18
District 1:4,5 13:2
districts 11:2
Division 3:13 47:11
  51:5
divorced 40:21 41:3
document 29:22
  30:4 32:6,14,24
  33:12 34:2,12
  35:21 43:15,21,22
  47:23 48:5
documents 4:16,17
  4:18 24:14,23
  29:14,18 31:21
  32:11 36:12,17
  37:13 38:24 39:6
  doing 11:15 63:6
door 52:5
Dorchester 11:10
  11:14 12:6 40:7
  40:10
DORR 2:3
Downtown 11:16
duly 5:24 68:9

**E**

E 2:1,1 4:1,7 5:1,1
  17:17 67:1,1
earlier 52:20 54:2
  61:2
Earliest 46:9
earn 8:17
earning 8:20
easier 6:24
East 11:8
eating 21:17
education 8:6 15:14
educational 7:23
effect 21:3
eight 29:6 48:9
either 13:22 22:3
  26:4 28:12 41:20
  44:12 46:5 58:11

element 65:3
eligible 47:5
else's 39:18
employed 10:14
  14:6 68:13
employment 13:23
empty 59:10
ended 60:17
Enforcement 16:5
  16:10,13,20
England 8:12,18
enrolled 53:13
entry 9:24
entry-level 52:4,6
equally 48:17 49:8
Esq 2:4,12 3:5
essentially 27:11,18
  27:19 30:9 35:1
  42:6
estate 8:15 13:21,22
  14:2,5,10,10,15
  14:17 15:2 41:17
et 1:8,11
Everybody 61:17
exact 29:11 47:8
  50:1 54:16 55:8
  55:18,19 58:8
exactly 8:7 19:16
  34:18 35:7 36:2
  43:3 62:22
exam 4:15 13:11,13
  13:15 15:8,10
  18:1,4,7,13,16,18
  18:20 19:2,22
  23:12 24:16,24
  25:1,14,20 26:1,3
  26:4,8,15,18
  27:17 28:7,21
  31:3 35:2,5,9 36:8
  38:2,21 42:3,12
  42:23 45:21,22
  47:19 49:3,13,16
  50:7 51:12,13,15
  52:4,7 54:4,5,9,10
  55:13,15,16,22
  56:2,4,6,8,10,12
  56:15,17,22,23,24
  57:3,5,5,11,13,15
  57:17,18 58:2,5
  58:12,15,22 59:4
  59:7,9 60:2,13,18
  60:21,23,24 61:4
  61:10,12,14,17,17
  61:22 62:2,5,5,11
  62:15,20,21 63:16
  63:17 64:2,21,23

64:24 65:2,6,8,9
examination 5:23
  6:3 48:12,13
examined 6:1
exams 18:8 25:13
  31:9 47:2 53:4
  54:20 55:6,11,17
  56:15,19
exam-maker 56:8
exam-takers 47:15
exception 67:6
Exhibit 29:17,19,23
  31:22,23 32:3,10
  32:12,15,19,21
  33:1,8,9,13,22,23
  34:3,8,10,13
  35:15,16,22 36:13
  36:18 37:9,14
  39:1,6 43:16,18
  43:23 47:24 48:1
  48:6
exhibits 1:3 4:24
expert 44:17
expired 63:23
Expires 68:22
extent 44:16
eyes 20:11
E-18 11:12

**F**

F 67:1
fact 56:22
factors 65:15,17,18
failed 53:20
fair 14:22 22:16
  24:4 30:10,23
  34:20 37:21 39:9
  40:14,16 41:24
  42:7
fairly 6:16
fall 27:17 28:8 46:5
familiar 6:17
family 12:9
far 5:6 46:9,10,19
  46:23 63:11 64:20
  64:21 65:4
father 40:18 41:12
  41:23
February 60:4,13
fee 30:18
feel 22:15 45:10
felt 23:3,13 24:1
Fifth 4:21
figured 60:8
file 9:15 22:20
filed 7:17,19

