# EXHIBIT J

Shumeane Benford

1

```
1                                    Volume:  I

2                                    Pages:  1-62

3                                    Exhibits:  1-4

4              UNITED STATES DISTRICT COURT

5      DISTRICT OF MASSACHUSETTS

6      Civil Action No. 07-11693-JLT

7      - - - - - - - - - - - - - - - - - - - - -x

8      PEDRO LOPEZ, et al.,

9                      Plaintiff,

10          v.

11     CITY OF LAWRENCE, MASSACHUSETTS, et al.,

12                      Defendants.

13     - - - - - - - - - - - - - - - - - - - - -x

14

15            Deposition of Shumeane Benford

16                 December 3, 2008

17              9:35 a.m. - 10:50 a.m.

18              Morgan, Brown & Joy, LLP

19                 200 State Street

20               Boston, Massachusetts

21

22         Reporter:  Daria L. Romano, RPR/CRR

23

24
```

Shumeane Benford

2

1  A P P E A R A N C E S:

2

3      WILMER CUTLER PICKERING HALE AND DORR, LLP

4      (by Jeffrey Gleason, Esq.)

5      60 State Street

6      Boston, Massachusetts 02109

7      (617) 526-6000

8      jeffrey.gleason@wilmerhale.com

9      for Plaintiff Shumeane Benford.

10

11      MORGAN, BROWN & JOY, LLP

12      (by Robert P. Morris, Esq.)

13      200 State Street

14      Boston, Massachusetts 02109

15      (617) 523-6666

16      rmorris@morganbrown.com

17      for Defendant City of Boston.

18

19  (Continued)

20

21

22

23

24

Shumeane Benford

3

1    APPEARANCES, Continued.

2

3        THE COMMONWEALTH OF MASSACHUSETTS

4        OFFICE OF THE ATTORNEY GENERAL

5        (by Iraida J. Alvarez, Esq.)

6        One Ashburton Place

7        Boston, Massachusetts 02108

8        (617) 727-2200

9        iraida.alvarez@ago.state.ma.us

10       for Defendant Paul Dietl, in his

11       capacity as personnel administrator

12       for the Commonwealth of Massachusetts,

13       Human Resources Division.

14

15

16

17

18

19

20

21

22

23

24

Shumeane Benford

4

1                           I N D E X

2    Deposition of:              Page

3    SHUMEANE BENFORD

4    By Mr. Morris                  6

5    By Ms. Alvarez                48

6

7

8

9                       E X H I B I T S

10   No.                                    Page

11    1   Documents                          20

12    2   Charge of discrimination           40

13    3   Fifth Amended Complaint:  Injunctive

14        and Declaratory Relief Requested    44

15

16

17

18

19

20   *Original exhibits retained by Mr. Morris

21

22

23

24

Shumeane Benford

5

1              P R O C E E D I N G S

2

3          MR. MORRIS:  Jeff, I'm assuming

4    that we will apply the same stipulations that

5    were operative in yesterday's deposition of

6    Lynette Praileau?

7          MR. GLEASON:  That's fine.

8          MR. MORRIS:  Thank you.

9

10              Stipulation

11      It is stipulated by and between counsel for

12    the respective parties that the deposition is to

13    be read and signed by the deponent within 30

14    days of receipt under the pains and penalties of

15    perjury; and that the sealing and filing and

16    notarization thereof are waived; and that all

17    objections, except as to form, and motions to

18    strike, are reserved to the time of trial.

19

20              SHUMEANE BENFORD

21

22    a witness called for examination by counsel for

23    the Defendant, being first duly sworn, was

24    examined and testified as follows:

Shumeane Benford

6

1              DIRECT EXAMINATION
2    BY MR. MORRIS:
3         Q.    Would you please state your full and
4    complete name for the record?
5         A.    Sure.   Shumeane L. Benford.
6         Q.    Since there's been some confusion,
7    would you spell your name?
8         A.    S-H-U-M-E-A-N-E  B-E-N-F-O-R-D.
9         Q.    Very good.   And I apologize for
10   getting your name wrong on the notice of
11   deposition and various other documents.
12        A.    It's been a lifelong deal.   I
13   appreciate it.
14        Q.    What is your address?
15        A.    8 Humboldt Avenue, Roxbury, Mass.
16        Q.    Do you have any medical condition that
17   might affect your ability to understand
18   questions or answer them truthfully?
19        A.    No, sir.
20        Q.    And have you taken any medication that
21   might affect your ability to understand
22   questions or answer them truthfully?
23        A.    No, sir.
24        Q.    Have you been deposed before?

Shumeane Benford

7

1      A.    Yes, sir.

2      Q.    On how many occasions?

3      A.    I can recall one.  And it's been a

4   number of years.

5      Q.    You may well be familiar with all of

6   this, but I just ask witnesses for the ease of

7   the reporter, if you would allow me to finish my

8   questions before you begin answering.  And on

9   the other side, I will try to allow you to

10  finish your answers before asking another

11  question.  This makes the reporter's life much

12  easier.

13     A.    Yes, sir.

14     Q.    And also, you are free to take breaks.

15  I would ask you not do so while a question's

16  pending, although that didn't work out that way

17  yesterday, but nonetheless, hopefully we can

18  work that way, but if you need to take a break

19  for whatever reason, that's fine.

20     A.    Okay.

21     Q.    Have you ever been a plaintiff to any

22  other lawsuit besides the current action?

23     A.    I believe there may have been one that

24  I can recall, and it was involved in a private

Shumeane Benford

8

1    matter with a condo association.

2        Q.    Have you ever filed any other claims

3    regarding your employment either with the Boston

4    Police or anyone else?

5        A.    Not that I can recall, sir.

6        Q.    Okay.  Could you describe for me your

7    educational background starting with high

8    school?

9        A.    Starting with high school.  I

10   graduated from Madison Park High School.  It's a

11   public high school, part of the City of Boston

12   School Department.

13               From there I went to Roxbury Community

14   College, took a math class for one semester.

15               From there I transferred to North

16   Shore Community College because Roxbury

17   Community College didn't have my degree field.

18   I stayed at North Shore Community College,

19   graduating with an associate's degree in

20   criminal justice.

21               I subsequently transferred to

22   Northeastern University where I took classes

23   there for approximately a year and a half.

24               And from there I transferred to Curry

Shumeane Benford

9

1  College where I completed studies for my

2  bachelor's degree, and I subsequently received a

3  master's degree in political science from

4  Suffolk University.

5      Q.   Okay.  What year did you graduate from

6  high school?

7      A.   1990.

8      Q.   Am I correct you received your degree

9  from Curry College in 1998?

10      A.   That is correct, sir.

11      Q.   And your associate's degree, when did

12  you receive that?

13      A.   I believe that was 1993.

14      Q.   Okay.  Very good.

15          And your master's degree from Suffolk,

16  that is in political science, you said?

17      A.   Yes, sir.

18      Q.   And what was the year of that degree?

19      A.   I completed my studies in '07;

20  however, I didn't formally participate in the

21  graduation procedures until 2008.

22      Q.   But you have received your degree?

23      A.   Yes, sir.

24      Q.   Okay.  Now, when did you become

Shumeane Benford

10

1   employed by the Boston Police?

2       A.    March 22, 1995.

3       Q.    Were you employed as a police officer

4   at that point?

5       A.    Once I was brought in, I was brought

6   in as a recruit officer trained at the police

7   academy.  And upon graduation, I received the

8   title of student officer -- excuse me,

9   probationary police officer during a

10  probationary period and then the permanent title

11  of police officer upon the completion of your

12  probationary period.

13      Q.    Okay.  And when did you obtain the

14  title of police officer?

15      A.    Police officer -- obtaining the title

16  of police officer would have been an

17  organizational change.  Fundamentally it went

18  from patrolman to police officer, for obvious

19  societal reasons.

20      Q.    Okay.

21      A.    So it used to be patrolman, and

22  organizationally they changed it to police

23  officer at some point.

24      Q.    Okay.  You talked about being a

Shumeane Benford

11

1    recruit officer and then having -- being a

2    probationary officer.  I'm just trying to

3    ascertain whether you call it a patrolman or

4    police officer when you first were appointed to

5    that position?

6        A.    Sure.  At which point I was appointed

7    to the position of patrol officer?

8        Q.    Yes.

9        A.    Or patrolman?

10        Q.    Yes.

11        A.    Well, theoretically from the point at

12    which you complete the state-mandated minimum at

13    the police academy, you had the title.

14        Q.    All right.

15        A.    Internally there is a probationary

16    period which is supported by state statute which

17    you go through, and you simultaneously carry

18    both titles.

19            Organizationally, it's probationary

20    police officer, but you officially completed the

21    studies.

22        Q.    When did you complete your

23    probationary period?

24        A.    Six months after graduation.

Shumeane Benford

12

1  Q.    Which was approximately when?

2  A.    Approximately the end of

3  September 1995.

4  Q.    Okay.  Very good.

5  And have you been continuously

6  employed with the Boston Police since

7  September 1995?

8  A.    Yes, sir.

9  Q.    Okay.  And can you describe for me the

10  various -- whatever positions that you've held

11  with the Boston Police starting with

12  September 1995?

13  A.    Upon graduation I was assigned to

14  District B-3, Mattapan.  I was assigned to field

15  services, working the street.

16  I worked a myriad of different

17  assignments while at District 3 to include plain

18  clothes, neighborhood police officer and what

19  would be the rapid response unit, which is

20  basically two officers that respond to Priority

21  1 calls.

22  While assigned to District 3, I

23  received several temporary assignments where I

24  was reassigned to headquarters, working directly

Shumeane Benford

13

1    for the director of human services as a

2    recruiter.

3        Q.    Okay.

4        A.    I did that on three separate occasions

5    over the course of several years.  However, the

6    cumulative time in that position was probably

7    between seven and nine months.

8            And in that role and in that capacity

9    I went out and served as a recruiter on behalf

10    of the Boston Police Department.

11            That ended somewhere around January of

12    2001, at which point I was transferred to the

13    police academy, which is the current location of

14    my permanent assignment, and I am a staff

15    instructor there.

16        Q.    Okay.

17        A.    And while at the police academy, there

18    was a nine-month to 11-month period where I was

19    assigned to the department range, but it's all

20    under the umbrella of the training academy.

21        Q.    I'm sorry, you were assigned to

22    department --

23        A.    The department range, the firing

24    range.

Shumeane Benford

14

1    Q.   Okay.  And what courses or subject

2    matters do you teach at the police academy?

3    A.   I'm certified as a staff instructor

4    which qualifies us to teach a myriad of

5    different courses.

6         However, at this current state I am

7    the primary instructor in motor vehicle law,

8    commonly referred to as Chapter 90, but it's

9    Massachusetts motor vehicle law.

10   Q.   Okay.

11   A.   That encompasses instruction on City

12   of Boston parking regulations as well.

13   Q.   Okay.

14   A.   And I am cross trained in several

15   areas.

16        And as a staff instructor, as a

17   general title again, if there is a need to fill

18   a position by virtue of a staff instructor being

19   out or some type of anomaly with the schedule,

20   we can step in and teach other subject matters.

21   Q.   Okay.  Since September of 1995, have

22   you been employed or done any work for any other

23   entity other than the Boston Police?

24   A.   No, sir.

Shumeane Benford

15

1    Q.    Okay.  Are you a member of any

2    associations?

3    A.    Yes, sir.

4    Q.    Can you identify them for me?

5    A.    I'm a member of the MAMLEO, the

6    Massachusetts Association of Minority Law

7    Enforcement Officers.

8    While technically it doesn't recognize

9    itself as an association, I am an active member

10    of the Boston Police Patrolmen's Association.

11    Q.    Okay.  Any others?

12    A.    Not that comes to mind immediately.

13    Those are the two that I'm most active in.

14    I believe I'm a lifelong member of the

15    NAACP.  And there may be a couple of other

16    advocacy groups that I'm a member of, but they

17    just don't come to mind at this point.

18    Q.    Do you hold any positions within

19    MAMLEO?

20    A.    Yes, sir.  Currently I'm a board

21    member with the specific title of chairperson.

22    Q.    Is it like the managing board of the

23    organization?

24    A.    It's a governing board.

Shumeane Benford

16

1      Q.    Okay.  Now, we're obviously here
2  because you applied to be promoted to the
3  position of police sergeant in 2005.
4            Did you in fact take the police
5  promotional exam in 2005?
6      A.    Yes, sir.
7      Q.    Prior to 2005, had you sought to be
8  promoted or applied to be promoted to police
9  sergeant?
10     A.    Prior to '05?
11     Q.    Yes.
12     A.    Yes.
13     Q.    Do you remember in what years you
14  applied?
15     A.    There was no formal application
16  process other than when the exam is announced.
17  So I did participate in the 2002 exam.
18     Q.    Okay.  In any other earlier exams?
19     A.    Not that I can recall for the rank of
20  sergeant.
21     Q.    Okay.  And have you -- did you take
22  the most recent police promotional -- sergeant
23  promotional exam in October of this year?
24     A.    Yes, sir.

Shumeane Benford

17

1    Q.   Okay.  Now, if I understand correctly,

2  the 2002 exam contained both written and oral

3  portion.  Is that fair to say?

4    A.   That's correct.

5    Q.   Could you describe the oral part of

6  the exam for me, if you recall?

7    A.   Sure.  It was held at the Fleet

8  Center, now TD Banknorth Garden.

9         Do you want to know specifically what

10 the process was?

11   Q.   Sure, if you can recall.

12   A.   We were brought into a central housing

13 area.  And I believe we were assigned random

14 numbers or our names were randomly called.

15        We were then escorted to secured rooms

16 that were secured by department cadets and other

17 administrative personnel.  I can recall being

18 escorted into a room where there was a

19 television and I believe a video camera.

20        I can't recall whether the questions

21 that we were expected to respond to appeared on

22 the screen or they were given to us pre-scripted

23 as we entered the room.

24        But I do recall being given a time

Shumeane Benford

18
1   frame to respond to questions and speaking

2   directly to a camera. There were no live

3   persons in the room or a panel in the room that

4   I was interacting with.

5        Q.   Okay.  Do you recall how many

6   questions you had to respond to?

7        A.   I do not.  There were at least

8   several, but I don't recall the specific number.

9        Q.   If you recall, did other police

10  officers who were taking part in this

11  promotional process in 2002 complain about the

12  oral part of the exam?

13       A.   I can't speak specifically as it

14  relates to any one officer, but of course you

15  hear as we would term guardroom chatter or

16  chatter within the department from officers that

17  may have had concerns or complaints relative to

18  the written component and the oral.  But as far

19  as very specific complaints, I can't say that I

20  did.

21       Q.   All right.  I understand that, but do

22  you recall even in a very general way complaints

23  about the oral part of the exam?

24       A.   I mean, in general, of course when

Shumeane Benford

19

1  it's a weighted component type of exam, there

2  are some that have extreme strength in other

3  areas and weaknesses in other areas.  So, you

4  know, the thought that someone could have been

5  affected by one component over the other could

6  very well be a reality, but again, very

7  specifically, I can't recall.

8      Q.   Do you recall any complaints in

9  relationship to the oral part of the exam that

10 perhaps that part of the exam was too

11 subjective?  Do you recall any comments of that

12 nature?

13     A.   Comments, no.

14     Q.   Anything of that nature?

15     A.   I mean, of course, you know, I would

16 love to interact with you personally because we

17 know there are a host of other means of

18 communication, body language, facial tone, you

19 know, involuntary muscles in the face that feed

20 off of each other.  You know, speaking to a

21 camera has its limitations.

22          But beyond, and that's a personal

23 preference, I would love to interact with you

24 personally as opposed to on a camera, but,

Shumeane Benford

20

1  again, I can't think of anything specific.

2       Q.   Okay.  I believe you mentioned that

3  you're an active member of the patrolman's

4  association; is that correct?

5       A.   Yes, sir.

6       Q.   Do you recall the patrolman's

7  association having any complaints about the 2002

8  exam, particularly the oral part of that exam?

9       A.   I can't recall anything specifically,

10 no.

11      Q.   Okay.  I'd like to show you some

12 documents which we'll have marked as Exhibit 1

13 to your deposition.

14            (Exhibit 1 marked

15            for identification)

16 BY MR. MORRIS:

17      Q.   Mr. Benford, do you recognize these

18 documents which have been marked as Exhibit 1?

19      A.   Yes, I do.

20      Q.   Could you just maybe describe for me

21 what these documents are?

22      A.   They appear to be representative of

23 material that myself or other officers taking

24 the promotional exams over the past years may

Shumeane Benford

21

1  have used as part of their preparation.

2          Specifically, Problem-Oriented Police

3  looks like it may be some representation of the

4  actual text.

5          The BPD Basics 1, BPD Basics 2 and BPD

6  Basics 3 appear to be material that was compiled

7  by a contractor John Scheft who is an attorney

8  in the state and often does work on behalf of

9  our local police department.

10          I do recall the Boston Police did

11  contract with him to provide some material for

12  the exam.  So these three books are -- BPD 1, 2

13  and 3 looks like they may be representative of

14  the texts he compiled.

15          Supervision of Police Personnel is the

16  sixth edition, one of the editions of one of the

17  texts that Ianonne has written.  That has been a

18  mainstay of the study material in the

19  promotional exams.

20          The rules and regs, this appears to be

21  something that may have come out of one of the

22  study sessions that were held by a private

23  contractor that was not contracted by the police

24  department.  I believe it was Rogers.  But,

Shumeane Benford

22

1    again, it's representative of the type of

2    material that you would get as part of one of

3    his study sessions.

4           Again, Boston Police Special Orders

5    2005, again, would be representative of the type

6    of material that you would get at a study

7    session.

8           And the Constitutional Law Book is a

9    law book, annotated version of the

10   constitutional law. It includes some

11   representation of case law. And it was put

12   together by our now retired lieutenant James

13   Moore who was an instructor at the academy. And

14   I believe that this book was copyrighted.

15          And that might be one of my daughter's

16   stickers, so I surmise that this may be my book.

17      Q.   Okay. Focusing on the 2005 exam, can

18   you describe for me -- and that exam was

19   administered, as I understand it, some time in

20   October of 2005. Does that sound correct?

21      A.   I believe that will be the case.

22   They're typically held in the fall. I believe

23   so.

24      Q.   Can you describe for me what you did

Shumeane Benford

23

1   to prepare for that exam?

2       A.    Obviously reading through the text.

3           There's oftentimes, and this is a

4   sidebar to the text, the text is always the

5   basic fundamental baseline for preparing for it,

6   but again, just as you saw Rogers here, officers

7   had come to rely on a multitude of different

8   resources and trying to compile the material.

9   There's quite a bit of material, I think in

10  excess of 2,000 pages, not to be quoted on that,

11  but I think it's somewhere in excess of that.

12          You know, I had a personal regimen

13  that I did study hours, reading through the

14  material, looking at some of the -- again, some

15  of these annotated versions and just general

16  preparation; i.e., reading and going over and

17  self-testing and so forth.

18      Q.    Okay.  Can you describe for me the

19  personal regimen that you followed?

