# EXHIBIT K

Active Standings for Applicant Page

## Human Resources Division

Return to Applicant Main Menu · Logout

### POLICE SERGEANT
### Active Standing List

List Established
02/13/2006

| Applicant Information | |
|---|---|
| Name | MILLER, BRIAN E |
| Address | 37 FENDALE AVE |
| City, State | DORCHESTER, MA |
| Date of Birth | 06/28/1971 |
| Gender | Male |

Tip! Your Name is highlighted in the list below. To find it, click on the Toolbar then Find on this page and enter your name in the " Or short key "Ctrl+F"

| Rank | Applicant | Preference Status |
|---|---|---|
| 1 | TARANTINO, JAMES R | VETERAN |
| 2 | MCCARTHY, JOEL C | VETERAN |
| 3 | BRENNAN, THOMAS | VETERAN |
| 3 | CONNOLLY, CHRISTOPH E | NON VETERAN |
| 3 | WALSH, CHRISTOPH T | VETERAN |
| 6 | CUNNIFF, CHRISTOPH J | NON VETERAN |
| 6 | FLAHERTY, SEAN P | VETERAN |
| 6 | HEGARTY, MICHAEL J | NON VETERAN |
| 6 | RYAN, GARY J | NON VETERAN |
| 6 | TRACEY, DANIEL J | VETERAN |
| 11 | CENTREMONT, THOMAS M | NON VETERAN |
| 11 | MILLER, BRIAN E | NON VETERAN |
| 11 | RIVA, MARYANN | NON VETERAN |
| 11 | SWEENEY, STEVEN M | NON VETERAN |
| 15 | DONARUMA, ROBERT J | NON VETERAN |
| 15 | DUFF, DANIEL P | NON VETERAN |
| 15 | MORGAN, PHILIP F | NON VETERAN |
| 15 | SOLARI, HUGH R | NON VETERAN |
| 15 | WILBANKS, SEAN M | D VETERAN |
| 15 | WILLIAMS, FRED R | NON VETERAN |
| 21 | EARLEY, JOHN | NON VETERAN |
| 21 | EDDINGS, MARCUS C | NON VETERAN |
| 21 | FOLEY, THOMAS J | NON VETERAN |
| 21 | LEWIS, RICHARD G | VETERAN |

Active Standings for Applicant Page

| | | |
|---|---|---|
| 21 | MCCARTHY, MICHAEL P | NON VETERAN |
| 21 | O'NEILL, MARYANN | VETERAN |
| 21 | SMIDDY, MARTIN G | NON VETERAN |
| 21 | SOUSA, KENNETH A | NON VETERAN |
| 21 | ZELVIS, PAUL J | NON VETERAN |
| 30 | BLAKE, JAMES M | VETERAN |
| 30 | BUCKLEY, JAMES H | VETERAN |
| 30 | CARINO, GEORGE F | NON VETERAN |
| 30 | COTTER, WINIFRED N | NON VETERAN |
| 30 | DAHILL, RICHARD J | NON VETERAN |
| 30 | FAGAN, CECILIA M | NON VETERAN |
| 30 | FARRELL, BRIAN T | NON VETERAN |
| 30 | GALLARELLI, JOSEPH | NON VETERAN |
| 30 | HANSON, MICHAEL C | VETERAN |
| 30 | KEENAN, DONALD F | NON VETERAN |
| 30 | KRAUSE, ERIC G | NON VETERAN |
| 30 | MACCALLUM, JEFFREY S | NON VETERAN |
| 30 | MAGUIRE, JOSEPH M | NON VETERAN |
| 30 | MAHONEY, PAUL S | NON VETERAN |
| 30 | MOORE, JAMES | NON VETERAN |
| 30 | PROVENZANO, GINO A | NON VETERAN |
| 30 | SCALES, LATEISHA R | NON VETERAN |
| 30 | SULLIVAN, MARC | NON VETERAN |
| 30 | TAXTER, LUCAS E | NON VETERAN |
| 30 | TONER, WILLIAM R | NON VETERAN |
| 50 | ASSAD, MARK L | NON VETERAN |
| 50 | AYALALEONG, NORMA I | NON VETERAN |
| 50 | BESOLD, PAMELA L | NON VETERAN |
| 50 | BLANDOIR, CARL | NON VETERAN |
| 50 | BURNS, SHAWN M | D VETERAN |
| 50 | CARROLL, JEANNE L | NON VETERAN |
| 50 | CLARKE, WAYNE G | NON VETERAN |
| 50 | DEVANE, MICHAEL F | VETERAN |
| 50 | DOHERTY, SEAN M | VETERAN |
| 50 | DOOGAN, WILLIAM E | NON VETERAN |
| 50 | DOYLE, JAMES M | VETERAN |
| 50 | ELWOOD, JOHN | VETERAN |
| 50 | FREIRE, MARK E | NON VETERAN |
| 50 | GAINES, KENNETH | NON VETERAN |
| 50 | GALVIN, JAMES L | VETERAN |
| 50 | HOLMES, LISA R | NON VETERAN |
| 50 | HUMPHREYS, DANIEL M | VETERAN |
| 50 | LOZANO, JOSE L | NON VETERAN |
| 50 | MCGOLDRICK, KEVIN P | D VETERAN |

