# EXHIBIT M

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974; see Privacy Act Statement on reverse before completing this form.

☐ FEPA
☐ EEOC 16C-2007-01550
07130137A

Massachusetts Commission Against Discrimination and EEOC
(State or local Agency, if any)

NAME (Indicate Mr., Ms., or Mrs.): Pedro Lopez
HOME TELEPHONE NO. (Include Area Code): (978) 569-6319
STREET ADDRESS: 198 Essex Street, #503
CITY, STATE AND ZIP CODE: Lawrence, MA 01840
COUNTY: Essex

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (If more than one list below.)

NAME: * City of Lawrence, Massachusetts
NO. OF EMPLOYEES/MEMBERS: 1,000
TELEPHONE NUMBER: (978) 794-5803
STREET ADDRESS: City Hall, 200 Common St.
CITY, STATE AND ZIP CODE: Lawrence, MA 01840

NAME: Michael J. Sullivan, Mayor of the City of Lawrence
TELEPHONE NUMBER: (978) 794-5858
STREET ADDRESS: City Hall, 200 Common St.
CITY, STATE AND ZIP CODE: Lawrence, MA 01840

CAUSE OF DISCRIMINATION BASED ON (Check appropriate box(es))
☒ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☐ AGE  ☐ RETALIATION  ☐ OTHER (Specify)

DATE MOST RECENT OR CONTINUING DISCRIMINATION TOOK PLACE (Month, day, year): May 1, 2007

THE PARTICULARS ARE (If additional space is needed, attached extra sheet(s)):

* John O'Leary, in his capacity as Personnel Director for the Commonwealth of Massachusetts
  Division of Human Resources
  One Ashburton Place
  Boston, MA 02108
  (617) 878-9703
* Commonwealth of Massachusetts

The complainant, a Hispanic-American, holds the position of police officer in the City of Lawrence. He took and passed the promotional exam for the position of police sergeant administered by the Commonwealth of Massachusetts Human Resources Division. As a result of his score he has not been and may not be promoted to the position of police sergeant. The promotional exam has a disparate impact upon minority test takers and can't be shown to be a job-related business necessity based upon the rank ordering system utilized by the Respondents. Thus, the exams discriminate against minorities in violation of state and federal law.

Received MAY 2007 Commission Against Discrimination

OFFICIAL SEAL
GIOVANNI H. BLOISE
NOTARY PUBLIC
COMMONWEALTH OF MASSACHUSETTS
My Comm. Expires Dec. 19, 2008

☒ I also want this charge filed with the EEOC. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the foregoing is true and correct.
[signature] 5/8/07
Charging Party (Signature)

NOTARY - (When necessary to meet State and Local Requirements)
I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

SIGNATURE OF COMPLAINANT [signature]

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(Day, month, and year) 08/05/07
[signature] Giovanni Bloise

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974; see Privacy Act Statement on reverse before completing this form.

CHARGE NUMBER
☐ FEPA
☐ EEOC

Massachusetts Commission Against Discrimination _____ and EEOC
*(State or local Agency, if any)*

| | |
|---|---|
| NAME (Indicate Mr., Ms., or Mrs.) Abel Cano | HOME TELEPHONE NO. (Include Area Code) (978) 688-1823 |
| STREET ADDRESS 85 Elm Street | CITY, STATE AND ZIP CODE Methuen, MA 01844 | COUNTY Essex |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME *(If more than one list below.)*

| NAME | NO. OF EMPLOYEES/MEMBERS | TELEPHONE NUMBER (Include Area Code) |
|---|---|---|
| * City of Methuen, Massachusetts | 600 | (978) 983-8595 |
| STREET ADDRESS 41 Pleasant Street | CITY, STATE AND ZIP CODE Methuen, MA 01844 | |
| NAME William M. Mansi, III, Mayor for the City of Methuen | | TELEPHONE NUMBER (Include Area Code) (978) 983-8505 |
| STREET ADDRESS Office of the Mayor, The Searles Bldg. 41 Pleasant St. | CITY, STATE AND ZIP CODE Methuen, MA 01844 | |

CAUSE OF DISCRIMINATION BASED ON *(Check appropriate box(es))*
☒ RACE ☐ COLOR ☐ SEX ☐ RELIGION ☐ NATIONAL ORIGIN
☐ AGE ☐ RETALIATION ☐ OTHER(Specify)

