# EXHIBIT N

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974; see Privacy Act Statement on reverse before completing this form. | AGENCY<br>☒ FEPA<br>☒ EEOC | CHARGE NUMBER |
|---|---|---|

Massachusetts Commission Against Discrimination _____ and EEOC
*(State or Local Agency, if Any)*

| NAME (Indicate Mr., Ms., or Mrs.)<br>Lynette Praoleau | HOME TELEPHONE NUMBER (Include Area Code)<br>(617) 698-6306 | |
|---|---|---|
| STREET ADDRESS<br>116 Itasca Street, Mattpan, MA 02126 | CITY, STATE AND ZIP CODE | DATE OF BIRTH<br>5-12-70 |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (If more than one list below).

| NAME<br>City of Boston | NO. OF EMPLOYEES/MEMBERS | TELEPHONE NUMBER (Include Area Code)<br>(617) 635-4525 | |
|---|---|---|---|
| STREET ADDRESS<br>One City Hall Plaza, Boston, MA 02120 | CITY, STATE AND ZIP CODE | | COUNTY<br>Suffolk |
| NAME<br>*Boston Police Department | NO. OF EMPLOYEES/MEMBERS | TELEPHONE NUMBER (Include Area Code)<br>(617) 343-4200 | |
| STREET ADDRESS<br>One Schroeder Plaza, Bosotn, MA 02120 | CITY, STATE AND ZIP CODE | | |

| CAUSE OF DISCRIMINATION BASED ON (Check appropriate box(es))<br>☒ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN<br>☐ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ OTHER (Specify) | DATE DISCRIMINATION TOOK PLACE<br>EARLIEST        LATEST<br>January 2008<br>☐ CONTINUING ACTION |
|---|---|

THE PARTICULARS ARE (If additional space is needed, attached extra sheet(s))

* Edward Davis, Commissioner
  Boston Police Department, One Schroeder Plaza, Boston, MA 02120
  (617) 343-4200
* John O'Leary, in his capacty as Personnel Director for the Commonwealth
  of Massachusetts Division of Human Resources
  One Ashburton Place
  Boston, MA 02108
  (617) 878-9703
* Commonwealth of Massachusetts

The complainant, an African-American, holds the position of police officer in the City of Boston. She took and passed the promotional exam for the position of police sergeant administered by the Commonwealth of Massachusetts Human Resources Division. However, as a result of her exam score the complainant is currently on the civil service sergeants' list for the Boston Police Department. As a result of her score she has not been promoted to the position of police sergeant. Promotions have been made from the list in the last several months and more are expected to be made shortly. The promotional exam has a disparate impact upon minority test takers and can't be shown to be a job-related business necessity based upon the rank ordering system utilized by the Respondents. Thus, the exams discriminate against minorities in violation of state and federal law.

I want this charge filed with the EEOC and the State FEPA. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the foregoing is true and correct.

*Lynette Praoleau* (signature)

Date 3/5/08   Charging Party (Signature)

NOTARY – (When necessary to meet State and Local Requirements)

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, Information and belief.

SIGNATURE OF COMPLAINANT
*Lynette Praoleau* (signature)

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE:
(Month, day and year)

Notary Public
COMMONWEALTH OF MASSACHUSETTS
My Commission Expires
July 19, 2013

[Stamp: Received MAR 2008 Commission Against Discrimination]

| CHARGE OF DISCRIMINATION | AGENCY | CHARGE NUMBER |
|---|---|---|
| This form is affected by the Privacy Act of 1974; see Privacy Act Statement on reverse before completing this form. | ☒ FEPA ☒ EEOC | |

Massachusetts Commission Against Discrimination and EEOC
*(State or Local Agency, If Any)*

| NAME (Indicate Mr., Ms., or Mrs.) | HOME TELEPHONE NUMBER (Include Area Code) |
|---|---|
| Gwendolyn Brown | (617) 594-9291 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | DATE OF BIRTH |
|---|---|---|
| 1896 River Street, Hyde Park, MA 02136 | | 7-26-60 |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (If more than one list below).

