# EXHIBIT Q

The Official Website of the Human Resources Division (HRD)

Mass.Gov

# Human Resources Division



Home > Civil Service > Guides & Publications > Police Information Civil Service >

## Police Officer Reemployment List

POLICE OFFICER REEMPLOYMENT LIST AS OF JANUARY 16, 2009

| RANK | NAME | SENIORITY DATE | DATE PLACED ON LIST |
|---|---|---|---|
| 1 | CALLINAN,TIMOTHY R | 10/28/2005 | 12/29/2008 |
| 2 | SOROKA,ROBERT W | 9/11/2006 | 9/9/2008 |
| 3 | LABELLA,JASON G | 11/27/2006 | 5/3/2007 |
| 4 | CASH,WILLIAM D | 12/13/2006 | 10/16/2008 |
| 5 | ALERS,STEVEN L | 5/4/2008 | 6/20/2008 |
| 5 | CORREIA,CHRISTOPH | 5/4/2008 | 6/20/2008 |
| 5 | GALARZA,JOHNNY | 5/4/2008 | 6/20/2008 |
| 5 | LIMA,LENIRA S | 5/4/2008 | 6/20/2008 |
| 5 | PAGAN,RICHARD | 5/4/2008 | 6/20/2008 |

© 2009 Commonwealth of Massachusetts