# EXHIBIT R

The Official Website of the Human Resources Division (HRD)

Mass.Gov

# Human Resources Division



Home >

### Civil Service Unit
Human Resources Division
One Ashburton Place, Room 301
Boston, MA 02108

The Civil Service Unit recruits and evaluates current and potential employees to ensure fair and equal access to careers in public service and to provide qualified candidates to the agencies and municipalities of the Commonwealth. To further promote this end, we advance customer-focused, technology driven partnerships.

- Development, construction and validation of examinations
- Examination question appeals
- Assessment Center examinations
- Establishment and maintenance of eligible lists
- Oversight of appointment/hiring process
- Investigation and resolution of complaints and allegations of unlawful and inappropriate hiring practices
- Performance of a variety of managerial and administrative activities in support of the merit system
- Physical Ability Test Information
- Medical Standards Information

© 2009 Commonwealth of Massachusetts