# EXHIBIT S

THE COMMONWEALTH OF MASSACHUSETTS
EXECUTIVE OFFICE FOR ADMINISTRATION AND FINANCE
HUMAN RESOURCES DIVISION
ONE ASHBURTON PLACE, BOSTON, MA 02108

DEVAL L. PATRICK
Governor

TIMOTHY P. MURRAY
Lieutenant Governor

LESLIE A. KIRWAN
Secretary

PAUL DIETL
Chief Human Resources Officer

July 23, 2008

Dear 2008 Entry Level Firefighter Examination Applicant:

Thank you for participating in Phase 1 (the written examination) of the 2008 testing and selection process for firefighters for the Commonwealth of Massachusetts. The scoring of Phase 1 has been completed and your Phase 1 score band is now available in the HRD Standings & On-line Applicant Record Information System (SOARIS). A copy of your Phase 1 score band is also being mailed to you.

A majority of the Phase 1 participants scored in bands 2-11. If an applicant receives a Score Band of 1, he or she either failed to meet the minimum required score on the cognitive ability portion of the examination or failed to complete the required number of items on the Work Styles Questionnaire and/or Life Experience Survey. In either case, the applicant will not be permitted to continue in the 2008 testing and selection process.

If you scored in one of the higher bands (2-11), you may continue in the 2008 testing and selection process and apply to take the Entry Level Firefighter Physical Ability Test (PAT). Please be advised that you must take and pass the PAT in order to have your name placed on the 2008 Firefighter Eligible List.

In order for you to understand your position relative to the other eligible candidates, please refer to the chart below. The chart lists the number of candidates in each Phase 1 score band and the cumulative number of candidates from the top of the list down. It is important to keep in mind that your Phase 1 score band is only being provided to give you a sense as to how you fared relative to other candidates. The final result for the 2008 Entry Level Firefighter testing process will be the average of your Phase 1 score and your score for the Phase 2 Physical Ability Test (PAT). The averaged score (plus Experience Credit, if applicable) will then be converted into a Final Score Band and HRD will notify you of your Final Score Band. Your ranking on the eligible list will be determined by this Final Score Band and any other preferences, such as the veteran's or residency preferences that you may have.

| Score Band | Number of Candidates | Cumulative # of Candidates |
|---|---|---|
| 11 | 670 | 670 |
| 10 | 1910 | 2580 |
| 9 | 2367 | 4947 |
| 8 | 1445 | 6392 |
| 7 | 529 | 6921 |
| 6 | 144 | 7065 |
| 5 | 48 | 7113 |
| 4 | 10 | 7123 |
| 3 | 7 | 7130 |
| 2 | 1 | 7131 |
| 1 | Not Applicable/Failed Exam | Not Applicable/Failed Exam |

If you are eligible but have not applied to take the PAT, please log into the HRD Standings & On-line Applicant Record Information System (SOARIS). If you have not already set up a SOARIS User Account with HRD, we urge you to create one at your earliest convenience. The deadline to apply has been extended from July 25 to August 4, 2008. Upon receipt of your online PAT application, HRD will schedule you automatically on a first-come-first-serve basis. There is a fee of $100 for the PAT but eligible applicants may request a fee waiver online.