# EXHIBIT W

CONFIDENTIAL

## Exam Development Steps

1. Procure the exam outline. (Same outline has been in place since the beginning of the 1990's, when I started writing items.
2. Wrote (or possibly assembled from other banks) total of 277 exam items and classified them according to item categories. Note: There is no quick or easily accomplished way of establishing which item came from where.
3. Called SMEs to have them review all items. Used two SMEs, Chief Champagne and Chief Mearn, in two meetings each (4 meetings total). Each of the 277 items was reviewed by at least one of these SMEs.
4. Chose 120 of the items that SMEs approved for the exam. (80 items sgt., 100 items lt., 120 items chief.

### After exam

1. Ran TIA, re-checked for accuracy all items where less than 60% got them right.
2. Reviewed all letters appealing exam.
3. Reviewed all items appealed against all issues raised in appeal letters.
4. Amended answer key where the results of the reviews of the appeal and the TIA warranted.
5. Sent out replies to appeal letters.

CONFIDENTIAL

| Competency area | Sgts | | | | Lts | | | | Cpts | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | # of Items | | | | # of Items | | | | # of Items | | |
| | % | n | n | N | % | n | n | N | % | n | n | N |
| I. Law | 20% | | | 16 | 15% | | | 15 | 10% | | | 12 |
| A. MGL & Const Law | 100% | | 16* | | 100% | | 15 | | 100% | | 12 | |
| 1. Arrests/detentions | 40% | 6 | | 41-46 | 40% | 6 | | 66-71 | 40% | 5 | | 85-89 |
| 2. Interrogations | 20% | 4 | | 47-50 | 20% | 3 | | 72-74 | 20% | 2 | | 90-91 |
| 3. Search/seizure | 40% | 6 | | 51-56 | 40% | 6 | | 75-80 | 40% | 5 | | 92-96 |
| B. Muni/City Law/ordns, etc. | 0% | | 0 | | 0% | | 0 | | 0% | | 0 | |
| II. Supervision | 30% | | | 24 | 20% | | | 20 | 20% | | | 24 |
| A. Operational Skills | 10% | | 2 | 57-58 | 10% | | 2 | 81-82 | 0% | | 0 | |
| B. Employee Development | 15% | | 4 | 59-62 | 10% | | 2 | 83-84 | 0% | | 0 | |
| C. Human Relations | 15% | | 4 | 63-66 | 10% | | 2 | 85-86 | 20% | | 5 | 97-101 |
| D. Employee Relations | 10% | | 2 | 67-68 | 10% | | 2 | 87-88 | 30% | | 7 | 102-108 |
| E. Dept goals/rules/reg… | 50% | | 12 | 69-80 | 60% | | 12 | 89-100 | 50% | | 12 | 109-120 |
| III. Adm & Mngmnt | 10% | | | 8 | 30% | | | 30 | 35% | | | 42 |
| A. Operational Skills | 0% | | 0 | | 25% | | 8 | 1-8 | 20% | | 8 | 1-8 |
| B. Employee Development | 40% | | 3 | 1-3 | 15% | | 4 | 9-12 | 10% | | 4 | 9-12 |
| C. Human Relations | 40% | | 3 | 4-6 | 25% | | 8 | 13-20 | 20% | | 8 | 13-20 |
| D. Employee Relations | 0% | | 0 | | 15% | | 4 | 21-24 | 10% | | 4 | 21-24 |
| E. Theory/Prin/Prac | 20% | | 2 | 7-8 | 20% | | 6 | 25-30 | 40% | | 18 | 25-42 |
| IV. Community Policing | 10% | | | 8 | 10% | | | 10 | 7% | | | 8 |
| A. Patrol | 50% | | 4 | 9-12 | 40% | | 4 | 31-34 | 25% | | 2 | 43-44 |
| B. Community Relations | 50% | | 4 | 13-16 | 60% | | 6 | 35-40 | 75% | | 6 | 45-50 |
| V. Police Functions | 20% | | | 16 | 15% | | | 15 | 18% | | | 22 |
| A. Traffic control | 10% | | 2 | 17-18 | 10% | | 2 | 41-42 | 10% | | 2 | 51-52 |
| B. Criminal investigation/court | 50% | | 7 | 19-25 | 40% | | 5 | 43-47 | 25% | | 6 | 53-58 |
| C. Critical Incident Mgt | 20% | | 3 | 26-28 | 25% | | 4 | 48-51 | 35% | | 8 | 59-66 |
| D. Juveniles | 10% | | 2 | 29-30 | 10% | | 2 | 52-52 | 10% | | 2 | 67-68 |
| E. Report procedures | 10% | | 2 | 31-32 | 15% | | 2 | 54-55 | 20% | | 4 | 69-72 |
| VI. Basic Skills | 10% | | | 8 | 10% | | | 10 | 10% | | | 12 |
| A. English grammar | 25% | | 2 | 33-34 | 40% | | 4 | 56-59 | 15% | | 2 | 73-74 |
| B. Arithmetic computation | 25% | | 2 | 35-36 | 20% | | 2 | 60-61 | 15% | | 2 | 75-76 |
| C. Written comprehension | 50% | | 4 | 37-40 | 40% | | 4 | 62-65 | 15% | | 2 | 77-78 |
| D. Reasoning | 0% | | 0 | | 0% | | 0 | | 55% | | 6 | 79-84 |
| | 100% | | 80 | 80 | 100% | | 100 | 100 | 100% | | 120 | 120 |

Rev. 6/28/05

| | | | | |
|---|---|---|---|---|
| 31 | Manageme | 0/0/1 | | 118 |
| 32 | Productivity | 0/0/1 | | 119 |
| 33 | Internal Co | 0/0/1 | | 120 |

1783