# EXHIBIT X

# O'BRIEN&LEVINE

### Court Reporting Services



APR 23 2008

**YOUR BOSTON CONNECTION...WORLDWIDE**

## Pedro Lopez, et al. v. City of Lawrence, et al.

Transcript of the Testimony of:

# Sally A. McNeely

# April 4, 2008

www.court-reporting.com
mail@court-reporting.com

195 State Street
Boston, MA 02109
(617) 399-0130  888.825.DEPO(3376)

ORIGINAL

Cindy M. Falcon   28818

Sally A. McNeely 4-4-2008
Pedro Lopez, et al. v. City of Lawrence, et al.

1

```
 1              UNITED STATES DISTRICT COURT

 2          FOR THE DISTRICT OF MASSACHUSETTS

 3                    CA No. 07-ca-11693-JLT

 4          ----------------------------------------

 5    PEDRO LOPEZ; ABEL CANO; KEVIN SLEDGE;

 6    CHARLES DEJESUS; RICHARD BROOKS; ROBERT

 7    ALVAREZ; MORISOL NOBREGA; SPENCER TATUM;

 8    THE MASSACHUSETTS HISPANIC LAW ENFORCEMENT

 9    ASSOCIATION; SHUMEAND BENFOLD; ANGELA

10    WILLIAMS-MITCHELL; GWENDOLYN BROWN; LYNETTE

11    PRAILEAU; INDIVIDUALLY AND ON BEHALF OF A CLASS

12    OF INDIVIDUALS SIMILARLY SITUATED,

13                    Plaintiffs,

14    VS.

15    CITY OF LAWRENCE, MASSACHUSETTS; CITY OF

16    METHUEN, MASSACHUSETTS; COMMONWEALTH OF

17    MASSACHUSETTS; PAUL DIETL, IN HIS CAPACITY AS

18    PERSONNEL ADMINISTRATOR FOR THE COMMONEALTH OF

19    MASSACHUSETTS, HUMAN RESOURCES DIVISION; JOHN

20    MICHAEL SULLIVAN, IN HIS CAPACITY AS MAYOR OF

21    THE CITY OF LAWRENCE, MASSACHUSETTS; WILLIAM

22    MANZI, III, IN HIS CAPACITY AS MAYOR OF CITY OF

23    METHUEN, MASSACHUSETTS; CITY OF LOWELL,

24    MASSACHUSETTS; APPOINTING AUTHORITY FOR THE CITY
```

Sally A. McNeely 4-4-2008
Pedro Lopez, et al. v. City of Lawrence, et al.

2

1    OF LOWELL, MASSACHUSETTS; CITY OF WORCESTER,

2    MASSACHUSETTS; and MICHAEL O'BRIEN IN HIS

3    CAPACITY AS CITY MANAGER OF THE CITY OF

4    WORCESTER, MASSACHUSETTS, CITY OF BOSTON,

5         Defendants.

6    ------------------------------------------------

7         Deposition of SALLY A. McNEELY, a

8    witness called on behalf of the Plaintiffs,

9    taken pursuant to notice before Cindy M. Falcon,

10   Certified Shorthand Reporter and Notary Public

11   in and for the Commonwealth of Massachusetts, at

12   the offices of Pyle, Rome, Lichten, Ehrenberg &

13   Liss-Riordan, P.C., 18 Tremont Street, Boston,

14   Massachusetts, on Friday, April 4, 2008,

15   commencing at 10:00 a.m.

16

17

18

19

20

21

22

23

24

Sally A. McNeely 4-4-2008
Pedro Lopez, et al. v. City of Lawrence, et al.

3

```
 1      APPEARANCES:

 2

 3          Harold L. Lichten, Esq.

 4          Leah M. Barrault, Esq.

 5          Pyle, Rome, Lichten, Ehrenberg &

 6              Liss-Riordan, P.C.

 7          18 Tremont Street

 8          Boston, Massachusetts 02108

 9          On behalf of the Plaintiffs

10

11          Robert P. Morris, Esq.

12          Morgan, Brown & Joy, LLP

13          200 State Street

14          Boston, Massachusetts 02109

15          On behalf of the City of Boston

16

17          Robert L. Quinan, Jr.

18          Assistant Attorney General

19          Office of the Attorney General

20          One Ashburton Place, Room 2019

21          Boston, Massachusetts 02108

22          On behalf of the Commonwealth of

23          Massachusetts Defendants

24
```

Sally A. McNeely 4-4-2008
Pedro Lopez, et al. v. City of Lawrence, et al.

4

1          Brian W. Leahey

2          Assistant City Solicitor

3          City of Lowell Law Department

4          375 Merrimack Street, 3rd Floor

5          Lowell, Massachusetts 01852

6          On behalf of the City of Lowell

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

5

```
 1                        INDEX

 2

 3    WITNESS                      EXAMINATION

 4

 5    SALLY A. McNEELY

 6    (By Mr. Lichten)               7

 7    (By Mr. Quinan)             103

 8    (By Mr. Lichten)            105

 9

10                       EXHIBITS

11

12    No.                                  Page

13    1        2006 Police Sergeant Exam     17

14    2        File Directory                23

15    3A       Task Profile Sergeant         42

16    3B       KSAP Profile                  42

17    3C       Memo to Betty Dennis          42

18    3D       KASP and Task Linkage         42

19    3E       Knowledge, Skill, Abilities...42

20    3F       Memo to Betty Dennis          42

21    4        Newspaper Article             51

22    5        Assessment Center Document    55

23    6        Police Sergeant Document      59

24    7        2006 Police Sergeant Exam     63
```

Sally A. McNeely 4-4-2008
Pedro Lopez, et al. v. City of Lawrence, et al.

6

| | | | |
|---|---|---|---|
| 1 | 8 | Task Survey Analysis | 64 |
| 2 | 9 | Summary of Reading List Survey | 65 |
| 3 | 10 | Memorandum dated April 12, 2006 | 72 |
| 4 | 11 | Exam Development Steps | 73 |
| 5 | 12 | Examination Outline | 80 |
| 6 | 13 | File Folder | 82 |
| 7 | 14 | Promotion Report | 83 |
| 8 | 15 | Police Sergeant Exam | 87 |
| 9 | 16 | Listing of Exam Takers | 91 |
| 10 | 17 | Listing of Exam Takers | 94 |
| 11 | 18 | Response Key Information | 95 |
| 12 | 19 | Outline for 2007 Exam | 98 |
| 13 | | | |
| 14 | | | |
| 15 | | | |
| 16 | | | |
| 17 | | | |
| 18 | | | |
| 19 | | | |
| 20 | | | |
| 21 | | | |
| 22 | | | |
| 23 | | | |
| 24 | | | |

Sally A. McNeely 4-4-2008
Pedro Lopez, et al. v. City of Lawrence, et al.

7

```
 1                        STIPULATION

 2            It is agreed by and between counsel for the

 3        respective parties that the witness shall read

 4        and sign the deposition, but that the sealing,

 5        filing and certification thereof are waived.

 6            It is further stipulated that all objections,

 7        except objections to the form of the questions,

 8        and motions to strike are reserved until the

 9        time of trial.

10

11            SALLY A. McNEELY, having been

12        satisfactorily identified by the production of

13        her driver's license, and duly sworn by the

14        Notary Public, was examined and testified as

15        follows:

16

17    EXAMINATION BY MR. LICHTEN:

18

19    Q   Good morning.  How are you?

20    A   Good morning.

21    Q   I know you've been to a deposition before, but

22        let me ask you, other than in the Bradley case,

23        have you ever testified at a deposition before?

24    A   Yes.
```

Sally A. McNeely 4-4-2008
Pedro Lopez, et al. v. City of Lawrence, et al.

8

1  Q   And what matter was that?

2  A   In the DeLeo case.

3  Q   Oh, in DeLeo, right.

4        Other than cases I've been involved in,

5        have you testified at a deposition?

6  A   No.

7  Q   Okay.  Just state your name for the record,

8        please.

9  A   My name is Sally McNeely.

10  Q   And what is your current title?

11  A   My current title is director, civil service, at

12        the Human Resources Division.

13  Q   And how long have you held that title for?

14  A   I've held that title since 2003, April of 2003.

15  Q   Okay.  What was the position you held

16        immediately before that?

17  A   Immediately before that I was deputy director,

18        civil service.

19  Q   And how long did you hold the deputy director

20        position?

21  A   For three years.

22  Q   So that would be back to 2000?

23  A   2000, right.

24              MR. MORRIS:  Harold, before you get

Sally A. McNeely 4-4-2008
Pedro Lopez, et al. v. City of Lawrence, et al.

9

1      into anything substantive, I want to state

2      something for the record vis-a-vis the City of

3      Boston.

4          We were just served with a complaint I

5      believe on March 27, and the attorney who

6      entered an appearance, Mary Jo Harris, tried to

7      speak with you or did speak with you about

8      getting this deposition postponed.  She is on

9      trial making closing arguments today and can't

10     be here.  I am here representing the City.

11         However, we have not had a chance to do any

12     kind of investigation or review.  I understand

13     the deposition will go forward.  However, to the

14     extent that the deposition touches on issues

15     that, as I'm beginning to understand, may be

16     unique to the City of Boston, particularly the

17     2005 promotion exam, we believe that the

18     deposition shouldn't touch on those matters or

19     at the very least should be suspended so that

20     the city can make some kind of reasonable

21     investigation and be prepared to question the

22     witness as to those matters.

23              MR. LICHTEN:  Okay.

24              MR. MORRIS:  I wanted to get that on

Sally A. McNeely 4-4-2008
Pedro Lopez, et al. v. City of Lawrence, et al.

10

1          the record.

2     Q    So when you were deputy director, did you also

3          have responsibilities for local civil service

4          examinations?

5     A    Only for the administration of them.

6     Q    As opposed to what?

7     A    The development.

8     Q    I see, okay.  What was the prior position you

9          held before you were deputy director?

10    A    I was deputy director, classification and

11         compensation at the Human Resources Division.

12    Q    Okay.  And I take it in that position you did

13         not have direct responsibility for local, that

14         is, municipal civil service examinations?

15    A    No, I didn't.

16    Q    No, you didn't have any responsibility?

17    A    For local civil service examinations.

18    Q    How long did you hold that deputy director

19         position?

20    A    Since 1993, I think.

21    Q    Okay.  And what position if any did you hold

22         prior to 1993?

23    A    I was deputy director of civil service, yeah,

24         deputy director of civil service.

Sally A. McNeely 4-4-2008
Pedro Lopez, et al. v. City of Lawrence, et al.

11

```
 1   Q   Okay.  And for how long, for what years were you
 2       deputy director of civil service?
 3   A   From 1989 to 1993.
 4   Q   So that I understand, I've seen in some of these
 5       documents Betty Dennis's name back in the '90,
 6       '91, '92 time period.
 7           What was your position as opposed to her
 8       position during that time?  That is, were you
 9       senior to her?  Was she senior to you?  Could
10       you explain that?
11   A   They were separate units from 1989 to 1993.
12   Q   I'm sorry, what were separate units?
13   A   Betty's unit was the test development unit, and
14       the civil service unit was only at that time
15       certification issuance and appointment approval.
16   Q   Is that the same as when you referred back to
17       the administration issues?
18   A   No.
19   Q   Okay.  How about prior to 1989?
20   A   I was a series of successive personal analysts
21       level, starting with junior.
22   Q   For HRD?
23   A   For HRD.
24   Q   And did any of those duties have to do with
```

Sally A. McNeely 4-4-2008
Pedro Lopez, et al. v. City of Lawrence, et al.

12

```
 1          local or municipal civil service examinations?
 2     A    No.
 3     Q    You have a college degree; is that correct?
 4     A    I do.
 5     Q    Okay.  And what is that in?
 6     A    It's in secondary education English.
 7     Q    And do you have a degree beyond that?
 8     A    No.
 9               (Mr. Leahey is now present.)
10     Q    Now, I'd like to ask you just some basic
11          questions about sergeant police promotional
12          exams in the Commonwealth of Massachusetts over
13          the last several years.
14               First let me ask you, how often does HRD
15          conduct a sergeant police promotional
16          examination in the Commonwealth of
17          Massachusetts?
18     A    We conduct the sergeant exam annually in
19          October.
20     Q    And has that been the -- how long has that been
21          the practice for?
22     A    It's been the practice at least since 2000.
23     Q    And if a city or town utilizes a sergeants
24          police promotional exam conducted by HRD, how
```

Sally A. McNeely 4-4-2008
Pedro Lopez, et al. v. City of Lawrence, et al.

13

```
 1           long can that list last up to?
 2      A    Candidates have a statutory eligibility of two
 3           years, so generally a list would be in existence
 4           for at least two years.
 5                According to our list revocation policy, if
 6           it goes beyond two years, we revoke the list on
 7           the first day of October three years after the
 8           exam is given.
 9      Q    Okay.  So let me see if I can understand that,
10           try to take a practical exam.
11                As I understand it, you give the exam in
12           the fall of each year; is that correct?
13      A    Yes.
14      Q    In October you said?
15      A    Yes.
16      Q    But as I understand it, the actual marks,
17           because of appeals and delays in scoring, don't
18           come out until the following year; is that
19           correct?
20      A    They go out at the end of December or the
21           beginning of January.
22      Q    And then there is an appeal period?
23      A    There is a 17-day appeal period for education
24           and experience, yes.
```

Sally A. McNeely 4-4-2008
Pedro Lopez, et al. v. City of Lawrence, et al.

14

```
 1   Q   Okay.  How about for challenges to the questions
 2       themselves?
 3   A   If the questions are challenged, they must be
 4       challenged within seven days of the examination.
 5   Q   Okay.  And then normally when does the actual
 6       list go out that has people's final scores on
 7       it?
 8   A   Probably sometime in March.
 9   Q   Okay.  March of the year following the October
10       administration?
11   A   Following, yes.
12   Q   Okay.  So assuming that a list goes out in March
13       of one year, as I understand your testimony, you
14       will allow that list to remain good or valid
15       until March of the next year, then March of the
16       following year, and then October of the year
17       following that; is that right?
18   A   Right, unless another exam has been given.
19   Q   In that city or town?
20   A   For that city or town.
21   Q   Okay.  Let's hold that thought for a moment so I
22       understand that.
23   A   Okay.
24   Q   Does the list get revoked when the exam is given
```

Sally A. McNeely 4-4-2008
Pedro Lopez, et al. v. City of Lawrence, et al.

15

```
 1        two and a half years later or when the new
 2        grades come out, what would be more like three
 3        years later?
 4    A   Say that again.
 5    Q   Sure.  If an exam is given in one year and the
 6        scores are provided to the candidates in March
 7        of one year, my question is:  Do you revoke in
 8        October two and a half years down the road or in
 9        March of the next year, three years down the
10        road?
11    A   This is when no exam has supplanted?
12    Q   Yes, exactly.
13    A   It would be October 1, three years from the date
14        of the exam.
15    Q   Three years from the date of the administration
16        of the exam?
17    A   Yes.
18    Q   Not of the certification of the grades?
19    A   Correct.
20    Q   So for example, the exam, just to put this in
21        practical terms, the exam which HRD
22        administered, the sergeants promotional exam
23        which HRD administered in October of 2005,
24        grades were certified in or about March of
```

Sally A. McNeely 4-4-2008
Pedro Lopez, et al. v. City of Lawrence, et al.

16

```
 1        2006.
 2              No one can be promoted from that
 3        examination after October of 2008.  Do I have
 4        that right?
 5   A    Correct, unless an appeal is made to the
 6        personnel administrator.
 7   Q    Except for appeal, got you.
 8              Now, getting back to what you were
 9        suggesting, as I understand it, a city or town
10        may request an examination earlier than that,
11        that two-and-a-half to three-year period; is
12        that right?
13   A    Yes.
14   Q    And what is the rule on that?  Can they request
15        it every year?
16   A    They could request it every year.
17   Q    And does HRD agree to any such request or does
18        HRD review the request?
19   A    We review the request, depending on the
20        circumstances, and then we approve it or not.
21   Q    So are there times when you don't approve a
22        request that falls shorter than this time period
23        that we previously discussed?
24   A    I don't recall any times that we have.
```

Sally A. McNeely 4-4-2008
Pedro Lopez, et al. v. City of Lawrence, et al.

17

1    Q    So the normal course would be to approve such

2         requests?

3    A    I don't know that for sure.

4    Q    Okay.  And generally speaking in the

5         Commonwealth, do most municipalities wait the

6         entire time or do they ask for exams sooner?

7    A    The entire three years?

8    Q    Yes.

9    A    It depends.

10   Q    Okay.  Now, I know some of these questions may

11        seem simple, but I just need to get them on the

12        record.

13            Can you explain how on the examinations,

14        the sergeant applies promotional examinations

15        that you've been involved with, say 2000,

16        veteran status works; that is, of what

17        assistance is veteran status in obtaining

18        preference on the promotional list?

19   A    Veterans receive two additional preference

20        points on promotional lists.

21   Q    Okay.  And those preference points, are those

22        reflected in the training-experience mark or the

23        grade or somewhere else?

24   A    They are added to the final mark, once the

Sally A. McNeely 4-4-2008
Pedro Lopez, et al. v. City of Lawrence, et al.

18

```
1          written exam and the education experience
2          component are compiled.
3    Q     So they're added to the grade at the end?
4    A     At the end.
5    Q     So you take the actual score on the examination,
6          the training and experience score, and then you
7          add two points to that if you have veteran
8          status?
9    A     Correct.
10              (Exhibit No. 1 marked for identification.)
11   Q     I'm showing you what's been marked as Deposition
12         Exhibit No. 1.  Do you recognize this document?
13   A     I do.
14   Q     Okay.  What is it?
15   A     It is the data set that we provided to your
16         office for the 2006 police sergeant examination.
17   Q     And is this a computer run that you were or are
18         capable of doing?
19   A     Yes.
20   Q     Okay.  Based upon data which you store in HRD
21         computers?
22   A     Yes.
23   Q     And just so I'm clear, is this something which
24         you normally do each year, or is this something
```

Sally A. McNeely 4-4-2008
Pedro Lopez, et al. v. City of Lawrence, et al.

19

1          which you did specially, not saying for me, but

2          especially for this litigation?

3     A    We did it upon request of your office.

4     Q    Okay.  Now, getting back to the question I

5          asked, can you show us how one can figure out

6          whether or not someone had veteran status?

7              Is there a way to do that from this

8          document?

9     A    No.

10    Q    Okay.

11    A    No.

12    Q    So for example, if you just take the first

13         person from Andover Police Department, the first

14         number I think, it's in Column 3, when it says

15         WR8875, do you see that?

16    A    Yes.

17    Q    You cannot tell whether two points have been

18         added or not added to that?

19    A    You cannot tell.

20    Q    I see.  Would that be the column where, if the

21         points were added, they were added to?

22    A    No.

23    Q    Okay.  So which column would be where they were

24         added to?

Sally A. McNeely 4-4-2008
Pedro Lopez, et al. v. City of Lawrence, et al.

20

1    A    It would show in the rounded final score.

2    Q    I see.  So I think I understand this now.

3         So if we look at the next person, they have

4         an 85 for their score, but their rounded final

5         is 87.  Do you see that?

6    A    Yes.

7    Q    So would that be the case that that person has

8         veteran status because they have two extra

9         points?

10   A    No, it would not.

11   Q    Okay.  Why not?

12   A    Because the 87 -- oh, it may.

13   Q    Okay.

14   A    Indications are that it does, yes.

15   Q    So it may indicate that?

16   A    It may.

17   Q    Okay.  Now, if we look at the T&E, it says there

18        are numbers in here, zero, let's take the first

19        one, 08860.

20        What is that signifying?

21   A    That is the final score for the training and

22        experience component of the sergeant exam.

23   Q    And just so that I'm clear, is that a separate

24        score or is that a score which is also picking

Sally A. McNeely 4-4-2008
Pedro Lopez, et al. v. City of Lawrence, et al.

21

1        up the rounded score from the written exam?

2    A   It is a separate score.

3    Q   Okay.  So how do I read the 08860?  Is that less

4        than one?

5    A   No.  It's the actual T&E score is 88.6.

6    Q   Okay.  And then how does that, just so I

7        understand it, how does that get figured into

8        one's total score?

9    A   It counts for 20 percent of the final mark, and

10       the written score counts for 80 percent of the

11       final mark.

12   Q   I see.  So when we get to, just so I understand

13       this, when we get to the rounded final score of

14       89 on this first column, it's based upon a

15       written score of 88.75?

16   A   Yes.

17   Q   Okay.  And then can you tell me why it is that

18       the final score appears to be the same as the

19       written score if there's also a training and

20       experience mark?  That's what's confusing me.

21   A   Well, if you count 88.75 as 80 percent of the

22       mark, and then add in the T&E --

23   Q   I got you, right.

24   A   -- it would round out to 89.

Sally A. McNeely 4-4-2008
Pedro Lopez, et al. v. City of Lawrence, et al.

22

1    Q    I got it, okay.  If we go down a ways, I notice

2         there are a number of people who have -- go down

3         to the column 17.  There is indication of T&E

4         and then zeros.  Do you see those?

5    A    Yes.

6    Q    What does that signify?

7    A    It means, it's training and experience, no mark.

8    Q    What does that mean to get no mark for training

9         and experience?

10   A    You would only get a training and experience

11        score if you pass the written part of the

12        examination.

13   Q    So when we see training and experience, no mark,

14        that means the person didn't pass the exam and

15        therefore they never got a training and

16        experience score?

17   A    Correct.

18   Q    Now, if I understand this document, Deposition

19        Exhibit No. 1, this contains all people who took

20        the sergeant's exam, including those who failed

21        it; is that correct?

22   A    Correct.

23   Q    And during the time that you've been at HRD, the

24        number of questions on the sergeant's exam, are

Sally A. McNeely 4-4-2008
Pedro Lopez, et al. v. City of Lawrence, et al.

23

| | | |
|---|---|---|
| 1 | | they always the same number of questions? |
| 2 | A | I don't know for sure. |
| 3 | Q | Okay.  What is your best knowledge of that? |
| 4 | A | I don't know. |
| 5 | Q | Let's take this 2006 exam.  Do you know how many |
| 6 | | questions there were on it? |
| 7 | A | Eighty questions. |
| 8 | Q | Okay.  And I take it -- did they each count for |
| 9 | | one point or one point plus some fraction? |
| 10 | A | The final value of each question is determined |
| 11 | | after the appeal, so I don't know what it was. |
| 12 | Q | I see.  That's because some questions you may |
| 13 | | accept all the answers or throw the question |
| 14 | | out? |
| 15 | A | Yes. |
| 16 | Q | But it's based on some formula that gets you to |
| 17 | | 100 total points? |
| 18 | A | Yes. |
| 19 | Q | How about the 2007 exam; did that have 80 |
| 20 | | questions also? |
| 21 | A | Yes. |
| 22 | Q | And the 2005 exam? |
| 23 | A | Yes. |
| 24 | Q | Are you aware of any sergeants, police agents |

Sally A. McNeely 4-4-2008
Pedro Lopez, et al. v. City of Lawrence, et al.

25

```
 1          numbers here, let's go to the Question 1, okay?
 2              Under the heading of K, it says B.   What
 3          does that indicate?
 4     A    B is the correct answer.
 5     Q    And if you go under Question 2, there's a star.
 6          What does that mean?
 7     A    It means that either all the questions were
 8          credited or more than one question was credited
 9          as being correct or that the item was eliminated
10          from the test.
11     Q    Okay.  So if, just so I'm clear, is that only as
12          the result of someone challenging the question,
13          or does HRD on its own sometimes go back and
14          either credit all the answers or throw a
15          question out?
16     A    It could be either.
17     Q    So wherever we see asterisks, that would
18          indicate there was an adjustment made, but
19          you're not sure exactly what the adjustment is?
20     A    Correct.
21     Q    Okay.  Now, if we go to the next column, it says
22          TOT 215.  Was that the number of test takers?
23     A    It's the number of applicants who picked B as
24          the answer.
```

Sally A. McNeely 4-4-2008
Pedro Lopez, et al. v. City of Lawrence, et al.

