# EXHIBIT Y

Departmental Police Sergeant Examination
Boston Police Department
October 22, 2006

# Examination Questions: 80 Items
# Applicants: 625
# Applicants Protested: 25
# Items Protested: 17
Answer Key Changes:  # 7 Fully credited
                     #34 Double keyed (A&D)
                     #44 Fully credited
                     (Bold = protested item)

| Overall Performance | N | % | Mean | SD | Median | Range | Pass @ 70 |
|---|---|---|---|---|---|---|---|
| All applicants | 625 | 100.0 | 71.49 | 9.68 | 71.25 | 40-94 | 379  60.6% |

RACE:  The performance results for each racial group follow:

| Category | N | % (rnd) | Mean | SD | Median | Range | Pass @ 70 |
|---|---|---|---|---|---|---|---|
| White | 342 | 54.7% | 74.17 | 8.86 | 75.00 | 45-94 | 245  71.6% |
| Black | 164 | 26.2% | 67.08 | 9.36 | 67.50 | 40-90 | 65  39.6% |
| Hispanic | 60 | 9.6% | 67.83 | 9.62 | 70.00 | 45-85 | 31  51.7% |
| Asian | 15 | 2.4% | 67.17 | 7.78 | 68.75 | 54-78 | 6  40.0% |
| Native American | 5 | .8% | 61.00 | 13.47 | 61.25 | 41-76 | 2  40.0% |
| Unknown | 39 | 6.2% | 75.16 | 8.22 | 76.25 | 54-89 | 30  76.9% |

Is there a statistically significant difference between racial groups on the measure of the promotional written examination (alpha $\leq$ .05)?

The analysis of variance (ANOVA) is used to test one independent variable (exam score) with three or more groups (race). Excluding applicants who did not specify their race identification (Unknown), the F test shown in the ANOVA summary table indicates that there is a statistically significant overall group difference, $F(4, 581) = 21.870$, $p < .05$, between the racial groups on the measure of the promotional police sergeant written examination.

ANOVA Summary Table

| Source of variation | SS | df | MS | F |
|---|---|---|---|---|
| Between-groups | 7235.880 | 4 | 1808.970 | 21.870 |
| Within-groups | 48056.284 | 581 | 82.713 | |
| Total | 55292.164 | 585 | | |

To ascertain which group mean or means are significantly different from others, a post hoc comparison analysis using the Scheffé test was undertaken with alpha $\leq$ .05. Three specific mean comparison differences were found between Whites and Blacks, Whites and Hispanics, and Whites and Native Americans. (The mean difference between Blacks, Hispanics, Asians and Native Americans is not statistically significant.)

1969

CUT SCORE: Performance Results by Racial Classification.

| Racial Categories | Below 70 | | At or Above 70 | | Total |
|---|---|---|---|---|---|
| Overall | 246 | 39.4% | 379 | 60.6% | 625 |
| | | | | | |
| White | 97 | 28.4% | 245 | 71.6% | 342 |
| Black | 99 | 60.4% | 65 | 39.6% | 164 |
| Hispanic | 29 | 48.3% | 31 | 51.7% | 60 |
| Asian | 9 | 60.0% | 6 | 40.0% | 15 |
| Native American | 3 | 60.0% | 2 | 40.0% | 5 |
| Unspecified | 9 | 23.1% | 30 | 76.9% | 39 |

Does the pass/fail rate differ from the expected frequencies of occurrence for the Protected (Blacks and Hispanics) and Non-Protected (White) group members?

| Cut Score | Non-Protected Group | | Protected Group | | Total | |
|---|---|---|---|---|---|---|
| 70 and above | 245 | 71.6% | 96 | 42.9% | 341 | 60.2% |
| Below 70 | 97 | 28.4% | 128 | 57.1% | 225 | 39.8% |
| Total | 342 | 100.0% | 224 | 100.0% | 22 | 100.0% |

The pass/fail rate between Protected and Non-Protected group members differed at a statistically significant rate; namely $\chi^2 (1) = 46.811$, $p < .05$. The nominal adverse impact ratio at the cut score of 70 is 59.9.

If the Protected Group members are composed of Blacks, Hispanics, Asians, and Native Americans, does the pass/fail rate differ from the expected frequencies of occurrence for Protected and Non-Protected (white) group members?

| Cut Score | Non-Protected Group | | Protected Group | | Total | |
|---|---|---|---|---|---|---|
| 70 and above | 245 | 71.6% | 104 | 42.6% | 349 | 59.6% |
| Below 70 | 97 | 28.4% | 140 | 57.4% | 237 | 40.4% |
| Total | 342 | 100.0% | 244 | 100.0% | 586 | 100.0% |

The pass/fail rate between Protected and Non-Protected group members differed at a statistically significant rate; namely $\chi^2 (1) = 49.770$, $p < .05$. The nominal adverse impact ratio at the cut score of 70 is 59.5.

GENDER: Is there a difference between men and women on the measure of the promotional written examination?

| | N | % | Mean | SD | Median | Range | Pass @ 70 | |
|---|---|---|---|---|---|---|---|---|
| Men | 541 | 86.6% | 71.59 | 9.67 | 72.50 | 40-94 | 328 | 60.6% |
| Women | 75 | 12.0% | 70.78 | 9.64 | 71.25 | 50-86 | 45 | 60.0% |
| Unspecified | 9 | 1.4% | 71.53 | 10.95 | 72.50 | 54-88 | 7 | 77.7% |

The t-test is used to determine whether there is statistical significance between means of two groups. Excluding applicants who did not specify their gender, no statistically significant mean difference, t

(614) = .673, p > .05, was obtained between men and women on a measure of the promotional Sergeant written examination.

Does the pass/fail rate differ from the expected frequencies of occurrence for men and women? The pass/fail rate between men and women do not differ at a statistically significant rate; namely $\chi^2$ (1) = .011, p > .05.

