# United States District Court
# District of Massachusetts

**PEDRO LOPEZ, et al**
              PLAINTIFFS

**v.**

**CITY OF LAWRENCE, et al**
              DEFENDANTS

CIVIL ACTION NO.: 07-CV-11693-JLT

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE NAMED COURT:

    Please enter my appearance as attorney for the defendants, City of Springfield and Mayor Dominic J. Sarno, in the above entitled action.

Respectfully submitted,

/s/ William G. Cullinan, Esq.

_____

William G. Cullinan, Esq., BBO# 546110
Assistant City Solicitor
City of Springfield
Law Department
36 Court Street, Room 210
Springfield, MA 01103
Phone: 413-787-6085
Fax:  413-787-6173

---

The undersigned hereby certifies that a true copy of the within Defendant's Answer was this day served upon Plaintiff via the Federal Court's ECF Notice and delivery System to all parties.
SIGNED under the pains and penalties of perjury.

Dated:    March 25, 2009

/s/ William G. Cullinan, Esq.
_____
William G. Cullinan, Esq.

62832

# United States District Court
# District of Massachusetts

**PEDRO LOPEZ, et al**
              PLAINTIFFS

**v.**

**CITY OF LAWRENCE, et al**
              DEFENDANTS

CIVIL ACTION NO.: 07-CV-11693-JLT

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE NAMED COURT:

    Please enter my appearance as attorney for the defendant, City of Springfield, in the above entitled action.

Respectfully submitted,

/s/

_____
John T. Liebel, Esq. BBO#299660
Chief of Litigation
City of Springfield
Law Department
36 Court Street, Room 210
Springfield, MA 01103
Phone: 413-787-6085
Fax:  413-787-6173

---

**CERTIFICATE OF SERVICE**
The undersigned hereby certifies that a true copy of the within Defendant's Appearance was this day served upon Plaintiff by mailing copy of same or hand delivery to: Harold H. Lichten, Esq., Shannon Lis-Riordan, Esq., Leah M. Barrault, Esq., Pyle, Rome, Lichten, et al, P.C., 18 Tremont Street, Ste.500, Boston, MA 02108
SIGNED under the pains and penalties of perjury.
 Dated:   February 5, 2009

/s/_____
John T. Liebel, Esq.

02852

# United States District Court
# District of Massachusetts

**PEDRO LOPEZ, et al**
PLAINTIFFS

v.

**CITY OF LAWRENCE, et al**
DEFENDANTS

CIVIL ACTION NO.: 07-CV-11693-JLT

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE NAMED COURT:

Please enter my appearance as attorney for the defendant, City of Springfield, in the above entitled action.

Respectfully submitted,

/s/

_____
Maurice M. Cahillane, Esq. BBO#069660
Assistant City Solicitor
City of Springfield
Law Department
36 Court Street, Room 210
Springfield, MA 01103
Phone: 413-787-6085
Fax:  413-787-6173

---

**CERTIFICATE OF SERVICE**
The undersigned hereby certifies that a true copy of the within Defendant's Appearance was this day served upon Plaintiff by mailing copy of same or hand delivery  to: Harold H. Lichten, Esq., Shannon Lis-Riordan, Esq., Leah M. Barrault, Esq., Pyle, Rome, Lichten, et al, P.C., 18 Tremont Street, Ste.500, Boston, MA 02108
SIGNED under the pains and penalties of perjury.
 Dated:    February 5, 2009

/s/_____
Maurice M. Cahillane, Esq.