UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| PEDRO LOPEZ, et al. | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | Civil Action No. 07-11693-JLT |
| | * | |
| CITY OF LAWRENCE, et al. | * | |
| Defendants. | * | |

ORDER

April 6, 2009

TAURO, J.

After reviewing Parties' submissions, this court hereby orders the following:

1.   State Defendants' <u>Motion to Dismiss</u> [#142] is DENIED.

IT IS SO ORDERED.

/s/ Joseph L. Tauro<br>
United States District Judge