**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

_____
                                            )
PEDRO LOPEZ, et al.,                        )
       Plaintiffs                          )
                                            )
                                            )
v.                                          )
                                            )   **Case No.  07-CA-11693-JLT**
                                            )
CITY OF LAWRENCE, MASSACHUSETTS, et. al,    )
       Defendants                          )
_____)

**PLAINTIFFS' MOTION TO COMPEL STATE DEFENDANT TO PRODUCE NEWLY COMPILED DATA**

The Plaintiffs, by their attorneys, hereby move this Court pursuant to Fed.R.Civ.P. 37(a)(2)(B) to compel State Defendant to produce newly compiled data for the reasons set forth in their memorandum of law supporting this motion.

WHEREFORE, Plaintiffs request that this Motion to Compel State Defendant to Produce Newly Compiled Data be granted.

        Respectfully submitted,

        PEDRO LOPEZ, et al.,

        By their attorneys,

        /s Harold L. Lichten

        _____
        Harold L. Lichten, BBO #549689
        Shannon Liss-Riordan, BBO #640716
        Leah M. Barrault, BBO # 661626
        Pyle, Rome, Lichten, Ehrenberg
            & Liss-Riordan, P.C.
        18 Tremont St., Ste. 500
        Boston, MA 02108
        (617) 367-7200


Dated: April 8, 2009


## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing document was served upon the Court and counsel of record for defendants via the Court's ECF filing system, on April 8, 2009.

          /s Harold L. Lichten_____
          Harold L. Lichten