# EXHIBIT A



THE COMMONWEALTH OF MASSACHUSETTS
EXECUTIVE OFFICE FOR ADMINISTRATION AND FINANCE
HUMAN RESOURCES DIVISION
ONE ASHBURTON PLACE, BOSTON, MA 02108

DEVAL L. PATRICK
Governor

TIMOTHY P. MURRAY
Lieutenant Governor

LESLIE A. KIRWAN
Secretary

PAUL DIETL
Chief Human Resources Officer

## MEMORANDUM

**TO:** Edward Davis, Police Commissioner, BPD

**FROM:** Sally McNeely, Director, Policy and Talent Management

**DATE:** February 12, 2009

**SUBJECT:** October 2008 Promotional Exams

---

The Human Resources Division is pleased to inform you that, after a careful analysis and much guidance by our expert testing consultant, EB Jacobs, our office has established the passing points for the written component of the 2008 Police Promotional Sergeant, Lieutenant and Captain examinations, and is issuing the exam results in score bands.

Examination results will be mailed to applicants on 2/13/2009. The passing point for the written component of the 2008 Boston Sergeant exam is 66.25; of the Boston Lieutenant exam, 72.00; and, of the Boston Captain exam, 76.66. Each Boston exam title has its own numerical listing of score bands.

The passing points, as well as score bands, for this examination series, were recommended by HRD's experts, based on a statistical measurement of reliability of the exam performance of candidates. Score banding is premised on the belief that minor differences in test scores do not reliably predict differences in job performance. As such, applicants who passed all the exam components will be ranked by a score band which reflects the written exam score and experience and education credit (as well as assessment center results, for exams which include an assessment center component).

An applicant's ranking on the 2008 promotional list will be based on the exam score band he or she achieves. Please be advised that promotional candidates in the same exam band score are considered tied. As such, no bypass will occur unless a promotion is made from a lower band when candidates remain unselected in a higher band.

HRD intends to establish the 2008 promotional exam lists at the end of March, 2009. Exam passers may appeal their Education and Experience scoring within 17 calendar days after our mailing of exam marks on February 13, 2009. Due to the intricacies of weighting, averaging and score band calculations, adjustments to any Education and Experience score as a result of applicants' appeals may or may not have an impact on score bands. Applicants will be notified if any change to a score band that impacts their standing is made.

We hope this information is helpful and will very much appreciate your assistance in sharing it with the appropriate personnel.