# EXHIBIT B

FEB 18 2009 5:36AM    HP LASERJET 3200                                    p.1

THE COMMONWEALTH OF MASSACHUSETTS
EXECUTIVE OFFICE FOR ADMINISTRATION AND FINANCE
HUMAN RESOURCES DIVISION
ONE ASHBURTON PLACE, BOSTON, MA  02108

Pass/Fail Notice Date: 2009/02/13

Last 4 Digits of Applicant's SS#:
Veteran Status:
Written Exam Date: 2008/10/18
Exam ID:

Dear Applicant:

**The Human Resources Division regrets to inform you that you did not pass the examination for POLICE SERGEANT,                        Police Department:**

WRITTEN EXAM PASSING POINT:  65.00

SCORE BY SUBJECT IS:
WRITTEN:      60      Weight 4.0
EDUC EXP:  Not Scored          Weight 1.0
GENERAL AVERAGE:   Not Scored
PLUS PREF:   0.00

**Your Score Band for the overall exam is:  1**

Legend for Score Bands:    6 = 92.92 – 100 (GEN AVE PLUS PREF)      5 = 85.84 - 92.91 (GEN AVE PLUS PREF)
                           4 = 78.76 - 85.83 (GEN AVE PLUS PREF)    3 = 71.68 - 78.75 (GEN AVE PLUS PREF)
                           2= 66.00 - 71.67 (GEN AVE PLUS PREF)     1 = Failed Written and failed overall exam

After a careful analysis and much guidance by our expert testing consultant, EB Jacobs, the Human Resources Division (HRD) has established the passing point at 65.00 for the written component of this examination, and is now issuing the exam results in score bands.

The passing point, as well as score bands, for this examination were recommended by HRD's experts based upon a statistical measurement of reliability of the exam performance of candidates. Score banding is premised on the belief that minor differences in test scores do not reliably predict differences in job performance. As such, applicants who passed all the exam components will be ranked by a score band which reflects the written exam score and experience and education credit.

--------------------------------------------------------------------------------

Additional Information for Applicants:
Chapter 31, Section 22 of the Massachusetts General Laws provides that you may request the administrator to conduct a review of the marking of your answers to multiple choice questions. If you wish to exercise this right, please forward a written request which includes your full name, address, social security number, title of the examination and school at which you took the examination to:  Answer Sheet Review; Human Resources Division; Civil Service Unit; One Ashburton Place; Boston, MA  02108. You will be mailed a copy of your original answer sheet and the response key for the test so you can verify scoring of your answer sheet. Please note that this statute does not provide for the review or appeal of the test questions, nor can the marking of multiple choice exams be appealed.