# EXHIBIT C

Page 2 of 2

Rob

In a February 12, 2009 memorandum from Sally McNeely to the Boston Police Department she indicates that HRD (with the assistance of EB Jacobs) has done a "statistical measurement of reliability of the exam performance of candidates" taking the state wide sergeants' examination. Plaintiffs hereby request a copy of that reliability analysis. Plaintiffs believe they are entitled to such documentation pursuant to the parties' joint proposed order on document discovery ¶¶16, 17, 18, 19 and 20.

Thanks,

Leah Marie Barrault
Pyle Rome Lichten Ehrenberg & Liss-Riordan PC
18 Tremont Street, Suite 500
Boston MA 02108
(617) 367-7200
(617) 367-4820
lbarrault@prle.com

3/30/2009