# EXHIBIT D

# Leah Barrault

**From:** Quinan, Robert (AGO) [Robert.Quinan@state.ma.us]
**Sent:** Friday, March 20, 2009 1:43 PM
**To:** Leah Barrault
**Subject:** RE: Lopez v. HRD, et al.

Leah:

With respect to the documentation you seek below, all of the responsive documents in HRD's possession are protected from disclosure by the attorney-client privilege and/or the work product doctrine. Additionally, Judge Tauro has ruled that the only written discovery the parties are entitled to in this case are the items specified in the court's May 20, 2008 document discovery order. That order (inter alia, in paragraphs 16-20), which we negotiated and you approved in advance, expressly limits discovery to documents pertaining to examinations administered by HRD between 2003 and 2007. The documents you now seek relate only to (and, in fact, postdate) the police promotional exams administered in October 2008. Accordingly, the state defendants decline to produce the documents you request below. Should you wish to discuss the matter further, please do not hesitate to give me a call.

Rob Quinan
Managing Attorney
Administrative Law Division
Office of the Attorney General
One Ashburton Place, 20th floor
Boston, MA 02108
Phone: (617) 963-2554
fax: (617) 727-5785
E-address: Robert.Quinan@state.ma.us
Website: www.mass.gov/ago

---

**From:** Leah Barrault [mailto:lbarrault@prle.com]
**Sent:** Friday, March 13, 2009 3:26 PM
**To:** 'Quinan, Robert (AGO)'
**Cc:** 'Harold Lichten'; 'Shannon Liss-Riordan'
**Subject:** FW: Lopez v. HRD, et al.

Rob

Following up on this email. Is HRD going to produce this report or do we need to file a motion for its production?

Thanks,

Leah Marie Barrault
Pyle Rome Lichten Ehrenberg & Liss-Riordan PC
18 Tremont Street, Suite 500
Boston MA 02108
(617) 367-7200
(617) 367-4820
lbarrault@prle.com

---

**From:** Leah Barrault [mailto:lbarrault@prle.com]
**Sent:** Monday, March 02, 2009 8:50 AM
**To:** 'Quinan, Robert (AGO)'; 'Shin, Sookyoung (AGO)'; 'Alvarez, Iraida (AGO)'
**Cc:** 'Harold Lichten'; 'sliss@prle.com'
**Subject:** Lopez v. HRD, et al.

3/30/2009