# EXHIBIT E

COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, ss.

SUPERIOR COURT
C.A. No. 09-1254-E

THOMAS PRATT, ROBERT DISARIO,
PAUL CAMPBELL, THE BOSTON
POLICE PATROLMEN'S ASS'N, INC.,
and THE MASSACHUSETTS
COALITION OF POLICE, AFL-CIO,

Plaintiffs,

v.

PAUL DIETL, in his official capacity as
Chief Human Resources Officer of the
Commonwealth of Massachusetts and as
Executive of the Human Resources
Division, and the MASSACHUSETTS
CIVIL SERVICE COMMISSION,

Defendants.

## AFFIDAVIT OF RICK JACOBS

I, Rick Jacobs, hereby depose and state the following:

1.   I am the Chief Executive Officer of EB Jacobs, a national firm specializing in
     personnel performance measurement; research, design and analysis of
     personnel selection methods; and test development and validation.

2.   In addition to my role at EB Jacobs, I have been a Professor of psychology at
     The Pennsylvania State University since 1979.  I have been a regular
     contributor to the general industrial psychology literature with over 50
     articles, book chapters, and professional presentations bearing my name.

3.   My education background is as follows:

     In 1978, I obtained a Ph.D. in Industrial/Organizational Psychology from
     the University of California at Berkeley;

In 1974, I was awarded an M.A. in Industrial/Organizational Psychology from the San Diego State University; and

In 1972, I earned a B.A. in Psychology from the University of California at Los Angeles.

4. I have conducted extensive research into the relationships among seniority, experience, performance, and attitudes in determining success in both private and public sector professional positions. I have lengthy experience particularly in examining the factors that are predictive of success in the range of municipal police officer positions.

5. I have been the recipient of several high honors within my field, including achieving the status in 1997 of Fellow within the American Psychological Association/Society of Industrial and Organizational Psychologists. I am the recipient of the William A. Owens Scholarly Achievement Award (2000); the Yoder-Heneman Personnel Research Award (1992); and the James McKeen Cattell Award for Excellence in Research Design (1980).

6. I have consulted with, and provided expert testing services for, the Commonwealth of Massachusetts' Human Resources Division ("HRD") for many years. EB Jacobs played a direct role in the development of the promotional examinations keyed to the titles of municipal police sergeant, lieutenant, and captain that HRD administered statewide in October of 2008.

7. In the course of furnishing these consulting services associated with the 2008 police promotional examinations, EB Jacobs recommended to HRD the establishment of score bands in connection with candidates' test results. A 'score band' is a statistically derived confidence range that is applied to examination results.

8. EB Jacobs regularly establishes score bands for police promotional examinations administered by clients throughout the nation.

9. Every standardized examination of the sort employed by HRD (as well as many other civil service authorities nationwide) -- namely, a multiple-choice, knowledge-based, written test with between 80 and 120 or so questions – is less than perfectly reliable in assessing job knowledge and therefore contains quantifiable error. This error impacts the ability to predict future job performance in a higher grade, no matter how well constructed the examination might be. A test can be only so precise, and examinations of this nature have difficulty truly distinguishing between candidates who achieve similar raw scores. In other words, with respect to the type of test described above, minor differences in the number of questions answered correctly do not necessarily correspond to important differences in job performance. In fact,

2

the average test-taker would be unlikely to achieve an identical score on consecutive administrations of the same examination.

10. When HRD authorized EB Jacobs to band the scores of candidates who participated in HRD's 2008 police promotional examinations, my colleagues and I followed the traditional approach to creating fixed bands. There is widespread acceptance among experts in my field of this standard methodology.

11. To establish the band width, we examined the variance of the scores achieved by all candidates, the reliability of the relevant examination and scoring data, and we employed a 95% confidence interval standard.

12. The basic concept behind the traditional banding approach is that when testing data reflect more variable scores and less reliable results, then the associated band width will necessarily be larger and candidates with larger differences in their scores must be deemed equivalently situated. In contrast, as examination reliability increases (perhaps through more extensive testing), and smaller variations in test scores are observed, then, by operation of mathematical and statistical formulas, the band width will decrease and smaller differences between candidate scores will be deemed sufficient to distinguish between the candidates' relative qualifications.

13. Once the appropriate band width is determined following this formulistic approach, we take the maximum possible score number and subtract the band width number to arrive at a new number. All raw test scores between the maximum score possible and this new number will be labeled Band 9. Taking the number associated with the lower limit of Band 9 and subtracting the band width number again will establish the lower limit for Band 8. Subtracting the band width number from the lower limit of Band 8 will establish the lower limit for Band 7, and so on.

14. Each candidate's raw test score is examined and his or her score is placed into one of the bands.

15. Candidates within the same band should be considered equivalent in terms of their performance on the test. Differences in raw scores within a band should be attributable only to the lack of perfect precision in the measurement of candidate performance associated with a particular testing instrument.

16. Following the banding analysis we performed on the 2008 HRD police promotional examinations, EB Jacobs presented its findings to the Human Resources Division and assisted HRD in creating the scale that will determine the structure of its forthcoming eligible lists.

3

I affirm, under the pains and penalties of perjury, that the foregoing statements are, to the best of my knowledge, truthful and accurate.

Rick Jacobs, Ph.D.

Dated:  March 31, 2009