UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PEDRO LOPEZ, ET AL.,<br><br>                    Plaintiffs,<br><br>v.<br><br>CITY OF LAWRENCE MASSACHUSETTS, ET AL.,<br><br>                    Defendants. | CIVIL ACTION<br>NO. 07-11693-JLT |

### ASSENTED-TO MOTION FOR ENLARGEMENT OF TIME
### TO FILE OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL
### STATE DEFENDANTS TO PRODUCE NEWLY COMPILED DATA

State defendants, Commonwealth of Massachusetts and Paul Dietl in his capacity as Human Resources Officer of the Human Resources Division, respectfully request an enlargement of time for the filing of an opposition to "Plaintiffs' Motion to Compel State Defendant to Produce Newly Compiled Data" from April 20, 2009, to April 29, 2009. As grounds for this request, the state defendants state the following:

1. Lead counsel for state defendants is and will be out of the country for two weeks until April 28, 2009.

2. As a result, undersigned counsel for the state defendants was assigned to respond to this motion on April 10, 2009. Undersigned counsel has pre-existing professional commitments during the week of April 13, 2009, including the drafting and filing of Opposition to Motion for Judgment on the Pleadings in Burns v. Board of Registration in Veterinary Medicine, Barnstable Superior Court No. 08-0691; court appearance on a hearing on a motion to dismiss in Trefry v.

<u>Department of Children and Families</u>, Suffolk Superior Court No. 08-04719-A; drafting and filing of appellee's brief in <u>Town of East Bridgewater v. Edward T. Malmborg, Director of the Division of Unemployment Assistance</u>, Appeals Court No. 2009-P-0097; and other ongoing case responsibilities.

3. Because of these pre-existing commitments and the fact that lead counsel is the person most familiar with the facts necessary to respond to Plaintiffs' motion, undersigned counsel needs additional time to file an opposition to "Plaintiffs' Motion to Compel State Defendant to Produce Newly Compiled Data."

4. Plaintiffs' counsel has assented to this motion.

WHEREFORE, state defendants respectfully request that the Court enlarge the time for state defendants to file their opposition to "Plaintiffs' Motion to Compel State Defendant to Produce Newly Compiled Data" to <u>April 29, 2009.</u>

Respectfully submitted,

COMMONWEALTH OF MASSACHUSETTS, and PAUL DIETL, in his capacity as Human Resources Officer of the Human Resources Division,

By their attorney,

MARTHA COAKLEY
ATTORNEY GENERAL

/s/ Iraida J. Álvarez
Robert L. Quinan, Jr., BBO #553010
Iraida J. Álvarez, BBO #647521
Assistant Attorneys General
One Ashburton Place
Government Bureau
Boston, MA 02108-1598
(617) 727-2200

ASSENTED TO BY:

PEDRO LOPEZ, et al

By their attorney,


/s/Leah M. Barrault_____
Harold L. Lichten, BBO #549689
Shannon Liss-Riordan, BBO #640716
Leah M. Barrault, BBO# 661626
Pyle, Rome, Lichten, Ehrenberg &
Liss-Riordan, P.C.
18 Tremont Street, Suite 500
Boston, MA  02108
(617) 367-7200


                    Dated: April 14, 2009

## **CERTIFICATION PURSUANT TO RULE 7.1(A)(2)**

Pursuant to Local Rule 7.1(A)(2), the undersigned counsel for the State Defendants certifies that she conferred with Plaintiffs' counsel in good faith to attempt to resolve the issues raised by the instant motion and Plaintiffs' counsel assented to it.

/s/ Iraida J. Alvarez
Iraida J. Alvarez

## **CERTIFICATE OF SERVICE**

I, Iraida J. Alvarez, certify that on April 14, 2009, this document filed electronically through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to any persons indicated as non-registered participants.

/s/ Iraida J. Alvarez
Iraida J. Alvarez