UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PEDRO LOPEZ, et al.,<br><br>            Plaintiffs,<br><br>v.<br><br>CITY OF LAWRENCE, et al.,<br><br>            Defendants. | CIVIL ACTION<br>NO. 07-11693-JLT |

## STATE DEFENDANTS' NOTICE OF APPEAL

The State defendants, Commonwealth of Massachusetts and Paul Dietl in his capacity as Chief Human Resources Officer of the Human Resources Division, jointly appeal to the United States Court of Appeals for the First Circuit from the portion of the District Court's order entered April 7, 2009, that denied the State defendants' motion to dismiss the complaint under the Eleventh Amendment.  See Puerto Rico Aqueduct & Sewer Auth. v. Metcalf & Eddy, Inc., 506 U.S. 139 (1993); Toledo v. Sanchez, 454 F.3d 24, 29-30 (1st Cir. 2006).

    Respectfully submitted,

    COMMONWEALTH OF MASSACHUSETTS and
    PAUL DIETL, in his capacity as Chief Human
    Resources Officer of the Human Resources
    Division,

    By their attorney,

    MARTHA COAKLEY
    ATTORNEY GENERAL

     /s/ Sookyoung Shin
    Sookyoung Shin, BBO # 643713
    Assistant Attorney General
    One Ashburton Place, Room 2019
    Boston, MA 02108-1698
Dated: May 4, 2009    (617) 963-2052

## **CERTIFICATE OF SERVICE**

     I hereby certify that the above document will be served on May 4, 2009, by electronic notice for registered counsel and a copy will be served by first-class mail, postage pre-paid, for non-registered counsel.

                                        /s/ Sookyoung Shin
                                        Sookyoung Shin, BBO # 643713
                                        Assistant Attorney General