# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PEDRO LOPEZ, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF LAWRENCE, et al., <br><br> Defendants. | CIVIL ACTION <br> NO. 07-11693-JLT |

## ORDER

After reviewing the parties' submissions, this Court hereby orders the following:

1. State defendants' Motion to Stay Proceedings Pending Appeal [# ___] is ALLOWED. All proceedings will be stayed until 30 days after the mandate issues from the First Circuit in the State defendants' pending appeal.

IT IS SO ORDERED.

                                                              _____
                                                              Joseph L. Tauro
                                                              United States District Judge

Dated: _____