## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

USDC Docket Number: 07-cv-11693

USCA Docket Number: _____

Pedro Lopez, et al

v.

Commonwealth of Mass.  Paul Dietl

### CLERK'S CERTIFICATE OF THE ABBREVIATED RECORD ON APPEAL

I, Sarah Allison Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

Notice of Appeal #174   Order #168

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal filed on 5/4/2009.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on 5/13/2009.

Sarah Allison Thornton,
Clerk of Court

By: /s/ Jeanette Ramos
Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: _____.

_____
Deputy Clerk, US Court  of Appeals