UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
*******************************************
PEDRO LOPEZ, et al.                       *
                                          *
             Plaintiffs                   *
v.                                        *   Civil Action No. 07-11693-JLT
                                          *
CITY OF LAWRENCE, MASSACHUSETTS,          *
et al.                                    *
                                          *
             Defendants                   *
*******************************************
```

### MOTION OF DEFENDANT CITIES OF BOSTON, LAWRENCE, LOWELL, METHUEN, SPRINGFIELD & WORCESTER, AND DEFENDANT MASSACHUSETTS BAY TRANSPORTATION AUTHORITY TO BE RELIEVED OF OBLIGATIONS UNDER ORDER OF FINAL PRETRIAL CONFERENCE

Defendant Cities of Boston, Lawrence, Lowell, Methuen, Springfield and Worcester, and Defendant Massachusetts Bay Transportation Authority (collectively referred to as "Defendants"), jointly move to be relieved of the obligations under this Court's "Procedural Order re: Conference: Final Pretrial / Trial," dated April 21, 2009, due to the appeal of the State Defendants, and a related motion to stay proceedings.[1]  In support of this motion, Defendants state as follows:

1.   The Plaintiff Police Officers and Hispanic Law Enforcement Association have brought suit under Title VII of the Civil Rights Act of 1964, 42 U.S.C. §2000e et seq., and Mass. Gen. Laws ch. 151B, alleging that promotional exams for the position of sergeant as prepared and administered by the Human Resources Division of the Commonwealth of Massachusetts in 2005, 2006 and 2007 had an unlawful disparate impact on African-American and Hispanic applicants.

---

[1] The "State Defendants" are the Commonwealth of Massachusetts and Paul Dietl, in his capacity as Chief Human Resources Officer of the Human Resources Division.

2. On April 7, 2009, this Court denied the State Defendants' Motion to Dismiss or in the Alternative for Summary Judgment, filed on January 26, 2009. The State Defendants argued in their motion, <u>inter</u> <u>alia</u>, that Plaintiffs' claims against them were barred by the Eleventh Amendment to the U.S. Constitution.

3. On April 21, 2009, this Court issued its "Procedural Order re: Conference: Final Pretrial / Trial," setting a final pretrial conference for May 18, 2009, and requiring the filing of pretrial memoranda and/or trial documents within five (5) calendar days of the pretrial conference.

4. On May 4, 2009, the State Defendants filed a Notice of Appeal from the portion of this Court's order denying their motion to dismiss under the Eleventh Amendment. On May 8, 2009, the State Defendants filed a Motion to Stay Proceedings Pending Appeal. The motion to stay is pending before this Court. The State Defendants have indicated that they do not intend to file a pretrial memorandum in light of the pending motion to stay.

5. In light of the State Defendants' notice of appeal, and pending motion to stay, the Defendants should not be put to the time and expense of preparing pleadings and performing related obligations in compliance with this Court's pretrial order. Before this action can proceed to trial, it is first necessary to determine whether the State Defendants, who were responsible for preparing and administering the examinations which are the subject of this action, will remain as parties. Piecemeal litigation against the municipal defendants and MBTA will not serve the interests of Plaintiffs, this Court or any defendant.

5. In the alternative, should this motion be denied, Defendants pray that the pretrial memorandum and related filings not be due until ten (10) days after denial of this motion.

**CERTIFICATION PURSUANT TO RULE 7.1(A)(2)**

Pursuant to Local Rule 7.1(A)(2), the undersigned counsel for Defendant City of Boston certifies that he has conferred with Plaintiffs' counsel in a good faith attempt to resolve or narrow the issues raised by the instant motion.

/s/Robert P. Morris
Robert P. Morris

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| CITY OF BOSTON, | CITY OF LOWELL, |
| By its attorneys, | By its attorneys, |
| WILLIAM F. SINNOTT<br>Corporation Counsel | /s/Brian W. Leahey |
| /s/Robert P. Morris<br>Mary Jo Harris<br>B.B.O. #561484<br>Robert P. Morris<br>B.B.O. #546052<br>Special Assistant Corporation Counsel<br>MORGAN, BROWN & JOY, LLP<br>200 State Street, 11th Floor<br>Boston, MA 02109-2605<br>(617) 523-6666 | Brian W. Leahey, Assistant City Solicitor<br>BBO #567403<br>City of Lowell - Law Department<br>375 Merrimack Street, 3rd Floor<br>Lowell, MA 01852-5909<br>Tel: 978-970-4050<br>Fax: 978-453-1510 |
| Dated: May 13, 2009 | Dated: May 13, 2009 |

WILLIAM M. MANZI, III in his capacity as
MAYOR OF THE CITY OF METHUEN,
MASSACHUSETTS,

By their attorney,


/s/ Peter J. McQuillan

Peter J. McQuillan
B.B.O. #340180
Office of the City Solicitor
41 Pleasant Street, Room 311
Methuen, MA  01844
(978) 983-8575
(978) 983-8981

Dated:  May 13, 2009


CITY OF WORCESTER and MICHAEL
O'BRIEN,

By their attorneys,


/s/Laurie W. Engdahl

Laurie W. Engdahl
B.B.O. #554635
Daniel C. Brown
B.B.O. #648038
Collins, Loughran & Peloquin, P.C.
320 Norwood Park South
Norwood, MA 02062
(781) 762-2229

Dated:  May 13, 2009


CITY OF SPRINGFIELD,
MASSACHUSETTS, MAYOR
DOMENIC SARNO, JR. IN HIS
CAPACITY AS MAYOR FOR
THE CITY OF SPRINGFIELD,

By its Attorney,


/s/ Edward Pikula
Edward M. Pikula, Esq., BBO #399770
City Solicitor
City of Springfield - Law Department
36 Court Street, Room 210
Springfield, MA 01103
(413) 787-6085

Dated:  May 13, 2009


MASSACHUSETTS BAY
TRANSPORTATION AUTHORITY,
DANIEL GRABAUSKAS IN HIS
CAPACITY AS GENERAL
MANAGER, THE BOARD OF
TRUSTEES OF THE
MASSACHUSETTS BAY
TRANSPORTATION AUTHORITY,

By its Attorneys,


/s/Kevin S. McDermott
Kevin S. McDermott, BBO #544513
Assistant General Counsel
MBTA Law Department
Ten Park Plaza, Suite 7760
Boston, MA 02116
(617) 222-4756

Dated:  May 13, 2009

CITY OF LAWRENCE,
MASSACHUSETTS, AND JOHN (sic)
MICHAEL SULLIVAN, IN HIS
CAPACITY AS MAYOR OF THE CITY
OF LAWRENCE

By their Attorney,


/s/James M. Bowers
James M. Bowers, Esq., BBO #558759
Assistant City Attorney
Room 306 - City Hall
200 Common Street
Lawrence, MA 01840
(978) 794-5800

Dated:  May 13, 2009


## CERTIFICATE OF SERVICE

I, Robert P. Morris, certify that on May 13, 2009, this document filed electronically through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to any persons indicated as non-registered participants.


    /s/Robert P. Morris
    Robert P. Morris