# UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT

Case name <u>Lopez et al. v. City of Lawrence et al.</u>

District Court Case No. <u>07-11693-JLT</u>     District of <u>Massachusetts</u>

Date Notice of Appeal filed <u>5/4/2009</u>     Court of Appeals Case No. <u>Pending</u>

Form filed on behalf of <u>Commonwealth of Massachusetts; Paul Dietl, in his official capacity</u>

Transcript Not Necessary for this Appeal  ✓

Transcript Already Filed in District Court. List each transcript by docket entry number and date and type of proceeding (attach separate page if necessary) _____

Name of Court Reporter _____
Phone Number of Reporter _____

A. _____ This constitutes an order of the transcript of the following proceedings [check appropriate box(es) and indicate dates of hearing(s)]:

| PROCEEDING(S) | HEARING DATE(S) |
|---|---|
| ☐ Jury Voir Dire | |
| ☐ Opening Statement (plaintiff) | |
| ☐ Opening Statement (defendant) | |
| ☐ Trial | |
| ☐ Closing Argument (plaintiff) | |
| ☐ Closing Argument (defendant) | |
| ☐ Findings of Fact/Conclusions of Law | |
| ☐ Jury Instructions | |
| ☐ Change of Plea | |
| ☐ Sentencing | |
| ☐ Bail hearing | |
| ☐ Pretrial proceedings (specify) _____ | |
| ☐ Testimony (specify) _____ | |
| ☐ Other (specify) _____ | |

B. _____ I certify that I have contacted the court reporter and the following financial arrangements for payment of the transcript have been made:

☐ Private funds.
☐ Government expense (civil case). IFP status has been granted and a motion for transcript at government expense has been allowed. (Attach a copy of the order to each copy of this order form.)
☐ Criminal Justice Act. A CJA Form 24 has been approved by the <u>district court</u> judge.
☐ Criminal Justice Act. A CJA Form 24 is attached for authorization by the court of appeals.
☐ Federal Public Defender/Government Counsel - no CJA Form 24 necessary.

Filer's name <u>Sookyoung Shin</u>     Filer's Signature _/s/_

Firm/Address <u>Office of the Attorney General, One Ashburton Place, Boston, MA 02108</u>

Telephone number <u>617-963-2052</u>     Date mailed to court reporter <u>N/A</u>

(Court Reporter Use ONLY) Date received _____

Form CA1-10 (6/12/06)                                      SEE INSTRUCTIONS ON REVERSE

# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

PEDRO LOPEZ, et al.,

        Plaintiffs,

v.

CITY OF LAWRENCE, et al.,

        Defendants.

CIVIL ACTION
NO. 07-11693-JLT

## CERTIFICATE OF SERVICE

I, Sookyoung Shin, hereby certify that I caused a copy of the Transcript Report form, to be served by first-class mail, postage prepaid, on the counsel listed below on May 12, 2009:

Brian W. Leahey
Ciy of Lowell Law Department
City Hall
375 Merrimack Street
Lowell, MA 01852

Daniel C. Brown
Collins, Loughran & Peloquin
320 Norwood Park South
Norwood, MA 02062

Edward M. Pikula
Attorney Edward M. Pikula
1350 Main Street, 15th Floor
Springfield, MA 01103

James M. Bowers
Attorney at Law
261 Common Street
Lawrence, MA 01840

Harold L. Lichten
Pyle, Rome, Lichten, Ehrenberg
   & Liss-Riordan, P.C.
18 Tremont Street, Suite 500
Boston, MA 02108

Leah M. Barrault, Esq.
Pyle, Rome, Lichten, Ehrenberg
   & Liss-Riorda, P.C.
18 Tremont Street, Suite 500
Boston, MA 02108

Mark D. Selwyn
Wilmer Hale LLP
60 State Street
Boston, MA 02109

Jeffrey S. Gleason
Wilmer Hale LLP
60 State Street
Boston, MA 02109

| | |
|---|---|
| John T. Liebel<br>City of Springfield<br>36 Court Street, Suite 210<br>Springfield, MA 01103 | Mary Jo Harris<br>Morgan, Brown & Joy LLP<br>200 State Street, 11th Floor<br>Boston, MA 02109 |
| Kevin S. McDermott<br>MBTA Law Department<br>10 Park Plaza, 7th Floor<br>Boston, MA 02116 | Maurice M. Cahillane, Jr.<br>Egan, Flanagan & Cohen, PC<br>67 Market Street - PO Box 9035<br>Springfield, MA 01102-9035 |
| Laurie W. Engdahl<br>Collins, Loughran & Peloquin<br>320 Norwood Park South<br>Norwood, MA 02062 | William G. Cullinan<br>Law Office of William G. Cullinan<br>1350 Main Street<br>Springfield, MA 01103 |
| R. Eric Slagle<br>City of Lowell Law Department<br>375 Merrimack Street<br>3rd Floor<br>Lowell, MA 01852 | Shannon E. Liss-Riordan<br>Pyle, Rome Lichten, Ehrenberg<br>   & Liss-Riordan, P.C.<br>18 Tremont Street, Suite 500<br>Boston, MA 02108 |
| Rahsaan D. Hall<br>Lawyers' Committee for Civil Rights<br>   Under Law<br>294 Washington Street, Suite 443<br>Boston, MA 02108 | Vinita Ferrera<br>Wilmer Hale LLP<br>60 State Street<br>Boston, MA 02109 |
| Peter J. McQuillan<br>City of Methuen - Office of City Solicitor<br>Searles Building, Suite 311<br>41 Pleasant Street<br>Methuen, MA 01844 | Robert P. Morris<br>Morgan, Brown & Joy, LLP<br>200 State Street<br>11th Floor<br>Boston, MA 02109 |

Signed under the pains and penalties of perjury this 12th day of May 2009.

/s/ Shin

Sookyoung Shin
Assistant Attorney General
B.B.O. No. 643713