## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

PEDRO LOPEZ, et al.,

          Plaintiffs,

v.

          CIVIL ACTION
          NO. 07-11693-JLT

CITY OF LAWRENCE, et al.,

          Defendants.

## ORDER

After reviewing the parties' submissions, this Court hereby orders the following:

1.    State defendants' Motion to Stay Proceedings Pending Appeal [# 175] is

ALLOWED. All proceedings will be stayed until 30 days after the mandate issues from the First

Circuit in the State defendants' pending appeal.

IT IS SO ORDERED.

Joseph L. Tauro
United States District Judge

Dated: 5/13/09