# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

USDC Docket Number: 07-cv-11693
USCA Docket Number: 09-1664

Pedro Lopez

v.

Abel Cano, et al

## CLERK'S SUPPLEMENTAL CERTIFICATE OF THE RECORD ON APPEAL

I, Sarah Allison Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed ____ paper documents __X__ electronic documents:

**Main Documents:**

Document Numbers: 175 & 181   179 & electronic order

**Other Documents:**

Sealed Records:

Document Numbers:

*Ex parte* Records:

Document Numbers:

are to be included with the record on appeal in the above entitled case.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on 5/18/2009.

SARAH ALLISON THORNTON,
Clerk of Court

By: /s/ Jeanette Ramos
Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: _____.

_____
Deputy Clerk, US Court of Appeals