**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

_____

| | |
|---|---|
| PEDRO LOPEZ, et al., | ) |
| | ) |
| Plaintiffs | ) |
| | ) |
| | ) |
| | ) |
| v. | ) |
| | ) Case No.  07-CA-11693-JLT |
| | ) |
| CITY OF LAWRENCE, MASSACHUSETTS, et. al, | ) |
| | ) |
| Defendants | ) |

_____)

**NOTICE OF LAW FIRM CHANGE AND CHANGE OF ADDRESS**

PLEASE TAKE NOTICE that counsel for Plaintiffs in the above-referenced

matter, attorneys Harold Lichten, Shannon Liss-Riordan and Leah Barrault, are at a new

law firm and address:


Lichten & Liss-Riordan, P.C.
100 Cambridge Street, 20th Floor
Boston, Massachusetts 02114
Phone: 617-994-5800
Fax: 617-994-5801
www.llrlaw.com

1

Respectfully submitted,

PEDRO LOPEZ, et al.,

By their attorneys,

 /s/  Shannon Liss-Riordan
Harold L. Lichten, BBO #549689
Shannon Liss-Riordan, BBO #640716
Leah M. Barrault, BBO # 661626
Lichten & Liss-Riordan, P.C.
100 Cambridge Street, 20th Floor
Boston, Massachusetts 02114
Phone: 617-994-5800
Fax: 617-994-5801

Dated:    June 2, 2009


## CERTIFICATE OF SERVICE

I hereby certify that on June 2, 2009, I caused a copy of this document to be served by electronic filing on all counsel of record.

 /s/  Shannon Liss-Riordan
Shannon Liss-Riordan, Esq.