# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| PEDRO LOPEZ, et al. | ) |
|  | ) |
| Plaintiffs, | ) |
|  | ) |
| v. | ) Docket No. 07-CA-11693-JLT |
|  | ) |
| COMMONWEALTH OF MASSACHUSETTS, et al. | ) |
| Defendants. | ) |

NOTICE OF WITHDRAWAL OF APPEARANCE OF LEAH M. BARRAULT

Please withdraw attorney Leah M. Barrault as attorney for Plaintiffs in the above captioned matter. The firm of Lichten & Liss-Riordan, P.C. will continue to represent the Plaintiffs.

Respectfully submitted,

PEDRO LOPEZ, et al.

By their attorneys,

  /s/ Leah Marie Barrault
Harold L. Lichten, BBO #549689
Leah M. Barrault, BBO #661626
LICHTEN & LISS-RIORDAN, P.C.
100 Cambridge Street, 20th Floor
Boston, MA 02114
(617) 994-5800

Dated: October 16, 2009

2

**CERTIFICATE OF SERVICE**

    I hereby certify that on October 16, 2009, a copy of this document was served by electronic filing on all counsel of record.

                                       /s/ Leah M Barrault
                                       Leah M Barrault, Esq.