UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PEDRO LOPEZ, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>CITY OF LAWRENCE, MASSACHUSETTS, et al. )<br>)<br>)<br>Defendants. )<br>) | Civil Action No. 07-11693-JLT |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Please withdraw the appearance of Jeffrey S. Gleason as counsel to plaintiffs Shumeand Benfold, Angela Williams-Mitchell, Gwendolyn Brown, and Lynette Praileau, in the above-referenced matter.

Respectfully submitted,

/s/ Jeffrey S. Gleason
Jeffrey S. Gleason (BBO# 661489)
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, Massachusetts  02109
(617) 526-6000

Dated:  October 22, 2009

US1DOCS 7334274v1

- 2 -

**CERTIFICATE OF SERVICE**

     I, Jeffrey S. Gleason, hereby certify that a true and correct copy of the foregoing document will be sent via ECF to all counsel of record on this 22nd day of October, 2009.

                            /s/ Jeffrey S. Gleason_____
                            Jeffrey S. Gleason