# Commonwealth of Massachusetts
## SUFFOLK SUPERIOR COURT
### Case Summary
### Civil Docket

## Lopez et al v Mass et al

Details for Docket: SUCV2009-00576

### Case Information

| | | | |
|---|---|---|---|
| **Docket Number:** | SUCV2009-00576 | **Caption:** | Lopez et al v Mass et al |
| **Filing Date:** | 02/11/2009 | **Case Status:** | Needs damage assessment scheduled |
| **Status Date:** | 06/30/2009 | **Session:** | Civil A, 3 Pemberton Sq, Boston |
| **Lead Case:** | NA | **Case Type:** | Most |

### Tracking Deadlines

| | | | |
|---|---|---|---|
| **TRK:** | A | **Discovery:** | 02/01/2011 |
| **Service Date:** | 05/12/2009 | **Disposition:** | 01/27/2012 |
| **Rule 15:** | 05/07/2010 | **Rule 12/19/20:** | 07/11/2009 |
| **Final PTC:** | 07/31/2011 | **Rule 56:** | 04/02/2011 |
| **Answer Date:** | 06/11/2009 | **Jury Trial:** | NO |

### Case Information

| | | | |
|---|---|---|---|
| **Docket Number:** | SUCV2009-00576 | **Caption:** | Lopez et al v Mass et al |
| **Filing Date:** | 02/11/2009 | **Case Status:** | Needs damage assessment scheduled |
| **Status Date:** | 06/30/2009 | **Session:** | Civil A, 3 Pemberton Sq, Boston |
| **Lead Case:** | NA | **Case Type:** | Action against Commonwealth/municpl |

### Tracking Deadlines

| | | | |
|---|---|---|---|
| **TRK:** | A | **Discovery:** | 02/01/2011 |
| **Service Date:** | 05/12/2009 | **Disposition:** | 01/27/2012 |
| **Rule 15:** | 05/07/2010 | **Rule 12/19/20:** | 07/11/2009 |
| **Final PTC:** | 07/31/2011 | **Rule 56:** | 04/02/2011 |
| **Answer Date:** | 06/11/2009 | **Jury Trial:** | NO |

## Parties Involved

6 Parties Involved in Docket: SUCV2009-00576

| **Party** | **Role:** | Defendant |
|---|---|---|

| | | | |
|---|---|---|---|
| **Involved:** | | | |
| **Last Name:** | Dietl Per Admr | **First Name:** | Paul |
| **Address:** | Office of Atty General | **Address:** | 1 Ashburton Pl., Human Resources |
| **City:** | Boston | **State:** | MA |
| **Zip Code:** | 02108 | **Zip Ext:** | |
| **Telephone:** | | | |

| | | | |
|---|---|---|---|
| **Party Involved:** | | **Role:** | Defendant |
| **Last Name:** | Mass | **First Name:** | Comm of |
| **Address:** | Office of the Attorney General | **Address:** | 1 Ashburton Place |
| **City:** | Boston | **State:** | MA |
| **Zip Code:** | 02108 | **Zip Ext:** | |
| **Telephone:** | | | |

| | | | |
|---|---|---|---|
| **Party Involved:** | | **Role:** | Plaintiff |
| **Last Name:** | Brown | **First Name:** | Gwendolyn |
| **Address:** | | **Address:** | |
| **City:** | | **State:** | |
| **Zip Code:** | | **Zip Ext:** | |
| **Telephone:** | | | |

| | | | |
|---|---|---|---|
| **Party Involved:** | | **Role:** | Plaintiff |
| **Last Name:** | Lopez | **First Name:** | Pedro |
| **Address:** | | **Address:** | |
| **City:** | | **State:** | |
| **Zip Code:** | | **Zip Ext:** | |
| **Telephone:** | | | |

| | | | |
|---|---|---|---|
| **Party Involved:** | | **Role:** | Plaintiff |
| **Last Name:** | Rosario Jr | **First Name:** | Louis |
| **Address:** | | **Address:** | |
| **City:** | | **State:** | |
| **Zip Code:** | | **Zip Ext:** | |
| **Telephone:** | | | |

| | | | |
|---|---|---|---|
| **Party Involved:** | | **Role:** | Plaintiff |

| | | | |
|---|---|---|---|
| **Last Name:** | Tatum | **First Name:** | Spencer |
| **Address:** | | **Address:** | |
| **City:** | | **State:** | |
| **Zip Code:** | | **Zip Ext:** | |
| **Telephone:** | | | |

