UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                    )
PEDRO LOPEZ, et al.                 )
                                    )
            Plaintiffs,             )
                                    )  Civil Action No. 07-11693-JLT
        v.                          )
                                    )
CITY OF LAWRENCE, et al.            )
                                    )
            Defendant.              )
_____ )

**NOTICE OF APPEARANCE OF JOSEPH L. SULMAN**

Please enter the appearance of Joseph L. Sulman as attorney for the Plaintiffs, on behalf of themselves and all others similarly situated, in the above captioned matter.

Respectfully submitted,

PEDRO LOPEZ, et al.

By their attorneys,

 /s/ Joseph L. Sulman
Harold L. Lichten, BBO #549689
Shannon Liss-Riordan, BBO# 640716
Joseph L. Sulman, BBO #663635
LICHTEN & LISS-RIORDAN, P.C.
100 Cambridge Street, 20th Floor
Boston, MA 02114
 (617) 994-5800

Date:  January 26, 2010

## **CERTIFICATE OF SERVICE**

    I hereby certify that on January 26, 2010, a copy of this document was served by electronic filing on all counsel of record.

                                              /s/ Joseph L. Sulman
                                                Joseph L. Sulman