# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PEDRO LOPEZ, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF LAWRENCE, et al., <br><br> Defendants, | CIVIL ACTION <br> NO. 07-11693 |

### DEFENDANT CITY OF SPRINGFIELD'S OPPOSITION TO STATE DEFENDANTS' MOTION FOR ENTRY OF ORDER OF DISMISSAL WITH PREJUDICE

Defendant City of Springfield, one of the Defendants in the above-captioned case, offers this opposition to the State Defendants': (a) motion for entry of order of dismissal with prejudice and (b) request to be excused from attending the status conference scheduled for February 1, 2010.[1] The Defendant City of Springfield has yet to file an Answer to the Plaintiffs' Sixth Amended Complaint. Furthermore, the Defendant City of Springfield has not been given adequate time to develop any Cross-claims it may have against the State Defendants, and intends to file its Answer and any Cross claims after the status conference. As a result, this Court should deny the State Defendants' motion at this time, and allow the City of Springfield additional time to file its Answer and any Cross-claims. In addition, this Court should deny the State

---

[1] The "State Defendants" are the Commonwealth of Massachusetts and Paul Dietl, in his capacity as Chief Human Resources Officer of the Human Resources Division.

59690

Defendants' request to be excused from the status conference scheduled for February 1, 2010, since this Court has yet to enter the order dismissing the State Defendants from this case, and procedural questions remain which need to be resolved with the appearance by the State Defendants at the status conference.

        Respectfully Submitted,

        **The Defendant**
        **CITY OF SPRINGFIELD**
        By its Attorney:

        */s/ Edward M. Pikula*

        Edward M. Pikula, Esq.
        BBO # 399770
        CITY OF SPRINGFIELD
        LAW DEPARTMENT
        36 Court Street
        Springfield, Massachusetts 01103
        Telephone:    (413) 787-6085
        Telefax:    (413) 787-6173

59690

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that he caused a true copy of the above described documents to be served upon all parties pursuant to Electronic Case Filing Administrative Procedures on February 1, 2010:

Dated: February 1, 2010

_____
Edward M. Pikula, Esq.

59690