UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

*******************************************
**PEDRO LOPEZ, et al.**              *
                                     *
         **Plaintiffs**               *
                                     *
v.                                   *   Civil Action No. 07-11693-GAO
                                     *
**CITY OF LAWRENCE, MASSACHUSETTS,**  *
**et al.**                           *
                                     *
         **Defendants**               *
*******************************************

### JOINT MOTION OF DEFENDANT CITIES OF BOSTON, LAWRENCE, LOWELL, METHUEN, SPRINGFIELD & WORCESTER, AND DEFENDANT MASSACHUSETTS BAY TRANSPORTATION AUTHORITY FOR RECONSIDERATION OF RULING TERMINATING DISPOSITIVE MOTIONS

Defendant Cities of Boston, Lawrence, Lowell, Methuen, Springfield and Worcester, and Defendant Massachusetts Bay Transportation Authority (collectively referred to as "Defendants"), jointly move the Court for reconsideration of its decision to terminate the parties' opportunity to file dispositive motions prior to trial, and as reasons therefore, assign the arguments and authorities set forth in the accompanying *Memorandum Of Law Of Defendant Cities Of Boston, Lawrence, Lowell, Methuen, Springfield & Worcester, And Defendant Massachusetts Bay Transportation Authority In Support Of Joint Motion For Reconsideration Of Ruling Terminating Dispositive Motions*. More particularly, the Defendants propose that the Court grant the Defendants the opportunity to file a single Joint Motion for Summary Judgment. Defendants propose that such a Motion could be filed by March 2, 2010, so as not to delay disposition of the case, in the event that trial is still deemed necessary.

WHEREFORE, the Defendants respectfully request the Court reconsider its decision to terminate the filing of dispositive motions by the Defendants, and permit the Defendants to file a

single Joint Motion for Summary Judgment within a reasonable time period (March 2, 2010), so as not to unreasonably delay disposition of the Plaintiffs' claims.

### CERTIFICATION PURSUANT TO RULE 7.1(A)(2)

Pursuant to Local Rule 7.1(A)(2), the undersigned counsel for Defendant City of Worcester certifies that she has conferred with Plaintiffs' counsel in a good faith attempt to resolve or narrow the issues raised by the instant motion.

/s/Laurie W. Engdahl
Laurie W. Engdahl

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| CITY OF BOSTON, | CITY OF LOWELL, |
| By its attorneys, | By its attorneys, |
| | |
| WILLIAM F. SINNOTT<br>Corporation Counsel | /s/Brian W. Leahey |
| | Brian W. Leahey, Assistant City Solicitor |
| /s/Robert P. Morris | BBO #567403 |
| Mary Jo Harris | City of Lowell - Law Department |
| B.B.O. #561484 | 375 Merrimack Street, 3rd Floor |
| Robert P. Morris | Lowell, MA 01852-5909 |
| B.B.O. #546052 | Tel: 978-970-4050 |
| Special Assistant Corporation Counsel | Fax: 978-453-1510 |
| MORGAN, BROWN & JOY, LLP | |
| 200 State Street, 11th Floor | Dated: February 9, 2010 |
| Boston, MA 02109-2605 | |
| (617) 523-6666 | |
| | |
| Dated: February 9, 2010 | |

| | |
|---|---|
| WILLIAM M. MANZI, III in his capacity as MAYOR OF THE CITY OF METHUEN, MASSACHUSETTS,<br><br>By their attorney,<br><br><br>/s/ Peter J. McQuillan<br><br>Peter J. McQuillan<br>B.B.O. #340180<br>Office of the City Solicitor<br>41 Pleasant Street, Room 311<br>Methuen, MA  01844<br>(978) 983-8575<br>(978) 983-8981<br><br>Dated:  February 9, 2010 | CITY OF WORCESTER and MICHAEL O'BRIEN,<br><br>By their attorneys,<br><br><br>/s/Laurie W. Engdahl<br><br>Laurie W. Engdahl<br>B.B.O. #554635<br>Daniel C. Brown<br>B.B.O. #648038<br>Collins, Loughran & Peloquin, P.C.<br>320 Norwood Park South<br>Norwood, MA 02062<br>(781) 762-2229<br><br>Dated:  February 9, 2010 |
| CITY OF SPRINGFIELD, MASSACHUSETTS, MAYOR DOMENIC SARNO, JR. IN HIS CAPACITY AS MAYOR FOR THE CITY OF SPRINGFIELD,<br><br>By its Attorney,<br><br><br>/s/ Edward Pikula<br>Edward M. Pikula, Esq., BBO #399770<br>City Solicitor<br>City of Springfield - Law Department<br>36 Court Street, Room 210<br>Springfield, MA 01103<br>(413) 787-6085<br><br>Dated: February 9, 2009 | MASSACHUSETTS BAY TRANSPORTATION AUTHORITY, DANIEL GRABAUSKAS IN HIS CAPACITY AS GENERAL MANAGER, THE BOARD OF TRUSTEES OF THE MASSACHUSETTS BAY TRANSPORTATION AUTHORITY,<br><br>By its Attorneys,<br><br><br>/s/Kevin S. McDermott<br>Kevin S. McDermott, BBO #544513<br>Assistant General Counsel<br>MBTA Law Department<br>Ten Park Plaza, Suite 7760<br>Boston, MA 02116<br>(617) 222-4756 |

Dated: February 9, 2009

CITY OF LAWRENCE,
MASSACHUSETTS, AND JOHN (sic)
MICHAEL SULLIVAN, IN HIS
CAPACITY AS MAYOR OF THE CITY
OF LAWRENCE

By their Attorney,


/s/James M. Bowers
James M. Bowers, Esq., BBO #558759
Assistant City Attorney
Room 306 - City Hall
200 Common Street
Lawrence, MA 01840
(978) 794-5800

Dated: February 9, 2009


## CERTIFICATE OF SERVICE

     I, Laurie W. Engdahl, certify that on February 9, 2010, this document filed electronically through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to any persons indicated as non-registered participants.


                                       /s/Laurie W. Engdahl
                                       Laurie W. Engdahl