# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

_____

PEDRO LOPEZ, et al.

         Plaintiffs,

         v.

CITY OF LAWRENCE, et al.

         Defendant.
_____

Civil Action No. 07-11693-GAO

## MOTION FOR LEAVE TO AMEND COMPLAINT

Plaintiffs, by their attorneys, hereby move pursuant to Fed.R.Civ.P. 15 to amend their Complaint to add supplemental allegations concerning the most recent 2008 police sergeant's exam. As discussed at the recent pretrial conference, the results of this exam have been certified and have been used recently to make new promotional decisions. The proposed amended complaint also removes the state Commonwealth Division of Human Resources ("HRD") as a named defendant, as HRD has been dismissed from this action.

The proposed Seventh Amended Complaint simply allows the plaintiffs' claims to conform to the most updated facts in the case. Indeed, this motion to amend is substantially similar to the Plaintiffs' January 15, 2008, motion to amend filed for the purpose of adding allegations relating to the 2007 police sergeant's exam. See Pl. Mtn. to Amend, ECF Doc. 30, granted per February 6, 2008 order, ECF Doc. 48.

Wherefore, the Plaintiffs request that this Court grant leave to allow them to file their Seventh Amended Complaint. The proposed Seventh Amended Complaint is attached hereto as <u>Exhibit A</u>.

Respectfully submitted,

PEDRO LOPEZ, et al.

By their attorneys,

/s/ Joseph L. Sulman
Harold L. Lichten, BBO #549689
Shannon Liss-Riordan, BBO# 640716
Joseph L. Sulman, BBO #663635
LICHTEN & LISS-RIORDAN, P.C.
100 Cambridge Street, 20th Floor
Boston, MA 02114
(617) 994-5800

Date: February 17, 2010

## CERTIFICATE OF SERVICE

I hereby certify that on February 17, 2010, a copy of this document was served by electronic filing on all counsel of record.

/s/ Joseph L. Sulman
Joseph L. Sulman