UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PEDRO LOPEZ, ET AL, <br> Plaintiffs, <br><br> v. <br><br> CITY OF LAWRENCE, <br> MASSACHUSETTS, ET AL <br> Defendants | C.A. No. 07-11693-GAO |

### THE DEFENDANTS' MOTION TO DISMISS

The Defendants are: City of Lawrence, and John Michael Sullivan in his capacity as Mayor of the City of Lawrence[1]; City of Methuen, and William Manzi, III in his capacity as Mayor of the City of Methuen; City of Lowell, and the Appointing Authority of the City of Lowell; City of Worcester, and Michael O'Brien in his capacity as the Mayor of the City of Worcester; City of Boston; Massachusetts Bay Transportation Authority (hereinafter "MBTA"), Daniel Grabauskas in his capacity as General Manager of the MBTA, and the Board of Trustees for the MBTA; and City of Springfield, and Domenic Sarno in his capacity as Mayor of the City of Springfield (collectively, the "Defendants"). (Sixth Amended Complaint, pars. 49-71).

The Defendants move this Court, pursuant to Fed. R. Civ. P. 12 (b)(1) and 12 (c), to dismiss the Complaint on the ground that Plaintiffs have no standing to bring their claims and, therefore, this Court lacks subject matter jurisdiction and/or to dismiss the Complaint on the ground that Title VII does not prohibit employers, such as the Defendants, from complying with the Commonwealth's facially-neutral state wide testing requirements. For the reasons set forth

---

[1] Evidently, the individually named Defendants and the Board of Trustees of the MBTA are sued in their official capacities only because injunctive relief is requested and the real Defendants for liability purposes are the respective municipal Defendants and the MBTA. *See, Stratton v. City of Boston*, 731 F. Supp. 42, 45-46 (D. Mass. 1989): *see genl., Hafer v. Melo*, 112 S.Ct. 358 (1991).

more fully in the accompanying Memorandum In Support Of The Defendants' Motion To Dismiss, the Defendants submit that this Honorable Court should dismiss with prejudice all Counts under both Title VII of the Civil Rights Act of 1964 and M.G.L. c. 151B (the Massachusetts Fair Employment Practices Act).[2]

## REQUEST FOR ORAL ARGUMENT

The Defendants believe that an oral argument may assist the Court and, therefore, wish to be heard and make this request for oral argument.

## CERTIFICATION PURSUANT TO RULE 7.1(A)(2)

Pursuant to Local Rule 7.1(A)(2), the undersigned counsel for the Defendant MBTA certifies that he has conferred with Plaintiffs' counsel in a good faith attempt to resolve or narrow the issues raised by the instant motion.

/s/Kevin S. McDermott

Respectfully submitted,
CITY OF BOSTON,
By its attorneys,

Respectfully submitted,
CITY OF LOWELL and the APPOINTING AUTHORITY for the CITY OF LOWELL,
By their attorneys,

WILLIAM F. SINNOTT
Corporation Counsel

/s/Brian W. Leahey

/s/Robert P. Morris
Mary Jo Harris, B.B.O. #561484
Robert P. Morris, B.B.O. #546052
Special Assistant Corporation Counsel
MORGAN, BROWN & JOY, LLP
200 State Street, 11th Floor
Boston, MA 02109-2605
(617) 523-6666

Brian W. Leahey, Assistant City Solicitor
BBO #567403
City of Lowell - Law Department
375 Merrimack Street, 3rd Floor
Lowell, MA 01852-5909
Tel: 978-970-4050
Fax: 978-453-1510

Dated: March 16, 2010

Dated: March 16, 2010

---

[2] The Defendants reserve their rights to raise, as may be needed, through motions in limine or/and summary judgment, issues unique to each Defendant and/or to specific Plaintiffs.

CITY OF METHUEN and WILLIAM M. MANZI, III in his capacity as MAYOR of the CITY OF METHUEN,

By their attorney,

/s/ Peter J. McQuillan

Peter J. McQuillan
B.B.O. #340180
Office of the City Solicitor
41 Pleasant Street, Room 311
Methuen, MA 01844
(978) 983-8575
(978) 983-8981

Dated: March 16, 2010

CITY OF SPRINGFIELD and MAYOR DOMENIC SARNO, JR. in his capacity as MAYOR of the CITY OF SPRINGFIELD,

By their Attorney,

/s/ Edward Pikula

Edward M. Pikula, Esq., BBO #399770
City Solicitor
City of Springfield - Law Department
36 Court Street, Room 210
Springfield, MA 01103
(413) 787-6085

Dated: March 16, 2010

CITY OF WORCESTER and MICHAEL O'BRIEN in his capacity as MAYOR of the CITY OF WORCESTER,

By their attorneys,

/s/Laurie W. Engdahl

Laurie W. Engdahl
B.B.O. #554635
Daniel C. Brown
B.B.O. #648038
Collins, Loughran & Peloquin, P.C.
320 Norwood Park South
Norwood, MA 02062
(781) 762-2229

Dated: March 16, 2010

MBTA, DANIEL GRABAUSKAS in his capacity as GENERAL MANAGER, and THE BOARD OF TRUSTEES OF THE MBTA,

By their Attorney,

/s/Kevin S. McDermott

Kevin S. McDermott, BBO #544513
Assistant General Counsel
MBTA Law Department
Ten Park Plaza, Suite 7760
Boston, MA 02116
(617) 222-4756

Dated: March 16, 2010

CITY OF LAWRENCE and JOHN
MICHAEL SULLIVAN in his capacity as
MAYOR of the CITY OF LAWRENCE

By their Attorney,


/s/James M. Bowers
James M. Bowers, Esq., BBO #558759
Assistant City Attorney
Room 306 - City Hall
200 Common Street
Lawrence, MA 01840
(978) 794-5800

Dated: March 16, 2010


## CERTIFICATE OF SERVICE

I, Kevin S. McDermott, certify that on March 16, 2010, this document filed electronically through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to any persons indicated as non-registered participants.

/s/Kevin S. McDermott
Kevin S. McDermott