UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                   )
PEDRO LOPEZ, et al.                )
                                   )
            Plaintiffs,            )
                                   )   Civil Action No. 07-11693-GAO
        v.                         )
                                   )
CITY OF LAWRENCE, et al.           )
                                   )
Defendant.                         )
_____ )

**PLAINTIFFS' ASSENTED TO MOTION FOR EXTENSION**

The Plaintiffs, through counsel, respectfully request a one-week extension on their deadline to file an opposition to the Defendants' Motion to Dismiss. The Defendants' motion was filed on March 16, 2010, and thus the Plaintiffs' opposition was due on Tuesday, March 30. Through this motion, Plaintiffs request a one-week extension to file their opposition on or before April 6, 2010. As grounds for this motion, the Plaintiffs state as follows:

1. The Plaintiffs' counsel has several briefs due this week, including an opposition to a motion to dismiss in the related state court action involving the Plaintiffs and the Commonwealth of Massachusetts.

2. There are no outstanding deadlines or scheduled hearings in this matter that will be affected by the requested extension.

3. The Defendants have granted their assent to this requested extension.

For the foregoing reasons, the Plaintiffs request that this Court grant their motion and extend the Plaintiffs' deadline to file an opposition to the Defendants' Motion to Dismiss until **Tuesday, April 6, 2010.**

|  |  |
|---|---|
|  | Respectfully submitted,<br>PEDRO LOPEZ, et al.<br>By their attorneys, |
| Dated: March 30, 2010 | /s/ Joseph L. Sulman<br>Harold L. Lichten, BBO #549689<br>Shannon Liss-Riordan, BBO #640716<br>Joseph L. Sulman, BBO # 663635<br>Lichten & Liss-Riordan, P.C.<br>100 Cambridge Street, 20th Floor<br>Boston, MA 02114<br>(617) 994-5800 |

## CERTIFICATE OF SERVICE

I hereby certify that on March 30, 2010, a copy of this document was served by electronic filing on all counsel of record.

    /s/ Joseph L. Sulman
        Joseph L. Sulman