UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                    )
PEDRO LOPEZ, et al.                 )
                                    )
            Plaintiffs,             )
                                    )   Civil Action No. 07-11693-GAO
      v.                            )
                                    )
CITY OF LAWRENCE, et al.            )
                                    )
Defendant.                          )
_____)

## PLAINTIFFS' ASSENTED TO MOTION FOR EXTENSION

The Plaintiffs, through counsel, respectfully request a one-day extension on their deadline to file an opposition to the Defendants' Motion to Dismiss. The Defendants' motion was filed on March 16, 2010, and thus the Plaintiffs' opposition was due on Tuesday, March 30. On March 30, 2010, this Court granted the Plaintiffs' assented-to motion for a one week extension to file on or before April 6, 2010. For the following reasons, the Plaintiffs respectfully request one additional day to file their opposition:

1. The Plaintiffs' attorneys have worked diligently on preparing the opposition, but due to conflicts in the co-counsels' schedule they have not had sufficient time to finalize their opposition.

2. There are no outstanding deadlines or scheduled hearings in this matter that will be affected by the requested extension.

3. All of the Defendants have assented to this motion.

For the foregoing reasons, the Plaintiffs request that this Court grant their motion and extend the Plaintiffs' deadline to file an opposition to the Defendants' Motion to Dismiss until **Wednesday, April 7, 2010.**

|  |  |
|---|---|
|  | Respectfully submitted, <br> PEDRO LOPEZ, et al. <br> By their attorneys, |
| Dated: April 6, 2010 | /s/ Joseph L. Sulman <br> Harold L. Lichten, BBO #549689 <br> Shannon Liss-Riordan, BBO #640716 <br> Joseph L. Sulman, BBO # 663635 <br> Lichten & Liss-Riordan, P.C. <br> 100 Cambridge Street, 20th Floor <br> Boston, MA 02114 <br> (617) 994-5800 |

## CERTIFICATE OF SERVICE

I hereby certify that on April 6, 2010, a copy of this document was served by electronic filing on all counsel of record.

/s/ Joseph L. Sulman
Joseph L. Sulman