UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PEDRO LOPEZ, et al.<br>　　Plaintiffs,<br><br>v.<br><br>CITY OF LAWRENCE, et al.<br><br>　　Defendants. | Civil Action No. 07-11693-JLT |

## AFFIDAVIT OF JOSEPH L. SULMAN, ESQ.

I, Joseph L. Sulman, hereby depose and state under oath as follows:

1.　I am an attorney in good standing licensed to practice in the Commonwealth of Massachusetts, and admitted in the United States District Court of Massachusetts and the Court of Appeals of the First Circuit. I am co-counsel to the Plaintiffs in this matter. I provide the following information based on my personal knowledge.

2.　Exhibit A to Plaintiffs' Opposition to Defendant's Motion to Dismiss ("Plaintiff's Opposition") is a true and correct copy of a Boston Globe article by Brian Ballou, dated October 31, 2007, located and printed on April 7, 2010 from www.boston.com.

3.　Exhibit B to Plaintiffs' Opposition is a true and correct copy of the Findings of Fact, Conclusions of Law and Order of the Hearing Commissioner in Harris v. Worcester, 94-SEM-0589, 94-SEM-0590, April 26, 2002.

4.　Exhibit C to Plaintiff's Opposition is a true and correct copy of Defendant City of Boston's Response and Objections to the Supplemental Request for the

1

Production of Documents and Supplemental Interrogatories, sent on March 25, 2010. Part of the production has been redacted for confidentiality, and certain produced documents are not included because they are duplicative of information provided in the enclosed documents.

5. Exhibit D to Plaintiff's Opposition is a true and correct copy of the results of the 2006 police sergeant examination for the City of Lawrence that was produced to Plaintiffs during discovery in this matter.

6. Exhibit E to Plaintiff's Opposition is a true and correct copy of the results of the 2006 police sergeant examination for the City of Lowell that was produced to Plaintiffs during discovery in this matter.

7. Exhibit F to Plaintiff's Opposition is a true and correct copy of the Supplemental Expert Report of Joel P. Wiesen in Lopez v. Commonwealth, which has previously been filed by the Plaintiffs in this matter.

8. Exhibit G to Plaintiff's Opposition is a true and correct copy of the Expert Report of Frank Landy in Lopez v. Commonwealth, which has previously been filed by the Plaintiffs in this matter.

Signed under the pains and penalties of perjury, this 7 day of April, 2010.

_____
Joseph L. Sulman

CERTIFICATE OF SERVICE

I hereby certify that on April 7, 2010, I caused a copy of this document to be served by hand on all counsel of record.

_____
Joseph L Sulman

2