# EXHIBIT C

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

PEDRO LOPEZ, et al.,                           *
                                               *
               Plaintiffs                      *
                                               *
v.                                             *   Civil Action No. 07-11693-GAO
                                               *
CITY OF LAWRENCE, MASSACHUSETTS,               *
et al.,                                        *
                                               *
               Defendants                      *

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### DEFENDANT CITY OF BOSTON'S OBJECTIONS AND RESPONSES TO PLAINTIFFS' SUPPLEMENTAL REQUEST FOR PRODUCTION OF DOCUMENTS

Defendant City of Boston ("Boston") objects to Plaintiffs' Supplemental Request for Production of Documents, to the extent that the Instructions and Definitions thereto exceed the requirements of the Federal Rules of Civil Procedure and/or the Local Rules of the U.S. District Court for the District of Massachusetts.

**REQUEST NO. 1:**

Please provide all documents reflecting all Police Sergeant promotions from January 2008 to the present, including requisitions, civil service lists, certifications, promotion letters, etc.

**RESPONSE:**

Boston objects to this request on the ground that it is overly broad, seeks documents irrelevant to the claim or defense of any party, and is not reasonably calculated to lead to the discovery of admissible evidence. Boston further objects to this request on the ground that it would be unduly burdensome to respond to in full, and on the ground that the use of the term "etc." is ambiguous. Without waiving these objections, and specifically reserving them, Boston responds as follows:

Boston will produce for inspection and copying documents reflecting promotions to the position of Police Sergeant between January 1, 2008 and the present, to the extent such documents are presently known to Boston, and are within Boston's possession, custody or control.

Respectfully submitted,

CITY OF BOSTON,

By its Attorneys,

WILLIAM F. SINNOTT
Corporation Counsel

Mary Jo Harris (BBO # 561484)
Robert P. Morris (BBO #546052)
Special Assistant Corporation
Counsel
MORGAN BROWN & JOY, LLP
200 State Street, 11th Floor
Boston, MA 02109-2605
(617) 523-6666

Dated: March 25, 2010

## CERTIFICATE OF SERVICE

I, Robert P. Morris, certify that on March 25, 2010, I caused to be served a copy of the within pleading by first class mail, postage prepaid, on Joseph L. Sulman, Esq., Lichten & Liss-Riordan, P.C., 100 Cambridge Street, 20th Floor, Boston, MA 02114, and by first class mail, postage prepaid, on all other counsel of record hereto.

Robert P. Morris

2

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| PEDRO LOPEZ, et al., | \* |
| | \* |
| **Plaintiffs** | \* |
| v. | \* Civil Action No. 07-11693-GAO |
| | \* |
| CITY OF LAWRENCE, MASSACHUSETTS, | \* |
| et al., | \* |
| | \* |
| **Defendants** | \* |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## DEFENDANT CITY OF BOSTON'S OBJECTIONS AND ANSWERS TO PLAINTIFFS' SUPPLEMENTAL INTERROGATORIES

Defendant City of Boston ("Boston") objects to Plaintiffs' Supplemental Interrogatories, to the extent that the Definitions and Instructions thereto exceed the requirements of the Federal Rules of Civil Procedure and/or the Local Rules of the U.S. District Court for the District of Massachusetts.

**INTERROGATORY NO. 1:**

Please set forth each promotion to the position of Sergeant made by your Police Department from January 1, 2008 to the present and for each such promotion list whether the individual is Caucasian, Black, or Hispanic.

**ANSWER:**

Pursuant to Fed. R. Civ. P. 33(d), see Exhibit 1 hereto, showing the requested information as of March 10, 2010.

**INTERROGATORY NO. 2:**

List the name of each Police Sergeant in your Police Department and indicate whether such sergeant is Caucasian, Black, or Hispanic.

ANSWER:

Boston objects to this interrogatory on the ground that it is ambiguous, in that it does not specify the time period for which information is sought.  Without waiving these objections, and specifically reserving them, Boston states as follows with respect to Boston Police sergeants as of March 9, 2010:

Pursuant to Fed. R. Civ. P. 33(d), see Exhibit 2 hereto.

