# EXHIBIT D

| Title | Department | ExamDate | ListEstab | Annc | WR | E&E | AC | AVG | Race | Sex | Vet | PP | Seniority | ApptDate | Cert# | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| POLICE SI | LAWRENCE POLICE DEPT | 10/21/2006 | 3/30/2007 | 2454 | WR 08750 | TE 08470 | | 87 | W | M | | | 8/28/1997 | 4/1/2008 | 280201 | 0083B |
| POLICE SI | LAWRENCE POLICE DEPT | 10/21/2006 | 3/30/2007 | 2454 | WR 08500 | TE 08410 | | 87 | W | M | V | V | 12/15/1997 | 4/1/2008 | 280201 | 0083B |
| POLICE SI | LAWRENCE POLICE DEPT | 10/21/2006 | 3/30/2007 | 2454 | WR 08625 | TE 08140 | | 85 | W | F | | | 4/9/2001 | 1/18/2009 | 281143 | 0083B |
| POLICE SI | LAWRENCE POLICE DEPT | 10/21/2006 | 3/30/2007 | 2454 | WR 08375 | TE 08230 | | 83 | W | M | | | 6/21/1999 | 0 | 0 | 0 |
| POLICE SI | LAWRENCE POLICE DEPT | 10/21/2006 | 3/30/2007 | 2454 | WR 08125 | TE 08310 | | 82 | W | M | | | 6/21/1999 | 0 | 0 | 0 |
| POLICE SI | LAWRENCE POLICE DEPT | 10/21/2006 | 3/30/2007 | 2454 | WR 08250 | TE 07955 | | 82 | W | M | | | 6/21/1999 | 0 | 0 | 0 |
| POLICE SI | LAWRENCE POLICE DEPT | 10/21/2006 | 3/30/2007 | 2454 | WR 08125 | TE 08450 | | 82 | W | M | | | 12/15/1997 | 0 | 0 | 0 |
| POLICE SI | LAWRENCE POLICE DEPT | 10/21/2006 | 3/30/2007 | 2454 | WR 08125 | TE 07750 | | 81 | H | M | | | 6/1/1998 | 0 | 0 | 0 |
| POLICE SI | LAWRENCE POLICE DEPT | 10/21/2006 | 3/30/2007 | 2454 | WR 08000 | TE 08410 | | 81 | W | M | | | 8/28/1997 | 0 | 0 | 0 |
| POLICE SI | LAWRENCE POLICE DEPT | 10/21/2006 | 3/30/2007 | 2454 | WR 08000 | TE 08450 | | 81 | W | M | | | 8/28/1997 | 0 | 0 | 0 |
| POLICE SI | LAWRENCE POLICE DEPT | 10/21/2006 | 3/30/2007 | 2454 | WR 07875 | TE 08455 | | 80 | W | M | | | 4/9/2001 | 0 | 0 | 0 |
| POLICE SI | LAWRENCE POLICE DEPT | 10/21/2006 | 3/30/2007 | 2454 | WR 07375 | TE 07855 | | 77 | W | M | | V | 4/9/2001 | 0 | 0 | 0 |
| POLICE SI | LAWRENCE POLICE DEPT | 10/21/2006 | 3/30/2007 | 2454 | WR 07375 | TE 08455 | | 76 | W | M | | | 4/9/2001 | 0 | 0 | 0 |
| POLICE SI | LAWRENCE POLICE DEPT | 10/21/2006 | 3/30/2007 | 2454 | WR 07375 | TE 08290 | | 76 | W | M | | | 4/25/1993 | 0 | 0 | 0 |
| POLICE SI | LAWRENCE POLICE DEPT | 10/21/2006 | 3/30/2007 | 2454 | WR 07500 | TE 08005 | | 76 | B | M | | | 1/18/1995 | 0 | 0 | 0 |
| POLICE SI | LAWRENCE POLICE DEPT | 10/21/2006 | 3/30/2007 | 2454 | WR 07250 | TE 08590 | | 75 | W | M | | | 4/25/1993 | 0 | 0 | 0 |
| POLICE SI | LAWRENCE POLICE DEPT | 10/21/2006 | 3/30/2007 | 2454 | WR 07250 | TE 08510 | | 75 | W | M | V | | 7/31/2000 | 0 | 0 | 0 |
| POLICE SI | LAWRENCE POLICE DEPT | 10/21/2006 | 3/30/2007 | 2454 | WR 07500 | TE 07420 | | 75 | W | M | | | 5/12/2003 | 0 | 0 | 0 |
| POLICE SI | LAWRENCE POLICE DEPT | 10/21/2006 | 3/30/2007 | 2454 | WR 07250 | TE 07785 | | 74 | H | M | | | 1/1/1998 | 0 | 0 | 0 |
| POLICE SI | LAWRENCE POLICE DEPT | 10/21/2006 | 3/30/2007 | 2454 | WR 07250 | TE 08110 | | 74 | W | M | | | 7/31/2000 | 0 | 0 | 0 |
| POLICE SI | LAWRENCE POLICE DEPT | 10/21/2006 | 3/30/2007 | 2454 | WR 07250 | TE 08230 | | 74 | W | M | | | 6/21/1999 | 0 | 0 | 0 |
| POLICE SI | LAWRENCE POLICE DEPT | 10/21/2006 | 3/30/2007 | 2454 | WR 07375 | TE 07430 | | 74 | W | M | | | 0 | 0 | 0 | 0 |
