# EXHIBIT E

LOWELL POLICE SERGEANT 2006

| Title | Department | ExamDate | ListEstab | Annc | WR | E&E | AC | AVG | Race | Sex | Vet | PP | Seniority | ApptDate | Cert# |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| POLICE SERGEANT | LOWELL POLICE DEPARTMENT | 10/21/2006 | 3/30/2007 | 1586 | WR 08875 | TE 08770 | | 89 | W | M | | | 7/27/1997 | 5/11/2008 | 280351 0083B |
| POLICE SERGEANT | LOWELL POLICE DEPARTMENT | 10/21/2006 | 3/30/2007 | 1586 | WR 08875 | TE 08870 | | 89 | W | M | | | 3/13/1994 | 5/13/2007 | 270431 0083B |
| POLICE SERGEANT | LOWELL POLICE DEPARTMENT | 10/21/2006 | 3/30/2007 | 1586 | WR 08750 | TE 08240 | | 88 | W | M | V | > | 1/7/1980 | ######## | 281031 0083B |
| POLICE SERGEANT | LOWELL POLICE DEPARTMENT | 10/21/2006 | 3/30/2007 | 1586 | WR 08750 | TE 08970 | | 88 | W | M | V | > | 2/6/1994 | 6/24/2007 | 270590 0083B |
| POLICE SERGEANT | LOWELL POLICE DEPARTMENT | 10/21/2006 | 3/30/2007 | 1586 | WR 08500 | TE 08860 | | 88 | W | M | V | > | 6/1/1998 | ######## | 270912 0083B |
| POLICE SERGEANT | LOWELL POLICE DEPARTMENT | 10/21/2006 | 3/30/2007 | 1586 | WR 08500 | TE 08570 | | 87 | W | M | | | 8/11/1996 | | 0 |
| POLICE SERGEANT | LOWELL POLICE DEPARTMENT | 10/21/2006 | 3/30/2007 | 1586 | WR 08750 | TE 08470 | | 87 | W | M | | | 8/11/1996 | 11/2/2008 | 280972 0083B |
| POLICE SERGEANT | LOWELL POLICE DEPARTMENT | 10/21/2006 | 3/30/2007 | 1586 | WR 08500 | TE 08450 | | 87 | W | M | V | > | 6/1/1998 | | 0 |
| POLICE SERGEANT | LOWELL POLICE DEPARTMENT | 10/21/2006 | 3/30/2007 | 1586 | WR 08625 | TE 08870 | | 87 | W | M | | | 3/13/1994 | 11/9/2008 | 280972 0083B |
| POLICE SERGEANT | LOWELL POLICE DEPARTMENT | 10/21/2006 | 3/30/2007 | 1586 | WR 08625 | TE 08710 | | 86 | W | M | | | 7/27/1997 | | 0 |
| POLICE SERGEANT | LOWELL POLICE DEPARTMENT | 10/21/2006 | 3/30/2007 | 1586 | WR 08250 | TE 08830 | | 86 | W | M | D | V | 5/21/1995 | | 0 |
| POLICE SERGEANT | LOWELL POLICE DEPARTMENT | 10/21/2006 | 3/30/2007 | 1586 | WR 08500 | TE 08677 | | 85 | W | M | | | 6/1/1998 | | 0 |
| POLICE SERGEANT | LOWELL POLICE DEPARTMENT | 10/21/2006 | 3/30/2007 | 1586 | WR 08500 | TE 08650 | | 85 | W | M | | | 6/1/1998 | | 0 |
| POLICE SERGEANT | LOWELL POLICE DEPARTMENT | 10/21/2006 | 3/30/2007 | 1586 | WR 08375 | TE 09040 | | 85 | W | M | | | 2/28/1988 | | 0 |
| POLICE SERGEANT | LOWELL POLICE DEPARTMENT | 10/21/2006 | 3/30/2007 | 1586 | WR 08500 | TE 08650 | | 85 | W | M | | | 6/1/1998 | | 0 |
| POLICE SERGEANT | LOWELL POLICE DEPARTMENT | 10/21/2006 | 3/30/2007 | 1586 | WR 08625 | TE 08160 | | 85 | W | M | | | 2/28/1988 | | 0 |
| POLICE SERGEANT | LOWELL POLICE DEPARTMENT | 10/21/2006 | 3/30/2007 | 1586 | WR 08000 | TE 08470 | | 83 | W | M | V | V | 8/11/1996 | | 0 |
| POLICE SERGEANT | LOWELL POLICE DEPARTMENT | 10/21/2006 | 3/30/2007 | 1586 | WR 08250 | TE 08470 | | 83 | W | M | | | 8/11/1996 | | 0 |
| POLICE SERGEANT | LOWELL POLICE DEPARTMENT | 10/21/2006 | 3/30/2007 | 1586 | WR 08250 | TE 08455 | | 83 | W | F | | | 6/3/2001 | | 0 |
| POLICE SERGEANT | LOWELL POLICE DEPARTMENT | 10/21/2006 | 3/30/2007 | 1586 | WR 08250 | TE 08670 | | 83 | W | M | | | 7/9/2007 | | 0 |
