UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| PEDRO LOPEZ, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 07-11693-GAO |
| ) | |
| CITY OF LAWRENCE, MASSACHUSETTS, et al. ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF APPEARANCE

Pursuant to Local Rule D. Mass. 83.5.2.(a), please enter my appearance on behalf of plaintiffs Shumeane Benford, Angela Williams-Mitchell, Gwendolyn Brown, and Lynette Praileau, in the above-referenced matter.

Respectfully submitted,

/s/ Jonathan Woodard
Jonathan Woodard (BBO #673554)
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, Massachusetts  02109
(617) 526-6000

Dated:  April 14, 2010

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing has been served by operation of the Court's ECF system upon all counsel of record this 14th day of April, 2010.

                                            /s/ Jonathan Woodard
                                            Jonathan Woodard