# EXHIBIT 1

PEDRO LOPEZ, ET AL., Plaintiffs

v.

City of Lawrence, Massachusetts, et al. Defendants

Case No. 07—CA-11693-JLT

Report of Cassi L. Fields, Ph.D.

Prepared by:

Cassi L. Fields, Ph.D.
President/CEO
Fields Consulting Group, Inc.
7926 Jones Branch Drive
Suite 200
McLean, VA  22102

March 30, 2010

# Table of Contents

Part One: Introduction..................................................................................................... 4
Qualifications.................................................................................................................. 4
Dr. Wiesen's Expert Reports .......................................................................................... 5
Statistical Analysis Framework...................................................................................... 6
Pass/Fail Ratios for the Statewide Exam, by Ethnic Group ........................................... 7
Setting a Pass/Fail Score................................................................................................. 7
The Passing Value of 70................................................................................................. 8
Statewide and BPD Pass/Fail (P/F) Statistics for Police Officers and Police Sergeants
taking the Identical Police Sergeant Test Items ............................................................. 9
2004 Statewide Exam Pass/Fail (P/F) Statistics, by Ethnic Group................................. 9
2005 Statewide Exam P/F Statistics, by Ethnic Group ................................................ 10
2006 Statewide Exam P/F Statistics, by Ethnic Group ................................................ 10
Summary of Pass/Fail Data of the Massachusetts Police Sergeant Exam, 2004 - 2006......... 10
Aggregation of Selection Rate Data............................................................................. 10
Promotions from Statewide Exams 2003-2007, excluding BPD, by Ethnic Group .... 11
Promotions from Statewide Exams 2006-2007, excluding BPD, by Ethnic Group .... 12
2005 Boston Police Department (BPD) Sergeant Promotions, by Ethnic Group........ 12
Promotions from Statewide Exams 2005-2007, excluding BPD and 2003-2004 Statewide
Exams, by Ethnic Group ............................................................................................... 13
Promotions from Statewide Exams 2005-2006, Excluding BPD, by Ethnic Group ... 13
Promotions from the Statewide Exams, by Ethnic Group, by individual year, 2004-2006.... 14
Summary of Candidates Promoted From the Statewide Exam, by Ethnic Group, 2003-2007 14
Dr. Outtz's and Dr. Silva's Shortfall Analysis ............................................................. 15
Summary of Candidates Promoted From the BPD Exam, by Ethnic Group, 2005 and 2008  15
Summary......................................................................................................................... 16
What did Plaintiff's Expert Dr. Frank J. Landy Conclude About the 2005-2007 Police
Sergeant Exam, By Ethnic Group ................................................................................ 16
CONTENT VALIDITY............................................................................................... 16
A Review Of HRD's Content Validation Study, Step By Step ................................... 18
  1. An analysis of the target position for which the test is intended for use. This
     analysis should include an analysis of the critical tasks, and important knowledge,
     skills, abilities and other characteristics (KSAs) needed in the target position. The
     job analysis must be thoroughly documented................................................... 18
  2. After a list of critical tasks and KSAs are identified, there must be a sound
     statistical or rational method to tie the KSAs to the critical tasks. Further, there
     must be a sound statistical or rational method to identify the relative importance of
     the KSAs. This must be thoroughly documented. ........................................... 19
  3. The test developer must then identify a test plan based upon the important KSAs,
     and the best format for the test to measure the important KSAs. This must be
     thoroughly documented. .................................................................................... 19
  4. Next, the test developer should evaluate alternative test methods that would still
     measure the important KSAs, but potentially minimize group differences. This
     must be thoroughly documented........................................................................ 20

5. Next, the test developer develops testing instruments, generally working with subject matter experts (SMEs) who assist with generating test content. This must be thoroughly documented.................................................................................. 25
6. Once the draft test is developed, the test developer takes the SMEs through a series of content validation steps which should include formally linking the test content to the job content (i.e., job analysis), formally evaluating objective and subjective rating criteria for accuracy and difficulty, and formally linking those criteria to the job data. Each linkage step must be independent, unbiased and thoroughly documented. ................................................................................................................ 26

**Other Issues that related to the Content Validity of the BPD Police Sergeant Exam.... 27**
**Open-Book v. Closed-Book Test Formats.................................................................... 27**
**Conclusions.................................................................................................................. 28**
**References.................................................................................................................... 29**
**Attachment 1................................................................................................................ 31**
**Resume of Dr. Cassi L. Fields..................................................................................... 32**
**Materials Received and Reviewed.............................................................................. 33**
**Compensation............................................................................................................... 34**