# EXHIBIT 2

# Second Supplemental Expert Report in Lopez et al. v City of Lawrence et al.

Joel P. Wiesen, Ph.D.
April 14, 2010

## Table of Contents

1. My Charge .................................................. Page 2

2. Summary of Opinion ........................................... Page 2

3. New Data Analyzed ............................................ Page 3

4. Adverse Impact in Written Test Scores ........................ Page 3

5. Adverse impact in Passing/Failing Exam ....................... Page 4

6. Adverse Impact in Appointments ............................... Page 6

7. Adverse Impact for Small, Individual Defendant Promotional Exams ............ Page 7

8. Summary and Conclusions ...................................... Page 9