UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                    )
PEDRO LOPEZ, et al.                 )
                                    )
            Plaintiffs,             )
                                    )   Civil Action No. 07-11693-JLT
      v.                            )
                                    )
CITY OF LAWRENCE, et al.            )
                                    )
            Defendant.              )
_____ )

**PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION FOR ADDITIONAL TIME TO SUBMIT EXPERT REPORTS AND TO CONDUCT EXPERT DEPOSITIONS**

Plaintiffs, by their attorneys, hereby respond to the motion by the Defendants for additional time to submit their expert reports and to conduct expert depositions. First, the Plaintiffs disagree with the Defendants' assertion that the Plaintiffs' supplemental expert reports "make substantial and material revisions to their prior reports to include opinions that go beyond the original expert reports and the 2008 examination." Def. Mtn at 4, ECF Doc. 205. The Defendants do not offer any citation to Plaintiffs' supplemental reports for this blanket assertion, which is false. The Plaintiffs' supplemental expert reports do not raise any subjects or issues other than the 2008 sergeant's exam that were not already raised in previous reports filed by the Plaintiffs' experts.

Nonetheless, the Plaintiffs do not oppose the request for additional time, *provided* that: (1) the Defendants submit supplemental expert reports only by those experts previously disclosed by Defendants, James Outtz and Jay Silva; (2) the issues discussed in the Defendants' supplemental expert reports are limited to issues

discussed in Plaintiffs' supplemental expert reports; and (3) the Defendants make their experts available for depositions by June 18, 2010.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | PEDRO LOPEZ, et al. |
|  | By their attorneys, |
|  | /s/ Joseph L. Sulman<br>Harold L. Lichten, BBO #549689<br>Shannon Liss-Riordan, BBO# 640716<br>Joseph L. Sulman, BBO #663635<br>LICHTEN & LISS-RIORDAN, P.C.<br>100 Cambridge Street, 20th Floor<br>Boston, MA 02114 |
| Date: May 12, 2010 | (617) 994-5800 |

## CERTIFICATE OF SERVICE

I hereby certify that on May 12, 2010, a copy of this document was served by electronic filing on all counsel of record.

                                                /s/ Joseph L. Sulman
                                                   Joseph L. Sulman