**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

_____
                                        )
PEDRO LOPEZ, et al.                     )
                                        )
                    Plaintiffs,         )
                                        )    Civil Action No. 07-11693-JLT
        v.                              )
                                        )
CITY OF LAWRENCE, et al.                )
                                        )
                    Defendant.          )
_____ )

**MOTION FOR LEAVE TO FILE TO AMENDED COMPLAINT**

Plaintiffs, by their attorneys, hereby move for leave to amend their complaint

pursuant to Fed.R.Civ.P. 15.  Plaintiffs originally moved on February 17, 2010 for leave

to file a Seventh Amended Complaint.  See ECF Doc. 195.  The proposed Seventh

Amended Complaint added allegations of disparate impact against black and Hispanic

police officers related to the most recent police sergeant promotional examination

(whose scores were not released until May of 2009) in violation of Title VII of the Civil

Rights Act of 1964, 42 U.S.C. § 2000(e), and M.G.L. c. 151B, the state anti-

discrimination statute.   This Court granted Plaintiffs' motion to amend on June 11,

2010.

However, on March 31, 2010, seven police officers from the City of Boston who

took the 2008 promotional exam, but did not take any previous promotional exam, filed

charges alleging disparate impact resulting from the 2008 exam with the Massachusetts

Commission Against Discrimination ("MCAD").  They recently withdrew their charges

from the MCAD as required under M.G.L. c. 151B. § 5, in order to pursue their claims as

part of this action.  As they had not filed their MCAD charges before Plaintiffs' motion

was filed in February, they could have been named on the proposed amended

complaint at that time.

Accordingly, the Plaintiffs move again to amend in order to modify the proposed

Seventh Amended Complaint to add these seven officers as plaintiffs.  These seven

police officers allege exactly the same injury and unlawful conduct by Defendants as the

police officers who are the current plaintiffs in this action.  This Court has already

granted the Plaintiffs' request to add allegations related to the 2008 exam; this new

motion simply seeks to add seven additional police officers who took that exam.  As this

is a disparate impact case rather than a disparate treatment case, the proof necessary

for Plaintiffs' case does not concern treatment of the individual plaintiffs.  Thus, adding

the seven additional police officers as plaintiffs will not prejudice the Defendants in any

way.[1]  Absent the proposed amendment, these seven police officers would need to file

a separate action to pursue their claims, an alternative that would needlessly consume

the time and resources of the District Court and the parties' attorneys when their claims

could simply be grouped together in this action.

Finally, the new proposed Seventh Amended Complaint also removes two police

officers as plaintiffs who have requested to be dismissed from the case: Cathenia

Cooper-Patterson and Neva Grace.  The new proposed Seventh Amended Complaint is

attached hereto as Exhibit A.[2]

---

[1]    Plaintiffs' counsel asked counsel for the City of Boston to assent to this motion, but the request was denied.

[2]    As the Plaintiffs never filed the previous version of the proposed amended complaint, the current version is still titled Seventh Amended Complaint.

Respectfully submitted,

PEDRO LOPEZ, et al.

By their attorneys,

 /s/ Joseph L. Sulman
Harold L. Lichten, BBO #549689
Shannon Liss-Riordan, BBO# 640716
Joseph L. Sulman, BBO #663635
LICHTEN & LISS-RIORDAN, P.C.
100 Cambridge Street, 20th Floor
Boston, MA 02114
Date:  June 17, 2010                      (617) 994-5800

## CERTIFICATE OF SERVICE

I hereby certify that on June 17, 2010, a copy of this document was served by electronic filing on all counsel of record.

 /s/ Joseph L. Sulman
Joseph L. Sulman