UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| PEDRO LOPEZ, ET AL., | ) |
| Plaintiffs, | ) |
| v. | ) Case No. 07-CA-11693-GAO |
| CITY OF LAWRENCE, MASSACHUSETTS, ET AL., | ) |
| Defendants. | ) |

**DEFENDANTS CITY OF LAWRENCE, CITY OF METHUEN, CITY OF LOWELL, CITY OF WORCESTER, CITY OF SPRINGFIELD, AND MASSACHUSETTS BAY TRANSPORTATION AUTHORITY *MOTION IN LIMINE* TO PRECLUDE CERTAIN EXPERT TESTIMONY OF DR. JOEL WIESEN AND DR. CASSI FIELDS**

Defendant Cities of Lawrence, Lowell, Methuen, Springfield and Worcester, and Defendant Massachusetts Bay Transportation Authority (collectively referred to as the "Defendants"), jointly move the Court for an Order to preclude testimony and evidence of Dr. Joel Wiesen and Dr. Cassi Fields (together, the "Plaintiffs' Experts") relating to their analyses of adverse impact across jurisdictions, on the grounds that (1) such evidence is insufficient to support Plaintiffs' prima facie case that adverse impact on minority rates of hiring exists within each individual Defendant-employer in view of the absence of any causation; and (2) the methods used by Plaintiffs' Experts to conduct their analysis across jurisdictions does not meet the minimum threshold for admissibility under F.R.E. § 702, insofar as it distorts the data and fails to account for factors other than the examination that contribute to the appearance of adverse impact.

As reasons therefore, the Defendants assign the arguments and authorities set forth in the accompanying *Memorandum Of Law Of Defendant City Of Lawrence, City Of Methuen, City Of Lowell, City Of Worcester, City Of Springfield, And Massachusetts Bay Transportation Authority In Support Of Motion In Limine To Preclude Certain Expert Testimony Of Dr. Joel Wiesen And Dr. Cassi Fields*

### REQUEST FOR ORAL ARGUMENT

The Defendants wish to be heard on their Motion and respectfully request oral argument, to be scheduled at such time as the Court determines.

### CERTIFICATION PURSUANT TO RULE 7.1(A)(2)

Pursuant to Local Rule 7.1(A)(2), the undersigned counsel for Defendant City of Worcester certifies that she has conferred with Plaintiffs' counsel in a good faith attempt to resolve or narrow the issues raised by the instant motion.

/s/Laurie W. Engdahl
Laurie W. Engdahl

Respectfully submitted,

WILLIAM M. MANZI, III in his capacity as
MAYOR OF THE CITY OF METHUEN,
MASSACHUSETTS,

By their attorney,

/s/ Peter J. McQuillan

Peter J. McQuillan
B.B.O. #340180
Office of the City Solicitor
41 Pleasant Street, Room 311
Methuen, MA  01844

Respectfully submitted,

CITY OF LOWELL,

By its attorneys,

/s/Brian W. Leahey

Brian W. Leahey, Assistant City Solicitor
BBO #567403
City of Lowell - Law Department
375 Merrimack Street, 3rd Floor
Lowell, MA 01852-5909
Tel: 978-970-4050
Fax:  978-453-1510

(978) 983-8575
(978) 983-8981

Dated:  June 22, 2010

Dated:  June 22, 2010

CITY OF LAWRENCE, MASSACHUSETTS, AND JOHN (sic) MICHAEL SULLIVAN, IN HIS CAPACITY AS MAYOR OF THE CITY OF LAWRENCE

By their Attorney,

/s/Richard D'Agostino
Richard D'Agostino, Esq., BBO # 633984
Assistant City Attorney
Room 306 - City Hall
200 Common Street
Lawrence, MA 01840
(978) 794-5800

CITY OF WORCESTER and MICHAEL O'BRIEN,

By their attorneys,

/s/Laurie W. Engdahl

Laurie W. Engdahl
B.B.O. #554635
Daniel C. Brown
B.B.O. #648038
Collins, Loughran & Peloquin, P.C.
320 Norwood Park South
Norwood, MA 02062
(781) 762-2229

Dated:  June 22, 2010

CITY OF SPRINGFIELD, MASSACHUSETTS, MAYOR DOMENIC SARNO, JR. IN HIS CAPACITY AS MAYOR FOR THE CITY OF SPRINGFIELD,

By its Attorney,

/s/ Harry Carroll
Harry Carroll, Esq., BBO #399770
City Solicitor
City of Springfield - Law Department
36 Court Street, Room 210
Springfield, MA 01103
(413) 787-6085

Dated: June 22, 2010

Dated:  June 22, 2010

MASSACHUSETTS BAY TRANSPORTATION AUTHORITY, DANIEL GRABAUSKAS IN HIS CAPACITY AS GENERAL MANAGER, THE BOARD OF TRUSTEES OF THE MASSACHUSETTS BAY TRANSPORTATION AUTHORITY,

By its Attorneys,

/s/Kevin S. McDermott
Kevin S. McDermott, BBO #544513
Assistant General Counsel
MBTA Law Department
Ten Park Plaza, Suite 7760
Boston, MA 02116
(617) 222-4756

Dated:  June 22, 2010

## CERTIFICATE OF SERVICE

I, Laurie W. Engdahl, certify that on June 22, 2010, this document filed electronically through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to any persons indicated as non-registered participants.

/s/Laurie W. Engdahl
Laurie W. Engdahl