# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

*******************************************
**PEDRO LOPEZ, et al.**              *
                                     *
      **Plaintiffs**     *
v.                                   *   Civil Action No. 07-11693-GAO
                                     *
**CITY OF LAWRENCE, MASSACHUSETTS,**  *
**et al.**                           *
                                     *
      **Defendants**    *
*******************************************

## MOTION TO DISMISS OF DEFENDANT CITY OF WORCESTER

Defendant City of Worcester (hereinafter "Worcester") hereby moves the Court for an order dismissing that portion of Plaintiff's Seventh Amended Complaint which alleges that Worcester's use of the Sergeants promotional exam administered in 2008 caused a disparate impact on the rates of promotion of Blacks in the Worcester Police Department. [See, e.g., Seventh Amended Complaint, at ¶¶ 68, 75 and 76]. As reasons therefore, the Defendants assign the arguments and authorities set forth in the accompanying *Memorandum Of Law Of Defendant City of Worcester in Support of Motion to Dismiss.*

### REQUEST FOR ORAL ARGUMENT

The Defendant wishes to be heard on its Motion and respectfully requests oral argument, to be scheduled at such time as the Court determines.

WHEREFORE, the Defendant respectfully requests the Court dismiss the Seventh Amended Complaint, and issue judgment in favor of the Defendants on all counts relating to the allegation that Worcester's use of the 2008 Sergeants promotional examination violated Title VII and G.L. c. 151B.

**CERTIFICATION PURSUANT TO RULE 7.1(A)(2)**

Pursuant to Local Rule 7.1(A)(2), the undersigned counsel for Defendant City of Worcester certifies that she has conferred with Plaintiffs' counsel in a good faith attempt to resolve or narrow the issues raised by the instant motion.

    Respectfully Submitted,

    CITY OF WORCESTER and MICHAEL O'BRIEN,

    By their attorneys,

    /s/Laurie W. Engdahl

    Laurie W. Engdahl
    B.B.O. #554635
    Collins, Loughran & Peloquin, P.C.
    320 Norwood Park South
    Norwood, MA 02062
    (781) 762-2229

Dated:  June 22, 2010

**CERTIFICATE OF SERVICE**

I, Laurie W. Engdahl, certify that on June 22, 2010, this document filed electronically through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to any persons indicated as non-registered participants.

    /s/Laurie W. Engdahl
    Laurie W. Engdahl