

THIS STORY HAS BEEN FORMATTED FOR EASY PRINTING

# Police brass diversity lagging

The Boston Globe

## Minorities hired but not advanced

By Brian R. Ballou, Globe Staff | July 27, 2009

The police departments in the state's 10 most populous cities have added 168 minority officers since late 2007, but the number of minority supervisors has remained stagnant, according to figures provided by the departments.

Law enforcement officials from those cities attribute the increase in the number of minority officers to recruitment efforts, and they offer a variety of reasons for why more rank-and-file minority officers have not been promoted to supervisory positions such as sergeant, lieutenant, or captain. In October 2007 there were 1,064 minority police officers, 103 of whom were supervisors. Now, there are 1,232 minority police officers (up about 16 percent), 106 of whom are supervisors (up about 3 percent).

Sergeant Thomas Mauretti, a spokesman for the Fall River Police Department, said officials have "been very proactive in recruiting minorities to join the department, and have put up many, many billboards around the city seeking minority applicants."

The department has one minority supervisor.

Boston Police Commissioner Edward F. Davis said that while the increase among rank-and-file officers is promising and will probably provide a pool of applicants in the future, the civil service exam, required for promotion to supervisor, continues to be a roadblock for minorities.

"The disparate impact of the exam stems from the way it's administered - it's a written exam, and at the end of the day, you don't have enough minority candidates to choose from. I can't tell you why that's happening, but I can tell you that it is."

The Commonwealth's Human Resources Department administers the exam, and last year implemented a "banding" system that grouped ranges of scores. For example, scores between 93 and 100 would all be the same, under the system. But this method, which Davis says was an effort by the Human Resources Department to give chiefs and commissioners more flexibility to hire minorities, has not been used because of opposition. In April, a Suffolk Superior Court judge ruled in favor of several police officers seeking an injunction on the banding system on the basis that it was unfair.

Currently, promotions are based on the raw test results of the exam.

Davis said "one percentage point does not make or break a candidate, and we need to consider other things in promotions, such as leadership and the ability to communicate. All those things can't be tested."

Davis added that he is dedicated to improving the number of minority supervisors in the department.

Diversity in the ranks of police and firefighters has garnered national attention in recent weeks, as the Supreme Court weighed in on a reverse-discrimination claim against the City of New Haven after test results were tossed because too few minorities qualified for advancement. Initially, the suit brought by a predominantly white group of firefighters was rejected. A federal district court that included US Supreme Court nominee Sonya Sotomayor upheld that ruling. The Supreme Court overruled last month, siding with the firefighters.

Last week, well-known Harvard scholar Henry Louis "Skip" Gates Jr. said he was the victim of racism by a Cambridge police officer who responded to his house for a reported break-in. The incident drew criticism of the

department by President Obama, and some black officers are pointing to the case as an example that more diversity is needed in law enforcement.

"If I had responded to the call, I would have immediately recognized Skip," said Boston Police Sergeant Paul Joseph, who is a member of the legal committee of the Massachusetts Association of Minority Law Enforcement Officers, an organization that advocates on behalf of minority officers. "The fact that a white officer, who patrols Cambridge for a living, didn't recognize this national celebrity in front of him, tells you where we are in terms of cultural diversity."

But James Machado, a sergeant with the Fall River Police Department and the executive director of the Massachusetts Police Association, said that while he supports increased diversity, "it shouldn't be at the expense of the best and brightest; there shouldn't be a quota. I think the community is best served when the best and brightest officers are in those positions."

He added: "As far as reflecting the community, I think that argument comes from the opinion that if you send a black to arrest a black, nobody can accuse you of being racist. I think that's a terrible premise to start from."

Of the 10 largest cities included in the analysis, Brockton, Lynn, and Quincy have no minority police supervisors. Lowell has two, and Worcester and Cambridge have four. New Bedford has nine, Springfield, 10, and Boston 76, according to statistics from those departments. All but two of those cities had populations that were at least a quarter minority, according to the latest US Census statistics. The Worcester, Springfield, Lowell, Brockton, and New Bedford police departments must abide by a 1970s federal consent decree that requires 1 in every 3 candidates considered for a department opening to be a minority, but the decree does not apply to supervisors. ■

© Copyright 2010 The New York Times Company