UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 07-11693-GAO

| | |
|---|---|
| Pedro Lopez, et al.<br>    Plaintiffs<br><br>v.<br><br>City of Lawrence, et al. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### NOTICE OF APPEARANCE

TO THE CLERK OF THIS HONORABLE COURT:

Please enter my appearance as counsel for the Defendant City of Lawrence in the above-entitled matter.

Respectfully submitted,

/s/ Richard J. D'Agostino

Richard J. D'Agostino, Esquire
BBO # 633984
Assistant City Attorney
City of Lawrence
200 Common Street
Lawrence, MA 01840
(978) 620-3034

DATE:   June 29, 2010

## CERTIFICATE OF SERVICE

I, Richard J. D'Agostino, Esquire, hereby certify that this document, filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent by first class mail, postage prepaid, to those that may be indicated as non-registered participants on this date.

/s/Richard J. D'Agostino

Richard J. D'Agostino, Esquire

DATE: June 29, 2010