## CERTIFICATE OF SERVICE

I, Richard J. D'Agostino, Esquire, hereby certify that the Defendant City of Lawrence's Pre-Trial Memorandum, filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent by first class mail, postage prepaid, to those that may be indicated as non-registered participants on this date.

/s/Richard J. D'Agostino

Richard J. D'Agostino, Esquire

DATE: June 29, 2010