# O'BRIEN & LEVINE
## Court Reporting Services



YOUR BOSTON CONNECTION...WORLDWIDE

# Pedro Lopez, et al. v. City of Lawrence, et al.

Transcript of the Testimony of:

# Sally A. McNeely

# April 4, 2008

www.court-reporting.com
mail@court-reporting.com

195 State Street
Boston, MA 02109
(617) 399-0130  888.825.DEPO(3376)

Cindy M. Falcon  28818

Sally A. McNeely 4-4-2008
Pedro Lopez, et al. v. City of Lawrence, et al.

```
 1        they always the same number of questions?
 2   A    I don't know for sure.
 3   Q    Okay.  What is your best knowledge of that?
 4   A    I don't know.
 5   Q    Let's take this 2006 exam.  Do you know how many
 6        questions there were on it?
 7   A    Eighty questions.
 8   Q    Okay.  And I take it -- did they each count for
 9        one point or one point plus some fraction?
10   A    The final value of each question is determined
11        after the appeal, so I don't know what it was.
12   Q    I see.  That's because some questions you may
13        accept all the answers or throw the question
14        out?
15   A    Yes.
16   Q    But it's based on some formula that gets you to
17        100 total points?
18   A    Yes.
19   Q    How about the 2007 exam; did that have 80
20        questions also?
21   A    Yes.
22   Q    And the 2005 exam?
23   A    Yes.
24   Q    Are you aware of any sergeants, police agents
```

Case 1:07-cv-11693-GAO   Document 229-1   Filed 06/30/10   Page 3 of 5

Sally A. McNeely 4-4-2008
Pedro Lopez, et al. v. City of Lawrence, et al.

24

```
 1        exam that had a different number of questions
 2        than 80 questions?
 3   A    No.
 4   Q    Okay.
 5             (Exhibit No. 2 marked for identification.)
 6   Q    I'm showing you again -- this was part of a
 7        series of documents supplied to me by the
 8        Commonwealth, what's been marked as deposition
 9        Exhibit No. 2, and ask you if you recognize this
10        document.
11   A    Yes.
12   Q    What is this document?
13   A    This is a file directory of documents produced
14        for this case.
15   Q    Okay. And if we go to the second page of this
16        document, can you tell me what this document is,
17        please?
18   A    This is the third revised test item analysis for
19        police promotional examination.
20   Q    And is this document looking at each question on
21        the exam and determining how many passed it and
22        how many failed it?
23   A    Yes.
24   Q    Okay. And just so that I can understand the
```

Sally A. McNeely 4-4-2008
Pedro Lopez, et al. v. City of Lawrence, et al.

76

```
 1       completely different format; is that right?
 2   A   We haven't decided what we are doing in 2008.
 3   Q   I see.  But I thought I had been informed that
 4       you had retained the services of Rick Jacobs to
 5       devise a new examination.  Is that correct or
 6       incorrect?
 7   A   We retained the services of Rick Jacobs back
 8       starting with the Bradley case to validate all
 9       our exams.
10   Q   Did he do anything to validate the police
11       sergeant's exam?
12   A   For what year?
13   Q   Any year.
14   A   He worked with us on the 2007 police sergeant's
15       exam.
16   Q   Were there any changes to the 2007 police
17       sergeant's exam and the construction of it from
18       the 2006 exam?
19   A   Could you define construction?
20   Q   Yes.  Were there any changes made to the format,
21       to the weighting of scores, to what kinds of
22       questions were asked, anything like that?
23   A.  The format was similar.  The weighting was
24       similar.  The questions were modified to a
```

Case 1:07-cv-11693-GAO   Document 229-1   Filed 06/30/10   Page 5 of 5

Sally A. McNeely 4-4-2008
Pedro Lopez, et al. v. City of Lawrence, et al.

77

```
1       certain degree, and they were reviewed by a
2       cultural bias review.
3   Q   And did Jacobs prepare a report regarding these
4       recommendations?
5   A   He did not.
6   Q   Okay. How did the department know what changes
7       to make?
8   A   HRD sent our items, our questions, to EB Jacobs
9       and his team reviewed them, either, you know,
10      said that they were not good questions to assess
11      potential candidates for sergeant or they
12      rewrote some of the questions or they developed
13      new questions for us.
14  Q   And where are those documents? That is, what
15      was sent to EB Jacobs and what was returned from
16      EB Jacobs?
17  A   We have them back in the secure files.
18  Q   Okay. And I take it those documents have not
19      been produced?
20  A   No.
21  Q   Is EB Jacobs currently doing anything else for
22      HRD with respect to the 2008 sergeant's
23      examination?
24  A   We have engaged them as part of your, you know,
```