# In The Matter Of:

*Pedro Lopez, et al. v.*
*City of Lawrence, Massachusetts, et al.*

---

*Sally McNeely*
*April 2, 2010*

---

*195 State Street*
*Boston, MA 02109*
*888.825.3376 - 617.399.0130*
*www.court-reporting.com*



O'BRIEN & LEVINE
Court Reporting Services
*Making Your Case*

Original File Sally McNeely 4-2-10.txt
Min-U-Script® with Word Index

```
1        A.   As Asian.
2        Q.   I just have a couple of quick
3   questions on the knowledge component.
4             Earlier you had testified or the last
5   time you testified that the sergeants exam was
6   primarily a knowledge-based test?
7        A.   Yes.
8        Q.   What do you mean by that?
9        A.   A knowledge-based test refers to the
10  elements that someone must know and understand
11  in order to perform the duties and
12  responsibilities of the job.
13       Q.   When you say elements in the
14  knowledge-based test, do you mean the law or
15  some other type of knowledge?
16       A.   The law would be one of the
17  knowledges.  Different laws would be part of the
18  knowledge component plus rules and regulations
19  of the department and policies and procedures as
20  well.
21       Q.   Okay.  When you say the different
22  laws, would that be both state and federal
23  constitutional laws?
24       A.   It would be all laws that are relevant
```