**Third Supplemental Expert Report in Lopez et al. v City of Lawrence et al.**

Joel P. Wiesen, Ph.D.
June 25, 2010

**Table of Contents**

1.   Overview of this Report . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Page 3

2.   Summary of Opinion . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Page 3

3.   New Data Analyzed . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Page 4

4.   Types of Statistical Tests Used . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Page 5

5.   AI Analyses by PD and Exam Year . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Page 5

6.   Summary of AI Analyses for the City of Boston . . . . . . . . . . . . . . . . . . . . . . . . Page 6

7.   Summary of AI Analyses for the City of Lawrence . . . . . . . . . . . . . . . . . . . . . . Page 6

8.   Summary of AI Analyses for the City of Lowell . . . . . . . . . . . . . . . . . . . . . . . . Page 6

9.   Summary of AI Analyses for the MBTA . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Page 7

10.  Summary of AI Analyses for the City of Methuen . . . . . . . . . . . . . . . . . . . . . . . Page 7

11.  Summary of AI Analyses for the City of Springfield . . . . . . . . . . . . . . . . . . . . . Page 7

12.  Summary of AI Analyses for the City of Worcester . . . . . . . . . . . . . . . . . . . . . . Page 8

13.  Summary of AI Analyses for the Departmental Exams . . . . . . . . . . . . . . . . . . . . Page 8

14.  Comparison of Departmental Exam Analyses with Examwide Analyses . . . . . . . . Page 11

15.  Fairness of the 2N+1 Rule . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Page 11

16.  The Effect of Counting Asians as Non-Minorities . . . . . . . . . . . . . . . . . . . . . . . Page 12

17.  Ethnic/Racial Composition of Incumbent Sergeants by PD . . . . . . . . . . . . . . . . . Page 12

18.  Comparison of Ethnic Distribution of Police Officers and Sergeants, by PD . . . . . Page 12
         a.    Ethnic Make-Up of Boston PD . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Page 12

b.     Ethnic Make-Up of Lawrence PD . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  Page 13
c.     Ethnic Make-Up of Lowell PD . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  Page 13
d.     Ethnic Make-Up of Springfield PD  . . . . . . . . . . . . . . . . . . . . . . . . . .  Page 14
e.     Ethnic Make-Up of Worcester PD  . . . . . . . . . . . . . . . . . . . . . . . . . . .  Page 14

19.     Comparison of Racial/Ethic Composition of Sergeants with Census Data  . . . . . . .  Page 15

20.     Shift of One, Under Question 21 of the *UG*, is Inappropriate Here  . . . . . . . . . . . . .  Page 16

21.     Summary and Conclusions  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  Page 17

Appendix A: Note on Statistical Power and the Use of Statistical Tests . . . . . . . . . . . . . .  Page 18

Appendix B: Score Distributions by Exam  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  Page 19

### Third Supplemental Expert Report in Lopez et al. v City of Lawrence et al.

Joel P. Wiesen, Ph.D.
June 25, 2010

1.    Overview of this Report
      Recently, I was given additional data concerning hiring based on the exams that are being challenged in this legal proceeding.  This report updates my earlier reports in which I documented a pattern of highly statistically significant[1] adverse impact (AI) against minority test takers for each of the HRD exams being challenged, as well as two earlier HRD Sergeant exams (to provide some historical perspective).  AI was found statewide in some or all of these closely related areas: (1) average test score, (2) passing rates, and (3) promotion[2] rates.[3]  Now I report the extent to which this overall pattern is seen for each of the Defendants, for each exam in which they participated, especially in light of the newly provided data.

2.    Summary of Opinion
      My AI analyses are much broader than just statistical significance tests of minority/non-minority differences in promotion rates for individual PDs for individual years, but include such tests of statistical significance.  A clear statewide pattern of AI (documented in my earlier reports) is reflected in the 13 department exams from 2005 to 2008.  Further, all of the departmental[4] exams being challenged have AI against minority (i.e., Black and Hispanic)[5] applicants in average test score, in passing rate, and/or in promotional appointments.  For most of the departmental exams, the AI in promotions is zero or otherwise fails the 80% rule of the federal *Uniform Guidelines on Employee Selection Procedures* (*UG*).  The AI in promotions is highly statistically significant for both City of Boston exams and statistically significant for the City of Springfield 2005 exam.  There are statistically significant differences in passing rates and average test scores for several of the

---

[1]Statistically significant differences are differences that are unlikely to have occurred based on chance.

[2]I use the terms hiring, promotion, appointment, and promotional appointment synonymously.

[3]These areas are related mathematically or statistically as well as logically, as higher average test scores generally result in higher passing rates, and both higher test scores and higher passing rates contribute to higher promotion rates.

