# In The Matter Of:

*Pedro Lopez, et al. v.*
*City of Lawrence, Massachusetts, et al.*

*Sally McNeely*
*March 12, 2010*

195 State Street
Boston, MA 02109
888.825.3376 - 617.399.0130
www.court-reporting.com



O'BRIEN & LEVINE
Court Reporting Services
*Making Your Case*

Original File Sally McNeely 3-12-10.txt
Min-U-Script® with Word Index

1   A.   No.

2   Q.   With respect to those towns who have
3   opted to do assessment centers, I take it then
4   that they used the statewide police sergeants
5   exam for some component of the individual score?

6   A.   Some of them do. Some of them do sole
7   assessment centers.

8   Q.   Okay. That is, some don't use -- I
9   think this is helpful -- some don't use a
10  written test at all?

11  A.   Right.

12  Q.   As you sit here today, can you recall
13  some communities that have -- civil service
14  communities that have made police sergeant
15  appointments using a testing procedure that
16  didn't have any written component?

17  A.   I wouldn't know which communities do
18  that.

19  Q.   But you have approved some; is that
20  correct?

21  A.   Yes.

22         MR. LEAHEY:   Is this 2008 or at any
23  time?

24         MR. LICHTEN:  I'm talking about at