UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| PEDRO LOPEZ, et al. | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 07-11693-GAO |
| CITY OF LAWRENCE, et al. | ) |
| Defendant. | ) |

NOTICE OF APPEARANCE

Please enter my appearance on behalf of the plaintiffs.

/s/ Stephen S. Churchill
Stephen S. Churchill, BBO#564158
LICHTEN & LISS-RIORDAN, P.C.
100 Cambridge Street, 20th Floor
Boston, MA 02114
(617) 994-5800
SChurchill@llrlaw.com

Date: June 30, 2010

CERTIFICATE OF SERVICE

I hereby certify that on June 30, 2010, a copy of this document was served by electronic filing on all counsel of record.

/s/ Stephen S. Churchill
Stephen S. Churchill

1