**EXHIBIT C**

PEDRO LOPEZ, ET AL., Plaintiffs

v.

City of Lawrence, Massachusetts, et al. Defendants


Case No. 07—CA-11693-JLT


Report of Cassi L. Fields, Ph.D.


Prepared by:

Cassi L. Fields, Ph.D.
President/CEO
Fields Consulting Group, Inc.
7926 Jones Branch Drive
Suite 200
McLean, VA  22102


March 30, 2010

Richmond, Virginia (approximately 200 candidates)
Prince Georges County, Maryland (approximately 200 candidates)
Charlotte, North Carolina (approximately 200 candidates)
St. Louis, Missouri Police Department (approximately 200 candidates)
Metro Washington Transit Authority (approximately 50 candidates)

Due to the passing of Frank Landy, an expert on the current case, I have been asked to step in
to provide my expert opinion of the Massachusetts Police Sergeant Exams administered
statewide in 2005, 2006 and 2007, and separately in the Boston Police Department (BPD) in
2005. I base my opinion on my review of the six expert reports that have been submitted to
date, along with some data I received from Dr. Wiesen in March 2010 (Attachment 1). I
have been asked to review the reports and this last set of data only. I do not have the
supporting documentation for the reports such as the depositions that have been taken, job
analysis studies, tests, or other information. Therefore, I reserve the right to modify or
amend my conclusions should I receive additional information about this case.[1]

I reviewed the reports and the data I received in March 2010 to evaluate:

1) the adverse impact in the written tests,
2) the adverse impact in the selection rates from the HRD tests,
3) the validity of the HRD tests, and
4) potential alternatives not used by the HRD to maximize validity and minimize adverse
   impact.

## Dr. Wiesen's Expert Reports

In his first Expert Report dated October 3, 2008, Dr. Wiesen reviewed historical data from
the Massachusetts HRD Police Sergeant exam from 2003 – 2007. He looked at each year
individually and then combined the data for different set of years, with and without the
Boston Police Department data, in preparation for objections that might be received by the
Defendants. He also provided a Supplemental Expert Report on March 30, 2009. Initially, I
was confused about inconsistencies in the adverse impact ratios reported in the 2005 and
2006 Statewide exams between Dr. Wiesen's report (October 3, 2008) and Dr. Silva's report
(February 9, 2009). I have learned that Dr. Silva's report may be based upon a more accurate
data set than Dr. Wiesen's. I have also learned that HRD's data are in a constant state of
revision due to additional hires, corrections in inaccurate data, and due to the fact that the
expiration dates of all promotional lists from each year are different. This means that some
of the lists had not expired at the time Dr. Wiesen wrote his reports (October 3, 2008), and
promotions were still being made and reported. I believe that Dr. Silva's data (February 9,
2009) are most current and accurate. My conclusions are based upon those data, and the data

---

[1] During the course of this case, I may be asked to calculate or confirm various statistics including, but not
limited to, means, standard deviations, chi squares, probability values, adverse impact ratios and standard
deviation units. I may also be asked to review the data used to write the reports by the various experts. In the
event I do so, I reserve the right to revise my conclusions based upon those analyses.

## Summary

I conclude that there is a pattern of adverse impact in the selection of minority candidates for the position of Police Sergeant across the Commonwealth of Massachusetts in the years 2005-2007, and this pattern emerged earlier than 2005. There is also sufficient data from the Boston Police Department to conclude that there is significant adverse impact in the Boston Police Department against minority applicants applying for the position of Police Sergeant in 2005 and 2008.

I conclude that the picture is troubling when the selection data from the individual years are analyzed. When the entire picture is analyzed in aggregate, there can be no dispute that there is a pattern and practice that disproportionately selects out minority candidates who are attempting to get promoted in the BPD and in the Commonwealth of Massachusetts.

# What did Plaintiff's Expert Dr. Frank J. Landy Conclude About the 2005-2007 Police Sergeant Exam, By Ethnic Group

Dr. Landy focused on the years 2005-2007 and clearly concurred with Dr. Wiesen (October 3, 2008 and March 30, 2009). He concluded that there was adverse impact in pass/fail rates and in selection rates against minority candidates.

In his report, Dr. Landy (October 30, 2008) then went on to analyze whether there was sufficient validity evidence to support the use of exams with significant adverse impact. He noted many flaws in the HRD's validity study conducted in 2002 that was used for subsequent exams, and he noted many flaws in the historical validity data (prior to 2002) for the statewide Police Sergeant and the BPD exams.

Dr. Landy did not change his opinion in his Supplemental Report (March 31, 2009). He emphasized that there is substantial adverse impact in the 2005-2007 statewide exams and in the 2005 BPD exam. He reiterated the lack of content validity and the weakness of all previous content validation efforts. He re-emphasized the problem with the use of strict rank ordering of test scores since it is not substantiated by reliable data. He also reinforced the need to search for, and include alternatives, that may reduce adverse impact. In all of these conclusions, I agree entirely.

# CONTENT VALIDITY

In this section of the report, I analyze and evaluate the content validation study conducted by the Commonwealth of Massachusetts HRD for the Police Sergeant promotional examination.