**EXHIBIT D**

# Supplemental Expert Report in Lopez et al. v City of Lawrence et al.

Joel P. Wiesen, Ph.D.
March 30, 2009

## Table of Contents

**Part One: Introduction** .................................................... Page 1

1. Summary of My Opinions ............................................. Page 1

2. Documents and Computer Files Reviewed or Used ........................... Page 1

**Part Two: Rebuttal to the Common Critiques of Dr. Outtz and Silva** .............. Page 2

3. Critique of Combining Data Across Municipalities ........................ Page 2

4. Aggregation of Data is Not Shown to be Unreasonable ..................... Page 4

5. Dr. Silva Himself Aggregates Data Across Police Departments .............. Page 6

6. HRD Conducts Aggregate Analyses ..................................... Page 6

7. Federal Court Use of Aggregated Data in Title VII Cases ................. Page 6

**Part Three: Rebuttal to the Report by Dr. Outtz** .............................. Page 7

8. Repeated Use of "Shift of One Person" Data Correction ................... Page 7

9. Overstatement of the Weight of Education and Experience ................. Page 7

10. Uncritical Claim of Validity of the Boston Sergeant Exam ............... Page 8

11. Dr. Outtz Ignored Major Flaws in Morris-McDaniel Job Analysis .......... Page 8

12. Implausible (100%) Agreement of Raters in Morris-McDaniel Job Analysis ... Page 8

13. Used Implausible Ratings to Determine Exam Content ..................... Page 9

14. Illogical Ratings of Tasks and KSAPs Go Without Comment ................ Page 9

15. Highly Unusual Rating Instructions Given to SMEs ....................... Page 11

| Attachment A: Case Documents Reviewed (continued) |
|---|
| Massachusetts Human Resources Division Departmental Police Sergeant Promotional Examination for Cambridge, Announcement Number 9557, Examination Date: October 20, 2007 |
| Reading List for October 20, 2007, Promotional Examinations |
| Education and Experience Rating Sheet Instructions for October 20, 2007 Promotional Examinations |
| Police Promotional Examination Subject Area Outline for October 20, 2007, Examination |
| TIA for Police Promotional Examination of October 20, 2007, Instrument Number 2729301 |
| Response Key Information for October 20, 2007 Departmental Promotional Examinations for Police Sergeant, Lieutenant, and Captain |
| December 28, 2007 letter from Vivian W. Lee, Human Resource Division to Thomas R. Ahearn re: Review of Examination Item; Announcement # 9557 |
| December 28, 2007 letter from Vivian W. Lee, Human Resource Division to Christopher M. Andrade re: Review of Examination Item; Announcement # 3540 |
| December 28, 2007 letters from Vivian W. Lee, Human Resource Division re: Review of Examination Item; Announcements [MISSING 122. Announcement #4222] and [INCORRECT 154. Letter from William Ward not Raymond Richardson] |
| ROSTER OF DOCUMENTS RELEVANT TO Lopez, et al. v. City of Lawrence, et al. U.S. Dist. Ct. No. 07-CA-11693-JLT (documents produced in first half of 2008) |
| SECOND ROSTER OF DOCUMENTS RELEVANT TO Lopez, et al. v. City of Lawrence, et al. U.S. Dist. Ct. No. 07-CA-11693-JLT (documents produced in July 2008) |
| Deposition of Sally McNeely |
| Deposition of Guy Paris |
| Deposition of Vivian Lee |
| Complaint and amended complaints |
| Joint Proposed Order on Document Discovery |
| Affidavit of Kenneth Gaines (undated and unsigned) |
| Letter of 9/16/08 to Barrault from Quinan |
| Expert report of Dr. Frank Landy, October 2008 (draft and final) |

| Attachment A: Case Documents Reviewed (continued) |
| --- |
| Letter of 4/16/08 from Barrault to Quinan |
| Supplemental Expert report of Dr. Frank Landy (draft) |
| Statute of limitations argument, 1/26/09 (pages 19-29) |
| Statement of Undisputed Material Facts, 1/27/09 |
| State Defendants' Opposition to Plaintiffs' Proposed Discovery Orders, 1/29/08 |
| Letter to Judge Tauro from Quinan, 5/19/08 |
| Privilege Log, March 2008 |
| Memo to 12/12/08 to Appointing Authorities and Police Chiefs from Sally McNeely |