**EXHIBIT F**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

---

PEDRO LOPEZ, et al.,

    Plaintiffs

vs.

City of Lawrence, Massachusetts, et al.,

    Defendants.

---

CIVIL ACTION NO. 07-CA-11693-JLT

## Report of Jacinto M. Silva, Ph.D.

Prepared by:

Jacinto M. Silva, Ph.D.
EB Jacobs
300 South Burrowes Street
State College, PA 16801

February 9, 2009

# Assessment of Promotional Processes as they Affect African-American and Hispanic Candidates in the 2005 to 2007 Commonwealth of Massachusetts Municipal Police Sergeant Promotional Examinations

### Introduction

In the years 2005 through 2007, the Massachusetts Human Resources Division (HRD) administered written tests to over two thousand police sergeant candidates in scores of different communities. In addition to the written test, the state also evaluated education and experience levels for all candidates who submitted the requisite materials documenting their pertinent data. The state weighted the written score 80 percent and combined it with the education and experience score, which was assigned a weight of 20 percent. Each jurisdiction in the state also had the option to administer additional components and to weight the scores of those components into score composites specific for their department. Some jurisdictions opted to administer an oral assessment component, but the scores from that component are not addressed in the 2005 to 2007 examination data reviewed below.

### Correctness of Examining Adverse Impact Within Jurisdiction

Drs. Landy and Wiesen in their expert reports argue that aggregating the examination data across jurisdictions is appropriate. However, by state law, appointments are made within jurisdictions and candidates from one jurisdiction are not eligible for promotions in other jurisdictions (Mass. Gen. Laws ch. 31, §§ 59 and 65). Moreover, the results of such aggregation can be extremely misleading and are erroneous. The example that follows below in Table 1 demonstrates this.

*Table 1: Example That Demonstrates the Inappropriateness of Aggregation Across Jurisdictions*

|  | Jurisdiction 1 | | Jurisdiction 2 | |
|---|---|---|---|---|
|  | Minority | White | Minority | White |
| Number of Test Takers | 2 | 14 | 28 | 49 |
| Number of Candidates Promoted | 1 | 7 | 4 | 7 |

| | | |
|---|---|---|
| Adverse Impact (AI) Within Jurisdiction | 1.00 | 1.00 |
| Adverse Impact (AI) Across Jurisdictions | | 0.75 |

If adverse impact is computed within jurisdiction there is no adverse impact within either jurisdiction. However, if the two jurisdictions are combined and it is erroneously assumed that all candidates are eligible for promotions in either jurisdiction, then the adverse impact becomes 0.75 (below the "4/5ths rule of thumb," which holds that an adverse impact number below 0.80 is a *possible* indicator of discriminatory practices). The inappropriateness of using aggregated data when calculating adverse impact is thus obvious.

### Effectiveness of the Knowledge Test

Dr. Landy in his report characterizes HRD's multiple-choice sergeant promotion test, which is largely a knowledge test, as ineffective. If that were the case then one would expect that incumbent sergeants would perform no better than lower-level police officers on the test of sergeant work knowledge. However, if HRD's knowledge tests were, in fact, effective, then it would be expected

- 1 -

Table 5: 2007 Statewide Shortfall Results by Department

| Jurisdiction | Takers B/H | Takers White | Appts B/H | Appts White | AI | AI (N+1) | Shortfall | Fisher's Exact Test P-Value |
|---|---|---|---|---|---|---|---|---|
| AGAWAM POLICE DEPT. | 1 | 10 | 0 | 1 | 0.00 | ND | -0.07 | 1.00 |
| CAMBRIDGE POLICE DEPT | 6 | 30 | 0 | 1 | 0.00 | ND | -0.14 | 1.00 |
| CHELSEA POLICE DEPT | 7 | 14 | 1 | 0 | ND | ND | -0.71 | 0.39 |
| HOLDEN POLICE DEPT | 1 | 6 | 0 | 1 | 0.00 | ND | -0.12 | 1.00 |
| HOLYOKE POLICE DEPT | 6 | 23 | 0 | 1 | 0.00 | ND | -0.17 | 1.00 |
| LYNN POLICE DEPT | 1 | 31 | 0 | 3 | 0.00 | 15.50 | -0.08 | 1.00 |
| SOUTHBRIDGE POLICE DEPT | 3 | 4 | 1 | 1 | 1.33 | ND | 0.25 | 1.00 |
| SPRINGFIELD POLICE DEPT | 16 | 19 | 1 | 3 | 0.40 | 1.19 | -0.61 | 0.61 |
| WATERTOWN POLICE DEPT | 1 | 10 | 0 | 1 | 0.00 | ND | -0.07 | 1.00 |
| WESTFIELD POLICE DEPT | 1 | 10 | 0 | 2 | 0.00 | 10.00 | -0.15 | 1.00 |

No jurisdiction has a shortfall of one or more minority appointments. If you consider ½ of an appointment shortfall a full appointment shortfall, the net shortfall is zero across the whole state. In all cases the "N+1" analysis yields adverse impact ratios above 0.80. Finally, Fisher's exact test was not statistically significant for any jurisdiction (i.e., $p > .05$ in all cases).

<u>Impact of Adding an Oral Component to the Boston Police Sergeant Examination in 2002</u>

Dr. Frank Landy, in his plaintiffs' expert report, suggested that the use of an oral board process could significantly reduce the performance differences between minority candidates and Caucasian candidates. The City of Boston's experience with adding an oral board component in 2002 in the form of a structured interview does not show that to be the case.

In 2002, Boston retained the firm of Morris & McDaniel, Inc. to develop a promotional process for police, subject to HRD's approval, as set forth in a Delegation Agreement between HRD and the Boston Police Department. As administered to candidates for promotion, the 2002 examination included an oral board component (i.e., a structured interview) and a written test. The written test had its weight reduced from 80 percent to 40 percent and the oral board component was assigned an equal weight of 40 percent. Finally, the "experience and education" component was assigned the remaining weight of 20 percent. The weight of 20 percent for "education and experience" has been unchanged for Massachusetts police sergeant promotional examinations across many years. Also unchanged (as it is required by state law) has been the assignment of two extra points for Veteran candidates who pass the written test. The two Veterans "bonus" points are assigned after all scoring and weighting is completed.

I conducted an analysis that computed the number of minorities appointed to the rank of Sergeant in 2002 using these two different methods: