**EXHIBIT G**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PEDRO LOPEZ, et al.,<br><br>Plaintiffs<br><br>v.<br><br>City of Lawrence, Massachusetts, et al.<br><br>Defendants. | CIVIL ACTION NO. 07-CA-11693-JLT |

## Report of Jacinto M. Silva, Ph.D.

Prepared by:

Jacinto M. Silva, Ph.D.
EB Jacobs
300 South Burrowes Street
State College, PA 16801

May 28, 2010

will provide later in this report would be even higher, indicating even less support for the position that promotion rates differ between minority subgroups and whites.

## Effectiveness of the Knowledge Test

Dr. Landy in his report (as adopted by Dr. Fields) characterized HRD's multiple-choice sergeant promotion test, which is largely a knowledge test, as ineffective. In my original response I argued that if the sergeant's exam was ineffective then current sergeant incumbents at the state level and in Boston would perform no better than candidates for the sergeant position. On the other hand, if the test was measuring knowledge used by incumbent sergeants then we would expect the incumbents to perform better than sergeant candidates.

In my original response I indicated that 89 percent of the Boston sergeant incumbents who took the exam performed passed (i.e., scored 70 percent or better on the 53 questions common to the sergeant and lieutenant exams), whereas only 63 percent of the sergeant candidates passed. Similarly, at the state level (without including Boston candidates) 79 percent of the sergeant incumbents passed compared to 51 percent of the sergeant candidates.

Dr. Fields indicates that this leaves 11 percent of Boston incumbent sergeants and 21 percent of non-Boston incumbent sergeants who did not pass. She argues that this "is a very large percentage of current sergeants" who failed. Examined from the passing side, the percent that passed is very high. In setting job performance cut score points industrial psychologists often use one standard deviation below the average job performance for a group to reflect poor performance. This means that for a normally distributed population, about 16 percent of the incumbents are considered poor performers. This 16 percent estimate is right in line with the two observed percentages of 11 percent for Boston and 21 percent statewide. Furthermore, the argument I made does not rest on a 70 percent test score cutoff. At any reasonable cutoff, more incumbents would always score above the cut score, still supporting the position that incumbent sergeants outperform incumbent police officers because of the relevance of the knowledge test to the sergeant position. For example, if the cutoff was lowered to 65 percent in Boston, the percent of passing incumbent sergeants would be 95 percent compared to only 80 percent of sergeant candidates.

## Banding

The process of banding to address imperfect reliability in any testing process is well established. The idea behind score banding is that all testing involves some measurement error. Therefore scores that differ by a few points should be considered equivalent. Although some question the assumptions that underlie banding and appropriateness of using a single band width at all points on a score distribution, EB Jacobs recommends banding to many of our clients to make the process fairer to all candidates.

However, the use of banding to increase minority hiring is ineffective. A low percentage of minorities in the pool of candidates (i.e., in Massachusetts from 2005 to 2007 the rate of promotions ranged from 6 to 11 percent by year) ensures that few minority candidates are in the top band. The few minority candidates that would naturally make it into the top band would have to perform better than the remaining candidates on additional criteria used to decide amongst those candidates within that band. Would the use of banding increase minority promotions? Sometimes it might but the overall likelihood of making any substantial difference is small. The plaintiff's experts have not provided any analyses of the Massachusetts candidate data that indicate that there would be any impact, let alone a substantial impact.