# EXHIBIT A

# Police Test So Easy, It's a Joke

Updated: Wednesday, 17 Feb 2010, 6:19 PM CST
Published : Tuesday, 16 Feb 2010, 8:30 PM CST



Lauren Lee

Advertisement


Memphis, Tn - Nearly 40 percent of the Memphis Police force is preparing for a test on Friday that could change their career, but many officers are saying the test is so easy, it's become a joke.

Fox13 obtained some practice materials and could not believe the questions.

"Our standards are the highest. Our officers are the finest." That's the motto of the Memphis Police Academy.

This is one of the questions pulled from practice materials used in the sergeant's promotional process:

A search warrant is a document that gives permission to conduct a search:
A) With consent
B) Without consent
C) Of an arrested individual
D) Of an abandoned vehicle

Memphis Police Officers who did not want to be interviewed publicly say the promotional process has become a joke; the test is embarrassingly easy.

Memphis Police Association president J.D. Sewell says that was intentional. "That is a goal, to make it simple enough and fair enough for everybody that hopefully there's no grounds to challenge it in court," says Sewell.

The promotional process in the Memphis Police Department is notorious for landing the City of Memphis in court. In 2005 when the MPD was promoting to the rank of major, the city used content exam scores to rank candidates. But city officials thought not enough African American candidates scored high enough to be promoted. This caused a group of officers to sue.

It also caused the city to re-think the way it promotes officers.

Sewell says the city must use an exam, which has typically been the cause of discrimination lawsuits, "I propose that it be easy and they go by seniority because then there's no discrimination."
Some questions resemble elementary grammar:

Select the word to complete the following sentence.
Citizens should always lock _____ vehicles and secure valuables in the trunk.
A) There
B) They're
C) Their
D) They

Even some pertaining to police work seemed over simplified.

http://www.myfoxmemphis.com/dpp/news/local/021510_police-test-so-easy,-it's-a-joke    6/17/2010

A search warrant must be issued by:
A) An impartial citizen
B) The court
C) A lawyer
D) A senior police official

Memphis Police Director Larry Godwin declined an on camera interview because the MPD does not handle its own promotional process.

But in a written statement Godwin says:
"I expect that the process will be challenging and will provide this department and our citizens with the most competent and qualified individuals. I would hope that the test is not so elementary that only those candidates with seniority points get promoted. Seniority should play a role in the process, but the test should be challenging enough that seniority is not the determining factor."

Godwin referred Fox13 to the city of Memphis for comment.

Mayor AC Wharton declined to comment on camera, but Labor Manager Chandell Ryan issued a statement. It says in part, "Based on the amount of litigation involving the City of Memphis relative to the promotional processed within the Memphis Police Department, the City contracted with Cassi Fields, Ph.D. of McLean, Virginia who was referred by the United States Department of Justice."
The city is paying Fields Consulting $1.2 Million.

City Council Member Shea Flinn laughed when reading some examples from practice questions. "The citizens want the best qualified police force this city can provide them and that's what we owe them and that's what we're striving for," says Flinn. "If a professional can tell me those questions achieve that, ok."

The professionals, Fields Consulting Group, designed and are responsible for administering the Sergeant Promotion Test.

Fields consulting did not return an e-mail and several calls requesting comment, although a receptionist confirmed Dr. Cassie Fields had received the messages.

But sources within the police department tell Fox13 the company was told the primary goal is not to be sued.

"That should be a goal of any fair process is that it doesn't result in litigation but at the end of the day we can't lose sight of the ball," says Flinn. "The idea is to promote the most qualified candidate for the position."

Sources tell Fox13 that test administrators have told sergeant applicants that the actual exam will be completely made up of the practice materials and practice test questions.

But Sewell, who going through the process currently says the test will be more challenging than the practice materials would lead you to believe.

"The modules, the training materials, there is a lot of easy stuff, but it was 120 questions on the practice test and nobody scored perfect they did have some hard stuff," says Sewell.

And the process is extremely competitive. The last sergeant's promotion test was eight years ago.

And the only officers eligible to take that test were the officers who graduated the academy in 1995 or earlier. That means nearly 900 officers are competing for 230 sergeant positions. Nearly 40 percent of the Memphis Police force will be taking the exam.

"They're worried if they don't make it this round they'll have to wait another eight years for another step and they're

close to retirement," says Sewell.

http://www.myfoxmemphis.com/dpp/news/local/021510_police-test-so-easy,-it's-a-joke          6/17/2010

Sewell says the promotions process is Memphis is extremely flawed. In other cities, Sewell says promotions happen every couple of years. But in Memphis, many officers are worried this is a once in a career chance.

So for months, patrolmen have been studying questions like this:

A complete sentence must include:
A) A subject
B) A verb
C) A pronoun
D) Both a and b