UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 07-CV-11693-GAO

PEDRO LOPEZ, ET AL., )
    Plaintiffs, )
)
v. )
)
CITY OF LAWRENCE, ET AL., )
    Defendants )

### CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(2)

I hereby certify that on June 30, 2010, I conferred with Attorney Joseph Sulman, counsel for the Plaintiffs in a good faith attempt to resolve or narrow the issues prior to filing to Motion of Defendant Cities of Boston, Lawrence, Lowell, Methuen, Springfield & Worcester and Defendant Massachusetts Bay Transportation Authority for a Court Order Regarding the Production of Police Sergeant Examinations Created and Administered by Plaintiffs' Expert Cassi L. Fields, Ph.D.

Respectfully submitted,                                                                 June 30, 2010
**CITY OF LOWELL**

/s/ Brian W. Leahey
Brian W. Leahey, Asst. City Solicitor
BBO # 567403
375 Merrimack Street 3rd Fl.
Lowell MA 01852-5909
Tel: 978-970-4050
Fax: 978-453-1510

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing document, was filed through the Electronic Case Filing System for filing and electronic service to the registered participants as identified on the Notice of Electronic Filing on June 30, 2010.

/s/ Brian W. Leahey
Brian W. Leahey, Assistant City Solicitor