RECEIVED JUN 0 1 2010

**Harry P. Carroll, Esq.**
*Senior Legal Counsel*

Law Department
36 Court Street, Room 210
Springfield, MA 01103
Office: (413) 787-6085
Direct Dial: (413) 787-6088
Fax: (413) 787-6173
Email: hcarroll@springfieldcityhall.com





## THE CITY OF SPRINGFIELD, MASSACHUSETTS

May 28, 2010

*Please see me — HPC*

Harold L. Lichten, Esq.
Joseph L. Sulman, Esq.
Lichten & Liss-Riordan, P.C.
100 Cambridge Street, 20th Floor
Boston, MA 02114

RE:     *Pedro Lopez, et al v. City of Lawrence, et al.*
        U.S. District Court Civil Action No. 07-11693-GAO

Dear Counsel:

        The purpose of this letter is to disclose to you the identity of two experts, Dr. William B. Fairley and Dr. Alan J. Salzberg, whom Springfield may use at trial to present evidence under Federal Rule of Evidence 702, 703, or 705. This disclosure is accompanied by a written report--prepared and signed by Dr. Fairley and Dr. Salzberg. The said report is incorporated herein by reference. If plaintiffs wish to take the deposition of these experts please let me know so that mutually agreeable arrangements may be made for that purpose before the closing of the requested expert deposition deadline in this case.

Sincerely,

Harry P. Carroll, Esq.



## Analysis & Inference Inc.
### *Statistical Consulting Services*

# Analysis of Appointments to Sergeant in Springfield, MA
# Based on 2005 and 2007 Exams

May 27, 2010

_____
William B. Fairley

_____
Alan J. Salzberg

New York • Philadelphia

80 Broad Street • 5th Floor • New York, New York • Tel 646 461 6153 • Fax 208 330 0899

www.analysisandinference.com

# I.    Background

Analysis and Inference, Inc. ("A&I") has been asked by the City of Springfield ("Springfield"), Massachusetts to review data regarding appointments to sergeant and the results of the sergeant exams to determine whether there is statistical evidence of discrimination in the city.

Counsel for Springfield provided A&I with data showing, for each individual, rank among those passing the 2005 or 2007 exam, a designation of "white", "black" or "Hispanic"[1], educational background, years of experience, "certification" status, and whether the individual was appointed.  We also reviewed the expert reports related to this matter written by Joel Wiesen, Frank Landy, and Jay Silva.

In the next section, we summarize our main findings.  In the third section, we provide more detail of our analyses that led to these findings.  Appendix A contains the data we used in this analysis, Appendix B contains our rates, Appendix C contains our previous trial or deposition testimony during the last four years, and Appendix D shows our resumes, which include all publications during the last 10 years.

# II.    Summary of Findings

We find the following among those certified to become sergeant in Springfield:

1.  *The number of minorities appointed is not statistically different from the number of whites appointed.*

2.  *Minorities were no more or less likely to be appointed once rank on exam was taken into account.*

---

[1] These designations are put into quotes with the realization that an individual can fall into multiple designations but the data provided was limited to a single classification.

3. *Minorities were no more or less likely to be appointed once rank, experience and educational background were taken into account.*

4. *Springfield's appointments that were out of rank order did not negatively affect minorities.*


## III.    Details of Findings

The data we were provided indicate that Springfield appointed a total of 13 sergeants based on the 2005 and 2007 exams. All of these individuals were certified to be appointed according to their exam results. In general, appointments appear to be made according to exam performance. However, some individuals were appointed, despite the fact that other individuals had better exam results.

Our analysis explored the relation between exam ranking, certification, and appointments in order to determine if white people ("non-minorities") were more likely to be appointed than black or Hispanic people ("minorities"). We first considered a simple analysis of number of minorities and non-minorities appointed of those certified, without regard to ranking. As shown below, the thirteen appointments related to the 2005 and 2007 exams went to 12 Non-minorities and one minority.

**Table 1: Certified Individuals Appointed based on 2005 and 2007 Exams**

|  | Appointed | Not Appointed | Total |
|---|---|---|---|
| Non-minority | 12 | 3 | 15 |
| Minority | 1 | 3 | 4 |
| **Total** | **13** | **6** | **19** |

Fisher's Exact Test Result = 0.071

The table indicates that 1 out of 4 minorities were appointed versus the higher ratio of 12 out of 15 Non-minorities. However, the result of the statistical test shown at the bottom of the table of 0.071 indicates that the difference between minority and non-minority is not statistically significant at the typical 5% level (since 0.071>0.05), meaning that the differences shown in the table above could be due to chance alone.[2] Because rank on the exam was a primary factor in appointments, we next considered whether minorities were less likely to be appointed, when rank on the exam was taken into account. In this case, we again found that minority appointments were not statistically different than non-minority appointments.[3] A statistical model that predicts number of minorities appointed based on rank only predicts 1.3 minority appointments, close to the actual number of one.

