UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                                                  )
PEDRO LOPEZ, et al.,                              )
           Plaintiffs                                         )
                                                                  )
v.                                                               )
                                                                  ) **Case No. 07-CA-11693-GAO**
                                                                  )
CITY OF LAWRENCE, et al.                    )
           Defendants                                       )
_____ )

**PLAINTIFFS' SUPPLEMENTAL PRE-TRIAL MEMORANDUM**

Plaintiffs file this supplemental pre-trial memorandum to update their list of witnesses.

**I.    WITNESSES**

- Each of the Plaintiffs
- Sally McNeely, an official of HRD
- Paul Dietl, an official of HRD
- Guy Paris, an official of HRD
- Boston Police Commissioner Edward Davis
- Former Boston Police Commissioner Kathleen O'Toole
- The Appointing Authority for each of Defendant municipalities
- Thomas Nolan, former Boston Police lieutenant
- James Claiborne, former Boston Police captain
- Paul Romano, former Police and Fire Chief, Lynnfield
- Joel Wiesen, expert hired by Plaintiffs
- Cassi Fields, expert hired by Plaintiffs

Plaintiffs reserve the right to supplement this witness list as necessary.

                                          Respectfully submitted,
                                          PEDRO LOPEZ, et al.
                                          By their attorneys,

                                          /s/ Joseph L. Sulman
Dated:  July 6, 2010                         _____
                                          Harold L. Lichten, BBO #549689
                                          Shannon Liss-Riordan, BBO #640716
                                          Joseph Sulman, BBO #663635
                                          Lichten & Liss-Riordan, P.C.
                                          100 Cambridge Street, 20th Floor
                                          Boston, MA 02114
                                          617-994-5800

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served upon the Court and counsel of record for defendants via the Court's ECF filing system, on July 6, 2010.

                                           /s Joseph L. Sulman_____
                                          Joseph L. Sulman