UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

*********************************************

PEDRO LOPEZ, et al.

        Plaintiffs

v.           Civil Action No. 07-11693-GAO

CITY OF LAWRENCE, MASSACHUSETTS, et al.

        Defendants

*********************************************

### AFFIDAVIT OF EDWARD CALLAHAN

I, Edward Callahan, being of legal age, do hereby depose as follows:

1. I am the Deputy Director of the Bureau of Administration and Technology for the Boston Police Department ("BPD").

2. Among my responsibilities is the oversight of the development and administration of the BPD police detective examination process.

3. There has been one detective examination administered within the BPD between January 1, 2005 and the present. That examination was administered in June and October, 2007.

4. The next previous detective examination was administered in 1999.

Signed under the pains and penalties of perjury, this 6th day of July, 2010.

_____
Edward Callahan