UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
*******************************************
PEDRO LOPEZ, et al.                        *
                                           *
              Plaintiffs                   *
v.                                         *    Civil Action No. 07-11693-GAO
                                           *
CITY OF LAWRENCE, MASSACHUSETTS,           *
et al.                                     *
                                           *
              Defendants                   *
*******************************************
```

## CERTIFICATION OF CONSULTATION PURSUANT TO LOCAL RULE 7.1

I, Mary Jo Harris, counsel for the Defendant City of Boston hereby certify that I have conferred with the Plaintiffs' counsel, Harold Lichten, regarding the City of Boston's objection to the Plaintiffs' subpoena, the subject of the City of Boston's Motion for a Protective Order. We have not been able to narrow or resolve this dispute.

    /s/ Mary Jo Harris