UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

*******************************************
PEDRO LOPEZ, et al.                         *
                                            *
           Plaintiffs                       *
v.                                          *    Civil Action No. 07-11693-GAO
                                            *
CITY OF LAWRENCE, MASSACHUSETTS,            *
et al.                                      *
                                            *
           Defendants                       *
*******************************************

# SECOND SUPPLEMENTAL PRETRIAL MEMORANDUM OF DEFENDANT CITY OF BOSTON

The Defendant, City of Boston, hereby supplements its Pretrial Memorandum to identify witnesses whom it intends to call at the trial of this action. The Defendant reserves the right to supplement its witness list as necessary in rebuttal to Plaintiffs' case.

(10)   Witnesses for Boston

a)   James Outtz, Ph.D., Washington, D.C.; expert

b)   Jay Silva, Ph.D., Gainesville, FL; expert

c)   Edward Callahan, Boston, MA; factual

d)   Robin Hunt, Boston, MA; factual

e)   Sally McNeely, Boston, MA; factual

f)   Guy Paris, Boston, MA; factual

g)   Vivian Lee, Boston, MA; factual

h)   Daniel Linsky, Boston, MA; factual

i)   William Evans, Boston, MA; factual

j)   Janet Echemendia, State College, PA; factual

k) Joseph Hinish, State College, PA; factual

Respectfully submitted,

CITY OF BOSTON,

By its attorneys,

WILLIAM F. SINNOTT
Corporation Counsel

/s/ Mary Jo Harris
Mary Jo Harris (BBO #561484)
Robert P. Morris (BBO #546052)
Special Assistant Corporation Counsel
MORGAN, BROWN & JOY, LLP
200 State Street, 11th Floor
Boston, MA 02109
(617) 523-6666

Dated: July 7, 2010

## CERTIFICATE OF SERVICE

I, Mary Jo Harris, certify that on July 7, 2010, this document was filed electronically through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to any persons indicated as non-registered participants.

/s/Mary Jo Harris
Mary Jo Harris