UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 07-CV-11693-GAO

PEDRO LOPEZ et al.,
    Plaintiffs,

v.

CITY OF LAWRENCE, MA et al.,
    Defendants

### DEFENDANT CITY OF LOWELL'S SUPPLEMENTAL PRE-TRIAL MEMORANDUM

The Defendant City of Lowell ("Lowell") hereby supplements its Pre-Trial Memorandum to identify witnesses whom it may call at the trial of this action and identify documents that it may introduce at trial. Lowell reserves the right to supplement its witnesses and documents as necessary in rebuttal to Plaintiff Robert E. Alvarez's case.

II.   WITNESSES

Lowell may call the following persons at trial

Factual
    Alvarez, Robert - plaintiff
    Lavallee, Kenneth - Superintendent Lowell Police Department
    Representative, Lowell Human Relations Department [Kellie Herbert, Human Relations Manager or Mary Callery, Assistant Human Relations Manager]
    Peaslee, David - Sergeant, Lowell Police Department
    Latham, James - Sergeant, Lowell Police Department
    Quirbach, David - Sergeant, Lowell Police Department
    Noone, Jonathon - Sergeant, Lowell Police Department
    Penrose, Mathew - Sergeant, Lowell Police Department
    Coyle, Steven - Sergeant, Lowell Police Department
    McNeely, Sally - HRD
    Lee, Vivian - HRD
    Paris, Guy - HRD

<u>Expert</u>
    Dr. Outtzz, James
    Dr. Silva, Jacinto

Lowell may also call the witnesses listed in the Pre-Trial Memorandums and Supplemental Memorandums of the Plaintiffs, Boston, Lawrence, Methuen, Springfield, Worcester and the MBTA.

### III. EXHIBITS

Lowell may introduce as exhibits documents from the following records:

1. All documents listed in the expert reports of Dr. James Outtz dated February 9, 2009 and May 28, 2010;

2. All documents listed in the expert reports of Dr. Jacinto Silva dated February 9, 2009 and May 28, 2010;

3. All documents produced by HRD in this matter;

4. The personnel records of Robert Alvarez from the Lowell Police Department;

5. The personnel records of Robert Alvarez from the Waltham Police Department;

6. The personnel records of Robert Alvarez from the Groton Police Department;

7. Records previously provided to Lowell from Alvarez through discovery in this matter;

8. Records previously provided to Alvarez by Lowell through discovery in this matter;

9. Records from the case of Pratt v. Commonwealth of Massachusetts,

SUCV2009-01254;

10. Records from the case of Lopez v. Commonwealth of Massachusetts, SUCV2009-00576; and

11. Lowell records regarding LPD officers who have self identified themselves as Hispanic.

Lowell reserves its right to amend, update or revise this Supplemental Pre-Trial Memorandum as the Court and/or Rules may permit.

Respectfully Submitted,

July 9, 2010                    CITY OF LOWELL, DEFENDANT

/s Brian W. Leahey
Brian W. Leahey, Assistant City Solicitor
BBO #567403
City of Lowell - Law Department
375 Merrimack Street, 3rd Fl.
Lowell MA 01852-5909
Tel: 978-970-4050
Fax: 978-453-1510

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing document, filed through the Electronic Case Filing System, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing on July 9, 2010.

/s Brian W. Leahey
Brian W. Leahey, Assistant City Solicitor