## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

PEDRO LOPEZ, et al.,  )
         Plaintiffs  )
           )
v.  )
           ) **Case No. 07-CA-11693-GAO**
           )
CITY OF LAWRENCE, et al.  )
         Defendants  )
           )

### AFFIDAVIT OF JOSEPH L. SULMAN

1.    I am one of the attorneys of the firm Lichten & Liss-Riordan, P.C., representing the Plaintiffs in the present matter

2.    . I am an attorney in good standing admitted to practice in Massachusetts, the District Court of Massachusetts, and the First Circuit Court of Appeals.

3.    On June 8, 2010, I attended a City Council Hearing, Docket No. 0610, titled "Diversifying The Police Force."

4.    At this hearing, Boston Police Commissioner Edward Davis and Superintendent-In-Chief Linsky provided statements and answered questions regarding the police sergeant promotional examination at issue in this case.

5.    Commissioner Davis criticized the police sergeant promotional examination at this hearing as not testing many important knowledge, skills, and/or abilities required for a police sergeant.

6.    Davis also stated that he was a "big advocate of assessment centers," and cited and praised the assessment center that the Boston Police

Department utilized for its 2007 detective examination.  He said the assessment center resulted in a highly diverse pool of appointments to detective.

7.    I also received a video recording of the City Council hearing in question.  I viewed the recording and transcribed certain of Commissioner Davis' statements.  The statements ascribed to Commissioner Davis provided in the accompanying Plaintiffs' Opposition To The City Of Boston's Motion For A Protective Order are an accurate transcription of these statements to the best of my abilities.

Dated:  July 9, 2010

_____
Joseph Sulman, BBO #663635
Lichten & Liss-Riordan, P.C.
100 Cambridge Street, 20th Floor
Boston, MA 02114
617-994-5800

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served upon the Court and counsel of record for defendants via the Court's ECF filing system, on July 9, 2010.

_____
Joseph L. Sulman, Esq.