Massachusetts Human Resources Division
Organizational Development Group/Civil Service Unit
One Ashburton Place, Third Floor
Boston, MA 02108
Voice: 617-727-3777; Fax: 617-727-0399

## ASSESSMENT CENTERS – USE IN CIVIL SERVICE PROMOTIONS

A. POST-LIST ESTABLISHMENT – will have no effect on the relative ranking of the individuals on the eligible list. Primarily used to select the best candidate among the top three individuals who sign a certification as willing to accept. May also be used as a mechanism to garner reasons for selection if someone other than the highest person on the list is promoted.

No delegation agreement is required. HRD, at the appointing authority's request, will assist in the assessment center development process. There is no requirement that HRD be involved in the assessment center process.

Process:

1. Municipal department participates in HRD's written examination and education and experience rating process.

2. HRD establishes the eligible list based on these two examination components plus applicable statutory preferences.

3. Appointing authority requisitions a certification to fill vacancies and the certification is issued. Appointing authority conducts local assessment center activities.

4. The promotion is made and submitted to HRD for review and approval.

B. ASSESSMENT CENTER USED AS A WEIGHTED, GRADED EXAMINATION COMPONENT – may have an effect on the relative ranking of individuals on the eligible list. HRD will be in attendance during the administration of the assessment center.

Process:

1. Appointing authority sends a written request (Form 13) to the Personnel Administrator to include an assessment center as a weighted, graded examination component of the promotional selection process.

2. HRD issues a delegation agreement to the appointing authority.

3. Appointing authority hires a qualified consultant, approved by HRD, to work with the appointing authority and HRD to: determine the relative weights of the three examination components which are based on job analysis data; design, develop, and construct the

1706

assessment center exercises; administer and score the assessment center exercises which includes determination of an appropriate scoring scheme and training of the assessors; and forward the assessment center scores to HRD for incorporation with the scores from the other two examination components.

4. Individuals apply to HRD to participate in the written examination.

5. Results of the written examination are forwarded to all applicants so they can decide if they wish to continue with the selection process.

6. Assessment center is conducted; results are forwarded to HRD so that the eligible list may be established.

7. Appointing authority requisitions to fill a vacancy; certification is issued; appointing authority conducts its usual interview process; promotes and returns the certification to HRD for review and approval.

Notes:  The weights of the examination components must be determined prior to the distribution of the examination announcement.

All applicants who pass HRD's written examination must be afforded an opportunity to participate in the assessment center exercises.

Appointing authorities may elect to wait until HRD determines who has passed the written examination if they feel the need to cull down the number of applicants participating in the assessment center. This could delay the establishment of the eligible list since HRD needs these scores and to allow the statutory appeal periods to play out before the list can be established. Some appointing authorities elect to use the assessment center exercises as a professional development tool for their staff and do not wait until the results of the written examination are known.

C. ASSESSMENT CENTER AS THE SOLE RANKING DEVICE – total delegation; no participation in HRD's examination process with the exception of the education and experience rating only for those individuals who have employment and experience in the position title for which the assessment center is being conducted. HRD will be in attendance during the administration of the assessment center.

Process:

1. Appointing authority sends a written request (Form 13) to the Personnel Administrator indicating that s/he desires to use an assessment center process as the sole ranking device from which to produce an eligible list.

2. HRD issues a delegation agreement to the appointing authority.

1707

3. Appointing authority hires a qualified consultant, approved by HRD, to work with the appointing authority and HRD to: determine the attributes to be evaluated by the assessment center which are based on job analysis data; design, develop, and construct the assessment center exercises; administer and score the assessment center exercises which includes determination of an appropriate scoring scheme and training of the assessors; and establish the eligible list.

4. Appointing authority issues an examination announcement indicating the attributes that will be evaluated in the assessment center.

5. Individuals indicate their interest in participating in the assessment center to the appointing authority.

6. Assessment center is conducted and consultant works with HRD to establish the eligible list.

7. Eligible list is forwarded to the appointing authority who may issue a certification whenever a vacancy occurs and approve the promotion. The only time that HRD must be involved in this promotional process is when someone other than the highest ranked individual is promoted. Then, the reasons for bypass or selection must be sent to HRD for review and approval before the promotion may be enacted.

Cautionary note: You may want to discuss this examination type with your union representatives since some consider this process a change in working conditions and, therefore, bargainable.

All statutory eligibility provisions (Four or more individuals permanently appointed in the next lower grade for one year must apply. If that does not occur, the process is postponed and opened up to individuals permanently appointed for one year in the next lower grade) and preferences (veterans or 25 years of service points) apply.

HRD/CSU/200606

1708