# LICHTEN & LISS-RIORDAN, P.C.

ATTORNEYS AT LAW

100 CAMBRIDGE STREET, 20TH FLOOR
BOSTON, MASSACHUSETTS 02114

_____

HAROLD L. LICHTEN†
SHANNON LISS-RIORDAN◊
HILLARY SCHWAB◊

TELEPHONE  617-994-5800
FACSIMILE  617-994-5801

WWW.LLRLAW.COM

IAN O. RUSSELL
BRANT A. CASAVANT
TIMOTHY L. BELCHER⌐
JOSEPH L. SULMAN

†ALSO ADMITTED IN MAINE
◊ALSO ADMITTED IN NEW YORK
⌐ADMITTED IN MAINE AND CONNECTICUT ONLY

STEPHEN S. CHURCHILL
OF COUNSEL

July 9, 2010

**BY ELECTRONIC MAIL**
Hon. George A. O'Toole, Jr.
United States District Court
District of Massachusetts
1 Courthouse Way
Boston, MA  02210

RE:   Pedro Lopez, et al. v. City of Lawrence, et al.
       Civil Action No. 07-11693

Dear Judge O'Toole:

We have just learned that one of our experts, Joel Wiesen, Ph.D., was told this morning that he needed to have an unexpected surgical procedure, which may require him to remain in the hospital for up to 48 hours.  We had planned to call Dr. Wiesen on Monday, but we do not think that is feasible given this development.  As a result, our plan for Monday is to address any pending motions and then, after opening statements, and call several fact witnesses.  We will work today and this weekend to schedule witnesses to testify on Monday in lieu of Dr. Wiesen.

Sincerely,

/s/ Stephen S. Churchill

Stephen S. Churchill

cc:   Counsel of Record