# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

PEDRO LOPEZ, et al,  )
    Plaintiffs,  )
  )
v.  )
  )  C.A. No. 07-11693-GAO
CITY OF LAWRENCE,  )
MASSACHUSETTS, et al,  )
    Defendants  )
  )

## THE DEFENDANTS' MOTION TO DISMISS

The Defendants are: City of Lawrence, and William Lantiqua in his capacity as Mayor of the City of Lawrence[1]; City of Methuen, and William Manzi, III in his capacity as Mayor of the City of Methuen; City of Lowell, and the Appointing Authority of the City of Lowell; City of Worcester, and Michael O'Brien in his capacity as the Mayor of the City of Worcester; City of Boston; Massachusetts Bay Transportation Authority (hereinafter "MBTA"), Daniel Grabauskas in his capacity as General Manager of the MBTA, and the Board of Trustees for the MBTA[2]; and City of Springfield, and Domenic Sarno in his capacity as Mayor of the City of Springfield (collectively, the "Defendants"). (Seventh Amended Complaint, pars. 49-62).

The Defendants move this Court, pursuant to Fed. R. Civ. P. 12 (b)(6) to dismiss the Complaint on the ground that neither Title VII nor M.G.L. c. 151B[3] prohibits employers, such as the Defendants, from complying with the Commonwealth's facially-neutral state wide testing

---

[1] Evidently, the individually named Defendants and the Board of Trustees of the MBTA are sued in their official capacities only because injunctive relief is requested and the real Defendants for liability purposes are the respective municipal Defendants and the MBTA. See, Hafer v. Melo, 112 S.Ct. 358 (1991).

[2] Pursuant to Chapter 25 of the Acts of 2009, the MBTA Board of Directors ceased to exist on or about November 1, 2009. The MassDot Board of Directors has since taken over most of its former functions and duties.

[3] In Massachusetts, it has been the general practice of the Supreme Judicial Court to apply Federal case law regarding Title VII when interpreting analogous provisions of M.G.L. c. 151B. See, MBTA v MCAD, 450 Mass. 327, 337-338, 879 N.E.2d 36 (2008).

requirements. For the reasons set forth more fully in the accompanying Memorandum In Support Of The Defendants' Motion To Dismiss, the Defendants submit that this Honorable Court should dismiss with prejudice all Counts under both Title VII of the Civil Rights Act of 1964 and M.G.L. c. 151B (the Massachusetts Fair Employment Practices Act).[4]

## REQUEST FOR ORAL ARGUMENT

The Defendants believe that an oral argument may assist the Court and, therefore, wish to be heard and make this request for oral argument.

## CERTIFICATION PURSUANT TO RULE 7.1(A)(2)

Pursuant to Local Rule 7.1(A)(2), the undersigned counsel for the Defendant MBTA certifies that he has previously conferred with Plaintiffs' counsel in a good faith attempt to resolve or narrow the issues raised by the instant motion and has attempted to, but has been unable to confer with Plaintiffs' counsel on refilling this motion under Rule 12(b)(6).

|  |  |
|---|---|
|  | /s/Kevin S. McDermott |
| Respectfully submitted, | Respectfully submitted, |
| CITY OF BOSTON, | CITY OF LOWELL and the APPOINTING AUTHORITY for the CITY OF LOWELL, |
| By its attorneys, | By their attorneys, |
| WILLIAM F. SINNOTT<br>Corporation Counsel | /s/Brian W. Leahey |
| /s/Robert P. Morris<br>Mary Jo Harris, B.B.O. #561484<br>Robert P. Morris, B.B.O. #546052<br>Special Assistant Corporation Counsel<br>MORGAN, BROWN & JOY, LLP<br>200 State Street, 11th Floor<br>Boston, MA 02109-2605<br>(617) 523-6666 | Brian W. Leahey, Assistant City Solicitor<br>BBO #567403<br>City of Lowell - Law Department<br>375 Merrimack Street, 3rd Floor<br>Lowell, MA 01852-5909<br>Tel: 978-970-4050<br>Fax: 978-453-1510<br><br>Dated: July 8, 2010 |

---

[4] The Defendants reserve their rights to raise, as may be needed, through motions in limine or/and dispositive motions, issues unique to each Defendant and/or to specific Plaintiffs.

Dated: July 8, 2010

| | |
|---|---|
| CITY OF METHUEN and WILLIAM M. MANZI, III in his capacity as MAYOR of the CITY OF METHUEN, | CITY OF WORCESTER and MICHAEL O'BRIEN in his capacity as MAYOR of the CITY OF WORCESTER, |
| By their attorney, | By their attorneys, |
| /s/ Peter J. McQuillan | /s/Laurie W. Engdahl |
| Peter J. McQuillan<br>B.B.O. #340180<br>Office of the City Solicitor<br>41 Pleasant Street, Room 311<br>Methuen, MA 01844<br>(978) 983-8575<br>(978) 983-8981 | Laurie W. Engdahl<br>B.B.O. #554635<br>Daniel C. Brown<br>B.B.O. #648038<br>Collins, Loughran & Peloquin, P.C.<br>320 Norwood Park South<br>Norwood, MA 02062<br>(781) 762-2229 |
| Dated: July 8, 2010 | Dated: July 8, 2010 |
| CITY OF SPRINGFIELD and MAYOR DOMENIC SARNO, JR. in his capacity as MAYOR of the CITY OF SPRINGFIELD, | MBTA, DANIEL GRABAUSKAS in his capacity as GENERAL MANAGER, and THE BOARD OF TRUSTEES OF THE MBTA, |
| By their Attorney, | By their Attorney, |
| /s/ Edward Pikula | /s/Kevin S. McDermott |
| Edward M. Pikula, Esq., BBO #399770<br>City Solicitor<br>City of Springfield - Law Department<br>36 Court Street, Room 210<br>Springfield, MA 01103<br>(413) 787-6085 | Kevin S. McDermott, BBO #544513<br>Assistant General Counsel<br>MBTA Law Department<br>Ten Park Plaza, Suite 7760<br>Boston, MA 02116<br>(617) 222-4756 |
| Dated: July 8, 2010 | Dated: July 8, 2010 |

CITY OF LAWRENCE and WILLIAM
LANTIQUA in his capacity as MAYOR

of the CITY OF LAWRENCE

By their Attorney,


/s/ Richard J. D'Agostino
Richard J. D'Agostino, Esq.,
BBO #663984
Assistant City Attorney
Room 306 - City Hall
200 Common Street
Lawrence, MA 01840
(978) 794-5800

Dated: July 8, 2010


## CERTIFICATE OF SERVICE

I, Kevin S. McDermott, certify that on July 9, 2010, this document filed electronically through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to any persons indicated as non-registered participants.

/s/Kevin S. McDermott
Kevin S. McDermott