# EXHIBIT A

**Leahey, Brian**

| | |
|---|---|
| From: | Harris, Mary Jo [mharris@morganbrown.com] |
| Sent: | Wednesday, July 07, 2010 4:50 PM |
| To: | Harold L. Lichten |
| Cc: | Joseph Sulman; Stephen S. Churchill; Shannon Liss-Riordan; Harris, Mary Jo; Carroll, Harry; Leahey, Brian; Laurie W. Engdahl; McDermott, Kevin; pjmcquillan@...; RDAgostino@CITYOFLAWRENCE.COM |
| Subject: | RE: Nolan and Romano |

Thank you.

MJ

---

Mary Jo Harris
MORGAN, BROWN & JOY, LLP
200 State Street
Boston, MA 02109
Tel: (617) 788-5011
Fax: (617) 367-3125

---

**From:** Harold L. Lichten [mailto:hlichten@llrlaw.com]
**Sent:** Wednesday, July 07, 2010 4:46 PM
**To:** Harris, Mary Jo
**Cc:** Joseph Sulman; Stephen S. Churchill; Shannon Liss-Riordan
**Subject:** Nolan and Romano

Neither Nolan nor Romano is an expert witness; Both will testify about the actual job duties of a police Sgt., and Romano will compare those duties to a Fire Lt. or capt. both will rebut Outtz' statement that Fire Lts. Must make more critical command judgements than Police Sgts.; a comment he made last week in his deposition; Nolan will also testify about his running a study course for the police promotional exam, There may be a few more points Nolan will make but he is not being called as an expert witness, even though he is now a professor at BU

Harold L. Lichten
Lichten & Liss-Riordan, P.C.
100 Cambridge Street, 20th Floor
Boston, Massachusetts 02114
Telephone: 617-994-5800
Fax: 617-994-5801
Email: hlichten@llrlaw.com
Website: www.llrlaw.com

This e-mail message contains confidential and/or legally privileged information belonging to the sender and intended only for the review and use of the intended recipient. If you are not the intended recipient, any disclosure, dissemination, distribution, copying, review, or use of the information contained in this e-mail message or any attachment is strictly prohibited. If you believe you have received this e-mail message in error, please notify Lichten & Liss-Riordan, P.C. at (617) 994-5800, and purge this e-mail message from your computer system immediately. Thank you.

7/8/2010