UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 07-CV-11693-GAO

| | |
|---|---|
| PEDRO LOPEZ, ET AL., <br>     Plaintiffs, <br><br> v. <br><br> CITY OF LAWRENCE, ET AL., <br>     Defendants | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(2)**

    I hereby certify that on July 9, 2010, I conferred with Attorney Joseph Sulman, counsel for the Plaintiffs in a good faith attempt to resolve or narrow the issues prior to filing to Defendants Motion in Limine to Preclude Plaintiffs from Offering Undisclosed Expert Witnesses Thomas Nolan, James Claiborne, and Paul Romano to Rebut Expert Testimony.

Respectfully submitted,                         July 9, 2010
**CITY OF LOWELL**

/s/ Brian W. Leahey
Brian W. Leahey, Asst. City Solicitor
BBO # 567403
375 Merrimack Street 3rd Fl.
Lowell MA 01852-5909
Tel: 978-970-4050
Fax: 978-453-1510

**CERTIFICATE OF SERVICE**

    I hereby certify that a true copy of the foregoing document, was filed through the Electronic Case Filing System for filing and electronic service to the registered participants as identified on the Notice of Electronic Filing on July 9, 2010.

/s/ Brian W. Leahey
Brian W. Leahey, Assistant City Solicitor