# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

*********************************************
| | |
|---|---|
| **PEDRO LOPEZ, et al.,** | * |
| | * |
| **Plaintiffs** | * |
| **v.** | *     **Civil Action No. 07-11693-GAO** |
| | * |
| **CITY OF LAWRENCE, MASSACHUSETTS,** | * |
| **et al.,** | * |
| | * |
| **Defendants** | * |

*********************************************

## DEFENDANT MBTA'S FIRST
## SUPPLEMENAL PROPOSED TRIAL EXHIBIT LIST

In addition to the exhibits identified in the Pre-Trial Memorandum of the MBTA Defendants and in addition to the Exhibits listed by each of the Defendants and for which the MBTA may propose to be admitted, the following documents as are being offered as exhibits in the trial of this matter. Defendant MBTA expressly reserves the right to supplement this list of exhibits.

## I.    EXHIBITS

1. MBTA's Response to the Plaintiffs' Request for Interrogatories, Exhibit1, providing demographic data of then current police sergeants *and including the dates of promotion for each sergeant listed.*

2. Demographic data regarding the MBTA Transit Police Department for officers and sergeants as it existed annually from 12-31-2003 through 12-31-2009 as compiled by the MBTA Office of Diversity and Civil Rights.

3. MBTA Transit Police Department promotions from 1-1-2003 through 12-31-09

4. Letter from Deputy Chief Dolores Ford Murphy to Sally McNeely, dated March 29, 2007, sans attachments of the test scores of the officers.

5. MBTA Transit Police General Order 2003-89, amending Department Manual Chapter 25

6. MBTA Transit Police General Order 2006-05, amending Department Manual Chapter 25

7. MBTA Transit Police General Order 2008-40, amending Department Manual Chapter 25

8.  Maynard v MBTA Transit Police, Appellant's Brief, Civil Service Commission Bypass Appeal, Jan 2006.


Supplemental Witness: In addition to the witnesses already identified:

Mary Fernandes, MBTA Assistant General Manager, or her designee from the Office of Diversity and Civil Rights as fact witness pertaining to compiling demographical data.


Respectfully submitted,
MBTA Defendants
By their attorney,

/s/ Kevin S. McDermott
Kevin S. McDermott, BBO #554513
Assistant General Counsel
MBTA Law Department
Ten Park Plaza, Suite 7760
Boston, MA  02116
(617) 222-4756
kmcdermott@mbta.com


## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served upon the Court and counsel of record for all parties via the Court's ECF filing system, on July16, 2010.

 /s/ Kevin S. McDermott____
Kevin S. McDermott