## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

```
**************************************************
PEDRO LOPEZ, et al.,                              *
                                                  *
                 Plaintiffs                       *
v.                                                *   Civil Action No. 07-11693-GAO
                                                  *
CITY OF LAWRENCE, MASSACHUSETTS,                  *
et al.,                                           *
                                                  *
                 Defendants                       *
**************************************************
```

## ANSWER AND AFFIRMATIVE DEFENSES OF THE DEFENDANT CITY OF BOSTON TO PLAINTIFFS' SIXTH AMENDED COMPLAINT

For its answer to Plaintiffs' Seventh Amended Complaint, as filed on or about July 1, 2010, Defendant City of Boston incorporates by reference its responses and affirmative defenses to Plaintiffs' Sixth Amended Complaint, as filed on or about January 23, 2009.

Respectfully submitted,

CITY OF BOSTON,

By its attorneys,

WILLIAM F. SINNOTT
Corporation Counsel

/s/Robert P. Morris
Mary Jo Harris (BBO #561484)
Robert P. Morris (BBO #546052)
Special Assistant Corporation Counsel
MORGAN, BROWN & JOY, LLP
200 State Street, 11th Floor
Boston, MA 02109
(617) 523-6666

Dated: July 26, 2010

## <u>CERTIFICATE OF SERVICE</u>

I, Robert P. Morris, certify that on July 26, 2010, this document filed electronically through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to any persons indicated as non-registered participants.

<u>/s/Robert P. Morris</u>
Robert P. Morris