UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 07-CV-11693-JLT

_____
                                            )
**PEDRO LOPEZ, et al.,**                    )
    **Plaintiffs,**        )
                                            )
**v.**                                      )
                                            )
**CITY OF LAWRENCE, MASSACHUSETTS, et al.,**)
    **Defendants**          )
_____

### ANSWER AND AFFIRMATIVE DEFENSES OF THE DEFENDANT
### CITY OF LOWELL TO PLAINTIFFS' SEVENTH AMENDED COMPLAINT

For its answer to Plaintiffs' Seventh Amended Complaint, as filed on or about July 1, 2010, Defendant City of Lowell incorporates by reference its responses and affirmative defenses to Plaintiffs' Sixth Amended Complaint, as filed on or about January 27, 2009.

July 26, 2010    CITY OF LOWELL, DEFENDANT

/s Brian W. Leahey
Brian W. Leahey, Assistant City Solicitor
BBO #567403
City of Lowell - Law Department
375 Merrimack Street, 3rd Fl.
Lowell MA 01852-5909
Tel: 978-970-4050
Fax: 978-453-1510

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing document, filed through the Electronic Case Filing System, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing on July 26, 2010.

/s Brian W. Leahey
Brian W. Leahey, Assistant City Solicitor