UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                    )
PEDRO LOPEZ, et al.                 )
                                    )
            Plaintiffs,             )
                                    )   Civil Action No. 07-11693-GAO
         v.                         )
                                    )
CITY OF LAWRENCE, et al.            )
                                    )
            Defendant.              )
_____ )

## AMENDED STIPULATION[1]

The parties stipulate that the plaintiffs, on the dates set forth below, filed MCAD/EEOC complaints against their respective employers and appointing authorities, alleging that they took one or more police sergeant promotional examinations and that those examinations resulted in disparate impact discrimination based on race. The defendants deny the allegations of discrimination.

1. Plaintiff Abel Cano filed an MCAD/EEOC complaint on May 29, 2007 and a second MCAD/EEOC complaint on or about February 16, 2010.

2. Plaintiff Pedro Lopez filed an MCAD/EEOC complaint on May 29, 2007.

3. Plaintiff Kevin Sledge filed an MCAD/EEOC complaint on May 29, 2007.

4. Plaintiff Charles DeJesus filed an MCAD/EEOC complaint on May 29, 2007 and a second MCAD/EEOC complaint on or about February 16, 2010.

5. Plaintiff Richard Brooks filed an MCAD/EEOC complaint on May 29, 2007.

---

[1] The purpose of this amended stipulation is simply to amend Paragraphs 1 and 4 to state that Methuen Plaintiffs Abel Cano and Charles DeJesus each filed second MCAD/EEOC complaints on or about February 16, 2010. Counsel for Methuen has agreed to this amended stipulation.

1

6. Plaintiff Robert Alvarez filed an MCAD/EEOC complaint on November 5, 2007.

7. Plaintiff Spencer Tatum filed an MCAD/EEOC complaint on December 5, 2007.

8. Plaintiff Shumeane Benford filed an MCAD/EEOC complaint on March 5, 2008 pertaining to the 2005 promotional exam for Boston, and a second MCAD/EEOC complaint on or about February 16, 2010 pertaining to the 2008 promotional exam for Boston.

9. Plaintiff Angela Williams-Mitchell filed an MCAD/EEOC complaint on March 5, 2008 pertaining to the 2005 promotional exam for Boston, and a second MCAD/EEOC complaint on or about February 16, 2010 pertaining to the 2008 promotional exam for Boston..

10. Plaintiff Gwendolyn Brown filed an MCAD/EEOC complaint on March 5, 2008 pertaining to the 2005 promotional exam for Boston, and a second MCAD/EEOC complaint on or about February 16, 2010 pertaining to the 2008 promotional exam for Boston.

11. Plaintiff Lynette Praileau filed an MCAD/EEOC complaint on March 5, 2008 pertaining to the 2005 promotional exam for Boston, and a second MCAD/EEOC complaint on or about February 16, 2010 pertaining to the 2008 promotional exam for Boston. .

12. Plaintiff Tyrone Smith filed an MCAD/EEOC complaint on September 24, 2008 pertaining to the 2005 promotional exam for Boston, and a second MCAD/EEOC

complaint on or about February 16, 2010 pertaining to the 2008 promotional exam for Boston. .

13.     Plaintiff Eddy Chrispin filed an MCAD/EEOC complaint on September 24, 2008 pertaining to the 2005 promotional exam for Boston.

14.     Plaintiff David Melvin filed an MCAD/EEOC complaint on September 24, 2008 pertaining to the 2005 promotional exam for Boston, and a second MCAD/EEOC complaint on April 1, 2010 pertaining to the 2008 promotional exam for Boston..

15.     Plaintiff Steven Morgan filed an MCAD/EEOC complaint on September 24, 2008 pertaining to the 2005 promotional exam for Boston, and a second MCAD/EEOC complaint on April 1, 2010 pertaining to the 2008 promotional exam for Boston..

16.     Plaintiff William Iraola filed an MCAD/EEOC complaint on September 24, 2008 pertaining to the 2005 promotional exam for Boston, and a second MCAD/EEOC complaint on April 1, 2010 pertaining to the 2008 promotional exam for Boston..

17.     Plaintiff Jose Lozano filed an MCAD/EEOC complaint on September 24, 2008 pertaining to the 2005 promotional exam for Boston.

18.     Plaintiff Courtney Powell filed an MCAD/EEOC complaint on September 24, 2008 pertaining to the 2005 promotional exam for Boston.

19.     Plaintiff James Brown filed an MCAD/EEOC complaint on September 24, 2008 pertaining to the 2005 promotional exam for Boston.

20.     Plaintiff George Cardoza filed an MCAD/EEOC complaint on September 24, 2008 pertaining to the 2005 promotional exam for Boston, and a second MCAD/EEOC complaint on April 1, 2010 pertaining to the 2008 promotional exam for Boston.

