UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C. A. NO. 1:07-CA-11693-JLT

PEDRO LOPEZ; ABEL CANO; KEVIN
SLEDGE; CHARLES DEJESUS; RICHARD
BROOKS; ROBERT ALVAREZ; MARISOL
NOBREGA; SPENCER TATUM; THE
MASSACHUSETTS HISPANIC LAW
ENFORCEMENT ASSOCIATION; SHUMEAND
BENFOLD; ANGELA WILLIAMS-MITCHELL;
GWENDOLYN BROWN; LYNETTE PRAILEAU;
INDIVIDUALLY AND ON BEHALF OF A CLASS
OF INDIVIDUALS SIMILARLY SITUATED

PLAINTIFFS

v.

CITY OF LAWRENCE, MASSACHUSETTS;
CITY OF METHUEN, MASSACHUSETTS;
COMMONWEALTH OF MASSACHUSETTS;
PAUL DIETL, IN HIS CAPACITY AS
PERSONNEL DIRECTOR FOR THE
COMMONWEALTH OF MASSACHUSETTS,
HUMAN RESOURCES DIVISION; JOHN
MICHAEL SULLIVAN, IN HIS CAPACITY
AS MAYOR OF THE CITY OF LAWRENCE,
MASSACHUSETTS; WILLIAM MANZI,
III, IN HIS CAPACITY AS MAYOR OF THE
CITY OF METHUEN, MASSACHUSETTS;
CITY OF LOWELL, MASSACHUSETTS;
APPOINTING AUTHORITY FOR THE CITY
OF LOWELL, MASSACHUSETTS; CITY OF
WORCESTER, MASSACHUSETTS; and
MICHAEL O'BRIEN IN HIS CAPACITY AS
CITY MANAGER OF THE CITY OF WORCESTER,
MASSACHUSETTS, CITY OF BOSTON

DEFENDANTS

NOTICE OF WITHDRAWAL OF APPEARANCE

PLEASE ENTER my Withdrawal of Appearance as Attorney on behalf of the City of
Lawrence and Mayor Michael J. Sullivan, in connection with the above-captioned
matter.

Respectfully submitted,

*/s/ James M. Bowers, Esq*
James M. Bowers, Esq.
Assistant City Attorney
BBO NO. 558759
Room 306 - City Hall
200 Common Street
Lawrence, MA 01840
(978) 620-3030

Dated: March 1st, 2010