UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| PEDRO LOPEZ, ET AL<br>Plaintiffs<br><br>v.<br><br>CITY OF LAWRENCE, ET AL.<br>Defendants | )<br>)<br>)<br>)  Civil Action No. 07-11693-GAO<br>)<br>)<br>)<br>)<br>) |

### ANSWER TO SEVENTH AMENDED COMPLAINT BY THE DEFENDANTS CITY OF SPRINGFIELD AND MAYOR SARNO

Now come the defendants, City of Springfield and Domenic J. Sarno Jr. in his capacity as mayor for the City of Springfield, (hereinafter collectively called "Springfield"), and hereby answer the allegations in Plaintiffs' Seventh Amended Complaint as follows:

1. Springfield denies the allegations contained in Paragraphs 1-2, 63-66, 73-74, and Counts I and II of the Plaintiffs' Seventh Amended Complaint, to the extent that said Paragraphs and Counts are directed to Springfield or require a responsive pleading from Springfield. To the extent that the remaining allegations contained in Paragraphs 1-2, 63-66, 73-74, and Counts I and II are not directed to it, Springfield is without knowledge or information sufficient to form a belief as to the truth of the said remaining allegations.

2. Springfield is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraphs 3-42, 49-60, 67-72, and 75-79 of Plaintiffs' Seventh Amended Complaint.

3. Springfield admits the allegations in Paragraph 61 of Plaintiffs' Seventh Amended Complaint.

4.      Springfield admits so much of the allegations contained in Paragraph 43 of the Plaintiffs' Seventh Amended Complaint as allege that James A Jackson is a City of Springfield police officer, and Springfield has insufficient information to either admit or deny the balance of the allegations contained in Paragraph 43 of the Plaintiffs' Seventh Amended Complaint.

5.      Springfield admits so much of the allegations contained in Paragraph 44 of the Plaintiffs' Seventh Amended Complaint as allege Juan Rosario is a City of Springfield police officer, and Springfield has insufficient information to either admit or deny the balance of the allegations contained in Paragraph 44 of the Plaintiffs' Seventh Amended Complaint. Springfield further answers Paragraph 44 of the Plaintiffs' Seventh Amended Complaint by stating that Juan Rosario was promoted to the position of Springfield Police Sergeant.

6.      Springfield admits so much of the allegations contained in Paragraph 45 of the Plaintiffs' Seventh Amended Complaint as allege Louis Rosario Jr. is a City of Springfield police officer, and Springfield has insufficient information to either admit or deny the balance of the allegations contained in Paragraph 45 of the Plaintiffs' Seventh Amended Complaint.

7.      Springfield admits so much of the allegations contained in Paragraph 46 of the Plaintiffs' Seventh Amended Complaint as allege Obed Almeyda is a City of Springfield police officer, and Springfield has insufficient information to either admit or deny the balance of the allegations contained in Paragraph 46 of the Plaintiffs' Seventh Amended Complaint.

8.      Springfield admits so much of the allegations contained in Paragraph 47 of the Plaintiffs' Seventh Amended Complaint as allege Devon Williams is a City of Springfield police officer, and Springfield has insufficient information to either admit or deny the balance of the allegations contained in Paragraph 47 of the Plaintiffs' Seventh Amended Complaint.

9.      Springfield admits so much of the allegations contained in Paragraph 48 of the Plaintiffs' Seventh Amended Complaint as allege Julio M. Toledo is a City of Springfield police officer, and Springfield has insufficient information to either admit or deny the balance of the allegations contained in Paragraph 48 of the Plaintiffs' Seventh Amended Complaint. Springfield further answers Paragraph 48 of the Plaintiffs' Seventh Amended Complaint by stating that Julio M. Toledo was promoted to the position of Springfield Police Sergeant.

10. Springfield admits so much of the allegations contained in Paragraph 62 of the Plaintiffs' Seventh Amended Complaint as allege "[t]he defendant, Domenic Sarno Jr., is the Mayor of the City of Springfield, Massachusetts" and Springfield denies all the remaining allegations in Paragraph 62 of the Plaintiffs' Seventh Amended Complaint.

### AFFIRMATIVE DEFENSES

For its affirmative defenses to Plaintiffs' Seventh Amended Complaint, as filed on or about July 1, 2010, Springfield incorporates herein by reference the affirmative defenses in Case 1:07-cv-11693-GAO Document 211 Filed 06/16/10 to Plaintiffs' Sixth Amended Complaint.

**WHEREFORE,** having answered herein, the City of Springfield and Domenic J. Sarno Jr. in his capacity as mayor for the City of Springfield pray that Plaintiffs' Seventh Amended Complaint be dismissed with prejudice as to them, that Springfield be awarded their costs and attorneys' fees, and that Springfield be granted such other relief as the Court deems just and proper.

Respectfully submitted,

THE DEFENDANTS: CITY OF SPRINGFIELD AND MAYOR SARNO

By,

/s_*Edward M. Pikula, Esq.*  /s_Harry P. Carroll
Edward M. Pikula, Esq  Harry P. Carroll, Esq.
BBO#399770  BBO #076060
City Solicitor  Senior Legal Counsel

CITY OF SPRINGFIELD, LAW DEPARTMENT
36 Court Street
Springfield, MA 01103
Phone 413-787-6085
Fax 413-787-6173

Date: Thursday, August 19, 2010

### CERTIFICATE OF SERVICE

I, Harry P. Carroll, hereby certify that this document(s), filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) as follows:

/s/_Harry P. Carroll_____
Harry P. Carroll, Esq.,
Senior Legal Counsel
City of Springfield, Law Department
36 Court Street
Springfield, MA 01103
Phone 413-787-6085
BBO # 076060

4