UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| PEDRO LOPEZ, et al.<br><br>　　　　　　Plaintiffs,<br><br>　　　v.<br><br>CITY OF LAWRENCE, et al.<br><br>　　　　　　Defendant. | )<br>)<br>)<br>)<br>)　Civil Action No. 07-11693-GAO<br>)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE
OPPOSITION IN EXCESS OF TWENTY PAGES**

　　Plaintiffs respectfully request leave to file an opposition in excess of twenty pages. Following the first three weeks of trial, six of the Defendants filed motions for judgment pursuant to Fed. R. Civ. P. 52(c). All of the motions raise substantially common issues regarding the standards and proof for establishing disparate impact. To avoid burdening the Court with overly repetitious briefs, the Plaintiffs are filing an omnibus opposition, as well as two short supplemental oppositions to address specific arguments from two of the Defendants. Given that the omnibus opposition addresses the underlying facts concerning all of the Defendants, it exceeds 20 pages. As a result, Plaintiffs are seeking leave pursuant to Local Rule 7.1(B)(4).

1

|  |  |
|---|---|
|  | Respectfully Submitted,<br>PEDRO LOPEZ, et al., Plaintiffs,<br>By their attorneys, |
|  | /s/ Stephen S. Churchill<br>Harold L. Lichten, BBO #549689<br>Shannon Liss-Riordan, BBO# 640716<br>Stephen S. Churchill, BBO#564158<br>Joseph L. Sulman, BBO #663635<br>LICHTEN & LISS-RIORDAN, P.C.<br>100 Cambridge Street, 20th Floor<br>Boston, MA 02114 |
| Date: August 30, 2010 | (617) 994-5800 |

**CERTIFICATE OF SERVICE**

I hereby certify that on August 30, 2010, a copy of this document was served by electronic filing on all counsel of record.

/s/ Stephen S. Churchill
Stephen S. Churchill