**MORGAN, BROWN & JOY LLP**
ATTORNEYS AT LAW
200 STATE STREET
BOSTON, MASSACHUSETTS 02109-2605
TELEPHONE (617) 523-6666
FACSIMILE (617) 367-3125

MARY JO HARRIS

DIRECT DIAL (617) 788-5011
E-FAX (617) 977-9230
mharris@morganbrown.com

August 31, 2010

**Filed With the Court Via ECF**

Honorable Judge George A. O'Toole, Jr.
United States District Court
District of Massachusetts
1 Court House Way
Boston, MA 02210

  Re: **Lopez et al. v. City of Lawrence et al.,**
     **USDC Civil Action No. 07-11693**
     **Request for Protective Order**

Dear Judge O'Toole,

  I write to request a Protective Order from the Court, excusing me from appearing at hearings scheduled at the Massachusetts Civil Service Commission in the matter of *Jones et al. v. Boston Police Department et al.*, Docket Numbers D-02-657 et seq. The hearings at issue are scheduled for September 13, 15, 16 and September 20 and 21, 2010[1].

  I make this request because this Court has scheduled the continuation of the *Lopez* matter for September 13 through September 24, 2010. As the Court is aware, the Plaintiffs have rested in the *Lopez* matter, and as counsel for the City of Boston, I am prepared to begin the defense case forthwith. I have secured the attendance of the Defendants' expert, James Outtz, for the continuation of trial starting September 13.

  Although a number of prehearing conferences have taken place, the *Jones* matter has not formally commenced. It was anticipated that opening statements would begin on September 13, and those dates were previously agreed to by counsel, including myself, with the caveat being that I was scheduled to appear in Fall River Superior Court on September 13, 2010 (that Court has allowed my motion to continue based on the *Lopez* schedule).

---

[1] There are a number of further dates scheduled in the *Jones* matter that I do not seek to be excused from attending. Those dates are September 27, 28, October 21, 22, 25, 26 and November 15, 16, 17 and 18, 2010.

MORGAN, BROWN & JOY, LLP

**Filed With the Court Via ECF**

Honorable Judge George A. O'Toole, Jr.
August 31, 2010
Page 2

    Your assistance in this matter would be most appreciated.

                                       Sincerely,

                                       Mary Jo Harris

MJH/gmf

cc:    Chairman Christopher C. Bowman,
        Commissioner Paul Stein
        Alan Shapiro, Esq.
        Jennifer Rubin, Esq.
        Michael Clarkson, Esq.
        *(by electronic mail)*

### Certificate of Service

    I, Mary Jo Harris, hereby certify that this Letter has been served on all parties to the action *Lopez v. City of Lawrence et al.*, USDC 07-11693, by filing electronically with the ECF Pacer System this 31st day of August, 2010.

                                       _____
                                       Mary Jo Harris