UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 07-11693-GAO

PEDRO LOPEZ, ABEL CANO, KEVIN SLEDGE, CHARLES DEJESUS, RICHARD BROOKS, MASSACHUSETTS HISPANIC LAW ENFORCEMENT ASSOC., ROBERT ALVAREZ, MARISOL NOBREGA, SPENCER TATUM, SHUMEAND BENFOLD, ANGELA-WILLIAMS MITCHELL, GWENDOLYN BROWN, LYNETTE PRAILEAU, TYRONE SMITH, EDDY CHRISPIN, DAVID E. MELVIN, STEVEN MORGAN, WILLIAM E. IRAOLO, JOSE LOZANO, COURTNEY A. POWELL, JAMES L. BROWN, GEORGE CARDOZA, LARRY ELLISON, DAVID SINGLETARY, CHARISSE BRITTLE POWELL, CATHENIA D. COOPER-PATERSON, MOLWYN SHAW, LAMONT ANDERSON, GLORIA KINKEAD, KENNETH GAINES, MURPHY GREGORY, JULIAN TURNER, NEVA GRICE, DELORES E. FACEY, LISA VENUS, RODNEY O. BEST, KAREN VANDYKE, ROBERT C. YOUNG, ROYLINE LAMB, LYNN DAVIS, JAMES A. JACKSON, JUAN ROSARIO, LOUIS ROSARIO JR., OBED ALMEYDA, DEVON WILLIAMS, JULIO M. TOLEDO, individually and on behalf of a class of individuals similarly situated,
Plaintiffs,

v.

CITY OF LAWRENCE, MASSACHUSETTS, JOHN MICHAEL SULLIVAN, IN HIS CAPACITY AS MAYOR OF THE CITY OF LAWRENCE, MASSACHUSETTS, CITY OF METHUEN, MASSACHUSETTS, WILLIAM MANZI, III, IN HIS CAPACITY AS MAYOR OF CITY OF METHUEN, MASSACHUSETTS, CITY OF LOWELL, MASSACHUSETTS, APPOINTING AUTHORITY FOR CITY OF LOWELL, CITY OF WORCESTER, MASSACHUSETTS, MICHAEL O'BRIEN IN HIS CAPACITY AS CITY MANAGER FOR THE CITY OF WORCESTER, CITY OF BOSTON, MASSACHUSETTS, CITY OF SPRINGFIELD, MASSACHUSETTS, MAYOR DOMENIC SARNO JR., IN HIS CAPACITY AS MAYOR FOR THE CITY OF SPRINGFIELD, MASSACHUSETTS BAY TRANSPORTATION AUTHORITY, DANIEL GRABAUSKAS IN HIS CAPACITY AS GENERAL MANAGER, THE BOARD OF TRUSTEES OF THE MASSACHUSETTS BAY TRANSPORTATION AUTHORITY,
Defendants.

PROTECTIVE ORDER
September 8, 2010

O'TOOLE, D.J.

WHEREAS, Mary Jo Harris, counsel for the defendant, City of Boston, Massachusetts, is currently engaged in a trial in this matter before this Court and is scheduled to appear on September 13, 2010 for the continuation of the trial, IT IS HEREBY ORDERED;

2

Counsel is expected to be present here for the resumption of the trial and is to be excused from appearing before the Massachusetts Civil Service Commission at hearings in the matter of Jones v. Boston Police Department, No. D-02-657, scheduled on September 13, 15, 16, and September 20 and 21, 2010.

It is SO ORDERED.

/s/ George A. O'Toole, Jr.
United States District Judge