AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

| UNITED STATES DISTRICT COURT | DISTRICT OF | MASSACHUSETTS |
|---|---|---|

PEDRO LOPEZ, ET AL

V.

CITY OF LAWRENCE, ET AL

**EXHIBIT AND WITNESS LIST**

Case Number: 07-11693-GAO

| PRESIDING JUDGE O'TOOLE | PLAINTIFF'S ATTORNEY Lichten,Sulman,Churchill | DEFENDANT'S ATTORNEY Harris,McQuillan,McDermott,D'Agostino, |
|---|---|---|
| TRIAL DATE (S) 7/12/10- | COURT REPORTER PATRISSO | COURTROOM DEPUTY LYNESS |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | Plaintiff's Witness- Thomas Nolan-Sworn 7/12/10 |
| | | | | | Plaintiff's Witness-Pedro Lopez-Sworn 7/12/10 |
| | | | | | Plaintiff's Witness-Joel Wiesen-Sworn 7/13/10 |
| 50a | | 7/13/10 | x | 7/13/10 | Vitae of Dr. Wiesen |
| | | | | | Plaintiff's Witness-Kathleen O'Toole-Sworn 7/16/10 |
| | | | | | Plaintiff's Witness-Cassie Fields-Sworn 7/20/10 |
| | | | | | Plaintiff's Witness-Spencer Tatum-Sworn 7/22/10 |
| | | | | | Plaintiff's Witness-Edward F. Davis-Sworn 7/23/10 |
| | 133 | 7/23/10 | x | 7/23/10 | Defendant City of Boston Collective Bargaining Agreement |
| | | | | | Plaintiff's Witness-Robert Alvarez-Sworn 7/23/10 |
| | 134 | 7/23/10 | x | 7/23/10 | Defendant City of Lowell Collective Bargaining Agreement |
| | 136 | 7/23/10 | x | 7/23/10 | Defendant City of Lowell- Alvarez's birth certificate |
| | 137 | 7/23/10 | x | 7/23/10 | Defendant City of Lowell-Civil Service Document dated 1/15/87. |
| | 138 | 7/23/10 | x | 7/23/10 | Defendant City of Lowell-Copy of fingerprint application (1994) |
| | 139 | 7/23/10 | x | 7/23/10 | Defendant City of Lowell-Waltham Police Department fingerprint application |
| | 140 | 7/23/10 | x | 7/23/10 | Defendant City of Lowell-Groton Police fingerprint application |
| | 141 | 7/23/10 | x | | Deft. City of Lowell-Individual Eligibility Record Display Exam Date1986 |
| | 142 | 7/23/10 | x | | Deft. City of Lowell-Individual Eligibility Record Display Exam Date 1988 |
| | 143 | 7/23/10 | x | | Deft. City of Lowell-Individual Eligibility Record Display Exam Date 1990 |
| | 144 | 7/23/10 | x | | Deft. City of Lowell-Individual Eligibility Record Display Exam Date 1998 |
| | 145 | 7/23/10 | x | | Deft. City of Lowell-Individual Eligibility Record Display Exam Date 2000 |
| 146 | | 7/23/10 | x | 7/23/10 | Plaintiff -Letter from Davis to Alvarez |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of __4__ Pages