Gwendolyn Brown

filing 5:16
final 38:23
finally 8:11 56:12
financially 68:14
find 55:20
fine 7:3,6 16:16
    24:13 29:12,12
    31:19 40:16 47:9
    47:9
finish 10:10
finished 60:19
fires 23:20
first 5:24 16:17
    18:13 36:5,23
    42:14 62:1
Fisher 8:8 51:18
five 19:15 20:18,22
    21:9 25:21
flip 6:21
fluctuates 14:19
focus 31:16 46:12
    46:14 48:8,22
    49:5
focused 60:1
follow 25:19
following 49:2,13
    67:6
follows 6:1
follow-up 51:6
force 14:1
foregoing 67:3
forgot 30:14
form 5:18 44:5,24
formal 42:2
forward 46:10
four 12:3,18
fourth 19:4
four-by-six 28:14
frank 26:3
full 6:5
further 8:22 50:15
    65:23 67:4 68:12

G

G 5:1
gain 22:14
GB 29:18,18 31:21
    32:11
geared 24:2
General 3:4 4:13
gentleman 51:19
Getting 4:10
gimme 58:16
give 14:20 15:3
    29:11 34:22 47:1
    47:8 55:8

given 23:2,3 64:12
    68:10
giving 30:7 60:12
Gleason 2:4 5:7
    22:24 24:9 44:15
    45:9 46:24 50:19
    63:10 65:24
glove 28:18
go 9:10 13:8 22:3,4
    22:5 23:21 25:3
    25:16 29:13 32:19
    34:10 35:24 38:3
    46:10,10 52:15
going 22:1,19 31:21
    47:1,5 50:17,18
    51:5,16 58:18,19
    58:21 60:10
good 32:9
gotten 20:4
graded 52:24 53:1
graduate 8:22 10:3
    41:20
graduated 8:1
    52:22 53:10
graduation 8:3 9:12
great 5:9 9:10
    44:21 59:15
grew 40:6,9
group 28:22 29:1,2
    29:3,5,17 31:14
    31:20 38:24 39:5
groups 35:24 55:1
grow 40:2,4
growing 40:17
    41:14
guess 10:9,12 65:10
Gwendolyn 1:15
    2:9 4:3 5:21 6:7
    67:2,24

H

H 4:7
HALE 2:3
hand 68:17
handwriting 30:1
    32:2 33:14
Handwritten 4:9,18
Hanrahan 60:6
happened 21:2
    46:22 65:8,9,21
happy 37:7 45:17
hard 64:4
hear 19:21 37:7
    45:17
heard 21:1
hearing 59:23

held 9:12 10:18
    13:22 41:10,13
    52:17
hereinbefore 68:8
hereunto 68:16
high 7:23 8:2 9:12
    14:24 40:12,13
higher 23:14,15
    64:2 65:1,2
highest 56:21
highlight 39:14
highlights 39:15
hold 16:21
home 25:15 26:5
    41:8
hopefully 7:1 29:14
hours 14:16,22 15:1
    15:4 25:21
house 40:9,9 41:4
    59:10
HRD 27:3 47:10
    48:11
Human 3:13 47:11
    51:4
Hyde 6:10 11:12

I

Iannone 38:9,11
    58:6
identification 29:20
    31:24 32:13,22
    33:10,24 34:9
    35:17 36:14 37:10
    39:2 43:19 48:2
identify 16:2 29:15
immediate 15:20
    61:16
information 26:12
    42:7,11 43:7
    45:16 59:13
initially 20:19
Injunctive 4:21
instructor 30:6
intensively 55:11
    57:4
interest 28:1
interested 11:21
    68:14
interests 28:2
Inventory 4:14 34:4
investigator 12:22
invoked 56:8
Iraida 3:5 51:3
iraida.alvarez@a...
    3:9
issues 21:22

J

J 3:5
January 44:7,14
    45:2,7,14,17,19
    46:13,23 52:11
Jeff 5:3
Jeffrey 2:4
jeffrey.gleason@...
    2:8
Jeremiah 8:1
job 9:17 10:1 41:7
    46:1 52:15,16,17
jobs 9:11,14
John 34:14
join 65:16
joined 14:1
Joy 1:18 2:11
July 12:20
Junior 8:8 51:18
justice 8:13 12:9

K

keep 28:3 50:17,18
kept 27:20 52:4
    57:18
kind 24:3 28:22
    40:8 41:6,9,13
    44:4 57:18 62:17
knew 46:2
knocked 64:9
know 8:8 21:14,17
    24:11 30:14 35:7
    35:8 41:9,22 43:3
    43:5,10,10,10
    44:20 46:1,20,23
    51:19,23 62:6,13
    63:14,19,21
knowledge 44:11
    45:8 49:10