20      A.    Typically I would have to get up in

21  the morning.  I have young children, so they

22  don't understand personal time, it's all

23  cumulative, and that means playing, but

24  typically I would get up in the morning.

Shumeane Benford

24

1              I had to work generally at 7:30.  I

2    was in the city, so getting to work, I didn't

3    need more than a half hour, 35 minutes.  But

4    typically I would get up between 4:30, five, try

5    to get a couple of hours in in the morning,

6    trying to review what I could during the day,

7    and then typically at night put in several hours

8    before turning in.

9         Q.   Okay.

10        A.   From time to time you may have found

11   yourself with study groups or working with

12   individuals in the exchange of information, but

13   I don't recall during that exam participating in

14   a directed form of study group.  But again, to

15   have sidebar conversations or link up with

16   someone from time to time was reasonable.

17        Q.   Okay.  And when did you begin

18   preparing for the exam that was administered in

19   the fall of 2005?

20        A.   You know, I can't recall.  There was

21   one exam, and I can't recall when former

22   Commissioner Evans left the department or it

23   could have been with Kathleen O'Toole, but there

24   was one exam where the announcement was released

Shumeane Benford

25

1    ahead of time in addition to the formal six

2    months which is what you'd expect.  And I

3    believe that there's a four-month statutory or

4    some civil service expectation that it was going

5    to be announced.  And it may have been during

6    the detective's exam, but I'm not sure.

7              But typically, you know, you get the

8    material, you start to thumb through it, myself

9    personally, generally anywhere between four and

10   a half months, somewhere around that time frame.

11       Q.   Okay.  Somewhere in that range?

12       A.   Yes, sir.

13       Q.   Okay.

14       A.   And it gets more concentrated as you

15   approach it.  You start reading things, and

16   you're reading Goldstein's biography and

17   something may be asked about his childhood, I

18   don't know, but as it gets closer to, you start

19   to cram and look at a myriad of different areas.

20       Q.   Okay.  Did you participate in any

21   courses prior to the 2005 exam?

22       A.   I believe during both the previous

23   exam and the '05 exam I did take at least one

24   course with Rogers during both components, I

Shumeane Benford

26

1    believe.  So the answer is yes.

2         Q.    Okay.  I'd just like to focus, if you

3    can distinguish, I realize there was more than

4    one test, on the 2005 exam.

5              It's your testimony you took a course

6    offered by an attorney Patrick Rogers?

7         A.    Yes, sir.

8         Q.    And tell me about that course.  Do you

9    recall when approximately it was offered?

10        A.    I took two of the courses.

11             I believe the course that I took was

12   the one that was concentrated closer to the

13   exam, during the several seminars, as they call

14   them, that they offer.

15             And I believe the one that I took was

16   closer to the exam, and I'm not sure whether it

17   was '05 or '02 or when it was, but I recall

18   taking one that was hosted as a hotel, I want to

19   say one of the Tara hotels, maybe in Braintree

20   or something like that, and then one of them was

21   hosted at the Detective's Benevolent Society on

22   Hyde Park Avenue.  And both of them were

23   conducted by Rogers.

24             And, again, I'm not sure which one,

Shumeane Benford

27

1    but I did take one for that exam, and it was

2    hosted by Rogers.

3        Q.    Okay.  Are you saying you took the

4    Rogers seminar for both the 2002 and 2005 exam?

5        A.    Yes.  These seminars are offered as a

6    standard, absolutely.  I took them during both,

7    yes.

8        Q.    And you believe it was the Rogers

9    program on both occasions?

10       A.    Yes.  I can't recall, I don't believe

11   I've ever taken one independently offered by

12   Scheft independently.

13       Q.    Okay.

14       A.    Scheft did and was contracted by the

15   department, and they offered something totally

16   separate, but it was under the auspices of the

17   department.  That was separate.  But insofar as

18   when I personally paid for services, I went to

19   Rogers.

20       Q.    Okay.  And the Rogers program or study

21   session, was it over several days?  How did that

22   work?

23       A.    Typically they offer several different

24   seminars.  Sometimes you'll see a four-day

Shumeane Benford

28

1  seminar.  Sometimes you'll see a three, two and

2  up to a one cram.

3          I don't recall specifically, but I

4  believe it was a two-day seminar, I believe.

5      Q.    Okay.  Now, you mentioned Mr. Scheft,

6  Attorney Gary Scheft.

7          Is it your understanding that he was

8  contracted or otherwise had an arrangement with

9  the Boston Police to offer his version of the

10  study session in preparation for the 2005 exam?

11      A.    Yes.

12      Q.    Okay.  And did you participate in

13  that?

14      A.    Yes.

15      Q.    The Scheft?

16      A.    The Scheft, yes.

17      Q.    And that was no charge to you?

18      A.    There was no charge.  It was held off

19  campus.  It was held over on -- I believe

20  Bayside Expo is where it was held.

21          I just want to take an opportunity to

22  clarify that.  When John Scheft offered this,

23  that's where it was offered on behalf of the

24  department, obviously, because it was a

Shumeane Benford

29

1   departmentwide exam.  It could not be offered at

2   the academy because there just wasn't adequate

3   room.

4           The sessions were videotaped, and if

5   you were unable to participate in an actual

6   session, you were eligible and able to go to the

7   police academy and view the videotapes at the

8   police academy.

9           I was assigned to the police academy,

10  so I didn't actually go to the Expo, but I

11  viewed the videotapes at the police academy.

12      Q.    These were lectures that were offered.

13  Is that fair to say?

14      A.    That's correct.

15          He didn't give a promotional exam.

16  What he did was he compiled this material, and

17  it was a very fine line, because he's typically

18  acting as an independent contractor versus this

19  time he's acting on behalf of the department.

20          So he compiled all the information;

21  i.e., the rules and regs and special orders on

22  behalf of the department as best I can recall as

23  opposed to when you go to his study session or

24  seminar, they may say you want to focus on this

Shumeane Benford

30

1    area versus that area.

2              Again, it's based on their best

3    judgment and opinion but nothing that's concrete

4    or guaranteed, obviously, because they're

5    serving as independents.

6        Q.   So you would have watched videotapes

7    of Mr. Scheft at the police academy.  Is that

8    your testimony?

9        A.   That's correct.  Once the sessions

10   ended at the Bayside, they were only offered for

11   a prescribed period of time.  Any officer that

12   was unable to get there was able to go to the

13   police academy and view the tapes there.

14       Q.   And you were already working at the

15   police academy?

16       A.   That's right.  This is something that

17   was offered citywide for police officers as part

18   of the services the department's offering.

19       Q.   Okay.  Do you recall how many

20   videotapes you watched?

21       A.   I don't.  I don't.

22       Q.   All right.  Was there any kind of

23   sign-in process at the police academy for those

24   who were watching the Scheft videotapes, if you

Shumeane Benford

31

1    recall?

2        A.   I don't.  I'm sure -- we do try and

3    keep track of things.  There is a card and so

4    forth.  I can't recall specifically, but the

5    normal process would be to fill out a card if

6    you were taking a course sanctioned by the

7    department.

8        Q.   But you don't recall that in this

9    instance?

10       A.   I don't.

11       Q.   Okay.  And you don't recall, at least

12   for the 2005 process or preparation,

13   participating in a formal study group; is that

14   correct?

15       A.   No, not a formal study group, no.

16            Of course the word formal is

17   subjective.  It could be me and my first cousin,

18   you know, and it could be a group of officers,

19   but I did pretty much study on my own.

20            But, again, I did have opportunities

21   where I interacted with other officers where we

22   did speak about things, but insofar as meeting

23   every Wednesday or every Thursday from six to

24   eight or something like that, no.

Shumeane Benford

32

1    Q.    Okay.  Did MAMLEO offer any kind of a

2    course or other preparation for the 2005 exam?

3    A.    I know we did it for '08, and I know

4    we did it for the detective's exam.

5             I don't believe so.  I'm not sure.  I

6    don't believe so.  And I would certainly say if

7    we did offer it, it was not nearly as formal as

8    what was put together for the detective's exam

9    and the '08 exam.

10    Q.    Do you recall for the '05 exam

11    participating in any kind of program of any

12    nature offered by MAMLEO?

13    A.    Not that I recall.

14             And, of course, as an officer of the

15    association, I could have very well been there

16    for a meeting and participated in some of these

17    things.  I don't recall anything formalized that

18    I can recall for that actual exam.

19    Q.    Okay.  Besides everything we've

20    discussed, is there anything else that you

21    recall doing to prepare for the 2005 promotional

22    exam?

23    A.    No.  I think from a general cumulative

24    standpoint, I think we pretty much talked about

Shumeane Benford

33

1    the various different ways that I prepared,

2    certainly some of the texts that you'd be.

3    operating off of.

4         I mean, other than talking to myself,

5    you know, you go through your cue cards and you

6    go through things like that. But just in terms

7    of basic preparation, you know, going through

8    the material, you know, some of the different

9    seminars that were offered, I can't think of

10   anything out of the ordinary other than, you

11   know, we have audio tapes. I've spoken into a

12   microphone and recorded some tapes, and I

13   listened to them when I laid down at night. If

14   I was in a setting which permitted it, I often

15   would pop the ear bud in and listen to it. But

16   that's about it.

17        Q.   Now, are these audio tapes of

18   lectures?

19        A.   No, no. This is just me actually

20   going through my material, putting it on tape,

21   just certain instances where it's just not

22   practical to have a book actually reading it,

23   but if I was in an appropriate setting where I

24   could stick my tape recorder in my pocket and

Shumeane Benford

34

1    listen to it as I'm doing some other function,

2    I've done that.

3        Q.   Okay.

4        A.   Oh, you know what we did do?  We did

5    some preparation for the oral.  And I believe

6    the oral was part of the 2002 exam, but we did

7    speak to cameras and post questions.

8        Q.   Okay.  That's fair enough.  I'm just

9    trying to focus on the 2005 exam for right now.

10        A.   Okay.

11        Q.   And you said you took the exam offered

12    in 2008 as well?

13        A.   Yes, sir.

14        Q.   And did you do anything differently to

15    prepare for the 2008 exam besides what you've

16    talked about for the 2005 exam?

17        A.   I did participate in the sessions that

18    were offered at MAMLEO.

19            I also -- for that session I actually

20    instructed.  There was a small piece during the

21    very beginning of the program where I actually

22    served for a small piece of instruction.  I did

23    participate in that.

24            And I did participate in at least one

Shumeane Benford

35

1    study group.  It was a very short one, but we

2    did the final weeks leading up to it.

3             And several one-on-ones with other

4    officers.  But again, that was when we could

5    sort of squeeze it in, but that was something

6    different that I did.

7        Q.   Okay.  You mentioned that you acted as

8    an instructor, do I have that correct, for a

9    small portion?

10       A.   That's correct.

11            During the study group they tried to

12   sort of hand pick officers that had a particular

13   area of interest or some additional exposure to

14   some of the areas of law or administrative

15   procedure that may be offered on the exam.  And

16   I just gave a small piece of instruction during

17   the beginning.

18       Q.   Was that at MAMLEO?

19       A.   That's correct.  That's correct.

20       Q.   Okay.  And do you recall the subject

21   matter in which you --

22       A.   It would have been motor vehicle law.

23       Q.   Okay.  I'd just like to ask you a few

24   questions about your personal background.

Shumeane Benford

36

1              Could you tell me where you were born?

2       A.    I was born in Boston.

3       Q.    Okay.  And did you grow up in Boston?

4       A.    I did.

5       Q.    Okay.  Did you grow up in a particular

6   neighborhood of the city?

7       A.    Roxbury.

8       Q.    Okay.  Were both your parents living

9   at home when you were growing up?

10      A.    My mother was.  I was raised in a

11  single-parent household.  And my father was in

12  my life.  He just did not live in the house.

13      Q.    Okay.  What kind of work did your

14  mother do?

15      A.    My mother, she spent the majority of

16  her adult life working for the Salvation Army,

17  working with the homeless and the destitute.

18      Q.    Okay.  Do you know if she graduated

19  from college?

20      A.    No, she did not.

21            And if I could say, because I'm

22  extremely proud of her, she didn't graduate from

23  high school either.

24            I take that as a sense of pride simply

Shumeane Benford

37

1    because she stopped her life to raise six

2    children, but she did go back and get her GED

3    several years ago, so it was a pretty proud time

4    for us.

5        Q.    Very good.

6              Now, after you took the 2005

7    promotional exam, were you notified of your

8    score on the written portion of the exam?

9        A.    Yes.  You receive a letter from human

10   resources of the score.

11       Q.    It's called HRD?

12       A.    Not the Boston Police, HRD, that's

13   correct.

14       Q.    And do you recall approximately when

15   you would have received that letter?

16       A.    I don't, but it most certainly is

17   several months later, somewhere around there.

18       Q.    The first quarter of 2006 sound

19   reasonable?

20       A.    It sounds reasonable.  It could have

21   been also part of the last quarter.  Of course

22   the exam was administered in the last quarter,

23   and it's possible we could have gotten it in the

24   last quarter, some time in December, and it's

Shumeane Benford

38

```
 1   very possible it could have been the first
 2   quarter of '06, yes, sir.
 3       Q.   Okay.  And did it become possible for
 4   you at some point to ascertain your ranking, if
 5   you will, on the -- of those compared to others
 6   who took the exam?
 7       A.   Did it become possible to ascertain
 8   it?
 9       Q.   Yes.
10       A.   Yes.
11       Q.   Was there a Web site where you could
12   access that?  Does that sound familiar to you?
13       A.   I'm fairly confident they had one at
14   the time.  I can't say definitively, but I'm
15   fairly confident they did have it.
16       Q.   Okay.  Do you recall when you would
17   have learned or been able to determine your rank
18   compared to others who took the written exam?
19       A.   No.  However, I do know as part of the
20   compiling of the list, there are -- as I've been
21   told, there's a host of different formalities
22   that human resources on the state level goes
23   through to insure that, you know, if there is
24   any court decrees or court mandates, they have
```

Shumeane Benford

39

1    to assure that the list is adjusted.

2            In addition to the score being

3    published, there is a process before the list is

4    certified as well, from what I understand.

5            So I couldn't answer it definitively,

6    but there were some other steps that have to

7    take place on their end prior to publishing the

8    list.

9       Q.    Right.  Right.

10           But is it fair to say that some time

11   in 2006 you would have known where you stood on

12   the list?

13      A.    Yes, I would, that's fair to say.

14      Q.    Okay.  And do you recall what your

15   rank was on the exam?

16      A.    I don't.  I don't.  It could have been

17   in the threes somewhere, but I'm not sure.  I

18   don't recall.

19      Q.    Does 270 sound accurate to you or in

20   the ballpark?

21      A.    It sounds like it could be in the

22   ballpark.  For some reason the 300s sort of

23   stick in my head.  It could have been low

24   threes, mid threes, but I don't know.  I don't

Shumeane Benford

40

1    recall.

2        Q.    Okay.  I want to show you a document

3    which we'll mark as Exhibit 2 to your

4    deposition.

5                    (Exhibit 2 marked

6                     for identification)

7    BY MR. MORRIS:

8        Q.    Mr. Benford, do you recognize this

9    document that's been marked as Exhibit 2

10       A.    Yes.

11       Q.    Okay.  And that may not be a great

12   copy, but is that your signature down at the

13   bottom of the document?

14       A.    Yes, sir.

15       Q.    Okay.

16            MR. MORRIS:  Off the record.

17            (Discussion off the record)

18       Q.    I would like to direct your attention

19   to the box on the right-hand side about the

20   middle of the document which says date

21   discrimination took place.  And what's typed in

22   there, as you see, is January 2008.

23            Do you see that?

24       A.    Yes, sir.

Shumeane Benford

41

```
 1        Q.    Are you personally aware of any act of

 2   discrimination, particularly race

 3   discrimination, that either the City of Boston

 4   or the Commonwealth of Massachusetts engaged in

 5   against you in January of 2008?

 6              MR. GLEASON:  Before you answer, I

 7   just want to object on the grounds that this

 8   calls for both an expert and a legal opinion.

 9              But you can answer the question.

10        A.    Personally, no.  However, I'm mindful

11   that there is a host of legal precedence of

12   material that one would incorporate in making

13   such a decision or making such a statement or

14   taking the position on it of which I'm not

15   qualified to be.

16              However, I would suggest that the

17   system; i.e., the examination system and

18   subsequent promotional process is something that

19   could possibly be questioned.  And I would argue

20   that those individuals that may or may not have

21   felt that way, that's what they would be looking

22   to tackle.

23              But insofar as specifically

24   articulating one person over another, I'm not
```

Shumeane Benford

42

1    qualified to do it, and I don't know of any

2    personal example I could come up with that says

3    this has been done, this is why, and this is the

4    case.

5        Q.    Okay.  And the date January 2008, does

6    that have any significance to you in terms of

7    your claim against the city or the state?

8        A.    I mean, it seems approximately around

9    the same time that my attorney --

10            MR. GLEASON:   I would just caution

11   you not to reveal any of the substance of any

12   communication with your attorney.

13   BY MR. MORRIS:

14       Q.    I'm not interested in that.

15       A.    Okay.  Again, I would just think that

16   that may have been around the time that actions

17   may have been taken relative to the process.

18       Q.    The legal process in filing an action.

19   Is that fair to say?

20       A.    Yes.

21       Q.    Okay.  All right.  Do you have any

22   knowledge, and I don't want you to speculate,

23   but do you have any knowledge of how many

24   promotions to the position of sergeant that the

Shumeane Benford

43

1    Boston Police made following the 2002 exam?

2         A.    The '02 exam?

3         Q.    Yes.

4         A.    I don't know off the top of my head.

5    I know that they didn't get to me, and I believe

6    I was somewhere in the low 100s on that exam.

7         Q.    Once you found out your score or your

8    ranking, and we can ascertain exactly what it

9    was, but once you found out what it was

10   following the 2005 exam, did you believe that it

11   was likely that the Boston Police would reach

12   you as part of the promotions that would be made

13   off that list?

14        A.    I thought it was a fair expectation

15   that they would get to me.

16             You know, we can use different

17   examples or most notably the detective's exam

18   that they had.  The Boston Police actually held

19   onto that list for eight years.  And, you know,

20   challenging the staleness or the veracity of

21   whether it was fresh, yes or no, but they held

22   it for eight years and actually exhausted the

23   list by virtue of running out of names over the

24   years.

Shumeane Benford

44

1      So I think passing the exam and taking

2   into account some of the other things that I did

3   to make myself competitive, I thought that it

4   was it reasonable.

5      Q.   Okay.  I want to show you a document

6   which is the Fifth Amended Complaint in this

7   action which we'll mark as Exhibit 3 to your

8   deposition.

9           (Exhibit 3 marked

10          for identification)

11          MR. GLEASON:  Off the record.

12          MR. MORRIS:  Sure.

13          (Discussion off the record)

14   BY MR. MORRIS:

15      Q.   Mr. Benford, you're welcome to review

16   the document, obviously.