| | | |
|---|---|---|
| 50 | MCMAHON, EDWARD F | VETERAN |
| 50 | SHEESLEY, MONICA L | NON VETERAN |
| 50 | SILTA, SAMIL T | NON VETERAN |
| 50 | THOMPSON, JAMES M | D VETERAN |
| 50 | TURNER, KENNETH S | VETERAN |
| 74 | BLACK, BRIAN C | NON VETERAN |
| 74 | DORIS, KATHLEEN P | NON VETERAN |
| 74 | EDGHILL, SUSAN R | NON VETERAN |
| 74 | FOLEY, GEORGE P | D VETERAN |
| 74 | FOLEY, JAMES M | VETERAN |
| 74 | GALLAGHER, WILLIAM J | NON VETERAN |
| 74 | GRIFFITHS, FRANCIS N | VETERAN |
| 74 | HARRIS, DENNIS P | VETERAN |
| 74 | HOLBROOK, LUKE S | NON VETERAN |
| 74 | JORDAN, RICHARD P | NON VETERAN |
| 74 | KNECHT, WILLIAM G | NON VETERAN |
| 74 | LEAHY, THOMAS P | NON VETERAN |
| 74 | LONG, DANIEL A | NON VETERAN |
| 74 | MACDOANDL, DANIEL F | NON VETERAN |
| 74 | MARANDO, SHAWN P | D VETERAN |
| 74 | MARTIN, JAMES R | NON VETERAN |
| 74 | MCCARTHY, SEAN C | NON VETERAN |
| 74 | MCLAUGHLIN, PAUL C | NON VETERAN |
| 74 | NORTON, PETER O | NON VETERAN |
| 74 | ROMANO, STEPHEN P | NON VETERAN |
| 74 | YOUNG, JOSEPH M | NON VETERAN |
| 95 | BENTON, JEREMIAH | NON VETERAN |
| 95 | BOYLE, CHRISTOPH R | NON VETERAN |
| 95 | CALLAHAN, JOHN F | NON VETERAN |
| 95 | CARR, ROBERT P | VETERAN |
| 95 | COYNE, MICHAEL | NON VETERAN |
| 95 | CRONIN, JOHN F | NON VETERAN |
| 95 | DOUGHERTY, JOHN D | NON VETERAN |
| 95 | FARRELL, JOHN L | NON VETERAN |
| 95 | LOMUSCIO, JOSEPH | VETERAN |
| 95 | MAHONEY, BRIAN C | NON VETERAN |
| 95 | MCCARTHY, JOHN T | VETERAN |
| 95 | MCLAUGHLIN, FRANCIS X | NON VETERAN |
| 95 | MELVIN, DAVID E | NON VETERAN |
| 95 | MORGAN, STEVEN J | NON VETERAN |
| 95 | MORRISON, PATRICK J | NON VETERAN |
| 95 | MYLETT, MICHAEL R | NON VETERAN |
| 95 | RICARD, JEAN-PIER | VETERAN |
| 95 | RIDGE, ROBERT J | NON VETERAN |