DATE MOST RECENT OR CONTINUING DISCRIMINATION TOOK PLACE *(Month, day, year)*
May 1, 2007

THE PARTICULARS ARE (If additional space is needed, attached extra sheet(s)):

* John O'Leary, in his capacity as Personnel Director for the Commonwealth of Massachusetts
  Division of Human Resources
  One Ashburton Place
  Boston, MA 02108
  (617) 878-9703
* Commonwealth of Massachusetts

Received MAY 2007 Commission Against Discrimination

The complainant, a Hispanic-American, holds the position of police officer in the City of Methuen. He took and passed the promotional exam for the position of police sergeant administered by the Commonwealth of Massachusetts Human Resources Division. As a result of his score he has not been and may not be promoted to the position of police sergeant. The promotional exam has a disparate impact upon minority test takers and can't be shown to be a job-related business necessity based upon the rank ordering system utilized by the Respondents. Thus, the exams discriminate against minorities in violation of state and federal law.

[Notary Seal: GIOVANNI H. BLOISE, NOTARY PUBLIC, COMMONWEALTH OF MASSACHUSETTS]

☒ I also want this charge filed with the EEOC. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the foregoing is true and correct.

5/8/07
Date — Charging Party (Signature)

NOTARY - (When necessary to meet State and Local Requirements)

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (Day, month, and year) 8/05/07

Giovanni Bloise

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974; see Privacy Act Statement on reverse before completing this form.

☐ FEPA
☑ EEOC  16C-2007-01542
                01301369

Massachusetts Commission Against Discrimination     and EEOC
(State or local Agency, if any)

**NAME** (Indicate Mr., Ms., or Mrs.): Richard Brooks
**HOME TELEPHONE NO.** (Include Area Code): (603) 537-9998
**STREET ADDRESS**: 66 Chase Road
**CITY, STATE AND ZIP CODE**: Londonderry, NH 03053
**COUNTY**: Rockingham

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (If more than one list below.)

**NAME**: * City of Lawrence, Massachusetts
**NO. OF EMPLOYEES/MEMBERS**: 1,000
**TELEPHONE NUMBER** (Include Area Code): (978) 794-5803
**STREET ADDRESS**: City Hall, 200 Common St.
**CITY, STATE AND ZIP CODE**: Lawrence, MA 01840

**NAME**: Michael J. Sullivan, Mayor of the City of Lawrence
**TELEPHONE NUMBER** (Include Area Code): (978) 794-5858
**STREET ADDRESS**: City Hall, 200 Common St.
**CITY, STATE AND ZIP CODE**: Lawrence, MA 01840

**CAUSE OF DISCRIMINATION BASED ON** (Check appropriate box(es)):
☑ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☐ AGE   ☐ RETALIATION  ☐ OTHER (Specify)

**DATE MOST RECENT OR CONTINUING DISCRIMINATION TOOK PLACE** (Month, day, year): May 1, 2007

**THE PARTICULARS ARE** (If additional space is needed, attached extra sheet(s)):

* John O'Leary, in his capacity as Personnel Director for the Commonwealth of Massachusetts Division of Human Resources
  One Ashburton Place
  Boston, MA 02108
  (617) 878-9703
* Commonwealth of Massachusetts

The complainant, a Hispanic-American, holds the position of police officer in the City of Lawrence. He took and failed the promotional exam for the position of police sergeant administered by the Commonwealth of Massachusetts Human Resources Division. As a result of his failure he has not been and may not be promoted to the position of police sergeant. The promotional exam has a disparate impact upon minority test takers and can't be shown to be a job-related business necessity based upon the rank ordering system utilized by the Respondents. Thus, the exams discriminate against minorities in violation of state and federal law.

Received MAY 2007 Commission Against Discrimination

OFFICIAL SEAL
GIOVANNI H. BLOISE
NOTARY PUBLIC
COMMONWEALTH OF MASSACHUSETTS
My Comm. Expires Dec. 19, 2008

☑ I also want this charge filed with the EEOC. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the foregoing is true and correct.

Date: May 8, 2007    Charging Party (Signature)

**NOTARY** - (When necessary to meet State and Local Requirements)

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (Day, month, and year) 02/05/07

Giovanni Bloise

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974; see Privacy Act Statement on reverse before completing this form.