| NAME | NO. OF EMPLOYEES/MEMBERS | TELEPHONE NUMBER (Include Area Code) |
|---|---|---|
| City of Boston | | (617) 635-4525 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| One City Hall Plaza, Boston, MA 02120 | | Suffolk |

| NAME | NO. OF EMPLOYEES/MEMBERS | TELEPHONE NUMBER (Include Area Code) |
|---|---|---|
| *Boston Police Department | | (617) 343-4200 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE |
|---|---|
| One Schroeder Plaza, Bosotn, MA 02120 | |

CAUSE OF DISCRIMINATION BASED ON (Check appropriate box(es))

☒ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☐ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ OTHER (Specify)

DATE DISCRIMINATION TOOK PLACE
EARLIEST / LATEST: January 2008
☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional space is needed, attached extra sheet(s)):

* Edward Davis, Commissioner
  Boston Police Department, One Schroeder Plaza, Boston, MA 02120
  (617) 343-4200
* John O'Leary, in his capacty as Personnel Director for the Commonwealth of Massachusetts Division of Human Resources
  One Ashburton Place
  Boston, MA 02108
  (617) 878-9703
* Commonwealth of Massachusetts

The complainant, an African-American, holds the position of police officer in the City of Boston. She took and passed the promotional exam for the position of police sergeant administered by the Commonwealth of Massachusetts Human Resources Division. However, as a result of her exam score the complainant is currently on the civil service sergeants' list for the Boston Police Department. As a result of her score she has not been promoted to the position of police sergeant. Promotions have been made from the list in the last several months and more are expected to be made shortly. The promotional exam has a disparate impact upon minority test takers and can't be shown to be a job-related business necessity based upon the rank ordering system utilized by the Respondents. Thus, the exams discriminate against minorities in violation of state and federal law.

I want this charge filed with the EEOC and the State FEPA. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the foregoing is true and correct.

[Signature] Gwendolyn Brown
Date: 2/5/08
Charging Party (Signature)

NOTARY — (When necessary to meet State and Local Requirements)
[Notary signature]

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

SIGNATURE OF COMPLAINANT
[Signature] Gwendolyn Brown

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE:
(Month, day and year)

Notary Public
COMMONWEALTH OF MASSACHUSETTS
My Commission Expires
July 19, 2013

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974; see Privacy Act Statement on reverse before completing this form. | AGENCY<br>☒ FEPA<br>☒ EEOC | CHARGE NUMBER |
|---|---|---|

Massachusetts Commission Against Discrimination _____ and EEOC
*(State or Local Agency, if Any)*

| NAME (Indicate Mr., Ms., or Mrs.)<br>Angela M. Williams-Mitchell | HOME TELEPHONE NUMBER (Include Area Code)<br>(617) 388-9172 | |
|---|---|---|
| STREET ADDRESS<br>32 Alaska Street, Roxbury, MA 02121 | CITY, STATE AND ZIP CODE | DATE OF BIRTH<br>2-4-57 |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (*If more than one list below*).

| NAME<br>City of Boston | NO. OF EMPLOYEES/MEMBERS | TELEPHONE NUMBER (Include Area Code)<br>(617) 635-4525 | |
|---|---|---|---|
| STREET ADDRESS<br>One City Hall Plaza, Boston, MA 02120 | CITY, STATE AND ZIP CODE | | COUNTY<br>Suffolk |
| NAME<br>*Boston Police Department | NO. OF EMPLOYEES/MEMBERS | TELEPHONE NUMBER (Include Area Code)<br>(617) 343-4200 | |
| STREET ADDRESS<br>One Schroeder Plaza, Bosotn, MA 02120 | CITY, STATE AND ZIP CODE | | |

| CAUSE OF DISCRIMINATION BASED ON (*Check appropriate box(es)*)<br>☒ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN<br>☐ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ OTHER (*Specify*) | DATE DISCRIMINATION TOOK PLACE<br>EARLIEST — LATEST<br>January 2008<br>☐ CONTINUING ACTION |
|---|---|

THE PARTICULARS ARE (*If additional space is needed, attached extra sheet(s)*)