24

```
 1          exam that had a different number of questions

 2          than 80 questions?

 3     A    No.

 4     Q    Okay.

 5              (Exhibit No. 2 marked for identification.)

 6     Q    I'm showing you again -- this was part of a

 7          series of documents supplied to me by the

 8          Commonwealth, what's been marked as deposition

 9          Exhibit No. 2, and ask you if you recognize this

10          document.

11     A    Yes.

12     Q    What is this document?

13     A    This is a file directory of documents produced

14          for this case.

15     Q    Okay.  And if we go to the second page of this

16          document, can you tell me what this document is,

17          please?

18     A    This is the third revised test item analysis for

19          police promotional examination.

20     Q    And is this document looking at each question on

21          the exam and determining how many passed it and

22          how many failed it?

23     A    Yes.

24     Q    Okay.  And just so that I can understand the
```

Sally A. McNeely 4-4-2008
Pedro Lopez, et al. v. City of Lawrence, et al.

26

1    Q    I see.  So that 215 is the number of people who

2         actually picked the correct answer?

3    A    Yes.

4    Q    And then I take it the next column is what that

5         215 represents in the percentage of all test

6         takers?

7    A    Yes.

8    Q    Okay.  And the A under the Column A's, the 153,

9         what is that?

10   A    That is the number of people who chose A as the

11        correct answer.

12   Q    I see.  And then the percent?

13   A    The same, who picked A.

14   Q    And then the same with B and C and D?

15   A    Yes.

16   Q    And I see zeroes under E, so I take it there was

17        no E?

18   A    There's no E, no.

19   Q    What's the N?

20   A    I don't know.

21   Q    Could the N be no answer?  You don't know?

22   A    I don't know.

23   Q    Okay.  And this document, is this produced after

24        the challenges occur and whatever rescoring or

27

```
 1          whatever adjustments are going to be made occur?
 2     A    It's produced a number of times at various
 3          stages in the analysis of the exam.
 4     Q    Okay.  Now, if you can go to the back of this
 5          document, which has the Bates stamp of 00100, do
 6          you see that?
 7     A    I do.
 8     Q    Okay.  And there seem to be some computerese
 9          instructions here.  The second paragraph says:
10          Enter corresponding code to request TIE by
11          special question, male, female, white, black.
12          Do you see that?
13     A    I do.
14     Q    What is that?
15     A    That is a way for us to analyze the answers
16          based on additional criteria.
17     Q    You can do that by running some sort of computer
18          run?
19     A    Yes.
20     Q    Okay.  And have you done that with respect to
21          the 2006 exam?
22     A    I don't know.  I don't see it here.
23     Q    But that's something HRD is capable of doing?
24     A    Sorry, it's on Page 00099, and it's an analysis
```

Case 1:07-cv-11693-GAO   Document 164-25   Filed 02/26/09   Page 30 of 127

Sally A. McNeely 4-4-2008
Pedro Lopez, et al. v. City of Lawrence, et al.

28

1           of scores by different categories.

2     Q     Okay.  Let me see if I can understand that.

3           Can you explain to me what this page is,

4           please?

5     A     It's a range of scores.

6     Q     Right.

7     A     So if you take the top, well, it tells you how

8           many applicants in different categories scored

9           at those ranges.

10    Q     Okay.  So for example, let's just take 85 to 89,

11          okay?

12          So this is telling me that 38 males, the

13          first column tells me that 38 males got a score

14          within that range?

15    A     Correct.

16    Q     One female?

17    A     Yes.

18    Q     Thirty-seven whites?

19    A     Yes.

20    Q     One black, one Hispanic?

21    A     Yes.

22    Q     Okay.  But as I understand it, and I appreciate

23          that, I take it this page doesn't have an

24          analysis by the question itself?

Sally A. McNeely 4-4-2008
Pedro Lopez, et al. v. City of Lawrence, et al.

29

```
 1    A    No.

 2    Q    So this is, if I understand what you're saying,

 3         this is another type of run which -- was that

 4         the right term, run?

 5              This is another type of computer run that

 6         HRD is able to and has done; is that correct?

 7    A    Yes.

 8    Q    That is by score?

 9    A    Yes.

10    Q    And my original -- I appreciate that.

11              My original question was:  Has HRD done

12         that with respect to questions?

13    A    I don't see it here.

14    Q    And you're not sure whether it's been done or

15         not?

16    A    No.

17              MR. QUINAN:  Harold, this Exhibit 2

18         has been marked confidential, so provisions in

19         the confidentiality stipulation will apply to

20         this document.

21              MR. LICHTEN:  Sure.

22              MR. LEAHEY:  We'll sign on that.  I

23         don't know if you've --

24              MR. QUINAN:  I think you're all under
```

Sally A. McNeely 4-4-2008
Pedro Lopez, et al. v. City of Lawrence, et al.

30

```
 1              a court order anyway.

 2     Q    If you know, I've seen in looking at the

 3            documents that there were a number of challenges

 4            filed by many different people to specific

 5            questions in the 2006 exam.

 6                My question is first:  I take it that's not

 7            unusual for many individuals to challenge

 8            specific questions?

 9     A    It's not unusual to have challenges to the

10            questions.

11     Q    Okay.  And I understand that in 2006 some of

12            those challenges were sustained; is that right?

13     A    Yes.

14     Q    If you're aware, do you know whether in 2006 HRD

15            on its own made any adjustments to the scores?

16     A    I don't know.

17     Q    Do you know whether in 2006 HRD eliminated any

18            questions based on its effort to eliminate to

19            the extent possible the adverse impact from the

20            exam?

21     A    I don't know.

22     Q    Okay.  Who would know that?

23     A    I don't know.  Vivian Lee maybe would know that,

24            other test developers.
```

Sally A. McNeely 4-4-2008
Pedro Lopez, et al. v. City of Lawrence, et al.

31

```
 1    Q    I think you understand what I'm referring to.   I
 2         believe you testified in the Bradley case that
 3         there were times when some questions were
 4         eliminated to try to eliminate as much as
 5         possible adverse impact of the pass-fail; is
 6         that correct?
 7    A    Yes.
 8    Q    My question is simply whether if you know that
 9         was done on any of the police sergeant's exams
10         during the time that you've been at HRD?
11    A    I don't know.
12    Q    Okay.  And you believe that Vivian Lee might be
13         in a better position to know that information?
14    A    Perhaps.
15    Q    And if that is done, is there a document that
16         evidences that being done?
17    A    We would document any changes.
18    Q    Okay.  I want to ask you some questions about
19         validation for a moment.  Let me start off by
20         asking this.
21              I was provided a whole bunch of documents
22         relating to a validation report issued by the
23         Commonwealth of Massachusetts Department of
24         Personnel Administration that had a bunch of
```

Sally A. McNeely 4-4-2008
Pedro Lopez, et al. v. City of Lawrence, et al.

32

1       KSAs and task profiles and a voluminous

2       validation report which I'll get to in a second.

3           Since that time, since the early '90s, can

4       you tell me if you know what actions HRD has

5       taken to validate the police sergeants

6       promotional exam?

7   A   Mm-hmm.  For every examination that we do, we

8       engage in a lengthy preparation process where we

9       review the exam plan.  We call in subject matter

10      experts to go over the exam plan and the

11      weighting of the different components of the

12      examination, and this we do for every

13      examination.

14          While we have not produced a report from an

15      outside expert, we have a validation

16      documentation in the notes of the developers and

17      then the subject matter expert responses and

18      recommendations that we rely upon for the

19      validity of the examination.

20          We've also relied upon the Morris McDaniel

21      job analysis report that was done for the 2002

22      Boston Police promotional series in reviewing

23      the essential functions and the weighting of the

24      different functions in a police sergeants job,

Sally A. McNeely 4-4-2008
Pedro Lopez, et al. v. City of Lawrence, et al.

33

1        so we do have an ongoing validation process.

2    Q   Let me see if I can split it up for a moment.

3        Let's take the 2006 examination.  That probably

4        is simpler.

5            You say that before the exam is given, you

6        retain some subject matter experts?

7    A   Yes.

8    Q   And how many do you retain?

9    A   Between two and four.

10   Q   Okay.  And I take it these are police officials

11       from some jurisdictions?

12   A   They are generally police chiefs.

13                MR. LICHTEN:  Okay.  On the record, as

14       I understand it, Mr. Quinan, you have not

15       produced that material?

16                MR. QUINAN:  I have just recently

17       become aware of the Morris & McDaniel job

18       validation report, so that's something I can

19       make available to you.

20                MR. LICHTEN:  I probably have that

21       somewhere.  I'm really relating to --

22                MR. QUINAN:  The subject matter expert

23       comments?

24                MR. LICHTEN:  Yes.

Sally A. McNeely 4-4-2008
Pedro Lopez, et al. v. City of Lawrence, et al.

34

```
 1                    MR. QUINAN:  Our position is that is
 2           privileged.
 3                    MR. LICHTEN:  Privileged why?
 4                    MR. QUINAN:  Under state law because
 5           of the need to maintain the confidentiality of
 6           the exam process.
 7                    MR. LICHTEN:  All right.
 8      Q    So you retain two to four individuals who may be
 9           police chiefs in Massachusetts?
10      A    Yes.
11      Q    Okay.  And then what do they do?
12      A    Well, they advise on all aspects of the
13           examination, chiefly to see has anything in the
14           job changed.
15      Q    Just let me back up.  What are they looking at;
16           that is, when they first meet, are they looking
17           at something?
18      A    Well, the first thing they look at is the
19           reading list.
20      Q    From a prior year or that has been developed for
21           the exam that's about to be given?
22      A    Either or both.
23      Q    So they're reviewing a reading list?
24      A    That's the first step, they review the reading
```

Sally A. McNeely 4-4-2008
Pedro Lopez, et al. v. City of Lawrence, et al.

35

```
 1         list in relation to the exam plan.
 2    Q    Okay.  Let me just stop you there, I'm sorry.
 3         Again you know this and I don't.
 4              When you say in relation to the exam plan,
 5         is there an exam plan in front of these subject
 6         matter experts?
 7    A    I don't know.
 8    Q    And who would know that?
 9    A    The exam developer.
10    Q    And who is that?
11    A    It's one of the exam developers.
12    Q    I appreciate that.  Is it someone who works for
13         HRD?
14    A    It is someone who works for HRD.
15    Q    And do you know who it is?
16    A    I do.
17    Q    Who is it?
18    A    It's Guy Paris.
19    Q    Okay.  What's Mr. Paris's job title?
20    A    He's the personnel selection specialist.
21    Q    Okay.  And how long has he held that position?
22    A    Over 20 years.
23    Q    And how long has he been involved in the
24         construction of the HRD police sergeant
```

Sally A. McNeely 4-4-2008
Pedro Lopez, et al. v. City of Lawrence, et al.

36

```
 1        examinations?
 2   A    I don't know for sure.
 3   Q    Okay.  Would it be since 2000?
 4   A    Yes.
 5   Q    And do you know what degrees he has?
 6   A    He has two master's degrees.  I don't know what
 7        the field is.
 8   Q    Okay.  Let me ask you, since as far as you're
 9        aware, since the early '90s, has HRD ever hired
10        an outside industrial psychologist to help
11        construct the sergeant police promotional exam?
12   A    As far as I'm aware of, no.
13   Q    Okay.  So we are getting back to what these SMEs
14        do.
15            I believe you were saying that they meet
16        and review a reading list either from a prior
17        year or the proposed reading list for the year
18        that the exam is going to be in, and I believe
19        you said a test plan?
20   A    Yes.
21   Q    And the test plan is something put together by
22        Mr. Paris?
23   A    Well, the test plan is usually a collaborative
24        effort of the developers.
```

Sally A. McNeely 4-4-2008
Pedro Lopez, et al. v. City of Lawrence, et al.

37

1    Q    I see.  When you say test plan, is it the actual

2         questions?

3    A    The test plan is not the actual questions.  It's

4         the general topics to be covered, sometimes with

5         the number of questions based on the weighting

6         of the criticality of the essential functions.

7    Q    I see.  And I take it these documents that have

8         the criticality specified are still in

9         existence?

10   A    Yes.

11   Q    Okay.  Do you have them?  How far back do you

12        have them for?

13   A    I don't know.

14   Q    Okay.  And what happens next after the SMEs look

15        at this?  What do they?

16   A    The reading list and the exam plan?

17   Q    Yes.

18   A    The reading list is published six months in

19        advance of the examination.

20   Q    Let me go back to the SMEs.  What do the SMEs do

21        after they look at all this stuff?

22   A    They approve the reading list.

23   Q    I see.  And are they asked to approve the

24        questions?

Sally A. McNeely 4-4-2008
Pedro Lopez, et al. v. City of Lawrence, et al.

38

```
 1    A    Not at this point in time.

 2    Q    Okay.  So they're asked to approve of the

 3         reading list?

 4    A    Yes.

 5    Q    I'm sorry, I interrupted you.  You said the

 6         reading list is then published?

 7    A    The reading list is published, and the next

 8         phase is, well, the reading list is published.

 9    Q    Okay.  Does the reading list normally change

10         each year?

11    A    It changes from time to time.

12    Q    I see.

13    A    Usually every five years, there's a major revamp

14         of the reading list.

15    Q    Okay.  Are the questions taken directly from the

16         reading list?

17    A    The questions are taken directly from the

18         materials on the reading list.

19    Q    Okay.  For instance, if someone was to file a

20         challenge saying that a question could not be

21         found in the reading list, would that be,

22         assuming that person was correct, would that be

23         a valid ground for challenging the question?

24    A    Yes.
```

Sally A. McNeely 4-4-2008
Pedro Lopez, et al. v. City of Lawrence, et al.

39

```
 1    Q    You were going to say what the next phase was.

 2         I'm sorry.

 3    A    I forgot what I was --

 4    Q    The reading list is published?

 5    A    The reading list is published.  Then the exam

 6         development part begins.

 7    Q    Okay.  And who performs the exam development

 8         part?

 9    A    One of the exam developers.

10    Q    Is it Mr. Paris or his designee?

11    A    Yes.

12    Q    And is the exam development actually putting

13         together the actual questions, the 80 questions?

14    A    Yes.

15    Q    Okay.  What happens next?

16    A    When the questions are prepared, we have another

17         subject matter expert review.

18    Q    By the same SMEs?

19    A    Generally.

20    Q    Okay.  And they are now looking at the actual

21         draft exam; is that right?

22    A    Well, they're looking at individual items.

23    Q    When you say individual items, are those

24         questions or --
```

Sally A. McNeely 4-4-2008
Pedro Lopez, et al. v. City of Lawrence, et al.

40

```
 1    A   Questions, yes.

 2    Q   Okay.  They're looking at some 80 proposed

 3        questions?

 4    A   Yes.

 5    Q   And what do they do, the SMEs?

 6    A   They review the questions for relevance to the

 7        police sergeant job.  They also review them for

 8        level of difficulty.

 9    Q   And based upon that, do they make

10        recommendations?

11    A   They do.

12    Q   And are those recommendations whether to use or

13        not use the question?

14    A   Yes.

15    Q   Okay.  And based upon that, are there some

16        questions that are not used?

17    A   Yes.

18    Q   And then who provides the substitute questions?

19    A   HRD.

20    Q   Mr. Paris and his team?

21    A   Yes.

22    Q   And do the SMEs review those substitute

23        questions?

24    A   They do.
```

Sally A. McNeely 4-4-2008
Pedro Lopez, et al. v. City of Lawrence, et al.

41

| | | |
|---|---|---|
| 1 | Q | And when the SMEs do this, do they do this |
| 2 | | through a meeting? Do they meet? |
| 3 | A | Yes. |
| 4 | Q | And do you know how many meetings per each exam |
| 5 | | the SMEs have? |
| 6 | A | It depends on the examination. |
| 7 | Q | Okay. 2006, do you know? |
| 8 | A | I don't know. |
| 9 | Q | Is it in the order of three or four or ten to |
| 10 | | 12, or do you have any idea what the range is? |
| 11 | A | I don't know. |
| 12 | Q | Okay. Do you compensate the SMEs? |
| 13 | A | For 2006, we did not compensate them. |
| 14 | Q | Do you know who the SMEs were for 2006? |
| 15 | | MR. QUINAN: Let me just say that this |
| 16 | | is a confidential matter, but you can answer the |
| 17 | | question. I'd just ask all the attorneys to |
| 18 | | treat her testimony here as confidential under |
| 19 | | the stipulation. |
| 20 | A | It's Chief Champagne from Peabody and Chief |
| 21 | | Mearn, M-E-A-R-N, from Milton. |
| 22 | Q | Chief Mearn, now Town Manager Mearn? |
| 23 | A | He is now Town Manager Mearn. |
| 24 | Q | Okay. So there were two SMEs in 2006? |

Sally A. McNeely 4-4-2008
Pedro Lopez, et al. v. City of Lawrence, et al.

42

1   A   There were.

2   Q   How about in 2007, how many SMEs were there?

3   A   I'm not -- there were at least two.

4   Q   Do you know who they were, with the same

5       confidentiality provision?

6   A   Chief Mearn again, who was Town Administrator

7       Mearn, and retired Chief Ford from Bourne.

8   Q   Okay.  Now, I just want to get back to something

9       you said.

10          As I understand it, when Mr. Paris's group

11      puts together the proposed questions, they're

12      utilizing KSAs and tasks that were put together

13      in this 1991 validation report?

14  A   Yes, they are, along with other information.

15  Q   Okay.  And then you said that they're also

16      looking at KSAs and tasks put together by the

17      Morris & McDaniel group?

18  A   Yes.

19  Q   And that was in relation to the 2002 Boston

20      Police Department alternative examination?

21  A   Yes.

22  Q   Okay.  Since 1991, has there been any report put

23      together such as the 1991 validation report that

24      evidences exactly what HRD has done to insure

Case 1:07-cv-11693-GAO    Document 164-25    Filed 02/26/09    Page 45 of 127

Sally A. McNeely 4-4-2008
Pedro Lopez, et al. v. City of Lawrence, et al.

43

```
 1         that the police sergeant's exam meets validity

 2         requirements?

 3   A     We've documented that in the notes, subject

 4         matter expert notes, exam item review notes.

 5   Q     Hold on, let me get this.  You've documented

 6         this in the subject matter expert notes?

 7   A     Yes.

 8                   MR. LICHTEN:  Okay.  These are the

 9         notes which you haven't produced to us?

10                   MR. QUINAN:  Yes.

11   Q     I'm sorry, what else?

12   A     In the reading list update that we did.

13   Q     Okay.  Anything else, anywhere else?

14   A     No.  Well, I don't know for sure.

15         (Exhibit Nos. 3A-F marked for

16         identification.)

17   Q     I'm showing you a series of documents I was

18         provided by the Commonwealth, and this is

19         Deposition Exhibit 3.

20                   MR. QUINAN:  Is it necessary -- maybe

21         mark them 3A, B, C, D or something.

22                   MR. LICHTEN:  We can do that.  3A

23         would be the task profile sergeant, 3B would be

24         the KSAP profile sergeant, 3C would be the memo
```

Sally A. McNeely 4-4-2008
Pedro Lopez, et al. v. City of Lawrence, et al.

44

```
 1            to Betty Dennis from Maryanne Gilmore regarding

 2            KSAPs, 3D will be a document called KSAP and

 3            task linkage, and 3E would be knowledge, skills,

 4            abilities and personal characteristics

 5            required.

 6    Q    Do you see that, 3E?

 7                    MR. LICHTEN:  I'm sorry, and 3F would

 8            be a memo to Betty Dennis from Maryanne Gilmore

 9            involving task profiles.

10    Q    Do you recognize these documents?

11    A    I do.

12    Q    What are they?

13    A    They're reports out of the job analysis study

14            that was done in 1990.

15    Q    All right.  Now, I'd just like to ask you, I

16            take it you would agree that a sergeant has to

17            perform some supervisory duties; is that right?

18    A    The job analysis indicates that.

19    Q    Okay.  And has HRD considered whether there are

20            some supervisory duties of a police sergeant

21            that cannot be tested in the format utilized by

22            the HRD; that is, written questions where

23            someone has to read a textbook and know the

24            answer?
```

45

```
 1    A    No, we have not concluded that.

 2    Q    I see.  Well, have you yourself reviewed the

 3         Morris & McDaniel 2002 report?

 4    A    Yes.

 5    Q    You are aware that in that report they found a

 6         number of knowledge, skills and abilities that

 7         they decided to test through assessment centers;

 8         is that correct?

 9    A    Yes.

10    Q    So do I take your answer to be that -- strike

11         that.

12              Is it your understanding that all of the

13         knowledge, skills, abilities and tasks needed to

14         be performed by a police sergeant in the

15         Commonwealth, including supervisory duties, can

16         be tested by the written question and answer

17         format that you utilize?

18    A    Yes.

19    Q    Okay.  And how is that so?  Can you explain that

20         to me?

21    A    Well, could you be more specific?

22    Q    Sure.  Let's take No. 1 on the task profile

23         sergeant of 3A, take 1.  It says:  Discuss

24         operational activities with supervisor of
```

Sally A. McNeely 4-4-2008
Pedro Lopez, et al. v. City of Lawrence, et al.

46

1           previous tour in order to plan and coordinate

2           activities of own tour in light of any problems

3           or conditions which will continue during own

4           tour.

5                Do you see that?

6      A    Yes.

7      Q    How does one frame a written question that gets

8           at that task?

9      A    Well, you would write down what's involved in

10          that particular question and determine is it a

11          knowledge question or is it an ability

12          question.  Operational activities presume some

13          knowledge of what the operations in that

14          department are, and the best way to test the

15          knowledge is through a written test.

16               Problems or conditions also require

17          knowledge of the department, knowledge of the

18          community, and the best way to test knowledge is

19          again through a written test.

20     Q    Okay.  I hear you distinguishing between

21          knowledge and abilities, and I understand your

22          testimony to be that for knowledge, you believe

23          knowledge can be tested through a written

24          question and answer format; is that right?

Sally A. McNeely 4-4-2008
Pedro Lopez, et al. v. City of Lawrence, et al.

47

```
 1    A   Yes.

 2    Q   Is your view the same with respect to testing

 3        for abilities?

 4    A   You can certainly test for abilities in a

 5        written test.

 6    Q   Okay.  Let me ask it this way.  Has HRD, during

 7        the time since 2000 that you've been in this

 8        area, have you made -- has HRD to your knowledge

 9        made any attempt to look at alternative testing

10        techniques that might test for certain abilities

11        and attributes and supervisor abilities that may

12        not be as well tested through written questions?

13              MR. QUINAN:  Objection.  You may

14        answer.

15    A   We have a variety of -- will you say that again,

16        please?

17              (Question read back.)

18    A   I'll answer the first part.

19    Q   Sure.

20    A   We have a variety, we offer a variety of

21        selection devices to cities and towns and state

22        agencies.  We offer the written examination.

23              We also offer three forms of assessment

24        center.  One is to include, the assessment
```

Sally A. McNeely 4-4-2008
Pedro Lopez, et al. v. City of Lawrence, et al.

48

```
 1        center, an oral panel or an exercise rating as

 2        part of the selection process, once the list is

 3        established.

 4             The second selection device that cities and

 5        towns can utilize is to have an assessment

 6        center as another component in the examination

 7        process.  And the third option that cities can

 8        exercise is to have an assessment center as the

 9        sole selection device.

10    Q   Let me see if I understand that.  Is there some

11        document that lists these alternatives?

12    A   There is.

13    Q   Okay.  And where is that document?

14    A   It's on our website.

15    Q   Okay.  And do you, when a city calls for an

16        examination, do you provide them with these

17        alternatives?

18    A   If the city requests an alternative, we do.

19    Q   If the city simply says:  We want to do a

20        sergeant's exam, what do you do?

21    A   There's an ongoing process with cities and towns

22        that, you know, the assessment centers are

23        available to them if they choose to use them.

24             Generally, when a city or town requests an
```

Sally A. McNeely 4-4-2008
Pedro Lopez, et al. v. City of Lawrence, et al.