### Reliability Coefficient:

Cronbach alpha tells us how well the set of items in the test measures the unidimensional construct of an exam. With 625 records, analyses were conducted at the item level. The reliability coefficient or standardized item alpha is .7979 or .80. The obtained reliability suggests that the test is likely multi-dimensional (i.e., measuring several constructs) rather than a single construct. The correlation between an item and the total score ranged from a low of .0017 to a high .4026. In general, item level correlation with the total correlation was very low, which also indicates that the examination is measuring multi-dimensional constructs instead of a single construct.

With the reliability coefficient, we can calculate an estimated standard error of mean (SEM) or the standard deviation at the individual or applicant level. The overall SEM for this examination is roughly 4.33. Thus, if the applicant took the examination repeatedly and each examination was independent of each other, in two of three cases, s/he would obtain a written mark about ± 4.25 points (rnd) from her/his obtained written test score.

To illustrate the use of estimated one SEM (± 4.25), Sharon obtained a score of 92 and Rachel a score of 86. If both were to take exams similar to this one multiple times, the chances are two out of three that Sharon would likely obtain a written score between 87.75 and 96.25; Rachel between 81.75 and 90.25. Since Sharon's and Rachel's scores overlap, we can be fairly confident that both are functioning at approximately the same level.

Overall, race appears to be a factor in performance results with White applicants outperforming Black, Hispanic, and Native American applicants. Nominal adverse impact occurs at the cut score of 70. On the other hand, gender is not a factor in performance results and nominal adverse impact does not occur at the cut score of 70. The somewhat moderate reliability coefficient suggests that the exam is measuring multi-dimensional constructs instead of a single construct. The standard deviation is large as is the overall estimated SEM, which suggests the ability levels of these applicants vary greatly. x

BPD DPX Sergeant 10/22/05
Applicants by Racial Self Classification

| | | Frequency | Percent | Valid Percent | Cumulative Percent |
|---|---|---|---|---|---|
| Valid | 9 | 39 | 6.2 | 6.2 | 6.2 |
| | 5 | 5 | .8 | .8 | 7.0 |
| | 4 | 15 | 2.4 | 2.4 | 9.4 |
| | 3 | 60 | 9.6 | 9.6 | 19.0 |
| | 2 | 164 | 26.2 | 26.2 | 45.3 |
| | 1 | 342 | 54.7 | 54.7 | 100.0 |
| | Total | 625 | 100.0 | 100.0 | |

1966

BPD -- Sgt overall all

TOT

| N | Valid | 625 |
|---|---|---|
| | Missing | 0 |
| Mean | | 71.49 |
| Std. Error of Mean | | .39 |
| Median | | 71.25 |
| Std. Deviation | | 9.68 |
| Variance | | 93.62 |
| Skewness | | -.328 |
| Std. Error of Skewness | | .098 |
| Kurtosis | | -.190 |
| Std. Error of Kurtosis | | .195 |
| Range | | 54 |
| Minimum | | 40 |
| Maximum | | 94 |

1967

TOT

| | | Frequency | Percent | Valid Percent | Cumulative Percent |
|---|---|---|---|---|---|
| Valid | 40 | 1 | .2 | .2 | .2 |
| | 41 | 2 | .3 | .3 | .5 |
| | 45 | 2 | .3 | .3 | .8 |
| | 46 | 1 | .2 | .2 | 1.0 |
| | 48 | 1 | .2 | .2 | 1.1 |
| | 49 | 5 | .8 | .8 | 1.9 |
| | 50 | 2 | .3 | .3 | 2.2 |
| | 51 | 4 | .6 | .6 | 2.9 |
| | 53 | 2 | .3 | .3 | 3.2 |
| | 54 | 10 | 1.6 | 1.6 | 4.8 |
| | 55 | 4 | .6 | .6 | 5.4 |
| | 56 | 8 | 1.3 | 1.3 | 6.7 |
| | 58 | 13 | 2.1 | 2.1 | 8.8 |
| | 59 | 15 | 2.4 | 2.4 | 11.2 |
| | 60 | 15 | 2.4 | 2.4 | 13.6 |
| | 61 | 21 | 3.4 | 3.4 | 17.0 |
| | 63 | 18 | 2.9 | 2.9 | 19.8 |
| | 64 | 23 | 3.7 | 3.7 | 23.5 |
| | 65 | 20 | 3.2 | 3.2 | 26.7 |
| | 66 | 26 | 4.2 | 4.2 | 30.9 |
| | 68 | 28 | 4.5 | 4.5 | 35.4 |
| | 69 | 25 | 4.0 | 4.0 | 39.4 |
| | 70 | 39 | 6.2 | 6.2 | 45.6 |
| | 71 | 30 | 4.8 | 4.8 | 50.4 |
| | 73 | 32 | 5.1 | 5.1 | 55.5 |
| | 74 | 30 | 4.8 | 4.8 | 60.3 |
| | 75 | 26 | 4.2 | 4.2 | 64.5 |
| | 76 | 24 | 3.8 | 3.8 | 68.3 |
| | 78 | 27 | 4.3 | 4.3 | 72.6 |
| | 79 | 22 | 3.5 | 3.5 | 76.2 |
| | 80 | 28 | 4.5 | 4.5 | 80.6 |
| | 81 | 17 | 2.7 | 2.7 | 83.4 |
| | 83 | 29 | 4.6 | 4.6 | 88.0 |
| | 84 | 22 | 3.5 | 3.5 | 91.5 |
| | 85 | 20 | 3.2 | 3.2 | 94.7 |
| | 86 | 10 | 1.6 | 1.6 | 96.3 |
| | 88 | 7 | 1.1 | 1.1 | 97.4 |
| | 89 | 8 | 1.3 | 1.3 | 98.7 |
| | 90 | 4 | .6 | .6 | 99.4 |
| | 91 | 2 | .3 | .3 | 99.7 |
| | 93 | 1 | .2 | .2 | 99.8 |
| | 94 | 1 | .2 | .2 | 100.0 |
| | Total | 625 | 100.0 | 100.0 | |