## Attorneys Involved

14 Attorneys Involved for Docket: SUCV2009-00576

| | | | |
|---|---|---|---|
| **Attorney Involved:** | | **Firm Name:** | LICH02 |
| **Last Name:** | Lichten | **First Name:** | Harold L |
| **Address:** | 100 Cambridge Street | **Address:** | 20th floor |
| **City:** | Boston | **State:** | MA |
| **Zip Code:** | 02114 | **Zip Ext:** | |
| **Telephone:** | 617-994-5800 | **Tel Ext:** | |
| **Fascimile:** | 617-994-5801 | **Representing:** | Lopez, Pedro (Plaintiff) |

| | | | |
|---|---|---|---|
| **Attorney Involved:** | | **Firm Name:** | LICH02 |
| **Last Name:** | Lichten | **First Name:** | Harold L |
| **Address:** | 100 Cambridge Street | **Address:** | 20th floor |
| **City:** | Boston | **State:** | MA |
| **Zip Code:** | 02114 | **Zip Ext:** | |
| **Telephone:** | 617-994-5800 | **Tel Ext:** | |
| **Fascimile:** | 617-994-5801 | **Representing:** | Brown, Gwendolyn (Plaintiff) |

| | | | |
|---|---|---|---|
| **Attorney Involved:** | | **Firm Name:** | LICH02 |
| **Last Name:** | Lichten | **First Name:** | Harold L |
| **Address:** | 100 Cambridge Street | **Address:** | 20th floor |
| **City:** | Boston | **State:** | MA |
| **Zip Code:** | 02114 | **Zip Ext:** | |
| **Telephone:** | 617-994-5800 | **Tel Ext:** | |
| **Fascimile:** | 617-994-5801 | **Representing:** | Tatum, Spencer (Plaintiff) |

| | | | |
|---|---|---|---|
| **Attorney Involved:** | | **Firm Name:** | LICH02 |
| **Last Name:** | Lichten | **First Name:** | Harold L |
| **Address:** | 100 Cambridge Street | **Address:** | 20th floor |

| | | | |
|---|---|---|---|
| **City:** | Boston | **State:** | MA |
| **Zip Code:** | 02114 | **Zip Ext:** | |
| **Telephone:** | 617-994-5800 | **Tel Ext:** | |
| **Fascimile:** | 617-994-5801 | **Representing:** | Rosario Jr, Louis (Plaintiff) |

| | | | |
|---|---|---|---|
| **Attorney Involved:** | | **Firm Name:** | PYLE01 |
| **Last Name:** | Barrault | **First Name:** | Leah M. |
| **Address:** | 18 Tremont Street | **Address:** | Suite 500 |
| **City:** | Boston | **State:** | MA |
| **Zip Code:** | 02108 | **Zip Ext:** | |
| **Telephone:** | 617-367-7200 | **Tel Ext:** | |
| **Fascimile:** | 617-367-4820 | **Representing:** | Lopez, Pedro (Plaintiff) |

| | | | |
|---|---|---|---|
| **Attorney Involved:** | | **Firm Name:** | PYLE01 |
| **Last Name:** | Barrault | **First Name:** | Leah M. |
| **Address:** | 18 Tremont Street | **Address:** | Suite 500 |
| **City:** | Boston | **State:** | MA |
| **Zip Code:** | 02108 | **Zip Ext:** | |
| **Telephone:** | 617-367-7200 | **Tel Ext:** | |
| **Fascimile:** | 617-367-4820 | **Representing:** | Tatum, Spencer (Plaintiff) |

| | | | |
|---|---|---|---|
| **Attorney Involved:** | | **Firm Name:** | PYLE01 |
| **Last Name:** | Barrault | **First Name:** | Leah M. |
| **Address:** | 18 Tremont Street | **Address:** | Suite 500 |
| **City:** | Boston | **State:** | MA |
| **Zip Code:** | 02108 | **Zip Ext:** | |
| **Telephone:** | 617-367-7200 | **Tel Ext:** | |
| **Fascimile:** | 617-367-4820 | **Representing:** | Brown, Gwendolyn (Plaintiff) |

| | | | |
|---|---|---|---|
| **Attorney Involved:** | | **Firm Name:** | PYLE01 |
| **Last Name:** | Barrault | **First Name:** | Leah M. |
| **Address:** | 18 Tremont Street | **Address:** | Suite 500 |
| **City:** | Boston | **State:** | MA |
| **Zip Code:** | 02108 | **Zip Ext:** | |
| **Telephone:** | 617-367-7200 | **Tel Ext:** | |
| **Fascimile:** | 617-367-4820 | **Representing:** | Rosario Jr, Louis (Plaintiff) |

| | | | |
|---|---|---|---|
| **Attorney Involved:** | | **Firm Name:** | LICH02 |
| **Last Name:** | Liss-Riordan | **First Name:** | Shannon E |
| **Address:** | 100 Cambridge St., 20th Floor | **Address:** | |
| **City:** | Boston | **State:** | MA |
| **Zip Code:** | 02114 | **Zip Ext:** | |
| **Telephone:** | 617-994-5800 | **Tel Ext:** | 217 |
| **Fascimile:** | 617-994-5801 | **Representing:** | Lopez, Pedro (Plaintiff) |

| | | | |
|---|---|---|---|
| **Attorney Involved:** | | **Firm Name:** | LICH02 |
| **Last Name:** | Liss-Riordan | **First Name:** | Shannon E |
| **Address:** | 100 Cambridge St., 20th Floor | **Address:** | |
| **City:** | Boston | **State:** | MA |
| **Zip Code:** | 02114 | **Zip Ext:** | |
| **Telephone:** | 617-994-5800 | **Tel Ext:** | 217 |
| **Fascimile:** | 617-994-5801 | **Representing:** | Tatum, Spencer (Plaintiff) |