As to objections:

_____

Mary Jo Harris, BBO #561484
Robert P. Morris, BBO #546052
Special Corporation Counsel
MORGAN, BROWN & JOY, LLP
200 State Street, 11th Floor
Boston, MA  02109-2605
(617) 523-6666

Boston's Answers to Plaintiffs' Supplemental Interrogatories are a corporate response and contain information assembled from Boston's records, employees, counsel and other sources.  I have read Boston's Answers to Plaintiffs' Supplemental Interrogatories and although the answers are not based on my personal knowledge of all the facts, I believe the answers to be true and accurate to the best of my information and belief.

Signed under the pains and penalties of perjury this 22 day of March 2010.

_____

2

Respectfully submitted,

CITY OF BOSTON,

By its Attorneys,

WILLIAM F. SINNOTT
Corporation Counsel

Mary Jo Harris (BBO # 561484)
Robert P. Morris (BBO #546052)
Special Corporation Counsel
MORGAN BROWN & JOY, LLP
200 State Street, 11th Floor
Boston, MA 02109-2605
(617) 523-6666

Dated: March 25, 2010

## CERTIFICATE OF SERVICE

I, Robert P. Morris, certify that on March 25, 2010, I caused to be served a copy of the within pleading by first class mail, postage prepaid, on Joseph L. Sulman, Esq., Lichten & Liss-Riordan, P.C., 100 Cambridge Street, 20th Floor, Boston, MA 02114, and by first class mail, postage prepaid, on all other counsel of record hereto.

Robert P. Morris

3

# EXHIBIT 1

## Promotions to Sergeant
## 1/1/08 - Present

| ID | Name | Rank | Ethnicity | From Date |
|----|------|------|-----------|-----------|
| 001451 | | Police Sergeant | WHITE | 07/28/08 |
| 008954 | | Police Sergeant | WHITE | 07/28/08 |
| 009571 | | Police Sergeant | WHITE | 07/28/08 |
| 010256 | | Police Sergeant | WHITE | 07/28/08 |
| 010501 | | Police Sergeant | WHITE | 07/28/08 |
| 010519 | | Police Sergeant | BLACK | 07/28/08 |
| 010646 | | Police Sergeant | WHITE | 07/28/08 |
| 011280 | | Police Sergeant | WHITE | 07/28/08 |
| 011406 | | Police Sergeant | WHITE | 07/28/08 |
| 011468 | | Police Sergeant | WHITE | 07/28/08 |
| 011669 | | Police Sergeant | WHITE | 07/28/08 |
| 012261 | | Police Sergeant | WHITE | 07/28/08 |
| 011624 | | Police Sergeant | HISPA | 10/24/08 |
| 011342 | | Police Sergeant | WHITE | 10/24/08 |
| 011340 | | Police Sergeant | WHITE | 10/24/08 |
| 008269 | | Police Sergeant | WHITE | 03/01/2010 |
| 008784 | | Police Sergeant | WHITE | 03/01/2010 |
| 008952 | | Police Sergeant | WHITE | 03/01/2010 |
| 010288 | | Police Sergeant | WHITE | 03/01/2010 |
| 010445 | | Police Sergeant | WHITE | 03/01/2010 |
| 010719 | | Police Sergeant | WHITE | 03/01/2010 |
| 010746 | | Police Sergeant | WHITE | 03/01/2010 |
| 011180 | | Police Sergeant | WHITE | 03/01/2010 |
| 011261 | | Police Sergeant | WHITE | 03/01/2010 |
| 011312 | | Police Sergeant | BLACK | 03/01/2010 |
| 011419 | | Police Sergeant | WHITE | 03/01/2010 |
| 011600 | | Police Sergeant | WHITE | 03/01/2010 |
| 011737 | | Police Sergeant | WHITE | 03/01/2010 |
| 011810 | | Police Sergeant | WHITE | 03/01/2010 |
| 011826 | | Police Sergeant | WHITE | 03/01/2010 |
| 012138 | | Police Sergeant | WHITE | 03/01/2010 |
| 012260 | | Police Sergeant | WHITE | 03/01/2010 |
| 012274 | | Police Sergeant | WHITE | 03/01/2010 |
| 080397 | | Police Sergeant | WHITE | 03/01/2010 |
| 080412 | | Police Sergeant | WHITE | 03/01/2010 |
| 080416 | | Police Sergeant | WHITE | 03/01/2010 |
| 086124 | | Police Sergeant | WHITE | 03/01/2010 |
| 091875 | | Police Sergeant | WHITE | 03/01/2010 |
| 091903 | | Police Sergeant | WHITE | 03/01/2010 |
| 095182 | | Police Sergeant | WHITE | 03/01/2010 |