| POLICE SI | LAWRENCE POLICE DEPT | 10/21/2006 | 3/30/2007 | 2454 | WR 07125 | TE 07850 | | 73 | W | M | | | 6/21/1999 | 0 | 0 | 0 |
| POLICE SI | LAWRENCE POLICE DEPT | 10/21/2006 | 3/30/2007 | 2454 | WR 07000 | TE 08455 | | 73 | W | F | | | 4/9/2001 | 0 | 0 | 0 |
| POLICE SI | LAWRENCE POLICE DEPT | 10/21/2006 | 3/30/2007 | 2454 | WR 07250 | TE 07000 | | 72 | I | M | V | V | 5/12/2003 | 0 | 0 | 0 |
| POLICE SI | LAWRENCE POLICE DEPT | 10/21/2006 | 3/30/2007 | 2454 | WR 07000 | TE 07000 | | 70 | W | M | | | 12/15/1997 | 0 | 0 | 0 |
| POLICE SI | LAWRENCE POLICE DEPT | 10/21/2006 | 3/30/2007 | 2454 | WR 06250 | TE N | | 0 | H | M | | | 4/9/2001 | 0 | 0 | 0 |
| POLICE SI | LAWRENCE POLICE DEPT | 10/21/2006 | 3/30/2007 | 2454 | WR 06750 | TE N | | 0 | H | M | | | 1/5/1997 | 0 | 0 | 0 |
| POLICE SI | LAWRENCE POLICE DEPT | 10/21/2006 | 3/30/2007 | 2454 | WR 06875 | TE N | | 0 | H | M | | | 4/25/1993 | 0 | 0 | 0 |
| POLICE SI | LAWRENCE POLICE DEPT | 10/21/2006 | 3/30/2007 | 2454 | WR 06625 | TE N | | 0 | W | M | V | V | 6/21/1999 | 0 | 0 | 0 |
| POLICE SI | LAWRENCE POLICE DEPT | 10/21/2006 | 3/30/2007 | 2454 | WR 06500 | TE N | | 0 | W | M | V | V | 12/15/1997 | 0 | 0 | 0 |
| POLICE SI | LAWRENCE POLICE DEPT | 10/21/2006 | 3/30/2007 | 2454 | WR 07000 | TE N 2 | | 0 | W | M | | | 7/31/2000 | 0 | 0 | 0 |
| POLICE SI | LAWRENCE POLICE DEPT | 10/21/2006 | 3/30/2007 | 2454 | WR 05875 | TE N | | 0 | W | M | | | 4/25/1993 | 0 | 0 | 0 |
| POLICE SI | LAWRENCE POLICE DEPT | 10/21/2006 | 3/30/2007 | 2454 | WR 06000 | TE N | | 0 | B | M | | | 6/21/1999 | 0 | 0 | 0 |
| POLICE SI | LAWRENCE POLICE DEPT | 10/21/2006 | 3/30/2007 | 2454 | WR 05000 | TE N | | 0 | H | M | | | 5/5/1988 | 0 | 0 | 0 |
| POLICE SI | LAWRENCE POLICE DEPT | 10/21/2006 | 3/30/2007 | 2454 | WR 06375 | TE N | | 0 | W | M | | | 5/15/2002 | 0 | 0 | 0 |
| POLICE SI | LAWRENCE POLICE DEPT | 10/21/2006 | 3/30/2007 | 2454 | WR 06750 | TE N | | 0 | W | M | | | 4/9/2001 | 0 | 0 | 0 |
| POLICE SI | LAWRENCE POLICE DEPT | 10/21/2006 | 3/30/2007 | 2454 | WR 06375 | TE N | | 0 | W | M | | | 8/28/1997 | 0 | 0 | 0 |
| POLICE SI | LAWRENCE POLICE DEPT | 10/21/2006 | 3/30/2007 | 2454 | WR 06000 | TE N | | 0 | H | M | | | 6/21/1999 | 0 | 0 | 0 |
| POLICE SI | LAWRENCE POLICE DEPT | 10/21/2006 | 3/30/2007 | 2454 | WR 06875 | TE N | | 0 | W | M | | | 0 | 0 | 0 | 0 |
| POLICE SI | LAWRENCE POLICE DEPT | 10/21/2006 | 3/30/2007 | 2454 | WR 06500 | TE N 2 | | 0 | W | M | | | 6/21/1999 | 0 | 0 | 0 |
| POLICE SI | LAWRENCE POLICE DEPT | 10/21/2006 | 3/30/2007 | 2454 | WR 06625 | TE N | | 0 | W | M | | | 12/15/1997 | 0 | 0 | 0 |
| POLICE SI | LAWRENCE POLICE DEPT | 10/21/2006 | 3/30/2007 | 2454 | WR 05625 | TE N | | 0 | W | M | | | 6/21/1999 | 0 | 0 | 0 |
| POLICE SI | LAWRENCE POLICE DEPT | 10/21/2006 | 3/30/2007 | 2454 | WR 06750 | TE N | | 0 | W | M | | | 1/5/1995 | 0 | 0 | 0 |
| POLICE SI | LAWRENCE POLICE DEPT | 10/21/2006 | 3/30/2007 | 2454 | WR 06500 | TE N | | 0 | H | M | | | 4/5/1988 | 0 | 0 | 0 |
| POLICE SI | LAWRENCE POLICE DEPT | 10/21/2006 | 3/30/2007 | 2454 | WR 05875 | TE N | | 0 | W | M | V | V | 6/1/1998 | 0 | 0 | 0 |
| | | | | | | | | | | | | | 11/4/1973 | | | |