| POLICE SERGEANT | LOWELL POLICE DEPARTMENT | 10/21/2006 | 3/30/2007 | 1586 | WR 08250 | TE 08590 | | 83 | W | M | V | > | 6/12/1989 | | 0 |
| POLICE SERGEANT | LOWELL POLICE DEPARTMENT | 10/21/2006 | 3/30/2007 | 1586 | WR 07875 | TE 08660 | | 82 | W | M | | | 6/1/1998 | | 0 |
| POLICE SERGEANT | LOWELL POLICE DEPARTMENT | 10/21/2006 | 3/30/2007 | 1586 | WR 08125 | TE 08600 | | 82 | W | M | | | 7/9/2007 | | 0 |
| POLICE SERGEANT | LOWELL POLICE DEPARTMENT | 10/21/2006 | 3/30/2007 | 1586 | WR 08250 | TE 08155 | | 82 | W | M | | | 6/3/2001 | | 0 |
| POLICE SERGEANT | LOWELL POLICE DEPARTMENT | 10/21/2006 | 3/30/2007 | 1586 | WR 08125 | TE 08590 | | 82 | B | F | | | 6/20/1999 | | 0 |
| POLICE SERGEANT | LOWELL POLICE DEPARTMENT | 10/21/2006 | 3/30/2007 | 1586 | WR 08000 | TE 08155 | | 80 | W | M | | | 6/3/2001 | | 0 |
| POLICE SERGEANT | LOWELL POLICE DEPARTMENT | 10/21/2006 | 3/30/2007 | 1586 | WR 07625 | TE 08870 | | 79 | H | M | | | 2/6/1994 | | 0 |
| POLICE SERGEANT | LOWELL POLICE DEPARTMENT | 10/21/2006 | 3/30/2007 | 1586 | WR 07625 | TE 08910 | | 79 | W | M | | | 7/25/1993 | | 0 |
| POLICE SERGEANT | LOWELL POLICE DEPARTMENT | 10/21/2006 | 3/30/2007 | 1586 | WR 07500 | TE 08530 | | 78 | W | M | | | 7/9/2007 | | 0 |
| POLICE SERGEANT | LOWELL POLICE DEPARTMENT | 10/21/2006 | 3/30/2007 | 1586 | WR 07625 | TE 08530 | | 77 | W | F | | | 10/9/1994 | | 0 |
| POLICE SERGEANT | LOWELL POLICE DEPARTMENT | 10/21/2006 | 3/30/2007 | 1586 | WR 07375 | TE 09120 | | 77 | W | M | | | 2/28/1988 | | 0 |
| POLICE SERGEANT | LOWELL POLICE DEPARTMENT | 10/21/2006 | 3/30/2007 | 1586 | WR 07125 | TE 09020 | | 77 | B | M | V | > | 7/9/2007 | | 0 |
| POLICE SERGEANT | LOWELL POLICE DEPARTMENT | 10/21/2006 | 3/30/2007 | 1586 | WR 07625 | TE 08130 | | 77 | W | M | | | 1/15/1989 | | 0 |
| POLICE SERGEANT | LOWELL POLICE DEPARTMENT | 10/21/2006 | 3/30/2007 | 1586 | WR 07375 | TE 08890 | | 77 | W | M | | | 7/25/1993 | | 0 |
| POLICE SERGEANT | LOWELL POLICE DEPARTMENT | 10/21/2006 | 3/30/2007 | 1586 | WR 07125 | TE 08730 | | 76 | H | M | V | > | 1/15/1989 | | 0 |
| POLICE SERGEANT | LOWELL POLICE DEPARTMENT | 10/21/2006 | 3/30/2007 | 1586 | WR 07000 | TE 07870 | | 74 | W | M | D | > | ######## | | 0 |
| POLICE SERGEANT | LOWELL POLICE DEPARTMENT | 10/21/2006 | 3/30/2007 | 1586 | WR 07000 | TE 09015 | | 74 | W | M | | | 7/25/1993 | | 0 |
| POLICE SERGEANT | LOWELL POLICE DEPARTMENT | 10/21/2006 | 3/30/2007 | 1586 | WR 07000 | TE 08370 | | 73 | H | F | | | 6/1/1998 | | 0 |
| POLICE SERGEANT | LOWELL POLICE DEPARTMENT | 10/21/2006 | 3/30/2007 | 1586 | WR 06625 | TE N | | 0 | W | M | | | 5/29/1994 | | 0 |
| POLICE SERGEANT | LOWELL POLICE DEPARTMENT | 10/21/2006 | 3/30/2007 | 1586 | WR 06375 | TE N | | 0 | W | M | V | V | 2/28/1988 | | 0 |
| POLICE SERGEANT | LOWELL POLICE DEPARTMENT | 10/21/2006 | 3/30/2007 | 1586 | WR 06500 | TE N | | 0 | W | M | | | 6/3/2001 | | 0 |
| POLICE SERGEANT | LOWELL POLICE DEPARTMENT | 10/21/2006 | 3/30/2007 | 1586 | WR 06625 | TE N | | 0 | H | M | V | > | 5/21/1995 | | 0 |
| POLICE SERGEANT | LOWELL POLICE DEPARTMENT | 10/21/2006 | 3/30/2007 | 1586 | WR 06250 | TE N | | 0 | H | M | | | 7/27/1997 | | 0 |