[4]I refer to the 13 combinations of PDs and HRD yearly exams as departmental exams. One example of what I call a departmental exam is Springfield's participation in the 2005 HRD exam.

[5]I categorized all Black and Hispanic applicants as minority and all other applicants as non-minority.

other departmental exams.  Where the differences are not statistically significant, they are almost always in favor of non-minority test takers.  This lack of statistical significance is probably due to the low power of statistical tests applied to small data sets.  There are similar differences (to the disadvantage of minorities) seen when we compare the ethnic composition of incumbent Sergeants with Police Officers in individual PDs, and when we compare the ethnic composition of incumbent Sergeants with that of the populations served.  A more detailed statement of my opinions is at the end of this report.

3.    New Data Analyzed
The statistical analyses described in this report reflect new data contained in the answers to interrogatories provided by the Defendants over the past month. The Defendants individually provided updated information on the persons promoted to Sergeant since 1/1/2008.[6]  In all, there are 13 Police Department (PD) - exam combinations involved in this lawsuit (see Table 1).

The updated information concerned the Defendant departments only, so I was not able to update the AI analyses I conducted earlier on a statewide basis (as summarized in my two earlier reports).  Rather, in the new analyses reported here I focused on the promotions, separately for each departmental exam.  I also report some details of analyses of pass/fail rates and average test scores that were described only in general terms in an earlier report.[7] Finally, I performed some analyses on the racial/ethnic composition of incumbent Sergeants, as some of the Defendants provided that information in their interrogatory answers.

---

[6]HRD ceased collecting information on promotions in 2008, so the information was available only from the Defendants.

[7]"I undertook other statistical analyses of the impact of the HRD exams on minority applicants. Although not reported here in any detail, there are statistically significant differences between the mean scores of minority and non-minority applicants, with minority applicants scoring lower on average; and minority applicants tend to be ranked lower on eligible lists, and so tend to be delayed in certification relative to non-minority applicants." (Wiesen, October 3 and 6, 2008, #27 on page 43)

| Table 1. Defendant Police Departments Enrolled in HRD Sergeant Exams by Exam Year, with Date List Established | | | | |
|---|---|---|---|---|
| **Police Department** | **2005** | **2006** | **2007** | **2008** |
| Boston | 2/13/06* | | | 5/15/2009 |
| Lawrence | | 3/30/07 | | 5/15/2009 |
| Lowell | | 3/30/07 | | |
| MBTA | 3/24/06 | | 3/30/08 | |
| Methuen | | 3/30/07 | | 5/15/2009 |
| Springfield | 3/24/06 | | 3/30/08 | |
| Worcester | | 3/30/07 | | 5/15/2009 |

* The entries in this Table give the dates the lists were established.

4.  Types of Statistical Tests Used
    I used two types of statistical tests, one that focuses on counts (i.e., for the promotion rate and pass-fail analyses) and the other that focuses on averages (for the average score analyses). These two types of tests usually have different levels of statistical power.[8] Usually the tests of differences in average test score have higher power than the tests of differences in rates of promotion or passing. (See Appendix A for an explanation of statistical power.)

5.  AI Analyses by PD and Exam Year
    I evaluated the AI of the exams for each departmental examination, looking at: average score of minority and non-minority test takers, pass-fail rates, and appointment rates. I identified eight indicators of AI: (a) AI ratio for promotions of less than .80, (b) statistically significant[9] AI ratio for promotions, (c) AI ratio at the effective passing point[10] of less than

---

[8]Statistical power is the probability that a statistical analysis will identify a true difference between groups. Power is higher when larger numbers of test takers are involved. With very small numbers of test takers, it can be mathematically impossible to get a statistically significant outcome, no matter how extreme the difference between groups. (See Appendix A.)

[9]I use two-tailed tests with p of .05, as is typical in the use of statistical tests, unless otherwise stated. Dr. Silva refers to this standard 5% value when he says, "... rate of just 5 percent or less, similar to the level encountered in traditional statistical testing..." (Silva, 5/28/2010, page 4, par 3.)

[10]The effective passing score was determined for each departmental exam by identifying the lowest test score for any person promoted to Sergeant. (Note that Dr. Outtz uses the term

.80, (d) statistically significant AI ratio at the effective pass point, (e) AI ratio for passing of less than .80, (f) statistically significant AI ratio for passing, (g) a difference in average test scores that favors non-minorities, and (h) a statistically significant difference in average test scores that favors non-minorities. My findings are described below and summarized in Table 2a. For sake of comparison, statewide statistics are shown in Table 2a for all departments participating in the HRD exams from 2003-2008. Two PDs have not yet made any appointments from the 2008 exam.