We also considered whether a statistically significant difference existed between minorities and non-minorities after adding experience and education as factors.[4]

---

[2] When performing this test separately for years 2005 and 2007, I get the same result, that the difference is not statistically significant, with p-values for 2005 and 2007, of 0.091 and 0.417, respectively.
[3] The p-value for a standard logistic regression model was 0.632. Logistic regression, as opposed to an ordinary regression analysis, is appropriate for making predicting a percent. This p-value indicates no statistical difference between minorities and non-minorities.
[4] Education is defined as the highest degree received and experienced is defined as either less than or more than 10 years of experience.

4

Once again, the statistical tests for standard models showed no statistically significant difference between minority and non-minority appointments.[5]  A statistical model that predicts number of minorities appointed based on rank, experience and education predicts 0.97 minority appointments, close to the actual number of one.

Finally, we considered instances where Springfield appointed someone sergeant despite the presence of a certified individual with better rank who was not appointed. In 2005, an individual with a rank of 8 was appointed, although someone with a rank of 5 and 2 other people with a rank of 8 were not appointed.  All four individuals were non-minority.  In other words, no minority was bypassed.  In 2007, a minority with rank 9 was appointed, although a non-minority with a rank of 5 and a minority with a rank of 7 was not appointed.  In this case, although a minority was bypassed, another minority was appointed and thus the number of minorities appointed was not negatively impacted.  The table below summarizes this information and shows that had appointments taken place in strict rank order, either no minorities would have been appointed or one minority would have been appointed, and in fact one minority was appointed.[6]

---

[5] The p-value for the logistic regression model was 0.939. This p-value indicates no statistical difference between minorities and non-minorities.

[6] There were seven appointments from the 2007 list.  One non-minority and one minority were tied for the seventh rank, so appointing either the non-minority or minority would have been consistent with a rank-order appointment.  For this reason, the total number of appointments if in strict rank order of non-minorities is listed as 12 or 13, and the analogous number of minorities are listed as 0 or 1.

**Table 2: Appointments in Strict Rank Order versus Actual Appointments**

|  | Appointments if in strict rank order | Actual appointments |
|---|---|---|
| Non-minority | 12 or 13 | 12 |
| Minority | 0 or 1 | 1 |
| Total | 13 | 13 |

## Appendix A: Data Tables

### Table 3: Appointment Status of Individuals Certified in 2005

| First | Middle | Last | Rank | Minority | Appointed | Years of Experience | Education |
|---|---|---|---|---|---|---|---|
| Trent | C. | Duda | 1 | No | Yes | 9 | Bachelors |
| Thomas | P. | Zarelli | 2 | No | Yes | 8 | Masters |
| David | E. | Kane | 3 | No | Yes | 8 | Bachelors |
| Richard | R. | Labelle | 5 | No | No | 8 | Masters |
| Richard | t. | Pelchar | 6 | No | Yes | 13 | Bachelors |
| Christopher | D. | Hitas | 7 | No | Yes | 12 | Associates |
| Richard | C. | Hottin Jr. | 8 | No | Yes | 20 | Associates |
| John | D. | Kent | 8 | No | Yes | 24 | Associates |
| Stephen | T. | Hill | 8 | No | No | 7 | Masters |
| David | | Arroyo | 11 | Yes | No | 7 | Bachelors |
| Christine | M. | Magnacca | 11 | No | No | 7 | Bachelors |
| Devon | D. | Williams | 11 | Yes | No | 16 | Bachelors |

### Table 4: Appointment Status of Individuals Certified in 2007

| First | Middle | Last | Rank in 2007 | Minority | Appointed | Years of Experience | Education |
|---|---|---|---|---|---|---|---|
| Richard | R. | Labelle | 2 | No | Yes | 8 | Masters |
| John | D. | Kent | 7 | No | Yes | 24 | Associates |
| David | W. | Martin | 1 | No | Yes | 7 | Associates |
| Juan | A. | Rosario | 7 | Yes | No | 8 | Masters |
| Sean | C. | Arpin | 4 | No | Yes | 7 | Masters |
| Julio | M. | Toledo | 9 | Yes | Yes | 9 | Bachelors |
| Steven | M. | Kent | 2 | No | Yes | 13 | Bachelors |
| David | | Barton | 5 | No | No | 9 | Masters |
| Jeffrey | | Martucci | 6 | No | Yes | 9 | Masters |

**Appendix B: Rates**

Alan J. Salzberg and William B. Fairley are principals of Analysis & Inference, Inc. Analysis & Inference, Inc. is paid $450 per hour for Dr. Salzberg's time and $500/hour for Dr. Fairley's time in this matter.