21. Plaintiff Larry Ellison filed an MCAD/EEOC complaint on September 24, 2008 pertaining to the 2005 promotional exam for Boston, and a second MCAD/EEOC complaint on April 1, 2010 pertaining to the 2008 promotional exam for Boston..

22. Plaintiff David Singletary filed an MCAD/EEOC complaint on September 24, 2008 pertaining to the 2005 promotional exam for Boston, and a second MCAD/EEOC complaint on or about February 16, 2010 pertaining to the 2008 promotional exam for Boston..

23. Plaintiff Charisse Brittle-Powell filed an MCAD/EEOC complaint on September 29, 2008 pertaining to the 2005 promotional exam for Boston.

24. Plaintiff Molwyn Shaw filed an MCAD/EEOC complaint on September 24, 2008 pertaining to the 2005 promotional exam for Boston.

25. Plaintiff Lamont Anderson filed an MCAD/EEOC complaint on September 24, 2008 pertaining to the 2005 promotional exam for Boston, and a second MCAD/EEOC complaint on April 1, 2010 pertaining to the 2008 promotional exam for Boston..

26. Plaintiff Gloria Kinkead filed an MCAD/EEOC complaint on September 29, 2008 pertaining to the 2005 promotional exam for Boston.

27. Plaintiff Kenneth Gaines filed an MCAD/EEOC complaint on September 24, 2008 pertaining to the 2005 promotional exam for Boston.

28. Plaintiff Murphy Gregory filed an MCAD/EEOC complaint on September 24, 2008 pertaining to the 2005 promotional exam for Boston, and a second MCAD/EEOC complaint on April 1, 2010 pertaining to the 2008 promotional exam for Boston..

29. Plaintiff Julian Turner filed an MCAD/EEOC complaint on September 24, 2008 pertaining to the 2005 promotional exam for Boston, and a second MCAD/EEOC complaint on or about February 16, 2010 pertaining to the 2008 promotional exam for Boston.

30. Plaintiff Delores Facey filed an MCAD/EEOC complaint on September 24, 2008 pertaining to the 2005 promotional exam for Boston, and a second MCAD/EEOC complaint on April 1, 2010 pertaining to the 2008 promotional exam for Boston.

31. Plaintiff Lisa Venus filed an MCAD/EEOC complaint on September 24, 2008 pertaining to the 2005 promotional exam for Boston, and a second MCAD/EEOC complaint on April 1, 2010 pertaining to the 2008 promotional exam for Boston..

32. Plaintiff Rodney Best filed an MCAD/EEOC complaint on September 24, 2008 pertaining to the 2005 promotional exam for Boston.

33. Plaintiff Karyn VanDyke filed an MCAD/EEOC complaint on September 24, 2008 pertaining to the 2005 promotional exam for Boston, and a second MCAD/EEOC complaint on or about February 16, 2010 pertaining to the 2008 promotional exam for Boston.

34. Plaintiff Robert C. Young filed an MCAD/EEOC complaint on September 29, 2008 pertaining to the 2005 promotional exam for Boston.

35. Plaintiff Royline Lamb filed an MCAD/EEOC complaint on September 24, 2008.

36. Plaintiff Lynn Davis filed an MCAD/EEOC complaint on September 24, 2008.

37. Plaintiff James Jackson filed an MCAD/EEOC complaint on September 24, 2008.

38. Plaintiff Juan Rosario filed an MCAD/EEOC complaint on September 24, 2008.

39. Plaintiff Louis Rosario filed an MCAD/EEOC complaint on September 24, 2008.

40. Plaintiff Obed Almeyda filed an MCAD/EEOC complaint on September 24, 2008.

41. Plaintiff Devon Williams filed an MCAD/EEOC complaint on September 24, 2008.

42. Plaintiff Julio Toledo filed an MCAD/EEOC complaint on September 24, 2008.

    Respectfully Submitted,
    PEDRO LOPEZ, et al., Plaintiffs,
    By their attorneys,

    /s/ Joseph L. Sulman
    Harold L. Lichten, BBO #549689
    Shannon Liss-Riordan, BBO# 640716
    Stephen S. Churchill, BBO#564158
    Joseph L. Sulman, BBO #663635
    LICHTEN & LISS-RIORDAN, P.C.
    100 Cambridge Street, 20th Floor
    Boston, MA 02114
Date: July 26, 2010    (617) 994-5800

## CERTIFICATE OF SERVICE

    I hereby certify that on July 26, 2010, a copy of this document was served by electronic filing on all counsel of record.

                                           /s/ Joseph L. Sulman
                                           Joseph L. Sulman