AO 187A (Rev. 7/87)    **EXHIBIT AND WITNESS LIST – CONTINUATION**

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | PEDRO LOPEZ, ET AL vs. CITY OF LAWRENCE, ET AL    CASE NO. 07-11693-GAO |
| 147 | | 7/23/10 | x | 7/23/10 | Plaintiff's Personnel Record of Alvarez |
| | | | | | |
| | 149 | 7/26/10 | x | 7/28/10 | Defendant MBTA's Chart of data of Sgt. Promotions |
| 150 | | 7/27/10 | x | 7/27/10 | Plaintiff's exhibit- Chart from Schmidt article |
| | 148 | 7/26/10 | x | 7/26/10 | Defendant MBTA's Chart of Promotions |
| | | | | | Defendant City of Boston Witness-Edward Callahan-sworn 7/27/10 |
| | 151 | 7/27/10 | x | 7/27/10 | Defendant City of Boston Delegation Agreement between Boston PD and HR |
| | 152 | 7/27/10 | x | 7/27/10 | Defendant City of Boston Spread sheet for cost of 2002 examination |
| | 153 | 7/27/10 | x | 7/28/10 | Defendant City of BostonDocument that states study material available for tests |
| 154 | | 7/28/10 | x | 7/28/10 | Plaintiff's exhibit |
| 155 | | 7/28/10 | x | 7/28/10 | 2003 Test results for Sargeant promotion |
| 156 | | 7/28/10 | x | 7/28/10 | 2004 Test results for Sargeant promotion |
| 79a | | 7/28/10 | x | 7/28/10 | Revised Table-Summary of AI Analyses,by police dept. For exams yrs 2003-2004 |
| 85a | | 7/28/10 | x | 7/28/10 | Revised Table for Springfield Police Department |
| | 157 | 7/28/10 | x | 7/28/10 | Deft. City of Boston Study Seminars re: Promotional Examinatyions |
| | 158 | 7/28/10 | x | 7/28/10 | Deft. City of Boston Sergeants Training-Draft Boston Police Academy |
| | | | | | Plaintiff Rests |
| | | | | | Defendant City of Springfield Witness-William Fitchet-Sworn 7/28/10 |
| | 159 | 7/28/10 | x | 7/28/10 | City of Springfield Ordinance |
| | 160 | 7/28/10 | x | 7/28/10 | City of Springfield Chapter 169 of the Acts of 2004 |
| | 161 | 7/28/10 | x | 7/28/10 | City of Springfield Authorization of Employment Form 14, Duda,Zarelli... 4/3/06 |
| | 162 | 7/28/10 | x | 7/28/10 | City of Springfield Form 14 3/14/07 Richard Hottin |
| | 163 | 7/28/10 | x | 7/28/10 | City of Springfield Form 14. 8/24/08. Randolph, Martin,Kent,Labelle |
| | 164 | 7/28/10 | x | 7/28/10 | City of Springfield Form 14. 11/19/09 Martucci, Kent, Toledo |

AO 187A (Rev. 7/87)

## EXHIBIT AND WITNESS LIST – CONTINUATION

| PEDRO LOPEZ, ET AL | | | vs. | | CITY OF LAWRENCE, ET AL | CASE NO. 07-11693-GAO |
|---|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | 165 | 7/28/10 | x | 7/28/10 | City of Springfield Job description for Sargeant in Springfield |
| | 166 | 7/28/10 | x | 7/28/10 | City of Springfield Roster Springfield Police Dept. 2006 |
| | 167 | 7/28/10 | x | 7/28/10 | City of Springfield "          "          "          " 2007 |
| | 168 | 7/28/10 | x | 7/28/10 | City of Springfield "          "          "          " 2008 |
| | 169 | 7/28/10 | x | 7/28/10 | City of Springfield "          "          "          " 2009 |
| | 170 | 7/28/10 | x | 7/28/10 | City of Springfield Sergeant Task Survey Analysis |
| | 171 | 7/28/10 | x | 7/28/10 | City of Springfield Table of Police Department Employee Breakdown |
| | 172 | 7/28/10 | x | 7/28/10 | City of Springfield Police Sergeants April 2010 |
| | | | | | Defendant MBTA Witness-Delores Ford-Murphy-Sworn 7/28/10 |
| | | | | | Defendant Worcester witness-Nina Galica- Sworn 9/29/10 |
| | 173 | 7/29/10 | x | 7/29/10 | Worcester 2007 Certification List #270864 |
| | 174 | 7/29/10 | x | 7/29/10 | Worcester-Promotional List-Established 3/30/07 |
| | 175 | 7/29/10 | x | 7/29/10 | Worcester-Active Promotional List Established 5/15/09 |
| | 176 | 7/29/10 | x | 7/29/10 | Worcester- Promotional List Established 3/31/05 |
| | | | | | Defendant Lowell witness-kenneth Lavalle-Sworn 7/29/10 |
| | 177 | 7/29/10 | x | 7/29/10 | Lowell-Court Order-Otero v Martin/Fuller v. Martin |
| | 178 | 7/29/10 | x | 7/29/10 | Lowell-HRD Authorization of Employment Form 14 |
| | 179 | 7/29/10 | x | 7/29/10 | Lowell-HRD Document  9/18/00 |
| | | | | | Defendant City of Boston Witness-Dr. James Outtz-Sworn 9/13/10 |
| | 180 | 9/13/10 | x | 9/13/10 | Deft. City of Boston exhibit- Dr. Outtz's Curriculum Vitae |
| | 181 | 9/13/10 | x | 9/13/10 | Deft. City of Boston Exhibit-4/6/05 BPD Letter Re: Reading List |
| | 182 | 9/13/10 | x | 9/13/10 | Deft. City of Boston Exhibit-5/2/05 Reading List |
| | 183 | 9/13/10 | x | 9/13/10 | Deft. City of Boston Exhibit-Weights of competency areas |
| | 184 | 9/13/10 | x | 9/13/10 | Deft. City of Boston Exhibit-Rules and regulations linkage |
| | 185 | 9/13/10 | x | 9/13/10 | Deft. City of Boston Exhibit-10/05 test specs. |