L

L 1:22 68:4
latest 46:9
law 9:19 16:4,10,13
    16:20 28:1 36:4
LAWRENCE 1:11
laws 27:24
lawsuit 7:16 48:14
    64:18 65:16
lawsuits 7:18,19
leadership 16:21
learn 56:7 62:19
learned 55:12 56:11
    56:12 57:16 62:1
Learning 4:14 34:3
lecture 30:9

lectures 39:19
left 40:9
legal 9:19,21 10:1
    44:17
let's 32:19 36:11
level 9:24 23:14,15
    14:14
license 13:21 14:13
    14:14
licensed 8:15
lieutenant 23:4
    24:2 59:15
lieutenants 20:4
    23:17,24
lieutenant's 23:7
life 6:24
lighting 59:12
likelihood 50:3,9
likewise 6:22
Line 67:7
list 26:14 27:1 28:6
    42:21,22 43:4,11
    46:16,19 50:8,10
    58:20 59:1 63:5,9
    63:12,15,20,21
listed 57:22
listen 58:3 59:20
listening 59:14
lists 26:23 27:10,11
literally 14:20
    21:24 22:1 46:8
    51:10 60:16
little 10:20
live 19:6 40:17,22
lived 40:12,19,19
LLP 1:18 2:3,11
long 7:2 9:21 17:2
    40:15 50:7,8
    63:11
longer 13:1
look 28:6,9 35:8
    56:15 58:21
looked 60:15
looking 36:23 46:7
LOPEZ 1:8
lose 22:14
lot 21:15,20,22 47:7
    52:2 56:9,18
    58:14 59:8 61:9
    65:2
lower 48:16 64:2

M

mail 42:7 62:7
main 21:23
major 8:4,9 58:23

Gwendolyn Brown

Page 72

**MAMLEO** 16:11
16:20,22 17:3
30:14,22 31:6
32:8,17 33:3,5,17
34:5 61:20,23
management 41:19
mandated 27:2
manner 57:7
manual 38:18
March 12:14 68:23
mark 32:10 33:21
36:11 43:16
marked 29:19,23
31:22,23 32:12,14
32:21,24 33:9,12
33:23 34:2,8,12
35:9,15,16,22
36:13,18 37:9,14
39:1,6 43:18,23
48:1,6
marking 29:17
Mass 44:23
Massachusetts 1:5
1:11,20 2:6,14 3:3
3:7,12 6:11 8:15
16:4,7,10,19
44:13 52:18 68:1
68:6
material 25:16
27:20,22 35:7
54:21,23 59:12,22
59:23
materials 26:4,13
28:12 39:19 57:21
Mattapan 11:10
12:6
matter 27:4 56:22
MBTA 9:20,22
52:19
mean 57:21 64:23
65:11
measure 45:23
medical 7:8
medication 7:13
meet 29:7
meetings 17:7,11,12
17:13 61:20,23
member 15:23 16:3
16:6,9,12 17:14
members 30:15,16
mentioned 13:20
16:18
middle 44:4
mind 50:19
minority 16:4,19
48:12 49:7

Minutes 17:8,9
mixing 31:8
mock 38:21 60:13
60:18
mom 41:7
Monday 53:4
month 14:17
months 8:2 12:7,12
42:11
Morgan 1:18 2:11
morning 53:5
Morris 2:12 4:4,24
5:3,9 6:4 24:19,21
29:16,21 31:20
32:1,10 33:11,21
34:1 35:14,19
36:11,16 37:6,12
38:23 39:4 43:20
48:4 50:14,21
mother 40:18,19,24
41:1,22
motions 5:18
motor 26:5
Moving 33:7
multiple 48:11
municipalities 27:6
48:14
municipality 27:5
56:20
music 59:20

**N**

N 2:1 4:1 5:1
nail 31:1
name 6:6 25:8 51:3
named 48:14 68:8
National 16:6,12
need 7:2,5 53:1
needed 55:20
neighborhood 40:5
neighborhoods
40:7,11
neither 68:12
never 47:4
new 8:12,18 60:7
nice 59:20
nine 40:20 63:22
nonminority 48:16
notarization 5:17
Notary 68:4,21
note 36:4
notes 4:9 17:6
28:13,15 30:8,21
33:17 39:12,16,19
58:1,6,11
notice 42:2