17      Have you seen this document before,

18   which is labeled Fifth Amended Complaint:

19   Injunctive and Declaratory Relief Requested?

20      A.   Not that I recall.

21      Q.   Okay.  I'd like to direct your

22   attention to page eight of the document, to

23   paragraph 36.  The first sentence, which I'll

24   just read into the record, says, "Although a

Shumeane Benford

45

1   majority of the named and majority of the class

2   plaintiffs passed the sergeant's exam, they have

3   not received scores high enough that they will

4   likely be reached for a promotion."

5            Do you see that sentence in paragraph

6   36?

7        A.   Yes, sir.

8        Q.   You passed the sergeant's exam; is

9   that correct?

10       A.   Yes, sir.

11       Q.   Do you think it's fair to say that you

12   did not receive a score high enough that you

13   would likely be reached for promotion?

14       A.   I wouldn't agree with that, no.

15            I would say that statement for me

16   actually captures why the system needs to be

17   reviewed based on its fundamental fairness.

18       Q.   And the reason you feel that that

19   statement doesn't apply to you is because --

20       A.   Well, I mean, they've set the

21   barometer, and they've set the standard for the

22   past.

23            And, again, once you get to that

24   stage, you're subject to and beholding to

Shumeane Benford

46

1   whatever's going to be the process for selecting

2   candidates for those positions.

3           And, again, for me that captures the

4   essence of why it needs to be reviewed. I'm

5   certainly qualified. I'm not where you want me

6   to be? Well, is that subjectively determined?

7   You know, again, it captures why it needs to be

8   reviewed.

9       Q.   Okay. While we're on the amended

10  complaint, I'd like to direct your attention to

11  the next paragraph, which is paragraph 37, which

12  is kind of a mouthful, but I'll read it into the

13  record. "As a result of utilizing the HRD

14  multiple choice sergeant's promotional

15  examination, minority police officers who have

16  taken the examination both in the municipalities

17  named in this lawsuit and elsewhere have been

18  ranked significantly lower than their

19  nonminority counterparts despite their being

20  otherwise equally as qualified for a sergeant's

21  promotional position."

22          Do you see that allegation?

23      A.   Sure.

24      Q.   Okay. I'm going to represent

Shumeane Benford

47

1    something to you, which you can take or not, but

2    as a result of the 2005 promotional exam for the

3    City of Boston, as I understand it, 56 white

4    police officers have been promoted.  Whether

5    that's the exact number or it's some other

6    number, but there have been white officers who

7    have been promoted.

8         A.    Sure.

9         Q.    As you sit here today, do you have any

10   knowledge about the qualifications of those

11   white officers for a promotion to the sergeant

12   position?

13        A.    No, other than to say that, again,

14   based on the standard that was set, I would

15   expect that they passed the exam.  Beyond that,

16   I couldn't make any representation.

17             MR. MORRIS:  Okay.  I don't have

18   any further questions, but I'm afraid you're not

19   done.  Ms. Alvarez will have some questions.

20             Do you want to take a break?

21             MR. GLEASON:  Do you mind if we

22   take a break?

23             MR. MORRIS:  Sure.  No problem.

24             (Recess taken)

Shumeane Benford

48

1

2                      CROSS-EXAMINATION

3    BY MS. ALVAREZ:

4        Q.   Hi, Mr. Benford.   I'm Iraida Alvarez.

5    I represent the Commonwealth, Human Resources

6    Division.   I have a few follow-up questions for

7    you.

8             You testified earlier you had attended

9    Curry College and North Shore Community College.

10       A.   Yes, ma'am.

11       Q.   Did you receive a scholarship to

12   attend college?

13       A.   No, ma'am.   No, I didn't.

14            At my master's level, there was a

15   one-time grant that was offered within the

16   department, and I believe it was $4,000.

17            And the City of Boston had a

18   relationship with Boston University, and they

19   have so many slots, and I attended a program on

20   a master's level for a very short period.   But

21   beyond that, I paid for my education.

22       Q.   Was that the master's in political

23   science that you were talking about earlier?

24       A.   No, ma'am.   That was when I was in the

Shumeane Benford

49

1    criminal justice program.  My master's is in the

2    government department.

3              However, when I was in the criminal

4    justice program I was at BU, and that was under

5    the city program.

6              I've subsequently transferred back to

7    Suffolk.  I actually forgot about that.  My

8    apologies.  The city offers a program for their

9    employees, and I was under that program.

10             And it's not a situation where you

11   receive a grant or a stipend.  I believe it's a

12   relationship that the city has with the

13   university.

14        Q.   But you never finished the degree at

15   BU?

16        A.   That is correct.  I subsequently

17   transferred my credits into Suffolk University

18   which were credited to my master's in political

19   science.

20        Q.   Okay.  What made you decide to go into

21   policing?

22        A.   As much a cliche as it sounds, I

23   wanted to help people.  My professional career

24   didn't start on a local level.  I sort of

Shumeane Benford

50

1  started on the federal level and I worked my way

2  backwards.   But I wanted to help people.  I mean

3  that sincerely in my personal life and my

4  professional life.

5       Q.   So where did you work before you

6  entered the Boston Police?

7       A.   Prior to the Boston Police, I worked

8  for Boston Housing Police.

9            Prior to that I worked for

10  Northeastern University Police.

11           And prior to that I worked for the US

12  Environmental Protection Agency.

13      Q.   And what did you do for the US

14  Environmental Protection Agency?

15      A.   I started out as a student aid in high

16  school, and I worked there for approximately

17  four and a half years.  I worked in a myriad of

18  different positions within Region 1.  However,

19  when I left, I was working as an investigative

20  assistant.

21      Q.   And what were your responsibilities as

22  an investigative assistant?

23      A.   Largely it was a learning process;

24  however, it was to support them

Shumeane Benford

51

1 administratively, with getting documents ready,

2 for interviewing witnesses or insuring that they

3 had necessary administrative tools to do the

4 job.

5     Q.    Was that within the security

6 department?

7     A.    This was within the civil

8 investigations department.

9         And the investigation was civil

10 investigators, but it was within Region 1 and

11 the Maine and Vermont Superfund Section.

12     Q.    And did you have any supervisory

13 responsibilities in that position?

14     A.    Yes.  I didn't carry the title, but

15 clearly there were roles that I was playing.

16         For instance, at one point for the

17 Maine and Vermont Superfund Section, I was in

18 charge of working under Bob Hinton, who was my

19 supervisor at the time, but I was in charge of

20 insuring that the vehicles that were used by the

21 investigators as well as the different

22 environmentalists and biologists that worked for

23 that section, making sure the cars were

24 maintained and ready to go.

Shumeane Benford

52

1          We also were responsible for office

2    systems within there.  There were many times

3    when I worked autonomously with some directed

4    expectations.

5          Q.    Did you supervise any other employees

6    in that capacity?

7          A.    I did not supervise any other

8    employees.  I worked with, again, some of the

9    contractors that provided the services for the

10   vehicles and so forth.

11          I was expected to interact with them

12   and insure that the work was performed according

13   to what was printed on the GSA form.  But

14   specifically supervising employees under me, no.

15          Q.   How about when you were at

16   Northeastern, what were your responsibilities in

17   that position?

18          A.   When I initially went to Northeastern

19   University, I went as a security guard.

20          Shortly after arriving there, I'm not

21   sure of the exact time frame, but it was within

22   a year, I was reassigned to work for the

23   administrative lieutenant.  He was responsible

24   for shift assignments, allocating vacations and

Shumeane Benford

53

1    so forth.

2            And it was just the two of us.  There

3    was administrative help that was available

4    during the week and during the daytime hours,

5    but during the evening, I was expected to assist

6    with organizing that material.

7        Q.    Did you supervise any other security

8    guards in that capacity?

9        A.    No, ma'am.

10       Q.    Okay.  How about the Boston Housing

11   Police, what were your responsibilities there?

12       A.    Once I got there, again, it was during

13   a paradigm shift, and the philosophy was moving

14   toward a community policing model.

15            I started out working in Dorchester,

16   Franklin Hill, Franklin Field.  And I was

17   specifically requested by the neighborhood that

18   I grew up in down in Roxbury to come back and

19   work there once they were expected to implement

20   some community policing strategies there.

21            But as far as supervising individuals,

22   I did not, but very much I was involved with the

23   implementation of that strategy there.

24       Q.    Did you supervise any other employees

Shumeane Benford

54

1     while you were at the Boston Housing Police?

2          A.    No, ma'am.

3          Q.    Okay.   At some point you entered the

4     police academy; is that right?

5          A.    Yes, ma'am.

6          Q.    When was that?

7          A.    March of 19 -- the Boston Police

8     Academy, I've completed two police academies,

9     but specifically the Boston Police Department, I

10    believe it was March 22nd of '95.

11         Q.    What other police academy have you

12    attended?

13         A.    The Medford Police Academy.

14         Q.    When did you attend the Medford Police

15    Academy?

16         A.    1994.

17         Q.    Okay.   Did you graduate from the

18    Medford Police Academy?

19         A.    Yes, ma'am.

20         Q.    When did you graduate from the Medford

21    Police Academy?

22         A.    I believe I graduated in August of

23    that year.

24         Q.    1994?

Shumeane Benford

55

1      A.    Yes, ma'am.

2      Q.    Did you do anything to prepare to

3   enter the academy in Medford or the Boston

4   Police Academy?

5      A.    Yes, ma'am.

6      Q.    What did you do?

7      A.    Insure that my personal life was in

8   order, knowing full well what the expectations

9   were going to be.  Physically prepared.  I had

10  some understanding that there was going to be

11  some rigorous demands on my body physically, so

12  I physically prepared both with weight training,

13  running and some other calisthenics and

14  exercises.

15          Additionally, I reviewed my study

16  habits to maybe sure they were in line with what

17  those demands were going to be.

18      Q.    Was the performance at the Medford

19  Police Academy rated in any way?

20      A.    When you say "performance," are you

21  talking physically, academically?

22      Q.    Academically.  Did you have any tests?

23      A.    Yes, ma'am.

24      Q.    Did they grade those tests?

Shumeane Benford

56

1     A.    Yes, ma'am.

2     Q.    Do you recall how you did on those

3  tests?

4     A.    I think I did okay.  I don't recall

5  the numbers, but I think I did okay.

6     Q.    How about at the Boston Police

7  Academy, did they have similar tests that were

8  graded as well?

9     A.    Yes, ma'am.

10    Q.    Do you recall how you did on those

11 tests?

12    A.    I think I did fairly well.

13    Q.    Were you ever disciplined while you

14 were enrolled either at the Medford or Boston

15 Police Academy?

16    A.    Not that I can recall, not formally.

17 Part of the culture, part of the training, you

18 know -- now that I'm a staff member, I fully

19 understand that part of the strategy is

20 preaching togetherness, working as one unit.

21         And oftentimes, you know, it's not

22 formalized discipline, but there are things that

23 you do to try and assure that everyone's on the

24 same page.  But as far as formal discipline, not

Shumeane Benford

57

1    that I recall.

2        Q.    And when did you take the entry-level

3    exam for the Boston Police?

4        A.    I'm not sure.  Certainly prior to

5    that.  I want to say in either '92 or '93.  I'm

6    not sure.  I was in high school.  In 1990 I

7    graduated.  I wouldn't have been eligible that

8    year.  I believe it was '92 or '93, but I'm not

9    sure.

10       Q.    Do you recall how you did on that

11   test?

12       A.    I don't.

13       Q.    And other than the 2002, 2005 and

14   2008, did you at any point before then apply or

15   take the examination to become a police sergeant

16   in the Boston Police Department?

17       A.    Prior to that, I don't believe that

18   there was one offered where I was eligible.

19       Q.    Okay.

20       A.    It's three years before you're

21   eligible, and I believe that the 2002 exam was

22   the first one I was eligible for.

23       Q.    The 2002?

24       A.    I believe so.

Shumeane Benford

58

1    Q.   In your experience as a Boston police

2  officer, have you ever been disciplined?

3     A.   There was once where I received an

4  oral warning for a motor vehicle accident.

5     Q.   Okay.

6     A.   I just recalled that. I wasn't found

7  at fault, and that was the one example.

8     Q.   Do you remember when that was?

9     A.   I was assigned to the district, so it

10  had to be prior to '01, probably somewhere

11  between '97 and '99, but I don't recall the

12  specific time.

13    Q.   Earlier you testified about what you

14  did to prepare for the 2005 exam.

15    A.   Yes, ma'am.

16    Q.   And you spoke briefly about what you

17  did for the 2008 exam.

18     Did you have the same -- you had

19  testified that you had a personal regimen that

20  you followed to prepare for the 2005 exam.

21     Did you follow that regimen for the

22  2008 exam?

23    A.   Pretty much, other than the addition

24  of participating in the study group.

Shumeane Benford

59

1      Q.    Okay.  After you took the 2005 exam,

2   did you believe that any of the questions were

3   unfair?

4      A.    I mean, the questions are not always,

5   in my humble opinion, worded as ideally as I'd

6   like to see them.

7            Insofar as specifically saying unfair,

8   I'm not sure that I could characterize it that

9   way, but again, I'm not sure they were ideally

10  worded and so forth.

11     Q.    Did you have any concerns about the

12  exam as a whole?

13     A.    You always leave an exam hoping that

14  you hit on everything, but nothing necessarily

15  jumps out.

16     Q.    Why did you decide to become a

17  plaintiff in this lawsuit?

18     A.    I personally believe that the system

19  and the process has to be reviewed.

20            I find it hard to believe that

21  officers of color are not as competitive and not

22  as qualified as other candidates.  This is not

23  an attack of any other candidate that has

24  deservingly earned it.

Shumeane Benford

60

1          Again, I don't have the numbers in
2    front of me, but if you look at the numbers,
3    they speak for themselves.  There's got to be
4    something there.
5          Q.   Were there any other personal factors
6    that weighed in your decision to join in this
7    lawsuit other than what you just described?
8          A.   No.
9               MS. ALVAREZ:  I don't have any more
10   questions.
11              MR. GLEASON:  I don't have any
12   questions.
13              (Whereupon the deposition was
14   concluded at 10:50 a.m.)
15
16
17
18
19
20
21
22
23
24

Shumeane Benford

61

C E R T I F I C A T E

1

I, SHUMEANE BENFORD, do hereby certify that

I have read the foregoing transcript of my

testimony, and further certify that it is a true

and accurate record of my testimony (with the

exception of the following corrections):

Page     Line                Correction

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Signed under the pains and penalties of

perjury this_____day of_____, 200__.

_____

SHUMEANE BENFORD

Shumeane Benford

62

1  COMMONWEALTH OF MASSACHUSETTS)

2  SUFFOLK, SS.                )

3

4       I, Daria L. Romano, RPR, CRR and Notary

5  Public in and for the Commonwealth of

6  Massachusetts, do hereby certify that there came

7  before me on the 3rd day of December, 2008, at

8  9:35 a.m., the person hereinbefore named was

9  duly sworn by me and that such deposition is a

10  true record of the testimony given by the

11  witness.

12       I further certify that I am neither related

13  to nor employed by any of the parties or counsel

14  to this action, nor am I financially interested

15  in the outcome of this action.

16       In witness whereof, I have hereunto set my

17  hand and seal this 8th day of December, 2008.

18

19

20                      _Daria L. Romano_

21                      Notary Public

22                      My Commission Expires

23                      March 15, 2013

24                      COPY

BLANK TAB

Shumeane Benford

Page 1

```
 1                                  Volume:  I

 2                                  Pages:  1-62

 3                                  Exhibits:  1-4

 4              UNITED STATES DISTRICT COURT

 5    DISTRICT OF MASSACHUSETTS

 6    Civil Action No. 07-11693-JLT

 7    - - - - - - - - - - - - - - - - - - - -x

 8    PEDRO LOPEZ, et al.,

 9                     Plaintiff,

10         v.

11    CITY OF LAWRENCE, MASSACHUSETTS, et al.,

12                     Defendants.

13    - - - - - - - - - - - - - - - - - - - -x

14

15         Deposition of Shumeane Benford

16            December 3, 2008

17         9:35 a.m. - 10:50 a.m.

18         Morgan, Brown & Joy, LLP

19            200 State Street

20           Boston, Massachusetts

21

22    Reporter:  Daria L. Romano, RPR/CRR

23

24
```

Shumeane Benford

Page 2

1  A P P E A R A N C E S :
2
3    WILMER CUTLER PICKERING HALE AND DORR, LLP
4    (by Jeffrey Gleason, Esq.)
5    60 State Street
6    Boston, Massachusetts 02109
7    (617) 526-6000
8    jeffrey.gleason@wilmerhale.com
9    for Plaintiff Shumeane Benford.
10
11   MORGAN, BROWN & JOY, LLP
12   (by Robert P. Morris, Esq.)
13   200 State Street
14   Boston, Massachusetts 02109
15   (617) 523-6666
16   rmorris@morganbrown.com
17   for Defendant City of Boston.
18
19  (Continued)
20
21
22
23
24

Page 4

1              I N D E X
2    Deposition of:              Page
3    SHUMEANE BENFORD
4    By Mr. Morris              6
5    By Ms. Alvarez             48
6
7
8
9            E X H I B I T S
10   No.                        Page
11   1   Documents              20
12   2   Charge of discrimination    40
13   3   Fifth Amended Complaint:  Injunctive
14      and Declaratory Relief Requested    44
15
16
17
18
19
20   *Original exhibits retained by Mr. Morris
21
22
23
24

Page 3

1   APPEARANCES, Continued.
2
3    THE COMMONWEALTH OF MASSACHUSETTS
4    OFFICE OF THE ATTORNEY GENERAL
5    (by Iraida J. Alvarez, Esq.)
6    One Ashburton Place
7    Boston, Massachusetts 02108
8    (617) 727-2200
9    iraida.alvarez@ago.state.ma.us
10   for Defendant Paul Dietl, in his
11   capacity as personnel administrator
12   for the Commonwealth of Massachusetts,
13   Human Resources Division.
14
15
16
17
18
19
20
21
22
23
24

Page 5

1         P R O C E E D I N G S
2
3        MR. MORRIS:  Jeff, I'm assuming
4   that we will apply the same stipulations that
5   were operative in yesterday's deposition of
6   Lynette Praileau?
7        MR. GLEASON:  That's fine.
8        MR. MORRIS:  Thank you.
9          Stipulation
10      It is stipulated by and between counsel for
11  the respective parties that the deposition is to
12  be read and signed by the deponent within 30
13  days of receipt under the pains and penalties of
14  perjury; and that the sealing and filing and
15  notarization thereof are waived; and that all
16  objections, except as to form, and motions to
17  strike, are reserved to the time of trial.
18
19
20        SHUMEANE BENFORD
21
22  a witness called for examination by counsel for
23  the Defendant, being first duly sworn, was
24  examined and testified as follows:

2 (Pages 2 to 5)