| | | |
|---|---|---|
| 95 | SEAN, DERRY F | NON VETERAN |
| 95 | SHORT, GREGORY H | NON VETERAN |
| 95 | THOMAS, HILLER | NON VETERAN |
| 95 | WILLIAMS, DANTE B | NON VETERAN |
| 95 | YALMOKAS, KEVIN J | D VETERAN |
| 118 | AHERN, JOHN B | NON VETERAN |
| 118 | CARDOZA, GEORGE I | NON VETERAN |
| 118 | CELESTER, LAWRENCE J | VETERAN |
| 118 | CONBOY, DANIEL T | NON VETERAN |
| 118 | COPPINGER, MICHAEL C | VETERAN |
| 118 | CURTIS, RONALD P | VETERAN |
| 118 | DIGIROLAMO, JOSEPH E | VETERAN |
| 118 | DURANT, PATRICIA M | NON VETERAN |
| 118 | EGAN, GEORGE F | VETERAN |
| 118 | GILL, ADAM C | NON VETERAN |
| 118 | HYSLIP, DAVID G | NON VETERAN |
| 118 | KENNEY, ROBERT J | D VETERAN |
| 118 | LEMBO, THOMAS E | NON VETERAN |
| 118 | MACCALLUM, SCOTT A | NON VETERAN |
| 118 | MACKIE, SCOTT M | NON VETERAN |
| 118 | MARYLAND, LANITA D | NON VETERAN |
| 118 | MCNULTY, JOHN E | NON VETERAN |
| 118 | MILLER, JAMES W | NON VETERAN |
| 118 | MONAHAN, JOSEPH G | NON VETERAN |
| 118 | O'SHEA, SHEILA M | NON VETERAN |
| 118 | O'TOOLE, TERRENCE V | VETERAN |
| 118 | OBRIEN, GERARD T | NON VETERAN |
| 118 | PAINTEN, PAUL A | NON VETERAN |
| 118 | POWELL, COURTNEY A | VETERAN |
| 118 | SULLIVAN, CARLA | NON VETERAN |
| 143 | ARTHUR, DARNELL B | NON VETERAN |
| 143 | BRODERICK, JOHN D | NON VETERAN |
| 143 | BROWN, GWENDOLYN | NON VETERAN |
| 143 | COTTON, TERRY L | NON VETERAN |
| 143 | DWAN, DARYLE P | NON VETERAN |
| 143 | EZEKIEL, JOHN W | NON VETERAN |
| 143 | FITZPATRICK, TIMOTHY G | NON VETERAN |
| 143 | FREEMAN, JAMES J | NON VETERAN |
| 143 | GAVA, ROY | NON VETERAN |
| 143 | JONES, KEVIN F | NON VETERAN |
| 143 | KELLY, TIMOTHY J | NON VETERAN |
| 143 | MENINO JR, THOMAS M | NON VETERAN |
| 143 | MITCHELL, GARRETT G | VETERAN |
| 143 | MORRIS, PETER B | NON VETERAN |

| | | |
|---|---|---|
| 143 | O'CONNOR,JOHN J | NON VETERAN |
| 143 | ORTIZ,ANTHONY | VETERAN |
| 143 | PERKINS,ALAN K | VETERAN |
| 143 | RAGLAND,JACQUELIN | NON VETERAN |
| 143 | SULLIVAN,THOMAS E | VETERAN |
| 143 | TABB,LEOUTRAH L | NON VETERAN |
| 143 | VANDYKE,KARYN A | NON VETERAN |
| 143 | WRIGHT,JOHN P | NON VETERAN |
| 143 | WRIGHT,PAUL D | D VETERAN |
| 166 | BARRETT,EDWARD | NON VETERAN |
| 166 | CARNELL,JAMES | NON VETERAN |
| 166 | CARROLL,CHRISTOPH P | NON VETERAN |
| 166 | CELLUCCI,CHARLES J | NON VETERAN |
| 166 | CINTOLO,JOSEPH P | NON VETERAN |
| 166 | COOKS,RICKY | NON VETERAN |
| 166 | DOOGAN,MICHAEL J | NON VETERAN |
| 166 | FACEY,DELORES E | NON VETERAN |
| 166 | FISHER,DEBRA M | NON VETERAN |
| 166 | FOLEY,PATRICK M | NON VETERAN |
| 166 | HERNANDEZ,JORGE L | NON VETERAN |
| 166 | HYSLIP,JOHN F | NON VETERAN |
| 166 | KENNEDY,JOSEPH M | NON VETERAN |
| 166 | LANGA,MAURICIO E | NON VETERAN |
| 166 | MAZZOLA,ADAM T | VETERAN |
| 166 | MERCED,SIXTO | NON VETERAN |
| 166 | PARLON,WILLIAM L | NON VETERAN |
| 166 | PRAILEAU,LYNETTE | NON VETERAN |
| 166 | PUZZO,BRIAN | NON VETERAN |
| 166 | YEE,DAVID | NON VETERAN |
| 186 | BEATH,STEPHEN E | NON VETERAN |
| 186 | BURKE,EVON F | NON VETERAN |
| 186 | CATALDO,DAVID R | NON VETERAN |
| 186 | FERRARA,FRED | VETERAN |
| 186 | FITZGERALD,EDWARD F | VETERAN |
| 186 | FLEMING,EDWARD J | VETERAN |
| 186 | FONTAINE,FREDERICK P | VETERAN |
| 186 | GARVEY,EDWARD J | NON VETERAN |
| 186 | GREEN,STEPHEN W | NON VETERAN |
| 186 | JONES,CECIL R | NON VETERAN |
| 186 | KEELEY,THOMAS J | NON VETERAN |
| 186 | MAGOON,KEVIN M | NON VETERAN |
| 186 | MILLS,VANCE C | NON VETERAN |
| 186 | MOY,RICHARD | NON VETERAN |
| 186 | MURPHY,PATRICK L | NON VETERAN |