☐ FEPA
☐ EEOC

Massachusetts Commission Against Discrimination ___ and EEOC
*(State or local Agency, if any)*

| | |
|---|---|
| **NAME** (Indicate Mr., Ms., or Mrs.) Charles Dejesus | **HOME TELEPHONE NO.** (Include Area Code) (978) 725-4722 |
| **STREET ADDRESS** 12 Copley Drive | **CITY, STATE AND ZIP CODE** Methuen, MA 01844 | **COUNTY** Essex |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME *(If more than one list below.)*

**NAME**
* City of Methuen, Massachusetts

**NO. OF EMPLOYEES/MEMBERS:** 600
**TELEPHONE NUMBER** (Include Area Code): (978) 983-8595

**STREET ADDRESS:** 41 Pleasant Street
**CITY, STATE AND ZIP CODE:** Methuen, MA 01844

**NAME:** William M. Manzi, III, Mayor of the City of Methuen
**TELEPHONE NUMBER** (Include Area Code): (978) 983-8505

**STREET ADDRESS:** Office of the Mayor, The Searles Bldg. 41 Pleasant St.
**CITY, STATE AND ZIP CODE:** Methuen, MA 01844

**CAUSE OF DISCRIMINATION BASED ON** (Check appropriate box(es))
☒ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☐ AGE   ☐ RETALIATION  ☐ OTHER (Specify)

**DATE MOST RECENT OR CONTINUING DISCRIMINATION TOOK PLACE** (Month, day, year): May 1, 2007

**THE PARTICULARS ARE** (If additional space is needed, attached extra sheet(s)):

* John O'Leary, in his capacity as Personnel Director for the Commonwealth of Massachusetts
Division of Human Resources
One Ashburton Place
Boston, MA 02108
(617) 878-9703
* Commonwealth of Massachusetts

The complainant, a Hispanic-American, holds the position of police officer in the City of Methuen. He took and passed the promotional exam for the position of police sergeant administered by the Commonwealth of Massachusetts Human Resources Division. As a result of his score he has not been and may not be promoted to the position of police sergeant. The promotional exam has a disparate impact upon minority test takers and can't be shown to be a job-related business necessity based upon the rank ordering system utilized by the Respondents. Thus, the exams discriminate against minorities in violation of state and federal law.

OFFICIAL SEAL
GIOVANNI H. BLOISE
NOTARY PUBLIC
COMMONWEALTH OF MASSACHUSETTS
My Comm. Expires Dec. 19, 2008

☒ I also want this charge filed with the EEOC.
I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

**NOTARY** - (When necessary to meet State and Local Requirements)

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

I declare under penalty of perjury that the foregoing is true and correct.

**SIGNATURE OF COMPLAINANT**

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(Day, month, and year) 8/5/07

Date 5/8/07    Charging Party (Signature)

Giovanni Bloise

# CHARGE OF DISCRIMINATION

☐ FEPA
☐ EEOC

This form is affected by the Privacy Act of 1974; see Privacy Act Statement on reverse before completing this form.

Massachusetts Commission Against Discrimination _____ and EEOC
(State or local Agency, if any)

| | |
|---|---|
| NAME (Indicate Mr., Ms., or Mrs.) Kevin Sledge | HOME TELEPHONE NO. (Include Area Code) (617) 293-9774 |
| STREET ADDRESS 4 Enterprise Drive | CITY, STATE AND ZIP CODE Salem, NH 03079 | COUNTY Rockingham |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (If more than one list below.)

| NAME * City of Lawrence, Massachusetts | NO. OF EMPLOYEES/MEMBERS 1,000 | TELEPHONE NUMBER (Include Area Code) (978) 794-5803 |
|---|---|---|
| STREET ADDRESS City Hall, 200 Common St. | | CITY, STATE AND ZIP CODE Lawrence, MA 01840 |
| NAME Michael J. Sullivan, Mayor of the City of Lawrence | | TELEPHONE NUMBER (Include Area Code) (978) 794-5858 |
| STREET ADDRESS City Hall, 200 Common St. | | CITY, STATE AND ZIP CODE Lawrence, MA 01840 |

CAUSE OF DISCRIMINATION BASED ON (Check appropriate box(es))
XX RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN  ☐ OTHER (Specify)
☐ AGE  ☐ RETALIATION

DATE MOST RECENT OR CONTINUING DISCRIMINATION TOOK PLACE (Month, day, year)
May 1, 2007

THE PARTICULARS ARE (If additional space is needed, attached extra sheet(s)):