* Edward Davis, Commissioner
  Boston Police Department, One Schroeder Plaza, Boston, MA 02120
  (617) 343-4200
* John O'Leary, in his capacity as Personnel Director for the Commonwealth
  of Massachusetts Division of Human Resources
  One Ashburton Place
  Boston, MA 02108
  (617) 878-9703
* Commonwealth of Massachusetts

The complainant, an African-American, holds the position of police officer in the City of Boston. She took and passed the promotional exam for the position of police sergeant administered by the Commonwealth of Massachusetts Human Resources Division. However, as a result of her exam score the complainant is currently on the civil service sergeants' list for the Boston Police Department. As a result of her score she has not been promoted to the position of police sergeant. Promotions have been made from the list in the last several months and more are expected to be made shortly. The promotional exam has a disparate impact upon minority test takers and can't be shown to be a job-related business necessity based upon the rank ordering system utilized by the Respondents. Thus, the exams discriminate against minorities in violation of state and federal law.

| I want this charge filed with the EEOC and the State FEPA. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – (When necessary to meet State and Local Requirements)<br><br>I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. |
|---|---|
| I declare under penalty of perjury that the foregoing is true and correct.<br><br>*signature*<br>Date 3/5/08   Charging Party (*Signature*) | SIGNATURE OF COMPLAINANT<br>*signature*<br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE:<br><br>*Notary stamp: Notary Public, Commonwealth of Massachusetts, My Commission Expires July 19, 2013* |

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974; see Privacy Act Statement on reverse before completing this form. | AGENCY<br>☒ FEPA<br>☒ EEOC | CHARGE NUMBER |
|---|---|---|

Massachusetts Commission Against Discrimination  and EEOC
*(State or Local Agency, If Any)*

NAME (Indicate Mr., Ms., or Mrs.): Shumeane Benford
HOME TELEPHONE NUMBER (Include Area Code): 617-541-4992

STREET ADDRESS: 8 Humboldt Ave #3  CITY, STATE AND ZIP CODE: Roxbury, MA 02119
DATE OF BIRTH: 4/9/72

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (If more than one list below).

NAME: City of Boston
TELEPHONE NUMBER: (617) 635-4525
STREET ADDRESS: One City Hall Plaza, Boston, MA 02120
COUNTY: Suffolk

NAME: *Boston Police Department
TELEPHONE NUMBER: (617) 343-4200
STREET ADDRESS: One Schroeder Plaza, Bosotn, MA 02120

CAUSE OF DISCRIMINATION BASED ON (Check appropriate box(es)):
☒ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☐ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ OTHER (Specify)

DATE DISCRIMINATION TOOK PLACE
EARLIEST / LATEST: January 2008
☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional space is needed, attached extra sheet(s)):

* Edward Davis, Commissioner
  Boston Police Department, One Schroeder Plaza, Boston, MA 02120
  (617) 343-4200
* John O'Leary, in his capacty as Personnel Director for the Commonwealth
  of Massachusetts Division of Human Resources
  One Ashburton Place
  Boston, MA 02108
  (617) 878-9703
* Commonwealth of Massachusetts

The complainant, an African-American, holds the position of police officer in the City of Boston. He took and passed the promotional exam for the position of police sergeant administered by the Commonwealth of Massachusetts Human Resources Division. However, as a result of his exam score the complainant is currently on the civil service sergeants' list for the Boston Police Department. As a result of his score he has not been and may not be promoted to the position of police sergeant. Promotions have been made from the list in the last several months and more are expected to be made shortly. The promotional exam has a disparate impact upon minority test takers and can't be shown to be a job-related business necessity based upon the rank ordering system utilized by the Respondents. Thus, the exams discriminate against minorities in violation of state and federal law.

I want this charge filed with the EEOC and the State FEPA. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the foregoing is true and correct.

Date: 3/5/08
Charging Party (Signature)

NOTARY – (When necessary to meet State and Local Requirements)

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE: 3/5/08
(Month, day and year)

[Stamp: Received MAR 2008 Commission Against Discrimination]

[Notary stamp: CARMEL E. PRECIA, Notary Public, COMMONWEALTH OF MASSACHUSETTS, My Commission Expires July 19, 2013]