49

```
 1          examination, they just send in a piece of paper
 2          called a requisition saying they want to have a
 3          written examination.
 4     Q    Okay.  Let me see if I understand these
 5          alternatives.
 6               You say that there's an assessment center
 7          examination process in place that HRD has now?
 8     A    The assessment center process is usually done by
 9          an outside consultant and arranged between the
10          outside consultant and the city or town with our
11          approval.
12     Q    Okay.  Just so I understand, when you're talking
13          about an outside assessment center, in order to
14          do that, a town would have to request to utilize
15          an alternative examination under Section 11 of
16          the law?
17     A    I don't know if it's under Section 11 of the
18          law.
19     Q    But they have to request an alternative
20          examination process?
21     A    They do.
22     Q    And then that town or city is responsible for
23          hiring the assessors; is that correct?
24     A    Yes.
```

Sally A. McNeely 4-4-2008
Pedro Lopez, et al. v. City of Lawrence, et al.

50

1  Q  I just want to be clear.  Did I understand you

2     to say that HRD has other test devices, HRD

3     itself has other test devices other than

4     utilizing this 80-question written test format?

5  A  Will you rephrase that?

6  Q  Sure.  What I'm trying to get at is, putting

7     aside what a town can go out and hire and do as

8     an alternative examination, I thought I heard

9     your answer about five minutes ago to be that

10    HRD has alternative testing formats that they

11    have.

12 A  We ourselves do not administer, have not

13    administered assessment centers.

14 Q  So you don't have an assessment center test

15    package that you provide to municipalities?

16 A  Well, we provide them with the information they

17    need to do an assessment center, and we

18    supervise the preparation and administration of

19    the test center.

20 Q  If that municipality asks for it?

21 A  Requests it.

22 Q  Okay.  As I understand it, for police sergeant,

23    most -- would you agree that in 2005, 2006,

24    2007, most muncipalities, civil service

Sally A. McNeely 4-4-2008
Pedro Lopez, et al. v. City of Lawrence, et al.

51

```
 1          muncipalities in the Commonwealth of

 2          Massachusetts utilize just the HRD sergeants

 3          written examination?

 4     A    I agree.

 5     Q    Let me ask this.  Does HRD do anything to

 6          monitor selections in muncipalities within the

 7          Commonwealth of Massachusetts to determine

 8          whether, with respect to the selection of

 9          sergeants, there seems to be a disparate impact

10          in the selection of minority sergeants?

11               MR. QUINAN:  Objection.  You may

12          answer if you understand.

13     A    We do not.  We monitor appointments in

14          accordance with our -- with Chapter 31 and the

15          personnel administration rules, and they do not

16          speak specifically to race or gender.

17     Q    Okay.  So I take it that HRD, I take it the

18          answer to my question is that HRD does nothing

19          to monitor the exam results and selections

20          within those civil service muncipalities in the

21          Commonwealth?

22               MR. QUINAN:  Objection.

23     A    I can't agree to that statement.

24     Q    Sure.  Let me ask it this way.
```

Sally A. McNeely 4-4-2008
Pedro Lopez, et al. v. City of Lawrence, et al.

52

```
 1              If as a result of an HRD sergeants police

 2         examination a town is disproportionately hiring

 3         nonminority sergeants, does HRD do anything to

 4         monitor that?

 5    A    Not specifically, no.

 6              (Exhibit No. 4 marked for identification.)

 7    Q    I'm showing you what's been marked Deposition

 8         Exhibit No. 4, and let me first ask you if

 9         you've ever seen this newspaper article before.

10    A    I have.

11    Q    And my question is:  Has HRD ever done anything

12         to either monitor or take any steps to deal with

13         any of the issues raised in this newspaper

14         article?  And by that I mean a

15         disproportionately low number of minority police

16         sergeants in cities that have a significant

17         portion of minority police officers.

18    A    Could you rephrase that?

19              (Question read back.)

20    A    We insure that we have a valid examination to

21         begin with, and then we monitor appointments and

22         selections and bypasses in accordance with

23         Chapter 31 and personnel administration rules.

24    Q    Do you monitor, do you ever monitor selections
```

Sally A. McNeely 4-4-2008
Pedro Lopez, et al. v. City of Lawrence, et al.

53

```
 1          with respect to whether they're having a

 2          disproportional impact on minority candidates

 3          for police sergeant?

 4                    MR. QUINAN:  Objection.

 5     A    No.

 6     Q    Has HRD ever -- strike that.

 7                    For instance, according to this article,

 8          Brockton has no minority police sergeants.

 9          That's what the article says.

10                    MR. QUINAN:  Is there a date

11          associated with this?

12                    MR. LICHTEN:  Yes, there is, and it

13          came out I believe the fall of 2007.  I'm

14          sorry.  We'll get you that date.  This article

15          is from the fall of 2007.  I can tell you that.

16     Q    According to this article, Brockton has zero

17          minority police sergeants.  I take it from your

18          answer that HRD doesn't monitor this; is that

19          correct?

20     A    We do not monitor by race.

21     Q    Okay.

22     A    Maybe monitor isn't the right word.

23     Q    Let me ask it this way.  Has HRD to your

24          knowledge ever reached out to any civil service
```

Sally A. McNeely 4-4-2008
Pedro Lopez, et al. v. City of Lawrence, et al.

54

```
 1              community in the Commonwealth of Massachusetts,

 2              let's say in the last five years, to indicate

 3              that because of police sergeants selections, it

 4              was recommending to that community that it

 5              consider some alternative methodology to select

 6              sergeants so there would be more diversity in

 7              the sergeants' ranks?

 8    A         I don't know.

 9    Q         If a community wishes to utilize the equivalent

10              of, I think it's PAR 8 or PAR 10 for police

11              sergeants, are they allowed to do so?

12    A         Yes, if the documentation supports the request.

13                        MR. QUINAN:   Can we get on the record

14              what PAR 10 refers to?

15    Q         Sure.   You want to tell us what PAR 8 and PAR 10

16              is?

17    A         PAR 8 is a provision in the personnel

18              administration rules to certify certain groups

19              based on essentially function of the job

20              generally because it's a job that a female

21              officer would have to do, in this case, a female

22              sergeant would be a better fit for the job or

23              because a language is required in order to do

24              the job.
```

Sally A. McNeely 4-4-2008
Pedro Lopez, et al. v. City of Lawrence, et al.

55

```
 1              PAR 10 is a provision in the personnel

 2         administration rules that allows a city or town

 3         to address issues of past discrimination in

 4         certain titles.

 5    Q    And to your knowledge, have there been any PAR

 6         10 sergeants lists which HRD has approved in

 7         civil service communities in the Commonwealth in

 8         the last five years?

 9    A    I don't know if it's in the last five years or

10         not.

11    Q    Okay.  If I expand that to ten years, do you

12         know of any?

13    A    Well, I know of an instance at the MBTA Police

14         where that has been utilized, but I don't know

15         what year it was done.

16    Q    Okay.  Is that involved in the Brackett,

17         so-called Brackett decision?

18    A    Yes.

19    Q    Other than the MBTA, are you aware of any?

20    A    No.

21              MR. LICHTEN:  Why don't we take just a

22         five-minute break, okay?

23              (Recess.)

24              MR. LICHTEN:  I think we established
```

Sally A. McNeely 4-4-2008
Pedro Lopez, et al. v. City of Lawrence, et al.

56

1          that the date of the article was --

2                    MR. QUINAN:  October 31, 2007.  That's

3          Exhibit 4.

4               (Exhibit No. 5 marked for identification.)

5     Q    I found something during the break that I think

6          you were referring to earlier, and it's the

7          document which relates to assessment centers?

8     A    Yes.

9     Q    Okay.  See if I understand this.  Section A

10         deals with post-list establishment.  Do you see

11         that?

12    A    I do.

13    Q    And I take it that this is referring to an exam,

14         regular civil service exam is given, it's

15         scored, and it deals with the right of the

16         municipality to have interviews after the list

17         is established?

18    A    Yes.

19    Q    Okay.  If I understand it, the two N plus one

20         rule would still apply?

21    A    It does.

22    Q    Okay.  So under Section A, a town could not

23         reach down to get the, if there was one opening,

24         to get the sixth or eighth person on the list?

Sally A. McNeely 4-4-2008
Pedro Lopez, et al. v. City of Lawrence, et al.

57

```
 1    A    No.

 2    Q    Section B deals with the use of an assessment

 3         center as a weighted graded component; is that

 4         correct?

 5    A    Yes.

 6    Q    Is that in conjunction with the HRD-conducted

 7         civil service written exam?

 8    A    Yes.

 9    Q    For component B, the municipality would then

10         have to, as I understand it, hire the outside

11         firm that conducts the assessment center and get

12         approval and a delegation agreement from HRD; is

13         that right?

14    A    Right.

15    Q    So as I understand it, HRD doesn't have a sort

16         of ready-to-go assessment center if a

17         municipality comes to HRD and says:  We want you

18         to give us an assessment center.

19                   MR. QUINAN:  Objection.

20    Q    Is that right?

21    A    There's really no such thing as a ready-to-go

22         assessment center.

23    Q    Okay, perhaps I misspoke.

24              As I understand it, if a municipality comes
```

Sally A. McNeely 4-4-2008
Pedro Lopez, et al. v. City of Lawrence, et al.

58

```
 1          to HRD and says that they want to utilize an HRD
 2          assessment center technique or test, HRD doesn't
 3          have one?
 4     A    Well, we would refer them to this and suggest
 5          that they contract for the service.
 6     Q    Okay.  And C as I understand it would be using
 7          assessment center as the sole ranking device; is
 8          that correct?
 9     A    Correct.
10     Q    And as I understand your prior testimony, HRD
11          doesn't try to make some qualitative or
12          quantitative judgment as to whether
13          municipalities should be using the civil service
14          written exam or one of these assessment centers
15          itself; is that right?
16                   MR.  QUINAN:   Objection.
17     Q    You can answer.
18     A    That's not -- will you repeat that?
19     Q    Sure.  As I understand it, HRD does not get
20          involved in instructing or recommending to the
21          municipality which type of testing device they
22          should use?
23     A    Well, we may recommend from time to time that
24          the assessment center process, you know, should
```

Sally A. McNeely 4-4-2008
Pedro Lopez, et al. v. City of Lawrence, et al.

59

```
 1         be used or could be used or that the
 2         municipality should consider it.
 3    Q    Have you ever done that?
 4    A    Have I ever done it?  No.
 5    Q    Yeah, you, meaning has HRD ever done that?
 6    A    I don't know.
 7    Q    Okay.  And if you look at the third page, can
 8         you tell me what the third page of this document
 9         is?
10    A    These are the assessment centers that have been
11         conducted from fiscal year '03 through fiscal
12         year '08 as of 12/27/07.
13    Q    And I take it this was compiled by HRD?
14    A    Yes.
15    Q    In the normal course of events or for this case
16         or you don't know?
17    A    Well, we keep this as documentation of the work
18         we do, but we compiled it this way for this
19         case.
20    Q    Okay, I appreciate that.  And as I understand
21         from reading this, there have only been -- I
22         believe I have this right -- four communities
23         that have utilized during this period of time an
24         assessment center process for police sergeant,
```

Sally A. McNeely 4-4-2008
Pedro Lopez, et al. v. City of Lawrence, et al.

60

```
 1          and those are Leominster, Salem, and Salisbury,

 2          actually three; is that right?

 3     A    Correct.

 4     Q    And those are the only three?

 5     A    Yes.

 6     Q    So I take it the corollary of that is that other

 7          than these three, all Massachusetts civil

 8          service communities since between 2003 and 2008,

 9          have utilized the HRD written police sergeant's

10          exam for promotion other than those on this

11          list?

12     A    Correct.

13               MR. QUINAN:   For sergeant promotion

14          did you say?

15               MR. LICHTEN:   Sergeant promotion,

16          police sergeant promotion.

17          (Exhibit No. 6 marked for identification.)

18     Q    I'm showing you a document which was produced,

19          although it doesn't have a Bates stamp on it, I

20          believe this was produced early on in this case

21          by HRD.

22          Do you recognize this document?

23     A    I do.

24     Q    Okay.  And what is this document?
```

Sally A. McNeely 4-4-2008
Pedro Lopez, et al. v. City of Lawrence, et al.

61

| | | |
|---|---|---|
| 1 | A | This document is a comparison of the written |
| 2 | | scores on the 2006 police sergeant exam.  The |
| 3 | | comparison is done by racial group. |
| 4 | Q | I see.  And is this, where I see it says AI, |
| 5 | | that's adverse impact? |
| 6 | A | Yes. |
| 7 | Q | And as I understand it, this is looking at |
| 8 | | adverse impact at the failing, at the pass-fail |
| 9 | | cutoff? |
| 10 | A | At the passing point, yes. |
| 11 | Q | And if I understand this document, with respect |
| 12 | | to -- strike that. |
| 13 | | With respect to blacks, did you calculate |
| 14 | | for blacks an adverse impact ratio at the |
| 15 | | pass-fail score? |
| 16 | A | No. |
| 17 | Q | Okay.  You did it for blacks and Hispanics |
| 18 | | together? |
| 19 | A | Yes. |
| 20 | Q | And let me see if I understand this.  Where it |
| 21 | | says .59494, that is that the passing rate for |
| 22 | | blacks and Hispanics grouped together was 59 |
| 23 | | percent? |
| 24 | A | Yes. |

Sally A. McNeely 4-4-2008
Pedro Lopez, et al. v. City of Lawrence, et al.

62

| | | |
|---|---|---|
| 1 | Q | That is, 59 percent passed and 41 percent did |
| 2 | | not pass? |
| 3 | A | Well, it's probably 60 percent passed. |
| 4 | Q | Sixty percent passed? |
| 5 | A | Yes. |
| 6 | Q | And 40 percent didn't; is that right? |
| 7 | A | Yes. |
| 8 | Q | And then if I understand it, for whites, it's 74 |
| 9 | | percent passed? |
| 10 | A | Yes. |
| 11 | Q | Okay.  Can you tell me what the difference |
| 12 | | between the first page is and the third page? |
| 13 | A | The first page is by ethnic group, black and |
| 14 | | Hispanic combined. |
| 15 | Q | I see. |
| 16 | A | And the third page is by group, non-white and |
| 17 | | white. |
| 18 | Q | Okay.  When you say non-white and white, so I |
| 19 | | understand those terms, does that include |
| 20 | | Hispanics or not? |
| 21 | A | It does.  Non-white includes Hispanics, blacks, |
| 22 | | Asians, and Native Americans. |
| 23 | Q | I see, thank you.  Has HRD ever made a similar |
| 24 | | analysis, adverse impact analysis like this |

Sally A. McNeely 4-4-2008
Pedro Lopez, et al. v. City of Lawrence, et al.

63

| | | |
|---|---|---|
| 1 | | since 2000 for the police sergeant's exam with |
| 2 | | respect to any scores greater than 70? |
| 3 | A | No. |
| 4 | Q | Okay.  You recall that in the Bradley |
| 5 | | litigation, HRD would produce a document showing |
| 6 | | the adverse impact ratio at various score |
| 7 | | points.  Do you recall that? |
| 8 | A | I do. |
| 9 | Q | And your testimony is that has not been done for |
| 10 | | the police sergeant's examination? |
| 11 | A | Right. |
| 12 | Q | Okay.  Now, slightly different question. |
| 13 | | Is that something that HRD has a program |
| 14 | | that permits it to run?  And I mean computer |
| 15 | | program. |
| 16 | A | I'm not sure that we have a program that does |
| 17 | | that for promotional exams. |
| 18 | Q | So you don't know one way or another? |
| 19 | A | No. |
| 20 | Q | Who, and I'm sure they'll be happy that you |
| 21 | | named them, who at HRD has the computer |
| 22 | | knowledge and database knowledge that would |
| 23 | | allow us to figure out whether or not HRD could |
| 24 | | do that? |

Sally A. McNeely 4-4-2008
Pedro Lopez, et al. v. City of Lawrence, et al.

64

1    A    Any one of the test developers.

2    Q    I see.  So there's not a database computer

3         person that's most responsible for doing these

4         types of runs?

5    A    Our computer person produces the data.

6    Q    Who is that?

7    A    That's Ann Parkis, but she produces raw data

8         only, and the analysis is done by the test

9         developers.

10   Q    Okay.  So that's Mr. Paris's group?

11   A    Yes.

12            (Exhibit No. 7 marked for identification.)

13   Q    By the way, hase the analysis that I just showed

14        you for the 2006 exam, has that been done for

15        the 2005 or 2007 exam?

16   A    I think so.

17   Q    Okay.  But you've not produced that; is that

18        correct?

19   A    I don't know if that's correct.

20            MR. LICHTEN:  Can that be produced?

21            MR. QUINAN:  Sure, if it exists.

22            THE WITNESS:  If it exists, yes.

23   Q    Okay.  Showing you Exhibit 7, can you tell me

24        what Exhibit 7 is, please?

Sally A. McNeely 4-4-2008
Pedro Lopez, et al. v. City of Lawrence, et al.

65

```
 1    A    Exhibit 7 is the same as the analysis of written

 2         scores by group for the 2006 police sergeant

 3         exam.  It breaks out the minority group into

 4         black and Hispanic candidates.

 5    Q    Okay.  So if I understand this document, in the

 6         2006 police sergeant's exam, the passing rate of

 7         the exam for blacks was 53 percent?

 8    A    Yes.

 9              MR. QUINAN:  54 percent.

10    Q    Fifty-four, sorry.

11              (Discussion off the record.)

12    Q    As I understand, for Hispanics passed the exam

13         at the rate of 65 percent?

14    A    Sixty-six percent.

15    Q    For whites it was 75 percent?

16    A    Yes.

17    Q    And then for Asians and Indians it was both 80

18         percent?

19    A    Yes.

20    Q    And again, do you believe this was done for the

21         '07 and '05 exam?

22    A    I don't know for sure.

23              (Exhibit No. 8 marked for identification.)

24    Q    I'm showing you a document which has been marked
```

Sally A. McNeely 4-4-2008
Pedro Lopez, et al. v. City of Lawrence, et al.

66

| | | |
|---|---|---|
| 1 | | as Exhibit 8.  Can you tell me what this is, |
| 2 | | please? |
| 3 | A | This is a list of the essential functions of |
| 4 | | police sergeant. |
| 5 | Q | Okay.  And first of all, I didn't see a date on |
| 6 | | here.  Do you know when this was compiled? |
| 7 | A | No. |
| 8 | Q | Do you know approximately when it was compiled? |
| 9 | A | From our research, it seems it was compiled |
| 10 | | around 1994, '95, '96. |
| 11 | Q | Okay.  And is this document utilized, to your |
| 12 | | knowledge, in the construction of the police |
| 13 | | sergeants written examination? |
| 14 | A | Yes. |
| 15 | Q | And how is it so used? |
| 16 | A | Well, any question on an examination would have |
| 17 | | to tie back to one of the essential functions. |
| 18 | | That's what we're measuring. |
| 19 | Q | I see, okay. |
| 20 | | (Exhibit No. 9 marked for identification.) |
| 21 | Q | I'm showing you a document which has been marked |
| 22 | | as Deposition Exhibit No. 9, and can you explain |
| 23 | | to me what this is, please? |
| 24 | A | This is the summary of the reading list survey |

Sally A. McNeely 4-4-2008
Pedro Lopez, et al. v. City of Lawrence, et al.

67

```
 1            for 2006 to 2008 resulting from a survey of 170

 2            communities that we did to update our reading

 3            list.

 4    Q       Okay.  So let me see if I understand it.

 5                 First, when did this document come into

 6            existence?  I don't see a date on it.

 7    A       Well, it was done for the 2006 promotional exam.

 8    Q       Okay.  So this was done for the 2006 promotional

 9            exam?

10    A       Yes, and it was sent out to the communities in

11            February of 2005.

12    Q       Okay.

13    A       And they were asked to respond within three

14            weeks.

15    Q       Okay.  And did you get anything back?

16    A       Yes, we did.  We got recommendations.

17    Q       And those are in here?

18    A       They are.

19    Q       Okay.  It says on the first page that the

20            reading list for police promotional exams was

21            updated approximately eight years ago.  What is

22            that referring to, the first sentence?

23    A       That the last time a reading list update was

24            done was eight years before this was published.
```

Sally A. McNeely 4-4-2008
Pedro Lopez, et al. v. City of Lawrence, et al.

68

.1    Q    Okay.  Let me see if I understand that.

2              Does that mean that the same reading list

3          had been utilized on the exam for the eight

4          years preceding the exam given in 2006?

5    A    I don't know.

6    Q    Okay.  So this was sent out to -- strike that.

7              And then there's a list of, appear to be --

8          are these books, that list?

9    A    Yes.

10    Q    Okay.  So a list of texts were sent out that was

11          currently in use?

12    A    Yes.

13    Q    And the issue for the police chiefs that you

14          sent this out to was for them to indicate

15          whether these books were still relevant or not?

16    A    Yes.

17    Q    I see.  So each of these, so where it says

18          Community Policing, Criminal Investigation,

19          that's each a name of a book?

20    A    Yes.

21    Q    When it says parens, all levels, end parens, is

22          that relating to all promotional levels?

23    A    Yes.

24    Q    Then if we go to the third page, what is this

69

```
 1        showing?

 2   A    It's the responses from the police chiefs on

 3        their recommendations for the reading materials.

 4   Q    Okay.  So see if I can understand.  The

 5        categories, each relate to one of the books

 6        listed?

 7   A    Yes.

 8   Q    And then there's an SLC and DPC at the top

 9        left.  What is that?

10   A    S is sergeant, L is lieutenant, C is captain,

11        DPC is deputy police chef, and PC is police

12        chief.

13   Q    I see.  If there is an X under the SLC, that was

14        indicating that those texts were used for the

15        sergeant's exam?

16   A    If there's an X, it indicates that the books are

17        relevant to sergeant, lieutenant and captain, or

18        deputy police chief and police chief.

19   Q    Let me just see.  I'm not sure I understand.

20            Were these X's made before the responses

21        were gotten back, or were these made as a result

22        of the responses?

23   A    They were made as the result of the responses.

24   Q    And this is the police chief recommending, where
```

Sally A. McNeely 4-4-2008
Pedro Lopez, et al. v. City of Lawrence, et al.

70

```
 1            there's an X, does that mean the police chiefs

 2            recommended that this text was relevant for the

 3            sergeant's exam?

 4    A      Yes.

 5    Q      I see.  Then we have to the right, we have a

 6            category that says NSLCDPCP.  What are those?

 7    A      N is the number of people who responded.

 8    Q      I see.

 9    A      Sergeant, then, sergeant, lieutenant, captain,

10            deputy police chief, and police chief.

11    Q      Where it says 100 under sergeants, this is 100

12            percent of the sergeants, I'm sorry, 100 percent

13            of the police chiefs said that this text was

14            relevant to a sergeant's position?

15    A      Yes.

16    Q      Okay.

17                    MR. QUINAN:  Requisite, not relevant.

18    A      Yeah, required.

19    Q      Required, okay.  Then what is the second box,

20            the box to the right of the first box?

21    A      I don't know.

22    Q      Okay.  Was there anyplace on here for new books

23            to be added by or recommendations to be made by

24            these police chiefs?
```

Sally A. McNeely 4-4-2008
Pedro Lopez, et al. v. City of Lawrence, et al.

71

```
 1    A    There was a process for them to recommend new

 2         books.

 3    Q    And do you know where that is?

 4    A    It's on Page 4.

 5    Q    Okay.  That is Bates Stamp 00011?

 6    A    Twelve.

 7    Q    Sorry, 12.  Can you tell me what 00012 is?

 8    A    These are books or additional material that the

 9         police chiefs recommended.

10    Q    Who put this document together?

11    A    The test development unit did this.

12    Q    Okay.  And did they get written recommendations

13         from these police chiefs, or how did that work?

14    A    They did.

15    Q    And these were some -- were these some or all of

16         the other texts recommended?

17    A    Well, there's a series of recommendations here.

18    Q    Let me see if I understand.  When we look at the

19         top of 00012 and there are a number of other

20         texts, were these recommendations that came from

21         the police chiefs or were these suggested

22         possible recommendations that came from HRD

23         officials, if you know?

24    A    They recommended additional or substitute books
```

Sally A. McNeely 4-4-2008
Pedro Lopez, et al. v. City of Lawrence, et al.

72

1          for the books that we had surveyed them on.