1968

BPD Sgt – White applicants

TOT

| N | Valid | 342 |
|---|---|---|
| | Missing | 0 |
| Mean | | 74.17 |
| Std. Error of Mean | | .48 |
| Median | | 75.00 |
| Std. Deviation | | 8.86 |
| Variance | | 78.44 |
| Skewness | | -.394 |
| Std. Error of Skewness | | .132 |
| Kurtosis | | -.148 |
| Std. Error of Kurtosis | | .263 |
| Range | | 49 |
| Minimum | | 45 |
| Maximum | | 94 |

TOT

| | | Frequency | Percent | Valid Percent | Cumulative Percent |
|---|---|---|---|---|---|
| Valid | 45 | 1 | .3 | .3 | .3 |
| | 49 | 2 | .6 | .6 | .9 |
| | 51 | 2 | .6 | .6 | 1.5 |
| | 53 | 1 | .3 | .3 | 1.8 |
| | 54 | 2 | .6 | .6 | 2.3 |
| | 56 | 2 | .6 | .6 | 2.9 |
| | 58 | 1 | .3 | .3 | 3.2 |
| | 59 | 5 | 1.5 | 1.5 | 4.7 |
| | 60 | 8 | 2.3 | 2.3 | 7.0 |
| | 61 | 6 | 1.8 | 1.8 | 8.8 |
| | 63 | 9 | 2.6 | 2.6 | 11.4 |
| | 64 | 12 | 3.5 | 3.5 | 14.9 |
| | 65 | 11 | 3.2 | 3.2 | 18.1 |
| | 66 | 11 | 3.2 | 3.2 | 21.3 |
| | 68 | 15 | 4.4 | 4.4 | 25.7 |
| | 69 | 9 | 2.6 | 2.6 | 28.4 |
| | 70 | 20 | 5.8 | 5.8 | 34.2 |
| | 71 | 15 | 4.4 | 4.4 | 38.6 |
| | 73 | 17 | 5.0 | 5.0 | 43.6 |
| | 74 | 17 | 5.0 | 5.0 | 48.5 |
| | 75 | 18 | 5.3 | 5.3 | 53.8 |
| | 76 | 15 | 4.4 | 4.4 | 58.2 |
| | 78 | 19 | 5.6 | 5.6 | 63.7 |
| | 79 | 12 | 3.5 | 3.5 | 67.3 |
| | 80 | 19 | 5.6 | 5.6 | 72.8 |
| | 81 | 15 | 4.4 | 4.4 | 77.2 |
| | 83 | 24 | 7.0 | 7.0 | 84.2 |
| | 84 | 16 | 4.7 | 4.7 | 88.9 |
| | 85 | 12 | 3.5 | 3.5 | 92.4 |
| | 86 | 7 | 2.0 | 2.0 | 94.4 |
| | 88 | 5 | 1.5 | 1.5 | 95.9 |
| | 89 | 7 | 2.0 | 2.0 | 98.0 |
| | 90 | 3 | .9 | .9 | 98.8 |
| | 91 | 2 | .6 | .6 | 99.4 |
| | 93 | 1 | .3 | .3 | 99.7 |
| | 94 | 1 | .3 | .3 | 100.0 |
| | Total | 342 | 100.0 | 100.0 | |

1970

Black applicants

TOT

| N | Valid | 164 |
|---|---|---|
| | Missing | 0 |
| Mean | | 67.08 |
| Std. Error of Mean | | .73 |
| Median | | 67.50 |
| Std. Deviation | | 9.36 |
| Variance | | 87.56 |
| Skewness | | .018 |
| Std. Error of Skewness | | .190 |
| Kurtosis | | -.108 |
| Std. Error of Kurtosis | | .377 |
| Range | | 50 |
| Minimum | | 40 |
| Maximum | | 90 |

**TOT**

| | | Frequency | Percent | Valid Percent | Cumulative Percent |
|---|---|---|---|---|---|
| Valid | 40 | 1 | .6 | .6 | .6 |
| | 41 | 1 | .6 | .6 | 1.2 |
| | 49 | 2 | 1.2 | 1.2 | 2.4 |
| | 50 | 1 | .6 | .6 | 3.0 |
| | 51 | 1 | .6 | .6 | 3.7 |
| | 53 | 1 | .6 | .6 | 4.3 |
| | 54 | 6 | 3.7 | 3.7 | 7.9 |
| | 55 | 3 | 1.8 | 1.8 | 9.8 |
| | 56 | 4 | 2.4 | 2.4 | 12.2 |
| | 58 | 10 | 6.1 | 6.1 | 18.3 |
| | 59 | 6 | 3.7 | 3.7 | 22.0 |
| | 60 | 4 | 2.4 | 2.4 | 24.4 |
| | 61 | 11 | 6.7 | 6.7 | 31.1 |
| | 63 | 7 | 4.3 | 4.3 | 35.4 |
| | 64 | 9 | 5.5 | 5.5 | 40.9 |
| | 65 | 7 | 4.3 | 4.3 | 45.1 |
| | 66 | 6 | 3.7 | 3.7 | 48.8 |
| | 68 | 8 | 4.9 | 4.9 | 53.7 |
| | 69 | 11 | 6.7 | 6.7 | 60.4 |
| | 70 | 9 | 5.5 | 5.5 | 65.9 |
| | 71 | 10 | 6.1 | 6.1 | 72.0 |
| | 73 | 6 | 3.7 | 3.7 | 75.6 |
| | 74 | 5 | 3.0 | 3.0 | 78.7 |
| | 75 | 5 | 3.0 | 3.0 | 81.7 |
| | 76 | 3 | 1.8 | 1.8 | 83.5 |
| | 78 | 3 | 1.8 | 1.8 | 85.4 |
| | 79 | 5 | 3.0 | 3.0 | 88.4 |
| | 80 | 6 | 3.7 | 3.7 | 92.1 |
| | 81 | 2 | 1.2 | 1.2 | 93.3 |
| | 83 | 2 | 1.2 | 1.2 | 94.5 |
| | 84 | 2 | 1.2 | 1.2 | 95.7 |
| | 85 | 4 | 2.4 | 2.4 | 98.2 |
| | 86 | 1 | .6 | .6 | 98.8 |
| | 88 | 1 | .6 | .6 | 99.4 |
| | 90 | 1 | .6 | .6 | 100.0 |
| | Total | 164 | 100.0 | 100.0 | |