| | | | |
|---|---|---|---|
| **Attorney Involved:** | | **Firm Name:** | LICH02 |
| **Last Name:** | Liss-Riordan | **First Name:** | Shannon E |
| **Address:** | 100 Cambridge St., 20th Floor | **Address:** | |
| **City:** | Boston | **State:** | MA |
| **Zip Code:** | 02114 | **Zip Ext:** | |
| **Telephone:** | 617-994-5800 | **Tel Ext:** | 217 |
| **Fascimile:** | 617-994-5801 | **Representing:** | Brown, Gwendolyn (Plaintiff) |

| | | | |
|---|---|---|---|
| **Attorney Involved:** | | **Firm Name:** | LICH02 |
| **Last Name:** | Liss-Riordan | **First Name:** | Shannon E |
| **Address:** | 100 Cambridge St., 20th Floor | **Address:** | |
| **City:** | Boston | **State:** | MA |
| **Zip Code:** | 02114 | **Zip Ext:** | |
| **Telephone:** | 617-994-5800 | **Tel Ext:** | 217 |
| **Fascimile:** | 617-994-5801 | **Representing:** | Rosario Jr, Louis (Plaintiff) |

| | | | |
|---|---|---|---|
| **Attorney Involved:** | | **Firm Name:** | MA02 |
| **Last Name:** | Wyzanski | **First Name:** | Charles M |
| **Address:** | 1 Ashburton Place | **Address:** | Room 1813 |
| **City:** | Boston | **State:** | MA |
| **Zip Code:** | 02108 | **Zip Ext:** | 1598 |

| | | | |
|---|---|---|---|
| **Telephone:** | 617-727-2200 | **Tel Ext:** | 2593 |
| **Fascimile:** | 617-727-3076 | **Representing:** | Mass, Comm of (Defendant) |
| **Attorney Involved:** | | **Firm Name:** | MA02 |
| **Last Name:** | Wyzanski | **First Name:** | Charles M |
| **Address:** | 1 Ashburton Place | **Address:** | Room 1813 |
| **City:** | Boston | **State:** | MA |
| **Zip Code:** | 02108 | **Zip Ext:** | 1598 |
| **Telephone:** | 617-727-2200 | **Tel Ext:** | 2593 |
| **Fascimile:** | 617-727-3076 | **Representing:** | Dietl Per Admr, Paul (Defendant) |

## Calendar Events

No Calendar Events found for Docket: SUCV2009-00576.

There are currently no calendar events associated with this case.

## Full Docket Entries

25 Docket Entries for Docket: SUCV2009-00576

| Entry Date: | Paper No: | Docket Entry: |
|---|---|---|
| 02/11/2009 | 1 | Complaint |
| 02/11/2009 | | Origin 1, Type E03, Track A. |
| 02/11/2009 | 2 | Civil action cover sheet filed (N/A) |
| 02/27/2009 | 3 | SERVICE RETURNED: Comm of Mass(Defendant) (in hand) |
| 02/27/2009 | 4 | SERVICE RETURNED: Paul Dietl Per Admr(Defendant) (in hand) |
| 06/04/2009 | | Case status changed to 'Needs review for answers' at service deadline |
| 06/04/2009 | | review |
| 06/30/2009 | 5 | Default re: Comm of Mass; Paul Dietl Per Admr (no answer by 1-88 |
| 06/30/2009 | 5 | deadline); Pltf directed to move for appropriate judgement by |
| 06/30/2009 | 5 | 07/30/2009. Copies mailed. |
| 06/30/2009 | | Case status changed to 'Needs damage assessment scheduled' at answer |
| 06/30/2009 | | deadline review |
| 07/17/2009 | 6 | Defendants' Rule 55 (c) Assented to MOTION to set aside entry of |
| 07/17/2009 | 6 | default |
| 07/17/2009 | 7 | Affidavit of Charles M Wyzanski |
| 07/22/2009 | | Motion (P#6) ALLOWED (Thomas A. Connors) (Dated 7/21/09) Notices |
| 07/22/2009 | | mailed 7/21/2009 |
| 11/18/2009 | 8 | State Defendants' MOTION to stay pending resolution of the parallel |

| Date | | Entry |
|---|---|---|
| 11/18/2009 | 8 | federal action (w/o opp) |
| 11/27/2009 | | Motion (P#8 ALLOWED Counsel are ordered to report to this Court when |
| 11/27/2009 | | the Parallel has reached its outcome (Thomas E. Connolly, Justice) |
| 11/27/2009 | | Notices mailed 11/25/2009 |
| 11/27/2009 | | Motion (P#8) ALLOWED Counsel are orderd to report to this Court when |
| 11/27/2009 | | the Parallel action has reach its outcome (Thomas E. Connolly, |
| 11/27/2009 | | Justice) Notices mailed 11/27/2009 |