Data from PS as of 3/10/10 (HR)

# EXHIBIT 2

Sergeants by Ethnicity as of 03-09-10

| LN FN | Ethic Grp | Job Title |
|-------|-----------|-----------|
|  | WHITE | Sgt |
|  | HISPA | Sgt |
|  | WHITE | Sgt |
|  | WHITE | Sgt |
|  | WHITE | Sgt |
|  | BLACK | Sgt |
|  | WHITE | Sgt |
|  | WHITE | Sgt |
|  | BLACK | Sgt |
|  | WHITE | Sgt |
|  | WHITE | Sgt |
|  | WHITE | Sgt |
|  | WHITE | Sgt |
|  | WHITE | Sgt |
|  | WHITE | Sgt |
|  | BLACK | Sgt |
|  | WHITE | Sgt |
|  | WHITE | Sgt |
|  | WHITE | Sgt |
|  | WHITE | Sgt |
|  | WHITE | Sgt |
|  | WHITE | Sgt |
|  | WHITE | Sgt |
|  | WHITE | Sgt |
|  | WHITE | Sgt |
|  | WHITE | Sgt |
|  | WHITE | Sgt |
|  | BLACK | Sgt |
|  | WHITE | Sgt |
|  | WHITE | Sgt |
|  | WHITE | Sgt |
|  | WHITE | Sgt |
|  | WHITE | Sgt |
|  | WHITE | Sgt |
|  | WHITE | Sgt |
|  | WHITE | Sgt |
|  | WHITE | Sgt |
|  | WHITE | Sgt |
|  | BLACK | Sgt |
|  | WHITE | Sgt |
|  | WHITE | Sgt |
|  | WHITE | Sgt |
|  | WHITE | Sgt |
|  | WHITE | Sgt |
|  | WHITE | Sgt |
|  | WHITE | Sgt |
|  | WHITE | Sgt |
|  | WHITE | Sgt |
|  | WHITE | Sgt |
|  | WHITE | Sgt |

Data from PS as of 03-09-10 (KIMM)

Sergeants by Ethnicity as of 03-09-10

| ENTEN | Ethnic Grp | Job Title |
|---|---|---|
| | WHITE | Sgt |
| | BLACK | Sgt |
| | WHITE | Sgt |
| | WHITE | Sgt |
| | BLACK | Sgt |
| | WHITE | Sgt |
| | WHITE | Sgt |
| | WHITE | Sgt |
| | WHITE | Sgt |
| | WHITE | Sgt |
| | WHITE | Sgt |
| | WHITE | Sgt |
| | WHITE | Sgt |
| | WHITE | Sgt |
| | WHITE | Sgt |
| | WHITE | Sgt |
| | WHITE | Sgt |
| | WHITE | Sgt |
| | WHITE | Sgt |
| | BLACK | Sgt |
| | BLACK | Sgt |
| | BLACK | Sgt |
| | WHITE | Sgt |
| | WHITE | Sgt |
| | WHITE | Sgt |
| | WHITE | Sgt |
| | WHITE | Sgt |
| | WHITE | Sgt |
| | WHITE | Sgt |
| | BLACK | Sgt |
| | WHITE | Sgt |
| | BLACK | Sgt |
| | BLACK | Sgt |
| | WHITE | Sgt |
| | WHITE | Sgt |
| | WHITE | Sgt |
| | WHITE | Sgt |
| | WHITE | Sgt |
| | WHITE | Sgt |
| | WHITE | Sgt |
| | WHITE | Sgt |
| | WHITE | Sgt |
| | BLACK | Sgt |
| | WHITE | Sgt |
| | WHITE | Sgt |
| | WHITE | Sgt |
| | HISPA | Sgt |
| | WHITE | Sgt |
| | WHITE | Sgt |
| | WHITE | Sgt |
| | WHITE | Sgt |