6.    Summary of AI Analyses for the City of Boston
For the 2005 Boston PD departmental exam, there is AI in terms of a difference in favor of non-minorities in the average test score, and this difference in average tests scores is statistically significant. There is AI on minorities in the effective passing rates insofar as the AI ratio fails the 4/5ths rule, and this difference is statistically significant. There is AI on minorities in the passing rates insofar as the AI ratio fails the 4/5ths rule, and this difference is statistically significant. There is AI on minorities in the promotion rates insofar as the AI ratio fails the 4/5ths rule, and this difference in promotion rates is statistically significant.

Similarly, for the 2008 Boston PD departmental exam, there is AI in terms of a difference in favor of non-minorities in the average test score, and this difference in average tests scores is statistically significant. There is AI on minorities in the passing rates insofar as the AI ratio fails the 4/5ths rule, and this difference is statistically significant. There is AI on minorities in the passing rates insofar as the AI ratio fails the 4/5ths rule, and this difference is statistically significant. There is AI on minorities in the promotion rates insofar as the AI ratio fails the 4/5ths rule, and this difference in promotion rates is statistically significant.

7.    Summary of AI Analyses for the City of Lawrence
For the 2006 Lawrence PD departmental exam, there is AI in terms of a difference in favor of non-minorities in the average test score, and this difference in average tests scores is statistically significant. There is AI on minorities in the effective passing rates insofar as the AI ratio is zero and so fails the 4/5ths rule. There is AI on minorities in the passing rates insofar as the AI ratio fails the 4/5ths rule. There is AI on minorities in the promotion rates insofar as the AI ratio is zero and so fails the 4/5ths rule.

For the 2008 Lawrence PD departmental exam, there is AI in terms of a difference in favor of non-minorities in the average test score. There is AI on minorities in the effective passing rates insofar as the AI ratio is zero and so fails the 4/5ths rule. There is AI on minorities in the promotion rates insofar as the AI ratio is zero and so fails the 4/5ths rule.

8.    Summary of AI Analyses for the City of Lowell
For the 2006 Lowell PD departmental exam, there is AI in terms of a difference in favor of non-minorities in the average test score, and this difference in average tests scores is

_____

"nominal" passing score to describe the HRD passing point of 70, Outtz, 2/9/09, page 27, par 2.)

statistically significant.  There is AI on minorities in the effective passing rates insofar as
the AI ratio is zero and so fails the 4/5ths rule, and this difference is statistically significant
using a one-tailed test.  There is AI on minorities in the passing rates insofar as the AI ratio
fails the 4/5ths rule.  There is AI on minorities in the promotion rates insofar as the AI ratio
is zero and so fails the 4/5ths rule.

9.      Summary of AI Analyses for the MBTA
        For the 2005 MBTA PD departmental exam, there is AI in terms of a difference in favor of
        non-minorities in the average test score.  There is AI on minorities in the effective passing
        rates insofar as the AI ratio is zero and so fails the 4/5ths rule.  There is AI on minorities in
        the passing rates insofar as the AI ratio fails the 4/5ths rule.  There is AI on minorities in
        the promotion rates insofar as the AI ratio is zero and so fails the 4/5ths rule.

        For the 2007 MBTA PD departmental exam, there is AI in terms of a difference in favor of
        non-minorities in the average test score.  There is AI on minorities in the effective passing
        rates insofar as the AI ratio is zero and so fails the 4/5ths rule.  There is AI on minorities in
        the promotion rates insofar as the AI ratio is zero and so fails the 4/5ths rule.

10.     Summary of AI Analyses for the City of Methuen
        For the 2006 Methuen PD departmental exam, there is AI in terms of a difference in favor
        of non-minorities in the average test score.  There is AI on minorities in the promotion rates
        insofar as the AI ratio is zero and so fails the 4/5ths rule.

        For the 2008 Methuen PD departmental exam, there is AI in terms of a difference in favor
        of non-minorities in the average test score.  Methuen has not yet made any appointments
        from the 2008 exam.  That list was established in May, 2009 and so can be expected to be
        active until May of 2011.  We can predict what will happen if appointments are made from
        the list, assuming the appointments are made from the top of the list, as is typical in
        Massachusetts.  Methuen would have to make 7 appointments to reach a minority test taker.
        Methuen has only 12 incumbent Sergeants, so it is unlikely to appoint a minority from the
        2008 exam.  If Methuen makes less than 7 promotions from the 2008 exam, the AI ratio
        would be zero and thus fail the 4/5ths rule.