## Appendix C: Testimony Listing

Dr. Fairley has testified in the matters below during the last four years:

1. [deposition – case still pending] *"The Anderson Group, LLC and Gail Anderson v. City of Saratoga Springs et al"* (on behalf of Saratoga Springs), May 14, 2010.
2. [arbitration testimony] *Barracuda & Caratinga Leasing Company, B.V., v. Kellogg Brown & Root EnergyServices,* (on behalf of KBR), May 5-6, 2010.
3. [arbitration hearing] *"Cynthia Glisson, et al. v. Cottman Transmission Systems and AAMCO Transmissions, Inc."* (on behalf of Cynthia Glisson *et al*), May 13, 2010.
4. [deposition] *"Palamides v. Boehringer Ingelheim"* (on behalf of Boehringer Ingelheim, December 8, 2009.
5. [deposition] *"Anderson v. Saratoga Springs"* (on behalf of Saratoga Springs), May 14, 2007.
6. [deposition] *"Provenza v. Yamaha Motor Co., Inc. et al"* (on behalf of Provenza), March 22, 2007.
7. [deposition] *"Provenza v. Yamaha Motor Co., Inc. et al"* (on behalf of Provenza), February 21, 2007.

Dr. Salzberg has testified in the matters below in the last four years:
1. [deposition – case still pending] *"The Anderson Group, LLC and Gail Anderson v. City of Saratoga Springs et al"* (on behalf of Saratoga Springs), 2010.
2. [court testimony] *"Anne Arundel County Public Schools, et al. v. Maryland Department of Health and Mental Hygiene"* (on behalf of the Maryland Office of the Attorney General), 2009.
3. [court testimony] Before New York State Division of Tax Appeals (party undisclosed until decision due to Tax Secrecy laws), (2009).
4. [deposition - case still pending] *Acorn et al v. County Of Nassau, Incorporated Village of Garden City and Garden City Board of Trustees* (on behalf of Village of Garden City), 2009.

9

### Appendix D: Resumes

### Resume of WILLIAM B. FAIRLEY, PhD
wfairley@analysisandinference.com

### EXPERIENCE

**Analysis & Inference, Inc.** (1979-present) – President
Analysis & Inference, Inc. provides authoritative research and consulting services in statistics nationwide to corporations, government agencies, and organizations. The firm is skilled at presenting complex ideas to non-experts. Capabilities include statistical modeling and analysis of data, data mining, probability, sampling, statistical significance, validity and reliability, forecasting and time series, quality control, survey and experimental design, regression. Principal topic areas have been surveys, discrimination, insurance, healthcare, theft and fraud, risk analysis, product liability, telecommunications, commercial litigation and damages, public policy, and education.

**New York University** (1990-1991) - Visiting Professor of Statistics and Operations Research, Leonard N. Stern School of Business, Department of Statistics and Operations Research.

**Swarthmore College** (1990) - Visiting Professor, Department of Mathematics.

**Temple University** (1987-1989) - Adjunct Lecturer, Department of Statistics.

**Commonwealth of Massachusetts** (1976-1979) - Economist and Statistician , Division of Insurance, State Rating Bureau. Member of a special rating and regulatory analysis group created by the Massachusetts Legislature and appointed by the Commissioner of Insurance. Responsible for introducing modern tools of economics, finance, and statistics in rate reviews, research, and testimony of the State Rating Bureau for the major property-liability insurance lines.

**University of Karachi** (spring 1976) - Visiting Professor, and Consultant, Applied Economics Research Center, Ford Foundation and Government of Pakistan.

**Harvard University** (1970-1976) - Associate Professor and Assistant Professor, Kennedy School of Government, Public Policy Program. Graduate teaching and research focused
on the uses of statistics in government, law and analyses of policy. Taught courses on statistics at the Harvard Law School with Michael Finkelstein, Frederick Mosteller, and Lloyd Weinreb. At various times Chairman of the Ph.D. Committee, Second Year Committee, Modules Committee, and the Committee on Information Services of the Kennedy School.

**New York University** (1969-1970) - Assistant Professor, Graduate School of Business. Graduate teaching and research in applied statistics. Organized and chaired Conference on Quantitative Analysis in Urban Affairs; Member of the Committee on Urban Problems.

**New York City Rand Institute** (1968-1969) - Statistician.
Co-director of study on crime in the public housing projects of New York City for the Mayor's Criminal Justice Coordinating Council and with the New York City Housing Authority and New York City Police Department.

**Citibank** (1967-1968) - Research Specialist, Management Sciences Department. Consulting within Management Science and Economics Departments; participated in operations research projects on asset management and the prediction of interest rates.