%AO 187A (Rev. 7/87)

## EXHIBIT AND WITNESS LIST – CONTINUATION

| | | LOPEZ, ET AL | | vs. | CITY OF LAWRENCE, ET AL | CASE NO. 07-11693-GAO |
|---|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | 186 | 9/13/10 | x | 9/13/10 | Deft. City of Boston Exhibit-Under seal |
| | 187 | 9/13/10 | x | 9/13/10 | Deft. City of Boston Exhibit-SME Review of test items |
| | 188 | 9/13/10 | x | 9/13/10 | Deft. City of Boston Exhibit-reading list announcement |
| | 189 | 9/13/10 | x | 9/13/10 | Deft. City of Boston Exhibit-BPD reading list notes |
| | 190 | 9/13/10 | x | 9/13/10 | Deft. City of Boston Exhibit-Item rating summary |
| | 191 | 9/14/10 | x | 9/14/10 | Deft. City of Boston Exhibit- Summary |
| | 192 | 9/14/10 | x | 9/14/10 | Deft. City of Lowell-Summary of Reading List Survey 2006-2008 |
| 193 | | 9/15/10 | x | 9/15/10 | Plaintiff's exhibit-education and experience scoring grid for 2010 fire chief... |
| | 194 | 9/15/10 | x | 9/15/10 | Deft. City of Boston Exhibit - Commissioner Memo 02-035 re: Promotional Exam 2002 |
| | 195 | 9/15/10 | x | 9/15/10 | Deft. City of Springfield Exhibit - Updated Report by Analysis & Inference, Inc. |
| | | | | | Deft. City of Worcester Witness- Dr. Jacinto Silva-Sworn 9/16/10 |
| | 196 | 9/16/10 | x | 9/16/10 | Deft. City of Worcester Exhibit- Dr. Silva's Resume |
| | 197 | 9/16/10 | x | 9/16/10 | Deft. City of Worcester Exhibit- Table 2: 2005 Probability of Adverse Impact |
| | 198 | 9/16/10 | x | 9/16/10 | Deft. City of Worcester Exhibit- Table 1: Chart |
| | 199 | 9/16/10 | x | 9/16/10 | Deft. City of Methuen Exhibit-Statistical Chart for Methuen-2006 |
| | 200 | 9/16/10 | x | 9/16/10 | Deft. City of Boston Exhibit- Chart Method 1, Method 3: With Assessment Center |
| | 201 | 9/17/10 | x | 9/17/10 | Deft. City of Boston Exhibit-Spread Sheet 2002 Boston Exam |
| 202 | | 9/17/10 | x | 9/17/10 | Pltff's Exhibit- Spread Sheet for Miami exam (1998) |
| | 203 | 9/17/10 | x | | HRD Promotional List for Lowell |
| | 204 | 9/17/10 | x | | Deft. City of Lowell Exhibit- Civil Service Commission Statement of Case |

Page  4  of  4  Pages