November 9:8,13
number 14:20 15:3
49:1 55:9 63:22
nursing 41:8

**O**

O 5:1
object 44:16
objection 22:24
24:9 45:9 46:24
63:10
objections 5:18
obviously 7:5 57:3
occasionally 53:3
occasions 6:14
October 18:5,18
36:22 46:5
offer 51:20
offered 18:18 25:7
30:15,23 31:5
32:7,17 34:14
36:22
offering 31:17
office 3:4 9:19
16:21
officer 9:18 10:7,23
14:7 51:8 52:10
officers 11:20 12:1
16:5,11,13,20
19:21 20:8 28:23
29:4 30:19 31:15
42:23 48:13 49:1
49:7,12 51:12
61:9,11
Oh 50:22
okay 5:9 6:8 7:7,12
7:16 8:20 9:21
10:3,9,12,17 11:7
12:2,11,17 13:1,4,7
13:8,13,17 14:9
14:16 15:4,23
16:14 17:2,5,16
17:23 18:17 19:1
19:13 20:6 21:11
23:13 24:1,6,12
24:18 25:18 26:7
26:11 27:15 28:4
28:16,21,21 29:4
29:7 30:8 31:1,4,7
31:18,19 32:2,9
33:20 34:7,19,19
35:13 36:3,7,10
37:1,5 38:22,22
39:18,23 40:11,14
41:9,12,18,24
42:17,20 43:1,5

43:13,15 44:3,10
46:4,15 47:9
48:22 49:5,15,24
50:13 55:14,22
59:3 64:24
once 6:15 29:8
39:13 53:14
open 30:18 52:5
opinion 44:17 45:22
64:5,12
opportunity 63:13
opposed 19:6 21:9
oral 18:22 19:2,3,7
19:22 20:21 21:5
21:12 22:22 24:7
53:16,18,19 57:10
57:11 64:7 65:13
oranges 64:11
order 15:7 18:8
Organized 4:10
Original 4:24
outcome 68:15
outcomes 27:24
outside 13:24 30:17
31:14 41:4

**P**

P 2:1,1,12 5:1
pack 28:10
page 4:2,8 36:5,24
44:5 48:9 67:7
pages 1:2 37:17,18
pains 5:15 67:19
painter 41:16
panel 15:21
paper 53:20
paragraph 48:9
paralegal 8:14
parent 40:22
parents 40:20 41:3
41:20
Park 6:10 11:12
part 17:6 19:21
28:22 30:13,20,21
32:16 33:3,5,17
34:13 36:8,20
37:17 47:19 65:20
participate 54:24
55:3
participated 25:6
particular 11:2
25:18 40:4 47:15
58:17
parties 5:13 68:13
passed 56:4
passing 50:11

pattern 65:10
Paul 3:10
Pause 34:11 35:18
36:15 37:11 39:3
48:3
pay 30:18
PEDRO 1:8
penalties 5:15
67:19
pending 7:4
people 15:21 20:9
20:20 21:1,4,6,17
27:23 56:3 63:1
63:14 65:20,21
percentile 53:2
56:23 60:17
performance 52:23
period 10:23 25:15
28:8
perjury 5:16 67:20
person 30:17 60:4
68:8
personal 39:22
44:11 45:8 57:24
personnel 3:11
38:12,13 58:7,13
persons 19:6
perspective 60:12
physically 19:17
pick 28:20
PICKERING 2:3
place 3:6 44:6 45:2
46:9
plaintiff 1:9 2:9
64:18
plus 60:16
point 8:5,9 9:1,24
21:18 42:1,21
43:2,14 46:17
51:10 52:15,21
59:15 60:20
pointers 30:7
points 15:16,22
20:18,23 21:9,10
22:10,14,14,18
58:24
police 9:2,5,18 10:4
10:6,10,14,19,23
11:3,22,23 12:1,12
12:15 13:4,12,24
14:1,7 18:2,9
23:18 25:7 30:19
31:5,12,15 38:12
38:13 45:13,20,24
48:13 49:1,2,7,12
49:12 51:8,11