Shumeane Benford

Page 6

```
1              DIRECT EXAMINATION
2   BY MR. MORRIS:
3       Q.   Would you please state your full and
4   complete name for the record?
5       A.   Sure.  Shumeane L. Benford.
6       Q.   Since there's been some confusion,
7   would you spell your name?
8       A.   S-H-U-M-E-A-N-E  B-E-N-F-O-R-D.
9       Q.   Very good.  And I apologize for
10  getting your name wrong on the notice of
11  deposition and various other documents.
12      A.   It's been a lifelong deal.  I
13  appreciate it.
14      Q.   What is your address?
15      A.   8 Humboldt Avenue, Roxbury, Mass.
16      Q.   Do you have any medical condition that
17  might affect your ability to understand
18  questions or answer them truthfully?
19      A.   No, sir.
20      Q.   And have you taken any medication that
21  might affect your ability to understand
22  questions or answer them truthfully?
23      A.   No, sir.
24      Q.   Have you been deposed before?
```

Page 7

```
1       A.   Yes, sir.
2       Q.   On how many occasions?
3       A.   I can recall one.  And it's been a
4   number of years.
5       Q.   You may well be familiar with all of
6   this, but I just ask witnesses for the ease of
7   the reporter, if you would allow me to finish my
8   questions before you begin answering.  And on
9   the other side, I will try to allow you to
10  finish your answers before asking another
11  question.  This makes the reporter's life much
12  easier.
13      A.   Yes, sir.
14      Q.   And also, you are free to take breaks.
15  I would ask you not do so while a question's
16  pending, although that didn't work out that way
17  yesterday, but nonetheless, hopefully we can
18  work that way, but if you need to take a break
19  for whatever reason, that's fine.
20      A.   Okay.
21      Q.   Have you ever been a plaintiff to any
22  other lawsuit besides the current action?
23      A.   I believe there may have been one that
24  I can recall, and it was involved in a private
```

Page 8

```
1   matter with a condo association.
2       Q.   Have you ever filed any other claims
3   regarding your employment either with the Boston
4   Police or anyone else?
5       A.   Not that I can recall, sir.
6       Q.   Okay.  Could you describe for me your
7   educational background starting with high
8   school?
9       A.   Starting with high school.  I
10  graduated from Madison Park High School.  It's a
11  public high school, part of the City of Boston
12  School Department.
13           From there I went to Roxbury Community
14  College, took a math class for one semester.
15           From there I transferred to North
16  Shore Community College because Roxbury
17  Community College didn't have my degree field.
18  I stayed at North Shore Community College,
19  graduating with an associate's degree in
20  criminal justice.
21           I subsequently transferred to
22  Northeastern University where I took classes
23  there for approximately a year and a half.
24           And from there I transferred to Curry
```

Page 9

```
1   College where I completed studies for my
2   bachelor's degree, and I subsequently received a
3   master's degree in political science from
4   Suffolk University.
5       Q.   Okay.  What year did you graduate from
6   high school?
7       A.   1990.
8       Q.   Am I correct you received your degree
9   from Curry College in 1998?
10      A.   That is correct, sir.
11      Q.   And your associate's degree, when did
12  you receive that?
13      A.   I believe that was 1993.
14      Q.   Okay.  Very good.
15           And your master's degree from Suffolk,
16  that is in political science, you said?
17      A.   Yes, sir.
18      Q.   And what was the year of that degree?
19      A.   I completed my studies in '07;
20  however, I didn't formally participate in the
21  graduation procedures until 2008.
22      Q.   But you have received your degree?
23      A.   Yes, sir.
24      Q.   Okay.  Now, when did you become
```

3 (Pages 6 to 9)

Shumeane Benford

Page 10

1  employed by the Boston Police?
2      A.  March 22, 1995..
3      Q.  Were you employed as a police officer
4  at that point?
5      A.  Once I was brought in, I was brought
6  in as a recruit officer trained at the police
7  academy.  And upon graduation, I received the
8  title of student officer -- excuse me,
9  probationary police officer during a
10  probationary period and then the permanent title
11  of police officer upon the completion of your
12  probationary period.
13      Q.  Okay.  And when did you obtain the
14  title of police officer?
15      A.  Police officer -- obtaining the title
16  of police officer would have been an
17  organizational change.  Fundamentally it went
18  from patrolman to police officer, for obvious
19  societal reasons.
20      Q.  Okay.
21      A.  So it used to be patrolman, and
22  organizationally they changed it to police.
23  officer at some point.
24      Q.  Okay.  You talked about being a

Page 11

1  recruit officer and then having -- being a
2  probationary officer.  I'm just trying to
3  ascertain whether you call it a patrolman or
4  police officer when you first were appointed to
5  that position?
6      A.  Sure.  At which point I was appointed
7  to the position of patrol officer?
8      Q.  Yes.
9      A.  Or patrolman?
10      Q.  Yes.
11      A.  Well, theoretically from the point at
12  which you complete the state-mandated minimum at
13  the police academy, you had the title.
14      Q.  All right.
15      A.  Internally there is a probationary
16  period which is supported by state statute which
17  you go through, and you simultaneously carry
18  both titles.
19          Organizationally, it's probationary
20  police officer, but you officially completed the
21  studies.
22      Q.  When did you complete your
23  probationary period?
24      A.  Six months after graduation.

Page 12

1      Q.  Which was approximately when?
2      A.  Approximately the end of
3  September 1995.
4      Q.  Okay.  Very good.
5          And have you been continuously
6  employed with the Boston Police since
7  September 1995?
8      A.  Yes, sir.
9      Q.  Okay.  And can you describe for me the
10  various -- whatever positions that you've held
11  with the Boston Police starting with
12  September 1995?
13      A.  Upon graduation I was assigned to
14  District B-3, Mattapan.  I was assigned to field
15  services, working the street.
16          I worked a myriad of different
17  assignments while at District 3 to include plain
18  clothes, neighborhood police officer and what
19  would be the rapid response unit, which is
20  basically two officers that respond to Priority
21  1 calls.
22          While assigned to District 3, I
23  received several temporary assignments where I
24  was reassigned to headquarters, working directly

Page 13

1  for the director of human services as a
2  recruiter.
3      Q.  Okay.
4      A.  I did that on three separate occasions
5  over the course of several years.  However, the
6  cumulative time in that position was probably
7  between seven and nine months.
8          And in that role and in that capacity
9  I went out and served as a recruiter on behalf
10  of the Boston Police Department.
11          That ended somewhere around January of
12  2001, at which point I was transferred to the
13  police academy, which is the current location of
14  my permanent assignment, and I am a staff
15  instructor there.
16      Q.  Okay.
17      A.  And while at the police academy, there
18  was a nine-month to 11-month period where I was
19  assigned to the department range, but it's all
20  under the umbrella of the training academy.
21      Q.  I'm sorry, you were assigned to
22  department --
23      A.  The department range, the firing
24  range.

4 (Pages 10 to 13)

Shumeane Benford

Page 14

1    Q.   Okay.  And what courses or subject
2    matters do you teach at the police academy?
3       A.  I'm certified as a staff instructor
4    which qualifies us to teach a myriad of
5    different courses.
6          However, at this current state I am
7    the primary instructor in motor vehicle law,
8    commonly referred to as Chapter 90, but it's
9    Massachusetts motor vehicle law.
10      Q.  Okay.
11      A.  That encompasses instruction on City
12   of Boston parking regulations as well.
13      Q.  Okay.
14      A.  And I am cross trained in several
15   areas.
16         And as a staff instructor, as a
17   general title again, if there is a need to fill
18   a position by virtue of a staff instructor being
19   out or some type of anomaly with the schedule,
20   we can step in and teach other subject matters.
21      Q.  Okay.  Since September of 1995, have
22   you been employed or done any work for any other
23   entity other than the Boston Police?
24      A.  No, sir.

Page 15

1    Q.   Okay.  Are you a member of any
2    associations?
3       A.  Yes, sir.
4       Q.  Can you identify them for me?
5       A.  I'm a member of the MAMLEO, the
6    Massachusetts Association of Minority Law
7    Enforcement Officers.
8          While technically it doesn't recognize
9    itself as an association, I am an active member
10   of the Boston Police Patrolmen's Association.
11      Q.  Okay.  Any others?
12      A.  Not that comes to mind immediately.
13   Those are the two that I'm most active in.
14         I believe I'm a lifelong member of the
15   NAACP.  And there may be a couple of other
16   advocacy groups that I'm a member of, but they
17   just don't come to mind at this point.
18      Q.  Do you hold any positions within
19   MAMLEO?
20      A.  Yes, sir.  Currently I'm a board
21   member with the specific title of chairperson.
22      Q.  Is it like the managing board of the
23   organization?
24      A.  It's a governing board.

Page 16

1    Q.   Okay.  Now, we're obviously here
2    because you applied to be promoted to the
3    position of police sergeant in 2005.
4          Did you in fact take the police
5    promotional exam in 2005?
6       A.  Yes, sir.
7       Q.  Prior to 2005, had you sought to be
8    promoted or applied to be promoted to police
9    sergeant?
10      A.  Prior to '05?
11      Q.  Yes.
12      A.  Yes. -
13      Q.  Do you remember in what years you
14   applied?
15      A.  There was no formal application
16   process other than when the exam is announced.
17   So I did participate in the 2002 exam.
18      Q.  Okay.  In any other earlier exams?
19      A.  Not that I can recall for the rank of
20   sergeant.
21      Q.  Okay.  And have you -- did you take
22   the most recent police promotional -- sergeant
23   promotional exam in October of this year?
24      A.  Yes, sir.

Page 17

1    Q.   Okay.  Now, if I understand correctly,
2    the 2002 exam contained both written and oral
3    portion.  Is that fair to say?
4       A.  That's correct.
5       Q.  Could you describe the oral part of
6    the exam for me, if you recall?
7       A.  Sure.  It was held at the Fleet
8    Center, now TD Banknorth Garden.
9          Do you want to know specifically what
10   the process was?
11      Q.  Sure, if you can recall.
12      A.  We were brought into a central housing
13   area.  And I believe we were assigned random
14   numbers or our names were randomly called.
15         We were then escorted to secured rooms
16   that were secured by department cadets and other
17   administrative personnel.  I can recall being
18   escorted into a room where there was a
19   television and I believe a video camera.
20         I can't recall whether the questions
21   that we were expected to respond to appeared on
22   the screen or they were given to us pre-scripted
23   as we entered the room.
24         But I do recall being given a time

5 (Pages 14 to 17)

Shumeane Benford

Page 18

1  frame to respond to questions and speaking
2  directly to a camera. There were no live
3  persons in the room or a panel in the room that
4  I was interacting with.
5      Q. Okay. Do you recall how many
6  questions you had to respond to?
7      A. I do not. There were at least
8  several, but I don't recall the specific number.
9      Q. If you recall, did other police
10  officers who were taking part in this
11  promotional process in 2002 complain about the
12  oral part of the exam?
13      A. I can't speak specifically as it
14  relates to any one officer, but of course you
15  hear as we would term guardroom chatter or
16  chatter within the department from officers that
17  may have had concerns or complaints relative to
18  the written component and the oral. But as far
19  as very specific complaints, I can't say that I
20  did.
21      Q. All right. I understand that, but do
22  you recall even in a very general way complaints
23  about the oral part of the exam?
24      A. I mean, in general, of course when

Page 19

1  it's a weighted component type of exam, there
2  are some that have extreme strength in other
3  areas and weaknesses in other areas. So, you
4  know, the thought that someone could have been
5  affected by one component over the other could
6  very well be a reality, but again, very
7  specifically, I can't recall.
8      Q. Do you recall any complaints in
9  relationship to the oral part of the exam that
10  perhaps that part of the exam was too
11  subjective? Do you recall any comments of that
12  nature?
13      A. Comments, no.
14      Q. Anything of that nature?
15      A. I mean, of course, you know, I would
16  love to interact with you personally because we
17  know there are a host of other means of
18  communication, body language, facial tone, you
19  know, involuntary muscles in the face that feed
20  off of each other. You know, speaking to a
21  camera has its limitations.
22      But beyond, and that's a personal
23  preference, I would love to interact with you
24  personally as opposed to on a camera, but,

Page 20

1  again, I can't think of anything specific.
2      Q. Okay. I believe you mentioned that
3  you're an active member of the patrolman's
4  association; is that correct?
5      A. Yes, sir.
6      Q. Do you recall the patrolman's
7  association having any complaints about the 2002
8  exam, particularly the oral part of that exam?
9      A. I can't recall anything specifically,
10  no.
11      Q. Okay. I'd like to show you some
12  documents which we'll have marked as Exhibit 1
13  to your deposition.
14          (Exhibit 1 marked
15          for identification)
16  BY MR. MORRIS:
17      Q. Mr. Benford, do you recognize these
18  documents which have been marked as Exhibit 1?
19      A. Yes, I do.
20      Q. Could you just maybe describe for me
21  what these documents are?
22      A. They appear to be representative of
23  material that myself or other officers taking
24  the promotional exams over the past years may

Page 21

1  have used as part of their preparation.
2      Specifically, Problem-Oriented Police
3  looks like it may be some representation of the
4  actual text.
5      The BPD Basics 1, BPD Basics 2 and BPD
6  Basics 3 appear to be material that was compiled
7  by a contractor John Scheft who is an attorney
8  in the state and often does work on behalf of
9  our local police department.
10      I do recall the Boston Police did
11  contract with him to provide some material for
12  the exam. So these three books come out of -- BPD 1, 2
13  and 3 looks like they may be representative of
14  the texts he compiled.
15      Supervision of Police Personnel is the
16  sixth edition, one of the editions of one of the
17  texts that Ianonne has written. That has been a
18  mainstay of the study material in the
19  promotional exams.
20      The rules and regs, this appears to be
21  something that may have come out of one of the
22  study sessions that were held by a private
23  contractor that was not contracted by the police
24  department. I believe it was Rogers. But,

6 (Pages 18 to 21)

Shumeane Benford

Page 22

1  again, it's representative of the type of
2  material that you would get as part of one of
3  his study sessions.
4      Again, Boston Police Special Orders
5  2005, again, would be representative of the type
6  of material that you would get at a study
7  session.
8      And the Constitutional Law Book is a
9  law book, annotated version of the
10 constitutional law. It includes some
11 representation of case law. And it was put
12 together by our now retired lieutenant James
13 Moore who was an instructor at the academy. And
14 I believe that this book was copyrighted.
15     And that might be one of my daughter's
16 stickers, so I surmise that this may be my book.
17     Q. Okay. Focusing on the 2005 exam, can
18 you describe for me -- and that exam was
19 administered, as I understand it, some time in
20 October of 2005. Does that sound correct?
21     A. I believe that will be the case.
22 They're typically held in the fall. I believe
23 so.
24     Q. Can you describe for me what you did

Page 23

1  to prepare for that exam?
2      A. Obviously reading through the text.
3      There's oftentimes, and this is a
4  sidebar to the text, the text is always the
5  basic fundamental baseline for preparing for it,
6  but again, just as you saw Rogers here, officers
7  had come to rely on a multitude of different
8  resources and trying to compile the material.
9  There's quite a bit of material, I think in
10 excess of 2,000 pages, not to be quoted on that,
11 but I think it's somewhere in excess of that.
12     You know, I had a personal regimen
13 that I did study hours, reading through the
14 material, looking at some of the -- again, some
15 of these annotated versions and just general
16 preparation; i.e., reading and going over and
17 self-testing and so forth.
18     Q. Okay. Can you describe for me the
19 personal regimen that you followed?
20     A. Typically I would have to get up in
21 the morning. I have young children, so they
22 don't understand personal time, it's all
23 cumulative, and that means playing, but
24 typically I would get up in the morning.

Page 24

1      I had to work generally at 7:30. I
2  was in the city, so getting to work, I didn't
3  need more than a half hour, 35 minutes. But
4  typically I would get up between 4:30, five, try
5  to get a couple of hours in in the morning,
6  trying to review what I could during the day,
7  and then typically at night put in several hours
8  before turning in.
9      Q. Okay.
10     A. From time to time you may have found
11 yourself with study groups or working with
12 individuals in the exchange of information, but
13 I don't recall during that exam participating in
14 a directed form of study group. But again, to
15 have sidebar conversations or link up with
16 someone from time to time was reasonable.
17     Q. Okay. And when did you begin
18 preparing for the exam that was administered in
19 the fall of 2005?
20     A. You know, I can't recall. There was
21 one exam, and I can't recall when former
22 Commissioner Evans left the department or it
23 could have been with Kathleen O'Toole, but there
24 was one exam where the announcement was released

Page 25

1  ahead of time in addition to the formal six
2  months which is what you'd expect. And I
3  believe that there's a four-month statutory or
4  some civil service expectation that it was going
5  to be announced. And it may have been during
6  the detective's exam, but I'm not sure.
7      But typically, you know, you get the
8  material, you start to thumb through it, myself
9  personally, generally anywhere between four and
10 a half months, somewhere around that time frame.
11     Q. Okay. Somewhere in that range?
12     A. Yes, sir.
13     Q. Okay.
14     A. And it gets more concentrated as you
15 approach it. You start reading things, and
16 you're reading Goldstein's biography and
17 something may be asked about his childhood, I
18 don't know, but as it gets closer to, you start
19 to cram and look at a myriad of different areas.
20     Q. Okay. Did you participate in any
21 courses prior to the 2005 exam?
22     A. I believe during both the previous
23 exam and the '05 exam I did take at least one
24 course with Rogers during both components, I

7 (Pages 22 to 25)

Shumeane Benford

Page 26

1  believe. So the answer is yes.
2      Q.  Okay.  I'd just like to focus, if you
3  can distinguish, I realize there was more than
4  one test, on the 2005 exam.
5          It's your testimony you took a course
6  offered by an attorney Patrick Rogers?
7      A.  Yes, sir.
8      Q.  And tell me about that course.  Do you
9  recall when approximately it was offered?
10     A.  I took two of the courses.
11         I believe the course that I took was
12  the one that was concentrated closer to the
13  exam, during the several seminars, as they call
14  them, that they offer.
15         And I believe the one that I took was
16  closer to the exam, and I'm not sure whether it
17  was '05 or '02 or when it was, but I recall
18  taking one that was hosted as a hotel, I want to
19  say one of the Tara hotels, maybe in Braintree
20  or something like that, and then one of them was
21  hosted at the Detective's Benevolent Society on
22  Hyde Park Avenue.  And both of them were
23  conducted by Rogers.
24         And, again, I'm not sure which one,

Page 27

1  but I did take one for that exam, and it was
2  hosted by Rogers.
3      Q.  Okay.  Are you saying you took the
4  Rogers seminar for both the 2002 and 2005 exam?
5      A.  Yes.  These seminars are offered as a
6  standard, absolutely.  I took them during both,
7  yes.
8      Q.  And you believe it was the Rogers
9  program on both occasions?
10     A.  Yes.  I can't recall, I don't believe
11  I've ever taken one independently offered by
12  Scheft independently.
13     Q.  Okay.
14     A.  Scheft did and was contracted by the
15  department, and they offered something totally
16  separate, but it was under the auspices of the
17  department.  That was separate.  But insofar as
18  when I personally paid for services, I went to
19  Rogers.
20     Q.  Okay.  And the Rogers program or study
21  session, was it over several days?  How did that
22  work?
23     A.  Typically they offer several different
24  seminars.  Sometimes you'll see a four-day