Active Standings for Applicant Page

| Rank | Name | Status |
|---|---|---|
| 186 | O'HARA, MICHAEL C | NON VETERAN |
| 186 | PIEROWAY, ROBERT J | NON VETERAN |
| 186 | POWELL, DAVID B | NON VETERAN |
| 186 | SHAW, MOLWYN A | D VETERAN |
| 186 | STAINES, HENRY J | NON VETERAN |
| 186 | SWAN, KEVIN P | NON VETERAN |
| 186 | WALLACE, DANIEL A | NON VETERAN |
| 208 | ADAMS, DANIEL J | VETERAN |
| 208 | AJEMIAN, GERALD F | NON VETERAN |
| 208 | ALLEN-BOWIE, KAREN | NON VETERAN |
| 208 | BORBEE, STEPHEN M | NON VETERAN |
| 208 | BRENNAN, RICHARD P | NON VETERAN |
| 208 | CARNES, JAMES C | NON VETERAN |
| 208 | CHIN, JAMES K | NON VETERAN |
| 208 | COFFEY, PAUL J | NON VETERAN |
| 208 | DELANEY, LAURA A | NON VETERAN |
| 208 | DONLON JR, PAUL L | NON VETERAN |
| 208 | DONOVAN, TIMOTHY R | NON VETERAN |
| 208 | DURAN, STEPHEN T | NON VETERAN |
| 208 | FLAHERTY, SEAN P | NON VETERAN |
| 208 | FLEMING, RICHARD J | NON VETERAN |
| 208 | GOLDEN, TIMOTHY J | NON VETERAN |
| 208 | HARRINGTON, MICHAEL C | VETERAN |
| 208 | HAYWARD, PAUL E | VETERAN |
| 208 | HYNES, JOHN | VETERAN |
| 208 | KEANE, DANIEL C | NON VETERAN |
| 208 | MOCCIA, JAMES B | NON VETERAN |
| 208 | O'BRIEN, STEPHEN T | NON VETERAN |
| 208 | PATERSON, CORNELL G | NON VETERAN |
| 208 | RODRIGUEZ, EDGARDO | VETERAN |
| 208 | RONAN, LEO J | NON VETERAN |
| 208 | ROSE, THOMAS F | NON VETERAN |
| 208 | SANCHEZ, RENE | NON VETERAN |
| 208 | TWITCHELL, ROBERT J | NON VETERAN |
| 208 | VAZQUEZ, LUIS | NON VETERAN |
| 208 | WITHINGTON, ERIN T | NON VETERAN |
| 208 | WOODSIDE, KEVIN A | NON VETERAN |
| 238 | BERGUME, PAUL J | VETERAN |
| 238 | BOYLE, JOHN T | NON VETERAN |
| 238 | CAZEAU, PETER J | NON VETERAN |
| 238 | CHEEVERS, JAMES | NON VETERAN |
| 238 | COYNE, JAMES A | NON VETERAN |
| 238 | DINEEN, JOHN J | NON VETERAN |
| 238 | FELTON, MICHAEL E | NON VETERAN |