* John O'Leary, in his capacity as Personnel Director for the Commonwealth of Massachusetts Division of Human Resources
  One Ashburton Place
  Boston, MA 02108
  (617) 878-9703
* Commonwealth of Massachusetts

The complainant, an African-American, holds the position of police officer in the City of Lawrence. He took and passed the promotional exam for the position of police sergeant administered by the Commonwealth of Massachusetts Human Resources Division. As a result of his score he has not been and may not be promoted to the position of police sergeant. The promotional exam has a disparate impact upon minority test takers and can't be shown to be a job-related business necessity based upon the rank ordering system utilized by the Respondents. Thus, the exams discriminate against minorities in violation of state and federal law.

[XX] I also want this charge filed with the EEOC. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

NOTARY - (When necessary to meet State and Local Requirements)

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

I declare under penalty of perjury that the foregoing is true and correct.

Kevin M. Sledge    4/8/07
Charging Party (Signature)

SIGNATURE OF COMPLAINANT
Kevin Sledge

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(Day, month, and year) 08/05/07

Giovanni Bloise

[Notary seal: OFFICIAL SEAL GIOVANNI H. BLOISE, NOTARY PUBLIC, COMMONWEALTH OF MASSACHUSETTS, My Commission Expires Dec. 19, 2008]

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974; see Privacy Act Statement on reverse before completing this form.

☐ FEPA
☒ EEOC  16C-2007-01547
and EEOC 07 1301374

## Massachusetts Commission Against Discrimination
*(State or local Agency, if any)*

| | |
|---|---|
| NAME (Indicate Mr., Ms., or Mrs.)<br>Kevin Sledge | HOME TELEPHONE NO. (Include Area Code)<br>(617) 293-9774 |
| STREET ADDRESS<br>4 Enterprise Drive | CITY, STATE AND ZIP CODE<br>Salem, NH 03079 | COUNTY<br>Rockingham |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (If more than one list below.)

| NAME | NO. OF EMPLOYEES/MEMBERS | TELEPHONE NUMBER (Include Area Code) |
|---|---|---|
| * City of Lawrence, Massachusetts | 1,000 | (978) 794-5803 |
| STREET ADDRESS<br>City Hall, 200 Common St. | CITY, STATE AND ZIP CODE<br>Lawrence, MA 01840 | |
| NAME<br>Michael J. Sullivan, Mayor of the City of Lawrence | | TELEPHONE NUMBER (Include Area Code)<br>(978) 794-5858 |
| STREET ADDRESS<br>City Hall, 200 Common St. | CITY, STATE AND ZIP CODE<br>Lawrence, MA 01840 | |

CAUSE OF DISCRIMINATION BASED ON (Check appropriate boxes))

☒ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☐ AGE   ☐ RETALIATION  ☐ OTHER (Specify)

DATE MOST RECENT OR CONTINUING DISCRIMINATION TOOK PLACE (Month, day, year)
May 1, 2007

THE PARTICULARS ARE (If additional space is needed, attached extra sheet(s)):

* John O'Leary, in his capacity as Personnel Director for the Commonwealth of Massachusetts
  Division of Human Resources
  One Ashburton Place
  Boston, MA 02108
  (617) 878-9703
* Commonwealth of Massachusetts

The complainant, an African-American, holds the position of police officer in the City of Lawrence. He took and passed the promotional exam for the position of police sergeant administered by the Commonwealth of Massachusetts Human Resources Division. As a result of his score he has not been and may not be promoted to the position of police sergeant. The promotional exam has a disparate impact upon minority test takers and can't be shown to be a job-related business necessity based upon the rank ordering system utilized by the Respondents. Thus, the exams discriminate against minorities in violation of state and federal law.

*(Received MAY 2007, Commission Against Discrimination stamp)*

*(Notary seal: GIOVANNI H. BLOISE, Notary Public, Commonwealth of Massachusetts, My Commission Expires Dec. 19, 2008)*

☒ I also want this charge filed with the EEOC. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

NOTARY - (When necessary to meet State and Local Requirements)
I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

I declare under penalty of perjury that the foregoing is true and correct.

Kevin M. Sledge   4/8/07
Charging Party (Signature)

SIGNATURE OF COMPLAINANT
*(signed) Kevin Sledge*
SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (Day, month, and year) 08/05/07
*(signed) Giovanni Bloise*