2    Q    Who is they?  I'm sorry.

3    A    Sorry, the police chiefs.

4    Q    I see.  So these came from the police chiefs?

5    A    Yes.

6    Q    Okay.  And then below there are comments.  Do

7          you know who these comments are from?

8    A    The comments are I believe from the police

9          chiefs.

10   Q    Okay.  And did this Document 00012, can you tell

11         from this whether these recommendations for

12         other textbooks or possible substitute textbooks

13         came from the same group that answered the

14         original questions on the relevancy of textbooks

15         already used, or whether this was a different

16         group?

17   A    No, it was the same group.

18   Q    Okay.  And the last page, what is that?

19   A    The last page was a memo to Guy Paris of the

20         recommended books for the promotional exams,

21         other than books --

22   Q    I'm sorry?

23               MR. QUINAN:  Is that Page 00013?

24         That's what she's referring to.

73

```
 1                    MR. LEAHEY:  Second to last page.
 2                    MR. LICHTEN:  Oh, okay.  I'm sorry.
 3        Q    00013 is what again?
 4        A    They're books for the test developer to consider
 5             in writing the questions for the examinations.
 6        Q    Okay.  Then the last page, what is that?
 7        A    This is a copy of the survey that was sent to
 8             the police chiefs.
 9        Q    I see.  Is there a -- I guess we have a
10             document.
11                    (Exhibit No. 10 marked for identification.)
12        Q    I'm showing you Exhibit 10, and is this the
13             final reading list that was utilized for the
14             2006 examination?
15        A    Yes.
16        Q    Okay.  And as I understand it, this comes out in
17             April of 2006?
18        A    It comes out six months before the examination.
19        Q    Six months before the exam.  And each of the
20             books on here is a book from which the questions
21             may be drawn?
22        A    Yes.
23        Q    Okay.  And if I understand it, the answer to the
24             question is taken from one of -- each question
```

Sally A. McNeely 4-4-2008
Pedro Lopez, et al. v. City of Lawrence, et al.

74

```
 1         is taken from one of those textbooks; is that
 2         correct?
 3    A    Yes.
 4              (Exhibit No. 11 marked for identification.)
 5    Q    I'm showing you Exhibit 11, and it's one of the
 6         documents that was produced for me.  Do you know
 7         what this document is?
 8    A    These are steps in developing an examination.
 9    Q    Okay.  And which exam are we talking about?
10    A    This is the police sergeant-lieutenant exam.
11    Q    For when?
12    A    I don't know for when.
13    Q    But it's one of the more recent examinations?
14    A    It is.
15    Q    Do you know, is it the 2006 examination?
16    A    I don't know for sure.  I think it is.
17    Q    Okay.  And who is the author of this, if you
18         know?
19    A    Guy Paris is the author of this.
20    Q    Okay.  And was this something that he developed
21         in the normal course of his work or is it
22         something he wanted to provide to you in
23         connection with this litigation, if you know?
24    A    It was something he wrote for this litigation.
```

Sally A. McNeely 4-4-2008
Pedro Lopez, et al. v. City of Lawrence, et al.

75

1    Q    Okay.  And you've reviewed this, I take it?

2    A    Yes.

3    Q    It's entitled Exam Development Steps, and if I

4         understand it, the thing he has under No. 1:   Is

5         procure the exam outline, parens, same outline

6         has been in place since the beginning of 1990s

7         when I started writing items.

8              Do you see that?

9    A    I do.

10   Q    Do you know what the exam outline is?

11   A    Yes.

12   Q    What is it?

13   A    It's the different categories of the sergeants,

14        different categories of the essential functions

15        of the sergeants along with the weight for each

16        category and the number of questions that should

17        be asked.

18   Q    Okay.  And as I understand it, that document has

19        not been produced; is that right?

20              MR. QUINAN:  I think that's right.

21   A    No.

22   Q    Now, as I understand it, just to digress for a

23        moment, the 2008 exam, the exam being given in

24        the fall of 2008 is going to utilize a

76

```
 1         completely different format; is that right?
 2    A    We haven't decided what we are doing in 2008.
 3    Q    I see.  But I thought I had been informed that
 4         you had retained the services of Rick Jacobs to
 5         devise a new examination.  Is that correct or
 6         incorrect?
 7    A    We retained the services of Rick Jacobs back
 8         starting with the Bradley case to validate all
 9         our exams.
10    Q    Did he do anything to validate the police
11         sergeant's exam?
12    A    For what year?
13    Q    Any year.
14    A    He worked with us on the 2007 police sergeant's
15         exam.
16    Q    Were there any changes to the 2007 police
17         sergeant's exam and the construction of it from
18         the 2006 exam?
19    A    Could you define construction?
20    Q    Yes.  Were there any changes made to the format,
21         to the weighting of scores, to what kinds of
22         questions were asked, anything like that?
23    A    The format was similar.  The weighting was
24         similar.  The questions were modified to a
```

Sally A. McNeely 4-4-2008
Pedro Lopez, et al. v. City of Lawrence, et al.

77

```
 1              certain degree, and they were reviewed by a
 2              cultural bias review.
 3      Q    And did Jacobs prepare a report regarding these
 4              recommendations?
 5      A    He did not.
 6      Q    Okay.  How did the department know what changes
 7              to make?
 8      A    HRD sent our items, our questions, to EB Jacobs
 9              and his team reviewed them, either, you know,
10              said that they were not good questions to assess
11              potential candidates for sergeant or they
12              rewrote some of the questions or they developed
13              new questions for us.
14      Q    And where are those documents?  That is, what
15              was sent to EB Jacobs and what was returned from
16              EB Jacobs?
17      A    We have them back in the secure files.
18      Q    Okay.  And I take it those documents have not
19              been produced?
20      A    No.
21      Q    Is EB Jacobs currently doing anything else for
22              HRD with respect to the 2008 sergeant's
23              examination?
24      A    We have engaged them as part of your, you know,
```

Sally A. McNeely 4-4-2008
Pedro Lopez, et al. v. City of Lawrence, et al.

78

```
 1        ongoing validation and redevelopment of

 2        examinations.

 3            At this point in time, they are not doing

 4        any police promo work for us.

 5   Q    Okay.  So who is currently -- as I understand

 6        it, the reading list for the 2008 exam has to

 7        come out quite soon; is that correct?

 8   A    Yes.

 9   Q    Who is currently constructing the 2008 police

10        sergeant's examination?

11   A    Nobody is constructing the examination.  We are

12        working on the reading list right now.

13   Q    Okay, so getting back to that long digression,

14        No. 2 says:  Wrote, parens, or possibly

15        assembled from other banks total of 277 exam

16        items and accomplished way of establishing which

17        item came from where.

18            Do you see that?

19   A    Yes.

20   Q    What is that referring to?

21   A    Well, we have what we call an item bank, and

22        that is like a store of different types of

23        sergeant-related questions that you can take and

24        use kind of interchangeably with other questions
```

Sally A. McNeely 4-4-2008
Pedro Lopez, et al. v. City of Lawrence, et al.

79

```
 1       on the exam.

 2    Q   They're actual questions?

 3    A   They are actual questions.

 4    Q   Okay.

 5    A   And by classifying them according to item

 6        categories, it would be according to the

 7        categories that we're testing on the

 8        examination.

 9    Q   Okay.  And the 277 exam items that he mentions,

10        are those questions?

11    A   They are questions.

12    Q   Okay.  And is that what's provided to the SMEs?

13    A   Yes.

14    Q   In an attempt to whittle it down to 80?

15    A   Well, 80, 100 or 120 depending on the level.

16        With the sergeant it's 80.

17    Q   Sergeant, all my questions today just relate to

18        sergeant.

19    A   Okay.  I just remembered that.

20    Q   I appreciate that.  Then No. 3 says:  Called

21        SMEs to have them review all items?

22    A   Yes.

23    Q   I take it he's saying that he calls up these two

24        chiefs or former chiefs to see if they'll review
```

Sally A. McNeely 4-4-2008
Pedro Lopez, et al. v. City of Lawrence, et al.

80

1           the items?

2    A    Yes.

3    Q    Do you know in the last number of years has

4           there ever been an attempt to utilize a minority

5           SME to make sure that there's no cultural bias

6           in the questions?

7    A    I don't know.

8    Q    Is that something, if you know, that Mr. Jacobs

9           did for the 2007 examination?

10   A    He did, well, he didn't -- it was not a minority

11          chief.   It's a culture bias review, industrial

12          psychologist.

13   Q    Okay.  If I understand No. 3, Chief Champagne

14          and Chief Mearn each met twice; is that correct?

15   A    They met twice with the exam developer.

16   Q    Okay.  And it says each of the 277 items was

17          reviewed by at least one of these SMEs.

18               Do I take it from that each one did not

19          review each item?

20   A    Yes.

21   Q    Then it was from that that 80 items were chosen

22          for sergeant?

23   A    Yes.

24   Q    It then says:  After exam.  Now, when it says:

Sally A. McNeely 4-4-2008
Pedro Lopez, et al. v. City of Lawrence, et al.

81

1       After exam, does this mean after the

2       administration of the exam?

3  A   Yes.

4  Q   It says:  Ran TIA.  What's TIA?

5  A   Test item analysis.

6  Q   And that's the document we went over at the

7       beginning of this deposition that showed what

8       percent failed which question?

9  A   Or who -- it shows the percent of people

10      answering that question.

11  Q   Correctly or incorrectly?

12  A   Yes.

13  Q   Then it says:  Reviewed all letters appealing

14      exam.  I think I understand that.

15         Does this accurately describe the steps

16      which at least prior to the 2007 exam HRD

17      utilized for the last several written exams?

18           MR. QUINAN:  Objection.

19  A   I think it's a sketchy, sketchy outline of what

20      is actually done in the exam development

21      process.

22  Q   You think it's more detailed than that?

23  A   Yes.

24         (Exhibit No. 12 marked for identification.)

Sally A. McNeely 4-4-2008
Pedro Lopez, et al. v. City of Lawrence, et al.

82

| | | |
|---|---|---|
| 1 | Q | I'm showing you what's been marked as deposition |
| 2 | | Exhibit 12 and ask you if you can identify what |
| 3 | | this document is, please. |
| 4 | A | This is the examination outline for the |
| 5 | | examination given, sergeant examination given in |
| 6 | | 2006. |
| 7 | Q | So does this correspond to the exam outline |
| 8 | | which is listed in Deposition Exhibit No. 11, |
| 9 | | Paragraph 1? |
| 10 | A | Yes, yes. |
| 11 | Q | So let me see if I understand.  I think it's |
| 12 | | fairly self-explanatory, but under, for example, |
| 13 | | arrest and detention, it says number of items, |
| 14 | | nine. |
| 15 | | What does that refer to? |
| 16 | A | There will be nine questions related to arrest |
| 17 | | and detention. |
| 18 | Q | Okay.  And is that nine for the sergeant's exam, |
| 19 | | if you know? |
| 20 | A | Well, you can tell by looking at sergeant, |
| 21 | | lieutenant, and captain, it says Item 1 to 9, 1 |
| 22 | | to 9, 1 to 9, so it's nine items. |
| 23 | Q | Okay.  That was my second -- I get that.  It |
| 24 | | says, for example, job stress, if you go down to |

Sally A. McNeely 4-4-2008
Pedro Lopez, et al. v. City of Lawrence, et al.

83

1          No. 12, and then it has 45 to 47.

2              These questions on job stress, they would

3          come out of one of the textbooks that was in the

4          reading materials?

5     A    Yes.

6     Q    And then there's a section on administration and

7          management that's completely blacked out for the

8          sergeants.

9              Does that mean there were no questions for

10         those?

11    A    Yes.

12    Q    And if I look at No. 24 and No. 25, it says

13         hostage situation.  Do you see that?

14    A    Yes.

15    Q    I take it from that there's one question that's

16         a hostage situation question?

17    A    Yes.

18    Q    Same for juvenile, there's one question that's a

19         juvenile question?

20    A    Yes.

21             (Discussion off the record.)

22             (Exhibit No. 13 marked for identification.)

23    Q    I'm showing you a document which has been marked

24         as Deposition Exhibit No. 13, and can you just

Case 1:07-cv-11693-GAO    Document 164-25    Filed 02/26/09    Page 86 of 127

Sally A. McNeely 4-4-2008
Pedro Lopez, et al. v. City of Lawrence, et al.

84

1          tell me what this document is, please?

2     A    This is a file folder of documents produced for

3          for this case.

4     Q    And this shows people who protested the exam?

5     A    Protested questions on the exam.

6     Q    Protested questions.  Is there somewhere on this

7          document that shows what protests were

8          successful, or is that on another document?

9     A    That would be on the -- I don't know.

10    Q    It's not on this document?

11    A    No.

12    Q    Do you remember --

13               MR. QUINAN:  Harold, can I point out

14         that I think there's a typo with respect to

15         this.  Am I correct that this is 2006, not

16         2005?

17            (Discussion off the record.)

18               MR. QUINAN:  All the pages at the top,

19         they all say 2005 and they should be 2006.

20    Q    Do you recall for the 2006 exam receiving a

21         letter from a police chief complaining about the

22         exam?

23    A    No.

24            (Exhibit No. 14 marked for identification.)

Sally A. McNeely 4-4-2008
Pedro Lopez, et al. v. City of Lawrence, et al.

85

```
 1   Q   I'm showing you a document which has been marked

 2       as Deposition Exhibit No. 14, and can you

 3       identify what this document is, please?

 4   A   This is a promotion report for departments with

 5       minority applicants for the police sergeant exam

 6       of 2006.

 7   Q   Now, I take it this was a report which you

 8       generated in connection with this litigation; is

 9       that correct?

10   A   Yes.

11   Q   Prior to your running this report in January of

12       '08, had HRD ever run a report like this

13       showing the actual selections of minorities

14       versus non-minorities in cities and towns that

15       were utilizing the police sergeant's

16       examination?

17   A   No.

18   Q   So this is the first time it was ever done?

19   A   Yes.

20   Q   And who ran this report?

21   A   I actually did this one.

22   Q   And how did you do it?

23   A   I asked our computer programmer to produce the

24       raw data of everyone who took the 2006 police
```

Sally A. McNeely 4-4-2008
Pedro Lopez, et al. v. City of Lawrence, et al.

86

| | | |
|---|---|---|
| 1 | | sergeant exam across the Commonwealth, and then |
| 2 | | I narrowed it down to communities in which at |
| 3 | | least one minority had taken the exam. |
| 4 | Q | I see.  But you haven't done this for 2005, for |
| 5 | | the 2005 examination? |
| 6 | A | No. |
| 7 | Q | And of course for the 2007 examination, it would |
| 8 | | make no sense because nobody has been selected, |
| 9 | | right? |
| 10 | A | Correct. |
| 11 | Q | And you have not done this for Boston for 2005? |
| 12 | A | No. |
| 13 | Q | And I take it this was last updated in January |
| 14 | | of 2008? |
| 15 | A | Yes. |
| 16 | Q | Have you done any update since January 2008 to |
| 17 | | capture promotions that have occurred since that |
| 18 | | date? |
| 19 | A | Yes. |
| 20 | Q | And where is that document? |
| 21 | A | It's in our files. |
| 22 | Q | Can I get that document? |
| 23 | | (Discussion off the record.) |
| 24 | | MR. QUINAN:  All right. |

87

```
 1    Q    Do you remember what changes there were, if any?

 2    A    No.

 3    Q    You don't.  But you do have the document?

 4    A    Yes.

 5    Q    And are you continuing to update this analysis?

 6    A    Yes.

 7    Q    So as I understand -- strike that.

 8             This exam, the 2006 exam where the marks

 9         would have actually come out in 2007 is good

10         till October of 2009.  Do I have that right?

11    A    If no exam is given in the interim, yes.

12    Q    Gotcha.  So promotions could still be made in

13         these cities and towns for another year and a

14         half?

15    A    Yes.

16    Q    Okay.  As I understand it, at the time you did

17         this, no blacks or Hispanics had been promoted

18         to police sergeant as of that time?

19    A    Yes.

20    Q    And there had been, there were 79 black and

21         Hispanic individuals who took the 2006 exam?

22    A    Yes.

23    Q    Okay.  And there were 416 whites who took the

24         exam?
```

Sally A. McNeely 4-4-2008
Pedro Lopez, et al. v. City of Lawrence, et al.

88

```
 1    A   Yes.

 2                  MR. QUINAN:   In those communities?

 3    Q   In those communities, sorry.

 4    A   In those communities.

 5    Q   As I understand it, this would capture all

 6        minorities because you look for communities when

 7        there is at least one minority test taker?

 8    A   Yes.

 9    Q   And does this list include failures as well as

10        passes?

11    A   Yes.

12                  (Exhibit No. 15 marked for identification.)

13    Q   Okay, thank you.  I'm showing you Exhibit 15,

14        and if I understand this document, back at the

15        beginning of this deposition, probably seems

16        like ages ago, I showed you Exhibit 1 for the

17        2006 examination.

18            Is this the same document but for a

19        different examination and for the Boston Police

20        Department?

21    A   It's essentially the same document, yes.

22                  MR. MORRIS:   I just want to reiterate

23        my objection, as I said at the beginning, about

24        getting into Boston issues and our seeking to
```

Sally A. McNeely 4-4-2008
Pedro Lopez, et al. v. City of Lawrence, et al.

89

| | | |
|---|---|---|
| 1 | | keep the deposition open as to those issues once |
| 2 | | we've had a chance to get into the case. |
| 3 | |     MR. LICHTEN:  That's fine with me, and |
| 4 | | the questions I'm going to ask probably will |
| 5 | | help you in deciding whether you need more time |
| 6 | | for deposition.  There will be nothing that's |
| 7 | | controversial or -- I'm just going to ask her to |
| 8 | | describe the document. |
| 9 | Q | If I understand Exhibit 15, HRD when they |
| 10 | | supplied us with this document broke out the |
| 11 | | Boston Police Department scores separately; is |
| 12 | | that correct? |
| 13 | A | Yes. |
| 14 | Q | Was there any particular reason for doing that? |
| 15 | A | Because the Boston Police exam in 2005 was not |
| 16 | | the same exam that was given to the other cities |
| 17 | | and towns. |
| 18 | Q | Okay.  Was it an HRD exam? |
| 19 | A | It was. |
| 20 | Q | Okay.  And what was the difference between the |
| 21 | | Boston Police Department exam and the other |
| 22 | | exams? |
| 23 | A | The questions were weighted -- around 50 percent |
| 24 | | of the questions were Boston only questions, and |

Sally A. McNeely 4-4-2008
Pedro Lopez, et al. v. City of Lawrence, et al.

90

| | | |
|---|---|---|
| 1 | | 50 percent were general police sergeant |
| 2 | | questions. |
| 3 | Q | I see.  Who constructed this examination? |
| 4 | A | HRD constructed this examination in consultation |
| 5 | | with the Boston Police Department subject matter |
| 6 | | experts. |
| 7 | Q | And who were they? |
| 8 | A | I don't know who they were. |
| 9 | Q | I see.  And the questions that weren't specific |
| 10 | | to Boston, were those the same questions that |
| 11 | | were utilized in the other sergeant's exams? |
| 12 | A | Yes, some of them. |
| 13 | Q | Okay.  Do you know how many questions were and |
| 14 | | were not common to the other exams? |
| 15 | A | It's about 50 percent of the questions were |
| 16 | | common. |
| 17 | Q | Okay.  And who was responsible for constructing |
| 18 | | the Boston exam?  Was it Mr. Paris? |
| 19 | A | It was Mr. Paris, Ms. Parkis, Ms. Lee. |
| 20 | Q | All people at HRD? |
| 21 | A | Well, most of the test developers were involved |
| 22 | | in it. |
| 23 | Q | Was there anyone outside of HRD who was involved |
| 24 | | in the actual construction of the questions? |

Sally A. McNeely 4-4-2008
Pedro Lopez, et al. v. City of Lawrence, et al.

91

```
1    A    Just the subject matter experts who reviewed
2         them.
3    Q    Okay.  And those were from Boston?
4    A    Yes.
5    Q    But you don't know who they were?
6    A    Well, I know they were at least permanent
7         captains.
8    Q    Do you know how many there were?
9    A    I believe there were five.
10   Q    And is there a document showing who they were?
11   A    Yes.
12   Q    And where is that document?
13   A    It's confidential.
14   Q    I understand you're not going to produce it.
15        I'm just asking, where is it?
16   A    In our files.
17   Q    Okay.  And have you performed any type of
18        adverse impact in the selection analysis with
19        respect to this list?
20   A    No.
21   Q    Just one last question on Boston.
22        Whose decision was it to utilize the
23        written exam with Boston-related questions on it
24        that were not common to the statewide sergeant's
```

Sally A. McNeely 4-4-2008
Pedro Lopez, et al. v. City of Lawrence, et al.

92

| | | |
|---|---|---|
| 1 | | exam; that is, was that something that Boston |
| 2 | | asked for or that HRD asked for or who? |
| 3 | A | Boston requested that particular type of exam, |
| 4 | | you know, with that percentage of questions, and |
| 5 | | we agreed. |
| 6 | Q | I see.  And do you know if the reading materials |
| 7 | | were different? |
| 8 | A | They were different. |
| 9 | Q | And how were they different? |
| 10 | A | Well, there were a lot of Boston policy, |
| 11 | | procedures, rules, and regulations. |
| 12 | Q | Putting aside the regulations and rules of the |
| 13 | | Boston Police Department, were any of the texts |
| 14 | | different? |
| 15 | A | Yes. |
| 16 | | (Exhibit No. 16 marked for identification.) |
| 17 | | Exhibit 16 marked (. |
| 18 | Q | I'm showing you Exhibit 16.  Can you identify |
| 19 | | what this is, please? |
| 20 | A | This is a listing of all the takers of the 2007 |
| 21 | | police sergeant examination by department with |
| 22 | | no names included. |
| 23 | Q | Okay.  And these are all the towns -- are these |
| 24 | | all the towns that requested the HRD |

Sally A. McNeely 4-4-2008
Pedro Lopez, et al. v. City of Lawrence, et al.

93

  1         examination?

  2     A   Yes.

  3     Q   Okay.  And this is an examination that you

  4         mentioned that Dr. Jacobs' firm was involved in;

  5         is that right?

  6     A   Yes.

  7     Q   And have you done any adverse impact analysis

  8         with respect to this exam?

  9     A   Yes.

 10     Q   And where is that?

 11     A   At HRD.

 12     Q   So you have not produced that?

 13     A   We have not produced it.

 14     Q   Was it an adverse impact analysis at the failing

 15         grade?

 16     A   At the passing point.

 17     Q   At the passing point, half empty, half full.

 18         Can you tell me what it is that you determined?

 19     A   I can't remember.

 20     Q   You can't remember?

 21     A   No.

 22              MR. LICHTEN:  And is the department

 23         willing to produce that document?

 24              MR. QUINAN:  Yes.

Sally A. McNeely 4-4-2008
Pedro Lopez, et al. v. City of Lawrence, et al.

94

| | | |
|---|---|---|
| 1 | A | Can I go back and remember? |
| 2 | Q | Yes, you may go back and remember. |
| 3 | A | There was no adverse impact based on our |
| 4 | | analysis. |
| 5 | Q | And is that based upon blacks and Hispanics |
| 6 | | combined or blacks and Hispanics taken |
| 7 | | separately or both? |
| 8 | A | Blacks and Hispanics combined. |
| 9 | Q | Did you do an adverse impact analysis broken |
| 10 | | down by blacks and Hispanics separately? |
| 11 | A | No. |
| 12 | Q | Do you remember what the point ratio that you |
| 13 | | came out with was? |
| 14 | A | It was .8, around, almost exactly .8. |
| 15 | Q | .8? |
| 16 | A | .8. |
| 17 | Q | Okay.  So I take it you're not saying there was |
| 18 | | no adverse impact.  You're saying under the |
| 19 | | four-fifths rule, you don't believe adverse |
| 20 | | impact was established? |
| 21 | A | Yes. |
| 22 | | (Exhibit No. 17 marked for identification.) |
| 23 | Q | Before I get to Exhibit 17, going back to that |
| 24 | | 2007 examination that you just spoke of, was |

Sally A. McNeely 4-4-2008
Pedro Lopez, et al. v. City of Lawrence, et al.