Hispanic

TOT

| N | Valid | 60 |
|---|---|---|
| | Missing | 0 |
| Mean | | 67.83 |
| Std. Error of Mean | | 1.24 |
| Median | | 70.00 |
| Std. Deviation | | 9.62 |
| Variance | | 92.58 |
| Skewness | | -.542 |
| Std. Error of Skewness | | .309 |
| Kurtosis | | .008 |
| Std. Error of Kurtosis | | .608 |
| Range | | 40 |
| Minimum | | 45 |
| Maximum | | 85 |

TOT

| | | Frequency | Percent | Valid Percent | Cumulative Percent |
|---|---|---|---|---|---|
| Valid | 45 | 1 | 1.7 | 1.7 | 1.7 |
| | 46 | 1 | 1.7 | 1.7 | 3.3 |
| | 48 | 1 | 1.7 | 1.7 | 5.0 |
| | 49 | 1 | 1.7 | 1.7 | 6.7 |
| | 50 | 1 | 1.7 | 1.7 | 8.3 |
| | 51 | 1 | 1.7 | 1.7 | 10.0 |
| | 55 | 1 | 1.7 | 1.7 | 11.7 |
| | 56 | 1 | 1.7 | 1.7 | 13.3 |
| | 59 | 3 | 5.0 | 5.0 | 18.3 |
| | 60 | 3 | 5.0 | 5.0 | 23.3 |
| | 61 | 2 | 3.3 | 3.3 | 26.7 |
| | 64 | 1 | 1.7 | 1.7 | 28.3 |
| | 65 | 2 | 3.3 | 3.3 | 31.7 |
| | 66 | 5 | 8.3 | 8.3 | 40.0 |
| | 68 | 2 | 3.3 | 3.3 | 43.3 |
| | 69 | 3 | 5.0 | 5.0 | 48.3 |
| | 70 | 5 | 8.3 | 8.3 | 56.7 |
| | 71 | 4 | 6.7 | 6.7 | 63.3 |
| | 73 | 4 | 6.7 | 6.7 | 70.0 |
| | 74 | 7 | 11.7 | 11.7 | 81.7 |
| | 76 | 2 | 3.3 | 3.3 | 85.0 |
| | 78 | 1 | 1.7 | 1.7 | 86.7 |
| | 79 | 3 | 5.0 | 5.0 | 91.7 |
| | 80 | 1 | 1.7 | 1.7 | 93.3 |
| | 84 | 2 | 3.3 | 3.3 | 96.7 |
| | 85 | 2 | 3.3 | 3.3 | 100.0 |
| | Total | 60 | 100.0 | 100.0 | |

**Statistics**

TOT

| N | Valid | 15 |
|---|---|---|
| | Missing | 0 |
| Mean | | 67.17 |
| Std. Error of Mean | | 2.01 |
| Median | | 68.75 |
| Std. Deviation | | 7.78 |
| Variance | | 60.60 |
| Skewness | | -.332 |
| Std. Error of Skewness | | .580 |
| Kurtosis | | -1.271 |
| Std. Error of Kurtosis | | 1.121 |
| Range | | 24 |
| Minimum | | 54 |
| Maximum | | 78 |

**TOT**

| | | Frequency | Percent | Valid Percent | Cumulative Percent |
|---|---|---|---|---|---|
| Valid | 54 | 1 | 6.7 | 6.7 | 6.7 |
| | 58 | 2 | 13.3 | 13.3 | 20.0 |
| | 59 | 1 | 6.7 | 6.7 | 26.7 |
| | 61 | 1 | 6.7 | 6.7 | 33.3 |
| | 66 | 2 | 13.3 | 13.3 | 46.7 |
| | 69 | 2 | 13.3 | 13.3 | 60.0 |
| | 73 | 2 | 13.3 | 13.3 | 73.3 |
| | 75 | 2 | 13.3 | 13.3 | 86.7 |
| | 76 | 1 | 6.7 | 6.7 | 93.3 |
| | 78 | 1 | 6.7 | 6.7 | 100.0 |
| | Total | 15 | 100.0 | 100.0 | |

**BPD Sgt -- Al**

TOT

| N | Valid | 5 |
|---|---|---|
| | Missing | 0 |
| Mean | | 61.00 |
| Std. Error of Mean | | 6.03 |
| Median | | 61.25 |
| Std. Deviation | | 13.47 |
| Variance | | 181.56 |
| Skewness | | -.602 |
| Std. Error of Skewness | | .913 |
| Kurtosis | | .088 |
| Std. Error of Kurtosis | | 2.000 |
| Range | | 35 |
| Minimum | | 41 |
| Maximum | | 76 |