Data from PS as of 03-09-10 (KIMM)

Sergeants by Ethnicity as of 03-09-10

| LN FN | EthnicGrp | Job Title |
|---|---|---|
| | WHITE | Sgt |
| | WHITE | Sgt |
| | WHITE | Sgt |
| | WHITE | Sgt |
| | WHITE | Sgt |
| | WHITE | Sgt |
| | WHITE | Sgt |
| | WHITE | Sgt |
| | WHITE | Sgt |
| | WHITE | Sgt |
| | WHITE | Sgt |
| | WHITE | Sgt |
| | WHITE | Sgt |
| | WHITE | Sgt |
| | WHITE | Sgt |
| | WHITE | Sgt |
| | WHITE | Sgt |
| | BLACK | Sgt |
| | BLACK | Sgt |
| | WHITE | Sgt |
| | WHITE | Sgt |
| | BLACK | Sgt |
| | WHITE | Sgt |
| | WHITE | Sgt |
| | WHITE | Sgt |
| | WHITE | Sgt |
| | WHITE | Sgt |
| | WHITE | Sgt |
| | WHITE | Sgt |
| | WHITE | Sgt |
| | BLACK | Sgt |
| | WHITE | Sgt |
| | HISPA | Sgt |
| | WHITE | Sgt |
| | WHITE | Sgt |
| | WHITE | Sgt |
| | BLACK | Sgt |
| | WHITE | Sgt |
| | WHITE | Sgt |
| | WHITE | Sgt |
| | WHITE | Sgt |
| | WHITE | Sgt |
| | WHITE | Sgt |
| | WHITE | Sgt |
| | WHITE | Sgt |
| | WHITE | Sgt |
| | BLACK | Sgt |
| | WHITE | Sgt |
| | WHITE | Sgt |
| | BLACK | Sgt |
| | WHITE | Sgt |

Data from PS as of 03-09-10 (KIMM)

Sergeants by Ethnicity as of 03-09-10

| LN FN | Ethnic Grp | Job Title |
|---|---|---|
| | WHITE | Sgt |
| | WHITE | Sgt |
| | WHITE | Sgt |
| | WHITE | Sgt |
| | WHITE | Sgt |
| | WHITE | Sgt |
| | WHITE | Sgt |
| | WHITE | Sgt |
| | WHITE | Sgt |
| | WHITE | Sgt |
| | BLACK | Sgt |
| | WHITE | Sgt |
| | WHITE | Sgt |
| | WHITE | Sgt |
| | WHITE | Sgt |
| | BLACK | Sgt |
| | WHITE | Sgt |
| | BLACK | Sgt |
| | WHITE | Sgt |
| | WHITE | Sgt |
| | BLACK | Sgt Det |
| | WHITE | Sgt Det |
| | HISPA | Sgt Det |
| | BLACK | Sgt Det |
| | BLACK | Sgt Det |
| | BLACK | Sgt Det |
| | WHITE | Sgt Det |
| | WHITE | Sgt Det |
| | WHITE | Sgt Det |
| | WHITE | Sgt Det |
| | WHITE | Sgt Det |
| | WHITE | Sgt Det |
| | HISPA | Sgt Det |
| | WHITE | Sgt Det |
| | WHITE | Sgt Det |
| | WHITE | Sgt Det |
| | WHITE | Sgt Det |
| | WHITE | Sgt Det |
| | BLACK | Sgt Det |
| | WHITE | Sgt Det |
| | WHITE | Sgt Det |
| | WHITE | Sgt Det |
| | WHITE | Sgt Det |
| | WHITE | Sgt Det |
| | WHITE | Sgt Det |
| | WHITE | Sgt Det |
| | WHITE | Sgt Det |
| | WHITE | Sgt Det |
| | WHITE | Sgt Det |
| | BLACK | Sgt Det |
| | WHITE | Sgt Det |