11.     Summary of AI Analyses for the City of Springfield
        For the 2005 Springfield PD departmental exam, there is AI in terms of a difference in
        favor of non-minorities in the average test score, and this difference in average tests scores
        is statistically significant.  There is AI on minorities in the effective passing rates insofar as
        the AI ratio is zero and so fails the 4/5ths rule, and this difference is statistically significant.
        There is AI on minorities in the promotion rates insofar as the AI ratio is zero and so fails
        the 4/5ths rule, and this difference in promotion rates is statistically significant.

        For the 2007 Springfield PD departmental exam, there is AI in terms of a difference in
        favor of non-minorities in the average test score, and this difference in average tests scores
        is statistically significant.  There is AI on minorities in the effective passing rates insofar as
        the AI ratio fails the 4/5ths rule.  There is AI on minorities in the passing rates insofar as

the AI ratio fails the 4/5ths rule, and this difference is statistically significant.  There is AI on minorities in the promotion rates insofar as the AI ratio fails the 4/5ths rule.

12. Summary of AI Analyses for the City of Worcester
For the 2006 Worcester PD departmental exam, there is AI in terms of a difference in favor of non-minorities in the average test score.  There is AI on minorities in the promotion rates insofar as the AI fails the 4/5ths rule.

For the 2008 Worcester PD departmental exam, there is AI on minorities in the effective passing rates insofar as the AI ratio is zero and so fails the 4/5ths rule.  There is AI on minorities in the promotion rates insofar as the AI ratio is zero and so fails the 4/5ths rule.

Worcester has made only one appointment from the 2008 exam.  That list was established in May, 2009 and so can be expected to be active until May of 2011.  I have reviewed a copy of the Worcester "Police Sergeant Active Standing List" and the first minority is in position 15.  Thus, Worcester would have to make another 14 appointments to reach a minority test taker.  Since Worcester has 48 incumbent Sergeants and, assuming a 10% turnover each year, Worcester could be predicted to appoint 5 new Sergeants from the 2008 exam.  If Worcester promoted 5 new Sergeants, no additional minority test takers would be promoted, and the AI ratio for promotions would be zero (as it is now), which fails the 4/5 rule.  This AI ratio of zero would occur despite a higher average test score for minorities than for non-minorities for this departmental exam.  Although it may be unusual, this can happen since the higher average score for minorities does not assure that there are any minority candidates who scored high enough to be at the top of the eligible list.

13. Summary of AI Analyses for the Departmental Exams
All individual departmental exam analyses show some indications of AI, either actually or, for two departmental exams, based on the predictions described in the previous paragraph.

Although not being challenged now, we can add some historical perspective by considering the AI of the 2003 and 2004 exams for each of the seven Defendants.  There are strong indications of AI in 4 of these 6 older exams, and some of these are statistically significant. (See Table 2b.)

A global summary for each Defendant, based on aggregating test results from 2003 to 2008, shows a clear pattern of AI for six of the seven Defendants.  (See Table 2c.)

| Table 2a. Summary of Updated AI Analyses, by Police Department and Exam Year | | | | | |
|---|---|---|---|---|---|
| Police Department | Exam Year | AI in Promotion Rates | AI in Passing Rates | AI in Effective Passing Rates | AI in Average Test Score |
| Boston | 2005 | 0.28* | .62* | .29* | 6.4 points* |
|  | 2008 | 0.05* | .73* | .08* | 6.6 points* |
| Lawrence | 2006 | 0.0 | .46 | 0.0 | 6.0 points* |
|  | 2008 | 0.0 | .84 | 0.0 | 3.3 points |
| Lowell | 2006 | 0.0 | .78 | 0.0*** | 9.1 points* |
| MBTA | 2005 | 0.0 | .32 | 0.0 | 3.3 points |
|  | 2007 | 0.0 | .96 | 0.0 | 1.8 points |
| Methuen | 2006 | 0.0 | 1.19 | N/A | 0.2 points |
|  | 2008 | No Promotions Yet**** | 1.11 | N/A | 5.9 points |
| Springfield | 2005 | 0.0* | .81 | 0.0* | 6.9 points* |
|  | 2007 | 0.23 | .47* | .20 | 8.7 points* |
| Worcester | 2006 | 0.79 | .97 | 2.02 | 1.0 point |
|  | 2008 | 0.0 | 1.36 | 0.0 | -4.3 points***** |
| Statewide (not Boston) | 2003-2008 | .35* | .77* | Not Applicable | 4.4 points* |