## EDUCATION

**Harvard University**, PhD (1968) Department of Statistics. Woodrow Wilson and National Science Foundation Fellowships.

**London School of Economics** (1960-61) Fulbright Fellowship.

**Swarthmore College**, BA (1960) with High Honors. Major in Economics, Minors in History and Philosophy.

## PROFESSIONAL ACTIVITIES

*Dr. Fairley is a member of the American Statistical Association; serves on its Committee on Law and Justice Statistics 2009-2011 (and served on that Committee 1977 – 1980); was a member of its Committee on Professional Ethics, 1995 to 1997; and is a member of the Sections on Statistical Consulting, Survey Statistics, and Bayesian Statistics. He is also a member of the American Association for the Advancement of Science, American Economic Association, and the International Society for Business and Industrial Statistics.*

## PUBLICATIONS

### SAMPLING, AUDITING, AND THEFT AND FRAUD LOSSES

"Resolving a Multimillion Dollar Contract Dispute with a Latin Square Design," with Steven M. Crunk, Marian Hofer, and Peter J. Kempthorne, Proceedings of the American Statistical Association, 2007, Statistical Consulting Section, Alexandria, VA: American Statistical Association.

"Combining Incomplete Information from Independent Assessment Surveys for Estimating Masonry Deterioration," with Alan J. Izenman and Steven M. Crunk, <u>Journal of the American Statistical Association</u>, June 2001.

"Inference for Welfare Quality Control Programs," with Alan J. Izenman and Partha Bagchi, <u>Journal of the American Statistical Association</u>, September 1990.

"Bricks, Buildings, and the Bronx", with Alan J. Izenman and A. Rhett Whitlock, <u>Chance</u>, Summer 1994.

"A Question of Theft," with Jeffrey E. Glen in Maurice DeGroot, Stephen Fienberg and Joseph Kadane, Editors, <u>Statistics and the Law</u>, Wiley, 1986.

"Welfare Quality Control Programs : How Much is Misspent by the Welfare System?" with Alan J. Izenman, <u>Chance</u>, Summer 1989.

"Estimated Public Welfare Quality Control Error Rates and Penalties," with David Fairley, in <u>Bayesian Statistics 3</u>, Oxford University Press, 1988.

"Establishing Quantity Estimates and Levels of Certainty in Predicting Structural Damage: A Masonry Case Study," with Alan J. Izenman and A. Rhett Whitlock, <u>Proceedings of the British Masonry Society</u>, No. 6, March 1994.


## DISCRIMINATION

"Measures of Discrimination and Protocols for Evidnece: The Case of the Spare List" with Steven M. Crunk, <u>Proceedings of the American Statistical Association, 2008</u>, Statistical Consulting Section, Alexandria, VA.

"Comment on Federal Judicial Center "Statistical Examples Software Prototype: Age Discrimination Example" by Robert T. Reagan. Invited commentary for symposium on teaching statistics to judges, <u>Jurimetrics</u>, Spring 2002.

 "A Case of Unexamined Assumptions: The Use and Misuse of the Statistical Analysis of Castenada/Hazelwood in Discrimination Litigation," with Thomas J. Sugrue, <u>Boston College Law Review</u>, July 1983.

"Statistical Evidence of Racial Disparities in Death Sentencing: A Critical Analysis of <u>McCleskey v. Kemp</u>," with Glenn Dickinson in <u>Human Rights and Statistics: Getting the Record Straight</u>, Richard P. Claude and Thomas B. Jabine, Editors, University of Pennsylvania Press, 1992.


## INSURANCE, FINANCE, AND REGULATION

"Investment Income and Profit Margins in Property-Liability Insurance: Theory and Empirical Results," Bell Journal of Economics, Spring 1979. Re-printed in J. David Cummins and Scott A. Harrington, Editors, Fair Rate of Return in Property-Liability Insurance, Kluwer-Nijhoff, 1987.

"Investment Analysis Using the Probability Distribution of the Internal Rate of Return," with Henry D. Jacoby,  Management Science, August 1975.

"Pricing Automobile Insurance under a Cross-Classification of Risks: Evidence from New Jersey," with T. Jerome Tomberlin and Herbert I. Weisberg, Journal of Risk and Insurance, September 1981, Winner of the 1982 Journal of Risk and Insurance  Articles Award of the National Association of Independent Insurers.

"Pricing Automobile Insurance under Multivariate Classification of Risks: Additive versus Multiplicative," with Lena Chang,  Journal of Risk and Insurance, March 1979. Winner of the Journal of Risk and Insurance Clifford D. Spangler Award of the Alpha Kappa Psi Foundation, 1989.

"An Estimation Model for Multivariate Insurance Rate Classification," with Lena Chang in Automobile Insurance Risk Classification: Equity and Accuracy, Massachusetts Division of Insurance, 1978.

"Automobile Insurance: Additive versus Multiplicative Pricing," with Lena Chang, 1978 Proceedings of the Business and Economic Section, American Statistical Association, Washington, D.C.

"Capacity and Solvency --The Outside Influence," Society of Actuaries Record, Vol. 4, No. 1, 190-196, 1978.

RISK ANALYSIS, ACCIDENTS, HEALTH, AND PRODUCT LIABILITY

"Estimating Mine Equipment Injury Rates" with Tian-Tzer Jeng in B. J. Garrick and W. C. Gekler, Editors, The Analysis, Communication, and Perception of Risk, Plenum Press, 1991.