JONES REPORTING COMPANY
617-451-8900

Gwendolyn Brown

| | | | | |
|---|---|---|---|---|
| 52:10,13,18,21 56:14 58:13 59:16 59:17 | 65:5 promotions 64:21 Property 41:19 | 14:2,5,10,10,15 14:17 15:2 41:17 realize 22:20 | 41:7,13,15,16 42:16 43:11 55:2 55:4 58:10,16 | S 2:1 4:7 5:1 safe 17:24 salty 21:16 |
| portion 15:15,16 56:24 57:13 | provide 45:16 Public 68:5,21 purely 64:13 | realized 55:17 56:13 really 14:19 29:11 | 61:21,24 62:8,9 62:18,24,24 63:2 63:6,22 | sat 54:22 saw 20:11 43:3 49:24 |
| position 12:13 16:22 18:1 24:3 41:10 48:19 49:9 50:4 51:24 | put 12:13 25:21 27:7,18 28:9,18 28:18 59:11 65:3 65:6,12 | Realtors 16:7,8 reason 7:3,6 53:23 58:13 reasonable 42:15 | rephrase 44:21 Reporter 1:22 reporter's 6:24 represent 51:4 | saying 64:11 says 44:6 45:1 49:7 51:23 scene 23:9 |
| positions 10:18,20 possible 29:14 possibly 12:18 | p.m 1:17,17 66:3 68:8 | 50:3 recall 9:4 15:1,11 15:17 16:14,15 | reprimand 53:16 53:18,19 reprimanded 53:22 | schedule 25:19,22 Scheft 25:8 31:5 34:14 38:19 |
| potential 20:3 potentially 15:5 practice 37:20 prep 31:6 32:7 | **Q** qualifications 49:11 qualified 48:18 | 19:13 20:1,7 21:11,19 26:11,12 30:12 32:23 34:16 38:8 49:15,21,23 | Requested 4:22 required 25:5 54:22 research 56:9 researched 56:3 | Scheft's 60:8 school 7:24 8:2,4 9:12 40:12,13 51:16 56:17 |
| preparation 30:22 31:2 57:14 prepare 54:19 55:6 55:12,14 57:4,11 58:18 59:6 | 49:8 quarter 42:14 question 6:20,23 7:4 34:22 36:6 44:10,16,19 | 53:8 54:12 55:5 61:22,24 62:1,4 64:1 receipt 5:15 receive 32:24 34:13 | reserved 55:18 residential 6:8 Resources 3:13 47:11 51:4 respective 5:13 | score 20:18,19,22 21:10 22:1,3,4,11 50:11 54:16,17 55:18 56:21 62:24 65:1,3,4,7 |
| prepared 24:16 30:3,5,15 32:6,16 55:10 57:7,15 59:8 | questioned 20:17 questions 7:10,14 19:9,11,14,16 20:3,4,5,13,15 | 34:16 35:21 42:17 received 13:17 14:12 20:19 24:15 34:4 36:3 38:8 | respond 19:10 response 47:4 responsibility 17:6 result 48:11 62:20 | scored 52:4 56:22 scores 63:1 seal 68:17 sealing 5:16 |
| preparing 24:24 25:20 26:1,2 36:8 prepped 23:12 | 23:2,3,6,7,11,12 23:13 24:1 37:20 38:5,15,19 39:21 | 42:2,10 62:4,6 receptionist 9:16 Recess 50:23 | results 42:2,3,18 62:2,5,5,11,20 retain 59:19 | second 18:14 39:13 secretary 9:19,22 10:1 17:1,3,5,19 |
| present 10:19 19:18 62:17 president 17:18,18 pretty 35:7 | 45:24 46:3 47:15 47:18 51:6 61:3,3 61:13 65:23 quick 53:21 | recognize 29:22 36:17 37:13 39:5 recollection 54:1 record 6:6 24:19,20 | retained 4:24 review 27:22 reviewing 27:20 right 10:22 16:15 | secretary's 59:11 sector 9:18 see 20:10 23:17,23 38:14 44:8 48:20 |
| pretzels 21:16 previously 43:22 primarily 40:22 prior 18:7 25:14 54:3,9 55:16 | quickly 29:14 quite 10:12 21:18 26:3 36:2 55:19 64:19 | 48:10 67:5 68:10 recorders 39:17 refer 38:11 regard 13:4 18:20 | 17:23 32:9 33:7 35:13 37:2 38:9 44:19 52:12 right-hand 44:5 | seen 43:21,22 48:5 seminar 25:9 30:6 30:12 31:6,11 32:8 36:21 37:3 |
| 63:15 privy 27:6 probably 6:16 | **R** R 2:1 5:1 67:1 | 61:12 regarding 25:10 regimen 25:10 | risk 22:15,17,18 River 6:10 rmorris@morgan... | 59:17 seminars 25:6 31:4 55:3 60:12 |
| 21:20 60:4 61:16 process 13:9 15:10 19:23 20:14,16,21 21:12,13 22:2,22 | raise 61:19 rank 50:1 ranked 48:15 ranking 42:22 43:4 | regulations 25:10 31:13 36:21 58:23 Reincarnation 4:15 35:3 | 2:16 Road 40:10,13 Robert 2:12 Rogers 38:19 | sense 52:2 sent 15:20 sergeant 18:2,9 23:5,12 24:4 |
| 26:8 29:10 33:3,4 33:5 47:14,16 51:14 | 43:11 49:15,24 62:20 63:2,5,8,19 64:1,3 | reinforce 39:16 relate 36:20 47:3 related 9:15 23:3 | Roger's 60:9 role 23:4 Romano 1:22 68:4 | 45:21,24 49:2,13 50:4 54:3 56:19 64:8 |
| promoted 18:1,8 49:2,12 50:3 63:8 63:13,15 | rated 11:17 12:4 52:24 read 5:14 27:3,6 | 68:12 relates 47:2 relating 23:11 | room 11:22,23 12:1 13:4 19:4 23:9 59:10 | sergeants 20:3 23:20 sergeant's 23:6,11 |
| promotion 13:17 47:2 promotional 35:5 42:3 47:19 48:12 | 28:20 39:13,14 48:10 54:22 57:21 59:19,22 67:3 reading 26:13,14 | 38:20 relevant 45:24 Relief 4:22 remember 6:15 8:7 | RPR 68:4 RPR/CRR 1:22 rules 25:10 31:12 36:21 58:22 | 35:5 48:12,18 49:8 54:10 56:6 65:9 Service 4:15 35:2 |
| 48:18 49:3,9 54:3 54:10 56:6,14,19 | 26:23 27:1,10,11 28:5 59:13 60:2 real 8:15 13:20,22 | 19:16 21:17 31:11 34:15,18 35:6,6 | **S** | set 15:19 32:11 36:11,17 37:13 |