Page 28

1  seminar.  Sometimes you'll see a three, two and
2  up to a one cram.
3          I don't recall specifically, but I
4  believe it was a two-day seminar, I believe.
5      Q.  Okay.  Now, you mentioned Mr. Scheft,
6  Attorney Gary Scheft.
7          Is it your understanding that he was
8  contracted or otherwise had an arrangement with
9  the Boston Police to offer his version of the
10  study session in preparation for the 2005 exam?
11     A.  Yes.
12     Q.  Okay.  And did you participate in
13  that?
14     A.  Yes.
15     Q.  The Scheft?
16     A.  The Scheft, yes.
17     Q.  And that was no charge to you?
18     A.  There was no charge.  It was held off
19  campus.  It was held over on -- I believe
20  Bayside Expo is where it was held.
21          I just want to take an opportunity to
22  clarify that.  When John Scheft offered this,
23  that's where it was offered on behalf of the
24  department, obviously, because it was a

Page 29

1  departmentwide exam.  It could not be offered at
2  the academy because there just wasn't adequate
3  room.
4          The sessions were videotaped, and if
5  you were unable to participate in an actual
6  session, you were eligible and able to go to the
7  police academy and view the videotapes at the
8  police academy.
9          I was assigned to the police academy,
10  so I didn't actually go to the Expo, but I
11  viewed the videotapes at the police academy.
12     Q.  These were lectures that were offered.
13  Is that fair to say?
14     A.  That's correct.
15          He didn't give a promotional exam.
16  What he did was he compiled this material, and
17  it was a very fine line, because he's typically
18  acting as an independent contractor versus this
19  time he's acting on behalf of the department.
20          So he compiled all the information;
21  i.e., the rules and regs and special orders on
22  behalf of the department as best I can recall as
23  opposed to when you go to his study session or
24  seminar, they may say you want to focus on this

8 (Pages 26 to 29)

Shumeane Benford

Page 30

1   area versus that area.
2       Again, it's based on their best
3   judgment and opinion but nothing that's concrete
4   or guaranteed, obviously, because they're
5   serving as independents.
6       Q.  So you would have watched videotapes
7   of Mr. Scheft at the police academy.  Is that
8   your testimony?
9       A.  That's correct.  Once the sessions
10  ended at the Bayside, they were only offered for
11  a prescribed period of time.  Any officer that
12  was unable to get there was able to go to the
13  police academy and view the tapes there.
14      Q.  And you were already working at the
15  police academy?
16      A.  That's right.  This is something that
17  was offered citywide for police officers as part
18  of the services the department's offering.
19      Q.  Okay.  Do you recall how many
20  videotapes you watched?
21      A.  I don't.  I don't.
22      Q.  All right.  Was there any kind of
23  sign-in process at the police academy for those
24  who were watching the Scheft videotapes, if you

Page 31

1   recall?
2       A.  I don't.  I'm sure -- we do try and
3   keep track of things.  There is a card and so
4   forth.  I can't recall specifically, but the
5   normal process would be to fill out a card if
6   you were taking a course sanctioned by the
7   department.
8       Q.  But you don't recall that in this
9   instance?
10      A.  I don't.
11      Q.  Okay.  And you don't recall, at least
12  for the 2005 process or preparation,
13  participating in a formal study group; is that
14  correct?
15      A.  No, not a formal study group, no.
16      Of course the word formal is
17  subjective.  It could be me and my first cousin,
18  you know, and it could be a group of officers,
19  but I did pretty much study on my own.
20      But, again, I did have opportunities
21  where I interacted with other officers where we
22  did speak about things, but insofar as meeting
23  every Wednesday or every Thursday from six to
24  eight or something like that, no.

Page 32

1       Q.  Okay.  Did MAMLEO offer any kind of a
2   course or other preparation for the 2005 exam?
3       A.  I know we did it for '08, and I know
4   we did it for the detective's exam.
5       I don't believe so.  I'm not sure.  I
6   don't believe so.  And I would certainly say if
7   we did offer it, it was not nearly as formal as
8   what was put together for the detective's exam
9   and the '08 exam.
10      Q.  Do you recall for the '05 exam
11  participating in any kind of program of any
12  nature offered by MAMLEO?
13      A.  Not that I recall.
14      And, of course, as an officer of the
15  association, I could have very well been there
16  for a meeting and participated in some of these
17  things.  I don't recall anything formalized that
18  I can recall for that actual exam.
19      Q.  Okay.  Besides everything we've
20  discussed, is there anything else that you
21  recall doing to prepare for the 2005 promotional
22  exam?
23      A.  No.  I think from a general cumulative
24  standpoint, I think I pretty much talked about

Page 33

1   the various different ways that I prepared,
2   certainly some of the texts that you'd be
3   operating off of.
4       I mean, other than talking to myself,
5   you know, you go through your cue cards and you
6   go through things like that.  But just in terms
7   of basic preparation, you know, going through
8   the material, you know, some of the different
9   seminars that were offered, I can't think of
10  anything out of the ordinary other than, you
11  know, we have audio tapes.  I've spoken into a
12  microphone and recorded some tapes, and I
13  listened to them when I laid down at night.  If
14  I was in a setting which permitted it, I often
15  would pop the ear bud in and listen to it.  But
16  that's about it.
17      Q.  Now, are these audio tapes of
18  lectures?
19      A.  No, no.  This is just me actually
20  going through my material, putting it on tape,
21  just certain instances where it's just not
22  practical to have a book actually reading it,
23  but if I was in an appropriate setting where I
24  could stick my tape recorder in my pocket and

9 (Pages 30 to 33)

Shumeane Benford

Page 34

1  listen to it as I'm doing some other function,
2  I've done that.
3      Q.   Okay.
4      A.   Oh, you know what we did do?  We did
5  some preparation for the oral.  And I believe
6  the oral was part of the 2002 exam, but we did
7  speak to cameras and post questions.
8      Q.   Okay.  That's fair enough.  I'm just
9  trying to focus on the 2005 exam for right now.
10     A.   Okay.
11     Q.   And you said you took the exam offered
12  in 2008 as well?
13     A.   Yes, sir.
14     Q.   And did you do anything differently to
15  prepare for the 2008 exam besides what you've
16  talked about for the 2005 exam?
17     A.   I did participate in the sessions that
18  were offered at MAMLEO.
19          I also -- for that session I actually
20  instructed.  There was a small piece during the
21  very beginning of the program where I actually
22  served for a small piece of instruction.  I did
23  participate in that.
24          And I did participate in at least one

Page 35

1  study group.  It was a very short one, but we
2  did the final weeks leading up to it.
3          And several one-on-ones with other
4  officers.  But again, that was when we could
5  sort of squeeze it in, but that was something
6  different that I did.
7      Q.   Okay.  You mentioned that you acted as
8  an instructor, do I have that correct, for a
9  small portion?
10     A.   That's correct.
11          During the study group they tried to
12  sort of hand pick officers that had a particular
13  area of interest or some additional exposure to
14  some of the areas of law or administrative
15  procedure that may be offered on the exam.  And
16  I just gave a small piece of instruction during
17  the beginning.
18     Q.   Was that at MAMLEO?
19     A.   That's correct.  That's correct.
20     Q.   Okay.  And do you recall the subject
21  matter in which you --
22     A.   It would have been motor vehicle law.
23     Q.   Okay.  I'd just like to ask you a few
24  questions about your personal background.

Page 36

1          Could you tell me where you were born?
2      A.   I was born in Boston.
3      Q.   Okay.  And did you grow up in Boston?
4      A.   I did.
5      Q.   Okay.  Did you grow up in a particular
6  neighborhood of the city?
7      A.   Roxbury.
8      Q.   Okay.  Were both your parents living
9  at home when you were growing up?
10     A.   My mother was.  I was raised in a
11  single-parent household.  And my father was in
12  my life.  He just did not live in the house.
13     Q.   Okay.  What kind of work did your
14  mother do?
15     A.   My mother, she spent the majority of
16  her adult life working for the Salvation Army,
17  working with the homeless and the destitute.
18     Q.   Okay.  Do you know if she graduated
19  from college?
20     A.   No, she did not.
21          And if I could say, because I'm
22  extremely proud of her, she didn't graduate from
23  high school either.
24          I take that as a sense of pride simply

Page 37

1  because she stopped her life to raise six
2  children, but she did go back and get her GED
3  several years ago, so it was a pretty proud time
4  for us.
5      Q.   Very good.
6          Now, after you took the 2005
7  promotional exam, were you notified of your
8  score on the written portion of the exam?
9      A.   Yes.  You receive a letter from human
10  resources of the score.
11     Q.   It's called HRD?
12     A.   Not the Boston Police, HRD, that's
13  correct.
14     Q.   And do you recall approximately when
15  you would have received that letter?
16     A.   I don't, but it most certainly is
17  several months later, somewhere around there.
18     Q.   The first quarter of 2006 sound
19  reasonable?
20     A.   It sounds reasonable.  It could have
21  been also part of the last quarter.  Of course
22  the exam was administered in the last quarter,
23  and it's possible we could have gotten it in the
24  last quarter, some time in December, and it's

10 (Pages 34 to 37)

Shumeane Benford

Page 38

1  very possible it could have been the first
2  quarter of '06, yes, sir.
3     Q.  Okay.  And did it become possible for
4  you at some point to ascertain your ranking, if
5  you will, on the -- of those compared to others
6  who took the exam?
7     A.  Did it become possible to ascertain
8  it?
9     Q.  Yes.
10    A.  Yes.
11    Q.  Was there a Web site where you could
12 access that?  Does that sound familiar to you?
13    A.  I'm fairly confident they had one at
14 the time.  I can't say definitively, but I'm
15 fairly confident they did have it.
16    Q.  Okay.  Do you recall when you would
17 have learned or been able to determine your rank
18 compared to others who took the written exam?
19    A.  No.  However, I do know as part of the
20 compiling of the list, there are -- as I've been
21 told, there's a host of different formalities
22 that human resources on the state level goes
23 through to insure that, you know, if there is
24 any court decrees or court mandates, they have

Page 39

1  to assure that the list is adjusted.
2     In addition to the score being
3  published, there is a process before the list is
4  certified as well, from what I understand.
5     So I couldn't answer it definitively,
6  but there were some other steps that have to
7  take place on their end prior to publishing the
8  list.
9     Q.  Right.  Right.
10    But is it fair to say that some time
11 in 2006 you would have known where you stood on
12 the list?
13    A.  Yes, I would, that's fair to say.
14    Q.  Okay.  And do you recall what your
15 rank was on the exam?
16    A.  I don't.  I don't.  It could have been
17 in the threes somewhere, but I'm not sure.  I
18 don't recall.
19    Q.  Does 270 sound accurate to you or in
20 the ballpark?
21    A.  It sounds like it could be in the
22 ballpark.  For some reason the 300s sort of
23 stick in my head.  It could have been low
24 threes, mid threes, but I don't know.  I don't

Page 40

1  recall.
2     Q.  Okay.  I want to show you a document
3  which we'll mark as Exhibit 2 to your
4  deposition.
5        (Exhibit 2 marked
6         for identification)
7  BY MR. MORRIS:
8     Q.  Mr. Benford, do you recognize this
9  document that's been marked as Exhibit 2?
10    A.  Yes.
11    Q.  Okay.  And that may not be a great
12 copy, but is that your signature down at the
13 bottom of the document?
14    A.  Yes, sir.
15    Q.  Okay.
16       MR. MORRIS:  Off the record.
17       (Discussion off the record)
18    Q.  I would like to direct your attention
19 to the box on the right-hand side about the
20 middle of the document which says date
21 discrimination took place.  And what's typed in
22 there, as you see, is January 2008.
23       Do you see that?
24    A.  Yes, sir.

Page 41

1     Q.  Are you personally aware of any act of
2  discrimination, particularly race
3  discrimination, that either the City of Boston
4  or the Commonwealth of Massachusetts engaged in
5  against you in January of 2008?
6        MR. GLEASON:  Before you answer, I
7  just want to object on the grounds that this
8  calls for both an expert and a legal opinion.
9        But you can answer the question.
10    A.  Personally, no.  However, I'm mindful
11 that there is a host of legal precedence of
12 material that one would incorporate in making
13 such a decision or making such a statement or
14 taking the position on it of which I'm not
15 qualified to be.
16       However, I would suggest that the
17 system; i.e., the examination system and
18 subsequent promotional process is something that
19 could possibly be questioned.  And I would argue
20 that those individuals that may or may not have
21 felt that way, that's what they would be looking
22 to tackle.
23       But insofar as specifically
24 articulating one person over another, I'm not

11 (Pages 38 to 41)

Shumeane Benford

Page 42

1  qualified to do it, and I don't know of any
2  personal example I could come up with that says
3  this has been done, this is why, and this is the
4  case. ·
5     Q.  Okay.  And the date January 2008, does
6  that have any significance to you in terms of
7  your claim against the city or the state? ·
8     A.  I mean, it seems approximately around
9  the same time that my attorney --
10     MR. GLEASON:  I would just caution
11  you not to reveal any of the substance of any
12  communication with your attorney.
13  BY MR. MORRIS:
14     Q.  I'm not interested in that.
15     A.  Okay.  Again, I would just think that
16  that may have been around the time that actions
17  may have been taken relative to the process.
18     Q.  The legal process in filing an action.
19  Is that fair to say?
20     A.  Yes.
21     Q.  Okay.  All right.  Do you have any
22  knowledge, and I don't want you to speculate,
23  but do you have any knowledge of how many
24  promotions to the position of sergeant that the

Page 43

1  Boston Police made following the 2002 exam?
2     A.  The '02 exam?
3     Q.  Yes.
4     A.  I don't know off the top of my head.
5  I know that they didn't get to me, and I believe
6  I was somewhere in the low 100s on that exam.
7     Q.  Once you found out your score or your
8  ranking, and we can ascertain exactly what it
9  was, but once you found out what it was
10  following the 2005 exam, did you realize that it
11  was likely that the Boston Police would reach
12  you as part of the promotions that would be made
13  off that list?
14     A.  I thought it was a fair expectation
15  that they would get to me.
16     You know, we can use different ·
17  examples or most notably the detective's exam
18  that they had.  The Boston Police actually held
19  onto that list for eight years.  And, you know,
20  challenging the staleness or the veracity of
21  whether it was fresh, yes or no, but they held
22  it for eight years and actually exhausted the
23  list by virtue of running out of names over the
24  years.

Page 44

1     So I think passing the exam and taking
2  into account some of the other things that I did
3  to make myself competitive, I thought that it
4  was it reasonable.
5     Q.  Okay.  I want to show you a document
6  which is the·Fifth Amended Complaint in this
7  action which we'll mark as Exhibit 3 to your
8  deposition, obviously.
9     (Exhibit 3 marked
10     for identification)
11     MR. GLEASON:  Off the record.
12     MR. MORRIS:  Sure.
13     (Discussion off the record)
14  BY MR. MORRIS:
15     Q.  Mr. Benford, you're welcome to review
16  the document, obviously.
17     Have you seen this document before,
18  which is labeled Fifth Amended Complaint:
19  Injunctive and Declaratory Relief Requested?
20     A.  Not that I recall.
21     Q.  Okay.  I'd like to direct your
22  attention to page eight of the document, to
23  paragraph 36.  The first sentence, which I'll
24  just read into the record, says, "Although a

Page 45

1  majority of the named and majority of the class
2  plaintiffs passed the sergeant's exam, they have
3  not received scores high enough that they will
4  likely be reached for a promotion."
5     Do you see that sentence in paragraph
6  36?
7     A.  Yes, sir.
8     Q.  You passed the sergeant's exam; is
9  that correct?
10     A.  Yes, sir.
11     Q.  Do you think it's fair to say that you
12  did not receive a score high enough that you
13  would likely be reached for promotion?
14     A.  I wouldn't agree with that, no.
15     I would say that statement for me
16  actually captures why the system needs to be
17  reviewed based on its fundamental fairness.
18     Q.  And the reason you feel that that
19  statement doesn't apply to you is because --
20     A.  Well, I mean, they've set the
21  barometer, and they've set the standard for the
22  past.
23     And, again, once you get to that
24  stage, you're subject to and beholding to

12 (Pages 42 to 45)

Shumeane Benford

Page 46

1  whatever's going to be the process for selecting
2  candidates for those positions.
3       And, again, for me that captures the
4  essence of why it needs to be reviewed. I'm
5  certainly qualified. I'm not where you want me
6  to be? Well, is that subjectively determined?
7  You know, again, it captures why it needs to be
8  reviewed.
9       Q.  Okay. While we're on the amended
10 complaint, I'd like to direct your attention to
11 the next paragraph, which is paragraph 37, which
12 is kind of a mouthful, but I'll read it into the
13 record. "As a result of utilizing the HRD
14 multiple choice sergeant's promotional
15 examination, minority police officers who have
16 taken the examination both in the municipalities
17 named in this lawsuit and elsewhere have been
18 ranked significantly lower than their
19 nonminority counterparts despite their being
20 otherwise equally as qualified for a sergeant's
21 promotional position."
22       Do you see that allegation?
23       A.  Sure.
24       Q.  Okay. I'm going to represent

Page 47

1  something to you, which you can take or not, but
2  as a result of the 2005 promotional exam for the
3  City of Boston, as I understand it, 56 white
4  police officers have been promoted. Whether
5  that's the exact number or it's some other
6  number, but there have been white officers who
7  have been promoted.
8       A.  Sure.
9       Q.  As you sit here today, do you have any
10 knowledge about the qualifications of those
11 white officers for a promotion to the sergeant
12 position?
13       A.  No, other than to say that, again,
14 based on the standard that was set, I would
15 expect that they passed the exam. Beyond that,
16 I couldn't make any representation.
17       MR. MORRIS:  Okay. I don't have
18 any further questions, but I'm afraid you're not
19 done. Ms. Alvarez will have some questions.
20       Do you want to take a break?
21       MR. GLEASON:  Do you mind if we
22 take a break?
23       MR. MORRIS:  Sure. No problem.
24       (Recess taken)

Page 48

1  .
2            CROSS-EXAMINATION
3  BY MS. ALVAREZ:
4       Q.  Hi, Mr. Benford. I'm Iraida Alvarez.
5  I represent the Commonwealth, Human Resources
6  Division. I have a few follow-up questions for
7  you.
8       You testified earlier you had attended
9  Curry College and North Shore Community College.
10      A.  Yes, ma'am.
11      Q.  Did you receive a scholarship to
12 attend college?     -
13      A.  No, ma'am. No, I didn't.
14      At my master's level, there was a
15 one-time grant that was offered within the
16 department, and I believe it was $4,000.
17      And the City of Boston had a
18 relationship with Boston University, and they
19 have so many slots, and I attended a program on
20 a master's level for a very short period. But
21 beyond that, I paid for my education.
22      Q.  Was that the master's in political
23 science that you were talking about earlier?
24      A.  No, ma'am. That was when I was in the

Page 49

1  criminal justice program. My master's is in the
2  government department.
3       However, when I was in the criminal
4  justice program I was at BU, and that was under
5  the city program.
6       I've subsequently transferred back to
7  Suffolk. I actually forgot about that. My
8  apologies. The city offers a program for their
9  employees, and I was under that program.
10      And it's not a situation where you
11 receive a grant or a stipend. I believe it's a
12 relationship that the city has with the
13 university.
14      Q.  But you never finished the degree at
15 BU?
16      A.  That is correct. I subsequently
17 transferred my credits into Suffolk University
18 which were credited to my master's in political
19 science.
20      Q.  Okay. What made you decide to go into
21 policing?
22      A.  As much a cliche as it sounds, I
23 wanted to help people. My professional career
24 didn't start on a local level. I sort of

13 (Pages 46 to 49)

Shumeane Benford

Page 50

1 started on the federal level and I worked my way
2 backwards. But I wanted to help people. I mean
3 that sincerely in my personal life and my
4 professional life.
5      Q. So where did you work before you
6 entered the Boston Police?
7      A. Prior to the Boston Police, I worked
8 for Boston Housing Police.
9         Prior to that I worked for
10 Northeastern University Police.
11        And prior to that I worked for the US
12 Environmental Protection Agency.
13      Q. And what did you do for the US
14 Environmental Protection Agency?
15      A. I started out as a student aid in high
16 school, and I worked there for approximately
17 four and a half years. I worked in a myriad of
18 different positions within Region 1. However,
19 when I left, I was working as an investigative
20 assistant.
21      Q. And what were your responsibilities as
22 an investigative assistant?
23      A. Largely it was a learning process;
24 however, it was to support them

Page 51

1 administratively, with getting documents ready,
2 for interviewing witnesses or insuring that they
3 had necessary administrative tools to do the
4 job.
5      Q. Was that within the security
6 department?
7      A. This was within the civil
8 investigations department.
9         And the investigation was civil
10 investigators, but it was within Region 1 and
11 the Maine and Vermont Superfund Section.
12      Q. And did you have any supervisory
13 responsibilities in that position?
14      A. Yes. I didn't carry the title, but
15 clearly there were roles that I was playing.
16        For instance, at one point for the
17 Maine and Vermont Superfund Section, I was in
18 charge of working under Bob Hinton, who was my
19 supervisor at the time, but I was in charge of
20 insuring that the vehicles that were used by the
21 investigators as well as the different
22 environmentalists and biologists that worked for
23 that section, making sure the cars were
24 maintained and ready to go.