| | | |
|---|---|---|
| 238 | FITZPATRICK, RICHARD | VETERAN |
| 238 | FLEMING, MARK | NON VETERAN |
| 238 | GALLANT, JOSEPH P | NON VETERAN |
| 238 | GANNON, SEAN | NON VETERAN |
| 238 | HIGGINS, PATRICK E | NON VETERAN |
| 238 | HILL, DUDLEY N | NON VETERAN |
| 238 | KEARNEY, TOMAS C | VETERAN |
| 238 | KENDRICKEN, WILLIAM M | VETERAN |
| 238 | LYDON, JAMES F | VETERAN |
| 238 | LYDON, MARTIN L | NON VETERAN |
| 238 | MCCARTHY, JOHN A | NON VETERAN |
| 238 | NOLAN, JAMES | NON VETERAN |
| 238 | NOLAN, TODD M | VETERAN |
| 238 | PRATT, THOMAS N | NON VETERAN |
| 238 | PUGLIA, JOHN F | NON VETERAN |
| 238 | PUMPHRET, KEVIN | NON VETERAN |
| 238 | QUILES, WILSON | NON VETERAN |
| 238 | RUSSELL, PATRICK H | NON VETERAN |
| 238 | SPENCE, MICHAEL J | VETERAN |
| 238 | SULLIVAN, BRIAN J | NON VETERAN |
| 238 | TORRES, JUAN J | NON VETERAN |
| 238 | WALSH, MICHAEL T | NON VETERAN |
| 238 | WELSH, KEVIN M | NON VETERAN |
| 238 | WILLIAMS-MITCH, ANGELA M | NON VETERAN |
| 238 | WRIGHT, MARVIN M | NON VETERAN |
| 270 | ANTUNEZ, RAFAEL N | NON VETERAN |
| 270 | BENFORD, SHUMEANE | NON VETERAN |
| 270 | BEST, RODNEY Q | NON VETERAN |
| 270 | BLANDIN, DEBRA G | NON VETERAN |
| 270 | BROWN, DARRYN L | VETERAN |
| 270 | BUKOFF, MICHAEL J | VETERAN |
| 270 | CHARBONNIER, STEVEN M | NON VETERAN |
| 270 | CONNOLLY, MICHAEL G | NON VETERAN |
| 270 | CONNORS, JOHN P | VETERAN |
| 270 | COYNE, KEVIN C | NON VETERAN |
| 270 | DANKERS, GREGORY D | VETERAN |
| 270 | DOYLE JR., BERNARD A | NON VETERAN |
| 270 | EDWARDS, DAVID | NON VETERAN |
| 270 | GARCIA, ELVIS | NON VETERAN |
| 270 | HASSON, WILLIAM R | NON VETERAN |
| 270 | JOSEPH-GREENE, LESLIE A | NON VETERAN |
| 270 | JOYCE, JOHN B | NON VETERAN |
| 270 | LYNCH, TIMOTHY E | NON VETERAN |
| 270 | O'SULLIVAN, TIMOTHY C | NON VETERAN |

| Rank | Name | Status |
|---|---|---|
| 270 | PISHKIN, EDWARD D | VETERAN |
| 270 | RACKAUSKAS, RICHARD F | VETERAN |
| 270 | RATTIGAN, JAMES L | NON VETERAN |
| 270 | SALTALAMACCHIA, MICHAEL P | VETERAN |
| 270 | SINGLETARY, DAVID W | NON VETERAN |
| 270 | SULLIVAN, PAUL S | D VETERAN |
| 270 | VENUS, LISA G | D VETERAN |
| 270 | WARD, ROBERT J | VETERAN |
| 270 | WONG, PHILLIP K | NON VETERAN |
| 298 | ANTONUCCI-SEME, SUSAN | NON VETERAN |
| 298 | BROWN, JAMES L | VETERAN |
| 298 | BROWN-ROGERS, MONICA D | NON VETERAN |
| 298 | CABRERA, PETER F | NON VETERAN |
| 298 | CASTILLO, LUDWIG | NON VETERAN |
| 298 | CHARBONNIER, ALBERT F | NON VETERAN |
| 298 | CHIN, CARY | NON VETERAN |
| 298 | CHRISPIN, EDDY | NON VETERAN |
| 298 | DAROSA, PATRICIA M | NON VETERAN |
| 298 | FRANCIS, ANTHONY H | NON VETERAN |
| 298 | JOSEY, WINDELL C | NON VETERAN |
| 298 | LEEMAN, JOSEPH R | VETERAN |
| 298 | LEZAMA, DIANNE D | NON VETERAN |
| 298 | LONERGAN, ARTHUR V | NON VETERAN |
| 298 | LONG, CHRISTOPH M | NON VETERAN |
| 298 | MACDONALD, DANIEL E | NON VETERAN |
| 298 | MALONEY, THOMAS F | VETERAN |
| 298 | MORRISSEY, FRANCIS | VETERAN |
| 298 | MULREAN, BRIAN D | NON VETERAN |
| 298 | O'BRIEN, PAUL F | NON VETERAN |
| 298 | PETTENGILL, SUSAN M | NON VETERAN |
| 298 | PITTS, VERITTA M | NON VETERAN |
| 298 | PUGSLEY, JOHN R | NON VETERAN |
| 298 | ROSE, PATRICK M | VETERAN |
| 298 | SEOANE, JUANJOSE | NON VETERAN |
| 298 | SUTHERLAND, PAULA M | NON VETERAN |
| 298 | TSE, JOEY | NON VETERAN |
| 298 | VASQUEZ, LOUIS A | NON VETERAN |
| 298 | WITHERSPOON, KEVIN L | NON VETERAN |
| 327 | BERMEJO, IVAN A | NON VETERAN |
| 327 | BRITTLE-POWELL, CHARISSE E | NON VETERAN |
| 327 | CALDERONE, LAWRENCE A | NON VETERAN |
| 327 | CASALLAS, RICHARD H | D VETERAN |
| 327 | CESAR, MONIQUE R | NON VETERAN |
| 327 | COX, DAVID F | D VETERAN |