95

```
 1        anything done after the exam was given and test

 2        results obtained to adjust answers at the end to

 3        achieve that four-fifths rule?

 4   A    Answers were adjusted, but not to achieve the

 5        four-fifths rule.

 6   Q    Were answers adjusted for -- what was the reason

 7        the answers were adjusted for?

 8   A    Generally, it was because of the appeals we

 9        received.

10   Q    I see.

11   A    And the percentage of applicants who answered

12        certain questions.

13   Q    What do you mean by that last comment?

14   A    For example, if an equal number of applicants,

15        say 50 percent of the applicants answered B and

16        50 percent of the applicants answered A, the

17        question may have been adjusted.

18   Q    Okay.  And were any recommended adjustments done

19        by Dr. Jacobs or only by HRD?

20   A    HRD did the adjustments.

21   Q    Okay.  Is there a document indicating those

22        adjustments?

23   A    Yes.

24   Q    And where is that document?
```

Sally A. McNeely 4-4-2008
Pedro Lopez, et al. v. City of Lawrence, et al.

96

```
 1    A    It hasn't been produced yet.

 2    Q    Okay.  Now, going to Exhibit 17, what is

 3         Deposition Exhibit No. 17?

 4    A    It is a list of all the exam takers for the 2005

 5         police sergeant examination by department, no

 6         names included.

 7    Q    Okay.  So this is also like Exhibit 1 that we

 8         reviewed before, only for 2005?

 9    A    Yes.

10    Q    Okay.  And this is for all departments other

11         than Boston?

12    A    Yes.

13    Q    This does not include Boston, okay.

14              And do you know if an adverse impact

15         analysis was done for this group?

16    A    I don't know.

17              (Exhibit No. 18 marked for identification.)

18    Q    I'm showing you Exhibit 18 and ask you if you

19         can identify what this is, please.

20    A    This is the response key information.

21    Q    Okay.  Is there anything in this document that

22         indicates whether adjustments were made?

23    A    Yes, the key is -- if you look at the legend,

24         you can tell what the digits mean.
```

Sally A. McNeely 4-4-2008
Pedro Lopez, et al. v. City of Lawrence, et al.

97

```
 1              And if you look across each of the lines
 2         and you see an asterisk, substitute all correct
 3         for that asterisk or one of the other keys, then
 4         it will tell you what happened with each item.
 5    Q    I'm not sure I understand that, but let's take--
 6         so where it says 1, A, C correct, is that
 7         Question 1 either --
 8    A    If you look at 1 through 10 under questions and
 9         correct responses, each digit corresponds to a
10         question.  So the first one, Question No. 1 has
11         an asterisk.  Question No. 2 has an asterisk.
12    Q    I see.  What does that mean?
13    A    That means from the key that every item was
14         keyed as correct at the end.
15    Q    Whenever we see an asterisk, that means every
16         item was keyed as correct?
17    A    Ever answer, every possible answer was
18         considered correct.
19    Q    I see.  What about below that where it says
20         legend for certain response keys.  What is that
21         reflecting?
22    A    Well, the legend corresponds to what happened
23         with the item.
24    Q    I'm just not quite following that.  So when it
```

Sally A. McNeely 4-4-2008
Pedro Lopez, et al. v. City of Lawrence, et al.

98

1          says the first thing, 0-8, A, B, correct, what
2          does that refer to?
3     A    If you see zero in any one of the lines across,
4          that's what it would correspond to.  Mostly you
5          see asterisks.
6               So that would mean where you see an
7          asterisk, that question, for that question all
8          the answers were deemed to be correct.
9     Q    I see.  Is there any indication on here that
10         there were some questions for which several
11         answers were deemed to be correct but not all of
12         them?
13    A    If you look at, on the line 1 to 10, the third
14         question after the two asterisks would indicate,
15         or actually it's the fourth question, sorry,
16         that B and D are correct if you go to the
17         response key.
18    Q    Okay, I got it now.  I see.  It's gone off like
19         a light bulb.
20              MR. QUINAN:  Before we move off this,
21         it was my mistake, this particular document,
22         Exhibit 18 should have been marked
23         confidential.  So if everyone could make a note
24         of that, and I'm going to put confidential on

Sally A. McNeely 4-4-2008
Pedro Lopez, et al. v. City of Lawrence, et al.

99

```
 1          Exhibit 18.  Exhibit 18 is a confidential
 2     document.
 3               MR. LICHTEN:  That's fine.
 4          (Exhibit No. 19 marked for identification.)
 5  Q   I'm showing you a document that's been marked as
 6     Exhibit 19.  It looks similar to another
 7     document we saw.
 8          Is this the same outline you spoke of but
 9     for the 2007 exam?
10  A   Yes.
11  Q   If you know, is this prior to or after the
12     questions were submitted to Dr. Jacob's firm?
13  A   I don't know.
14  Q   You don't know what stage this was created?
15  A   Well, it's the first step in the exam process.
16  Q   So --
17  A   Probably before it was submitted to Jacobs'
18     firm.
19          (Recess.)
20  Q   Couple more questions.  Since 2000, are you
21     aware of whether HRD has done or has contracted
22     to have done any construct or criterion validity
23     studies of the promotional examination?
24  A   We have not done any.  We tried to do the
```

Sally A. McNeely 4-4-2008
Pedro Lopez, et al. v. City of Lawrence, et al.

100

```
 1         validity studies, but it's impossible to get

 2         performance appraissal information from the

 3         departments.

 4    Q    Let me see if I can understand that.  I think

 5         what you're saying is that one type of validity

 6         study is to see how people have done on the exam

 7         after they have taken it and after they have

 8         been promoted, and then look to see how they've

 9         done on their job and see if there's a

10         correlation on how they did on the job as

11         sergeant and how they did on their exam; is that

12         correct?

13    A    That's correct.

14    Q    That's either construct or criterion validity.

15         I can't remember.

16    A    It's criterion validity, but we do content

17         validity all the time.

18    Q    I'm going to get to that.  I understand, I'm not

19         going to lose out on that.

20             But with respect to that type of criterion

21         validity, you have not done that; is that

22         correct?

23    A    We have not.

24    Q    What about, have you ever administered the exam
```

Sally A. McNeely 4-4-2008
Pedro Lopez, et al. v. City of Lawrence, et al.

101

```
 1          to incumbents in the job to try to determine and
 2          then to look at how they've performed in their
 3          jobs?
 4     A    No.
 5     Q    So as I understand it, the only type of validity
 6          testing which you believe HRD has done is
 7          content validity testing; is that correct?
 8     A    Correct.
 9     Q    Has there been any formal content validity
10          testing done of the exam in the last six years?
11               MR. QUINAN:  Objection.
12     A    Has an outside expert done it?
13     Q    Yes.
14     A    No, but we do it through other processes that
15          we've described earlier.
16     Q    Now, has HRD since let's say 2000 done anything
17          to determine whether there were alternative
18          testing techniques which it could utilize that
19          would have a lessened disproportionate impact
20          upon minorities?
21               MR. QUINAN:  Objection.
22     A    We have, you know, with the assessment centers,
23          that basically represents alternative selection
24          devices that we offer, that are available to
```

Sally A. McNeely 4-4-2008
Pedro Lopez, et al. v. City of Lawrence, et al.

102

```
 1        cities and towns.

 2   Q    Okay.  Let me ask it this way.  You've testified

 3        that Dr., that you retained Dr. Jacobs, and Dr.

 4        Jacobs made a number of changes to the 2007

 5        examination.

 6             Prior to 2007, did HRD do anything like

 7        that to try to lessen the adverse impact on the

 8        exam?

 9                  MR. QUINAN:  Objection.

10   A    We didn't do anything specifically.  I mean, we

11        didn't employ any other selection devices

12        specifically to lessen adverse impact on the

13        exam, if there is any.

14   Q    Okay.  And with respect to whether any

15        particular questions were adjusted because

16        minorities tend to do very poorly on the

17        questions, I take it your answer is you don't

18        believe that was done?

19   A    No, I don't believe it was done.

20   Q    Now, with respect to the -- as I understand, in

21        2002 Boston did give an exam through a

22        delegation agreement, administered, constructed

23        by Morris & McDaniel; is that correct?

24   A    Yes.
```

Sally A. McNeely 4-4-2008
Pedro Lopez, et al. v. City of Lawrence, et al.

103

```
 1    Q    Did HRD do any analysis of that exam to
 2         determine whether there was a lessening or
 3         diminishment of the adverse impact as a result
 4         of that --
 5    A    No.
 6    Q    I have to finish my question.  As a result of
 7         the administration of that alternative
 8         examination?
 9    A    No.
10              MR. LICHTEN:  That's all I have.
11         Thank you very much.
12              MR. QUINAN:  I think I just have --
13              MR. LICHTEN:  I want to make clear, my
14         understanding is because there are a lot of
15         documents that are still in dispute, I'm not
16         ending the exam, concluding the examination for
17         today, and I understand we reserve our right to
18         call you or others back for further deposition
19         depending upon the production of other
20         documents.
21         EXAMINATION BY MR. QUINAN:
22
23    Q    I have just a very few questions for
24         clarification purposes.  I believe, Ms. McNeely,
```

Sally A. McNeely 4-4-2008
Pedro Lopez, et al. v. City of Lawrence, et al.

104

```
 1        very early in the examination you were asked a

 2        question along these lines.

 3             Since the early 1990s, has HRD hired an

 4        outside industrial psychologist to help in

 5        devising the police sergeant promotional exam?

 6        I believe you answered no.

 7             However, you also testified that the firm

 8        of EB Jacobs has been retained by HRD to help in

 9        devising police sergeant promotional exams?

10   A    We retained them in 2005, and they continue to

11        be our consultants for all our examinations.

12   Q    At another point in the examination, you were

13        asked about the KSAs and the tasks that were

14        used in the examinations under consideration in

15        this litigation, and you were asked if those

16        KSAs and tasks came from a 1991 report.  And I

17        believe that you testified that they also may

18        have come from a report in the early 2000's by

19        the firm of Morris & McDaniel.

20             My question is whether, regardless of

21        whether you were personally involved in updating

22        KSAs or the list of essential tasks, is it

23        possible that the list of essential tasks and

24        KSAs used in developing the 2005, 2006, and 2007
```

Sally A. McNeely 4-4-2008
Pedro Lopez, et al. v. City of Lawrence, et al.

105

1          sergeant promotional exams were updated by HRD

2          personnel in recent years?

3                    MR. LICHTEN:   Objection.

4    A     Yes, we have two exhibits here.  The first, the

5          1990 task analysis one, and that was updated by,

6          if you want to kind of fix a date, Exhibit 8,

7          and that is an update to the previous one.

8    Q     Are you aware of any HRD personnel that might

9          have updated those tasks in years after that

10         document was created?

11   A     Yes.

12   Q     And who might those individuals have been?

13   A     Maryanne Gilmore, Carol Sarkozy, and Christine

14         Barbas.

15   Q     Any other members of the test development unit

16         that are no longer with HRD that might have had

17         some role in updating KSAs or essential tasks?

18   A     Well, Betty Dennis would have been involved.

19   Q     Is there someone by the name of Mildred Asano?

20   A     Yes, sorry, Mildred.  Yes, she would have been

21         involved in updating them.

22                    MR. QUINAN:   I have no further

23         questions.

24                    MR. MORRIS:   As I said a couple of

Sally A. McNeely 4-4-2008
Pedro Lopez, et al. v. City of Lawrence, et al.

106

1           times, we reserve the right to reopen once we

2           get our feet wet.

3                    MR. LEAHEY:   I have no questions.

4

5           FURTHER EXAMINATION BY MR. LICHTEN:

6

7      Q    I have two follow-up questions.   You said EB

8           Jacobs was hired in 2005, correct?

9      A    Yeah.

10     Q    What was the first police sergeant's exam that

11          they consulted on?

12     A    2007.

13     Q    I see.   So they were not involved in the

14          construction of the 2006 exam?

15     A    They were not involved.

16     Q    Okay.   So trying to synthesize the answer to Mr.

17          Quinan's question and my question, they were

18          retained as of the time of the construction of

19          the 2006 exam, but they were not involved in its

20          construction?

21     A    Correct.

22     Q    Is there a reason for that?

23     A    Well, it was the different assignments and

24          revalidation process, our five-year plan.

Sally A. McNeely 4-4-2008
Pedro Lopez, et al. v. City of Lawrence, et al.

107

```
 1    Q    Okay.  You mentioned Ms. Asano.  Where is she

 2         now?

 3    A    She works for Elder Affairs.

 4              MR. LICHTEN:  Okay.  Thank you very

 5         much.

 6              (Whereupon, the deposition was suspended at

 7         1:15 p.m.)

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24
```

Sally A. McNeely 4-4-2008
Pedro Lopez, et al. v. City of Lawrence, et al.

108

1    COMMONWEALTH OF MASSACHUSETTS

2    MIDDLESEX, SS

3

4         I, Cindy M. Falcon, a Notary Public duly

5    commissioned and qualified in and for the

6    Commonwealth of Massachusetts, do hereby certify

7    that there came before me the person

8    hereinbefore named and was by me duly sworn to

9    testify to the truth of her knowledge concerning

10   the matters in controversy in this cause; that

11   she was thereupon carefully examined upon her

12   oath and her examination reduced to typewriting

13   under my direction; and that the deposition is a

14   true and accurate record of the testimony given

15   by the witness.

16        I further certify that I am not

17   interested in the cause of this action.

18        IN WITNESS WHEREOF, I have hereunto set

19   my hand this          day of April, 2008.

20

21                    *Cindy M. Falcon*

22              Notary Public

23   My Commission Expires:

24   June 25, 2010

Sally A. McNeely 4-4-2008
Pedro Lopez, et al. v. City of Lawrence, et al.

109

```
 1           ERRATA SHEET DISTRIBUTION INFORMATION

 2        DEPONENT'S ERRATA & SIGNATURE INSTRUCTIONS

 3

 4            ERRATA SHEET DISTRIBUTION INFORMATION

 5        When the Errata Sheet has been completed by

 6        the deponent and signed, a copy thereof should

 7        be delivered to each party of record and the

 8        ORIGINAL forwarded to Attorney Lichten to whom

 9        the original deposition transcript was

10        delivered.

11

12                INSTRUCTIONS TO DEPONENT

13        After reading this volume of your deposition,

14        please indicate any corrections or changes to

15        your testimony and the reasons therefore on the

16        Errata Sheet supplied to you and sign it.  DO

17        NOT make marks or notations on the transcript

18        volume itself.  Add additional sheets if

19        necessary.  Please refer to the above

20        instructions for Errata Sheet distribution

21        information.

22

23

24
```

Sally A. McNeely 4-4-2008
Pedro Lopez, et al. v. City of Lawrence, et al.

110

1     PLEASE ATTACH TO THE DEPOSITION OF SALLY A. McNEELY

2     CASE:   PEDRO LOPEZ, ET AL., V. CITY OF LAWRENCE

3     DATE TAKEN: 4-4-08

4                          ERRATA SHEET

5        Please refer to Page 109 for errata sheet

6     instructions and distribution instructions.

7     PAGE          LINE        CHANGE          REASON

8     _____

9     _____

10    _____

11    _____

12    _____

13    _____

14    _____

15    _____

16    _____

17    _____

18    I have read the foregoing transcript of my

19    deposition and except for any corrections or changes

20    noted above, I hereby subscribe to the transcript as

21    an accurate record of the statements made by me.

22

23                      _____

24                          SALLY A. McNEELY

Sally A. McNeely 4-4-2008
Pedro Lopez, et al. v. City of Lawrence, et al.

**A**

ABEL 1:5
abilities 5:19 44:4 45:6
  45:13 46:21 47:3,4,10
  47:11
ability 46:11
able 29:6
about 9:7 11:19 12:11
  14:1 15:24 23:19
  31:18 34:21 42:2
  49:13 50:9 74:9 84:21
  88:23 90:15 97:19
  100:24 104:13
above 109:19 110:20
accept 23:13
accomplished 78:16
accordance 51:14
  52:22
according 13:5 53:7,16
  79:5,6
accurate 108:14 110:21
accurately 81:15
achieve 95:3,4
across 86:1 97:1 98:3
action 108:17
actions 32:4
activities 45:24 46:2,12
actual 13:16 14:5 18:5
  21:5 37:1,3 39:13,20
  79:2,3 85:13 90:24
actually 26:2 39:12
  60:2 81:20 85:21 87:9
  98:15
add 18:7 21:22 109:18
added 17:24 18:3 19:18
  19:18,21,21,24 70:23
additional 17:19 27:16
  71:8,24 109:18
address 55:3
adjust 95:2
adjusted 95:4,6,7,17
  102:15
adjustment 25:18,19
adjustments 27:1 30:15
  95:18,20,22 96:22
administer 50:12
administered 15:22,23
  50:13 100:24 102:22
administration 10:5

11:17 14:10 15:15
  31:24 50:18 51:15
  52:23 54:18 55:2 81:2
  83:6 103:7
administrator 1:18
  16:6 42:6
advance 37:19
adverse 30:19 31:5
  61:5,8,14 62:24 63:6
  91:18 93:7,14 94:3,9
  94:18,19 96:14 102:7
  102:12 103:3
advise 34:12
Affairs 107:3
after 13:7 16:3 23:11
  26:23 37:14,21 56:16
  80:24 81:1,1 95:1
  98:14 99:11 100:7,7
  105:9 109:13
again 15:4 24:6 35:3
  42:6 46:19 47:15
  65:20 73:3
agencies 47:22
agents 23:24
ages 88:16
ago 56:9 67:21 88:16
agree 16:17 44:16
  50:23 51:4,23
agreed 7:2 92:5
agreement 57:12
  102:22
AI 61:4
AL 110:2
allow 14:14 63:23
allowed 54:11
allows 55:2
almost 94:14
along 42:14 75:15
  104:2
already 72:15
alternative 42:20 47:9
  48:18 49:15,19 50:8
  50:10 54:5 101:17,23
  103:7
alternatives 48:11,17
  49:5
although 60:19
ALVAREZ 1:7
always 23:1

Americans 62:22
analysis 6:1 24:18 27:3
  27:24 28:24 32:21
  44:13,18 62:24,24
  64:8,13 65:1 81:5
  87:5 91:18 93:7,14
  94:4,9 96:15 103:1
  105:5
analysts 11:20
analyze 27:15
Andover 19:13
ANGELA 1:9
Ann 64:7
annually 12:18
another 14:18 29:3,5
  39:16 48:6 63:18 84:8
  87:13 99:6 104:12
answer 25:4,24 26:2,11
  26:21 41:16 44:24
  45:10,16 46:24 47:14
  47:18 50:9 51:12,18
  53:18 58:17 73:23
  97:17,17 102:17
  106:16
answered 72:13 95:11
  95:15,16 104:6
answering 81:10
answers 23:13 25:14
  27:15 95:2,4,6,7 98:8
  98:11
anyone 90:23
anyplace 70:22
anything 9:1 34:13
  43:13 51:5 52:3,11
  67:15 76:10,22 77:21
  95:1 96:21 101:16
  102:6,10
anyway 30:1
anywhere 43:13
appeal 13:22,23 16:5,7
  23:11
appealing 81:13
appeals 13:17 95:8
appear 68:7
appearance 9:6
APPEARANCES 3:1
appears 21:18
applicants 25:23 28:8
  85:5 95:11,14,15,16

applies 17:14
apply 29:19 56:20
APPOINTING 1:24
appointment 11:15
appointments 51:13
  52:21
appraissal 100:2
appreciate 28:22 29:10
  35:12 59:20 79:20
approval 11:15 49:11
  57:12
approve 16:20,21 17:1
  37:22,23 38:2
approved 55:6
approximately 66:8
  67:21
April 2:14 6:3 8:14
  73:17 108:19
area 47:8
arguments 9:9
around 66:10 89:23
  94:14
arranged 49:9
arrest 82:13,16
article 5:21 52:9,14
  53:7,9,14,16 56:1
Asano 105:19 107:1
Ashburton 3:20
Asians 62:22 65:17
aside 50:7 92:12
asked 19:5 37:23 38:2
  67:13 75:17 76:22
  85:23 92:2,2 104:1,13
  104:15
asking 31:20 91:15
asks 50:20
aspects 34:12
assembled 78:15
assess 77:10
assessment 5:22 45:7
  47:23,24 48:5,8,22
  49:6,8,13 50:13,14,17
  56:7 57:2,11,16,18,22
  58:2,7,14,24 59:10,24
  101:22
assessors 49:23
assignments 106:23
assistance 17:17
Assistant 3:18 4:2

Case 1:07-cv-11693-GAO    Document 164-25    Filed 02/26/09    Page 114 of 127

Sally A. McNeely 4-4-2008
Pedro Lopez, et al. v. City of Lawrence, et al.

associated 53:11
**ASSOCIATION** 1:9
assuming 14:12 38:22
asterisk 97:2,3,11,11
  97:15 98:7
asterisks 25:17 98:5,14
**ATTACH** 110:1
attempt 47:9 79:14
  80:4
attorney 3:18,19 9:5
  109:8
attorneys 41:17
attributes 47:11
author 74:17,19
**AUTHORITY** 1:24
available 33:19 48:23
  101:24
aware 23:24 30:14
  33:17 36:9,12 45:5
  55:19 99:21 105:8
A's 26:8
a.m 2:15

**B**

B 25:2,4,23 26:14 43:21
  57:2,9 95:15 98:1,16
back 8:22 11:5,16 16:8
  19:4 25:13 27:4 34:15
  36:13 37:11,20 42:8
  47:17 52:19 66:17
  67:15 69:21 76:7
  77:17 78:13 88:14
  94:1,2,23 103:18
bank 78:21
banks 78:15
**Barbas** 105:14
**Barrault** 3:4
based 18:20 21:14
  23:16 27:16 30:18
  37:5 40:9,15 54:19
  94:3,5
basic 12:10
basically 101:23
**Bates** 27:5 60:19 71:5
become 33:17
before 2:9 7:21,23 8:16
  8:17,24 10:9 33:5
  52:9 67:24 69:20
  73:18,19 94:23 96:8

98:20 99:17 108:7
begin 52:21
beginning 9:15 13:21
  75:6 81:7 88:15,23
begins 39:6
behalf 1:11 2:8 3:9,15
  3:22 4:6
being 25:9 31:16 75:23
believe 9:5,17 31:2,12
  36:15,18 46:22 53:13
  59:22 60:20 65:20
  72:8 91:9 94:19 101:6
  102:18,19 103:24
  104:6,17
below 72:6 97:19
**BENFOLD** 1:9
best 23:3 46:14,18
better 31:13 54:22
**Betty** 5:17,20 11:5 44:1
  44:8 105:18
**Betty's** 11:13
between 7:2 33:9 46:20
  49:9 60:8 62:12 89:20
beyond 12:7 13:6
bias 77:2 80:5,11
black 27:11 28:20
  62:13 65:4 87:20
blacked 83:7
blacks 61:13,14,17,22
  62:21 65:7 87:17 94:5
  94:6,8,10
book 68:19 73:20
books 68:8,15 69:5,16
  70:22 71:2,8,24 72:1
  72:20,21 73:4,20
**Boston** 2:4,13 3:8,14,15
  3:21 9:3,16 32:22
  42:19 86:11 88:19,24
  89:11,15,21,24 90:5
  90:10,18 91:3,21 92:1
  92:3,10,13 96:11,13
  102:21
**Boston-related** 91:23
both 34:22 65:17 94:7
**Bourne** 42:7
box 70:19,20,20
**Brackett** 55:16,17
**Bradley** 7:22 31:2 63:4
  76:8

break 55:22 56:5
breaks 65:3
**Brian** 4:1
**Brockton** 53:8,16
broke 89:10
broken 94:9
**BROOKS** 1:6
**Brown** 1:10 3:12
bulb 98:19
bunch 31:21,24
bypasses 52:22

**C**

C 26:14 43:21 58:6
  69:10 97:6
**CA** 1:3
calculate 61:13
call 32:9 78:21 103:18
called 2:8 44:2 49:2
  79:20
calls 48:15 79:23
came 53:13 71:20,22
  72:4,13 78:17 94:13
  104:16 108:7
candidates 13:2 15:6
  53:2 65:4 77:11
**CANO** 1:5
capable 18:18 27:23
**CAPACITY** 1:17,20
  1:22 2:3
captain 69:10,17 70:9
  82:21
captains 91:7
capture 86:17 88:5
carefully 108:11
**Carol** 105:13
case 7:22 8:2 20:7
  24:14 31:2 54:21
  59:15,19 60:20 76:8
  84:3 89:2 110:2
cases 8:4
categories 28:1,8 69:5
  75:13,14 79:6,7
category 70:6 75:16
cause 108:10,17
center 5:22 47:24 48:1
  48:6,8 49:6,8,13
  50:14,17,19 57:3,11
  57:16,18,22 58:2,7,24

59:24
centers 45:7 48:22
  50:13 56:7 58:14
  59:10 101:22
certain 47:10 54:18
  55:4 77:1 95:12 97:20
certainly 47:4
certification 7:5 11:15
  15:18
certified 2:10 15:24
certify 54:18 108:6,16
challenge 30:7 38:20
challenged 14:3,4
challenges 14:1 26:24
  30:3,9,12
challenging 25:12
  38:23
**Champagne** 41:20
  80:13
chance 9:11 89:2
change 38:9 110:7
changed 34:14
changes 31:17 38:11
  76:16,20 77:6 87:1
  102:4 109:14 110:19
**Chapter** 51:14 52:23
characteristics 44:4
**CHARLES** 1:6
chef 69:11
chief 41:20,20,22 42:6
  42:7 69:12,18,18,24
  70:10,10 80:11,13,14
  84:21
chiefly 34:13
chiefs 33:12 34:9 68:13
  69:2 70:1,13,24 71:9
  71:13,21 72:3,4,9
  73:8 79:24,24
choose 48:23
chose 26:10
chosen 80:21
**Christine** 105:13
**Cindy** 2:9 108:4
circumstances 16:20
cities 47:21 48:4,7,21
  52:16 85:14 87:13
  89:16 102:1
city 1:15,15,21,22,23
  1:24 2:1,3,3,4 3:15

Sally A. McNeely 4-4-2008
Pedro Lopez, et al. v. City of Lawrence, et al.