TOT

| | | Frequency | Percent | Valid Percent | Cumulative Percent |
|---|---|---|---|---|---|
| Valid | 41 | 1 | 20.0 | 20.0 | 20.0 |
| | 56 | 1 | 20.0 | 20.0 | 40.0 |
| | 61 | 1 | 20.0 | 20.0 | 60.0 |
| | 70 | 1 | 20.0 | 20.0 | 80.0 |
| | 76 | 1 | 20.0 | 20.0 | 100.0 |
| | Total | 5 | 100.0 | 100.0 | |

### BPD Sgt -- Race Unspecified

TOT

| N | Valid | 39 |
|---|---|---|
| | Missing | 0 |
| Mean | | 75.16 |
| Std. Error of Mean | | 1.32 |
| Median | | 76.25 |
| Std. Deviation | | 8.22 |
| Variance | | 67.53 |
| Skewness | | -.348 |
| Std. Error of Skewness | | .378 |
| Kurtosis | | -.333 |
| Std. Error of Kurtosis | | .741 |
| Range | | 35 |
| Minimum | | 54 |
| Maximum | | 89 |

TOT

| | | Frequency | Percent | Valid Percent | Cumulative Percent |
|---|---|---|---|---|---|
| Valid | 54 | 1 | 2.6 | 2.6 | 2.6 |
| | 63 | 2 | 5.1 | 5.1 | 7.7 |
| | 64 | 1 | 2.6 | 2.6 | 10.3 |
| | 66 | 2 | 5.1 | 5.1 | 15.4 |
| | 68 | 3 | 7.7 | 7.7 | 23.1 |
| | 70 | 4 | 10.3 | 10.3 | 33.3 |
| | 71 | 1 | 2.6 | 2.6 | 35.9 |
| | 73 | 3 | 7.7 | 7.7 | 43.6 |
| | 74 | 1 | 2.6 | 2.6 | 46.2 |
| | 75 | 1 | 2.6 | 2.6 | 48.7 |
| | 76 | 2 | 5.1 | 5.1 | 53.8 |
| | 78 | 3 | 7.7 | 7.7 | 61.5 |
| | 79 | 2 | 5.1 | 5.1 | 66.7 |
| | 80 | 2 | 5.1 | 5.1 | 71.8 |
| | 83 | 3 | 7.7 | 7.7 | 79.5 |
| | 84 | 2 | 5.1 | 5.1 | 84.6 |
| | 85 | 2 | 5.1 | 5.1 | 89.7 |
| | 86 | 2 | 5.1 | 5.1 | 94.9 |
| | 88 | 1 | 2.6 | 2.6 | 97.4 |
| | 89 | 1 | 2.6 | 2.6 | 100.0 |
| | Total | 39 | 100.0 | 100.0 | |

BPD Sgt -- Mean comparisons between racial groups

Descriptives

TOT

| | N | Mean | Std. Deviation | Std. Error | 95% Confidence Interval for Mean | | Minimum | Maximum |
|---|---|---|---|---|---|---|---|---|
| | | | | | Lower Bound | Upper Bound | | |
| W | 342 | 74.17 | 8.86 | .48 | 73.22 | 75.11 | 45 | 94 |
| B | 164 | 67.08 | 9.36 | .73 | 65.64 | 68.52 | 40 | 90 |
| H | 60 | 67.83 | 9.62 | 1.24 | 65.35 | 70.32 | 45 | 85 |
| A | 15 | 67.17 | 7.78 | 2.01 | 62.86 | 71.48 | 54 | 78 |
| I | 5 | 61.00 | 13.47 | 6.03 | 44.27 | 77.73 | 41 | 76 |
| Total | 586 | 71.24 | 9.72 | .40 | 70.45 | 72.03 | 40 | 94 |

Test of Homogeneity of Variances

TOT

| Levene Statistic | df1 | df2 | Sig. |
|---|---|---|---|
| .447 | 4 | 581 | .775 |

ANOVA

TOT

| | Sum of Squares | df | Mean Square | F | Sig. |
|---|---|---|---|---|---|
| Between Groups | 7235.880 | 4 | 1808.970 | 21.870 | .000 |
| Within Groups | 48056.284 | 581 | 82.713 | | |
| Total | 55292.164 | 585 | | | |