Data from PS as of 03-09-10 (KIMM)

Sergeants by Ethnicity as of 03-09-10

| LN FN | Ethic Grp | Job Title |
|-------|-----------|-----------|
|       | WHITE     | Sgt Det   |
|       | WHITE     | Sgt Det   |
|       | WHITE     | Sgt Det   |
|       | BLACK     | Sgt Det   |
|       | WHITE     | Sgt Det   |
|       | WHITE     | Sgt Det   |
|       | WHITE     | Sgt Det   |
|       | WHITE     | Sgt Det   |
|       | ASIAN     | Sgt Det   |
|       | WHITE     | Sgt Det   |
|       | WHITE     | Sgt Det   |
|       | BLACK     | Sgt Det   |
|       | WHITE     | Sgt Det   |
|       | WHITE     | Sgt Det   |
|       | WHITE     | Sgt Det   |
|       | WHITE     | Sgt Det   |
|       | BLACK     | Sgt Det   |
|       | BLACK     | Sgt Det   |
|       | BLACK     | Sgt Det   |
|       | WHITE     | Sgt Det   |
|       | WHITE     | Sgt Det   |
|       | BLACK     | Sgt Det   |
|       | BLACK     | Sgt Det   |
|       | BLACK     | Sgt Det   |
|       | WHITE     | Sgt Det   |
|       | BLACK     | Sgt Det   |
|       | WHITE     | Sgt Det   |
|       | WHITE     | Sgt Det   |
|       | WHITE     | Sgt Det   |
|       | WHITE     | Sgt Det   |
|       | WHITE     | Sgt Det   |
|       | WHITE     | Sgt Det   |
|       | WHITE     | Sgt Det   |
|       | WHITE     | Sgt Det   |
|       | BLACK     | Sgt Det   |
|       | WHITE     | Sgt Det   |
|       | WHITE     | Sgt Det   |
|       | WHITE     | Sgt Det   |
|       | WHITE     | Sgt Det   |
|       | BLACK     | Sgt Det   |
|       | WHITE     | Sgt Det   |
|       | WHITE     | Sgt Det   |
|       | WHITE     | Sgt Det   |
|       | WHITE     | Sgt Det   |
|       | WHITE     | Sgt Det   |
|       | HISPA     | Sgt Det   |
|       | WHITE     | Sgt Det   |
|       | BLACK     | Sgt Det   |
|       | WHITE     | Sgt Det   |
|       | WHITE     | Sgt Det   |
|       | WHITE     | Sgt Det   |

Data from PS as of 03-09-10 (KIMM)

Sergeants by Ethnicity as of 03-09-10

| LN F N | Ethnic Grp | Job Title |
|---|---|---|
| | WHITE | Sgt Det |
| | WHITE | Sgt Det |
| | BLACK | Sgt Det |
| | WHITE | Sgt Det |
| | WHITE | Sgt Det |
| | WHITE | Sgt Det |
| | WHITE | Sgt Det |
| | BLACK | Sgt Det |
| | BLACK | Sgt Det |
| | WHITE | Sgt Det |
| | BLACK | Sgt Det |
| | WHITE | Sgt Det |
| | BLACK | Sgt Det |
| | BLACK | Sgt Det |
| | BLACK | Sgt Det |
| | WHITE | Sgt Det |
| | WHITE | Sgt Det |
| | WHITE | Sgt Det |

Data from PS as of 03-09-10 (KIMM)