Note: Ratios that fail the 80% rule of the *UG* are not highlighted or footnoted.
    \* Statistically significant
    \*\* The 5 possible indicators of adverse impact referenced here are:
       (1) Statistically significant lower average test score for minority test takers
       (2) AI ratio for passing rates less than .80
       (3) AI ratio for passing rates statistically significant
       (4) AI ratio for promotion rates less than .80
       (5) AI ratio for promotion rates statistically significant
   \*\*\* Statistically significant with a one-tailed test
 \*\*\*\* The AI ratio is predicted to be less than .8 (see the previous page of this report)
\*\*\*\*\* The average score for minority test takers was higher than for non-minority test takers.
N/A = No promotions per Dr. Silva's Excel file, updated as of March, 2010.

| Table 2b. Summary of AI Analyses, by Police Department for Exam Years 2003-2004 | | | | | |
|---|---|---|---|---|---|
| Police Department | Exam Year | AI in Promotion Rates | AI in Passing Rates | AI in Effective Passing Rates | AI in Average Test Score |
| Lawrence | 2003 | 0.74 | .46 | .46 | 7.7 points |
| Lowell | 2003 | 0.0 | .69 | 0.0 | 8.7 points* |
| MBTA | 2003 | 1.2 | .84 | .82 | 3.4 points |
| Methuen | 2004 | 0.0 | 0.0 | 0.0 | 8.5 points |
| Springfield | 2003 | No Promotions | .59* | No Promotions | 10.4 points* |
| Worcester | 2004 | No Promotions | 1.27 | No Promotions | 0.0 points |

* Statistically significant

| Table 2c. Summary of Updated AI Analyses by PD, Aggregated Over 2003-2008 Exams | | | |
|---|---|---|---|
| Police Department | AI in Promotion Rates | AI in Passing Rates | AI in Average Test Score |
| Boston | .19* | .69* | 6.2 points* |
| Lawrence | .28 | .60* | 5.3 points* |
| Lowell | .0** | .73* | 8.9 points* |
| MBTA | .95 | .83 | 2.0 points |
| Methuen | .0 | .91 | 3.8 points |
| Springfield | .13* | .61* | 9.1 points* |
| Worcester | .70 | 1.18 | -0.9 point |
| Statewide (not Boston) | .35* | .77* | 4.4 points* |

 * p<.05
** p<.05, one-tailed

14. Comparison of Departmental Exam Analyses with Examwide Analyses
    The examwide AI in average grades, passing rates, and promotion rates as reported in my previous report are reflected in the departmental analyses reported herein. Although the minority applicants on average score just a little lower than non-minority applicants (see Appendix B for exam score distributions), this can drive meaningful and even large differences in passing and promotion rates because relatively fewer minority applicants are at the top of the lists.  Generally, where there is lack of statistical significance in the departmental analyses, the lack is best attributed to low statistical power.  In any case, the direction of the differences generally are in favor of non-minority test takers, as in the statewide analyses.

15. Fairness of the 2N+1 Rule
    I take this opportunity to respond to a question posed by counsel at my recent deposition, expanding upon, clarifying and correcting my response to that question.[11]  The questioner asked if the certification rule[12] of 2N+1 would itself cause AI on minorities in a small department with, say, 1 minority and 9 non-minority test takers on the eligible list, and with one position of Sergeant to fill.  Based on both analytic analysis and Monte Carlo research,[13] I can report that the rule of 2N+1 does not cause AI in the situation posed.[14]  Other things being equal, the probability of a minority being in the top 3 names is .30.[15]  Other things being equal, the probability of that minority being at the top of the 3 names is 1/3.  Multiplying the two probabilities we get .3 x .333 = .10, which is the proportion of minorities in the pool of 10 (1 minority out of 10 is 1/10 or .1).

---

[11]The analysis of the probability I gave at deposition is superceded by my analysis herein.

[12]"When names have been certified to an appointing authority ... and the number of ... promotional appointments ... to be made is n, the appointing authority may appoint only from among the first 2n + 1 persons named in the certification ..." (Personnel Administration Rules, PAR.09)

[13]Monte Carlo research approaches statistical questions using computer simulation involving random sampling techniques.  I simulated 10,000 groups of applicants consisting of 1 minority and 9 non-minority test takers.

[14]I have no reason to think that the rule of 2N+1 itself would cause AI in any other similar situation.

[15]This probability may be calculated based on the following.  There are 36 ways to choose 1 minority and 2 non-minority test takers.  There are 120 ways to choose 3 test takers.  The question posed presumed no differences between minority and non-minority test takers.  So the probability of a minority and 2 non-minorities comprising the top three ranks is 36/120 which equals .30.