"A Probability Model for Brittle Fracture Turbine Reliability," with Edward M. Caulfield, Michael T. Cronin, and Nancy R. Rallis in Chris Whipple and Vincent T. Covello, Editors, Risk Analysis in the Private Sector, Plenum Press, 1985.

"Insurance Market Assessment of Technological Risk," with Paul L. Chernick and Michael B. Meyer, in Chris Whipple and Vincent T. Covello, Editors,  Risk Analysis in the Private Sector, Plenum Press, 1985.

13

"Market Risk Assessment of Catastrophic Risks," in Howard C. Kunreuther and Eryl V. Ley, Editors, <u>The Risk Analysis Controversy: An Institutional Perspective</u>, Springer-Verlag, 1982.

<u>Design, Costs, and Acceptability of an Electric Utility Self-Insurance Pool for Assuring the Adequacy of Funds for Nuclear Power Plant Decommissioning Expense</u>, with Paul L. Chernick, Michael B. Meyer and Linda C. Scharff, NUREG/CR-2370, U.S. Nuclear Regulatory Commission, Washington, D.C., November 1981.

"Assessment for Catastrophic Risks," <u>Risk Analysis</u>, Vol. 1, No. 3, September 1981.

"Evaluating the 'Small' Probability of a Catastrophic Accident from the Marine Transportation of Liquefied Natural Gas," in <u>Proceedings of the Engineering Foundation Conference on Risk Benefit Methodology and Application</u>, David Okrent, Editor, Asilomar, California, 1975. Re-published in Fairley and Mosteller, <u>Statistics and Public Policy</u>, Addison-Wesley, 1977.

"Accidents on Route 2: Two-Way Structures for Data," in Fairley & Mosteller, Statistics and Public Policy, Addison-Wesley, 1977.

Discussion of Lester B. Lave and Eugene P. Seskin, "Does Air Pollution Shorten Lives," In John W. Pratt, Editor, <u>Statistical and Mathematical Aspects of Pollution Problems</u>, Marcel Dekker, 1975.


**PUBLIC POLICY AND EDUCATION**

"Credible Argument: School Finance in a Legal Trial," <u>Proceedings of the American Statistical Association Annual Meeting Baltimore 1999</u>.

<u>Statistics and Public Policy</u>, Editor, with Frederick Mosteller, Addison-Wesley, 1977. Japanese Translation, Shojin Sha Ltd., 1990.

"Public Policy and Statistics," in the <u>International Encyclopedia of Statistics</u>, Vol. 2, William H. Kruskal and Judith M. Tanur, Editors, Macmillan and Free Press, 1978.

Contributor to Fienberg, Stephen E., Hoaglin, David, Kruskal, William H. and Tanur, Judith M., Editors, <u>A Statistical Model: Frederick Mosteller's Contributions to Statistics, Science, and Public Policy</u>, Springer-Verlag, 1990.

"Comment on Statistical Defensibility," <u>American Statistician</u>, August 1982.

<u>Improving Public Safety in Urban Apartment Dwellings: Security Concepts and Experimental Design for New York City Housing Authority Buildings</u>, with Michael Liechenstein, New York City Rand Institute, 1977.

"Trial of an Adversary Hearing: Public Policy in Weather Modification," with Frederick Mosteller, International Journal of Mathematical Education in Science and Technology, Vol. 3, pp. 375-383, 1972.

## LAW, EVIDENCE, AND DAMAGES

"Statistics in Law," in the Encyclopedia of the Statistical Sciences, Vol. IV, Samuel Kotz and Norman L. Johnson, Editors, Wiley, 1983.

"A Bayesian Approach to Identification Evidence," with Michael O. Finkelstein, Harvard Law Review, Vol. 83, No. 3, January 1970.

"The Continuing Debate over Mathematics in the Law of Evidence," with Michael O. Finkelstein, Harvard Law Review, Vol. 84, No. 8 June 1971.

"Probabilistic Analysis of Identification Evidence," The Journal of Legal Studies, Vol. II, June 1973. Also in Dirk Wendt and Charles Vlek, Editors, Utility, Probability, and Human Decision Making, D. Reidel, 1975.

"A Conversation about Collins," with Frederick Mosteller, University of Chicago Law Review, Vol. 41, No. 2, Winter 1974.

Discussion of "Statistics in the Law," American Statistical Association, Proceedings of the Social Statistics Section, Part I, 1976.

"The Many Uses of Forensic Economics and Statistics," with P. Eden, C. Aller, C. Vencill, M. Meyer, and P. Chernick, The Practical Lawyer, Vol. 31, No. 4, pp. 25-36, 1985.

"Evaluation of Structured Settlements," with P. Eden, C. Aller, M. Meyer, L. Schroeter, and C. Vencill. Am. Jur. Trials, Vol. 31, pp. 595-632, 1984.