Gwendolyn Brown

Page 74

38:23 68:16
sets 37:7
seven 21:9 55:7
sexual 12:10,15
  13:2
shootings 23:21
short 50:16
show 33:7 43:15
  47:23
side 6:21 44:5
signature 44:1
signed 5:14 67:19
significantly 48:15
  64:9
signing 51:13
simulated 23:8
sir 49:20
sit 21:21 35:3 49:10
  49:21 60:9
site 43:6,9
sitting 56:9
situations 23:11
six 8:2 21:8 29:6
size 19:4
Skills 4:12
skin 20:11
slight 26:16
snack 21:16
soft 59:20
solicitations 12:7
solicited 11:20 ·
somebody 31:17
  39:18 60:11
sorry 16:17 17:10
  31:8 34:24 53:17
  64:15
sort 38:21
sound 42:14 49:18
speak 61:7
specific 19:8 24:22
  45:11,15 62:3
specifically 31:12
  53:10 58:12
spend 60:22
spent 11:22 12:3,18
  61:1
spoke 61:9
spoken 21:6
SS 68:2
staff 15:21
standard 23:16
start 29:10,16
  45:12,14 58:24
started 9:4 25:24
  60:20
state 1:19 2:5,13

6:5 45:7
stated 21:7 56:7
states 1:4 46:8
stay 25:15
stipulated 5:12
Stipulation 5:11
stipulations 5:5
stood 42:21
stopped 26:2
street 1:19 2:5,13
  6:10 23:19 40:7
strike 5:19 45:5
  48:23 64:16
studied 23:6 25:17
  55:19,23
study 4:12 28:22
  31:14 35:23 38:2
  38:3,4,8,17,18
  54:21,24 56:1,11
  58:19,23 59:12
studying 25:11,22
  55:21 56:10 57:19
  59:1 60:21,23
styles 4:14 34:3
  64:6
substitute 19:7
Suffolk 13:5 68:2
suit 65:21
superior 11:24 13:5
supervising 11:22
supervision 38:12
  38:13 58:13
supervisor 11:24
  15:20
supervisors 47:6
supposed 19:6
sure 22:13 35:8
  41:22 50:21,22
sworn 5:24 68:9
Symptoms 4:11