Page 52

1      We also were responsible for office
2 systems within there. There were many times
3 when I worked autonomously with some directed
4 expectations.
5      Q. Did you supervise any other employees
6 in that capacity?
7      A. I did not supervise any other
8 employees. I worked with, again, some of the
9 contractors that provided the services for the
10 vehicles and so forth.
11        I was expected to interact with them
12 and insure that the work was performed according
13 to what was printed on the GSA form. But
14 specifically supervising employees under me, no.
15      Q. How about when you were at
16 Northeastern, what were your responsibilities in
17 that position?
18      A. When I initially went to Northeastern
19 University, I went as a security guard.
20        Shortly after arriving there, I'm not
21 sure of the exact time frame, but it was within
22 a year, I was reassigned to work for the
23 administrative lieutenant. He was responsible
24 for shift assignments, allocating vacations and

Page 53

1 so forth.
2        And it was just the two of us. There
3 was administrative help that was available
4 during the week and during the daytime hours,
5 but during the evening, I was expected to assist
6 with organizing that material.
7      Q. Did you supervise any other security
8 guards in that capacity?
9      A. No, ma'am.
10      Q. Okay. How about the Boston Housing
11 Police, what were your responsibilities there?
12      A. Once I got there, again, it was during
13 a paradigm shift, and the philosophy was moving
14 toward a community policing model.
15        I started out working in Dorchester,
16 Franklin Hill, Franklin Field. And I was
17 specifically requested by the neighborhood that
18 I grew up in down in Roxbury to come back and
19 work there once they were expected to implement
20 some community policing strategies there.
21        But as far as supervising individuals,
22 I did not, but very much I was involved with the
23 implementation of that strategy there.
24      Q. Did you supervise any other employees

14 (Pages 50 to 53)

Shumeane Benford

Page 54

1  while you were at the Boston Housing Police?
2     A.  No, ma'am.
3     Q.  Okay.  At some point you entered the
4  police academy; is that right?
5     A.  Yes, ma'am.
6     Q.  When was that?
7     A.  March of 19 -- the Boston Police
8  Academy, I've completed two police academies,
9  but specifically the Boston Police Department, I
10  believe it was March 22nd of '95.
11     Q.  What other police academy have you
12  attended?
13     A.  The Medford Police Academy.
14     Q.  When did you attend the Medford Police
15  Academy?
16     A.  1994.
17     Q.  Okay.  Did you graduate from the
18  Medford Police Academy?
19     A.  Yes, ma'am.
20     Q.  When did you graduate from the Medford
21  Police Academy?
22     A.  I believe I graduated in August of
23  that year.
24     Q.  1994?

Page 55

1     A.  Yes, ma'am.
2     Q.  Did you do anything to prepare to
3  enter the academy in Medford or the Boston
4  Police Academy?
5     A.  Yes, ma'am.
6     Q.  What did you do?
7     A.  Insure that my personal life was in
8  order, knowing full well what the expectations
9  were going to be.  Physically prepared.  I had
10  some understanding that there was going to be
11  some rigorous demands on my body physically, so
12  I physically prepared both with weight training,
13  running and some other calisthenics and
14  exercises.
15       Additionally, I reviewed my study
16  habits to maybe sure they were in line with what
17  those demands were going to be.
18     Q.  Was the performance at the Medford
19  Police Academy rated in any way?
20     A.  When you say "performance," are you
21  talking physically, academically?
22     Q.  Academically.  Did you have any tests?
23     A.  Yes, ma'am.
24     Q.  Did they grade those tests?

Page 56

1     A.  Yes, ma'am.
2     Q.  Do you recall how you did on those
3  tests?
4     A.  I think I did okay.  I don't recall
5  the numbers, but I think I did okay.
6     Q.  How about at the Boston Police
7  Academy, did they have similar tests that were
8  graded as well?
9     A.  Yes, ma'am.
10     Q.  Do you recall how you did on those
11  tests?
12     A.  I think I did fairly well.
13     Q.  Were you ever disciplined while you
14  were enrolled either at the Medford or Boston
15  Police Academy?
16     A.  Not that I can recall, not formally.
17  Part of the culture, part of the training, you
18  know -- now that I'm a staff member, I fully
19  understand that part of the strategy is
20  preaching togetherness, working as one unit.
21       And oftentimes, you know, it's not
22  formalized discipline, but there are things that
23  you do to try and assure that everyone's on the
24  same page.  But as far as formal discipline, not

Page 57

1  that I recall.
2     Q.  And when did you take the entry-level
3  exam for the Boston Police?
4     A.  I'm not sure.  Certainly prior to
5  that.  I want to say in either '92 or '93.  I'm
6  not sure.  I was in high school.  In 1990 I
7  graduated.  I wouldn't have been eligible that
8  year.  I believe it was '92 or '93, but I'm not
9  sure.
10     Q.  Do you recall how you did on that
11  test?
12     A.  I don't.
13     Q.  And other than the 2002, 2005 and
14  2008, did you at any point before then apply or
15  take the examination to become a police sergeant
16  in the Boston Police Department?
17     A.  Prior to that, I don't believe that
18  there was one offered where I was eligible.
19     Q.  Okay.
20     A.  It's three years before you're
21  eligible, and I believe that the 2002 exam was
22  the first one I was eligible for.
23     Q.  The 2002?
24     A.  I believe so.

15 (Pages 54 to 57)

Shumeane Benford

Page 58

1    Q.   In your experience as a Boston police
2  officer, have you ever been disciplined?
3    A.  There was once where I received an
4  oral warning for a motor vehicle accident.
5    Q.   Okay.
6    A.  I just recalled that.  I wasn't found
7  at fault, and that was the one example.
8    Q.   Do you remember when that was?
9    A.  I was assigned to the district, so it
10  had to be prior to '01, probably somewhere
11  between '97 and '99, but I don't recall the
12  specific time.
13    Q.   Earlier you testified about what you
14  did to prepare for the 2005 exam.
15    A.  Yes, ma'am.
16    Q.   And you spoke briefly about what you
17  did for the 2008 exam.
18       Did you have the same -- you had
19  testified that you had a personal regimen that
20  you followed to prepare for the 2005 exam.
21       Did you follow that regimen for the
22  2008 exam?
23    A.  Pretty much, other than the addition
24  of participating in the study group.

Page 59

1    Q.   Okay.  After you took the 2005 exam,
2  did you believe that any of the questions were
3  unfair?
4    A.  I mean, the questions are not always,
5  in my humble opinion, worded as ideally as I'd
6  like to see them.
7       Insofar as specifically saying unfair,
8  I'm not sure that I could characterize it that
9  way, but again, I'm not sure they were ideally
10  worded and so forth.
11    Q.   Did you have any concerns about the
12  exam as a whole?
13    A.  You always leave an exam hoping that
14  you hit on everything, but nothing necessarily
15  jumps out.
16    Q.   Why did you decide to become a
17  plaintiff in this lawsuit?
18    A.  I personally believe that the system
19  and the process has to be reviewed.
20       I find it hard to believe that
21  officers of color are not as competitive and not
22  as qualified as other candidates.  This is not
23  an attack of any other candidate that has
24  deservingly earned it.

Page 60

1       Again, I don't have the numbers in
2  front of me, but if you look at the numbers,
3  they speak for themselves.  There's got to be
4  something there.
5    Q.   Were there any other personal factors
6  that weighed in your decision to join in this
7  lawsuit other than what you just described?
8    A.  No.
9       MS. ALVAREZ:  I don't have any more
10  questions.
11       MR. GLEASON:  I don't have any
12  questions.
13       (Whereupon the deposition was
14  concluded at 10:50 a.m.)

Page 61

1       C E R T I F I C A T E
2       I, SHUMEANE BENFORD, do hereby certify that
3  I have read the foregoing transcript of my
4  testimony, and further certify that it is a true
5  and accurate record of my testimony (with the
6  exception of the following corrections):
7  Page   Line        Correction
8  _____
9  _____
10  _____
11  _____
12  _____
13  _____
14  _____
15  _____
16  _____
17  _____
18  _____
19       Signed under the pains and penalties of
20  perjury this_____day of_____, 200__.
21
22
23       _____
24       SHUMEANE BENFORD

16 (Pages 58 to 61)

Shumeane Benford

Page 62

```
1   COMMONWEALTH OF MASSACHUSETTS)
2   SUFFOLK, SS.              )
3
4       I, Daria L. Romano, RPR, CRR and Notary
5   Public in and for the Commonwealth of
6   Massachusetts, do hereby certify that there came
7   before me on the 3rd day of December, 2008, at
8   9:35 a.m., the person hereinbefore named was
9   duly sworn by me and that such deposition is a
10  true record of the testimony given by the
11  witness.
12      I further certify that I am neither related
13  to nor employed by any of the parties or counsel
14  to this action, nor am I financially interested
15  in the outcome of this action.
16      In witness whereof, I have hereunto set my
17  hand and seal this 8th day of December, 2008.
18
19
20  _____
21  Notary Public
22  My Commission Expires
23  March 15, 2013
24
```

17 (Page 62)

Shumeane Benford

**A**

ability 6:17,21
able 29:6 30:12
  38:17
absolutely 27:6
academically 55:21
  55:22
academies 54:8
academy 10:7
  11:13 13:13,17,20
  14:2 22:13 29:2,7
  29:8,9,11 30:7,13
  30:15,23 54:4,8
  54:11,13,15,18,21
  55:3,4,19 56:7,15
access 38:12
accident 58:4
account 44:2
accurate 39:19 61:5
act 41:1
acted 35:7
acting 29:18,19
action 1:6 7:22
  42:18 44:7 62:14
  62:15
actions 42:16
active 15:9,13 20:3
actual 21:4 29:5
  32:18
addition 25:1 39:2
  58:23
additional 35:13
Additionally 55:15
address 6:14
adequate 29:2
adjusted 39:1
administered 22:19
  24:18 37:22
administrative
  17:17 35:14 51:3
  52:23 53:3
administratively
  51:1
administrator 3:11
adult 36:16
advocacy 15:16
affect 6:17,21
afraid 47:18
Agency 50:12,14
ago 37:3
agree 45:14
ahead 25:1
aid 50:15
al 1:8,11
allegation 46:22
allocating 52:24

allow 7:7,9
Alvarez 3:5 4:5
  47:19 48:3,4 60:9
amended 4:13 44:6
  44:18 46:9
annotated 22:9
  23:15
announced 16:16
  25:5
announcement
  24:24
anomaly 14:19
answer 6:18,22
  26:1 39:5 41:6,9
answering 7:8
answers 7:10
apologies 49:8
apologize 6:9
appear 20:22 21:6
APPEARANCES
  3:1
appeared 17:21
appears 21:20
application 16:15
applied 16:2,8,14
apply 5:4 45:19
  57:14
appointed 11:4,6
appreciate 6:13
approach 25:15
appropriate 33:23
approximately 8:23
  12:1,2 26:9 37:14
  42:8 50:16
area 17:13 30:1,1
  35:13
areas 14:15 19:3,3
  25:19 35:14
argue 41:19
Army 36:16
arrangement 28:8
arriving 52:20
articulating 41:24
ascertain 11:3 38:4
  38:7 43:8
Ashburton 3:6
asked 25:17
asking 7:10
assigned 12:13,14
  12:22 13:19,21
  17:13 29:9 58:9
assignment 13:14
assignments 12:17
  12:23 52:24
assist 53:5
assistant 50:20,22

associate's 8:19
  9:11
association 8:1 15:6
  15:9,10 20:4,7
  32:15
associations 15:2
assuming 5:3
assure 39:1 56:23
attack 59:23
attend 48:12 54:14
attended 48:8,19
  54:12
attention 40:18
  44:22 46:10
attorney 3:4 21:7
  26:6 28:6 42:9,12
audio 33:11,17
August 54:22
auspices 51:23
autonomously 52:3
available 53:3
Avenue 6:15 26:22
aware 41:1
a.m 1:17,17 60:14
  62:8

**B**

B 4:9
bachelor's 9:2
back 37:2 49:6
  53:18
background 8:7
  35:24
backwards 50:2
ballpark 39:20,22
Banknorth 17:8
barometer 45:21
based 30:2 45:17
  47:14
baseline 23:5
basic 23:5 33:7
basically 12:20
Basics 21:5,5,6
Bayside 28:20
  30:10
beginning 34:21
  35:17
behalf 13:9 21:8
  28:23 29:19,22
beholding 45:24
believe 7:23 9:13
  15:14 17:13,19
  20:2 21:24 22:14
  22:21,22 25:3,22
  26:1,11,15 27:8
  27:10 28:4,4,19

32:5,6 34:5 43:5
  43:10 48:16 49:11
  54:10,22 57:8,17
  57:21,24 59:2,18
  59:20
Benevolent 26:21
Benford 1:15 2:9
  4:3 5:20 6:5
  20:17 40:8 44:15
  48:4 61:2,24
best 29:22 30:2
beyond 19:22 47:15
  48:21
biography 25:16
biologists 51:22
bit 23:9
board 15:20,22,24
Bob 51:18
body 19:18 55:11
book 22:8,9,14,16
  33:22
books 21:12
born 36:1,2
Boston 1:20 2:6,14
  2:17 3:7 8:3,11
  10:1 12:6,11
  13:10 14:12,23
  15:10 21:10 22:4
  28:9 36:2,3 37:12
  41:3 43:1,11,18
  47:3 48:17,18
  50:6,7,8 53:10
  54:1,7,9 55:3 56:6
  56:14 57:3,16
  58:1
bottom 40:13
box 40:19
BPD 21:5,5,5,12
Braintree 26:19
break 7:18 47:20,22
breaks 7:14
briefly 58:16
brought 10:5,5
  17:12
Brown 1:18 2:11
BU 49:4,15
bud 33:15
B-E-N-F-O-R-D
  6:8
B-3 12:14

**C**

C 2:1 5:1 61:1,1
cadets 17:16
calisthenics 55:13
call 11:3 26:13

called 5:22 17:14
  37:11
calls 12:21 41:8
camera 17:19 18:2
  19:21,24
cameras 34:7
campus 28:19
candidate 59:23
candidates 46:2
  59:22
capacity 3:11 13:8
  52:6 53:8
captures 45:16 46:3
  46:7
card 31:3,5
cards 33:5
career 49:23
carry 11:17 51:14
cars 51:23
case 22:11,21 42:4
caution 42:10
Center 17:8
central 17:12
certain 33:21
certainly 32:6 33:2
  37:16 46:5 57:4
certified 14:3 39:4
certify 61:2,4 62:6
  62:12
chairperson 15:21
challenging 43:20
change 10:17
changed 10:22
Chapter 14:8
characterize 59:8
charge 4:12 28:17
  28:18 51:18,19
chatter 18:15,16
childhood 25:17
children 23:21 37:2
choice 46:14
city 1:11 2:17 8:11
  14:11 24:2 36:6
  41:3 42:7 47:3
  48:17 49:5,8,12
citywide 30:17
civil 1:6 25:4 51:7,9
claim 42:7
claims 8:2
clarify 28:22
class 8:14 45:1
classes 8:22
clearly 51:15
cliche 49:22
closer 25:18 26:12
  26:16

Shumeane Benford

Page 64

clothes 12:18
college 8:14,16,17
  8:18 9:1,9 36:19
  48:9,9,12
color 59:21
come 15:17 21:21
  23:7 42:2 53:18
comes 15:12
comments 19:11,13
Commission 62:22
Commissioner
  24:22
commonly 14:8
Commonwealth 3:3
  3:12 41:4 48:5
  62:1,5
communication
  19:18 42:12
community 8:13,16
  8:17,18 48:9
  53:14,20
compared 38:5,18
competitive 44:3
  59:21
compile 23:8
compiled 21:6,14
  29:16,20
compiling 38:20
complain 18:11
complaint 4:13 44:6
  44:18 46:10
complaints 18:17
  18:19,22 19:8
  20:7
complete 6:4 11:12
  11:22
completed 9:1,19
  11:20 54:8
completion 10:11
component 18:14
  19:1,5
components 25:24
concentrated 25:14
  26:12
concerns 18:17
  59:11
concluded 60:14
concrete 30:3
condition 6:16
condo 8:1
conducted 26:23
confident 38:13,15
confusion 6:6
constitutional 22:8
  22:10
contained 17:2

Continued 2:19 3:1
continuously 12:5
contract 21:11
contracted 21:23
  27:14 28:8
contractor 21:7,23
  29:18
contractors 52:9
conversations
  24:15
copy 40:12
copyrighted 22:14
correct 9:8,10 17:4
  20:4 22:20 29:14
  30:9 31:14 35:8
  35:10,19,19 37:13
  45:9 49:16
Correction 61:7
corrections 61:6
correctly 17:1
counsel 5:11,22
  62:13
counterparts 46:19
couple 15:15 24:5
course 13:5 18:14
  18:24 19:15 25:24
  26:5,8,11 31:6,16
  32:2,14 37:21
courses 14:1,5
  25:21 26:10
court 1:4 38:24,24
cousin 31:17
cram 25:19 28:2
credited 49:18
credits 49:17
criminal 8:20 49:1
  49:3
cross 14:14
CROSS-EXAMI...
  48:2
CRR 62:4
cue 33:5
culture 56:17
cumulative 13:6
  23:23 32:23
current 7:22 13:13
  14:6
Currently 15:20
Curry 8:24 9:9 48:9
CUTLER 2:3