Active Standings for Applicant Page

Page 9 of 10

| Rank | Name | Status |
|---|---|---|
| 327 | CRAGER, CHRISTOPH D | VETERAN |
| 327 | CURTIN, CHRISTOPH J | NON VETERAN |
| 327 | DOTTIN, SHARON | NON VETERAN |
| 327 | GARCIA, LISSETTE | NON VETERAN |
| 327 | GOULD, JOHN J | NON VETERAN |
| 327 | HARDIN, ERIC F | VETERAN |
| 327 | JONES, MICHAEL J | NON VETERAN |
| 327 | MARINI, CHRISTINE M | NON VETERAN |
| 327 | MISKEL, JOSEPH M | NON VETERAN |
| 327 | MURPHY, MICHAEL P | NON VETERAN |
| 327 | O'NEIL, STEVEN E | NON VETERAN |
| 327 | O'ROURKE, ELLEN M | NON VETERAN |
| 327 | PRIMM, MICHAEL M | NON VETERAN |
| 327 | RATCHELL, ELICE | NON VETERAN |
| 327 | RIDEOUT, MICHAEL D | NON VETERAN |
| 327 | WEBB, GREGORY N | NON VETERAN |
| 327 | YOUNG, ROBERT C | NON VETERAN |
| 350 | ANDERSON, LAMONT D | NON VETERAN |
| 350 | BRODERICK, PAUL G | NON VETERAN |
| 350 | CREAVIN, PATRICK J | NON VETERAN |
| 350 | DANTONA, ANTHONY L | NON VETERAN |
| 350 | DOWNEY, JOHN F | NON VETERAN |
| 350 | FAWKES, JOSEPH I | NON VETERAN |
| 350 | GRIFFIN, ROBERT A | NON VETERAN |
| 350 | GUY, KEVIN M | NON VETERAN |
| 350 | HARTGROVE, TODD M | NON VETERAN |
| 350 | HERNANDEZ, EDDIE H | NON VETERAN |
| 350 | KAYES, GEORGE T | NON VETERAN |
| 350 | MACISAAC, PAUL A | NON VETERAN |
| 350 | NANCINI, NANCY | NON VETERAN |
| 350 | MCGOVERN, STEVEN P | NON VETERAN |
| 350 | MCNEIL, ROBERT R | NON VETERAN |
| 350 | MOLINA, JOSE | NON VETERAN |
| 350 | NEE, PAUL V | NON VETERAN |
| 350 | PARKER, HENDERSON O | NON VETERAN |
| 350 | STUDLEY, JOHN M | NON VETERAN |
| 350 | SULLIVAN, LISA J | NON VETERAN |
| 350 | TOBIN, JEFFREY T | NON VETERAN |
| 350 | TURNER, JULIAN J | NON VETERAN |
| 350 | WILLIAMSON, CARLTON A | NON VETERAN |
| 373 | BARDEN, PHILIP V | NON VETERAN |
| 373 | BEAULIEU, GEORGE J | NON VETERAN |
| 373 | DIAZ, JUAN A | NON VETERAN |
| 373 | MARTINEZ, CARLOS A | NON VETERAN |

Active Standings for Applicant Page

Page 10 of 10

| 373 | HENCEY, ERIC | NON VETERAN |
| 378 | SIMONS, MARIO A | NON VETERAN |

Sign-in & Registration Help | Questions | Privacy Policy | Logout

Copyright 2004 Human Resources Division. Contact us for more information.
divlservice@hrd.state.ma.us

https://www.csexam.hrd.state.ma.us/standings/activeStandings.asp?et=PROM&an=6657    2/15/2006