4:2,3,6 9:2,10,16,20
12:23 14:19,20 16:9
48:15,18,19,24 49:10
49:22 55:2 110:2
civil 8:11,18 10:3,14,17
10:23,24 11:2,14 12:1
50:24 51:20 53:24
55:7 56:14 57:7 58:13
60:7
clarification 103:24
CLASS 1:11
classification 10:10
classifying 79:5
clear 18:23 20:23 25:11
50:1 103:13
closing 9:9
code 27:10
collaborative 36:23
college 12:3
column 19:14,20,23
21:14 22:3 25:21 26:4
26:8 28:13
combined 62:14 94:6,8
come 13:18 15:2 67:5
78:7 83:3 87:9 104:18
comes 57:17,24 73:16
73:18
commencing 2:15
comment 95:13
comments 33:23 72:6,7
72:8
Commission 108:23
commissioned 108:5
common 90:14,16
91:24
COMMONEALTH
1:18
Commonwealth 1:16
2:11 3:22 12:12,16
17:5 24:8 31:23 43:18
45:15 51:1,7,21 54:1
55:7 86:1 108:1,6
communities 55:7
59:22 60:8 67:2,10
86:2 88:2,3,4,6
community 46:18 54:1
54:4,9 68:18
comparison 61:1,3
compensate 41:12,13

compensation 10:11
compiled 18:2 59:13,18
66:6,8,9
complaining 84:21
complaint 9:4
completed 109:5
completely 76:1 83:7
component 18:2 20:22
48:6 57:3,9
components 32:11
computer 18:17 27:17
29:5 63:14,21 64:2,5
85:23
computerese 27:8
computers 18:21
concerning 108:9
concluded 45:1
concluding 103:16
conditions 46:3,16
conduct 12:15,18
conducted 12:24 59:11
conducts 57:11
confidential 29:18
41:16,18 91:13 98:23
98:24 99:1
confidentiality 29:19
34:5 42:5
confusing 21:20
conjunction 57:6
connection 74:23 85:8
consider 54:5 59:2 73:4
consideration 104:14
considered 44:19 97:18
construct 36:11 99:22
100:14
constructed 90:3,4
102:22
constructing 78:9,11
90:17
construction 35:24
66:12 76:17,19 90:24
106:14,18,20
consultant 49:9,10
consultants 104:11
consultation 90:4
consulted 106:11
contains 22:19
content 100:16 101:7,9
continue 46:3 104:10

continuing 87:5
contract 58:5
contracted 99:21
controversial 89:7
controversy 108:10
coordinate 46:1
copy 73:7 109:6
corollary 60:6
correct 12:3 13:12,19
15:19 16:5 18:9 22:17
22:21,22 25:4,9,20
26:2,11 28:15 29:6
31:6 38:22 45:8 49:23
53:19 57:4 58:8,9
60:3,12 64:18,19 74:2
76:5 78:7 80:14 84:15
85:9 86:10 89:12 97:2
97:6,9,14,16,18 98:1
98:8,11,16 100:12,13
100:22 101:7,8
102:23 106:8,21
corrections 109:14
110:19
Correctly 81:11
correlation 100:10
correspond 82:7 98:4
corresponding 27:10
corresponds 97:9,22
counsel 7:2
count 21:21 23:8
counts 21:9,10
couple 99:20 105:24
course 17:1 59:15
74:21 86:7
court 1:1 30:1
covered 37:4
created 99:14 105:10
credit 25:14
credited 25:8,8
Criminal 68:18
criteria 27:16
criterion 99:22 100:14
100:16,20
criticality 37:6,8
cultural 77:2 80:5
culture 80:11
current 8:10,11
currently 68:11 77:21
78:5,9

cutoff 61:9

**D**

D 26:14 43:21 98:16
data 18:15,20 64:5,7
85:24
database 63:22 64:2
date 15:13,15 53:10,14
56:1 66:5 67:6 86:18
105:6 110:3
dated 6:3
day 13:7 108:19
days 14:4
deal 52:12
deals 56:10,15 57:2
December 13:20
decided 45:7 76:2
deciding 89:5
decision 55:17 91:22
deemed 98:8,11
Defendants 2:5 3:23
define 76:19
degree 12:3,7 77:1
degrees 36:5,6
DEJESUS 1:6
delays 13:17
delegation 57:12
102:22
DeLeo 8:2,3
delivered 109:7,10
Dennis 5:17,20 44:1,8
105:18
Dennis's 11:5
department 4:3 19:13
31:23 42:20 46:14,17
77:6 88:20 89:11,21
90:5 92:13,21 93:22
96:5
departments 85:4
96:10 100:3
depending 16:19 79:15
103:19
depends 17:9 41:6
deponent 109:6,12
DEPONENT'S 109:2
deposition 2:7 7:4,21
7:23 8:5 9:8,13,14,18
18:11 22:18 24:8
43:19 52:7 66:22 81:7

Sally A. McNeely 4-4-2008
Pedro Lopez, et al. v. City of Lawrence, et al.

82:1,8 83:24 85:2
88:15 89:1,6 96:3
103:18 107:6 108:13
109:9,13 110:1,19
**deputy** 8:17,19 10:2,9
10:10,18,23,24 11:2
69:11,18 70:10
**describe** 81:15 89:8
**described** 101:15
**designee** 39:10
**detailed** 81:22
**detention** 82:13,17
**determine** 46:10 51:7
101:1,17 103:2
**determined** 23:10
93:18
**determining** 24:21
**developed** 34:20 74:20
77:12
**developer** 35:9 73:4
80:15
**developers** 30:24 32:16
35:11 36:24 39:9 64:1
64:9 90:21
**developing** 74:8 104:24
**development** 6:4 10:7
11:13 39:6,7,12 71:11
75:3 81:20 105:15
**device** 48:4,9 58:7,21
**devices** 47:21 50:2,3
101:24 102:11
**devise** 76:5
**devising** 104:5,9
**DIETL** 1:17
**difference** 62:11 89:20
**different** 24:1 28:1,8
30:4 32:11,24 63:12
72:15 75:13,14 76:1
78:22 88:19 92:7,8,9
92:14 106:23
**difficulty** 40:8
**digit** 97:9
**digits** 96:24
**digress** 75:22
**digression** 78:13
**diminishment** 103:3
**direct** 10:13
**direction** 108:13
**directly** 38:15,17

**director** 8:11,17,19
10:2,9,10,18,23,24
11:2
**directory** 5:14 24:13
**discrimination** 55:3
**Discuss** 45:23
**discussed** 16:23
**Discussion** 65:11 83:21
84:17 86:23
**disparate** 51:9
**disproportional** 53:2
**disproportionate**
101:19
**disproportionately**
52:2,15
**dispute** 103:15
**distinguishing** 46:20
**distribution** 109:1,4,20
110:6
**DISTRICT** 1:1,2
**diversity** 54:6
**Division** 1:19 8:12
10:11
**document** 5:22,23
18:12 19:8 22:18
24:10,12,16,16,20
26:23 27:5 29:20
31:15,17 44:2 48:11
48:13 56:7 59:8 60:18
60:22,24 61:1,11 63:5
65:5,24 66:11,21 67:5
71:10 72:10 73:10
74:7 75:18 81:6 82:3
83:23 84:1,7,8,10
85:1,3 86:20,22 87:3
88:14,18,21 89:8,10
91:10,12 93:23 95:21
95:24 96:21 98:21
99:2,5,7 105:10
**documentation** 32:16
54:12 59:17
**documented** 43:3,5
**documents** 11:5 24:7
24:13 30:3 31:21 37:7
43:17 44:10 74:6
77:14,18 84:2 103:15
103:20
**doing** 18:18 27:23 64:3
76:2 77:21 78:3 89:14

**done** 27:20 29:6,11,14
31:9,15,16 32:21
42:24 44:14 49:8
52:11 55:15 59:3,4,5
61:3 63:9 64:8,14
65:20 67:7,8,24 81:20
85:18 86:4,11,16 93:7
95:1,18 96:15 99:21
99:22,24 100:6,9,21
101:6,10,12,16
102:18,19
**down** 15:8,9 22:1,2
46:9 56:23 79:14
82:24 86:2 94:10
**DPC** 69:8,11
**Dr** 93:4 95:19 99:12
102:3,3,3
**draft** 39:21
**drawn** 73:21
**driver's** 7:13
**duly** 7:13 108:4,8
**during** 11:8 22:23
31:10 46:3 47:6 56:5
59:23
**duties** 11:24 44:17,20
45:15

---
### E
**E** 26:16,17,18
**each** 13:12 18:24 23:8
23:10 24:20 38:10
41:4 68:17,19 69:5
73:19,24 75:15 80:14
80:16,18,19 97:1,4,9
109:7
**earlier** 16:10 56:6
101:15
**early** 32:3 36:9 60:20
104:1,3,18
**EB** 77:8,15,16,21 104:8
106:7
**education** 12:6 13:23
18:1
**effort** 30:18 36:24
**Ehrenberg** 2:12 3:5
**eight** 67:21,24 68:3
**eighth** 56:24
**Eighty** 23:7
**either** 25:7,14,16 34:22

36:16 52:12 77:9 97:7
100:14
**Elder** 107:3
**eligibility** 13:2
**eliminate** 30:18 31:4
**eliminated** 25:9 30:17
31:4
**employ** 102:11
**empty** 93:17
**end** 13:20 18:3,4 68:21
95:2 97:14
**ending** 103:16
**ENFORCEMENT** 1:8
**engage** 32:8
**engaged** 77:24
**English** 12:6
**Enter** 27:10
**entered** 9:6
**entire** 17:6,7
**entitled** 75:3
**equal** 95:14
**equivalent** 54:9
**errata** 109:1,2,4,5,16
109:20 110:4,5
**especially** 19:2
**Esq** 3:3,4,11
**essential** 32:23 37:6
66:3,17 75:14 104:22
104:23 105:17
**essentially** 54:19 88:21
**established** 48:3 55:24
56:17 94:20
**establishing** 78:16
**establishment** 56:10
**ET** 110:2
**ethnic** 62:13
**events** 59:15
**ever** 7:23 36:9 52:9,11
52:24 53:6,24 59:3,4
59:5 62:23 80:4 85:12
85:18 97:17 100:24
**every** 16:15,16 32:7,12
38:13 97:13,15,17
**everyone** 85:24 98:23
**evidences** 31:16 42:24
**exactly** 15:12 25:19
42:24 94:14
**exam** 5:13,24 6:4,8,9
6:10,12 9:17 12:18,24

Sally A. McNeely 4-4-2008
Pedro Lopez, et al. v. City of Lawrence, et al.

13:8,10,11 14:18,24
15:5,11,14,16,20,21
15:22 18:1 20:22 21:1
22:14,20,24 23:5,19
23:22 24:1,21 27:3,21
30:5,20 32:6,9,10
33:5 34:6,21 35:1,4,5
35:9,11 36:11,18
37:16 39:5,7,9,12,21
41:4 43:1,4 48:20
51:19 56:13,14 57:7
58:14 60:10 61:2 63:1
64:14,15 65:3,6,7,12
65:21 67:7,9 68:3,4
69:15 70:3 73:19 74:9
74:10 75:3,5,10,23,23
76:11,15,17,18 78:6
78:15 79:1,9 80:15,24
81:1,2,14,16,20 82:7
82:18 84:4,5,20,22
85:5 86:1,3 87:8,8,11
87:21,24 89:15,16,18
89:21 90:18 91:23
92:1,3 93:8 95:1 96:4
99:9,15 100:6,11,24
101:10 102:8,13,21
103:1,16 104:5
106:10,14,19
examination 5:3 6:5
7:17 12:16 14:4 16:3
16:10 18:5,16 22:12
24:19 32:7,12,13,19
33:3 34:13 37:19 41:6
42:20 47:22 48:6,16
49:1,3,7,15,20 50:8
51:3 52:2,20 63:10
66:13,16 73:14,18
74:8,15 76:5 77:23
78:10,11 79:8 80:9
82:4,5,5 85:16 86:5,7
88:17,19 90:3,4 92:21
93:1,3 94:24 96:5
99:23 102:5 103:8,16
103:21 104:1,12
106:5 108:12
examinations 10:4,14
10:17 12:1 17:13,14
36:1 73:5 74:13 78:2
104:11,14

examined 7:14 108:11
example 15:20 19:12
28:10 82:12,24 95:14
exams 12:12 17:6 31:9
63:17 67:20 72:20
76:9 81:17 89:22
90:11,14 104:9 105:1
except 7:7 16:7 110:19
exercise 48:1,8
Exhibit 18:10,12 22:19
24:5,9 29:17 43:15,19
52:6,8 56:3,4 60:17
64:12,23,24 65:1,23
66:1,20,22 73:11,12
74:4,5 81:24 82:2,8
83:22,24 84:24 85:2
88:12,13,16 89:9
92:16,17,18 94:22,23
96:2,3,7,17,18 98:22
99:1,1,4,6 105:6
exhibits 5:10 105:4
existence 13:3 37:9
67:6
exists 64:21,22
expand 55:11
experience 13:24 18:1
18:6 20:22 21:20 22:7
22:9,10,13,16
expert 32:15,17 33:22
39:17 43:4,6 101:12
experts 32:10 33:6 35:6
90:6 91:1
Expires 108:23
explain 11:10 17:13
28:3 45:19 66:22
extent 9:14 30:19
extra 20:8

_____

**F**

failed 22:20 24:22 81:8
failing 61:8 93:14
failures 88:9
fairly 82:12
Falcon 2:9 108:4
fall 13:12 53:13,15
75:24
falls 16:22
far 36:8,12 37:11
February 67:11

feet 106:2
female 27:11 28:16
54:20,21
few 103:23
field 36:7
Fifty-four 65:10
figure 19:5 63:23
figured 21:7
file 5:14 6:6 24:13
38:19 84:2
filed 30:4
files 77:17 86:21 91:16
filing 7:5
final 14:6 17:24 20:1,4
20:21 21:9,11,13,18
23:10 73:13
fine 89:3 99:3
finish 103:6
firm 57:11 93:4 99:12
99:18 104:7,19
first 12:14 13:7 19:12
19:13 20:18 21:14
28:13 30:6 34:16,18
34:24 47:18 52:8
62:12,13 66:5 67:5,19
67:22 70:20 85:18
97:10 98:1 99:15
105:4 106:10
fiscal 59:11,11
fit 54:22
five 38:13 50:9 54:2
55:8,9 91:9
five-minute 55:22
five-year 106:24
fix 105:6
Floor 4:4
folder 6:6 84:2
following 13:18 14:9,11
14:16,17 97:24
follows 7:15
follow-up 106:7
Ford 42:7
foregoing 110:18
forgot 39:3
form 7:7
formal 101:9
format 44:21 45:17
46:24 50:4 76:1,20,23
formats 50:10

former 79:24
forms 47:23
formula 23:16
forward 9:13
forwarded 109:8
found 38:21 45:5 56:5
four 33:9 34:8 41:9
59:22
fourth 98:15
four-fifths 94:19 95:3,5
fraction 23:9
frame 46:7
Friday 2:14
from 11:3,11 15:13,15
16:2 19:7,13 21:1
25:10 30:19 32:14
33:11 34:20 36:16
38:11,15,17 41:20,21
42:7 44:1,8 53:15,17
57:12 58:23 59:11,21
66:9 67:1 69:2 71:13
71:20,22 72:4,7,8,11
72:13 73:20,24 74:1
76:17 77:15 78:15,17
80:18,21 83:15 84:21
91:3 97:13 100:2
104:16,18
front 35:5
full 93:17
function 54:19
functions 32:23,24 37:6
66:3,17 75:14
further 7:6 103:18
105:22 106:5 108:16

_____

**G**

gender 51:16
general 3:18,19 37:4
90:1
generally 13:3 17:4
33:12 39:19 48:24
54:20 95:8
generated 85:8
gets 23:16 46:7
getting 9:8 16:8 19:4
36:13 78:13 88:24
Gilmore 44:1,8 105:13
give 13:11 57:18
102:21

Sally A. McNeely 4-4-2008
Pedro Lopez, et al. v. City of Lawrence, et al.

given 13:8 14:18,24
  15:5 33:5 34:21 56:14
  68:4 75:23 82:5,5
  87:11 89:16 95:1
  108:14
go 9:13 13:20 14:6 22:1
  22:2 24:15 25:1,5,13
  25:21 27:4 32:10
  37:20 50:7 68:24
  82:24 94:1,2 98:16
goes 13:6 14:12
going 27:1 36:18 39:1
  75:24 89:4,7 91:14
  94:23 96:2 98:24
  100:18,19
gone 98:18
good 7:19,20 14:14
  77:10 87:9
Gotcha 87:12
gotten 69:21
grade 17:23 18:3 93:15
graded 57:3
grades 15:2,18,24
greater 63:2
ground 38:23
group 42:10,17 61:3
  62:13,16 64:10 65:2,3
  72:13,16,17 96:15
grouped 61:22
groups 54:18
guess 73:9
Guy 35:18 72:19 74:19
GWENDOLYN 1:10

**H**

half 15:1,8 87:14 93:17
  93:17
hand 108:19
happened 97:4,22
happens 37:14 39:15
happy 63:20
Harold 3:3 8:24 29:17
  84:13
Harris 9:6
hase 64:13
having 7:11 53:1
heading 25:2
hear 46:20
heard 50:8

held 8:13,14,15 10:9
  35:21
help 36:10 89:5 104:4,8
her 7:13 11:7,9 41:18
  89:7 108:9,11,12
hereinbefore 108:8
hereunto 108:18
hire 50:7 57:10
hired 36:9 104:3 106:8
hiring 49:23 52:2
Hispanic 1:8 28:20
  62:14 65:4 87:21
Hispanics 61:17,22
  62:20,21 65:12 87:17
  94:5,6,8,10
hold 8:19 10:18,21
  14:21 43:5
hostage 83:13,16
HRD 11:22,23 12:14
  12:24 15:21,23 16:17
  16:18 18:20 22:23
  25:13 27:23 29:6,11
  30:14,17 31:10 32:4
  35:13,14,24 36:9
  40:19 42:24 44:19,22
  47:6,8 49:7 50:2,2,10
  51:2,5,17,18 52:1,3
  52:11 53:6,18,23 55:6
  57:12,15,17 58:1,1,2
  58:10,19 59:5,13 60:9
  60:21 62:23 63:5,13
  63:21,23 71:22 77:8
  77:22 81:16 85:12
  89:9,18 90:4,20,23
  92:2,24 93:11 95:19
  95:20 99:21 101:6,16
  102:6 103:1 104:3,8
  105:1,8,16
HRD-conducted 57:6
Human 1:19 8:12
  10:11

**I**

idea 41:10
identification 18:10
  24:5 43:16 52:6 56:4
  60:17 64:12 65:23
  66:20 73:11 74:4
  81:24 83:22 84:24

88:12 92:16 94:22
  96:17 99:4
identified 7:12
identify 82:2 85:3
  92:18 96:19
III 1:22
immediately 8:16,17
impact 30:19 31:5 51:9
  53:2 61:5,8,14 62:24
  63:6 91:18 93:7,14
  94:3,9,18,20 96:14
  101:19 102:7,12
  103:3
impossible 100:1
include 47:24 62:19
  88:9 96:13
included 92:22 96:6
includes 62:21
including 22:20 45:15
incorrect 76:6
incorrectly 81:11
incumbents 101:1
INDEX 5:1
Indians 65:17
indicate 20:15 25:3,18
  54:2 68:14 98:14
  109:14
indicates 44:18 69:16
  96:22
indicating 69:14 95:21
indication 22:3 98:9
Indications 20:14
individual 39:22,23
INDIVIDUALLY 1:11
individuals 1:12 30:7
  34:8 87:21 105:12
industrial 36:10 80:11
  104:4
information 6:11 31:13
  42:14 50:16 96:20
  100:2 109:1,4,21
informed 76:3
instance 38:19 53:7
  55:13
instructing 58:20
instructions 27:9 109:2
  109:12,20 110:6,6
insure 42:24 52:20
interchangeably 78:24

interested 108:17
interim 87:11
interrupted 38:5
interviews 56:16
investigation 9:12,21
  68:18
involved 8:4 17:15
  35:23 46:9 55:16
  58:20 90:21,23 93:4
  104:21 105:18,21
  106:13,15,19
involving 44:9
issuance 11:15
issue 68:13
issued 31:22
issues 9:14 11:17 52:13
  55:3 88:24 89:1
item 24:18 25:9 43:4
  78:17,21 79:5 80:19
  81:5 82:21 97:4,13,16
  97:23
items 39:22,23 75:7
  77:8 78:16 79:9,21
  80:1,16,21 82:13,22

**J**

Jacobs 76:4,7 77:3,8,15
  77:16,21 80:8 93:4
  95:19 99:17 102:3,4
  104:8 106:8
Jacob's 99:12
January 13:21 85:11
  86:13,16
Jo 9:6
job 32:21,24 33:17
  34:14 35:19 40:7
  44:13,18 54:19,20,22
  54:24 82:24 83:2
  100:9,10 101:1
jobs 101:3
JOHN 1:19
Joy 3:12
Jr 3:17
judgment 58:12
June 108:24
junior 11:21
jurisdictions 33:11
just 8:7 9:4 12:10 15:20
  17:11 18:23 19:12

Sally A. McNeely 4-4-2008
Pedro Lopez, et al. v. City of Lawrence, et al.