## Post Hoc Tests

1975

## Multiple Comparisons

Dependent Variable: TOT

| | (I) R_E | (J) R_E | Mean Difference (I-J) | Std. Error | Sig. | 95% Confidence Interval Lower Bound | Upper Bound |
|---|---|---|---|---|---|---|---|
| Tukey HSD | W | B | 7.09* | .86 | .000 | 4.73 | 9.44 |
| | | H | 6.33* | 1.27 | .000 | 2.86 | 9.81 |
| | | A | 7.00* | 2.40 | .029 | .46 | 13.54 |
| | | I | 13.17* | 4.10 | .011 | 1.99 | 24.34 |
| | B | W | -7.09* | .86 | .000 | -9.44 | -4.73 |
| | | H | -.75 | 1.37 | .982 | -4.50 | 2.99 |
| | | A | -8.59E-02 | 2.45 | 1.000 | -6.78 | 6.61 |
| | | I | 6.08 | 4.13 | .580 | -5.18 | 17.34 |
| | H | W | -6.33* | 1.27 | .000 | -9.81 | -2.86 |
| | | B | .75 | 1.37 | .982 | -2.99 | 4.50 |
| | | A | .67 | 2.63 | .999 | -6.49 | 7.83 |
| | | I | 6.83 | 4.23 | .488 | -4.71 | 18.38 |
| | A | W | -7.00* | 2.40 | .029 | -13.54 | -.46 |
| | | B | 8.59E-02 | 2.45 | 1.000 | -6.61 | 6.78 |
| | | H | -.67 | 2.63 | .999 | -7.83 | 6.49 |
| | | I | 6.17 | 4.70 | .683 | -6.64 | 18.98 |
| | I | W | -13.17* | 4.10 | .011 | -24.34 | -1.99 |
| | | B | -6.08 | 4.13 | .580 | -17.34 | 5.18 |
| | | H | -6.83 | 4.23 | .488 | -18.38 | 4.71 |
| | | A | -6.17 | 4.70 | .683 | -18.98 | 6.64 |
| Scheffe | W | B | 7.09* | .86 | .000 | 4.42 | 9.76 |
| | | H | 6.33* | 1.27 | .000 | 2.40 | 10.27 |
| | | A | 7.00 | 2.40 | .076 | -.41 | 14.41 |
| | | I | 13.17* | 4.10 | .036 | .51 | 25.83 |
| | B | W | -7.09* | .86 | .000 | -9.76 | -4.42 |
| | | H | -.75 | 1.37 | .990 | -4.99 | 3.49 |
| | | A | -8.59E-02 | 2.45 | 1.000 | -7.67 | 7.50 |
| | | I | 6.08 | 4.13 | .705 | -6.68 | 18.84 |
| | H | W | -6.33* | 1.27 | .000 | -10.27 | -2.40 |
| | | B | .75 | 1.37 | .990 | -3.49 | 4.99 |
| | | A | .67 | 2.63 | .999 | -7.45 | 8.78 |
| | | I | 6.83 | 4.23 | .626 | -6.25 | 19.92 |
| | A | W | -7.00 | 2.40 | .076 | -14.41 | .41 |
| | | B | 8.59E-02 | 2.45 | 1.000 | -7.50 | 7.67 |
| | | H | -.67 | 2.63 | .999 | -8.78 | 7.45 |
| | | I | 6.17 | 4.70 | .786 | -8.35 | 20.68 |
| | I | W | -13.17* | 4.10 | .036 | -25.83 | -.51 |
| | | B | -6.08 | 4.13 | .705 | -18.84 | 6.68 |
| | | H | -6.83 | 4.23 | .626 | -19.92 | 6.25 |
| | | A | -6.17 | 4.70 | .786 | -20.68 | 8.35 |

*. The mean difference is significant at the .05 level.

# Homogeneous Subsets

TOT

| | R_E | N | Subset for alpha = .05 | |
|---|---|---|---|---|
| | | | 1 | 2 |
| Tukey HSD[a,b] | I | 5 | 61.00 | |
| | B | 164 | 67.08 | 67.08 |
| | A | 15 | 67.17 | 67.17 |
| | H | 60 | 67.83 | 67.83 |
| | W | 342 | | 74.17 |
| | Sig. | | .181 | .152 |
| Tukey B[a,b] | I | 5 | 61.00 | |
| | B | 164 | 67.08 | 67.08 |
| | A | 15 | 67.17 | 67.17 |
| | H | 60 | 67.83 | 67.83 |
| | W | 342 | | 74.17 |
| Scheffe[a,b] | I | 5 | 61.00 | |
| | B | 164 | 67.08 | 67.08 |
| | A | 15 | 67.17 | 67.17 |
| | H | 60 | 67.83 | 67.83 |
| | W | 342 | | 74.17 |
| | Sig. | | .307 | .270 |

Means for groups in homogeneous subsets are displayed.

a. Uses Harmonic Mean Sample Size = 17.103.

b. The group sizes are unequal. The harmonic mean of the group sizes is used. Type I error levels are not guaranteed.

BPD Sgt -- Race by P/F

| | | | R_E | | | | | | Total |
|---|---|---|---|---|---|---|---|---|---|
| | | | W | B | H | A | I | Ukn | |
| TOT_PF | 1 Pass | Count | 245 | 65 | 31 | 6 | 2 | 30 | 379 |
| | | % within R_E | 71.6% | 39.6% | 51.7% | 40.0% | 40.0% | 76.9% | 60.6% |
| | 2 Fail | Count | 97 | 99 | 29 | 9 | 3 | 9 | 246 |
| | | % within R_E | 28.4% | 60.4% | 48.3% | 60.0% | 60.0% | 23.1% | 39.4% |
| Total | | Count | 342 | 164 | 60 | 15 | 5 | 39 | 625 |
| | | % within R_E | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% |

1978

# Crosstabs

## Case Processing Summary

| | Cases | | | | | |
|---|---|---|---|---|---|---|
| | Valid | | Missing | | Total | |
| | N | Percent | N | Percent | N | Percent |
| TOT_PF * R2_3 | 566 | 100.0% | 0 | .0% | 566 | 100.0% |

## TOT_PF * R2_3 Crosstabulation

| | | | R2_3 | | Total |
|---|---|---|---|---|---|
| | | | White | B&H Only | |
| TOT_PF | Pass | Count | 245 | 96 | 341 |
| | | % within R2_3 | 71.6% | 42.9% | 60.2% |
| | Fail | Count | 97 | 128 | 225 |
| | | % within R2_3 | 28.4% | 57.1% | 39.8% |
| Total | | Count | 342 | 224 | 566 |
| | | % within R2_3 | 100.0% | 100.0% | 100.0% |

## Chi-Square Tests

| | Value | df | Asymp. Sig. (2-sided) | Exact Sig. (2-sided) | Exact Sig. (1-sided) |
|---|---|---|---|---|---|
| Pearson Chi-Square | 46.811[b] | 1 | .000 | | |
| Continuity Correction[a] | 45.617 | 1 | .000 | | |
| Likelihood Ratio | 46.857 | 1 | .000 | | |
| Fisher's Exact Test | | | | .000 | .000 |
| Linear-by-Linear Association | 46.728 | 1 | .000 | | |
| N of Valid Cases | 566 | | | | |

a. Computed only for a 2x2 table

b. 0 cells (.0%) have expected count less than 5. The minimum expected count is 89.05.

## Symmetric Measures

| | | Value | Approx. Sig. |
|---|---|---|---|
| Nominal by Nominal | Phi | .288 | .000 |
| | Cramer's V | .288 | .000 |
| | Contingency Coefficient | .276 | .000 |
| N of Valid Cases | | 566 | |

a. Not assuming the null hypothesis.

b. Using the asymptotic standard error assuming the null hypothesis.