16. The Effect of Counting Asians as Non-Minorities

This observation responds to another question posed by counsel at my recent deposition, basically asking if considering Asians as non-minorities biased the AI analyses against the Defendants. Based on the data file provided with Dr. Silva's 5/28/2010 report, only one Asian test-taker was promoted in the Defendant PDs from 2003 to 2008, by the MBTA from the 2005 exam (a 1.9% promotion rate for Asians across the 7 Defendant PDs). In non-defendant PDs statewide, only one more Asian was promoted (a 2.2% promotion rate for Asian test-takers statewide). Asians had a lower rate of promotion than either Black or Hispanic test takers in both the 7 Defendant PDs and statewide. So including Asians in the AI analyses did not increase the AI, and probably made the calculated AI in promotion less severe in all analyses but one.

17. Ethnic/Racial Composition of Incumbent Sergeants by PD

The answers to the interrogatories provided information on the ethic/racial make up of incumbent Sergeants. More than half of the 7 PDs have less than 10% minority Sergeants, and one PD has no minority Sergeants at all (Methuen).

18. Comparison of Ethnic Distribution of Police Officers and Sergeants, by PD

I compared the racial/ethnic composition of Police Officers to that of Sergeants within five Defendant PDs for which the needed data were available, using data from 2008.[16]

  a. Ethnic Make-Up of Boston PD

  Boston has 1,850 sworn officers at the rank of Sergeant or below (with rank of Detective or Patrol Officer). The racial/ethnic composition of these officers is shown in Table 3.

| Table 3. Racial-Ethnic Composition of the Boston PD | | | |
|---|---|---|---|
| **Rank** | **Number (%) of Minority** | **Number (%) of Non-Minority** | **Total** |
| Sergeant | 57 (20.4%) | 223 (79.6%) | 280 (100%) |
| Patrol and Detective | 571 (36.4%) | 999 (63.6%) | 1,570 (100%) |
| Total | 628 | 1,221 | 1,850 |

_____

[16]Most of the data sets were dated 2008. Even when I had data on Sergeants for 2010, I used the 2008 figures in these analysis, to be consistent with date of the Police Officer data I was given. I reserve the right to conduct similar analyses if and when newer data, or data for the other PDs become available.

The ratio of Boston PD minority Sergeants to minority officers of lower rank is .56. This is an indication that minority officers are not being promoted proportional to their numbers.  This difference is highly statistically significant (p<.0001).

b.   Ethnic Make-Up of Lawrence PD
    Lawrence has 146 sworn officers at the rank of Sergeant or below (with rank of Detective or Patrol).  The racial/ethnic composition of these officers is shown in Table 4.

| Table 4. Racial-Ethnic Composition of the Lawrence PD | | | |
| --- | --- | --- | --- |
| **Rank** | **Number (%) of Minority** | **Number (%) of Non-Minority** | **Total** |
| Sergeant | 2 (9.1%) | 20 (90.9%) | 22 (100%) |
| Patrolman [sic] | 35 (28.2%) | 89 (71.8%) | 124 (100%) |
| Total | 37 | 109 | 146 |

The ratio of minority Sergeants to minority officers of lower rank is .32.  This is an indication that minority officers are not being promoted proportional to their numbers. However, this difference is not statistically significant with a two-tailed test (but is statistically significant with a one-tailed test).[17]

c.   Ethnic Make-Up of Lowell PD
    Lowell has 211 sworn officers at the rank of Sergeant or below (with rank of Detective or Patrol).  The racial/ethnic composition of these officers is shown in Table 5.

---

[17]Although the software reported the p as less than .0001, more complete statistical tables show that the actual p is less than .0000002, which corresponds to more than 5 standard deviation units.

| Table 5. Racial-Ethnic Composition of the Lowell PD | | | |
|---|---|---|---|
| **Rank** | **Number (%) of Minority** | **Number (%) of Non-Minority** | **Total** |
| Sergeant | 2 (6.7%) | 28 (93.3%) | 30 (100%) |
| Patrol and Detective | 35 (19.3%) | 146 (80.7%) | 181 (100%) |
| Total | 37 | 174 | 211 |

The ratio of minority Sergeants to minority officers of lower rank is .35. This is an indication that minority officers are not being promoted proportional to their numbers. However, this difference is not statistically significant.

d.  Ethnic Make-Up of Springfield PD
    Springfield has 490 sworn officers at the rank of Sergeant or below.[18] The racial/ethnic composition of these officers (as of 2008) is shown in Table 6.

| Table 6. Racial-Ethnic Composition of the Springfield PD | | | |
|---|---|---|---|
| **Rank** | **Number (%) of Minority** | **Number (%) of Non-Minority** | **Total** |
| Sergeant | 5 (12.5%) | 35 (87.5%) | 40 (100%) |
| Officers | 133 (29.6%) | 317 (70.4%) | 450 (100%) |
| Total | 138 | 352 | 490 |

The ratio of minority Sergeants to minority officers of lower rank is .42. This is an indication that minority officers are not being promoted proportional to their numbers. This difference is statistically significant.

e.  Ethnic Make-Up of Worcester PD
    Worcester has 435 sworn officers at the rank of Sergeant or below (with rank of Detective or Patrol). The racial/ethnic composition of these officers is shown in Table 7.