## PROBABILITY THEORY

"The Number of Real Roots of Random Polynomials of Small Degree," Sankhya, The Indian Journal of Statistics, Series B, Pt. 2, pp. 144-152, 1976.

Roots of Random Polynomials, Ph.D. Thesis, Department of Statistics, Harvard University, June 1968.

## SPEAKING AND PANEL ENGAGEMENTS

## SAMPLING, AUDITING, QUALITY AND THEFT AND FRAUD LOSSES

Participant, Research Workshop, "Creating and Implementing Quality in Organizations", SEI Center for Advanced Studies in Management, Wharton School, University of Pennsylvania, March, 1990.

Speaker, "Empirical Bayes Procedures for Welfare Quality Control," American Statistical Association Annual Meeting, Washington D.C., 1989.

Chair, "Estimation for Welfare Quality Control," American Statistical Association Annual Meeting, New Orleans, 1988.

Speaker, "Error Rate and Penalty Inference for Quality Control in Public Welfare Programs," American Statistical Association Annual Meeting, San Francisco, August 1987.

Speaker, "Estimated Public Welfare Quality Control Error Rates and Penalties," Third Valencia International Meeting on Bayesian Statistics, Altea, Spain, June, 1987.

Participant, "The City of New Amsterdam vs. Armored Coin Collection Company," mock trial presented by The Panel on Statistical Assessments in the Courts, National Academy of Sciences, at American Statistical Association Annual Meeting, Las Vegas, 1985.

Speaker, "A Question of Theft," American Statistical Association Annual Meeting, Philadelphia, August 1984.

## DISCRIMINATION

Participant, Mock Trial, Quantitative Analysis in Law, University of Pennsylvania Law School, December 2006.

Speaker, "Statistics Without Measurements: Promotions and Age in a Police Department," American Statistical Association Annual Meeting, Indianapolis, 2000.

Speaker, "Unsupportable Models of Promotion in Age Discrimination", Fourth International Conference on Forensic Statistics, Raleigh, North Carolina, December 1999.

## INSURANCE, FINANCE, AND REGULATION

Invited presentation, "Bootstrap Resampling and Propensity Scores in Statistical Learning, Random Forests, and Bagging to Assign Ownership of Unclaimed Property," with Marc Sobel and Kenneth Swartz, International Symposium on Business and

16

Industrial Statistics-2007 (ISBIS-2007), August 18-21, 2007, a satellite conference of the International Statistical Institute 2007 Meetings in Lisbon, Portugal.

Winner, <u>Journal of Risk and Insurance</u> Clifford D. Spangler Award of the Alpha Kappa Psi Foundation, 1989.

Paper, "Estimating Mine Equipment Injury Rates," Society for Risk Analysis Annual Meeting, San Francisco, October 1989.

Chairman, "Insurance and Risk Management" session, Society of Risk Analysis, Annual Meeting, New York City, August 1983.

Paper, "Insurance Market Assessment of Technological Risks," with Michael B. Meyer and Paul L. Chernick, Annual Meeting, American Association for the Advancement of Science, Detroit, May 1983.

Winner, <u>Journal of Risk and Insurance</u> Articles Award, 1982.
Member and Speaker, Advisory Committee to the National Association of Insurance Commissioners' Task Force on Profitability and Investment Income, 1982-83.

Chairman of Session "Equitable Risk Classification in Competitive Insurance Markets," American Economic Association and Association of Property and Casualty Insurance Economists, Annual Meeting, Atlanta, Georgia, December 28, 1979.

Speaker, "Regulatory Rate Setting Decisions in Automobile Insurance: Massachusetts Experience," Public Policy Research Conference, University of Chicago, October 19, 1979.

Chair and Speaker, Session "Is Automobile Insurance Priced Fairly? Equity and Statistical Validity in Risk Classification," American Statistical Association Annual Meeting, San Diego, August 1978.

Panelist of Session "Capacity and Solvency," Society of Actuaries and Casualty Actuarial Society Annual Meeting, New York City, April 1978.

Speaker, "Profits and Rates of Return in Property-Liability Insurance," Society of Actuaries Research Conference on Modeling Financial Markets, New York University, September 1977.


**RISK ANALYSIS, HEALTH, ACCIDENTS, AND PRODUCT LIABILITY**

Speaker, "Quantitative Risk Assessment: A Study of DDT," Temple Environmental Forum, Philadelphia, Fall 1986.

Speaker, "Decision Uses of Quantitative Risk Assessment," Gordon Research Conference Seminar on Statistics in Chemistry and Chemical Engineering, New Hampton School, New Hampshire, July 1985.

Speaker, "A Probability Model for Brittle Fracture Turbine Reliability," Society for Risk Analysis, Annual Meeting, New York City, August 1983.