**T**

T 4:7 9:23 67:1,1
table 53:21
take 7:2,5 8:5 13:15
  17:6 18:17 22:2,7
  22:18 24:14 25:14
  28:22 35:1,3,5
  42:1 45:7,23
  50:16,20 51:20
  52:6 53:20 56:5
  56:16,19 57:17
  58:24 60:11 61:5
  64:24 65:5
taken 7:12 8:21
  18:7 19:21 30:21

42:23 48:13 50:23
  54:3,4,9 55:16
  60:2,8,9
takes 59:21
talk 15:20 27:23
  61:11
talked 56:3
talking 63:1
talks 61:17
tape 4:19 39:16
taped 39:16
tapes 39:9,11,12
teeth 20:12
tell 11:5,18 21:4
  30:3 32:5 35:20
  36:1 62:22
tend 25:13 26:4 ·
  27:22 28:11 38:20
  59:21·
tends 58:15
term 17:9
test 21:5 25:4 34:19
  35:1,4 37:20,23
  38:5,20 46:1,4
  51:20 52:3 56:13
  56:14,16 58:19,19
  61:18 64:6
testified 6:1 52:20
  54:2 57:2 59:3
  61:2
testimony 27:16,21
  67:4,5 68:10
tests 38:3 53:3,6,9
  54:13 64:12
test-taking 4:13
  30:7
textbook 38:17
thereof 5:17
thing 45:11 46:8
  57:21
things 28:17 47:7
think 10:2 17:23
  18:13,14,14 21:15
  26:2,16,18 30:5
  31:18 40:8 47:1
  47:20 51:17 53:1·
  56:12 60:17 63:7
third 18:16 39:14
thirsty 21:18
thought 22:12 31:8
three 11:23 12:7,12
  21:8,9
time 5:19 10:19,23
  18:4 19:10,20
  25:11 27:19 28:7
  28:19 35:4 36:2

39:13,14 40:15
  41:5 45:12 51:12
  51:18,22 55:5,8
  58:15 60:22 61:1
  61:14 65:5
timed 19:9 60:18
times 54:16
tips 4:13 56:6,18
tired 65:10
titled 34:3
today 7:17 49:11,22
told 21:24 65:2
tone 20:10
training 12:5 15:14
transcript 67:3
Transportation
  52:19
treasurer 17:18
treated 47:7
treatment 64:20
  65:18
trial 5:19
tried 25:19,21 55:7
true 67:4 68:10
truthfully 7:10,14
try 6:22 28:2 44:22
trying 27:8 28:4
  31:16 35:10 45:3
  46:12,14
twice 54:10
two 5:5 17:4,20,22
  25:14,21 37:6·
  55:17 58:23 60:16
  60:16 64:5,6
type 59:19
typed 44:7 46:13
typist 9:15

**U**

undergraduate
  8:21
understand 7:9,14
  18:21 24:12 25:1
  27:2,8 28:5 31:10
  34:23 38:6 45:3
  47:10 54:8
understanding 27:9
  27:12,15
understood 20:20
unfortunately 65:1
unit 12:10,15,19
  13:2
UNITED 1:4
use 43:9 45:1
usually 64:23
utilizing 48:11

**V**

v 1:10 ·
vacation 25:15
variation 26:16
vehicle 26:5 28:12
verbally 19:11
vice 17:18
video 19:5,8 20:9
  20:10 23:10
videotape 19:11
videotaped 23:7
Volume 1:1

**W**

wait 27:19
waiting 21:15
waived 5:17
walked 60:19
want 22:17 39:21
  45:12,14 46:9,10
  50:16,16 51:21,22
wanted 12:9
wasn't 20:9 22:12
  60:18 64:14
watching 19:18
way 15:19 21:14
  39:15 55:19,21,23
  57:14,18 64:12,21
ways 22:5 64:6
Web 43:5,9
Wednesday 36:1
week 55:6,7 60:22
  62:11,14
weekly 29:8,8 53:4
weeks 14:21 25:14
went 8:3,8 9:23
  24:24 25:9 59:17
  65:15
weren't 20:9 45:24
Western 8:12,18
we'll 29:16 43:16
we're 57:3
whereof 68:16
white 49:1,11
Wilcott 40:10,13
WILMER 2:3
Windows 26:19
  27:10
witness 5:23 50:18
  50:22 66:1 68:11
  68:16
word 58:10
words 21:2
work 8:23 12:9
  23:19,19 24:3
  26:6 33:18 41:1,4

JONES REPORTING COMPANY
617-451-8900