D

D 4:1 5:1
Daria 1:22 62:4
date 40:20 42:5
daughter's 22:15

day 24:6 61:20 62:7
  62:17
days 14:9 27:21
daytime 53:4
deal 6:12
December 1:16
  37:24 62:7,17
decide 49:20 59:16
decision 41:13 60:6
Declaratory 4:14
  44:19
decrees 38:24
Defendant 2:17
  3:10 5:23
Defendants 2:17
definitively 38:14
  39:5
degree 8:17,19 9:2
  9:3,8,11,15,18,22
  49:14
demands 55:11,17
department 8:12
  13:10,19,22,23
  17:16 18:16 21:9
  21:24 24:22 27:15
  27:17 28:24 29:19
  29:22 31:7 48:16
  49:2 51:6,8 54:9
  57:16
departmentwide
  29:1
department's 30:18
deponent 5:13
deposed 6:24
deposition 1:15 4:2
  5:5,12 6:11 20:13
  40:4 44:8 60:13
  62:9
describe 8:6 12:9
  17:5 20:20 22:18
  22:24 23:18
described 60:7
deservingly 59:24
despite 46:19
destitute 36:17
detective's 25:6
  26:21 32:4,8
  43:17
determine 38:17
determined 46:6
Dietl 3:10
different 12:16 14:5
  23:7 25:19 27:23
  33:1,8 35:6 38:21
  43:16 50:18 51:21
differently 34:14

direct 6:1 40:18
  44:21 46:10
directed 24:14 52:3
directly 12:24 18:2
director 13:1
discipline 56:22,24
disciplined 56:13
  58:2
discrimination 4:12
  40:21 41:2,3
discussed 32:20
Discussion 40:17
  44:13
distinguish 26:3
district 1:4,5 12:14
  12:17,22 58:9
Division 3:13 48:6
document 40:2,9,13
  40:20 44:5,16,17
  44:22
documents 4:11
  6:11 20:12,18,21
  51:1
doing 32:21 34:1
Dorchester 53:15
DORR 2:3
duly 5:23 62:9

E

E 2:1,1 4:1,9 5:1,1
  61:1,1
ear 33:15
earlier 16:18 48:8
  48:23 58:13
earned 59:24
ease 7:6
easier 7:12
edition 21:16
editions 21:16
education 48:21
educational 8:7
eight 31:24 43:19
  43:22 44:22
either 8:3 36:23
  41:3 56:14 57:5
eligible 29:6 57:7
  57:18,21,22
employed 10:1,3
  12:6 14:22 62:13
employees 49:9
  52:5,8,14 53:24
employment 8:3
encompasses 14:11
ended 13:11 30:10
Enforcement 15:7
engaged 41:4

enrolled 56:14
enter 55:3
entered 17:23 50:6
  54:3
entity 14:23
entry-level 57:2
Environmental
  50:12,14
environmentalists
  51:22
equally 46:20
escorted 17:15,18
Esq 2:4,12 3:5
essence 46:4
et 1:8,11
Evans 24:22
evening 53:5
everyone's 56:23
exact 47:5 52:21
exactly 43:8
exam 16:5,16,17,23
  17:2,6 18:12,23
  19:1,9,10 20:8,8
  21:12 22:17,18
  23:1 24:13,18,21
  24:24 25:6,21,23
  25:23 26:4,13,16
  27:1,4 28:10 29:1
  29:15 32:2,4,8,9
  32:10,18,22 34:6
  34:9,11,15,16
  35:15 37:7,8,22
  38:6,18 39:15
  43:1,2,6,10,17
  44:1 45:2,8 47:2
  47:15 57:3,21
  58:14,17,20,22
  59:1,12,13
examination 5:22
  6:1 41:17 46:15
  46:16 57:15
examined 5:24
example 42:2 58:7
examples 43:17
exams 16:18 20:24
  21:19
exception 61:6
excess 23:10,11
exchange 24:12
excuse 10:8
exercises 55:14
exhausted 43:22
Exhibit 20:12,14,18
  40:3,5,9 44:7,9
exhibits 1:3 4:20
expect 25:2 47:15

Shumeane Benford

expectation 25:4
  43:14
expectations 52:4
  55:8
expected 17:21
  52:11 53:5,19
experience 58:1
expert 41:8
Expires 62:22
Expo 28:20 29:10
exposure 35:13
extreme 19:2
extremely 36:22

**F**

F 61:1
face 19:19
facial 19:18
fact 16:4
factors 60:5
fair 17:3 29:13 34:8
  39:10,13 42:19
  43:14 45:11
fairly 38:13,15
  56:12
fairness 45:17
fall 22:22 24:19
familiar 7:5 38:12
far 18:18 53:21
  56:24
father 36:11
fault 58:7
federal 50:1
feed 19:19
feel 45:18
felt 41:21
field 8:17 12:14
  53:16
Fifth 4:13 44:6,18
filed 8:2
filing 5:15 42:18
fill 14:17 31:5
final 35:2
financially 62:14
find 59:20
fine 5:7 7:19 29:17
finish 7:7,10
finished 49:14
firing 13:23
first 5:23 11:4
  31:17 37:18 38:1
  44:23 57:22
five 24:4
Fleet 17:7
focus 26:2 29:24
  34:9

Focusing 22:17
follow 58:21
followed 23:19
  58:20
following 43:1,10
  61:6
follows 5:24
follow-up 48:6
foregoing 61:3
forgot 49:7
form 5:17 24:14
  52:13
formal 16:15 25:1
  31:13,15,16 32:7
  56:24
formalities 38:21
formalized 32:17
  56:22
formally 9:20 56:16
former 24:21
forth 23:17 31:4
  52:10 53:1 59:10
found 24:10 43:7,9
  58:6
four 25:9 50:17
four-day 27:24
four-month 25:3
frame 18:1 25:10
  52:21
Franklin 53:16,16
free 7:14
fresh 43:21
front 60:2
full 6:3 55:8
fully 56:18
function 34:1
fundamental 23:5
  45:17
Fundamentally
  10:17
further 47:18 61:4
  62:12

**G**

G 5:1
Garden 17:8
Gary 28:6
GED 37:2
general 3:4 14:17
  18:22,24 23:15
  32:23
generally 24:1 25:9
getting 6:10 24:2
  51:1
give 29:15
given 17:22,24

62:10
Gleason 2:4 5:7
  41:6 42:10 44:11
  47:21 60:11
go 11:17 29:5,10,23
  30:12 33:5,6 37:2
  49:20 51:24
goes 38:22
going 23:16 25:4
  33:7,20 46:1,24
  55:9,10,17
Goldstein's 25:16
good 6:9 9:14 12:4
  37:5
gotten 37:23
governing 15:24
government 49:2
grade 55:24
graded 56:8
graduate 9:5 36:22
  54:17,20
graduated 8:10
  36:18 54:22 57:7
graduating 8:19
graduation 9:21
  10:7 11:24 12:13
grant 48:15 49:11
great 40:11
grew 53:18
grounds 41:7
group 24:14 31:13
  31:15,18 35:1,11
  58:24
groups 15:16 24:11
grow 36:3,5
growing 36:9
GSA 52:13
guaranteed 30:4
guard 52:19
guardroom 18:15
guards 53:8

**H**

H 4:9
habits 55:16
HALE 2:3
half 8:23 24:3 25:10
  50:17
hand 35:12 62:17
hard 59:20
head 39:23 43:4
headquarters 12:24
hear 18:15
held 12:10 17:7
  21:22 22:22 28:18
  28:19,20 43:18,21

help 49:23 50:2
  53:3
hereinbefore 62:8
hereunto 62:16
Hi 48:4
high 8:7,9,10,11 9:6
  36:23 45:3,12
  50:15 57:6
Hill 53:16
Hinton 51:18
hit 59:14
hold 15:18
home 36:9
homeless 36:17
hopefully 7:17
hoping 59:13
host 19:17 38:21
  41:11
hosted 26:18,21
  27:2
hotel 26:18
hotels 26:19
hour 24:3
hours 23:13 24:5,7
  53:4
house 36:12
household 36:11
housing 17:12 50:8
  53:10 54:1
HRD 37:11,12
  46:13
human 3:13 13:1
  37:9 38:22 48:5
humble 59:5
Humboldt 6:15
Hyde 26:22

**I**

Ianonne 21:17
ideally 59:5,9
identification 20:15
  40:6 44:10
identify 15:4
immediately 15:12
implement 53:19
implementation
  53:23
include 12:17
includes 22:10
incorporate 41:12
independent 29:18
independently
  27:11,12
independents 30:5
individuals 24:12
  41:20 53:21

information 24:12
  29:20
initially 52:18
Injunctive 4:13
  44:19
insofar 27:17 31:22
  41:23 59:7
instance 31:9 51:16
instances 33:21
instructed 34:20
instruction 14:11
  34:22 35:16
instructor 13:15
  14:3,7,16,18
  22:13 35:8
insure 38:23 52:12
  55:7
insuring 51:2,20
interact 19:16,23
  52:11
interacted 31:21
interacting 18:4
interest 35:13
interested 42:14
  62:14
Internally 11:15
interviewing 51:2
investigation 51:9
investigations 51:8
investigative 50:19
  50:22
investigators 51:10
  51:21
involuntary 19:19
involved 7:24 53:22
Iraida 3:5 48:4
iraida.alvarez@a...
  3:9
i.e 23:16 29:21
  41:17

**J**

J 3:5
James 22:12
January 13:11
  40:22 41:5 42:5
Jeff 5:3
Jeffrey 2:4
jeffrey.gleason@...
  2:8
job 51:4
John 21:7 28:22
join 60:6
Joy 1:18 2:11
judgment 30:3
jumps 59:15

justice 8:20 49:1,4

**K**
Kathleen 24:23
keep 31:3
kind 30:22 32:1,11
  36:13 46:12
know 17:9 19:4,15
  19:17,19,20 23:12
  24:20 25:7,18
  31:18 32:3,3 33:5
  33:7,8,11 34:4
  36:18 38:19,23
  39:24 42:1 43:4,5
  43:16,19 46:7
  56:18,21
knowing 55:8
knowledge 42:22
  42:23 47:10
known 39:11

**L**
L 1:22 6:5 62:4
labeled 44:18
laid 33:13
language 19:18
Largely 50:23
law 14:7,9 15:6
  22:8,9,10,11
  35:14,22
LAWRENCE 1:11
lawsuit 7:22 46:17
  59:17 60:7
leading 35:2
learned 38:17
learning 50:23
leave 59:13
lectures 29:12
  33:18
left 24:22 50:19
legal 41:8,11 42:18
letter 37:9,15
level 38:22 48:14,20
  49:24 50:1
lieutenant 22:12
  52:23
life 7:11 36:12,16
  37:1 50:3,4 55:7
lifelong 6:12 15:14
limitations 19:21
line 29:17 55:16
  61:7
link 24:15
list 38:20 39:1,3,8
  39:12 43:13,19,23
listen 33:15 34:1

listened 33:13
live 18:2 36:12
living 36:8
LLP 1:18 2:3,11
local 21:9 49:24
location 13:13
look 25:19 60:2
looking 23:14 41:21
looks 21:3,13
LOPEZ 1:8
love 19:16,23
low 39:23 43:6
lower 46:18
Lynette 5:6

**M**
Madison 8:10
Maine 51:11,17
mainstay 21:18
maintained 51:24
majority 36:15 45:1
  45:1
making 41:12,13
  51:23
MAMLEO 15:5,19
  32:1,12 34:18
  35:18
managing 15:22
mandates 38:24
March 10:2 54:7,10
  62:23
mark 40:3 44:7
marked 20:12,14
  20:18 40:5,9 44:9
Mass 6:15
Massachusetts 1:5
  1:11,20 2:6,14 3:3
  3:7,12 14:9 15:6
  41:4 62:1,6
master's 9:3,15
  48:14,20,22 49:1
  49:18
material 20:23 21:6
  21:11,18 22:2,6
  23:8,9,14 25:8
  29:16 33:8,20
  41:12 53:6
math 8:14
Mattapan 12:14
matter 8:1 35:21
matters 14:2,20
ma'am 48:10,13,24
  53:9 54:2,5,19
  55:1,5,23 56:1,9
  58:15
mean 18:24 19:15

33:4 42:8 45:20
  50:2 59:4
means 19:17 23:23
Medford 54:13,14
  54:18,20 55:3,18
  56:14
medical 6:16
medication 6:20
meeting 31:2
  32:16
member 15:1,5,9,14
  15:16,21 20:3
  56:18
mentioned 20:2
  28:5 35:7
microphone 33:12
mid 39:24
middle 40:20
mind 15:12,17
  47:21
mindful 41:10
minimum 11:12
minority 15:6 46:15
minutes 24:3
model 53:14
months 11:24 13:7
  25:2,10 37:17
Moore 22:13
Morgan 1:18 2:11
morning 23:21,24'
  24:5
Morris 2:12 4:4,20
  5:3,8 6:2 20:16
  40:7,16 42:13
  44:12,14 47:17,23
mother 36:10,14,15
motions 5:17
motor 14:7,9 35:22
  58:4
mouthful 46:12
moving 53:13
multiple 46:14
multitude 23:7
municipalities
  46:16
muscles 19:19
myriad 12:16 14:4
  25:19 50:17

**N**
N 2:1 4:1 5:1
NAACP 15:15
name 6:4,7,10
named 45:1 46:17
  62:8
names 17:14 43:23

nature 19:12,14
  32:12
nearly 32:7
necessarily 59:14
necessary 51:3
need 7:18 14:17
  24:3
needs 45:16 46:4,7
neighborhood
  12:18 36:6 53:17
neither 62:12
never 49:14
night 24:7 33:13
nine 13:7
nine-month 13:18
nonminority 46:19
normal 31:5
North 8:15,18 48:9
Northeastern 8:22
  50:10 52:16,18
notably 43:17
notarization 5:16
Notary 62:4,21
notice 6:10
notified 37:7
number 7:4 18:8
  47:5,6
numbers 17:14 56:5
  60:1,2

**O**
O 5:1
object 41:7
objections 5:17
obtain 10:13
obtaining 10:15
obvious 10:18
obviously 16:1 23:2
  28:24 30:4 44:16
occasions 7:2 13:4
  27:9
October 16:23'
  22:20
offer 26:14 27:23
  28:9 32:1,7
offered 26:6,9 27:5
  27:11,15 28:22,23
  29:1,12 30:10,17
  32:12 33:9 34:11
  34:18 35:15 48:15
  57:18
offering 30:18
offers 49:8
office 3:4 52:1
officer 10:3,6,8,9
  10:11,14,15,16,18

10:23 11:1,2,4,7
  11:20 12:18 18:14
  30:11 32:14 58:2
officers 12:20 15:7
  18:10,16 20:23
  23:6 30:17 31:18
  31:21 35:4,12
  46:15 47:4,6,11
  59:21
officially 11:20
oftentimes 23:3
  56:21
Oh 34:4
okay 7:20 8:6 9:5
  9:14,24 10:13,20
  10:24 12:4,9 13:3
  13:16 14:1,10,13
  14:21 15:1,11
  16:1,18,21 17:1
  18:5 20:2,11
  22:17 23:18 24:9
  24:17 25:11,13,20
  26:2 27:3,13,20
  28:5,12 30:19
  31:11 32:1,19
  34:3,8,10 35:7,20
  35:23 36:3,5,8,13
  36:18 38:3,16
  39:14 40:2,11,15
  42:5,15,21 44:5
  44:21 46:9,24
  47:17 49:20 53:10
  54:3,17 56:4,5
  57:19 58:5 59:1'
  once 10:5 30:9 43:7
  43:9 45:23 53:12
  53:19 58:3
one-on-ones 35:3
one-time 48:15
operating 33:3
operative 5:5
opinion 30:3 41:8
  59:5
opportunities 31:20
opportunity 28:21
opposed 19:24
  29:23
oral 17:2,5 18:12,18
  18:23 19:9 20:8
  34:5,6 58:4
order 55:8
orders 22:4 29:21
ordinary 33:10
organization 15:23
organizational
  10:17

Shumeane Benford

organizationally
  10:22 11:19
organizing 53:6
Original 4:20
outcome 62:15
O'Toole 24:23

**P**

P 2:1,1,12 5:1
page 4:2,10 44:22
  56:24 61:7
pages 1:2 23:10
paid 27:18 48:21
pains 5:14 61:19
panel 18:3
paradigm 53:13
paragraph 44:23
  45:5 46:11,11
parents 36:8
Park 8:10 26:22
parking 14:12
part 8:11 17:5
  18:10,12,23 19:9
  19:10 20:8 21:1
  22:2 30:17 34:6
  37:21 38:19 43:12
  56:17,17,19
participate 9:20
  16:17 25:20 28:12
  29:5 34:17,23,24
participated 32:16
participating 24:13
  31:13 32:11 58:24
particular 35:12
  36:5
particularly 20:8
  41:2
parties 5:12 62:13
passed 45:2,8 47:15
passing 44:1
Patrick 26:6
patrol 11:7
patrolman 10:18,21
  11:3,9
patrolman's 20:3,6
Patrolmen's 15:10
Paul 3:10
PEDRO 1:8
penalties 5:14
  61:19
pending 7:16
people 49:23 50:2
performance 55:18
  55:20
performed 52:12
period 10:10,12