20:23 21:6,12 24:24
25:11 28:10 33:16
34:15 35:2 41:15,17
42:8 44:15 49:1,12
50:1 51:2 55:21 64:13
69:19 75:22 79:17,19
83:24 88:22 89:7 91:1
91:15,21 94:24 97:24
103:12,23
**juvenile** 83:18,19

**K**

K 25:2
**KASP** 5:18
**keep** 59:17 89:1
**KEVIN** 1:5
**key** 6:11 96:20,23
97:13 98:17
**keyed** 97:14,16
**keys** 97:3,20
**kind** 9:12,20 78:24
105:6
**kinds** 76:21
**know** 7:21 17:3,10 23:2
23:4,5,11 26:20,21,22
27:22 29:23 30:2,14
30:16,17,21,22,23,23
31:8,11,13 32:4 35:3
35:7,8,15 36:2,5,6
37:13 41:4,7,8,11,14
42:4 43:14 44:23
48:22 49:17 54:8 55:9
55:12,13,14 58:24
59:6,16 63:18 64:19
65:22 66:6,8 68:5
70:21 71:3,23 72:7
74:6,12,15,16,18,23
75:10 77:6,9,24 80:3
80:7,8 82:19 84:9
90:8,13 91:5,6,8 92:4
92:6 96:14,16 99:11
99:13,14 101:22
**knowledge** 5:19 23:3
44:3 45:6,13 46:11,13
46:15,17,17,18,21,22
46:23 47:8 53:24 55:5
63:22,22 66:12 108:9
**KSAP** 5:16 43:24 44:2
**KSAPs** 44:2

KSAs 32:1 42:12,16
104:13,16,22,24
105:17

**L**

L 3:3,17 69:10
**language** 54:23
**last** 12:13 13:1 54:2
55:8,9 67:23 72:18,19
73:1,6 80:3 81:17
86:13 91:21 95:13
101:10
**later** 15:1,3
**law** 1:8 4:3 34:4 49:16
49:18
**LAWRENCE** 1:15,21
110:2
**Leah** 3:4
**Leahey** 4:1 12:9 29:22
73:1 106:3
**least** 9:19 12:22 13:4
42:3 80:17 81:16 86:3
88:7 91:6
**Lee** 30:23 31:12 90:19
**left** 69:9
**legend** 96:23 97:20,23
**lengthy** 32:8
**Leominster** 60:1
**less** 21:3
**lessen** 102:7,12
**lessened** 101:19
**lessening** 103:2
**let** 7:22 12:14 13:9 28:2
31:19 33:2 34:15 35:2
36:8 37:20 41:15 43:5
47:6 48:10 49:4 51:5
51:24 52:8 53:23
61:20 67:4 68:1 69:19
71:18 82:11 100:4
102:2
**letter** 84:21
**letters** 81:13
**let's** 14:21 20:18 23:5
25:1 28:10 33:3 45:22
54:2 97:5 101:16
**level** 11:21 40:8 79:15
**levels** 68:21,22
**license** 7:13
**Lichten** 2:12 3:3,5 5:6

5:8 7:17 9:23 29:21
33:13,20,24 34:3,7
43:8,22 44:7 53:12
55:21,24 60:15 64:20
73:2 89:3 93:22 99:3
103:10,13 105:3
106:5 107:4 109:8
**lieutenant** 69:10,17
70:9 82:21
**light** 46:2 98:19
**like** 12:10 15:2 44:15
62:24 76:22 78:22
85:12 88:16 96:7
98:18 102:6
**line** 98:13 110:7
**lines** 97:1 98:3 104:2
**linkage** 5:18 44:3
**Liss-Riordan** 2:13 3:6
**list** 6:2 13:1,3,5,6 14:6
14:12,14,24 17:18
34:19,23 35:1 36:16
36:17 37:16,18,22
38:3,6,7,8,9,14,16,18
38:21 39:4,5 43:12
48:2 56:16,24 60:11
66:3,24 67:3,20,23
68:2,7,8,10 73:13
78:6,12 88:9 91:19
96:4 104:22,23
**listed** 69:6 82:8
**listing** 6:9,10 92:20
**lists** 17:20 48:11 55:6
**litigation** 19:2 63:5
74:23,24 85:8 104:15
**LLP** 3:12
**local** 10:3,13,17 12:1
**long** 8:13,19 10:18 11:1
12:20 13:1 35:21,23
78:13
**longer** 105:16
**look** 20:3,17 34:18
37:14,21 47:9 59:7
71:18 83:12 88:6
96:23 97:1,8 98:13
100:8 101:2
**looking** 24:20 30:2
34:15,16 39:20,22
40:2 42:16 61:7 82:20
**looks** 99:6

**LOPEZ** 1:5 110:2
**lose** 100:19
**lot** 92:10 103:14
**low** 52:15
**Lowell** 1:23 2:1 4:3,5,6
**LYNETTE** 1:10

**M**

M 2:9 3:4 108:4
**made** 16:5 25:18 27:1
30:15 47:8,9 62:23
69:20,21,23 70:23
76:20 87:12 96:22
102:4 110:21
**maintain** 34:5
**major** 38:13
**make** 9:20 33:19 40:9
58:11 77:7 80:5 86:8
98:23 103:13 109:17
**making** 9:9
**male** 27:11
**males** 28:12,13
**management** 83:7
**Manager** 2:3 41:22,23
**many** 23:5 24:21,22
28:8 30:4,7 33:8 41:4
42:2 90:13 91:8
**MANZI** 1:22
**March** 9:5 14:8,9,12,15
14:15 15:6,9,24
**mark** 17:22,24 21:9,11
21:20,22 22:7,8,13
43:21
**marked** 18:10,11 24:5
24:8 29:18 43:15 52:6
52:7 56:4 60:17 64:12
65:23,24 66:20,21
73:11 74:4 81:24 82:1
83:22,23 84:24 85:1
88:12 92:16,17 94:22
96:17 98:22 99:4,5
**marks** 13:16 87:8
109:17
**Mary** 9:6
**Maryanne** 44:1,8
105:13
**Massachusetts** 1:2,8,15
1:16,17,19,21,23,24
2:1,2,4,11,14 3:8,14

Sally A. McNeely 4-4-2008
Pedro Lopez, et al. v. City of Lawrence, et al.

3:21,23 4:5 12:12,17
31:23 34:9 51:2,7
54:1 60:7 108:1,6
master's 36:6
material 33:15 71:8
materials 38:18 69:3
83:4 92:6
matter 8:1 32:9,17 33:6
33:22 35:6 39:17
41:16 43:4,6 90:5
91:1
matters 9:18,22 108:10
may 9:15 16:10 17:10
20:12,15,16 23:12
34:8 47:11,13 51:11
58:23 73:21 94:2
95:17 104:17
maybe 30:23 43:20
53:22
MAYOR 1:20,22
MBTA 55:13,19
McDaniel 32:20 33:17
42:17 45:3 102:23
104:19
McNEELY 2:7 5:5
7:11 8:9 103:24 110:1
110:24
mean 22:8 25:6 52:14
63:14 68:2 70:1 81:1
83:9 95:13 96:24
97:12 98:6 102:10
meaning 59:5
means 22:7,14 25:7
97:13,15
Mearn 41:21,22,22,23
42:6,7 80:14
measuring 66:18
meet 34:16 36:15 41:2
meeting 41:2
meetings 41:4
meets 43:1
members 105:15
memo 5:17,20 43:24
44:8 72:19
Memorandum 6:3
mentioned 93:4 107:1
mentions 79:9
Merrimack 4:4
met 80:14,15

methodology 54:5
METHUEN 1:16,23
MICHAEL 1:20 2:2
MIDDLESEX 108:2
might 31:12 47:10
105:8,12,16
Mildred 105:19,20
Milton 41:21
minorities 85:13 88:6
101:20 102:16
minority 51:10 52:15
52:17 53:2,8,17 65:3
80:4,10 85:5 86:3
88:7
minutes 50:9
misspoke 57:23
mistake 98:21
Mm-hmm 32:7
modified 76:24
moment 14:21 31:19
33:2 75:23
monitor 51:6,13,19
52:4,12,21,24,24
53:18,20,22
months 37:18 73:18,19
more 15:2 25:8 45:21
54:6 74:13 81:22 89:5
99:20
Morgan 3:12
MORISOL 1:7
morning 7:19,20
Morris 3:11 8:24 9:24
32:20 33:17 42:17
45:3 88:22 102:23
104:19 105:24
most 17:5 50:23,24
64:3 90:21
Mostly 98:4
motions 7:8
move 98:20
much 31:4 103:11
107:5
muncipalities 50:24
51:1,6,20
municipal 10:14 12:1
municipalities 17:5
50:15 58:13
municipality 50:20
56:16 57:9,17,24

58:21 59:2
must 14:3
M-E-A-R-N 41:21

## N

N 26:19,21 56:19 70:7
name 8:7,9 11:5 68:19
105:19
named 63:21 108:8
names 92:22 96:6
narrowed 86:2
Native 62:22
necessary 43:20 109:19
need 17:11 34:5 50:17
89:5
needed 45:13
never 22:15
new 15:1 70:22 71:1
76:5 77:13
newspaper 5:21 52:9
52:13
next 14:15 15:9 20:3
25:21 26:4 37:14 38:7
39:1,15
nine 82:14,16,18,22
nobody 78:11 86:8
NOBREGA 1:7
nonminority 52:3
non-minorities 85:14
non-white 62:16,18,21
normal 17:1 59:15
74:21
normally 14:5 18:24
38:9
Nos 43:15
Notary 2:10 7:14 108:4
108:22
notations 109:17
note 98:23
noted 110:20
notes 32:16 43:3,4,4,6,9
nothing 14:18 89:6
notice 2:9 22:1
NSLCDPCP 70:6
number 19:14 22:2,24
23:1 24:1 25:22,23
26:1,10 27:2 30:3
37:5 45:6 52:15 70:7
71:19 75:16 80:3

82:13 95:14 102:4
numbers 20:18 25:1

## O

oath 108:12
objection 47:13 51:11
51:22 53:4 57:19
58:16 81:18 88:23
101:11,21 102:9
105:3
objections 7:6,7
obtained 95:2
obtaining 17:17
occur 26:24 27:1
occurred 86:17
October 12:19 13:7,14
14:9,16 15:8,13,23
16:3 56:2 87:10
off 31:19 65:11 83:21
84:17 86:23 98:18,20
offer 47:20,22,23
101:24
office 3:19 18:16 19:3
officer 54:21
officers 52:17
offices 2:12
officials 33:10 71:23
often 12:14
oh 8:3 20:12 73:2
okay 8:7,15 9:23 10:8
10:12,21 11:1,19 12:5
13:9 14:1,5,9,12,21
14:23 17:4,10,21
18:14,20 19:4,10,23
20:11,13,17 21:3,6,17
22:1 23:3,8 24:4,15
24:24 25:1,11,21 26:8
26:23 27:4,8,20 28:2
28:10,11,22 30:11,22
31:12,18 33:10,13
34:11 35:2,19,21 36:3
36:8,13 37:11,14 38:2
38:9,15,19 39:7,15,20
40:2,15 41:7,12,24
42:8,15,22 43:8,13
44:19 45:19 46:20
47:6 48:13,15 49:4,12
50:22 51:17 53:21
55:11,16,22 56:9,19

Sally A. McNeely 4-4-2008
Pedro Lopez, et al. v. City of Lawrence, et al.

56:22 57:23 58:6 59:7
59:20 60:24 61:17
62:11,18 63:4,12
64:10,17,23 65:5 66:5
66:11,19 67:4,8,12,15
67:19 68:1,6,10 69:4
70:16,19,22 71:5,12
72:6,10,18 73:2,6,16
73:23 74:9,17,20 75:1
75:18 77:6,18 78:5,13
79:4,9,12,19 80:13,16
82:18,23 87:16,23
88:13 89:18,20 90:13
90:17 91:3,17 92:23
93:3 94:17 95:18,21
96:2,7,10,13,21 98:18
102:2,14 106:16
107:1,4
**once** 17:24 48:2 89:1
106:1
**one** 3:20 14:13 15:5,7
16:2 19:5 20:19 21:4
23:9,9 25:8 28:16,20
28:20 35:11 39:9 46:7
47:24 56:19,23 58:3
58:14 63:18 64:1
66:17 69:5 73:24 74:1
74:5,13 80:17,18 83:3
83:15,18 85:21 86:3
88:7 91:21 97:3,10
98:3 100:5 105:5,7
**one's** 21:8
**ongoing** 33:1 48:21
78:1
**only** 10:5 11:14 22:10
25:11 59:21 60:4 64:8
89:24 95:19 96:8
101:5
**open** 89:1
**opening** 56:23
**operational** 45:24
46:12
**operations** 46:13
**opposed** 10:6 11:7
**option** 48:7
**oral** 48:1
**order** 30:1 41:9 46:1
49:13 54:23
**original** 29:10,11 72:14

109:8,9
**other** 7:22 8:4 30:24
42:14 50:2,3,3 55:19
60:6,10 71:16,19
72:12,21 78:15,24
89:16,21 90:11,14
96:10 97:3 101:14
102:11 103:19 105:15
**others** 103:18
**ourselves** 50:12
**out** 13:18,20 14:6,12
15:2 19:5 21:24 23:14
25:15 44:13 50:7
53:13,24 63:23 65:3
67:10 68:6,10,14
73:16,18 78:7 83:3,7
84:13 87:9 89:10
94:13 100:19
**outline** 6:5,12 75:5,5,10
81:19 82:4,7 99:8
**outside** 32:15 36:10
49:9,10,13 57:10
90:23 101:12 104:4
**over** 12:12 32:10 35:22
81:6
**own** 25:13 30:15 46:2,3
**O'BRIEN** 2:2

_____

**P**

**P** 3:11
**package** 50:15
**page** 5:12 24:15 27:24
28:3,23 59:7,8 62:12
62:12,13,16 67:19
68:24 71:4 72:18,19
72:23 73:1,6 110:5,7
**pages** 84:18
**panel** 48:1
**paper** 49:1
**PAR** 54:10,10,14,15,15
54:17 55:1,5
**paragraph** 27:9 82:9
**parens** 68:21,21 75:5
78:14
**Paris** 35:18 36:22
39:10 40:20 72:19
74:19 90:18,19
**Paris's** 35:19 42:10
64:10

**Parkis** 64:7 90:19
**part** 22:11 24:6 39:6,8
47:18 48:2 77:24
**particular** 46:10 89:14
92:3 98:21 102:15
**particularly** 9:16
**parties** 7:3
**party** 109:7
**pass** 22:11,14 62:2
**passed** 24:21 62:1,3,4,9
65:12
**passes** 88:10
**passing** 61:10,21 65:6
93:16,17
**pass-fail** 31:5 61:8,15
**past** 55:3
**PAUL** 1:17
**PC** 69:11
**Peabody** 41:20
**PEDRO** 1:5 110:2
**people** 22:2,19 26:1,10
30:4 70:7 81:9 84:4
90:20 100:6
**people's** 14:6
**per** 41:4
**percent** 21:9,10,21
26:12 61:23 62:1,1,3
62:4,6,9 65:7,9,13,14
65:15,18 70:12,12
81:8,9 89:23 90:1,15
95:15,16
**percentage** 26:5 92:4
95:11
**perform** 44:17
**performance** 100:2
**performed** 45:14 91:17
101:2
**performs** 39:7
**perhaps** 31:14 57:23
**period** 11:6 13:22,23
16:11,22 59:23
**permanent** 91:6
**permits** 63:14
**person** 19:13 20:3,7
22:14 38:22 56:24
64:3,5 108:7
**personal** 11:20 44:4
**personally** 104:21
**personnel** 1:18 16:6

31:24 35:20 51:15
52:23 54:17 55:1
105:2,8
**phase** 38:8 39:1
**picked** 25:23 26:2,13
**picking** 20:24
**piece** 49:1
**place** 3:20 49:7 75:6
**Plaintiffs** 1:13 2:8 3:9
**plan** 32:9,10 35:1,4,5
36:19,21,23 37:1,3,16
46:1 106:24
**please** 8:8 24:17 28:4
47:16 64:24 66:2,23
82:3 84:1 85:3 92:19
96:19 109:14,19
110:1,5
**plus** 23:9 56:19
**point** 23:9,9 38:1 61:10
78:3 84:13 93:16,17
94:12 104:12
**points** 17:20,21 18:7
19:17,21 20:9 23:17
63:7
**police** 5:13,23,24 6:8
12:11,15,24 18:16
19:13 23:24 24:19
31:9 32:5,22,24 33:10
33:12 34:9 35:24
36:11 40:7 42:20 43:1
44:20 45:14 50:22
52:1,15,17 53:3,8,17
54:3,10 55:13 59:24
60:9,16 61:2 63:1,10
65:2,6 66:4,12 67:20
68:13 69:2,11,11,18
69:18,24 70:1,10,10
70:13,24 71:9,13,21
72:3,4,8 73:8 74:10
76:10,14,16 78:4,9
84:21 85:5,15,24
87:18 88:19 89:11,15
89:21 90:1,5 92:13,21
96:5 104:5,9 106:10
**Policing** 68:18
**policy** 13:5 92:10
**poorly** 102:16
**portion** 52:17
**position** 8:15,20 10:8

Sally A. McNeely 4-4-2008
Pedro Lopez, et al. v. City of Lawrence, et al.

10:12,19,21 11:7,8
31:13 34:1 35:21
70:14
possible 30:19 31:5
71:22 72:12 97:17
104:23
possibly 78:14
postponed 9:8
post-list 56:10
potential 77:11
practical 13:10 15:21
practice 12:21,22
PRAILEAU 1:11
preceding 68:4
preference 17:18,19,21
preparation 32:8 50:18
prepare 77:3
prepared 9:21 39:16
present 12:9
presume 46:12
previous 46:1 105:7
previously 16:23
prior 10:8,22 11:19
34:20 36:16 58:10
81:16 85:11 99:11
102:6
privileged 34:2,3
probably 14:8 33:3,20
62:3 88:15 89:4 99:17
problems 46:2,16
procedures 92:11
process 32:8 33:1 34:6
48:2,7,21 49:7,8,20
58:24 59:24 71:1
81:21 99:15 106:24
processes 101:14
procure 75:5
produce 63:5 85:23
91:14 93:23
produced 24:13 26:23
27:2 32:14 33:15 43:9
60:18,20 64:17,20
74:6 75:19 77:19 84:2
93:12,13 96:1
produces 64:5,7
production 7:12 103:19
profile 5:15,16 43:23
43:24 45:22
profiles 32:1 44:9

program 63:13,15,16
programmer 85:23
promo 78:4
promoted 16:2 87:17
100:8
promotion 6:7 9:17
60:10,13,15,16 85:4
promotional 12:11,15
12:24 15:22 17:14,18
17:20 24:19 32:6,22
36:11 63:17 67:7,8,20
68:22 72:20 99:23
104:5,9 105:1
promotions 86:17
87:12
proposed 36:17 40:2
42:11
protested 84:4,5,6
protests 84:7
provide 48:16 50:15,16
74:22
provided 15:6 18:15
31:21 43:18 79:12
provides 40:18
provision 42:5 54:17
55:1
provisions 29:18
psychologist 36:10
80:12 104:4
Public 2:10 7:14 108:4
108:22
published 37:18 38:6,7
38:8 39:4,5 67:24
purposes 103:24
pursuant 2:9
put 15:20 36:21 42:12
42:16,22 71:10 98:24
puts 42:11
putting 39:12 50:6
92:12
Pyle 2:12 3:5
P.C 2:13 3:6
p.m 107:7

_____
Q
qualified 108:5
qualitative 58:11
quantitative 58:12
question 9:21 15:7 19:4

23:10,13 24:20 25:1,5
25:8,12,15 27:11
28:24 29:11 30:6 31:8
38:20,23 40:13 41:17
45:16 46:7,10,11,24
46:24 47:17 51:18
52:11,19 63:12 66:16
73:24,24 81:8,10
83:15,16,18,19 91:21
95:17 97:7,10,10,11
98:7,7,14,15 103:6
104:2,20 106:17,17
questions 7:7 12:11
14:1,3 17:10 22:24
23:1,6,7,12,20 24:1,2
25:7 29:12 30:5,8,10
30:18 31:3,18 37:2,3
37:5,24 38:15,17
39:13,13,16,24 40:1,3
40:6,16,18,23 42:11
44:22 47:12 72:14
73:5,20 75:16 76:22
76:24 77:8,10,12,13
78:23,24 79:2,3,10,11
79:17 80:6 82:16 83:2
83:9 84:5,6 89:4,23
89:24,24 90:2,9,10,13
90:15,24 91:23 92:4
95:12 97:8 98:10
99:12,20 102:15,17
103:23 105:23 106:3
106:7
Quinan 3:17 5:7 29:17
29:24 33:14,16,22
34:1,4 41:15 43:10,20
47:13 51:11,22 53:4
53:10 54:13 56:2
57:19 58:16 60:13
64:21 65:9 70:17
72:23 75:20 81:18
84:13,18 86:24 88:2
93:24 98:20 101:11
101:21 102:9 103:12
103:21 105:22
Quinan's 106:17
quite 78:7 97:24

_____
R
race 51:16 53:20

racial 61:3
raised 52:13
ran 81:4 85:20
range 28:5,14 41:10
ranges 28:9
ranking 58:7
ranks 54:7
rate 61:21 65:6,13
rating 48:1
ratio 61:14 63:6 94:12
raw 64:7 85:24
reach 56:23
reached 53:24
read 7:3 21:3 44:23
47:17 52:19 110:18
reading 6:2 34:19,23
34:24 36:16,17 37:16
37:18,22 38:3,6,7,8,9
38:14,16,18,21 39:4,5
43:12 59:21 66:24
67:2,20,23 68:2 69:3
73:13 78:6,12 83:4
92:6 109:13
ready-to-go 57:16,21
really 33:21 57:21
reason 89:14 95:6
106:22 110:7
reasonable 9:20
reasons 109:15
recall 16:24 63:4,7
84:20
receive 17:19
received 95:9
receiving 84:20
recent 74:13 105:2
recently 33:16
Recess 55:23 99:19
recognize 18:12 24:9
44:10 60:22
recommend 58:23 71:1
recommendations
32:18 40:10,12 67:16
69:3 70:23 71:12,17
71:20,22 72:11 77:4
recommended 70:2
71:9,16,24 72:20
95:18
recommending 54:4
58:20 69:24

Sally A. McNeely 4-4-2008
Pedro Lopez, et al. v. City of Lawrence, et al.

record 8:7 9:2 10:1
  17:12 33:13 54:13
  65:11 83:21 84:17
  86:23 108:14 109:7
  110:21
redevelopment 78:1
reduced 108:12
refer 58:4 82:15 98:2
  109:19 110:5
referred 11:16
referring 31:1 56:6,13
  67:22 72:24 78:20
refers 54:14
reflected 17:22
reflecting 97:21
regarding 44:1 77:3
regardless 104:20
regular 56:14
regulations 92:11,12
reiterate 88:22
relate 69:5 79:17
related 82:16
relates 56:7
relating 31:22 33:21
  68:22
relation 35:1,4 42:19
relevance 40:6
relevancy 72:14
relevant 68:15 69:17
  70:2,14,17
relied 32:20
rely 32:18
remain 14:14
remember 84:12 87:1
  93:19,20 94:1,2,12
  100:15
remembered 79:19
reopen 106:1
repeat 58:18
rephrase 50:5 52:18
report 6:7 31:22 32:2
  32:14,21 33:18 42:13
  42:22,23 45:3,5 77:3
  85:4,7,11,12,20
  104:16,18
Reporter 2:10
reports 44:13
representing 9:10
represents 26:5 101:23

request 16:10,14,16,17
  16:18,19,22 19:3
  27:10 49:14,19 54:12
requested 92:3,24
requests 17:2 48:18,24
  50:21
require 46:16
required 44:5 54:23
  70:18,19
requirements 43:2
Requisite 70:17
requisition 49:2
rescoring 26:24
research 66:9
reserve 103:17 106:1
reserved 7:8
Resources 1:19 8:12
  10:11
respect 27:20 29:12
  47:2 51:8 53:1 61:11
  61:13 63:2 77:22
  84:14 91:19 93:8
  100:2 102:14,20
respective 7:3
respond 67:13
responded 70:7
response 6:11 96:20
  97:20 98:17
responses 32:17 69:2
  69:20,22,23 97:9
responsibilities 10:3
responsibility 10:13,16
responsible 49:22 64:3
  90:17
result 25:12 52:1 69:21
  69:23 103:3,6
resulting 67:1
results 51:19 95:2
retain 33:6,8 34:8
retained 76:4,7 102:3
  104:8,10 106:18
retired 42:7
returned 77:15
revalidation 106:24
revamp 38:13
review 9:12 16:18,19
  32:9 34:24 36:16
  39:17 40:6,7,22 43:4
  77:2 79:21,24 80:11