# Crosstabs

## Case Processing Summary

| | Cases | | | | | |
|---|---|---|---|---|---|---|
| | Valid | | Missing | | Total | |
| | N | Percent | N | Percent | N | Percent |
| TOT_PF * R_E | 586 | 100.0% | 0 | .0% | 586 | 100.0% |

# Crosstabs

## Case Processing Summary

| | Cases | | | | | |
|---|---|---|---|---|---|---|
| | Valid | | Missing | | Total | |
| | N | Percent | N | Percent | N | Percent |
| TOT_PF * P_NP | 586 | 100.0% | 0 | .0% | 586 | 100.0% |

### TOT_PF * P_NP Crosstabulation

| | | | P_NP | | Total |
|---|---|---|---|---|---|
| | | | W | B/H/A/I | |
| TOT_PF | Pass | Count | 245 | 104 | 349 |
| | | % within P_NP | 71.6% | 42.6% | 59.6% |
| | Fail | Count | 97 | 140 | 237 |
| | | % within P_NP | 28.4% | 57.4% | 40.4% |
| Total | | Count | 342 | 244 | 586 |
| | | % within P_NP | 100.0% | 100.0% | 100.0% |

### Chi-Square Tests

| | Value | df | Asymp. Sig. (2-sided) | Exact Sig. (2-sided) | Exact Sig. (1-sided) |
|---|---|---|---|---|---|
| Pearson Chi-Square | 49.770[b] | 1 | .000 | | |
| Continuity Correction[a] | 48.573 | 1 | .000 | | |
| Likelihood Ratio | 50.005 | 1 | .000 | | |
| Fisher's Exact Test | | | | .000 | .000 |
| Linear-by-Linear Association | 49.685 | 1 | .000 | | |
| N of Valid Cases | 586 | | | | |

a. Computed only for a 2x2 table

b. 0 cells (.0%) have expected count less than 5. The minimum expected count is 98.68.

### Symmetric Measures

| | | Value | Asymp. Std. Error[a] | Approx. T[b] | Approx. Sig. |
|---|---|---|---|---|---|
| Nominal by Nominal | Phi | .291 | | | .000 |
| | Cramer's V | .291 | | | .000 |
| | Contingency Coefficient | .280 | | | .000 |
| Interval by Interval | Pearson's R | .291 | .040 | 7.362 | .000[c] |
| Ordinal by Ordinal | Spearman Correlation | .291 | .040 | 7.362 | .000[c] |
| N of Valid Cases | | 586 | | | |

a. Not assuming the null hypothesis.

b. Using the asymptotic standard error assuming the null hypothesis.

c. Based on normal approximation.