---

[18]Number of Police Officers taken from "Springfield police commissioner urges minorities to take Civil Service exam." May 12, 2008. Downloaded from Masslive.com 6/11/2008. Number of Sergeants taken from Springfield's answers to interrogatories.

| Table 7. Racial-Ethnic Composition of the Worcester PD | | | |
|---|---|---|---|
| Rank | Number (%) of Minority | Number (%) of Non-Minority | Total |
| Sergeant | 4 (7.0%) | 53 (93.0%) | 57 (100%) |
| Police Officer | 65 (17.2%) | 313 (82.8%) | 378 (100%) |
| Total | 69 | 366 | 435 |

The ratio of minority Sergeants to minority officers of lower rank is .41. This is an indication that minority officers are not being promoted proportial to their numbers. However, this difference is not statistically significant with a two-tailed test (but is statistically significant with a one-tailed test).

19. Comparison of Racial/Ethic Composition of Sergeants with Census Data

There is a clear pattern of proportionally fewer minority Sergeants than minority residents living in the communities they serve. (Census data was obtained from the web.[19]) The differences are statistically significant for six of the seven PDs. (See Table 8.)

---

[19]I obtained census figures for 2006-2008 for the various municipalities from the official US Census website (http://factfinder.census.gov).

| Table 8. Ethnic/Racial Composition of Incumbent Sergeants by PD with Census Data | | | | | |
|---|---|---|---|---|---|
| Department | Number of Non-Minority Sergeants | Number of Minority Sergeants | % Minority Col B / (Col A + Col B) | % Minority (2006-2008 Census Data) | Ratio* Col C / Col D |
| | Col A | Col B | Col C | Col D | Col E |
| Boston | 218[20] | 55 | 20.1% | 39.6% | 0.51 |
| Lawrence | 16 | 1 | 5.9% | 74.0% | 0.08 |
| Lowell | 28 | 2 | 6.7% | 21.9% | 0.31 |
| MBTA | 24 | 10 | 29.4% | N/A | N/A |
| Methuen | 12 | 0 | 0.0% | 21.3% | 0.00 |
| Springfield | 35 | 5 | 12.5% | 46.8% | 0.27 |
| Worcester | 48 | 4 | 7.7% | 28.3% | 0.27 |

\* All these ratios are highly statistically significant except for Methuen.

20. Shift of One, Under Question 21 of the *UG*, is Inappropriate Here

Question 21 of the *UG*[21] is designed to be used to determine whether a low AI ratio based on a small number of candidates is likely to have arisen by chance.[22] Obviously, this approach was designed to be used when the AI is not statistically significant, since statistical tests by their nature consider variation due to chance and a statistically significant finding is one that is specifically thought not to be due to chance. So, the shift of one approach should not be applied where the AI is statistically significant, as in the Springfield 2005 departmental examination. Further, with respect to the statewide and departmental exams, there is very solid, statistically significant research evidence that there are adverse effects of the HRD tests on minorities, indicating that the severe AI ratios for promotions are not simply due to chance. The pervasive pattern of lower grades for minority test takers, lower effective passing rates for minority test takers, and lower passing rates for minority test takers, together make it untenable to hold that the AI ratios for promotions are

---

[20]This figure and the next for Boston differ a little from those in Table 3. These figures are more current.

[21]This question and answer is quoted in full by Dr. Outtz (Outtzz, 2/9/09, page 13).

[22]Dr. Silva says that the shift of one approach "is something that the Guidelines specifically recommend to avoid false positives that result from small numbers." (Silva, 5/28/2010, page 8, next to last paragraph.) A false positive, in this type of analysis, would be a finding that there is a difference when, in fact, there is no true underlying difference; the apparent difference having arisen by chance.

due to chance. Clearly the AI ratios in promotion are due to the impact of the test, unameliorated by any other factor.