Speaker, "Market Risk Assessment of Catastrophic Risk," Summer Study in Decision Processes and Institutional Aspects for Risks, International Institute of Applied Systems Analysis, Vienna, June 1981.

Speaker, "Catastrophic Risks: Case of Zero Occurrences of Accidents," Annual Meeting of the American Statistical Society, Session on "Statistics, Reliability and Risks," Houston, Texas, August 13, 1980.

Panelist, "Accident Risk Assessments," Symposium/Workshop on "Nuclear and Nonnuclear Energy Systems: Risk Assessment and Governmental Decision Making," Washington, D.C., February 1979, Mitre Corporation.

Speaker, "Problems in the Estimation of 'Small' Probabilities," Engineering Foundation Conference on Risk Benefit Methodology and Application, Asilomar, California, September 1975.

## PUBLIC POLICY AND EDUCATION

Speaker, "Credible Argument: School Finance in a Legal Trial," American Statistical Association Annual Meeting, Baltimore, 1999.

Invited Lecture Series, "Statistics in Law and Public Policy: How to Bet If You Must", Temple University, Department of Statistics, April 1989.

Speaker, "Statistics and Public Policy," Institute of Mathematical Statistics Meeting, Yale University, August 1976.

## LAW, EVIDENCE, AND DAMAGES

Organizer, Invited Session, "Experiences of Statistical Consulting in Lawsuits", American Statistical Association at the Association's Annual Meetings August 2010, Vancouver.

Member, Law and Justice Statistics Committee, American Statistical Association, (2009-2011)

Organizer, Session, "The Statistician's Contribution to Fact-Finding in

Law", sponsored by the Statistical Consulting Section of the American Statistical Association at the Association's Annual Meetings August 2007, Salt Lake City.

Speaker, Invited presentation to the Winter Gathering of the Philadelphia Chapter of the American Statistical Association, January 26, 2007.

Speaker, "A Consulting Role in Dispute Resolution", invited presentation to the Fall Meeting of the Philadelphia Chapter of the American Statistical Association,. October 9, 2003.

Speaker, "A Consulting Role in Legal Applications", invited presentation at the 20th Annual Spring Conference sponsored by the Delaware Chapter of the American Statistical Association, "Probable Justice: Statistics and the Judiciary," April 25, 2003.

Paper, "Establishing Quantity Estimates and Levels of Certainty in Predicting Structural Damage: A Masonry Case Study," with Alan J. Izenman and A. Rhett Whitlock, Third International Masonry Conference, London, October 1992.

Speaker, "A Case Study of Masonry Deterioration and Civil Damages: Calibration and Poisson Regression," Second International Conference on Forensic Statistics, Tempe, Arizona March 1993.

Discussant, "The Use of Statistics in Litigation," American Statistical Association, Annual Meeting, Detroit, August 1981.

Discussant, "Statistics in the Law," American Statistical Association, Annual Meeting, Boston, August 1976.

### Resume of ALAN J. SALZBERG, PH.D.

### EXPERIENCE

### Analysis & Inference, Inc., CEO, 2008-present and 1991-1995

Analysis & Inference, Inc. provides authoritative research and consulting services in statistics nationwide to corporations, government agencies, and organizations. The firm is skilled at presenting complex ideas to non-experts. Capabilities include statistical modeling and analysis of data, data mining, probability, sampling, statistical significance, validity and reliability, forecasting and time series, quality control, survey and experimental design, regression. Principal topic areas have been surveys, discrimination, insurance, healthcare, theft and fraud, risk analysis, product liability, telecommunications, commercial litigation and damages, public policy, and education.

### Quantitative Analysis, Inc., Principal, 2000-2008

Founder and Principal of a consulting company that specializes in quantitative analyses of complex data through statistical sampling, modeling, and estimation techniques. Clients include: U.S. Geological Survey; City of New York ; Pfizer

### KPMG LLP, Practice Leader, Quantitative Analysis Group – New York, 1996-2000

Established and led the New York office of KPMG's Quantitative Analysis Group. Built a consulting practice with annual revenues of $4 million.

### Morgan Stanley, Associate, 1988-1990, 1995-1996

Performed statistical modeling and software design.

### ENGAGEMENTS

- On behalf of several state public service commissions, directed data analysis and statistical design in a series of tests of Bell South, Verizon, SBC-Ameritech, and Qwest. Beginning in 1998, developed software and procedures for calculating performance metrics and evaluating the competitive environment. Testified before several state public service commissions, including New York, Virginia, Florida, Michigan, and Colorado.

- In a series of matters on behalf of the City of New York, created and analyzed a massive real estate database, modeled market and sales values. Using Census data from the New York City Housing and Vacancy Survey to evaluate analyses, determine potential biases of alternative methods of valuing commercial real estate, and tested assumptions regarding vacancy, turnover, and other issues affecting rents and property values.