11:16,23 13:18
  30:11 48:20
perjury 5:15 61:20
permanent 10:10
  13:14
permitted 33:14
person 41:24 62:8
personal 19:22
  23:12,19,22 35:24
  42:2 50:3 55:7
  58:19 60:5
personally 19:16,24
  25:9 27:18 41:1
  41:10 59:18
personnel 3:11
  17:17 21:15
persons 18:3
philosophy 53:13
physically 55:9,11
  55:12,21
pick 35:12
PICKERING 2:3
piece 34:20,22
  35:16
place 3:6 39:7
  40:21
plain 12:17
plaintiff 1:9 2:9
  7:21 59:17
plaintiffs 45:2
playing 23:23 51:15
please 6:3
pocket 33:24
point 10:4,23 11:6
  11:11 13:12 15:17
  38:4 51:16 54:3
  57:14
police 8:4 10:1,3,6
  10:9,11,14,15,16
  10:18,22 11:4,13
  11:20 12:6,11,18
  13:10,13,17 14:2
  14:23 15:10 16:3
  16:4,8,22 18:9
  21:2,9,10,15,23
  22:4 28:9 29:7,8,9
  29:11 30:7,13,15
  30:17,23 37:12
  43:1,11,18 46:15
  47:4 50:6,7,8,10
  53:11 54:1,4,7,8,9
  54:11,13,14,18,21
  55:4,19 56:6,15
  57:3,15,16 58:1
policing 49:21
  53:14,20

political 9:3,16
  48:22 49:18
pop 33:15
portion 17:3 35:9
  37:8
position 11:5,7 13:6
  14:18 16:3 41:14
  42:24 46:21 47:12
  51:13 52:17
positions 12:10
  15:18 46:2 50:18
possible 37:23 38:1
  38:3,7
possibly 41:19
post 34:7
practical 33:22
Praileau 5:6
preaching 56:20
precedence 41:11
preference 19:23
preparation 21:1
  23:16 28:10 31:12
  32:3 33:7 34:5
prepare 23:1 32:21
  34:15 55:2 58:14
  58:20
prepared 33:1 55:9
  55:12
preparing 23:5
  24:18
prescribed 30:11
pretty 31:19 32:24
  37:3 58:23
previous 25:22
pre-scripted 17:22
pride 36:24
primary 14:7
printed 52:13
prior 16:7,10 25:21
  39:7 50:7,9,11
  57:4,17 58:10
Priority 12:20
private 7:24 21:22
probably 13:6
  58:10
probationary 10:9
  10:10,12 11:2,15
  11:19,23
problem 47:23
Problem-Oriented
  21:2
procedure 35:15
procedures 9:21
process 16:16 17:10
  18:11 30:23 31:5
  31:12 39:3 41:18

42:17,18 46:1
  50:23 59:19
professional 49:23
  50:4
program 27:9,20
  32:11 34:21 48:19
  49:1,4,5,8,9
promoted 16:2,8,8
  47:4,7
promotion 45:4,13
  47:11
promotional 16:5
  16:22,23 18:11
  20:24 21:19 29:15
  32:21 37:7 41:18
  46:14,21 47:2
promotions 42:24
  43:12
Protection 50:12,14
proud 36:22 37:3
provide 21:11
provided 52:9
public 8:11 62:5,21
published 39:3
publishing 39:7
put 22:11 24:7 32:8
putting 33:20

**Q**

qualifications 47:10
qualified 41:15
  42:1 46:5,20
  59:22
qualifies 14:4
quarter 37:18,21
  37:22,24 38:2
question 7:11 41:9
questioned 41:19
questions 6:18,22
  7:8 17:20 18:1,6
  34:7 35:24 47:18
  47:19 48:6 59:2,4
  60:10,12
question's 7:15
quite 23:9
quoted 23:10

**R**

R 2:1 5:1 61:1
race 41:2
raise 37:1
raised 36:10
random 17:13
randomly 17:14
range 13:19,23,24
  25:11

rank 16:19 38:17
  39:15
ranked 46:18
ranking 38:4 43:8
rapid 12:19
rated 55:19
reach 43:11
reached 45:4,13
read 5:13 44:24
  46:12 61:3
reading 23:2,13,16
  25:15,16 33:22
ready 51:1,24
reality 19:6
realize 26:3
reason 7:19 39:22
  45:18
reasonable 24:16
  37:19,20 44:4
reasons 10:19
reassigned 12:24
  52:22
recall 7:3,24 8:5
  16:19 17:6,11,17
  17:20,24 18:5,8,9
  18:22 19:7,8,11
  20:6,9 21:10
  24:13,20,21 26:9
  26:17 27:10 28:3
  29:22 30:19 31:1
  31:4,8,11 32:2,10
  32:13,17,18,21
  35:20 37:14 38:16
  39:14,18 40:1
  44:20 56:2,4,10
  56:16 57:1,10
  58:11
recalled 58:6
receipt 5:14
receive 9:12 37:9
  45:12 48:11 49:11
received 9:2,8,22
  10:7 12:23 37:15
  45:3 58:3
Recess 47:24
recognize 15:8
  20:17 40:8
record 6:4 40:16,17
  44:11,13,24 46:13
  61:5 62:10
recorded 33:12
recorder 33:24
recruit 10:6 11:1
recruiter 13:2,9
referred 14:8
regarding 8:3

JONES REPORTING COMPANY
617-451-8900

Shumeane Benford

Page 68

| | | | | |
|---|---|---|---|---|
| regimen 23:12,19 58:19,21 | role 13:8 roles 51:15 | 27:17 September 12:3,7 | sixth 21:16 slots 48:19 | step 14:20 steps 39:6 |
| Region 50:18 51:10 | Romano 1:22 62:4 | 12:12 14:21 | small 34:20,22 35:9 | stick 33:24 39:23 |
| regs 21:20 29:21 | room 17:18,23 18:3 | sergeant 16:3,9,20 | 35:16 | stickers 22:16 |
| regulations 14:12 | 18:3 29:3 | 16:22 42:24 47:11 | societal 10:19 | stipend 49:11 |
| related 62:12 | rooms 17:15 | 57:15 | Society 26:21 | stipulated 5:11 |
| relates 18:14 | Roxbury 6:15 8:13 | sergeant's 45:2,8 | sorry 13:21 | Stipulation 5:10 |
| relationship 19:9 | 8:16 36:7 53:18 | 46:14,20 | sort 35:5,12 39:22 | stipulations 5:4 |
| 48:18 49:12 | RPR 62:4 | served 13:9 34:22 | 49:24 | stood 39:11 |
| relative 18:17 42:17 | RPR/CRR 1:22 | service 25:4 | sought 16:7 | stopped 37:1 |
| released 24:24 | rules 21:20 29:21 | services 12:15 13:1 | sound 22:20 37:18 | strategies 53:20 |
| Relief 4:14 44:19 | running 43:23 | 27:18 30:18 52:9 | 38:12 39:19 | strategy 53:23 |
| rely 23:7 | 55:13 | serving 30:5 | sounds 37:20 39:21 | 56:19 |
| remember 16:13 | | session 22:7 27:21 | 49:22 | street 1:19 2:5,13 |
| 58:8 | **S** | 28:10 29:6,23 | speak 18:13 31:22 | 12:15 |
| reporter 1:22 7:7 | S 2:1 4:9 5:1 | 34:19 | 34:7 60:3 | strength 19:2 |
| reporter's 7:11 | Salvation 36:16 | sessions 21:22 22:3 | speaking 18:1 | strike 5:18 |
| represent 46:24 | sanctioned 31:6 | 29:4 30:9 34:17 | 19:20 | student 10:8 50:15 |
| 48:5 | saw 23:6 | set 45:20,21 47:14 | special 22:4 29:21 | studies 9:1,19 11:21 |
| representation 21:3 | saying 27:3 59:7 | 62:16 | specific 15:21 18:8 | study 21:18,22 22:3 |
| 22:11 47:16 | says 40:20 42:2 | setting 33:14,23 | 18:19 20:1 58:12 | 22:6 23:13 24:11 |
| representative | 44:24 | seven 13:7 | specifically 17:9 | 24:14 27:20 28:10 |
| 20:22 21:13 22:1 | schedule 14:19 | shift 52:24 53:13 | 18:13 19:7 20:9 | 29:23 31:13,15,19 |
| 22:5 | Scheft 21:7 27:12 | Shore 8:16,18 48:9 | 21:2 28:3 31:4 | 35:1,11 55:15 |
| requested 4:14 | 27:14 28:5,6,15 | short 35:1 48:20 | 41:23 52:14 53:17 | 58:24 |
| 44:19 53:17 | 28:16,22 30:7,24 | Shortly 52:20 | 54:9 59:7 | subject 14:1,20 |
| reserved 5:18 | scholarship 48:11 | show 20:11 40:2 | speculate 42:22 | 35:20 45:24 |
| resources 3:13 23:8 | school 8:8,9,10,11 | 44:5 | spell 6:7 | subjective 19:11 |
| 37:10 38:22 48:5 | 8:12 9:6 36:23 | Shumeane 1:15 2:9 | spent 36:15 | 31:17 |
| respective 5:12 | 50:16 57:6 | 4:3 5:20 6:5 61:2 | spoke 58:16 | subjectively 46:6 |
| respond 12:20 | science 9:3,16 48:23 | 61:24 | spoken 33:11 | subsequent 41:18 |
| 17:21 18:1,6 | 49:19 | side 7:9 40:19 | squeeze 35:5 | subsequently 8:21 |
| response 12:19 | score 37:8,10 39:2 | sidebar 23:4 24:15 | SS 62:2 | 9:2 49:6,16 |
| responsibilities | 43:7 45:12 | signature 40:12 | staff 13:14 14:3,16 | substance 42:11 |
| 50:21 51:13 52:16 | scores 45:3 | signed 5:13 61:19 | 14:18 56:18 | Suffolk 9:4,15 49:7 |
| 53:11 | screen 17:22 | significance 42:6 | stage 45:24 | 49:17 62:2 |
| responsible 52:1,23 | seal 62:17 | significantly 46:18 | staleness 43:20 | suggest 41:16 |
| result 46:13 47:2 | sealing 5:15 | sign-in 30:23 | standard 27:6 | Superfund 51:11 |
| retained 4:20 | section 51:11,17,23 | similar 56:7 | 45:21 47:14 | 51:17 |
| retired 22:12 | secured 17:15,16 | simply 36:24 | standpoint 32:24 | supervise 52:5,7 |
| reveal 42:11 | security 51:5 52:19 | simultaneously | start 25:8,15,18 | 53:7,24 |
| review 24:6 44:15 | 53:7 | 11:17 | 49:24 | supervising 52:14 |
| reviewed 45:17 | see 27:24 28:1 | sincerely 50:3 | started 50:1,15 | 53:21 |
| 46:4,8 55:15 | 40:22,23 45:5 | single-parent 36:11 | 53:15 | Supervision 21:15 |
| 59:19 | 46:22 59:6 | sir 6:19,23 7:1,13 | starting 8:7,9 12:11 | supervisor 51:19 |
| right 11:14 18:21 | seen 44:17 | 8:5 9:10,17,23 | state 1:19 2:5,13 | supervisory 51:12 |
| 30:16,22 34:9 | selecting 46:1 | 12:8 14:24 15:3 | 6:3 11:16 14:6 | support 50:24 |
| 39:9,9 42:21 54:4 | self-testing 23:17 | 15:20 16:6,24 | 21:8 38:22 42:7 | supported 11:16 |
| right-hand 40:19 | semester 8:14 | 20:5 25:12 26:7 | statement 41:13 | sure 6:5 11:6 17:7 |
| rigorous 55:11 | seminar 27:4 28:1,4 | 34:13 38:2 40:14 | 45:15,19 | 17:11 25:6 26:16 |
| rmorris@morgan... | 29:24 | 40:24 45:7,10 | STATES 1:4 | 26:24 31:2 32:5 |
| 2:16 | seminars 26:13 | sit 47:9 | state-mandated | 39:17 44:12 46:23 |
| Robert 2:12 | 27:5,24 33:9 | site 38:11 | 11:12 | 47:8,23 51:23 |
| Rogers 21:24 23:6 | sense 36:24 | situation 49:10 | statute 11:16 | 52:21 55:16 57:4 |
| 25:24 26:6,23 | sentence 44:23 45:5 | six 11:24 25:1 31:23 | statutory 25:3 | 57:6,9 59:8,9 |
| 27:2,4,8,19,20 | separate 13:4 27:16 | 37:1 | stayed 8:18 | surmise 22:16 |

Shumeane Benford

sworn 5:23 62:9
system 41:17,17
 45:16 59:18
systems 52:2
S-H-U-M-E-A-N-E
 6:8

_____ T _____
T 4:9 61:1,1
tackle 41:22
take 7:14,18 16:4
 16:21 25:23 27:1
 28:21 36:24 39:7
 47:1,20,22 57:2
 57:15
taken 6:20 27:11
 42:17 46:16 47:24
talked 10:24 32:24
 34:16
talking 33:4 48:23
 55:21
tape 33:20,24
tapes 30:13 33:11
 33:12,17
Tara 26:19
TD 17:8
teach 14:2,4,20
technically 15:8
television 17:19
tell 26:8 36:1
temporary 12:23
term 18:15
terms 33:6 42:6
test 26:4 57:11
testified 5:24 48:8
 58:13,19
testimony 26:5 30:8
 61:4,5 62:10
tests 55:22,24 56:3
 56:7,11
text 21:4 23:2,4,4
texts 21:14,17 33:2
Thank 5:8
theoretically 11:11
thereof 5:16
things 25:15 31:3
 31:22 32:17 33:6
 44:2 56:22
think 20:1 23:9,11
 32:23,24 33:9
 42:15 44:1 45:11
 56:4,5,12
thought 19:4 43:14
 44:3
three 13:4 21:12
 28:1 57:20

threes 39:17,24,24
thumb 25:8
Thursday 31:23
time 5:18 13:6
 17:24 22:19 23:22
 24:10,10,16,16
 25:1,10 29:19
 30:11 37:3,24
 38:14 39:10 42:9
 42:16 51:19 52:21
 58:12
times 52:2
title 10:8,10,14,15
 11:13 14:17 15:21
 51:14
titles 11:18
today 47:9
togetherness 56:20
told 38:21
tone 19:18
tools 51:3
top 43:4
totally 27:15
track 31:3
trained 10:6 14:14
training 13:20
 55:12 56:17
transcript 61:3
transferred 8:15,21
 8:24 13:12 49:6
 49:17
trial 5:18
tried 35:11
true 61:4 62:10
truthfully 6:18,22
try 7:9 24:4 31:2
 56:23
trying 11:2 23:8
 24:6 34:9
turning 24:8
two 12:20 15:13
 26:10 28:1 53:2
 54:8
two-day 28:4
type 14:19 19:1
 22:1,5
typed 40:21
typically 22:22
 23:20,24 24:4,7
 25:7 27:23 29:17

_____ U _____
umbrella 13:20
unable 29:5 30:12
understand 6:17,21
 17:1 18:21 22:19

23:22 39:4 47:3
 56:19
understanding 28:7
 55:10
unfair 59:3,7
unit 12:19 56:20
UNITED 1:4
university 8:22 9:4
 48:18 49:13,17
 50:10 52:19
use 43:16
utilizing 46:13

_____ V _____
v 1:10
vacations 52:24
various 6:11 12:10
 33:1
vehicle 14:7,9 35:22
 58:4
vehicles 51:20
 52:10
veracity 43:20
Vermont 51:11,17
version 22:9 28:9
versions 23:15
versus 29:18 30:1
video 17:19
videotaped 29:4
videotapes 29:7,11
 30:6,20,24
view 29:7 30:13
viewed 29:11
virtue 14:18 43:23
Volume 1:1

_____ W _____
waived 5:16
want 17:9 26:18
 28:21 29:24 40:2
 41:7 42:22 44:5
 46:5 47:20 57:5
wanted 49:23 50:2
warning 58:4
wasn't 29:2 58:6
watched 30:6,20
watching 30:24
way 7:16,18 18:22
 41:21 50:1 55:19
 59:9
ways 33:1
weaknesses 19:3
Web 38:11
Wednesday 31:23
week 53:4
weeks 35:2

weighed 60:6
weight 55:12
weighted 19:1
welcome 44:15
went 8:13 10:17
 13:9 27:18 52:18
 52:19
we'll 20:12 40:3
 44:7
we're 16:1 46:9
we've 32:19
whatever's 46:1
whereof 62:16
white 47:3,6,11
WILMER 2:3
witness 5:22 62:11
 62:16
witnesses 7:6 51:2
word 31:16
worded 59:5,10
work 7:16,18 14:22
 21:8 24:1,2 27:22
 36:13 50:5 52:12
 52:22 53:19
worked 12:16 50:1
 50:7,9,11,16,17
 51:22 52:3,8
working 12:15,24
 24:11 30:14 36:16
 36:17 50:19 51:18
 53:15 56:20
wouldn't 45:14
 57:7
written 17:2 18:18
 21:17 37:8 38:18
wrong 6:10

_____ X _____
x 1:7,13 4:1,9

_____ Y _____
year 8:23 9:5,18
 16:23 52:22 54:23
 57:8
years 7:4 13:5
 16:13 20:24 37:3
 43:19,22,24 50:17
 57:20
yesterday 7:17
yesterday's 5:5
young 23:21

_____ $ _____
$4,000 48:16

_____ 0 _____
01 58:10

02 26:17 43:2
02108 3:7
02109 2:6,14
05 16:10 25:23
 26:17 32:10
06 38:2
07 9:19
07-11693-JLT 1:6
08 32:3,9

_____ 1 _____
1 4:11 12:21 20:12
 20:14,18 21:5,12
 50:18 51:10
1-4 1:3
1-62 1:2
10:50 1:17 60:14
100s 43:6
11-month 13:18
15 62:23
19 54:7
1990 9:7 57:6
1993 9:13
1994 54:16,24
1995 10:2 12:3,7,12
 14:21
1998 9:9

_____ 2 _____
2 4:12 21:5,12 40:3
 40:5,9
2,000 23:10
20 4:11
200 1:19 2:13 61:20
2001 13:12
2002 16:17 17:2
 18:11 20:7 27:4
 34:6 43:1 57:13
 57:21,23
2005 16:3,5,7 22:5
 22:17,20 24:19
 25:21 26:4 27:4
 28:10 31:12 32:2
 32:21 34:9,16
 37:6 43:10 47:2
 57:13 58:14,20
 59:1
2006 37:18 39:11
2008 1:16 9:21
 34:12,15 40:22
 41:5 42:5 57:14
 58:17,22 62:7,17
2013 62:23
22 10:2
22nd 54:10
270 39:19

Shumeane Benford

Page 70

| 3 | | | | |
|---|---|---|---|---|
| 3 1:16 4:13 12:17<br>  12:22 21:6,13<br>  44:7,9<br>3rd 62:7<br>30 5:13<br>300s 39:22<br>35 24:3<br>36 44:23 45:6<br>37 46:11 | | | | |
| **4** | | | | |
| 4:30 24:4<br>40 4:12<br>44 4:14<br>48 4:5 | | | | |
| **5** | | | | |
| 523-6666 2:15<br>526-6000 2:7<br>56 47:3 | | | | |
| **6** | | | | |
| 6 4:4<br>60 2:5<br>617 2:7,15 3:8 | | | | |
| **7** | | | | |
| 7:30 24:1<br>727-2200 3:8 | | | | |
| **8** | | | | |
| 8 6:15<br>8th 62:17 | | | | |
| **9** | | | | |
| 9:35 1:17 62:8<br>90 14:8<br>92 57:5,8<br>93 57:5,8<br>95 54:10<br>97 58:11<br>99 58:11 | | | | |

Shumeane Benford

61

```
1                C E R T I F I C A T E
2         I, SHUMEANE BENFORD, do hereby certify that
3    I have read the foregoing transcript of my
4    testimony, and further certify that it is a true
5    and accurate record of my testimony (with the
6    exception of the following corrections):
7    Page    Line              Correction
8    _____
9    _____
10   _____
11   _____
12   _____
13   _____
14   _____
15   _____
16   _____
17   _____
18   _____
19        Signed under the pains and penalties of
20   perjury this_____day of_____, 200__.
21
22
23                    _____
24              SHUMEANE BENFORD
```

JONES REPORTING COMPANY
617-451-8900