80:19
reviewed 45:2 75:1
  77:1,9 80:17 81:13
  91:1 96:8
reviewing 32:22 34:23
revised 24:18
revocation 13:5
revoke 13:6 15:7
revoked 14:24
rewrote 77:12
RICHARD 1:6
Rick 76:4,7
right 8:3,23 14:17,18
  16:4,12 21:23 28:6
  29:4 30:12 34:7 39:21
  44:15,17 46:24 53:22
  56:15 57:13,14,20
  58:15 59:22 60:2 62:6
  63:11 70:5,20 75:19
  75:20 76:1 78:12 86:9
  86:24 87:10 93:5
  103:17 106:1
road 15:8,10
Robert 1:6 3:11,17
role 105:17
Rome 2:12 3:5
Room 3:20
round 21:24
rounded 20:1,4 21:1,13
rule 16:14 56:20 94:19
  95:3,5
rules 51:15 52:23 54:18
  55:2 92:11,12
run 18:17 27:18 29:3,4
  29:5 63:14 85:12
running 27:17 85:11
runs 64:4

_____ S _____

S 69:10
Salem 60:1
Salisbury 60:1
Sally 2:7 5:5 7:11 8:9
  110:1,24
same 11:16 21:18 23:1
  26:13,14 39:18 42:4
  47:2 65:1 68:2 72:13
  72:17 75:5 83:18
  88:18,21 89:16 90:10

99:8
Sarkozy 105:13
satisfactorily 7:12
saw 99:7
saying 19:1 29:2 36:15
  38:20 49:2 79:23
  94:17,18 100:5
says 19:14 20:17 25:2
  25:21 27:9 45:23
  48:19 53:9 57:17 58:1
  61:4,21 67:19 68:17
  68:21 70:6,11 78:14
  79:20 80:16,24,24
  81:4,13 82:13,21,24
  83:12 97:6,19 98:1
score 18:5,6 20:1,4,21
  20:24,24 21:1,2,5,8
  21:10,13,15,18,19
  22:11,16 28:13 29:8
  61:15 63:6
scored 28:8 56:15
scores 14:6 15:6 28:1,5
  30:15 61:2 63:2 65:2
  76:21 89:11
scoring 13:17
sealing 7:4
second 24:15 27:9 32:2
  48:4 70:19 73:1 82:23
secondary 12:6
section 49:15,17 56:9
  56:22 57:2 83:6
secure 77:17
see 10:8 13:9 19:15,20
  20:2,5 21:12 22:4,13
  23:12 25:17 26:1,12
  26:16 27:6,12,22 28:2
  29:13 33:2 34:13 37:1
  37:7,23 38:12 44:6
  45:2 46:5 48:10 49:4
  56:9,10 61:4,4,20
  62:15,23 64:2 66:5,19
  67:4,6 68:1,17 69:4
  69:13,19 70:5,8 71:18
  72:4 73:9 75:8 76:3
  78:18 79:24 82:11
  83:13 86:4 90:3,9
  92:6 95:10 97:2,12,15
  97:19 98:3,5,6,9,18
  100:4,6,8,9 106:13

Sally A. McNeely 4-4-2008
Pedro Lopez, et al. v. City of Lawrence, et al.

seeking 88:24
seem 17:11 27:8
seems 51:9 66:9 88:15
seen 11:4 30:2 52:9
select 54:5
selected 86:8
selection 35:20 47:21
    48:2,4,9 51:8,10
    91:18 101:23 102:11
selections 51:6,19
    52:22,24 54:3 85:13
self-explanatory 82:12
send 49:1
senior 11:9,9
sense 86:8
sent 67:10 68:6,10,14
    73:7 77:8,15
sentence 67:22
separate 11:11,12
    20:23 21:2
separately 89:11 94:7
    94:10
sergeant 5:13,15,23,24
    6:8 12:11,15,18 17:14
    18:16 20:22 35:24
    36:11 40:7 43:23,24
    44:16,20 45:14,23
    50:22 53:3 54:22
    59:24 60:13,15,16
    61:2 65:2 66:4 69:10
    69:17 70:9,9 77:11
    79:16,17,18 80:22
    82:5,20 85:5 86:1
    87:18 90:1 92:21 96:5
    100:11 104:5,9 105:1
sergeants 12:23 15:22
    23:24 32:5,24 51:2,9
    51:10 52:1,3,16 53:8
    53:17 54:3,6,7,11
    55:6 66:13 70:11,12
    75:13,15 83:8
sergeant's 22:20,24
    31:9 43:1 48:20 60:9
    63:1,10 65:6 69:15
    70:3,14 76:11,14,17
    77:22 78:10 82:18
    85:15 90:11 91:24
    106:10
sergeant-lieutenant

74:10
sergeant-related 78:23
series 11:20 24:7 32:22
    43:17 71:17
served 9:4
service 8:11,18 10:3,14
    10:17,23,24 11:2,14
    12:1 50:24 51:20
    53:24 55:7 56:14 57:7
    58:5,13 60:8
services 76:4,7
set 18:15 108:18
seven 14:4
several 12:13 81:17
    98:10
sheet 109:1,4,5,16,20
    110:4,5
sheets 109:18
shorter 16:22
Shorthand 2:10
show 19:5 20:1
showed 64:13 81:7
    88:16
showing 18:11 24:6
    43:17 52:7 60:18 63:5
    64:23 65:24 66:21
    69:1 73:12 74:5 82:1
    83:23 85:1,13 88:13
    91:10 92:18 96:18
    99:5
shows 81:9 84:4,7
SHUMEAND 1:9
sign 7:4 29:22 109:16
SIGNATURE 109:2
signed 109:6
significant 52:16
signify 22:6
signifying 20:20
similar 62:23 76:23,24
    99:6
SIMILARLY 1:12
simple 17:11
simpler 33:4
simply 31:8 48:19
since 8:14 10:20 12:22
    32:3,3 36:3,8,9 42:22
    47:7 60:8 63:1 75:6
    86:16,17 99:20
    101:16 104:3

SITUATED 1:12
situation 83:13,16
six 37:18 73:18,19
    101:10
sixth 56:24
Sixty 62:4
Sixty-six 65:14
sketchy 81:19,19
Skill 5:19
skills 44:3 45:6,13
SLC 69:8,13
SLEDGE 1:5
slightly 63:12
SME 80:5
SMEs 36:13 37:14,20
    37:20 39:18 40:5,22
    41:1,5,12,14,24 42:2
    79:12,21 80:17
sole 48:9 58:7
Solicitor 4:2
some 9:20 11:4 12:10
    17:10 23:9,12,16 27:8
    27:17 30:11 31:3,18
    33:6,11 40:2,15 44:17
    44:20 46:12 48:10
    54:5 58:11 71:15,15
    77:12 90:12 98:10
    105:17
someone 19:6 25:12
    35:12,14 38:19 44:23
    105:19
something 9:2 18:23,24
    27:23 33:18 34:17
    36:21 42:8 43:21 56:5
    63:13 74:20,22,24
    80:8 92:1
sometime 14:8
sometimes 25:13 37:4
somewhere 17:23
    33:21 84:6
soon 78:7
sooner 17:6
sorry 11:12 27:24 35:2
    38:5 39:2 43:11 44:7
    53:14 65:10 70:12
    71:7 72:2,3,22 73:2
    88:3 98:15 105:20
sort 27:17 57:15
so-called 55:17

speak 9:7,7 51:16
speaking 17:4
special 27:11
specialist 35:20
specially 19:1
specific 30:4,8 45:21
    90:9
specifically 51:16 52:5
    102:10,12
specified 37:8
SPENCER 1:7
split 33:2
spoke 94:24 99:8
SS 108:2
stage 99:14
stages 27:3
stamp 27:5 60:19 71:5
star 25:5
start 31:19
started 75:7
starting 11:21 76:8
state 3:13 8:7 9:1 34:4
    47:21
statement 51:23
statements 110:21
STATES 1:1
statewide 91:24
status 17:16,17 18:8
    19:6 20:8
statutory 13:2
step 34:24 99:15
steps 6:4 52:12 74:8
    75:3 81:15
still 37:8 56:20 68:15
    87:12 103:15
stipulated 7:6
stipulation 7:1 29:19
    41:19
stop 35:2
store 18:20 78:22
Street 2:13 3:7,13 4:4
stress 82:24 83:2
strike 7:8 45:10 53:6
    61:12 68:6 87:7
studies 99:23 100:1
study 44:13 100:6
stuff 37:21
subject 32:9,17 33:6,22
    35:5 39:17 43:3,6

Sally A. McNeely 4-4-2008
Pedro Lopez, et al. v. City of Lawrence, et al.

90:5 91:1
submitted 99:12,17
subscribe 110:20
substantive 9:1
substitute 40:18,22
  71:24 72:12 97:2
successful 84:8
successive 11:20
suggest 58:4
suggested 71:21
suggesting 16:9
SULLIVAN 1:20
summary 6:2 66:24
supervise 50:18
supervisor 45:24 47:11
supervisory 44:17,20
  45:15
supplanted 15:11
supplied 24:7 89:10
  109:16
supports 54:12
sure 15:5 17:3 23:2
  25:19 29:14,21 36:2
  43:14 45:22 47:19
  50:6 51:24 54:15
  58:19 63:16,20 64:21
  65:22 69:19 74:16
  80:5 97:5
survey 6:1,2 66:24 67:1
  73:7
surveyed 72:1
suspended 9:19 107:6
sustained 30:12
sworn 7:13 108:8
synthesize 106:16

_____
        T
take 10:12 13:10 18:5
  19:12 20:18 23:5,8
  26:4,16 28:7,10,23
  30:6 33:3,10 37:7
  44:16 45:10,22,23
  51:17,17 52:12 53:17
  55:21 56:13 59:13
  60:6 75:1 77:18 78:23
  79:23 80:18 83:15
  85:7 86:13 94:17 97:5
  102:17
taken 2:9 32:5 38:15,17

73:24 74:1 86:3 94:6
  100:7 110:3
taker 88:7
takers 6:9,10 25:22
  26:6 92:20 96:4
talking 49:12 74:9
task 5:15,18 6:1 32:1
  43:23 44:3,9 45:22
  46:8 105:5
tasks 42:12,16 45:13
  104:13,16,22,23
  105:9,17
TATUM 1:7
team 40:20 77:9
technique 58:2
techniques 47:10
  101:18
tell 19:17,19 21:17
  24:16 32:4 53:15
  54:15 59:8 62:11
  64:23 66:1 71:7 72:10
  82:20 84:1 93:18
  96:24 97:4
telling 28:12
tells 28:7,13
ten 41:9 55:11
tend 102:16
term 29:4
terms 15:21 62:19
test 11:13 24:18 25:10
  25:22 26:5 30:24
  36:19,21,23 37:1,3
  45:7 46:14,15,18,19
  47:4,5,10 50:2,3,4,14
  50:19 58:2 64:1,8
  71:11 73:4 81:5 88:7
  90:21 95:1 105:15
tested 44:21 45:16
  46:23 47:12
testified 7:14,23 8:5
  31:2 102:2 104:7,17
testify 108:9
testimony 14:13 41:18
  46:22 58:10 63:9
  108:14 109:15
testing 47:2,9 50:10
  58:21 79:7 101:6,7,10
  101:18
text 70:2,13

textbook 44:23
textbooks 72:12,12,14
  74:1 83:3
texts 68:10 69:14 71:16
  71:20 92:13
thank 62:23 88:13
  103:11 107:4
their 20:4,4 69:3 100:9
  100:11 101:2
themselves 14:2
thereof 7:5 109:6
thing 34:18 57:21 75:4
  98:1
think 10:20 19:14 20:2
  29:24 31:1 54:10
  55:24 56:5 64:16
  74:16 75:20 81:14,19
  81:22 82:11 84:14
  100:4 103:12
third 24:18 48:7 59:7,8
  62:12,16 68:24 98:13
Thirty-seven 28:18
thought 14:21 50:8
  76:3
three 8:21 13:7 15:2,9
  15:13,15 17:7 41:9
  47:23 60:2,4,7 67:13
three-year 16:11
through 41:2 45:7
  46:15,19,23 47:12
  59:11 97:8 101:14
  102:21
throw 23:13 25:14
TIA 81:4,4
tie 27:10 66:17
till 87:10
time 7:9 11:6,8,14
  16:22 17:6 22:23
  31:10 32:3 38:1,11,11
  47:7 58:23,23 59:23
  67:23 78:3 85:18
  87:16,18 89:5 100:17
  106:18
times 16:21,24 27:2
  31:3 106:1
title 8:10,11,13,14
  35:19
titles 55:4
today 9:9 79:17 103:17

together 36:21 39:13
  42:11,12,16,23 61:18
  61:22 71:10
top 28:7 69:8 71:19
  84:18
topics 37:4
TOT 25:22
total 21:8 23:17 78:15
touch 9:18
touches 9:14
tour 46:1,2,4
town 12:23 14:19,20
  16:9 41:22,23 42:6
  48:24 49:10,14,22
  50:7 52:2 55:2 56:22
towns 47:21 48:5,21
  85:14 87:13 89:17
  92:23,24 102:1
training 18:6 20:21
  21:19 22:7,8,10,13,15
training-experience
  17:22
transcript 109:9,17
  110:18,20
treat 41:18
Tremont 2:13 3:7
trial 7:9 9:9
tried 9:6 99:24
true 108:14
truth 108:9
try 13:10 31:4 58:11
  101:1 102:7
trying 50:6 106:16
Twelve 71:6
twice 80:14,15
two 13:2,4,6 15:1,8
  17:19 18:7 19:17 20:8
  33:9 34:8 36:6 41:24
  42:3 56:19 79:23
  98:14 105:4 106:7
two-and-a-half 16:11
type 29:3,5 58:21 91:17
  92:3 100:5,20 101:5
types 64:4 78:22
typewriting 108:12
typo 84:14
T&E 20:17 21:5,22
  22:3

Sally A. McNeely 4-4-2008
Pedro Lopez, et al. v. City of Lawrence, et al.

| U |
| --- |

under 25:2,5 26:8,16
  29:24 34:4 41:18
  49:15,17 56:22 69:13
  70:11 75:4 82:12
  94:18 97:8 104:14
  108:13
understand 9:12,15
  11:4 13:9,11,16 14:13
  14:22 16:9 20:2 21:7
  21:12 22:18 24:24
  28:2,22 29:2 30:11
  31:1 33:14 42:10
  46:21 48:10 49:4,12
  50:1,22 51:12 56:9,19
  57:10,15,24 58:6,10
  58:19 59:20 61:7,11
  61:20 62:8,19 65:5,12
  67:4 68:1 69:4,19
  71:18 73:16,23 75:4
  75:18,22 78:5 80:13
  81:14 82:11 87:7,16
  88:5,14 89:9 91:14
  97:5 100:4,18 101:5
  102:20 103:17
understanding 45:12
  103:14
unique 9:16
unit 11:13,13,14 71:11
  105:15
UNITED 1:1
units 11:11,12
unless 14:18 16:5
until 7:8 13:18 14:15
unusual 30:7,9
update 43:12 67:2,23
  86:16 87:5 105:7
updated 67:21 86:13
  105:1,5,9
updating 104:21
  105:17,21
use 40:12,13 48:23 57:2
  58:22 68:11 78:24
used 40:16 59:1,1 66:15
  69:14 72:15 104:14
  104:24
using 58:6,13
usually 36:23 38:13
  49:8

utilize 45:17 48:5 49:14
  51:2 54:9 58:1 75:24
  80:4 91:22 101:18
utilized 44:21 55:14
  59:23 60:9 66:11 68:3
  73:13 81:17 90:11
utilizes 12:23
utilizing 42:12 50:4
  85:15

| V |
| --- |

V 110:2
valid 14:14 38:23 52:20
validate 32:5 76:8,10
validation 31:19,22
  32:2,15 33:1,18 42:13
  42:23 78:1
validity 32:19 43:1
  99:22 100:1,5,14,16
  100:17,21 101:5,7,9
value 23:10
variety 47:15,20,20
various 27:2 63:6
versus 85:14
very 9:19 102:16
  103:11,23 104:1
  107:4
veteran 17:16,17 18:7
  19:6 20:8
Veterans 17:19
view 47:2
vis-a-vis 9:2
Vivian 30:23 31:12
volume 109:13,18
voluminous 32:1
VS 1:14

| W |
| --- |

W 4:1
wait 17:5
waived 7:5
want 9:1 31:18 42:8
  48:19 49:2 50:1 54:15
  57:17 58:1 88:22
  103:13 105:6
wanted 9:24 74:22
way 19:7 27:15 46:14
  46:18 47:6 51:24
  53:23 59:18 63:18

64:13 78:16 102:2
ways 22:1
website 48:14
weeks 67:14
weight 75:15
weighted 57:3 89:23
weighting 32:11,23
  37:5 76:21,23
well 21:21 28:7 34:12
  34:18 36:23 38:8
  39:22 43:14 45:2,21
  46:9 47:12 50:16
  55:13 58:4,23 59:17
  62:3 66:16 67:7 71:7
  78:21 79:15 80:10
  82:20 88:9 90:21 91:6
  92:10 97:22 99:15
  105:18 106:23
went 81:6
were 9:4 10:2,9 11:1,8
  11:11,12 15:24 16:8
  18:17 19:21,21,23
  23:6 25:7 30:3,12
  31:3,3 36:15 39:1
  41:14,24 42:1,2,3,4
  42:12 56:6 67:13
  68:10,15 69:14,20,21
  69:21,23 71:15,15,20
  71:21 76:16,20,22,24
  77:1,10 80:21 83:9
  84:7 85:15 87:1,20,23
  89:23,24 90:1,7,8,10
  90:11,13,14,15,21
  91:3,5,6,8,9,10,24
  92:7,8,9,10,13 95:4,6
  95:7,18 96:22 98:8,10
  98:11 99:12 101:17
  102:15 104:1,12,13
  104:15,21 105:1
  106:13,15,17,19
weren't 90:9
wet 106:2
We'll 29:22 53:14
we're 66:18 79:7
we've 32:20 43:3 89:2
  101:15
WHEREOF 108:18
While 32:14
white 27:11 62:17,18

whites 28:18 62:8
  65:15 87:23
whittle 79:14
whole 31:21
WILLIAM 1:21
WILLIAMS-MITC...
  1:10
willing 93:23
wishes 54:9
witness 2:8 5:3 7:3 9:22
  64:22 108:15,18
WORCESTER 2:1,4
word 53:22
work 59:17 71:13
  74:21 78:4
worked 76:14
working 78:12
works 17:16 35:12,14
  107:3
write 46:9
writing 73:5 75:7
written 18:1 21:1,10,15
  21:19 22:11 44:22
  45:16 46:7,15,19,23
  47:5,12,22 49:3 50:4
  51:3 57:7 58:14 60:9
  61:1 65:1 66:13 71:12
  81:17 91:23
wrote 74:24 78:14
WR8875 19:15

| X |
| --- |

X 69:13,16 70:1
X's 69:20

| Y |
| --- |

yeah 10:23 59:5 70:18
  106:9
year 13:12,18 14:9,13
  14:15,16,16 15:5,7,9
  16:15,16 18:24 34:20
  36:17,17 38:10 55:15
  59:11,12 76:12,13
  87:13
years 8:21 11:1 12:13
  13:3,4,6,7 15:1,3,8,9
  15:13,15 17:7 35:22
  38:13 54:2 55:8,9,11
  67:21,24 68:4 80:3

Sally A. McNeely 4-4-2008
Pedro Lopez, et al. v. City of Lawrence, et al.

101:10 105:2,9

---

**Z**

zero 20:18 53:16 98:3
zeroes 26:16
zeros 22:4

---

**0**

0-8 98:1
00011 71:5
00012 71:7,19 72:10
00013 72:23 73:3
00099 27:24
00100 27:5
01852 4:5
02108 3:8,21
02109 3:14
03 59:11
05 65:21
07 65:21
07-ca-11693-JLT 1:3
08 59:12 85:12
08860 20:19 21:3

---

**1**

1 5:13 15:13 18:10,12
  22:19 25:1 45:22,23
  75:4 82:9,21,21,22
  88:16 96:7 97:6,7,8
  97:10 98:13
1:15 107:7
10 6:3 54:10,14,15 55:1
  55:6 73:11,12 97:8
  98:13
10:00 2:15
100 23:17 70:11,11,12
  79:15
103 5:7
105 5:8
109 110:5
11 6:4 49:15,17 74:4,5
  82:8
12 6:3,5 41:10 71:7
  81:24 82:2 83:1
12/27/07 59:12
120 79:15
13 6:6 83:22,24
14 6:7 84:24 85:2
15 6:8 88:12,13 89:9

---

153 26:8
16 6:9 92:16,17,18
17 5:13 6:10 22:3 94:22
  94:23 96:2,3
17-day 13:23
170 67:1
18 2:13 3:7 6:11 96:17
  96:18 98:22 99:1,1
19 6:12 99:4,6
1989 11:3,11,19
1990 44:14 105:5
1990s 75:6 104:3
1991 42:13,22,23
  104:16
1993 10:20,22 11:3,11
1994 66:10

---

**2**

2 5:14 24:5,9 25:5
  29:17 78:14 97:11
20 21:9 35:22
200 3:13
2000 8:22,23 12:22
  17:15 36:3 47:7 63:1
  99:20 101:16
2000's 104:18
2002 32:21 42:19 45:3
  102:21
2003 8:14,14 60:8
2005 9:17 15:23 23:22
  50:23 64:15 67:11
  84:16,19 86:4,5,11
  89:15 96:4,8 104:10
  104:24 106:8
2006 5:13,24 6:3 16:1
  18:16 23:5 27:21 30:5
  30:11,14,17 33:3 41:7
  41:13,14,24 50:23
  61:2 64:14 65:2,6
  67:1,7,8 68:4 73:14
  73:17 74:15 76:18
  82:6 84:15,19,20 85:6
  85:24 87:8,21 88:17
  104:24 106:14,19
2007 6:12 23:19 42:2
  50:24 53:13,15 56:2
  64:15 76:14,16 80:9
  81:16 86:7 87:9 92:20
  94:24 99:9 102:4,6

---

104:24 106:12
2008 2:14 16:3 60:8
  67:1 75:23,24 76:2
  77:22 78:6,9 86:14,16
  108:19
2009 87:10
2010 108:24
2019 3:20
215 25:22 26:1,5
23 5:14
24 83:12
25 83:12 108:24
27 9:5
277 78:15 79:9 80:16

---

**3**

3 19:14 43:19 79:20
  80:13
3A 5:15 43:21,22 45:23
3A-F 43:15
3B 5:16 43:23
3C 5:17 43:24
3D 5:18 44:2
3E 5:19 44:3,6
3F 5:20 44:7
3rd 4:4
31 51:14 52:23 56:2
375 4:4
38 28:12,13

---

**4**

4 2:14 5:21 52:6,8 56:3
  71:4
4-4-08 110:3
40 62:6
41 62:1
416 87:23
42 5:15,16,17,18,19,20
45 83:1
47 83:1

---

**5**

5 5:22 56:4
50 89:23 90:1,15 95:15
  95:16
51 5:21
53 65:7
54 65:9
55 5:22

---

59 5:23 61:22 62:1
59494 61:21

---

**6**

6 5:23 60:17
60 62:3
63 5:24
64 6:1
65 6:2 65:13

---

**7**

7 5:6,24 64:12,23,24
  65:1
70 63:2
72 6:3
73 6:4
74 62:8
75 65:15
79 87:20

---

**8**

8 6:1 54:10,15,17 65:23
  66:1 94:14,14,15,16
  105:6
80 6:5 21:10,21 23:19
  24:2 39:13 40:2 65:17
  79:14,15,16 80:21
80-question 50:4
82 6:6
83 6:7
85 20:4 28:10
87 6:8 20:5,12
88.6 21:5
88.75 21:15,21
89 21:14,24 28:10

---

**9**

9 6:2 66:20,22 82:21,22
  82:22
90 11:5
90s 32:3 36:9
91 6:9 11:6
92 11:6
94 6:10
95 6:11 66:10
96 66:10
98 6:12

---