BPD DPX Sergeant 10/22/05
Written Examination Performance Distrubtion

| Score | All Applicants | | | Non-Protected (White) | | | Protected (B/H/A) | | | Nominal AI Ratio |
|---|---|---|---|---|---|---|---|---|---|---|
| | # | Cum | Cum % | # | Cum | Cum % | # | Cum | Cum % | |
| 100 | | | | | | | | | | |
| 97 | . | | | | | | | | | |
| 96 | . | | | | | | | | | |
| 95 | | | | | | | | | | |
| 94 | 1 | 1 | 0.16% | 1 | 1 | 0% | 0 | 0 | 0 | 0.0000 |
| 93 | 1 | 2 | 0.32% | 1 | 2 | 0.58% | 0 | 0 | 0.00% | 0.0000 |
| 92 | 0 | 2 | 0.32% | 0 | 2 | 0.58% | 0 | 0 | 0.00% | 0.0000 |
| 91 | 2 | 4 | 0.64% | 2 | 4 | 1.17% | 0 | 0 | 0.00% | 0.0000 |
| 90 | 4 | 8 | 1.28% | 3 | 7 | 2.05% | 1 | 1 | 0.41% | 0.2002 |
| 89 | 8 | 16 | 2.56% | 7 | 14 | 4.09% | 0 | 1 | 0.41% | 0.1001 |
| 88 | 7 | 23 | 3.68% | 5 | 19 | 5.56% | 1 | 2 | 0.82%. | 0.1475 |
| 87 | 0 | 23 | 3.68% | 0 | 19 | 5.56% | 0 | 2 | 0.82% | 0.1475 |
| 86 | 10 | 33 | 5.28% | 7 | 26 | 7.60% | 1 | 3 | 1.23% | 0.1617 |
| 85 | 20 | 53 | 8.48% | 12 | 38 | 11.11% | 6 | 9 | 3.69% | 0.3320 |
| 84 | 22 | 75 | 12.00% | 16 | 54 | 15.79% | 4 | 13 | 5.33% | 0.3374 |
| 83 | 29 | 104 | 16.64% | 24 | 78 | 22.81% | 2 | 15 | 6.15% | 0.2695 |
| 82 | 0 | 104 | 16.64% | 0 | 78 | 22.81% | 0 | 15 | 6.15% | 0.2695 |
| 81 | 17 | 121 | 19.36% | 15 | 93 | 27.19% | 2 | 17 | 6.97% | 0.2562 |
| 80 | 28 | 149 | 23.84% | 19 | 112 | 32.75% | 7 | 24 | 9.84% | 0.3004 |
| 79 | 22 | 171 | 27.36% | 12 | 124 | 36.26% | 8 | 32 | 13.11% | 0.3617 |
| 78 | 27 | 198 | 31.68% | 19 | 143 | 41.81% | 5 | 37 | 15.16% | 0.3627 |
| 77 | 0 | 198 | 31.68% | 0 | 143 | 41.81% | 0 | 37 | 15.16% | 0.3627 |
| 76 | 24 | 222 | 35.52% | 15 | 158 | 46.20% | 7 | 44 | 18.03% | 0.3903 |
| 75 | 26 | 248 | 39.68% | 18 | 176 | 51.46% | 7 | 51 | 20.90% | 0.4062 |
| 74 | 30 | 278 | 44.48% | 17 | 193 | 56.43% | 12 | 63 | 25.82% | 0.4575 |
| 73 | 32 | 310 | 49.60% | 17 | 210 | 61.40% | 12 | 75 | 30.74% | 0.5006 |
| 72 | 0 | 310 | 49.60% | 0 | 210 | 61.40% | 0 | 75 | 30.74% | 0.5006 |
| 71 | 30 | 340 | 54.40% | 15 | 225 | 65.79% | 14 | 89 | 36.48% | 0.5544 |
| 70 | 39 | 379 | 60.64% | 20 | 245 | 71.64% | 15 | 104 | 42.62% | 0.5950 |
| 69 | 25 | 404 | 64.64% | 9 | 254 | 74.27% | 16 | 120 | 49.18% | 0.6622 |
| 68 | 28 | 432 | 69.12% | 15 | 269 | 78.65% | 10 | 130 | 53.28% | 0.6774 |
| 67 | 0 | 432 | 69.12% | 0 | 269 | 78.65% | 0 | 130 | 53.28% | 0.6774 |
| 66 | 26 | 458 | 73.28% | 11 | 280 | 81.87% | 13 | 143 | 58.61% | 0.7158 |
| 65 | 20 | 478 | 76.48% | 11 | 291 | 85.09% | 9 | 152 | 62.30% | 0.7321 |
| 64 | 23 | 501 | 80.16% | 12 | 303 | 88.60% | 10 | 162 | 66.39% | 0.7494 |
| 63 | 18 | 519 | 83.04% | 9 | 312 | 91.23% | 7 | 169 | 69.26% | 0.7592 |
| 62 | 0 | 519 | 83.04% | 0 | 312 | 91.23% | 0 | 169 | 69.26% | 0.7592 |
| 61 | 21 | 540 | 86.40% | 6 | 318 | 92.98% | 15 | 184 | 75.41% | 0.8110 |
| 60 | 15 | 555 | 88.80% | 8 | 326 | 95.32% | 7 | 191 | 78.28% | 0.8212 |
| 59 | 15 | 570 | 91.20% | 5 | 331 | 96.78% | 10 | 201 | 82.38% | 0.8511 |
| 58 | 13 | 583 | 93.28% | 1 | 332 | 97.08% | 12 | 213 | 87.30% | 0.8992 |
| 57 | 0 | 583 | 93.28% | 0 | 332 | 97.08% | 0 | 213 | 87.30% | 0.8992 |
| 56 | 8 | 591 | 94.56% | 2 | 334 | 97.66% | 6 | 219 | 89.75% | 0.9190 |
| 55 | 4 | 595 | 95.20% | 0 | 334 | 97.66% | 4 | 223 | 91.39% | 0.9358 |
| 54 | 10 | 605 | 96.80% | 2 | 336 | 98.25% | 7 | 230 | 94.26% | 0.9595 |
| 53 | 2 | 607 | 97.12% | 1 | 337 | 98.54% | 1 | 231 | 94.67% | 0.9608 |
| 52 | 0 | 607 | 97.12% | 0 | 337 | 98.54% | 0 | 231 | 94.67% | 0.9608 |
| 51 | 4 | 611 | 97.76% | 2 | 339 | 99.12% | 2 | 233 | 95.49% | 0.9634 |
| 50 | 2 | 613 | 98.08% | 0 | 339 | 99.12% | 2 | 235 | 96.31% | 0.9716 |
| 49 | 5 | 618 | 98.88% | 2 | 341 | 99.71% | 3 | 238 | 97.54% | 0.9783 |

BPD DPX Sergeant 10/22/05
Written Examination Performance Distrubtion

| Score | All Applicants | | | Non Protected (White) | | | Protected (B/H/A) | | | Nominal AI Ratio |
|---|---|---|---|---|---|---|---|---|---|---|
| | # | Cum | Cum.% | # | Cum | Cum.% | # | Cum | Cum.% | |
| 48 | 1 | 619 | 99.04% | 0 | 341 | 99.71% | 1 | 239 | 97.95% | 0.9824 |
| 47 | 0 | 619 | 99.04% | 0 | 341 | 99.71% | 0 | 239 | 97.95% | 0.9824 |
| 46 | 1 | 620 | 99.20% | 0 | 341 | 99.71% | 1 | 240 | 98.36% | 0.9865 |
| 45 | 2 | 622 | 99.52% | 1 | 342 | 100.00% | 1 | 241 | 98.77% | 0.9877 |
| 44 | 0 | 622 | 99.52% | 0 | 342 | 100.00% | 0 | 241 | 98.77% | 0.9877 |
| 43 | 0 | 622 | 99.52% | 0 | 342 | 100.00% | 0 | 241 | 98.77% | 0.9877 |
| 42 | 0 | 622 | 99.52% | 0 | 342 | 100.00% | 0 | 241 | 98.77% | 0.9877 |
| 41 | 2 | 624 | 99.84% | 0 | 342 | 100.00% | 2 | 243 | 99.59% | 0.9959 |
| 40 | 1 | 625 | 100.00% | 0 | 342 | 100.00% | 1 | 244 | 100.00% | 1.0000 |
| 39 | . | | | | | | | | | |
| 38 | . | | | | | | | | | |
| 37 | . | | | | | | | | | |
| 1 | | | | | | | | | | |

1982



BDP DPX Sergeant Examination (10/22/05)
Performance Results by Protected & Non-Protected Groups

# of Applicants

Written Examination Score

P-NP

NP -- W

P -- BHAI