21.  Summary and Conclusions

My analyses[23] of the impact of the HRD tests for promotion to Sergeant reveal a clear pattern of AI for each of the yearly HRD exams on minority test takers, statewide, in terms of: promotion rates, passing rates, and average test scores. It is my opinion that when any of the challenged HRD tests are used in any given PD there will be adverse impact on minorities, absent unusual conditions. Indeed, when the impact of the HRD tests in individual Defendant PDs is analyzed, this general pattern is seen in most cases. The pattern is seen most clearly in the larger PDs. However, the pattern is also seen in the smaller PDs, with frequent promotion rates of zero for minorities, and with differences in passing rates and average test scores that generally mirror that seen in the statewide analyses. The AI ratio for the effective passing point[24] There are important indications of AI for 12 of the 13 departmental examinations. The clear statewide pattern of AI against minorities due to the written test in Sergeant exams documented in my earlier reports is seen in these 12 departmental examinations. It is my opinion that there is AI in each of these. The other departmental examination has not yet resulted in any promotions, so we do not yet know if they will show adverse impact in appointments, but reasonable assumptions suggest there will be adverse impact in appointments in this departmental exam, as well. The adverse impact of the HRD tests in the various PDs is reflected in large discrepancies between the ethnic/racial composition of the incumbent Sergeants and the incumbent sworn officers below the rank of Sergeant, and in large discrepancies between the ethnic/racial composition of the incumbent Sergeants and the composition of the residents of the communities they serve. Finally, it is my opinion that Question 21 of the *UG* is designed to be used in situations where a low AI ratio could reasonably be thought to have occurred by chance. The situation we have here is far from this, as we have statistically significant findings that the HRD exams are operating to cause AI on minority test-takers.

Signed: _____    Date: _____June 25, 2010_____

---

[23]Some described in my earlier reports.

[24]The effective passing point is specific to each departmental exam, as it is the lowest test score of any of the people promoted in the department for a given exam year.

## Appendix A: Note on Statistical Power and the Use of Statistical Tests

The concept of "statistical power" is important to understanding the interrelationships of the results of the statistical analyses presented in this report. Statistical power refers to the probability of identifying as "statistically significant" a difference that actually exists (such as, identifying a biased coin, based on coin-toss data). Statistical analyses involving comparison of averages are more powerful than those involving an equal number of yes-no decisions (i.e. promoted or not; pass/fail). Also, the statistical power of statistical analyses concerning averages is less affected by small numbers than the statistical power of analyses of yes-no decisions, because there is more numeric information in a numeric test score than in a yes-no decision.[25]

Statistical tests do not always have high power, especially when dealing with small numbers of cases. Statistical tests are most useful when there is a reasonable mathematical possibility (i.e., "power") of finding statistical significance if, in fact, there is a difference. It is well known (and acknowledged by both Drs. Silva and Outtz, experts for the defense[26]) that it is difficult to show statistical significance when small numbers of test takers are involved (or when the number of coin-tosses is small). Most of the statistical analyses reported herein involve small numbers, either in terms of the number of minorities, the number passing or appointed, or all of these. If there are real differences between minority and non-minority test takers in average test scores, passing rates, and promotion rates, it is to be expected that more of the AI analyses involving average test scores will be statistically significant than of the AI analyses involving passing rates or promotion rates of minority and non-minority test takers. Likewise, usually it is to be expected that more of the statistical analyses involving passing rates will be statistically significant than the statistical analyses involving promotions (because there are more passers than promotions, although when nearly all people pass this advantage in power disappears).

The three types of statistical analyses (of average scores, passing rates, and promotion rates) are ways of looking at different but related aspects of AI. A statistically significant difference in average scores of minority and non-minority tests takers suggests that a statistical analysis of promotion rates that reveals a dramatic difference but that is not statistically significant may be due to the low power of a statistical analyses conducted with small numbers.

---

[25]Two test scores can differ by 1 or many points, and the statistical analyses reflect the size of any differences, whereas selection decisions have only two possible values: selected or not.

[26]Silva wrote, "... I am not insensitive to Drs. Wiesen and Fields' concerns about small datasets." (Silva, 5/28/2010, page 2, last par.) Silva also wrote, "If the data was [sic] analyzed separately for blacks and Hispanics, the statistical probability values (i.e., p-values) that I will provide later in this report would be even higher..." (Silva, 5/28/2010, page 2, last line.) Outtz wrote, "... the analyses ... 4 are conservative estimates of adverse impact given that the promotion rates for African American and Hispanic candidates have been combined. Disaggregation of these groups would yield even smaller samples of minority candidates in each jurisdiction." (Outtz, 5/28/2010, page 16, first par.)

## Appendix B: Score Distributions by Exam



Figure 1.  Distribution of Scores, Frequency by Ethnic Group: 2005 Statewide Sergeant Exam



Figure 2.  Distribution of Scores, Frequency by Ethnic Group: 2006 Statewide Sergeant Exam



Figure 3.  Distribution of Scores, Frequency by Ethnic Group: 2007 Statewide Sergeant Exam



Figure 4.  Distribution of Scores, Frequency by Ethnic Group: 2008 Statewide Sergeant Exam