- Lead statistician in the design and implementation of a sample of all personal property and equipment on behalf of the United States Internal Revenue Service. The population of interest involved more than one million items contained in over 1,000

buildings. The sample design, implementation, and resulting estimates and projections were subject to intense scrutiny by the United States General Accounting Office.

- For large direct market publisher, improved customer response modeling while reducing the costs of test marketing. Overall test marketing was reduced by combining data for various market segments. This method also increased the precision of the scores assigned to customers concerning their propensities to purchase individual books. These improvements were expected to lead to cost savings and revenue improvement totaling about $1 million annually.

- For hedge fund, performing an ongoing series of projects related to pricing risk and return of various investment options. Using standard and proprietary statistical techniques and software, developing models to select appropriate investment funds according to risk and term of investment.

- For major pharmaceutical company, analyzed company and external marketing data to determine reliability and potential biases in using external data sources. Analyzed physician-specific data for a period of 36 months concerning product marketing to approximately 1 million prescription drug subscribers.

- Modeled television audience ratings to determine the Public Broadcasting System's share of cable royalty distributions. Used statistical methods to determine a reliable estimate of PBS's cable royalty share. The estimate resulted in a multi-million dollar decision in favor of the Public Broadcasting System by the Cable Royalty Tribunal.

- For the United States Department of Justice, designed and implemented a sample to estimate the number of immigrants improperly granted citizenship. The sample was designed to provide precision of plus or minus less than 1%, for a population of more than 1 million immigrants. The work was the focus of intense congressional scrutiny and received substantial review in the media.

- On behalf of Fortune 100 company, created statistical models to determine the probabilities and likely severities of accidents for different employee and accident types. This project resulted in recommended annual savings of $3 million.

- On behalf of the Arava Institute of Environmental Studies, advised on design and sampling methodology for a broad-based survey of environmental education in middle and high schools. More than 7,000 students were surveyed in a sample that was stratified by size of town, income level, and other socio-economic variables. Performed weighted statistical analysis to project survey results to the population. Presented results before Israeli Congressional committee in July 2007.

- For the United States Customs Service (Department of Homeland Security), assisted with sampling of financial statement information. Designed and wrote sampling plans, helped implement the plans, and created spreadsheet calculator to analyze results. In an earlier engagement, evaluated the credibility of statistical sampling and analysis used to track and categorize imports, for the Office of Inspector General. Suggested improved methods of sampling and implementation.

- Designed and implemented several studies of stock basis in corporate mergers. One universe comprised over 100 million shares and more than 20,000 shareholders, yet

21

the sample design resulted in a highly precise estimate using data for fewer than 1,000 shareholders.

## EDUCATION

**Ph.D., Statistics**, Wharton School, University of Pennsylvania, 1995
**M.A., Statistics**, Wharton School, University of Pennsylvania, 1992
**B.S., Economics and Finance**, *cum laude,* Wharton School, University of Pennsylvania, 1988

## RESEARCH

"Evaluating the Environmental Literacy of Israeli Elementary and High School Students," with Maya Negev, Gonen Sagy, and Alon Tal, *Journal of Environmental Education,* Winter 2008.   Presented results before Israeli Congressional committee in July 2007.

"Trends in Environmental Education in Israel," with Gonen Sagy, Maya Negev, Yaakov Garb, and Alon Tal, *Studies in Natural Resources and Environment,* Vol. 6, 2008. [In Hebrew]

"Results from a Representative Sample in the Israeli Educational System," with Gonen Sagy, Maya Negev, Yaakov Garb, and Alon Tal, *Studies in Natural Resources and Environment,* Vol. 6, 2008. [In Hebrew]

"Comment on Local model uncertainty and incomplete-data bias by Copas and Li," with Paul R. Rosenbaum, *Journal of the Royal Statistical Society, Series B,* 2005.

"Determining Air Exchange Rates in Schools Using Carbon Dioxide Monitoring", with D. Salzberg and C. Fiegley, presented at the *American Industrial Hygiene Conference and Expo,* 2004.

"The Modified Z versus the Permutation Test in Third Party Telecommunications Testing", *Proceedings of the 2001 Joint Statistical Meetings of the American Statistical Association.* Also presented the paper as part of a panel on telecommunications at the conference.

"Removable Selection Bias in Quasi-experiments," *The American Statistician,* May 1999.

"Skewed oligomers and origins of replication," with S. Salzberg, A. Kervalage, and J. Tomb, *Gene,* Volume 217, Issue 1-2 (1998), pp. 57-67.  Also presented this paper in an invited talk at Hebrew University in Jerusalem in February, 1999.

"Selection Bias in Quasi-experiments," (Doctoral Thesis), 1995.

*Patent (#6,636,585)* One of five inventors on a patent for statistical process design related to information systems testing.

## PERSONAL

Married, with two daughters (Bayle and Fayanne), and a son (Caleb).
Enjoy ultimate frisbee, basketball, biking, hiking, tennis, skiing, chess, and bridge.