UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

PEDRO LOPEZ, Individually and on )
behalf of a class of individuals )
similarly situated,              )
                                 )
         Plaintiffs,             )
                                 ) Civil Action
v.                               ) No. 07-11693-GAO
                                 )
CITY OF LAWRENCE, et al.,        )
                                 )
         Defendants.             )
                                 )

BEFORE THE HONORABLE GEORGE A. O'TOOLE, JR.
UNITED STATES DISTRICT JUDGE

**DAY FOURTEEN**
**NON-JURY TRIAL**

John J. Moakley United States Courthouse
Courtroom No. 9
One Courthouse Way
Boston, Massachusetts  02210
Monday, September 13, 2010
9:17 a.m.

Marcia G. Patrisso, RMR, CRR
Debra M. Joyce, RMR, CRR
Official Court Reporters
John J. Moakley U.S. Courthouse
One Courthouse Way, Room 3510
Boston, Massachusetts  02210
(617) 737-8728

Mechanical Steno - Computer-Aided Transcript

```
 1   APPEARANCES:

 2        LICHTEN & LISS-RIORDAN, P.C.
          By: Harold L. Lichten, Esq.
 3            Stephen S. Churchill, Esq.
              Joseph L. Sulman, Esq.
 4        100 Cambridge Street, 20th Floor
          Boston, Massachusetts  02114
 5        On Behalf of the Plaintiffs

 6        CITY OF LOWELL LAW DEPARTMENT
          By: Brian W. Leahey, Esq.
 7        City Hall
          375 Merrimack Street
 8        Lowell, Massachusetts  01852
          On Behalf of the Defendant City of Lowell
 9
          OFFICE OF THE CITY ATTORNEY
10        By: Richard J. D'Agostino, Esq.
          200 Common Street, Suite 306
11        Lawrence, Massachusetts  01840
          On Behalf of the Defendant City of Lawrence
12
          COLLINS, LOUGHRAN & PELOQUIN
13        By: Laurie W. Engdahl, Esq.
          320 Norwood Park South
14        Norwood, Massachusetts  02062
          On Behalf of the Defendant City of Worcester
15
          MORGAN, BROWN & JOY, LLP
16        By: Mary Jo Harris, Esq.
              Robert P. Morris, Esq.
17        200 State Street, 11th Floor
          Boston, Massachusetts  02109
18        On Behalf of the Defendant City of Boston

19        MBTA LAW DEPARTMENT
          By: Kevin S. McDermott, Esq.
20        10 Park Plaza, 7th Floor
          Boston, Massachusetts  02116
21        On Behalf of the Defendant MBTA

22

23

24

25
```

```
 1        CITY OF SPRINGFIELD LAW DEPARTMENT
          By: Harry P. Carroll, Esq.
 2        36 Court Street
          Springfield, Massachusetts  01103
 3        On Behalf of the Defendants City of Springfield
          and Mayor Sarno
 4
          CITY OF METHUEN - OFFICE OF THE CITY SOLICITOR
 5        By: Peter J. McQuillan, Esq.
          The Searles Building, Suite 311
 6        41 Pleasant Street
          Methuen, Massachusetts  01844
 7        On Behalf of the Defendant City of Methuen

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
1                          I N D E X

2                  Direct   Cross   Redirect   Recross

3
    WITNESSES FOR THE
4    DEFENSE:

5   JAMES LAWRENCE OUTTZ, Ph.D.

6      By Ms. Harris              5

7                      E X H I B I T S

8
    DEFENDANTS'
9    EXHIBIT      DESCRIPTION                    MARKED   RECEIVED

10  No. 180  Curriculum vitae of Dr. Outtz              14

11  No. 181  Recommended reading list for Boston Police
             Department promotional exam               65
12
    No. 182  Reading list issued by the Massachusetts  67
13
    No. 183  Weights of competency areas to be measured
14           according to BPD's SMEs                    67

15  No. 184  Table 4 of BPD DPX promotional exam of 10/22/05   68

16  No. 185  Test specifications for the BPD test of 10/22/05  69

17  No. 186  UNDER SEAL                                 69

18  No. 187  SME review document                        74

19  No. 188  Reading List Announcement 5/14/08          136

20  No. 189 Reading List                                136

21  No. 190 Test Specs-Item Rating Summary              136

22

23

24

25
```

```
 1                    P R O C E E D I N G S

 2              THE CLERK:  All rise.

 3              (The Court enters the courtroom at 9:17 a.m.)

 4              THE CLERK:  For a continuation of the Lopez bench

 5    trial.  Please be seated.

 6              THE COURT:  Good morning.

 7              COUNSEL IN UNISON:  Good morning, your Honor.

 8              MS. HARRIS:  Your Honor, thank you --

 9              THE COURT:  Are you all set?

10              MS. HARRIS:  -- for ensuring that I'm here instead of

11    at another agency this morning.  I appreciate the courtesy.

12              THE COURT:  All right.  Happy to have you here.

13              MS. HARRIS:  Your Honor, just so that we're all clear

14    on where we are, it's my understanding that we're set to begin

15    the defense case.  And for the City of Boston, we call Dr. Jim

16    Outtz.

17              THE COURT:  Okay.

18              JAMES LAWRENCE OUTTZ, Ph.D., duly sworn

19              THE CLERK:  Please be seated.  State your name and

20    spell your last name for the record.

21              THE WITNESS:  My name is James Lawrence Outtz,

22    O-U-T-T-Z.

23                          DIRECT EXAMINATION

24    BY MS. HARRIS:

25    Q.   Dr. Outtz, good morning.
```

1    A.    Good morning.

2    Q.    Just for housekeeping purposes, I'd like you to reflect

3    that there are binders in front of you.  And I've placed in

4    front of you two binders of the exhibits that have been marked

5    in this case, as well as copies of your deposition and copies

6    of some documents that I may be referring to today, just for

7    convenience.

8          Dr. Outtz, can you tell the Court what your profession is.

9    A.    I am an industrial organizational psychologist in private

10   practice in Washington, D.C.

11   Q.    And can you tell the Court what your educational

12   background is.

13   A.    I have a Ph.D. in industrial organizational psychology

14   from the University of Maryland, and a master's degree in

15   industrial organizational psychology from Northeast Louisiana

16   University, and I have a bachelor's degree in sociology from

17   Northeast Louisiana University.

18   Q.    And have you been practicing as an industrial psychologist

19   since obtaining your Ph.D. in 1976?

20   A.    I have.

21   Q.    And can you tell the Court if you have any professional

22   affiliations and, if so, what those are.

23   A.    I am affiliated with the American Psychological

24   Association; I'm affiliated with the Society for Industrial and

25   Organizational Psychology.  That is a professional society for

1    industrial psychologists; I'm affiliated with the American

2    Educational Research Association; and I'm affiliated with the

3    International Personnel Management Association.

4    Q.    Can you tell us, are you a fellow of the American

5    Psychological Association?

6    A.    I am a fellow of the American Psychological Association,

7    the Society for Industrial and Organizational Psychology and

8    the American Educational Research Association.

9    Q.    And can you explain to the Court what the significance is

10   of being a member of these organizations?

11   A.    These are the professional organizations that basically

12   deal with the kinds of work that industrial organizational

13   psychologists do.  And as an industrial organizational

14   psychologist I maintain membership in those organizations to

15   interact with colleagues, to give presentations at conferences,

16   to engage in research and matters such as that.

17   Q.    Can you tell the Court when you reference publications,

18   have you published in your field of industrial psychology

19   generally?

20   A.    I have published in industrial organizational psychology

21   over a number of years, about 20 years.

22   Q.    Can you estimate how many publications you have been the

23   primary author of?

24   A.    I would imagine 20 or so.

25   Q.    Okay.  And can you tell me, in the field of industrial

1   psychology, do you have a specialty that you yourself focus on?

2   A.   I specialize in selection.

3   Q.   And just for the record, can you explain what it means to

4   specialize in selection?

5   A.   To specialize in selection means that I emphasized

6   selection as a graduate student at the University of Maryland.

7   My major professor was a specialist in testing and measurement.

8   And after graduation I have spent my career developing

9   selection systems, evaluating selection systems, conducting

10  research associated with selection systems both in the public

11  and private sector for both entry-level and managerial jobs.

12  Q.   Can you speak a little bit more slowly?  I think the

13  reporter would appreciate it if you would just slow it down a

14  little bit.

15  A.   Sorry.

16  Q.   And in your specialty of selection systems, have you

17  delivered presentations?

18  A.   I have delivered many presentations with regard to

19  selection.

20  Q.   Can you describe for -- well, strike that question.

21       Can you tell us, have you presented at panels such as the

22  EEOC?

23  A.   I have presented in front of organizations such as the

24  Equal Employment Opportunity Commission by invitation.  They

25  asked me for my viewpoints on the state-of-the-art in

1    selection.  I have made presentations to -- at -- I believe

2    they're called webinars now for the American Bar Association

3    for people to get certification or get continuing education

4    credits; and I made presentations to managers in the private

5    sector, managers in the public sector; I made presentations

6    internationally, in South Africa and Europe.

7    Q.   And in your capacity as an industrial psychologist have

8    you had occasion to consult with counsel like you're doing

9    today?

10   A.   I have spent a good deal of my career consulting with

11   counsel either on behalf of clients who are defendants in

12   litigation or with counsel on behalf of plaintiffs who are

13   involved in litigation in the area of employment and in

14   employment discrimination.

15   Q.   Have you served -- strike that.

16        Have you served on behalf of any of the agencies before

17   which claims are being brought; in other words, have you worked

18   with the EEOC, the Department of Justice or the Department of

19   Labor?

20   A.   I have worked with all three of those agencies.  I worked

21   with the Department of Justice as an expert on a number of

22   cases that they were involved in; I've worked for the -- and

23   currently am involved in some matters with the Equal Employment

24   Opportunity Commission both as an expert on behalf of the Equal

25   Employment Opportunity Commission, but I'm also opposite them

1    in a couple of cases in which I got their permission to be

2    involved in --

3    Q.    Okay.  When you say --

4    A.    -- and also, the Department of Labor.

5    Q.    And in those capacities, have you actually been asked by

6    those agencies to advise them with regard to selection

7    procedures that they are considering?

8    A.    That is true.

9    Q.    Have you testified as an expert witness before today?

10   A.    I have testified at least 25 times at trial and many times

11   at deposition.

12   Q.    Have you been certified as an expert witness in state or

13   federal court?

14   A.    In every instance in which I've testified in state or

15   federal court.

16   Q.    In the course of your 25-year career, can you tell the

17   Court have you ever had occasion to work in the context of

18   public sector selection?

19   A.    Yes.  I have spent a great deal of my career working in

20   the public sector.  I began my career 30 years ago working in

21   the public sector for various cities and jurisdictions.  In the

22   state of Maryland, actually.

23   Q.    And when we are talking about public sector, I'd ask you

24   to refine it a little bit further.  Have you worked in the

25   selection -- for selection -- in creating selection systems in

1    the public sector in the law enforcement context?

2    A.    I began my career doing that some 30 years ago.

3    Q.    And when you began your career, can you tell the Court

4    what it was you were doing when you began?

5    A.    I was developing a selection system for police sergeant

6    for the City of Detroit, Michigan.

7    Q.    And can you recall how big a force the City of Detroit was

8    at the time that you were doing this work?

9    A.    The police force itself was several thousand, and there

10   were several hundred, for example, police sergeants in the

11   Detroit Police Department.  I remember that because when they

12   gave an exam, the police officers would take the exam for

13   police sergeant, and there would be 500, 600 or so, 650 of

14   these candidates for sergeant in the Detroit Police Department.

15   Q.    And when you were working for the Detroit Police

16   Department, do you recall roughly what year it was that you

17   began this work?

18   A.    1980.

19   Q.    And since 1980 can you estimate for the Court how

20   frequently you have worked for public sector agencies in the

21   police force or the law enforcement force?

22   A.    I have been involved with at least one project for a

23   public sector agency for every year that I've been consulting.

24   Q.    And when you have been working in the public sector

25   context, can you estimate for the Court what's the largest

1    number of candidates that you have processed for a selection

2    system?

3    A.    26- to 30,000.

4    Q.    And what force are you referring to?

5    A.    The City of Chicago, Illinois.  I processed -- I worked on

6    a selection system for the City of New York.  I think the

7    numbers were even larger, maybe over 30,000.  Some promotional

8    exams in cities like New York will have seven, eight thousand

9    candidates.

10   Q.    Can you give the Court a sampling of the other public

11   sector clients for whom you've provided services over the

12   course of your career?

13   A.    I have provided service for the FBI, the Federal Bureau of

14   Investigation; the Drug Enforcement Administration; the Federal

15   Deposit Insurance Corporation, organizations such as that.

16   Q.    Now, the case that we're here on today, as you're aware,

17   involves challenges brought by the plaintiffs to the validity

18   of a selection system that has been put in place and run by the

19   state human resources division.  Do you recall that in general?

20   A.    Yes.

21   Q.    Okay.  And can you tell the Court how it was that you

22   first became involved in this case?

23   A.    I received a phone call from an attorney for the State of

24   Massachusetts giving me a description of this case and asking

25   me if I would be interested in taking a look at the issues and

1   perhaps becoming an expert in the case.

2   Q.   And can you tell the Court, how is it that you typically

3   become involved in cases either as an expert witness or as a

4   consultant?

5   A.   I receive a phone call from someone asking me to become

6   involved in a case.  I don't solicit cases, I don't advertise,

7   I don't have a website.  Every case that I get, someone calls

8   me and asks me if I'm interested in that case.

9   Q.   And when you say that you don't have a website, do you

10  advertise your consulting services?

11  A.   I do not.

12  Q.   And why is that?

13  A.   I, as a matter of personal principle, wanted to establish

14  myself as an expert in an area and depend solely on the quality

15  of my work.  If my work isn't good enough, the phone won't

16  ring.

17  Q.   So when you were first contacted, you were contacted by

18  the Commonwealth and not by any of the defendants in this case?

19  A.   That is correct.

20  Q.   And is it fair to say that following the Commonwealth's

21  dismissal from this case, that you have continued to provide

22  expert services in the case?

23  A.   Yes.

24  Q.   Have you provided a copy of your curriculum vitae as part

25  of the work that you've performed in the case?

1    A.    I have.

2          MS. HARRIS:  And if there's no objection, I would like

3    to offer Dr. Outtz's CV.

4          THE COURT:  No objection?  All right.  Admitted.

5          MS. HARRIS:  I believe we are now on Exhibit 180.

6          (Defense Exhibit No. 180 received into evidence.)

7          MS. HARRIS:  And I'll just present this.

8          THE COURT:  That hadn't been premarked?

9          MS. HARRIS:  It has not been premarked.

10         THE COURT:  Okay.  180.

11         THE CLERK:  Yes.

12   BY MS. HARRIS:

13   Q.    Dr. Outtz, can you tell me, have you had occasion to

14   examine issues surrounding validity of selection processes

15   before your involvement in this case?

16   A.    Yes.

17   Q.    And can you tell the Court in what context you were --

18   first became involved in examining validity in selection

19   procedures?

20   A.    I first became involved in validity issues as a Ph.D.

21   candidate at the University of Maryland in which my

22   dissertation committee asked me questions about validity and

23   equal employment opportunity.  Once I graduated, I was asked by

24   a number of organizations to become involved in litigation

25   issues, and I also was asked by certain employers to help them

1    with matters dealing with equal employment opportunity.  And

2    those always involved selection.  Sometimes they involved

3    training, but usually selection.

4    Q.   And can you explain for the Court the concept of validity.

5    How is that concept understood in your field of industrial

6    psychology?

7    A.   In my field, from a scientific standpoint, validity refers

8    to the accuracy of inferences that you wish to make on the

9    basis of scores from a selection instrument:  Are those

10   inferences accurate?  For example, if you give an exam and you

11   hire people at the -- who score the highest on that exam, the

12   inference is that those people are more qualified than people

13   who scored lower.  If you give an exam for people to get

14   admitted into college, and you admit students whose scores are

15   up at the upper distribution, you are making the inference they

16   are more qualified than students who have lower scores.

17   Validity refers to evidence that is garnered to establish the

18   accuracy of those inferences.  In a more simplistic way, it's

19   whether a test measures what it's supposed to measure.

20   Q.   And would it be fair to say that part of validity is the

21   predictive value of the instrument; in other words, that the

22   candidate -- that the examination will predict whether or not

23   the person who is scoring on the test will do well, less well,

24   or better than somebody that they score higher than on the

25   test?

1    A.    That is the essence of validity, to allow one to predict

2    at a level great than -- significantly greater than chance as

3    to how well someone will perform.

4    Q.    Now, as an industrial psychologist, if you are retained by

5    an agency to develop an examination for selection process --

6    and since we're talking about sergeants here, I'll ask you to

7    focus your answer on creating a selection process for the

8    position of a police sergeant -- how would you as an industrial

9    psychologist go about the process of creating an examination?

10   A.    I would follow the procedures that have been well

11   established, I think, in our field.  The first order of

12   business would be to establish what the job consists of.  Now,

13   over the years what I do, and I find necessary, is to first,

14   before analyzing that job, determine the context in which the

15   selection device is going to be used.

16   Q.    Let me ask you, what do you mean "the context"?

17   A.    Why is the employer asking for the development of the

18   selection instrument?  Is there a prior selection instrument?

19   Who will be participating in the selection process?  What are

20   the characteristics of a sample of people who will be tested?

21   What are the constraints that exist with regard to that

22   selection device; for example, if you're in the public sector,

23   there will be constraints like Civil Service rules, there will

24   be constraints, perhaps bargaining agreements.

25        The context in which this instrument is going to be used

1    gives some idea of where you may have to go and what resources

2    you're going to have to use to meet the employer's needs.  You

3    also want to know what the employer's overall mission is.  The

4    mission of a typical organization may be different from

5    another.  The mission of Boeing Aircraft is to sell aircraft,

6    to sell airplanes; the mission of a fire department is to serve

7    the community in which it exists.  The same thing for a police

8    department.  That's a different matter.

9         Once I establish that information, I would then study the

10   job in that particular -- for that particular employer.  What

11   does that job consist of?  What are the tasks that make up that

12   job?  What are the knowledge and skills and abilities that are

13   required to perform those tasks?

14        I would establish that by gathering all the information

15   that currently exists.  Is there a prior job analysis that has

16   been done that I can use?  I would supplement that with my own

17   information about the job itself.  I would interview people in

18   that job.

19        There are any number of ways to collect this information.

20   You can actually work in the job itself.  I remember as a

21   graduate student, my professor sent me out to work as a cashier

22   in a grocery store because we were developing a selection

23   system for cashiers.  And it was an eye-opening experience to

24   do that.  It gives you a different perspective on what the

25   cashier job is about.

1        So you can participate in the job, you can observe people

2    doing the job, you can interview individuals about the job.

3    Any one of those methods would allow you to get the

4    information, or some combination of those methods would allow

5    you to get the information, that you need about the job itself.

6        Once you get that information it has to be evaluated in

7    some way, organized and evaluated.  The aim is to come out of

8    that job analysis with an understanding of what the important

9    components of the job are and what the important knowledges,

10   skills and abilities are that are required to perform that job.

11   You can -- I typically get that information by putting all the

12   job analysis data that I've collected, or information that I've

13   collected, into a questionnaire, administering that

14   questionnaire to a larger sample of incumbents, people who are

15   in the job or their supervisors.  They then give me evaluations

16   of the components of the job:  How important the tasks are, how

17   frequently the tasks are performed, do you need to perform

18   these tasks as soon as you enter the job.  Same thing for the

19   knowledges, skills and abilities:  Are these knowledges

20   important?  Do you need them at the time you come into the job?

21       Once you get all that information you analyze it, you come

22   out of that job analysis with an idea of what you intend to

23   measure in your selection system.

24   Q.   Let me ask you, when you talk about distributing

25   questionnaires and interviewing incumbents or their

1    supervisors, are those people subject matter experts?

2    A.    Correct.

3    Q.    Which is a term that we've used in this case.

4          How do you assure yourself that the individuals that are

5    participating are experts in the subject matter for which

6    you're gathering this information?

7    A.    You would typically request certain individuals from the

8    employer.  You ask the employer for individuals who have -- who

9    are in the job itself or whether they supervise a job, and

10   individuals who are performing at a competent level in that

11   job.  And you ask for individuals that the employer can

12   basically vouch for in terms of their knowledge of what that

13   job consists of.

14   Q.    Okay.  And you mentioned that you would also be looking

15   for supervisors; is that correct?

16   A.    Correct.

17   Q.    And is that on the assumption that the supervisors will

18   have a base of knowledge about what the position for which

19   you're testing entails?

20   A.    Incumbents tell you what they do, supervisors tell you

21   what they're supposed to do.

22   Q.    Okay.  So after you've created a job analysis, what would

23   be the next step that you would take as an industrial

24   psychologist in designing a selection instrument?

25   A.    You take that job analysis information and develop a test

1    plan.  You develop a plan that maps out what you intend to

2    measure, what will be the components of your selection system.

3    You have to interact with the client, with the employer, to try

4    to figure out exactly what that's going to be.  There are

5    limited resources in many ways.

6         This is where these constraints that you asked about

7    earlier come into play.  What are the constraints?  What

8    facilities do you have?  To what extent are you going to devote

9    resources to this?  What limitations are there in terms of

10   resources?  And then you would attempt to map out a test plan

11   that allows you to measure as many of the knowledges, skills

12   and abilities as is feasible.

13        And once you develop that test plan, if it's approved by

14   the client, you would then develop those exercises, whatever

15   they are.  And once you develop those exercises, they have to

16   be reviewed by subject matter experts for the quality of them

17   and whether they do, in fact, measure what you're intending

18   them to measure.  And once you get past that, you can then

19   administer the selection systems.  You develop an

20   administrative process for administering these selection

21   systems:  What facilities are you going to use?  How many

22   people do you need?  Where are you going to get the people

23   from, and so forth.  Administer them, score them, give the

24   client the results.

25   Q.   Okay.  Now, we have had testimony in this case about the

1    significance of the Uniform Guidelines for selection

2    procedures.  Are you familiar with the Uniform Guidelines?

3    A.    Yes, I am.

4    Q.    And can you tell the Court how does the -- how do the

5    Uniform Guidelines affect your decision-making process in the

6    system that you've just described for us in creating a

7    selection system?

8    A.    The Uniform Guidelines affect the work of an industrial

9    organizational psychologist from the following standpoint:  If

10    you develop a selection system that has, quote, adverse impact,

11    that is, it produces subgroup differences in terms of the

12    selection rates of candidates or applicants, the Uniform

13    Guidelines which were developed by the four enforcement

14    agencies involved with Title VII dictate what the employer has

15    to do in that situation.  If there is no adverse impact, the

16    guidelines do not apply and they become irrelevant.

17          From a professional standpoint, you want to develop a -- I

18    want to develop a selection system that's as valid as possible.

19    That's independent of the Uniform Guidelines.  If a system

20    isn't valid, I don't think it should be used at all whether it

21    has adverse impact or not.  But beyond that, if it does have

22    adverse impact you have to guide the employer through what is

23    necessary to comply with the Uniform Guidelines if the employer

24    wants to use that selection system.

25    Q.    Now, you mentioned you can use it -- a system that has no

1    adverse impact without regard to the Uniform Guidelines.

2    A.    That's correct.

3    Q.    Did I get that correct?

4          So one can actually develop a test that has no adverse

5    impact but can be invalid and it would not run afoul of the

6    Uniform Guidelines --

7    A.    That is true.

8    Q.    -- is that correct?

9          MR. LICHTEN:  Your Honor, I let it go but these

10   questions are very leading.  She stated the proposition and is

11   just asking for his response.

12         THE COURT:  Overruled.  I'll permit it.

13         Go ahead.

14   BY MS. HARRIS:

15   Q.    And can you describe for the Court how it could be that a

16   test could have no adverse impact yet not have validity, as

17   that term is used in your field?

18   A.    How it could have no adverse impact and no validity?

19   Q.    Have no adverse impact and still not be a valid testing

20   measure.

21   A.    And still not be a valid testing measure?

22   Q.    Yes.

23   A.    If you select candidates based upon, for example,

24   seniority, and it may very well be that by racial group

25   seniority shows no difference between subgroups, but seniority

1    may not really tell you much about how well people perform.  It

2    might not be valid or it could be valid.  But if it has no

3    adverse impact, it becomes irrelevant in terms of the Uniform

4    Guidelines.

5    Q.   Now, you were describing that as an industrial

6    psychologist that you consider aspects of the testing mechanism

7    as it may affect adverse impact.

8    A.   Correct.

9    Q.   And can you tell us what are the factors that you would

10   look at in determining whether or not a selection

11   instrument -- whether you would predict a selection instrument

12   would have an adverse impact.

13   A.   Over the years I would say there are three.  One is the

14   nature of the groups that will be taking this test.  Who are

15   these people?  For example, if you have groups that differ

16   significantly by educational background, you're going to run

17   into trouble depending upon how you develop the instrument

18   trying to minimize adverse impact.

19        If you develop a system that relies heavily on someone's

20   familiarity with structured environments and problem-solving,

21   the qualities of the people that you're testing can affect

22   that.  If you're developing a promotion exam and it relies on

23   knowledge and experiences in certain ways, yet individuals

24   within the organization have not been allowed to garner or gain

25   those experiences, you're going to have adverse impact.  And

1    actually, the more valid the system, the more adverse impact,

2    because something beyond the employee's control has separated

3    the groups in the first place.  So that's why you look at the

4    context:  Who are these people and what's been happening with

5    them.

6         Secondly, the selection ratio.  How many jobs are there,

7    how many vacancies are there in comparison with the number of

8    people applying?  If you have a thousand people applying and

9    two vacancies and you're trying to minimize adverse impact,

10   it's going to be a very difficult thing to do because, in

11   essence, you're going to be asking certain minority groups to

12   outperform most non-minority groups to get those two positions.

13   That's the only way they can.

14        And then finally, the nature of the examination process

15   itself.  How are the components devised and what media -- what

16   medium is used to present the information, in what way are

17   responses allowed?  Those are primarily the factors that, in my

18   experience, will dictate potential adverse impact.

19   Q.   Now, in testing for and putting together a selection

20   system for the position of sergeant, in your professional

21   experience would that selection system include a job-knowledge

22   test?

23   A.   Yes.

24   Q.   And can you describe for the Court what a job-knowledge

25   test typically consists of?

1    A.    A job-knowledge test typically consists of a series of

2    usually multiple-choice written questions that are designed to

3    tap or evaluate each candidate's level of knowledge with regard

4    to matters very critical to the performance of a police

5    sergeant.   That might be the laws of the particular state in

6    which the sergeant works; the laws of the particular

7    jurisdiction or rules and regulations of the particular

8    jurisdiction where that sergeant will be working; the policies

9    and procedures, rules and regulations of that department;

10   knowledge of how a police department is administered; knowledge

11   of supervision.

12        So typically for a police sergeant, you would measure a

13   foundation of knowledges -- in my experience, when you do the

14   job analysis, these things bubble up most every time you

15   conduct a job analysis.  That is why you can't really get

16   around them.  You're going to have to have, most of the time, a

17   job-knowledge test, a pure measure of what this person knows,

18   because that will underlie their ability to apply what they

19   know to doing the other parts of the job.

20        So I don't know if I've seen a jurisdiction that didn't

21   use some form of job-knowledge test for the position of police

22   sergeant.

23   Q.   Now, is it possible to administered a job-knowledge test

24   in a mechanism -- or in a component other than a written

25   examination?

1    A.    It is possible to measure some -- to some degree, to a

2    much lesser degree, job knowledge using instruments other than

3    the paper-and-pencil test.  But the paper-and-pencil test is

4    typically the purest and best way, most efficient way to get at

5    the simple question of what does this person know with regard

6    to the critical areas as established via job analysis

7    associated with this job.

8    Q.    And if you're putting together a selection testing

9    mechanism for a candidate population of between anywhere from

10   600 to 1200 people would you, as an industrial psychologist,

11   advocate the use of a written multiple-choice examination as

12   one of the components?

13   A.    Yes.

14   Q.    Have you in your experience become familiar with the

15   development in the field of non-traditional testing mechanisms

16   for selection?

17   A.    Yes.  To some extent I've tried to spearhead that movement

18   and...

19   Q.    Can you describe for the Court what would be a

20   non-traditional test -- selection testing mechanism?

21   A.    A non-traditional test depends upon when it was developed.

22   Q.    Okay.

23   A.    There are some -- certain things now that wouldn't be

24   considered non-traditional that 15 years ago would have been

25   considered non-traditional.  But today I think the following

1    kinds of instruments would still be considered non-traditional:

2    A visually based instrument as opposed to a paper-and-pencil

3    instrument would be considered non-traditional.

4    Q.   And when we talk about "non-traditional," maybe I should

5    define that term.  How do you define something that's

6    non-traditional?

7    A.   Something that isn't a multiple-choice paper-and-pencil

8    test.

9    Q.   And if -- you had mentioned that there are some selection

10   processes that 15 years ago would have been considered

11   non-traditional but would not seem non-traditional today.

12   And --

13   A.   Correct.

14   Q.   -- is it fair to say that by defining something as

15   traditional or non-traditional, you're referring to its

16   acceptance in the field?

17   A.   I'm referring to --

18           MR. LICHTEN:  I object, your Honor.

19           THE COURT:  Overruled.

20           THE WITNESS:  I'm referring to not only its acceptance

21   in the field but also its novelty; its departure from normal

22   format, and its acceptance in the field.

23   BY MS. HARRIS:

24   Q.   Now, in the course of your career, you've done work for

25   the City of Bridgeport; is that correct?

1    A.    Correct.

2    Q.    Can you tell the Court how long -- and this is the City of

3    Bridgeport, Connecticut?

4    A.    That is correct.

5    Q.    Can you tell the Court how long you've been working with

6    the City of Bridgeport?

7    A.    Approximately 28 years.

8    Q.    And in which of the jobs have you been working on with the

9    City of Bridgeport?

10   A.    Jobs in both police and fire.  In the police department:

11   Police officer, police detective, police sergeant, police

12   lieutenant, police captain, deputy chief.  In the fire service:

13   Firefighter, pump engineer, fire lieutenant, fire captain, fire

14   battalion chief.

15   Q.    And in the course of the work that you've done for the

16   City of Bridgeport, have you administered promotional

17   examinations that have included components beyond

18   multiple-choice job-knowledge tests?

19   A.    That is correct.  For most every exam that I've done.

20   Q.    And can you tell the Court what kinds of exams you have

21   developed for the sergeant position in the City of Bridgeport?

22   A.    I've developed exams that include a

23   written -- paper-and-pencil written test, an orally

24   administered situational judgment test, and something called an

25   "in-basket," and a report review exercise in which the

1    candidates have to examine sample reports that have been

2    created to determine whether they know what that report should

3    contain and whether it contains errors or it doesn't contain

4    errors.

5    Q.   Can you tell the Court --

6    A.   I've also created role plays, exercises in which

7    candidates play a role with someone else to measure their

8    interactive communication and interpersonal skills.

9    Q.   In the 28 years that you've been working for the City of

10   Bridgeport, can you estimate how many times you've administered

11   a police sergeant's examination?

12   A.   A police sergeant's examination, probably six, maybe seven

13   times.  They're given, usually, every two, three years.

14   Q.   And have you used each of these components that you've

15   just described:  an oral component, an in-basket, report

16   review, and role play in each of the six or seven times that

17   you've administered the sergeant's exam in Bridgeport?

18   A.   Not every time.  I think originally when I started in the

19   police service there weren't very many exercises that contained

20   these role plays and stuff, and I was trying to do something

21   non-traditional, so...

22   Q.   And in putting these components together, can you tell the

23   Court what result you've had in terms of adverse impact?

24   A.   I've had instances in which there has been little adverse

25   impact, some instances of no adverse impact, and some instances

1    where there is adverse impact.

2    Q.    And can you tell the Court in each of the examinations

3    that you've administered for the City of Bridgeport have you

4    included a multiple-choice job knowledge component?

5    A.    Yes.

6    Q.    And how does your -- strike the question.

7          In each of the examinations that you've administered for

8    Bridgeport, then, you've included some component other than the

9    multiple-choice examination?

10   A.    Correct.

11   Q.    And can you explain how it is that you would have received

12   different results in terms of adverse impact given that you're

13   administering a test that's included these other components?

14   A.    I wish I had the answer to that question.  I don't always

15   know why that happens or why you'll have more adverse impact or

16   less adverse impact.  I've spent a lifetime trying to figure

17   that out.  But as near as I can tell, the selection ratio is a

18   critical issue.  How many vacancies do you have at any given

19   time?

20         And secondly, the applicant pool, the candidate pool for

21   police sergeant turns over.  You have new people coming into a

22   police department, and after a certain number of years they're

23   eligible to take the police sergeant exam.  So depending upon

24   the characteristics of those people, it might affect the level

25   of adverse impact you get with that particular exam.

1          For the most part, the examinations that I develop have

2     less adverse impact than you would typically see with a

3     traditional selection system.

4     Q.   Can you tell the Court how large the applicant pool for

5     the position of police sergeant generally is in the City of

6     Bridgeport?

7     A.   Between 110 and 150 candidates.

8     Q.   And can you describe for the Court what the average cost

9     is per candidate of putting through -- putting together an

10    assessment system, as you've described -- or selection system,

11    I should say, as you've described?

12         MR. LICHTEN:  Objection to the form.  I'm not clear if

13    she's referring to Bridgeport or if this is a more general

14    question for which there's been no foundation.

15         THE COURT:  Would you clarify that?

16         MS. HARRIS:  I'm sorry.  I didn't hear the objection.

17         THE COURT:  Whether the question relates to Bridgeport

18    or it's a more general question.

19         MS. HARRIS:  Thank you.

20    BY MS. HARRIS:

21    Q.   As it relates to Bridgeport, do you know what the average

22    cost per candidate is for the sergeant's exam that you

23    administer there?

24    A.   I don't know that.

25    Q.   I want to direct your attention to a case you were at

1    least involved in as an amicus, and I'm referring to the

2    Ricci v. New Haven case.

3    A.   Yes.

4    Q.   Can you tell the Court did you have involvement -- did you

5    express an opinion in that case?

6    A.   I was asked to lead a team of industrial organizational

7    psychologists who might help prepare an amicus brief in the

8    Ricci case.  I became involved inadvertently in the Ricci case

9    because at the district court level the plaintiffs mentioned to

10   the Court that there was a Dr. Outtz in a neighboring

11   jurisdiction who was developing fire lieutenant exams, and they

12   felt those exams had far less adverse impact than the exam in

13   New Haven, and that they were as valid, if not more valid.

14        I didn't know that they were making these assertions; and,

15   therefore, I didn't realize until these attorneys called me

16   that my name had been mentioned in the Ricci case.  Therefore,

17   I was asked, "Well, what do you think about the process in

18   Ricci, and did you, in fact, develop what you consider is an

19   alternative -- would consider an alternative in Bridgeport?

20   Would you put together a team of industrial psychologists to

21   look at this matter to maybe inform the Supreme Court in the

22   Ricci case," and I did that.

23   Q.   And in doing that, let me ask you, Dr. Outtz:  Is

24   it -- was it your experience that one could refer to an

25   examination run in a neighboring jurisdiction as proof of an

1    alternative testing mechanism?

2    A.   Well, my involvement in that case focused my attention,

3    again, on the question to which I've devoted my career:

4    Developing and searching for alternative mechanisms for making

5    selection decisions that improve equal employment opportunity.

6    I knew that -- and I still know that in Bridgeport, which is

7    adjacent to New Haven, you have similar applicant candidates

8    coming into the fire service.  They have -- it's the same

9    state, so you basically have the same Civil Service rules,

10   right?  And since the candidate pool is likely to be similar,

11   the constraints are likely to be similar.

12       I was very comfortable with the notion that the selection

13   system I developed for Bridgeport would be a very good

14   alternative to have been used in New Haven primarily because

15   the situations were similar.  And I had studied the fire

16   lieutenant job in Bridgeport for many, many years, and in other

17   jurisdictions for many, many years.  So I was very comfortable

18   and very confident in terms of assessing what was being done in

19   New Haven with regard to the position of a fire lieutenant.

20   Q.   Now, the opinion that you expressed in the Ricci case, did

21   that have to do with the validity of the examination that was

22   used in New Haven?

23   A.   It had to do with our -- the team of IO psychologists and

24   myself, what we thought based on the evidence that we were able

25   to garner, about the possible validity of that exam.

1    Q.    And did it also have to do with the availability of

2    alternative mechanisms that may have less adverse impact?

3    A.    It did, particularly for me.  It had to do with whether I

4    personally had developed selection systems for that position

5    that in my opinion were superior in terms of validity to the

6    New Haven instrument.

7    Q.    Now, in this case you were asked to review the

8    examinations that the HRD put together for selection to police

9    sergeant.  And there were a number of examinations that were

10   provided to you; is that right?

11   A.    Yes.

12   Q.    And did you also have access to other information that

13   underlie -- strike the question.

14         Can you tell me what else the HRD provided to you as part

15   of your ability to review the examinations that are at issue in

16   this litigation?

17   A.    I was provided, and I requested, any validation studies

18   that had been done with regard to these examinations; I

19   requested the actual examinations which I reviewed, and

20   reviewed the items in those examinations; I reviewed the

21   document explaining the procedure that was used to develop each

22   one of those examinations; and documents that describe those

23   procedures in detail.

24   Q.    And after reviewing those documents, did you ultimately

25   come to an opinion as to whether the examinations administered

1   by the HRD were valid?

2   A.   Yes.

3   Q.   And what is that opinion?

4   A.   I reached the conclusion that the examination process with

5   the written test and the assessment of education and

6   experience, that combination constituted a valid process.

7   Q.   And did you -- upon reaching that conclusion did you

8   consider whether or not the exams at issue complied with the

9   requirements of the Uniform Guidelines?

10  A.   I did.

11  Q.   And what did you determine?

12  A.   I determined that they did, and in my opinion do, comply

13  with the Uniform Guidelines.

14  Q.   Now, in looking at the validity of the examinations here,

15  I believe that you referred to looking at validity reports.

16  And did you look at more than one validity report?

17  A.   I looked at a validity report that was dated 1991, and a

18  subsequent validity report in 2001-2002, around that time

19  frame.

20  Q.   And first, can you tell the Court is it appropriate or is

21  it -- is it acceptable practice for an industrial

22  psychologist -- or for a test developer to use two different

23  job analyses, analyses from two different points in time?

24  A.   Not only is it appropriate, it's required typically that

25  once you conduct a job analysis, how useful is it?  When does

1    it become obsolete?  That's an interesting question in IO

2    psychology, and we've discussed that at many conferences.

3        The general consensus, in my opinion, with regard to a job

4    analysis and its obsolescence is that the job analysis

5    can -- is useful and current for approximately five to eight

6    years if the job doesn't change.  If the job changes, then you

7    do another job analysis.

8        Now, you have some jobs that can change rather rapidly.

9    Jobs in the information technology field change rapidly all the

10   time.  Like 18 months in information technology is a lifetime.

11   In developing selection systems for police sergeant, over such

12   a long period of time, typically in the same jurisdiction,

13   looking at the same job over and over and over, I came to the

14   conclusion that the job of a police sergeant is one that has

15   not changed very much in 20 years really, especially in terms

16   of the knowledges, skills and abilities required to do it.

17       So that this 1991 validation study that I looked at, I

18   felt that the job analysis was done quite well and that I would

19   have expected to see some update of that job analysis around

20   eight or so -- at least eight or so years later, maybe eight or

21   nine.  And that's exactly what I found.  Around the year 2000

22   another job analysis was done building upon that 1991 job

23   analysis, and that simply buttressed what was done in 1991.

24   And throughout this period of time from 1991, particularly with

25   regard to the exams at issue in this case, they build off of

1    both of those job analyses really.

2    Q.   Now, when you said that in your opinion that the job of

3    police sergeant hadn't changed dramatically over a period of

4    time, are you referring to the job analyses here or are you

5    referring to your experience with other jurisdictions focusing

6    on the police sergeant's position?

7    A.   My experience generally that the job really has not

8    changed.  As I've said, I've done police sergeant exams in

9    jurisdictions other than Bridgeport.  And collectively, looking

10   at all of that data, the job really hasn't changed and the

11   knowledges, skills and abilities required to do it haven't

12   changed.

13   Q.   Now, in the job analyses that you were provided by the

14   HRD, did you find that the analyses complied with the steps

15   that you described earlier that industrial psychologists would

16   go through in creating a job analysis?

17   A.   Yes.

18   Q.   And can you just explain for the Court what those things

19   were that you saw in the 1991, and then in the 2000, job

20   analysis that assured you that they had followed those

21   procedures?

22   A.   In each of theses job analyses the researchers, those who

23   developed the examination process, isolated and identified the

24   important parts of the police sergeant job.  They also

25   determined the knowledges, skills and abilities needed to

1    perform those important tasks associated with the job.  There

2    were rating scales that they used that are typically used to

3    evaluate tasks and knowledges, skills and abilities, that

4    identify how important they are and so forth.

5         They used that information.  Once they identified the

6    important tasks, the important knowledges, skills and

7    abilities, they developed a test plan to measure those things.

8    That test plan consisted of the subject areas in the written

9    exam and also the education and experience rating that's used

10   in the system.

11        That test plan then was carried out by the actual writing

12   of test items.  The test items for the written exam, each time

13   it's been administered, have been reviewed by certain experts

14   for the appropriateness of the content of those items.  If the

15   items needed revision, they were revised.  Once the items were

16   finalized, they were administered according to a specific

17   testing plan with items associated with each subject that had

18   been identified as being important to the job of a police

19   sergeant.  So you can trace the items back to a reading list

20   and that reading list back to the knowledges that have been

21   identified as being important to certain parts of the job.

22        The key thing that was done, that always has to be done,

23   is to move from the knowledges, skills and abilities to a

24   reading list.  Why do you need to do that?  Because the

25   knowledges, skills and abilities are written somewhere.  You

```
 1    have to give the candidates a finite source so that you can
 2    hold them accountable for studying that source and gaining that
 3    knowledge.  If you don't do that, they don't know what to
 4    study, right?  They will study different things in different
 5    places and not be prepared in terms of the knowledge base that
 6    they need.  So this reading list becomes very, very important.
 7    The reading list is established by subject matter experts as
 8    containing the areas of knowledge that were identified in the
 9    job analysis.
10        And I found, in looking at the documents in this case,
11    that the knowledges that were identified in the job analysis
12    were then translated to the reading list which then was used to
13    develop the test items.  The items were then revised, and to
14    some extent honed, and put on an exam in proportions based on
15    the importance of the various areas of knowledge.
16        The education and experience rating process
17    emanated -- not emanated from the 1991 study but was
18    buttressed, in large measure, by the 1991 study in that subject
19    matter experts were asked -- for each of the areas that you
20    find on this education and experience rating, they were asked:
21    Is this something that's important to the job of -- law
22    enforcement job in -- that you are aware of?  And they would
23    say yes or no.
24        So that at the end of the day, when you look at the
25    education and experience ratings in terms of what's being
```

1   asked, that information was screened and looked at by subject

2   matter experts and asked whether that relates to the job.  So

3   they were linking it to the job.  And in my opinion, this

4   education and experience rating, combined with the written

5   test, constituted a sufficient assessment of a representative

6   sample of the knowledges, skills and abilities to meet the

7   requirement of validity.

8   Q.   Now, when you talk about a representative sample, what are

9   you referring to?

10  A.   You asked me earlier about the Uniform Guidelines.  The

11  Uniform Guidelines basically tell an employer what is required

12  to demonstrate validity.  The Uniform Guidelines, in Section

13  14C(4), lay out what an employer has to demonstrate in terms of

14  something called "content validity," which was the validity

15  strategy, has been the validity strategy used by the

16  organizations involved in this case in order to meet the

17  guidelines.  And the processes that were used in developing the

18  exams over the years have, in fact, met 14C(4) of the Uniform

19  Guidelines.

20       I should note that the guidelines tell an employer what to

21  require.  I testified earlier that most of the time I may -- I

22  typically use something more than a written exam.  That's

23  because employers don't hire me to do simply what's required.

24  I don't accept that as a standard; I accept trying to get them

25  to do the very best thing possible.  That's not what they're

1    legally required to do.  If it doesn't have adverse impact,

2    they're not required to do anything.  Even if it has adverse

3    impact, the employer's required to do what is feasible in terms

4    of demonstrating validity and minimizing adverse impact.

5        So there's a line that has to be drawn there in terms of

6    what an employer is required to do to meet the Uniform

7    Guidelines, and what I, for example, as a professional might

8    urge that organization to do, guidelines or no guidelines.

9    Q.   Do the Uniform Guidelines require that every knowledge,

10   skill and ability that pertains to a particular position be

11   tested in a selection instrument?

12   A.   They do not.  The guidelines require that the knowledges,

13   skills and abilities that you measure should be a

14   representative sample of the knowledges, skills and abilities

15   required for that job.

16   Q.   Now, I'm going to show you a document -- this is an

17   excerpt from the 1991 appendices to the job analysis.  It is

18   Appendix EE.  And it is the testability analysis.  And I'll ask

19   you first, Dr. Outtz, generally --

20           THE COURT:  Is this in evidence?

21           MS. HARRIS:  It is in evidence, your Honor.  I don't

22   know the number.

23           THE COURT:  All right.

24           MS. HARRIS:  But this is from the 1991 appendices.

25   BY MS. HARRIS:

1   Q.   And I'll ask you, Dr. Outtz, first of all, are you

2   familiar with this document generally?

3   A.   I am.  I am.

4   Q.   And you described a few moments ago that in reviewing the

5   1991 job analysis, that there had been documents created

6   indicating what the important knowledges, skills and abilities

7   of the position were, correct?

8   A.   Yes.

9   Q.   And the document that I'm showing you states that these

10  are knowledge, skills, abilities, personal characteristics

11  required upon promotion to sergeant and to higher level titles.

12  A.   Correct.

13  Q.   And in the right-hand column of this document you'll see

14  three columns.  One is listed "written test," the second is --

15  it's written "education and experience," and the third column

16  indicates "not tested."  Do you see where I'm referring to?

17  A.   Yes.

18  Q.   Now, in reviewing this document, Dr. Outtz, there are a

19  number of knowledge, skills and abilities that are indicated

20  would not be tested by the examination that was created on the

21  basis of the 1991 analysis.

22  A.   That's correct.

23  Q.   And in your opinion, would that be -- the fact that these

24  knowledge, skills and abilities were not tested, would that

25  undermine the validity of the testing instrument itself?

1   A.   Based upon the number of Xs in the right column compared

2   to the total number of knowledges, skills and abilities, no,

3   because the Xs in the two columns to the left of that, that is,

4   the education and the experience and the written test, by my

5   calculations represent over 50 percent of all the knowledges,

6   skills and abilities that were isolated or identified as being

7   important and required for sergeant.  And that is more than

8   enough to indicate a representative sample of the knowledges,

9   skills and abilities.

10  Q.   Now, when you say that the number of Xs satisfies you that

11  there have been enough knowledges, skills and abilities tested

12  to meet the representative sample requirement of the Uniform

13  Guidelines have you -- in your review and preparation for

14  today, have you reviewed the number of knowledges, skills and

15  abilities listed in this testability analysis?

16  A.   Yes.

17  Q.   And I indicate that there are a number of pages of these

18  knowledge, skills and abilities.  And in your review of these,

19  it's your opinion that there have been a sufficient number of

20  KSAs tested in the testing instruments that you reviewed

21  yourself?

22  A.   To meet the Uniform Guidelines of the representative

23  sample, yes.

24  Q.   Okay.  Now, I believe you testified a moment ago about the

25  education and experience component of the examination.  And can

1    you tell the Court what your understanding is of the education

2    and experience component of these exams?

3    A.    My understanding is that this education and experience

4    component is basically required by either -- I believe it's the

5    Civil Service rule that this component be there, which is fine.

6    The question is:  What's in it?  Requiring it may be considered

7    administrative.  You can still, though, make it valid by making

8    sure what's in it is related to the job itself.  And that's

9    been done in this case, in my opinion.

10   Q.    When you say that that's been done in this case, what is

11   it that you're referring to that satisfies you that that has

12   been done in this case?

13   A.    I'm referring to the work that was documented in the 1991

14   validation study showing that subject matter experts were asked

15   to link the subject areas from that E&E, education and

16   experience rating, to the law enforcement job, or the job of a

17   police sergeant.  And they were asked about each of the areas

18   that are on that form working in law enforcement, having taught

19   courses in law enforcement.  The things that you see on that

20   form were actually linked back to the job itself, and that's

21   what's required in terms of the Uniform Guidelines.

22   Q.    Now, I'm going to show you a document that is, again, one

23   of the appendices from the 1991 job analysis.  And it's at

24   Attachment W.  And I want to make this a little more legible.

25   And this document, the title of this document, is "Education

1  and Experience," and it has a checklist of 1 to 5, from

2  "extremely useful" to "not applicable."  Do you see where I'm

3  referring you?

4  A.    Yes.

5  Q.    And is this the document that you're referring to that

6  indicates to you that the subject matter experts reviewed the

7  knowledge, skills and abilities that were covered by the

8  education and experience component?

9  A.    That's correct.

10 Q.    Now, in talking -- in your experience, have you seen

11 testing processes or exam selection procedures that have

12 included, as components to it, an education and experience

13 piece?

14 A.    Yes.

15 Q.    And is it unusual in your field that education and

16 experience would be factored in as a component of a testing

17 exam?

18 A.    Not at all.  Education and experience is used routinely in

19 making selection decisions.  I mean, if you applied to work at

20 a supermarket, you're going to be asked what's your education

21 and what's your experience and have you ever worked at a

22 supermarket before?  If you're applying as an intern to become

23 a law clerk, you're going to be asked what you've done in the

24 past, or if you're applying to become an attorney at a firm

25 you're going to be asked what's your experience and what have

1   you done in addition to your education, the inference being

2   that telling me what you've done gives me an idea of what

3   you're capable of doing.  That's done in employment all the

4   time.

5   Q.   In your opinion does the education and experience piece or

6   component of this examination add to the validity of the exams

7   that you reviewed?

8   A.   It does.  The education and experience rating, in my

9   opinion, is what makes this package, in my opinion, meet the

10  Uniform Guidelines.  It expands the number of KSAs being

11  measured to over 50 percent of the KSAs that were identified as

12  being important to the job.

13       So that in this education and experience component, in

14  terms of the validity issue, to me is very important in that it

15  does, in fact, expand -- which is what content validity is

16  about.  It expands the proportion of KSAs being measured by

17  this selection system, and it is the proportion of KSAs that

18  are being measured that goes to the heart of the requirement of

19  the Uniform Guidelines in terms of content validity, which is

20  the form of validation that was used in this case.

21  Q.   Now, I'm going to show you a document that was previously

22  entered.  This is Document No. 150.  It is a chart from an

23  article by Schmidt and Hunter, "Validity and Utility of

24  Selection Methods in Personnel Psychology."  And I'm going to

25  show you the chart and try to bring it up a little bit more so

1    you can see it more clearly.  And you'll see I've highlighted

2    "job-knowledge tests."  And that would be the multiple-choices

3    exam, correct?

4    A.    Yes.

5    Q.    And that represents a validity of .48?

6    A.    Yes.  The validity of .48 that you see there is what's

7    called a validity coefficient.

8    Q.    What does that mean?

9    A.    There are two basic methods of validating a test that are

10   typically used today:  one is called content validation, the

11   other is called criterion-related validation.   In

12   criterion-related validation, the objective is to show that the

13   test that you have developed, once administered, will allow you

14   to take the scores from that test, look at actual performance

15   on the job, and statistically match the two, see if there's any

16   correlation between the two; that is, as the test scores go up,

17   does performance go up?  That would be in the right direction.

18   That means that this test is a proxy for assessing whether

19   somebody's qualified for the job.

20        We know, for example, that as your SAT scores go up, your

21   GPA in college tends to go up, all right?  So that that's a

22   positive correlation.  This -- correlations range from -1 to

23   +1.  The key is how much the correlation coefficient differs

24   from zero.  It's a minus if the correlation is -- if it's an

25   inverse correlation, that is, if you measure the amount of

1    activity of individuals by the number of -- by the number of

2    inches of rainfall, you have an inverse relationship.  As rain

3    goes up, activity goes down, right?  But if you measure the

4    amount of sunshine and the amount of activity, as the amount of

5    sunshine goes up, the amount of activity goes up.  That's a

6    positive relationship.  That correlation can be between zero

7    and 1.  A correlation between -- of .20 or higher is considered

8    to be a very useful correlation efficient.

9         If you look at the job-knowledge test, these authors took

10   a number of studies, as many studies as they could get ahold

11   of, and asked the question:  What is the typical or average

12   validity coefficient associated with each one of these kinds of

13   selection devices?  Obviously, this is a very useful document

14   in industrial organizational psychology because if one were

15   developing a test plan, you could look at this and actually

16   project the level of validity you might expect to get in a

17   criterion-related validity study by these numbers in that first

18   column that say "validity."

19        For job-knowledge tests, the average validity coefficient

20   is .48.  That's a pretty high validity coefficient.  Some IO

21   psychologists would argue that, "I don't need to do anything

22   else.  I know that if I use this test, I'm going to have this

23   level of validity.  I don't need to do another study.  I don't

24   need to do anything."  I would argue with that.

25        But this shows you that a job-knowledge test

1    is -- typically has very high validity, and it also shows you

2    what the validity level associated with other kinds of

3    selection devices that are used in employment --

4    Q.   I draw your attention to a little bit lower down, "T&E

5    point method."  Do you see where I'm pointing?

6    A.   I do see that.

7    Q.   Can you describe what the "T&E point method" means?

8    A.   It's an instrument that measures training and experience,

9    with training and experience broken down into categories, and

10   you give the person a certain number of points if they meet

11   certain elements of each category.  For example, you might ask

12   them for the job of a mechanic:  Have you ever worked on

13   mechanical engines before?  And if so, what kind of engines?

14   And you give them points depending upon the level of experience

15   and the quality of experience they say they have.

16        Some say, "Well, I've worked on model airplane engines."

17   That's one thing.  Someone else may say, "I've worked on

18   lawnmower engines"; someone else might say, "I've worked on car

19   engines."  You might, depending upon the job, give them

20   different points depending upon that level of experience.  So

21   that's a very refined and detailed point method of looking at

22   experience -- training and experience.

23   Q.   Now, in our case in the E&E component of this examination,

24   does the E&E correspond to the T&E point method?

25   A.   It basically does not because it doesn't break the

1    categories down into various gradations and give points

2    assigned to it.  What it does, though, is measure -- for

3    example, a more analogous selection tool in this list that

4    would be associated with the E&E in this case would be, one,

5    years of education, because that's exactly what's measured with

6    the E&E; job experience, right?  And so those two things are,

7    in my opinion, basically what the E&E measure as opposed to

8    being the point method.

9    Q.    So can you tell the Court, given the review of the E&E

10   that you've done for the exams at question here, is there a

11   validity relationship to the E&E that you can attribute to the

12   E&E that's used in our test?

13   A.    To transfer the data here, extrapolate from this data to

14   the E&E, the validity of the E&E would be associated -- the

15   validity you would expect to find with the E&E would be

16   associated with combining years of education with job

17   experience with job-knowledge tests.

18         The job-knowledge test alone has a validity coefficient of

19   .48.  If you then combine the other two components with it,

20   that validity coefficient would be even higher.  So that that

21   would be a substantial level of validity one would expect in a

22   criterion-related validity study where these particular

23   components are used as they are used in this case.

24   Q.    So from your testimony, it would be fair to add the years

25   of education and the job experience and then come to, what, a

1   validity of .28 for that component?

2   A.   No, but you would find some validity between .10 and .18.

3   If you combined those with the job-knowledge test, you would

4   get a validity coefficient higher than .48, is my point.

5   Q.   I see.  Okay.  Now, there has been some testimony offered

6   in this case that the E&E component in this examination doesn't

7   have a lot of variance; that is, that it doesn't distinguish

8   between candidates.  Are you familiar with that critique in

9   general?

10  A.   Yes.

11  Q.   And do you share that opinion?

12  A.   I do not.

13  Q.   And tell the Court why.

14  A.   Because those are two different questions.  The question

15  in terms of content validity is what proportion of the KSAs

16  does this process measure?  That's content validity.  Whether

17  there's a variance on it or not is a separate issue, all right?

18  So that, yes, it expands the content domain.  I can't control

19  whether applicants possess a lot of it or all of them possess a

20  lot of it or not.  That's another question.  That question goes

21  to how much it might affect someone's position on the list but

22  it doesn't affect the validity question of how many KSAs in the

23  content domain I'm measuring.

24       An analogous situation would be where Dr. Fields testified

25  that she uses a job-knowledge test.  And her job-knowledge

1    test, as I understand it, in certain situations, for example,

2    in Macon, Georgia, almost everyone passed it.  So that in terms

3    of pass/fail there was very little variance.  Everybody passed

4    it.  But she didn't, then, say, "Well, the job-knowledge test

5    wasn't part of my validity -- it's meaningless."  She didn't

6    say that at all.  She just said it didn't have very much

7    variance.  And she was correct.  So that variance question is

8    different from the content validity question.

9        If you measure a test to determine whether people can get

10   admitted into law school, and the test measures the very

11   fundamental areas that they need to get into law school, it can

12   be a valid test although everybody performs well on it or very

13   few people perform well on it.

14   Q.   Now, have you reviewed the E&E application that candidates

15   are required to fill out?

16   A.   I have.

17   Q.   And if you would give me just a second, I would like to

18   show you a copy of one of those.  I believe this is Exhibit 21.

19       And, Dr. Outtz, you do have exhibits, so if it's easier

20   for you to follow along looking at the documents in front of

21   you, we do have them there.

22   A.   The screen is fine.  If you have it on the screen, that's

23   fine.

24   Q.   So this is Exhibit 21, is the education and experience

25   rating sheet instructions for the promotional exam dated

1    October 20, 2007.  We have not entered every E&E rating sheet

2    for every year, but they are the same; I'll represent to you

3    there's no substantive change in these.

4         And I'm going to show you -- this is on page 6 of this

5    document, and it has two categories of degrees.  This is asking

6    the applicants to provide information about their -- any degree

7    that they may have achieved.  And the Category 1 lists business

8    administration, management, public administration, political

9    science, law, criminal justice, criminology, sociology, human

10   services, psychology, education or computer science.

11        And I'll ask you first, Dr. Outtz, as an industrial

12   psychologist do you have an opinion as to whether those degrees

13   would add to the candidate's ability to do the job of a police

14   sergeant?

15   A.   I don't have a general opinion.  My opinion is based upon

16   the data of what was done in this case.  These were the degrees

17   or the subject areas that subject matter experts were asked

18   about in determining the appropriateness of the E&E in the 1991

19   validation study.  And they said, "Yes, these things are

20   related to the job."  And by virtue of that, I would say, yes,

21   they are relevant.  My general opinion of them, as to the

22   validity of them, is irrelevant as far as I'm concerned.

23   Q.   So you're relying upon the opinions of the subject matter

24   experts in the 1991...

25   A.   Primarily, yes.

1    Q.    And I'll ask you also in reviewing this document on page 7

2    under Section V, listed "Collateral skills," it indicates, "For

3    each category, indicate the number of courses that you've

4    taught in a recognized college," et cetera.

5          And I'll ask you, does the fact one's experience of having

6    instructed, would that add to, for example, one's ability to do

7    what I'm not doing right now, have oral presentation skills,

8    things of that nature?

9    A.    I would have two thoughts on that.  One, the subject

10   matter experts indicated that that was important for this

11   particular job.  That's comforting.  My own experience is that

12   in order to measure oral communication skills, I have developed

13   exercises in which someone has to make an oral presentation as

14   if they're teaching a course.  So of course I believe that

15   being able to offer a course, or some simulation of teaching a

16   course, measures, for example, oral communication.

17         If oral communication is important to the job of a police

18   sergeant, then this is a good measure to use to be able to

19   infer that this person has that particular quality, which I

20   think this is a very good way to measure whether the person has

21   oral communication skills.

22   Q.    And then, in general, if one has experience, and as we

23   know from the record in this case in order to be eligible to

24   test for the position of sergeant, one has to have been an

25   incumbent police officer for a minimum of three years.  Is

1    there any information that you can infer from one's seniority
2    as to one's ability to perform the position?
3    A.    Yes.  In my own experience in analyzing jobs, not just in
4    the police service but in the fire service and in jobs outside
5    the public sector -- but let's go back to the police service --
6    you need a certain number of years on the job in the police
7    service to be seasoned enough to go to the next level for any
8    number of reasons:  One, if you're a police officer and you
9    have, say, less than one year of experience, you have not been
10   involved in enough situations to then be able to supervise
11   someone as a police officer and give them guidance as to what
12   to do.
13        Now, that number is bantered about, whether you need two
14   years, three years, eight years, five years, but you need some
15   number of years of experience before you can function in that
16   job, "experience" meaning having gone through the daily routine
17   of the kinds of situations that a police officer is going to
18   have to go through so that as a sergeant you can advise a
19   police officer.
20        A good example of this, in my own history, is that I can
21   remember working in a New York City Fire Department and
22   developing a promotional exam for fire lieutenant.  This is
23   where firefighters would take an exam for the first level of
24   supervisory job.  Many of the applicants in that jurisdiction
25   wouldn't take the lieutenant's job until they had been in the

1    firefighter job for a certain number of years because they

2    didn't want the responsibility; they felt that they were not

3    qualified to tell other firefighters, especially senior

4    firefighters, what to do if they hadn't had the experience of

5    doing it themselves.  That often occurs in public sector jobs.

6          Police sergeants are going to have to advise police

7    officers.  Sometimes they're going to have to advise -- can you

8    imagine advising a police officer, who's been an officer for 20

9    years, and you've been in the department three years, and

10    you're going to tell that officer what to do?  Do you think

11    that officer is going to respect you that you know what you're

12    talking about if you've only, for example, been a police

13    officer for a year?

14          So these requirements that you be in a job for a certain

15    amount of years really resonate with individuals in the public

16    sector.

17    Q.    And the number of years that are required in Massachusetts

18    to take the test for a sergeant's exam are established not by

19    the individual putting together the examination but by state

20    law; is that correct?

21    A.    That's my understanding.

22    Q.    And is that consistent with your experience in other

23    public sector agencies; that is, that there are state law

24    restrictions on who is even eligible to take the exam to begin

25    with?

1  A.    That is correct.

2  Q.    Would that be one of the issues of feasibility that the

3  test developer would be required to fold into the project that

4  they're working on?

5  A.    I don't understand your question.

6  Q.    Okay.  That's a fair comment.

7        In putting -- when one -- when you are hired as a

8  consultant to put together a selection instrument, is it fair

9  to say that there are certain restrictions beyond which you

10 can't go; in other words, you can't open up your examination to

11 somebody that has a year of experience?

12 A.    That is true.  I can only decide, given those

13 restrictions, whether I would work on that project for that

14 client.

15 Q.    Okay.  Now, in talking about the E&E component, I'm going

16 to refer you back again, if I may, to Attachment EE.  And this

17 is -- it's page number 3 at the top.  And I'll refer you to

18 Item No. 56, "Knowledge of the limits of one of authority," and

19 the Xs in the box indicating that the education and the

20 experience component is going to be testing for that attribute.

21 Do you see where I'm referring to?

22 A.    I do.

23 Q.    And your opinion is that validly measured by the E&E?

24 A.    I think it is.  I think if you have been a police officer

25 for three years, you are going to get an understanding of the

1    limits of your authority and you're going to -- you know, you

2    will certainly get an understanding of the limits of your

3    authority, what you can and can't do, because your authority

4    will be tested every day.  Somebody's going to second guess you

5    every day.  Can you lawfully arrest this person in this

6    situation?  Do you have the authority to arrest this person in

7    this situation?  You're going to face that every single day.

8    Q.    And then I'll refer you to Item 58, "Knowledge of

9    administrative rules, regulations and procedures affecting the

10   operations of the police department," and it indicates that

11   that's going to be tested by the education and experience.

12   A.    Yes.

13   Q.    And when we're talking -- I think you mentioned this

14   earlier, your description of -- for the purpose of these

15   selection procedures, is to provide a basis of information from

16   which you can infer certain things about the candidates; is

17   that right?

18   A.    That's right.

19   Q.    So is it fair to say that by indicating that these items

20   are tested by the E&E, these test developers, at least, are

21   inferring that you can assume certain factors by virtue of

22   one's education and experience?

23   A.    That's correct.

24   Q.    Now, when you reviewed the 1991 job analysis report and

25   the attachments, did you note at any point within that document

1    whether or not the subject matter experts expressed opinions or

2    recommendations with regard to the usefulness of the degrees

3    for which were tested by the E&E component?

4    A.    There is some language in the document describing that

5    whole process in which subject matter experts expressed various

6    opinions about the utility of certain kinds of degrees.

7    Q.    And is the information to which you're referring -- I'm

8    going to show you a document that's titled "Attachment X."

9    This is, again, from the 1991 appendices, and this is a memo,

10   "Subject:  Education and experience component of the

11   examination process" *[sic]*.  And it states, "Attached is a

12   summary of issues that were raised by the SMEs along with some

13   recommendations based on our analysis of the information."

14         Do you see where I'm pointing to you?

15   A.    Yes.

16   Q.    And I will -- I'm going to show you, it's on Bates page

17   4089, and I'll refer you to the middle paragraph here where it

18   states, "Our interpretation of this information is that the

19   field of civil engineering is not related to the work performed

20   by the various ranks," and this goes on to discuss different

21   fields and different levels of education that were reviewed by

22   the SMEs.  Do you see where I'm referring you?

23   A.    Yes.

24   Q.    Did you find in reviewing the E&E rating sheet

25   instructions that the rating instructions credited degrees and

1    experiences consistently with the recommendations in this

2    portion of the appendix?

3    A.    I did.  And I looked at that very carefully.  That is, the

4    things that the subject matter experts rated as being relevant

5    to the different ranks you find in the E&E, the subjects that

6    they basically said were not relevant, such as civil engineers

7    you don't find in the E&E.  So that, to me, was an indication

8    that these SME ratings were, in fact, translated and

9    implemented in terms of the E&E.

10   Q.    Now, when you're putting together a job analysis and

11   determining the knowledge, skills and abilities that are

12   important to the job and the components by which you're going

13   to test them do you, as the test developer, rely on the

14   experience of the subject matter experts?

15   A.    I rely -- well, an industrial organizational psychologist

16   will rely heavily on subject matter experts.  As you gain more

17   experience, you can juxtapose their experience with what you

18   also have learned, and then in that combination I think you get

19   the best outcome.  But you can't do very much, if anything,

20   without the subject matter experts.

21   Q.    And are you aware -- well, as you have testified, the 1991

22   job analysis includes summaries of the opinions that are

23   offered by the subject matter experts?

24   A.    Yes.

25   Q.    And you also reviewed the job analysis that was conducted

1    in 2000 for the City of Boston by Morris McDaniel, correct?

2    A.    That's true.

3    Q.    Now, in reviewing the Morris McDaniel job analysis, did

4    you also find that that analysis relied on subject matter

5    experts to provide information?

6    A.    Yes, it did.

7    Q.    I believe that that report has also been entered...

8          (Pause.)

9          MS. HARRIS:  If I may have just a moment, your Honor.

10         Anybody?

11         If I could just have a minute, your Honor.  Do you

12   know what?  I'll come back to it.  I know it's here, but...

13   BY MS. HARRIS:

14   Q.    Dr. Outtz, you had mentioned earlier that one of the

15   factors that you considered in the 1991 report was the written

16   test outline.  And I'm going to show you what's Attachment HH

17   to the 1991 appendices and ask you if that reflects the written

18   test content outline that you were referring to earlier.  Is

19   this the test outline?

20   A.    Yes.

21   Q.    And can you explain how the test outline works in the

22   context of developing the examination?

23   A.    The test outline basically is the instrument that's used

24   to take the knowledges, skills and abilities statements that

25   were actually rated in the job analysis and determine what

1    documents contain those things and the relative importance of

2    each of those areas of knowledge -- you might combine several

3    knowledges that are similar -- and then how much weight each

4    knowledge area in terms of how many items ought to be written

5    for a given subject based upon the number of areas of knowledge

6    that are associated with it.

7        So Area 1, it says here -- it says "U.S. and Massachusetts

8    constitutional law."  The document -- the Massachusetts General

9    Laws, and so forth.  Those are supposed to -- are broken down

10    into three areas:  Arrests and detentions and interrogation and

11    search and seizure.  And to the right you see the number of

12    test items that are devoted to those particulars subject areas.

13    So you have a translation from the knowledges that were

14    identified in the job analysis, to documents that contain those

15    knowledges, directly to the number of items that were written

16    with regard to those areas of knowledge and placed on the exam.

17    Q.   Now, I believe you testified earlier that one of the

18    things that you look for is whether the source documents that

19    are used to develop the information that relates back to this

20    test plan have been assessed by subject matter experts.

21    A.   Correct.

22    Q.   And I'm going to show you a document which I'd like to

23    offer as the next exhibit.  This is the 2005 recommended

24    reading list.  And I'll show you -- it's Bates No. 2087.  The

25    first page is addressed to the director of organizational

1    development at the human resources division by Robin Hunt of

2    the Boston Police Department.  It's on Boston Police

3    letterhead.  And it states, in part, "Enclosed you will find

4    the recommended reading list for the Boston-specific

5    promotional exam the department will be participating in on

6    October 22, 2005, led by Superintendent James Claiborne, the

7    commander of the Bureau of Professional Development.  This list

8    was prepared by a panel of captains, some who are currently

9    deputy superintendents by title."

10       Do you see where I'm reading?

11   A.   I do.

12   Q.   Now, I'm going to direct you to the next paragraph where

13   it states that Attachment A is reading specific to supervisory

14   and management skills, and Attachment B is the overall reading

15   list broken down by rank, and then rules and procedures

16   specific to the Boston Police Department.

17       And I'll ask you, are you aware that the 2005 examination

18   developed by the HRD included a Boston-specific component?

19   A.   I am.

20   Q.   Are you aware of that?  And I'll refer you to the

21   following page.  And this is Attachment A, suggested

22   supervisory and management texts that are recommended by the

23   group led by Superintendent Claiborne.

24       And I'll ask you:  Is it consistent with the process that

25   you've described, for subject matter experts to be recommending

1    texts like this for the development of an examination?

2    A.    It is.

3    Q.    And have you reviewed these documents as part of your

4    review of the validity of the 2005 examination?

5    A.    I've reviewed documents such as these for each of the

6    examinations, and found that for each of the examinations,

7    before it's administered there is a test plan that's developed

8    that can be traced back to the 2002 job analysis, which can be

9    traced back to the 1991 job analysis, which is designed to link

10   the KSAs that were identified as important with specific

11   documents.  The documents may change over time.  You may have a

12   3rd edition of some book today and three years from now you'll

13   have the 4th edition of that book, or you might have a group of

14   captains recommend a similar book with a different title by a

15   different author but devoted to the same subject.  So, you

16   know, that's normal.

17        But the process of having these knowledges, skills and

18   abilities fitted into documents that you can hold these

19   candidates accountable for from which you can write items is

20   the normal process for developing a job-related and valid exam.

21   Q.    Now, the following Attachment B also includes a list

22   of -- a reading list covering laws and procedures and

23   management and supervision broken down by rank, correct?

24   A.    Yes.

25   Q.    And that includes also a special list of BPD rules and

1  procedures and special orders, correct?

2  A.   Yes.

3        MS. HARRIS:  I would like to offer this document as

4  Exhibit 181.

5        THE COURT:  All right.

6        (Defense Exhibit No. 181, received into evidence.)

7  BY MS. HARRIS:

8  Q.   And then the following document that I'm putting up here,

9  Dr. Outtz, is the second amended reading list dated May 2,

10  2005, for the Boston Police Department, and it lists at the

11  bottom of this sheet the required readings for people taking

12  the Boston Police Department's promotional exam.  Do you see

13  where I'm referring you?

14  A.   I do.

15  Q.   And in your review of these materials, is the reading list

16  that was published by HRD consistent with the reading list that

17  was recommended by the subject matter experts which we've just

18  marked as Exhibit 181?

19  A.   Yes, for this exam and for all of the exams that are

20  looked at, there is a consistency there that lets me know that

21  this was done properly.  It's so consistent that you can see a

22  pattern of these documents that trace all the way back to 1991

23  indicating to me that the processes that were used to

24  originally identify the KSAs and come up with the reading list

25  have carried over from year to year; the job, as I testified

1   earlier, really hasn't changed; the KSAs required hasn't

2   changed, so there's no need -- I would have expected to see

3   these reading lists be consistent over the years, and they are.

4   Q.    I'm going to show you another document which is titled

5   "The weights of competency areas to be measured according to

6   BPDs SMEs, and this is Bates No. 2158.  Do you see this?

7   A.    Yes.

8   Q.    As can you tell the Court, was this a document that was

9   provided to you by the HRD as part of your work reviewing the

10  examinations at issue in the case?

11  A.    Yes.

12  Q.    And can you describe for us what this document is?

13  A.    It's the weighting of competency areas by the relative

14  importance of the competency area based upon the KSAs that

15  underlie it, and the number of items that will eventually be

16  devoted to a subject area on an exam.

17  Q.    And can you tell me how this document fits into the

18  development of the examination itself?  What does the test

19  screener do with this?

20  A.    Each time these exams were administered, a certain number

21  of items were devoted to a particular subject area.  The

22  question is:  Why is that?  Why didn't you devote all the items

23  to arrest, Because there are different knowledges, skills and

24  abilities that you could put under the area of laws of arrest;

25  and, therefore, it dictates only a certain number of items be

1   devoted to that area.  There are some relatively esoteric areas

2   that would warrant fewer items.

3        So there was great care taken not only to have the exam

4   generally be derived appropriately from the areas of knowledge

5   via these reading lists, but to actually apportion items in

6   terms of number of items devoted to a particular subject area

7   based upon the importance of the knowledges that those items

8   actually measure.

9             MS. HARRIS:  I'd like to offer this as 183.

10            THE COURT:  Well, was there a 182?  I don't know --

11            MS. HARRIS:  Yes.  The reading list.

12            THE COURT:  The reading list, as issued by the State,

13  you used but didn't offer.

14            MS. HARRIS:  Okay.  I would offer that as 182.

15            THE COURT:  Okay.

16            MS. HARRIS:  And the document that we just referred to

17  as 183.

18            (Defense Exhibit No. 182 and Exhibit No. 183 received

19  into evidence.)

20  BY MS. HARRIS:

21  Q.   I'm going to show you, Dr. Outtz, a document that's titled

22  "Table 4, Boston Police Department, promotional examinations,

23  BPD rules and regulations and special orders linked to

24  competency areas by SMEs for item writing."  Do you see this

25  document?

1    A.    Yes.

2    Q.    And can you describe to us what this document is?

3    A.    It's another document mapping out how certain subject

4    areas were linked to particular competencies that had been

5    identified through the job analysis.  And, again, it's just

6    another document showing the trail of documents from the job

7    analysis to the end -- the bottom line content of each of the

8    examinations at issue in this case.

9         It is -- this document trail that you look for as an IO

10   psychologist to verify exactly what was done for each one of

11   these examinations.  Now, you could quibble about, well, these

12   documents, maybe they should be in the form of a report; there

13   ought to be some formal report from year to year.  That's

14   not -- professionally, we don't accept that notion, that it has

15   to be in a report.  If the documents are there, they're there.

16   You could put them in a report or not put them in a report.  As

17   long as the documents exist and as long as those documents

18   establish the kind of information required by the Uniform

19   Guidelines, it's professionally acceptable.

20   Q.    Okay.  I'm going to show you another document.

21         MS. HARRIS:  I would like to offer this, if I may, as

22   184.

23         (Defense Exhibit No. 184 received into evidence.)

24   BY MS. HARRIS:

25   Q.    And this document is titled "Test specifications for the

1    BPD test of October 22, 2005."  And can you tell us, Dr. Outtz,

2    is this -- tell us, if you would, what this is.

3    A.   This document simply shows the number of items devoted to

4    particular subject areas and competency areas that were traced

5    back to the knowledges, skills and abilities associated with

6    the job of police sergeant.

7    Q.   And is this document related to a test plan?

8    A.   It's the core of the test plan.

9            MS. HARRIS:  This is 185.

10           (Defense Exhibit No. 185 received into evidence.)

11   BY MS. HARRIS:

12   Q.   And then finally, I'm not going to put it on the screen,

13   but have you reviewed the test questions of the actual

14   examination that was administered by the HRD on October 22,

15   2005, for the Boston Police Department?

16   A.   Yes.

17           MS. HARRIS:  I would offer the test itself, your

18   Honor, as 186 under seal.

19           MR. LICHTEN:  May I have one second, your Honor?

20           (Counsel confer off the record.)

21           MR. LICHTEN:  That's fine, your Honor.

22           THE COURT:  It will be under seal.

23           (Defense Exhibit No. 186 received into evidence under

24   seal.)

25           MR. LICHTEN:  Okay.  So we can't sell them, then.

1    BY MS. HARRIS:

2    Q.    And, Dr. Outtz, when you looked at the -- at the 2005

3    examination, did that examination -- were you able to determine

4    the validity of the examination based upon the materials that

5    were provided to you by the HRD?

6            MR. LICHTEN:  Your Honor, I'm not sure exactly what

7    that question means; however, to the extent that he's being

8    asked about the test questions, I would ask that he be

9    prohibited from commenting on them for the same reason you

10   prohibited Dr. Fields from commenting on them.  It's nowhere in

11   any of his expert reports and there's never been a supplemental

12   report addressing the issue.

13           MS. HARRIS:  I'll have to review it, but it's my

14   understanding that Dr. Outtz listed the examination questions

15   in the materials that he reviewed as part of his developing an

16   expert opinion about the validity of these examinations.

17           MR. LICHTEN:  I'm not suggesting that he wasn't given

18   a copy of the exam questions.  In neither of his expert reports

19   is there any comment about the questions.  Just as our expert,

20   Dr. Fields, looked at the questions, but you precluded her from

21   testifying about the questions because it was nowhere in her

22   expert report, you limited her for that reason.  Fairness

23   requires the same result here.

24           I didn't question Dr. Outtz about those questions

25   because they weren't in his reports -- in my deposition of him.

1          MS. HARRIS:  I would ask that we review it over the

2    break and if -- I can proceed from here without belaboring the

3    point further.

4          THE COURT:  Okay.

5    BY MS. HARRIS:

6    Q.    Dr. Outtz, in reviewing the materials that were given to

7    you by the HRD, did you receive documents that indicated to you

8    that the examination questions had been given to subject matter

9    experts for review prior to finalization of those exam

10   questions?

11   A.    I did review such documents indicating that that was the

12   case for each examination.

13   Q.    And I'm going to show you a document that is Bates No.

14   2232 and following, and it's called the "Boston Police

15   Department, departmental promotional police examination, SME's

16   review of test items from April 21, 2005, reading lists."  And

17   do you see that it lists what each item will be reviewed for,

18   and it lists the number of different factors including

19   difficulty, item use, and so on?  Do you see what I'm referring

20   to?

21   A.    Yes.

22   Q.    And is this a document that reflects to you that the

23   Boston Police Department's SMEs reviewed test items prior to

24   the HRD finalizing its promotional examination that was

25   administered in October of 2005?

1    A.    That is what it indicates to me.

2    Q.    And is it consistent with professional practice for the

3    examination questions to be reviewed by subject matter experts

4    in the agency prior to the examination itself being delivered?

5    A.    It is standard to have them review it by subject matter

6    experts.  Whether they're going to be inside the agency or not

7    depends upon security issues.

8    Q.    Okay.  Excuse me.  And talk a little bit about that.  What

9    are the security issues that are involved with the development

10   of an exam, particularly for a public sector promotional

11   examination process?

12   A.    The security issues are that any subject matter experts

13   you have be controlled in the sense that they don't disseminate

14   information improperly to people who shouldn't have it.  And

15   that becomes more critical as you get closer to actual exam

16   items and actual exercise content.  So you always have to

17   devise methods to limit the possibility that that might happen.

18   Q.    Does that mean that, in essence, whenever a promotional

19   examination is given, it's essentially created from scratch?

20   Do you know what I mean?

21   A.    I do not.

22   Q.    Okay.  The examinations that we're talking about here that

23   have been entered under seal, you would not expect the same

24   examination to be given at every two-year cycle?

25   A.    I would not.  I don't think --

1  Q.   The questions would be different?

2  A.   I don't think I've ever given the same exam from one year

3  to the next, same questions, because the -- there's an appeal

4  process.  Once the exam has been given, all the candidates get

5  to look at the exam and look at every item and look at their

6  response to the item, and they can make the case that perhaps

7  the item was miskeyed.  So they have the item and they have the

8  direct response.

9       So you obviously can't use that item again a year and a

10  half later for another test.  So you've got to create new items

11  or different items measuring the same content.

12  Q.   And each time that this process is gone through, does it

13  require the submission of items to subject -- well, it first

14  requires development of those items, correct, in linking them

15  back to the reading list?

16  A.   That's correct.

17  Q.   And review by subject matter experts, and so on?

18  A.   That's correct.

19  Q.   And in the review of the materials that were provided to

20  you by the HRD, do you find that they did that in -- at least

21  as far as the Boston Police Department for the exam that was

22  delivered in 2008?

23  A.   That is correct.

24       MS. HARRIS:  Before I forget, I would like to mark the

25  document that was just up on the projector, the SME review, as

1    Exhibit 187.

2              THE COURT:  Okay.

3              (Defense Exhibit No. 187 received into evidence.)

4              THE COURT:  And with that, I think we'll take the

5    morning break.  I'm informed we have a verdict in the ongoing

6    case, so we'll take that, so it might be a slightly longer

7    break than --

8              MR. LICHTEN:  May we leave our stuff here, your Honor?

9              THE COURT:  What?

10             MR. LICHTEN:  May we leave our stuff here?

11             THE COURT:  Yes, I think you can leave your things

12   there.  So we'll take a break and get organized.

13             Call the alternates.

14             We'll be in recess.

15             THE CLERK:  All rise.

16             (The Court exits the courtroom at 10:58 a.m.)

17             THE CLERK:  There will take a recess on the trial.

18             (There is a recess in the proceedings at 10:58 a.m.)

19             (After recess, start at 11:35 a.m.)

20   BY MS. HARRIS:

21   Q.   Dr. Outtz, before the break, I had asked you if you had

22   reviewed the Morris & McDaniel 2000 job analysis.  Do you

23   recall me asking you questions about that?

24   A.   Yes.

25   Q.   And this has been marked previously in this trial as

1    Exhibit Number 39.  And I'm going to show you page 6 of the

2    Morris & McDaniel job analysis.  I'll just ask you to take a

3    look at this.

4            And this is table 1.  It's titled, "Requirements For

5    Job Analysis and Content Validity," and it's citing to the

6    position of 14 principles for the validation and use of

7    personnel selection procedures.

8            And I'll ask you to look under the bullet that's

9    titled, "Content Domain."  It states that the job analysis

10   should cover important parts of the job.  Do you see where I'm

11   directing you?

12   A.   Yes.

13   Q.   And need not be inclusive of the duties of a particular

14   job that may be critical or frequent tasks?

15   A.   I see that.

16   Q.   And at number four, may be determined by the pooled

17   judgments of incumbents, supervisors, or personnel specialists.

18   Do you see that?

19   A.   Yes.

20   Q.   And are those sort of introductory statements consistent

21   with your understanding of what the principles for the

22   validation in use of personnel selection procedures require?

23   A.   They are consistent.  I served on a committee that revised

24   these principles, and these are the kinds of things -- I assume

25   these are the 2003 principles.

1   Q.   Well, this is actually the --

2   A.   This is an earlier version of the principles.  I remember

3   reviewing this and serving on the committee to revise these

4   principles, and these things are still considered professional

5   standards.

6   Q.   So I'm going to ask you, when you reviewed the Morris &

7   McDaniel 2000 job analysis, was it your opinion having reviewed

8   those that the job analysis was performed in a matter that's

9   consistent with those requirements?

10  A.   Yes.

11  Q.   I'll show you table 3 from that report, which lists

12  subject matter experts who participated in the task in KSA

13  ratings, and there's some 11 individuals listing there holding,

14  at least according to this, holding the rank of sergeant and

15  sergeant detective; is that right?

16  A.   Yes.

17  Q.   And would it be consistent with appropriate task to use 11

18  or so incumbent sergeants in putting together a KSA of the

19  tasks of a sergeant?

20  A.   It would be consistent if you're not starting from

21  scratch.  My understanding of this 2001 study was Morris &

22  McDaniel had considerable experience in developing these kinds

23  of exams.  They had a list of KSAs associated with the position

24  of sergeant they had already, and they had the 1991 list of

25  KSAs and tasks, and they used that information to present to

1    this panel of subject matter experts.  In that situation you

2    would be surprised if subject matter experts didn't, for the

3    most part, recognize these as being KSAs associated with the

4    position of sergeant since they had been vetted so thoroughly

5    before.  So to use a sample like this for that purpose, in my

6    opinion, is appropriate.

7    Q.   Now, are you aware of the fact in the Morris & McDaniel

8    report that they submitted a rating scale indicating the

9    frequency and importance of the various tasks that were

10   reviewed?

11   A.   I'm aware of that.

12   Q.   I'm just going to show you one of the pages from the

13   ratings scales which indicates consensus among the various --

14   rating the various tasks and the frequency and importance of

15   it.  And have you seen this document before?

16   A.   Yes.

17   Q.   Does this strike you as unusual that these would be listed

18   as being items that the subject matter experts agreed upon?

19   A.   I don't understand your question.

20   Q.   Okay.  I think I just had shown you a document indicating

21   that the way that the job analysis and content validity

22   decisions were reviewed, that the report indicates that the

23   KSAs may be determined by the pooled judgment of incumbents,

24   supervisors, or personnel specialists?

25   A.   I see.

1    Q.   And when you reviewed the rating scales for tasks and

2    the -- I'll represent that the various numbers relate to the

3    tasks, and then throughout the columns going across it

4    indicates how often the task is performed, how important it is

5    to the job, et cetera.  Does the fact that these are listed as

6    unanimously being vetted raise concerns for you?

7    A.   If this is the same table that I reviewed, there is some

8    information associated with this table that isn't presented

9    here.

10   Q.   What is that?

11   A.   The information is that there were more tasks screened by

12   the subject matter experts than are listed in this table, and

13   that there were some 120 or so tasks altogether.  They include

14   in this table only the ones for which there was consensus by

15   the subject matter experts.  So I would expect all of these to

16   show that consensus because they said the ones that didn't show

17   consensus they simply eliminated and didn't further include in

18   the job analysis.

19        So that would mean to me these are consistent but

20   there were tasks indeed in which this group didn't agree on and

21   had to be eliminated from the job analysis.  That's number one.

22        And number two, if you have tasks that have been

23   used or associated with this job before and have been vetted

24   before, I would expect some agreement amongst these subject

25   matter experts when they see them again that, yes, this is part

1    of a sergeant's job.  For example, if I were to take all the

2    tasks that I've collected from the different police departments

3    around the country, get a group of sergeants from a particular

4    department and ask them about those tasks, I would expect a lot

5    more agreement than I would get if I just took a bunch of tasks

6    generally and asked them about them.  Because the tasks have

7    been vetted already.

8    Q.   I'm going to show you from -- this is from the Morris &

9    McDaniel job analysis under -- this is from page 30 of that

10   report.  And under "command" it indicates item number 62,

11   monitoring activity at crime scenes so that proper units are

12   notified.  65, setting up command posts at scenes of robberies,

13   homicides, et cetera.  66, directs activities at the scene of

14   major incidents.  And if we refer back to the ratings scale, it

15   indicates that 62, 65, and 66 are tasks that are performed

16   regularly?

17   A.   Yes.

18   Q.   And I'll ask you to look now at the task profiles for

19   sergeant that were created in 1991.  And I'll ask you to look

20   at number 6, number 9, number 10, and ask you if those tasks

21   show a similarity to the items that were vetted in 2000?

22   A.   They show similarity and consistency that the tasks that

23   were identified in 1991 are similar to the tasks that were

24   identified in the 2001, 2002 time frame as being important to

25   the job of a police sergeant.

1          I would also -- when you asked me a question earlier

2     about the consistency of these ratings, some of these tasks it

3     looked like -- I mean, you would ask why would they say that a

4     sergeant regularly does thus and so when it looks like that's

5     something they may do less often.  It depends on how you phrase

6     the question.  Sometimes these subject matter experts will

7     interpret your question generically, do you mean a sergeant

8     generically or do you mean me personally?  They will say yes

9     and agree more often for the generic sergeant generally than

10    for me personally.  And you have to make that distinction if

11    you think that they might interpret it in some way that might

12    cause you some concern.

13         I don't see any evidence that they did that here.  So

14    that there may be some tasks here that it looks like, well,

15    surely they don't do that daily, but what they're telling you

16    is there is a sergeant somewhere in the department that does

17    that daily.

18    Q.   Now, we had talked a little bit about --

19         MR. LICHTEN:  I object and move that that be stricken.

20    It's pure speculation.

21         THE COURT:  Denied.

22    BY MS. HARRIS:

23    Q.   We had talked a little bit about before the break about

24    what you would expect to see in a job analysis report, and the

25    Uniform Guidelines contain a list of recommendations as to what

1    a job analysis report should contain; is that correct?

2    A.   The Uniform Guidelines contain requirements of what a job

3    analysis should contain.

4    Q.   Okay.  I accept the correction.

5         And is it -- well, can you tell us, first of all, what

6    are the requirements of the Uniform Guidelines for a job

7    analysis report?

8    A.   The job analysis requirements of the Uniform Guidelines

9    are basically laid out in section 14C(4) and 15C(4).  And

10   basically they -- the guidelines require that your job analysis

11   identify the important parts of the job, what tasks are

12   important, and show how you did that; show what knowledge,

13   skills, and abilities are important and how you identified

14   those; show the connection between the knowledge, skills, and

15   abilities that are important and the tasks that you say are

16   important; and then show a connection between your selection

17   device and those knowledge, skills, and abilities that they say

18   are important that you've identified as important which in turn

19   have been identified as links attached.  Tasks that's, in

20   essence, what the guidelines require.

21   Q.   And the review of the materials that you did in this case,

22   are you satisfied that the documents that were produced by the

23   HRD, report of the examinations that were administered met the

24   requirements of the Uniform Guidelines?

25   A.   I am.

1  Q.   And can you tell us with regard to the examinations that

2  we've looked at today, the 2005 examination first off, the

3  documents that you reviewed indicated that the HRD had

4  consulted with subject matter experts, prepared a test plan,

5  relied on the 1991 and 2000 job analyses, and created an

6  examination that was linked back through those various

7  documents?

8  A.   That is my understanding.

9  Q.   And in reviewing the materials that were produced by HRD,

10  you were given the opportunity to review the examination

11  questions themselves; is that correct?

12  A.   Yes.

13  Q.   And in your review of those examination questions were you

14  satisfied that those questions were sufficiently linked to

15  those documents?

16       MR. LICHTEN:  Objection.

17       THE COURT:  Is this the previous objection?

18       MR. LICHTEN:  Yes.

19       THE COURT:  Did you talk about it during the break?

20       MS. HARRIS:  I'm not going to ask him questions

21  about -- I'm not going to ask about the questions of the exam.

22  I'm just asking about his review of the materials.

23       MR. LICHTEN:  But it's still not in his report.  There

24  is nothing in his report about his review of the questions and

25  any linkage or not linkage.  And we were precluded from having

1    Dr. Fields, over my objection, asked any questions about the

2    exam that she reviewed because it was not in her report.

3        MS. HARRIS:  I'll refer to page 27 of the

4    supplemental -- sorry, the February 9, 2009 report where

5    Dr. Outtz states at the top of page 27, the 2005 examination

6    was developed on the basis of a thorough job analysis that

7    identified important areas of knowledge, skills, and abilities.

8    The reliability coefficient and item characteristics of the

9    examination indicate that the test items were professionally

10   written and scored and the examination measures a sufficient

11   number of KSAs to be content valid, which I submit demonstrates

12   he's talking about the examination item questions and the

13   characteristics of the questions.  They are also listed in the

14   documents that were presented by the HRD and attached to his

15   report as documents that he reviewed.

16       MR. LICHTEN:  He's saying here, your Honor, that there

17   are linkages between the exam as the outline is and what the

18   subject matter expert said.  There's nothing in here about the

19   content of the questions.

20       MS. HARRIS:  He's referring to the item

21   characteristics being professionally written and scored.

22       MR. LICHTEN:  The item characteristics --

23       THE COURT:  When did Dr. Outtz receive the questions

24   for review?

25       MS. HARRIS:  That I would have to ask Dr. Outtz.  It

1    was prior to February 9, 2009.

2              THE COURT:  It wasn't as a result of the latest issue

3    with the Civil Service Commission on confidentiality.

4              MS. HARRIS:  That's correct.  As I understand it, HRD

5    agreed to give the experts the questions, they declined to give

6    counsel the questions.

7              THE COURT:  You may have the question you asked.

8              MS. HARRIS:  Can I have the question back, please?

9              (Record read.)

10   A.   I was very much satisfied that those questions were linked

11   to those documents.  In some instances those questions were

12   taken verbatim from those documents.

13   Q.   Now, we've mentioned as well talking about the 2008

14   examination, and just briefly I'm going to show you a document

15   which I don't believe has been entered.  This is the reading

16   list announcement dated May 14, 2008 for the October 2008

17   promotional examination.  And I'll ask you first, have you seen

18   this document before?

19   A.   Yes.

20   Q.   And this document reflects the reading list for the Boston

21   2008 promotional exam?

22   A.   Yes.

23             MS. HARRIS:  I'm going to ask that this be entered as

24   Exhibit Number 186 -- excuse me, 187.  And just --

25             THE COURT:  I think it would be eight.

1        MS. HARRIS:  Sorry?

2        THE COURT:  188, I think.

3    BY MS. HARRIS:

4    Q.   Are you aware, Dr. Outtz, that in the preparation of the

5    2008 examination that the HRD again consulted with subject

6    matter experts from the Boston Police Department?

7    A.   Yes, I'm aware of that.

8    Q.   And I'm going to show you what has previously been marked

9    as trial Exhibit Number 23, which is the BPD -- it's titled

10   "Outline Final."  And I'll ask you if you can identify this

11   document?

12   A.   This is a document that, again, lists -- lays out the test

13   plan in terms of the number of items devoted to a particular

14   subject on this particular exam by rank.  And it shows -- this

15   particular document shows three areas of knowledge in the left

16   column and the number of items, for example, for sergeant

17   devoted to each one of those.

18   Q.   And so this document outlines the subject matter, then the

19   number of items that are going to be included for each of the

20   ranks?

21   A.   That's correct.

22   Q.   We won't go through the entire thing, but as you look

23   through the outline final, it has a category for supervision, a

24   subject category for community policing, police functions,

25   administration, and basic skills; is that correct?

1    A.    It does.

2    Q.    And is this document the outline from which one would

3    expect the test developer to draw subjects for that

4    examination?

5    A.    Could you repeat that?

6    Q.    Sure.  This document reflects the subject matters and the

7    number of items that the subject -- that the test administrator

8    or the test developer will develop the exam to match this

9    outline?

10   A.    That's correct.

11   Q.    Now, did you -- in looking through the materials produced

12   by the HRD, I'm going to show you another document, which is

13   titled, "Boston Police Department Reading List Notes for the

14   2008 SLC Exam."  Do you understand "SLC" to represent sergeant,

15   lieutenant, and captain?

16   A.    I do.

17   Q.    And this memorandum details a number of meetings that were

18   held with SMEs where the reading list of the 2005 examination

19   and the 2007 statewide examinations were reviewed, correct?

20   A.    That's my understanding from reviewing this document.

21   Q.    And then throughout this document it indicates that there

22   were a number of texts that were -- that the SMEs recommended

23   be removed from the reading list?

24   A.    Yes.  This is part of that iterative process where each

25   year you look at the reading list, which are the best

1    documents, is a book -- is this particular edition of the book

2    obsolete?  Is there a new edition of the book?  Is there a

3    better book?  Is there a better document that -- this is part

4    of that process that ought to take place prior to each exam.

5    Q.   And when you reviewed these materials under the "removed

6    texts," could you trace through from the reading list from 2005

7    up to the reading list in 2008 that texts that were included in

8    2005 were not then tested in 2008?

9    A.   I don't remember the exact texts.  It was my understanding

10   that some texts in 2005 were not -- were replaced with other

11   texts in 2008, which I would have expected.

12   Q.   And as part of the development of a professional

13   examination would this be the sort of task that you would ask

14   your subject matter experts to do in determining what the

15   subject -- what the reading list would be, the source material

16   would be for the examination?

17   A.   Yes.

18         MS. HARRIS:  I'll have this market as 189, please.

19         I can bring them up.

20         THE COURT:  Why don't we do it after the session.

21         MS. HARRIS:  I've got a handful of them.

22   BY MS. HARRIS:

23   Q.   The next document I'm going to show you, Dr. Outtz, again,

24   this is from HRD, it's in handwriting, at the top "Test

25   Specs-Item Rating Summary."  Do you see that document?

1    A.    I do.

2    Q.    And you'll see that on the left-hand side it has level,

3    SLC, which we know as sergeant, lieutenant, captain, SME, KSA

4    number, SME review number.  And then difficulty, readability,

5    and item use.  Do you see those different columns?

6    A.    Yes.

7    Q.    And what do you understand this document to be?

8    A.    This would be a tally or a recording of a review by

9    subject matter experts of items, test items, an indication of

10    what KSA the item is linked to according to the subject matter

11    experts, and their assessment of whether they think the item is

12    easy or difficult, whether they think the item ought to be

13    used.

14    Q.    And I'll direct you to the far right column.  There's a

15    column for comments.  In the middle of the page it states, "MH:

16    Excellent question, this is done all the time in practice and

17    they need to know this cold."  Do you understand this to be a

18    comment by one of the SMEs who reviewed the test?

19    A.    It is quite appropriate and common to have these subject

20    matter experts where appropriate or where they think necessary

21    to give some specific comment about a specific item that they

22    think is warranted, good or bad.

23    Q.    And as we go through the document on the second page,

24    again, in the column on comments, there is a comment, "Good

25    question in today's environment of terrorism."  And then later,

1    further down the column, PR: Change from okay to recommended

2    usage.  Again, do these comments reflect to you that the

3    subject matter experts went through the process of reviewing

4    the question items prior to the development of the final

5    examination?

6    A.    It indicates to me that they went through the process and

7    that they were listened to enough to have their comments

8    actually recorded in the document.

9    Q.    Again, you were provided a copy of the examination

10   questions for the 2008 examination, were you not?

11   A.    I was.

12   Q.    And in reviewing that examination in light of the

13   documents that we've reviewed here today did you form an

14   opinion as to whether or not that examination was job valid?

15   A.    I did.

16   Q.    What was that?

17          MR. LICHTEN:  Objection.

18          THE COURT:  Overruled.

19   A.    My opinion about that examination in part due to the

20   quality of the items on it and in part due to the validation

21   evidence that I've talked about earlier is that it's a valid

22   exam.  It meets the requirements of the Uniform Guidelines.

23          MS. HARRIS:  And I'll have this last document as

24   Exhibit 192 -- 191.

25          THE CLERK:  190 I have.

1          MS. HARRIS:  And we'll work this out at the end of the

2     day if that's okay, and I'll correct the record if our numbers

3     are off.

4     BY MS. HARRIS:

5     Q.    Dr. Outtz, as you're aware, part of the issue in the case

6     here is whether or not the examination that was administered by

7     the HRD was valid, which I think we've discussed, but also

8     whether there were available alternative examinations that

9     would have had less adverse impact on the populations, the

10    candidate populations.  You're aware of that --

11    A.    Yes.

12    Q.    Can you tell us what is your understanding of the

13    obligation of the employer in determining whether there are

14    less adverse instruments available for its use?

15    A.    The Uniform Guidelines require that an employer that uses

16    an exam that has adverse impact has at least two options:  One,

17    to -- well, has two requirements.  Demonstrate that that exam

18    is valid.  Even if the employer demonstrates that it's valid,

19    plaintiffs can come forward with an alternate examination

20    process that if plaintiffs can show is just as valid and has

21    less adverse impact, the employer has an obligation to use that

22    procedure if the employer is shown that procedure.  But those

23    are two requirements:  One, that the alternative be just as

24    valid, and that it has been demonstrated to have less adverse

25    impact.

1          Now, having worked in this area for 25 years and

2    developing alternatives, the issue of what constitutes an

3    alternative is really something that, you know, hits home with

4    me.  What is an alternative?  And when have you been shown --

5    when has the employer been shown an alternative that, in fact,

6    has less adverse impact?  As opposed to someone suggesting,

7    implying, intimating that there is some alternative out there

8    somewhere.

9          So the requirement of the guidelines is that there be

10   an alternative and that that alternative be shown to be both,

11   both valid and have less adverse impact.

12   Q.   Now, to be fair, the Uniform Guidelines require the

13   employer to investigate whether there are alternatives?

14   A.   That's correct.

15   Q.   And as an expert in this field, what does it mean to you

16   for the employer to investigate alternatives?

17   A.   It means that the employer will seek out in whatever

18   sources might be available, whether it's the literature,

19   whether it's some work that they know someone is doing, or

20   whether it be at a conference or whatever, seek out information

21   about alternatives and then weigh that information to determine

22   whether it meets the standards of the Uniform Guidelines.

23          The Uniform Guidelines, as I understand them, do not

24   require an employer to experiment with alternatives; that is,

25   let's sort of see what will work.  That's not a requirement of

1    the guidelines.  I might encourage an employer to do that and I

2    have and do it all the time.  But I don't profess to the

3    employer that you are required to experiment with these

4    alternatives.

5          If you hire me, I would like the opportunity to try to

6    develop the alternatives and push the profession in terms of

7    developing alternatives.  That's the only way you're going to

8    get them developed, is for an employer to let you do that.  But

9    it's one thing for an employer to allow you to do that, it's

10   another thing to tell an employer you're required to allow me

11   to experiment.  So that for me drew my interest in this case.

12   What exactly is an alternative?  And that came out my Ricci

13   experience, where we were asked to show there was an

14   alternative.  In Ricci I knew for a fact there was an

15   alternative because in the very adjacent jurisdiction I had

16   developed an alternative with similar Civil Service rules and

17   it didn't have adverse impact.  So I was very confident and

18   said things in that brief about that particular job and that

19   situation because I had intimate knowledge of an alternative

20   with data that showed that it worked.

21   Q.   Now, in this case you're aware from having seen the Morris

22   & McDaniel 2000 job analysis that in 2002 the Boston Police

23   Department administered an examination that had as components

24   to it a multiple choice job knowledge examination, an

25   assessment center number of exercises, and the T&E or the

1    education and experience component, correct?

2    A.    I'm aware of that.

3    Q.    And are you aware of the results that the BPD obtained

4    from that examination as it relates to adverse impact?

5    A.    My understanding is that there was very little improvement

6    in adverse impact in using that process, that the overall

7    reaction to that process from candidates generally was

8    negative, that the employer had expended a considerable amount

9    of resources to develop that process.

10          What that showed me was that this particular employer

11   did, in fact, seek alternatives, did, in fact, try

12   alternatives.  They didn't work.  So that's now a new

13   situation.  What's that employer to do?  Should that

14   employer -- is that employer required by the Uniform Guidelines

15   to do that over and over again?  Is the employer -- does an

16   employer who has a fiduciary responsibility to be frugal with

17   taxpayers' money simply say, well, no, we'll just do this until

18   it works regardless of how much it costs?  Even if the employer

19   wants to do that, the question is:  Is the employer required to

20   do that under the Uniform Guidelines?  So that to me was the

21   issue that fascinated me in this case.

22          I don't -- my understanding of the posture of this

23   employer was that the employer did, in fact, try an

24   alternative.  And having been in the situation where you try an

25   alternative and it doesn't work, you have some hard decisions

1    to make.

2    Q.    Now, in exploring whether or not there's an alternative

3    testing mechanism that is as valid and has less adverse impact,

4    does the employer or you as the consultant, would you be

5    looking at the other contexts within which that employer is

6    working?

7    A.    Absolutely.

8    Q.    What would you do?

9    A.    In other words, in the Ricci case I would not have come

10   forward to lead a team talking about an alternative in the

11   Ricci case had I not been able to convince myself that the

12   situation in which I developed the alternative that I was

13   talking about was almost identical to the situation in which

14   they gave the test in the Ricci situation.

15         Those contextual variables that I talked about had to

16   be the same, and the Uniform Guidelines require that the

17   situations be similar.  To not have that would mean that an

18   employer A would have a selection system over here and a

19   context, employer B has a totally different process, and you

20   find some alternative in the situation for alternative B and

21   say -- and simply infer that you can apply it to situation A,

22   although the situations may be totally different.  And the

23   Uniform Guidelines, as I understand them, don't require an

24   employer to transfer some process if it's not done in a

25   situation similar to this employer situation such that you can

1    transfer the probability of adverse impact.

2    Q.    Now, as we're talking about the predictive nature of this,

3    of this kind of test development, would it be fair to say that

4    any employer using a job knowledge test for the position of

5    sergeant can reasonably predict that that examination process

6    will have adverse impact, some degree of adverse impact?

7    A.    Yes.

8    Q.    And as an expert in the field of selection procedures are

9    you aware of a valid testing instrument where you can predict

10   to a reasonable degree of certainty that you will not have

11   adverse impact?

12   A.    Any kind of instrument or --

13   Q.    Any kind of instrument for the position of sergeant.

14   A.    Could you repeat that question?  Sorry.

15   Q.    I'll try.  Are you aware as an expert in the field of

16   industrial psychology as to whether there is a testing

17   mechanism for the position of sergeant where you could

18   reasonably predict that you would not have adverse impact?

19   A.    No.  You can estimate whether you're going to have adverse

20   impact.  You can try to estimate based upon the kind of

21   variables that I've talked about, but -- and you can talk about

22   the potential for adverse impact.  But we don't have -- we're

23   not good enough yet to say if you do so and so, you won't have

24   adverse impact.  Or if you do so and so as an employer, you

25   will have this degree of reduction in adverse impact in any

1  given situation.  We're not that good.

2  Q.   Now, if we focus on the Boston 2002 examination that was,

3  you know, the product of the Morris & McDaniel study, would it

4  be a fair suggestion to say that if the weights had been

5  reallocated that one could have reduced adverse impact based on

6  giving more value to the non-written portion of that

7  examination?

8  A.   I think -- and I've done a lot of work in this issue of

9  weighting.  The weights can reduce adverse impact.  Two things.

10  Typically, if you have a component that has very little adverse

11  impact and you have it as part of a process with one or more

12  components that have more adverse impact, in order for that

13  instrument to overcome the adverse impact of the others,

14  assuming that they're all valid, you'd have to give it a lot of

15  weight.  And I've experimented with weights like that quite

16  often.  Sometimes you have to give it a weight of 90 percent

17  and everything else the weight of 10 percent for that to

18  overcome the adverse impact of --

19  Q.   Does that affect the validity of the examination as a

20  whole?

21  A.   It does in the content weighting process.  In other words,

22  you can't just change weights.  The weight of the component

23  should be derived to the greatest extent possible from the job

24  analysis which indicates what it measures.  So if you're going

25  to change the weight for the process in a 2002 exam, you've got

1    to change what it measures and give more and have it measure

2    more things.  In order for it to measure more things you're

3    going to have to change it in some way to make it do that.  So

4    you just can't arbitrarily change the weights.  That would be

5    inappropriate and unethical.  So what you do is you give -- you

6    build into it more things that it measures, that increases the

7    costs of it, that increases the lack of feasibility to

8    administer it.  So there are all sorts of considerations in

9    terms of having a component end up having more weight than

10   simply changing the weights.  You may have Civil Service

11   requirements that won't allow you to change the weights.

12   Q.   In the context of the examinations that are at issue here,

13   as you just alluded to, we're talking about examinations that

14   are administered within a Civil Service system?

15   A.   Correct.

16   Q.   And in the role of an industrial psychologist in designing

17   or recommending testing components for a commonwealth doing

18   statewide exams or for an independent employer, would you look

19   at the requirements of that Civil Service system in making your

20   recommendations?

21   A.   Yes.

22   Q.   So, for example, here, the record has established that

23   under Massachusetts Civil Service law the examination must be

24   merit based, promotions must be made under a 2 N + 1 formula,

25   and there is an education and -- the T&E component is a

1    requirement of state law.  So under those -- under those

2    constraints how would an industrial psychologist make a

3    recommendation to the commonwealth or to an individual employer

4    about designing a selection system that would minimize adverse

5    impact?

6    A.   You would be driven by data from similar situations,

7    either derived by you or derived such that you know of them and

8    can document them.  So that you would look for situations where

9    there was a merit system, there was some Civil Service rules

10   such as a 2 N + 1 rule, and you have bargaining agreements or

11   whatever.  You look for a situation in which there was a

12   process developed that had less adverse impact than yours, and

13   that would be the applicable potential alternative for you.

14        If you have situations where there is no Civil Service

15   rule or you have a situation where you don't have the

16   constraints of a merit system, for whatever reason, you can't

17   then transfer that situation and say this employer really ought

18   to do what we did over here.  You didn't have the same

19   restrictions as this employer over here.

20        So the issue is either get rid of the restrictions or

21   you don't have an alternative.  So you could go to the employer

22   and say if I can't find a similar situation, I would have to

23   try to find a way to work within those restrictions to try to

24   get that job done, and that would be very, very difficult.  I

25   would have to do that within the context of advising an

1    employer that I know is going to spend quite a bit of money in

2    terms of developing this alternative with the assumption that

3    it's going to have less adverse impact and it may or may not

4    and most likelihood it won't.

5    Q.   You've described having performed work for a number of

6    different jurisdictions.  I believe that you mentioned earlier

7    that you had done work in designing selection procedures for

8    the City of Detroit.

9    A.   Correct.

10   Q.   Can you tell the Court when you were designing systems for

11   the City of Detroit what were the restrictions under which you

12   were designing that selection process?

13   A.   The City of Detroit had a Civil Service process, they

14   typically made promotions in rank order based upon a relatively

15   narrow band.  There had to be a written exam, and you were

16   allowed to give an oral, I believe, an oral situational

17   judgment test.

18   Q.   And when you were working for the City of Detroit, were

19   you -- was the city under any kind of an obligation through a

20   consent decree or through other external litigation to your

21   knowledge?

22   A.   That I'm not certain of.  I know they had been involved in

23   litigation.  I don't know whether my work was under a consent

24   decree.  I don't think it was.

25   Q.   Okay.  And when we're talking about consent decrees, what

1   I'm referring to, just to make sure we're understanding the

2   same thing, is situations where because of litigation the

3   normal everyday rules don't apply.  Is that a fair --

4   A.   That wasn't -- I understand that.  That wasn't the case in

5   Detroit.

6   Q.   Okay.  Have you worked in situations where that has been

7   the case?

8   A.   Yes.

9   Q.   And can you explain how the -- how the existence of a

10  consent decree or something of that nature affects the ability

11  of the industrial psychologist to design a selection process?

12       MR. LICHTEN:  I object to that as a legal conclusion,

13  your Honor.  What the -- under Title VII, which is a federal

14  law, and the supremacy clause I'm not sure there's a difference

15  between constructing a test under Title VII and being --

16  operating under a federal consent decree.  It's a conclusion of

17  law, your Honor.

18       THE COURT:  No, overruled.  You may have it.

19  A.   And your question is?  Sorry.

20  Q.   My question is:  Is there a difference in the restrictions

21  under which you operate when you're dealing with a municipality

22  that's under consent decree versus one that is bound by its

23  collective bargaining agreements or state laws?

24  A.   There is a difference and it can be a substantial

25  difference.  I've worked under -- in situations where there was

1    a consent decree.  When there is a consent decree and you have

2    the oversight of a court, the amount of resources that can be

3    devoted to the selection system increases quite a bit because

4    the employer is under pressure to get this done.  You've agreed

5    in a settlement to do the following.  And therefore, it's

6    easier to go to the city council and say we've been ordered by

7    the court by virtue of this settlement agreement to do so and

8    so.  So larger expenditures.  You can do more creative things.

9    It's absolutely amazing when you're in that environment as an

10   industrial psychologist you have leeway to do a lot of things

11   you otherwise would not be able to do.

12          When the consent decree is over, however -- and I've

13   been through this -- now the consent decree is over, we'd like

14   you, Dr. Outtz, to go ahead and develop the next system.  By

15   the way, your budget has been cut by 70 percent because we're

16   not under consent decree anymore.  Different ball game.

17   Q.   Are you aware in this case, at least as it pertains to

18   Boston, that we have the 2 N + 1 requirement, you have the

19   Civil Service selection system, the merit-based selection

20   system that includes the E&E, and there is also a collective

21   bargaining agreement which prohibits the use of personnel

22   evaluations as a measurement for promotion?

23   A.   I'm aware of that.

24   Q.   And can you tell me, in your experience are you aware of

25   any other jurisdiction with similar restrictions that has been

1    able to institute a promotional system that does not have

2    adverse impact?

3              MR. LICHTEN:  Objection.  It requires a foundation of

4    whether he knows what each of the jurisdictions has or does not

5    have.

6              MS. HARRIS:  That's what I was asking him.

7              THE COURT:  You may have it.  Overruled.

8    A.    I am -- I am not aware of a jurisdiction that has the

9    restrictions that exist in this case with the selection ratio

10   that exists in this case.  As I said, that's a key variable in

11   whether you can reduce adverse impact, the number of vacancies

12   you have in relation to the number of candidates.  And in this

13   case it's usually very, very low.  So you don't have a lot of

14   options in terms of trying to reduce adverse impact.  I'm not

15   aware of jurisdictions that typically have systems that don't

16   have adverse impact with those kind of restraints.

17   Q.    When you're dealing with communities that administer

18   promotional exams on a two- or three-year cycle, what is the --

19   what is your expectation about what kind of vacancy rate or

20   selection ratio that you're going to be experiencing?

21   A.    The selection ratio is going to be very low so that you --

22   if you now are proposing to that employer that I have -- I,

23   Dr. Outtz, have a system that will have less adverse impact,

24   you'd have to meet a pretty rigorous standard which I would

25   have to meet.  Show me a situation similar to this situation

1    and show me the data indicating that under these restrictions

2    your system had less adverse impact.  I have seen no such data

3    in this case.

4    Q.    Now, would you agree with the general proposition that --

5    that in the field of industrial psychology that the development

6    of an assessment center type of component -- and by that, I

7    understand that assessment centers can exist of many different

8    types of components but that in general the development of

9    assessment centers is done with the expectation that it will

10   help reduce adverse impact?

11   A.    That is a general expectation, that it will reduce -- that

12   assessment centers will reduce adverse impact as a general

13   proposition.

14   Q.    And what is -- as you understand the field, as the field

15   has developed, what was the understanding of the promise of

16   assessment centers in 2005?

17   A.    In 2005 the field was at a position where it was thought

18   that it may or may not.  Sometimes they do, sometimes they

19   don't.

20   Q.    And has that changed as you sit here today?

21   A.    No.

22   Q.    Are you familiar with a study that was published in the

23   American Psychological Association Journal of Applied

24   Psychology by Dean, Roth, and Bobko?

25   A.    I am.

1    Q.    And can you describe for the Court what that study

2    involved?

3    A.    Dean, Roth, and Bobko, Phil Roth and Phil Bobko, have done

4    a lot of research on the issue of adverse impact and the

5    comparative adverse impact of different selection devices

6    trying to craft the literature such that we have an accurate

7    picture and we don't overestimate or underestimate the

8    likelihood of -- or the potential to reduce adverse impact.

9    And their research shows that we have typically overestimated

10   the amount of reduction in adverse impact produced by

11   assessment centers.

12   Q.    Now, let me ask you, the Journal of Applied Psychology, is

13   that a peer-reviewed journal?

14   A.    It is a peer-reviewed journal.  As a former editor on that

15   journal I can say that it is truly one of the most prestigious

16   journals in IO psychology.

17   Q.    And can you tell me just generally what does it mean to be

18   a peer-reviewed -- or what does it mean for a journal to be a

19   peer-reviewed journal?

20   A.    It means if you submit a manuscript to the Journal of

21   Applied Psychology, that manuscript will be reviewed

22   anonymously by your peers, people like me who serve as

23   consulting editors, and a judgment will be made as to whether

24   it ought to be published in that journal.  For Journal of

25   Applied Psychology approximately 85 to 89 percent of the

1    manuscripts are rejected.

2    Q.    Now, the article to which I'm referring to is titled,

3    "Ethnic and Gender Subgroup Differences in Assessment Center

4    Ratings:  A Meta-Analysis."  And you're familiar with the

5    article?

6    A.    Yes.

7    Q.    And what does it mean to do a meta-analysis?

8    A.    A meta-analysis is an accumulation of all the existing

9    research data on a particular topic that you can find, that's

10   been published in any reputable source.  It is the aggregation

11   of that data such as you can draw conclusions as to the true

12   state of a given phenomenon that you're trying to study as

13   opposed to relying on one or two individual studies from time

14   to time in different journals.

15          In the field of industrial organizational psychology

16   we perform meta-analysis periodically to see where we are based

17   on the accumulated data up to that point and then it's

18   published.  It also allows you to accurately make an estimate

19   of the amount of error or variance associated with whatever

20   phenomenon I am looking at.  How far off am I?  What's the

21   range in which I could possibly be off in making an estimate,

22   for example, of the potential adverse impact of an assessment

23   center?  So it's quite a valuable tool.

24   Q.    Now, in a number of articles that are written in the field

25   about -- about the different exercises that industrial

1    psychologists have engaged in efforts to reduce adverse impact,

2    had -- before the publication of this meta-analysis, which was

3    in 2008, had there been any other similar studies that were

4    based on the same sort of data collection about assessment

5    centers?

6    A.    No.

7    Q.    And can you tell me why that is?

8    A.    It's laborious, time consuming, and exhausting to conduct

9    a meta analysis.  You've got to go find the data in the first

10   place, then determine how you're going to analyze it, make sure

11   it meets the rigid requirements of meta analysis, analyze the

12   data, write up the data, put a manuscript together and submit

13   it for publication.  Submit it for publication and getting it

14   published could take 18 months.

15   Q.    Now, in putting together a survey of these kinds of

16   different assessment center techniques, is the material about

17   assessment centers, for example, if you were doing work

18   designing an assessment center for the City of Detroit, would

19   that information be publicly available to an employer or to a

20   test administer to just go out and take your study off the

21   shelf and adapt it for a different use?

22   A.    Most of the time it would not.  The employer may or may

23   not give you permission to even talk about your study.

24   Q.    And does that affect the ability of the field to be able

25   to review and project the effects of assessment centers?

1    A.    It does.

2    Q.    And in that can you explain for the Court how that affects

3    the ability of the field --

4    A.    It means that -- that in trying to assess the state of the

5    art there may be information out there that you aren't aware of

6    and you won't be aware of because -- for example, I've done

7    many studies for employers that show certain things but I was

8    not allowed to publish that information by virtue of the

9    employer telling me you signed a confidentiality agreement and

10   we don't want that information published.

11   Q.    Now, with regard to the -- a meta analysis done by Dean,

12   Roth, and Bobko, can you tell the Court what their conclusion

13   was about the efficacy of assessment center exercises in

14   reducing adverse impact?

15   A.    That the -- that the average effect size is .52, I believe

16   that's a correct figure.  By average effect size I mean the

17   following:  You have people running around conducting all these

18   studies all over the country looking at differences, for

19   example, between African Americans and whites in terms of their

20   performance on exercises.  The exercises may all be different.

21   Sometimes they are written tests, sometimes they're in

22   interviews, sometimes they're assessment center.  So you have

23   this sort of gobbledygook of studies and data.  How can you

24   make sense of that?  How can you compare one to the other?

25   There is a particular statistical methodology that's been

1    developed to allow you to compare one with the other on the --
2    using the same yardstick, it's called an effect size.  You
3    simply take the two groups, you subtract the mean of one group
4    from the mean of the other, and divide it by the amount of
5    variability associated with all the scores taken together.
6    That's a long way of simply saying you come up with a
7    yardstick, that everybody can use it and the outcome is
8    something that you can compare across situations.  This effect
9    size can go from zero on upward.  If it's at one, it means
10   there's a full standard deviation difference between the two --
11   between the two groups.  Let's suppose you're talking about
12   African Americans and whites.  The full standard deviation
13   represents a certain distance between those two means, and it
14   typically turns out that the African American mean will be
15   lower than that of whites.
16          So if somebody else does a study with a particular
17   selection tool and their effect size is only .50, that's half
18   the difference than you found with -- in the first study.  So
19   typically if you take an IQ test and you give it to a random
20   sample of African Americans and a random sample of whites,
21   you'll typically find an effect size of one standard deviation
22   difference in favor of whites.  Now, you can interpret that,
23   argue that, I'm not testifying about that, I'm just talking
24   about the effect size.  What Roth -- Dean and Roth and those
25   folks found is that for an assessment center generally you're

1   going to get an effect size of .52 comparing African Americans

2   to whites.  If you break that down and compare -- look at

3   incumbents versus applicants, you get an effect size of, I

4   believe, around .36.  So they're saying, look, we've been

5   running around saying these assessment centers really have far

6   less adverse impact, maybe we're overestimating these

7   assessment centers.  So that's a very valuable study for one to

8   look at the potential of any assessment center of reducing

9   adverse impact.  Reducing it over what and reducing it how

10  much?

11           So you have to look at data, number one, to start

12  talking about adverse impact reduction potential.  Look at the

13  data in the literature, look at the restrictions that exist in

14  a given situation and don't compare apples to oranges, and at

15  the end of the day make a projection as to how much you think

16  you might reduce adverse impact.

17  Q.    I'm going to show you a table from -- this is the article

18  that we're speaking of, ethnic and gender subgroup differences.

19  And I'm going to show you at the bottom of page 688 -- can you

20  see that document, Dr. Outtz?

21  A.    Yes.

22  Q.    The meta analysis of assessment centers standardized

23  subgroup differences, where it says the black/white overall

24  mean D middle difference is .52.  Do you see where I'm

25  referring to?

1   A.    Yes.

2   Q.    And is this the data to which you've just been testifying,

3   that the assessment center subgroup differences has not found a

4   difference -- or strike that.

5         Explain to me the mean, D, what that means.

6   A.    What that means is in this meta analysis when they looked

7   at blacks and whites and looked at their scores in assessment

8   centers, they found on average there was a .52 effect size

9   difference between those two groups.

10  Q.    And then the article also notes under "discussion" that

11  comparing the standardized differences of an assessment center

12  with a job analysis -- excuse me, with a cognitive ability

13  test, that the differences were not as great.  And I'm

14  referring to the final paragraph under "discussion."  That the

15  differences between the two testing mechanisms were not as

16  great as the field had hoped previously.  Is that a fair

17  summary?

18  A.    That is correct.  Different authors have different

19  opinions about how much you can reduce adverse impact and the

20  adverse impact potential.  But the more significant finding --

21  the more significant factor here is that typically when you

22  have multiple components in a selection system, each one of

23  them has its own adverse impact.  You're simply combining a

24  bunch of components, all of which have some degree of adverse

25  impact.  One has a little, one has a moderate amount, and one

1    has a lot.  So your likelihood of reducing adverse impact

2    overall is not going to be as great as you thought because all

3    of them have adverse impact in the first place.  So now if I am

4    projecting whether I should do something different over and

5    above what I have, I have to take that into consideration,

6    particularly if what's being proposed might cost me ten times

7    what I'm spending already.

8    Q.   And the authors of this article project that the cost of

9    developing and administering an assessment center can be

10   approximately ten or more times as expensive as a pencil and

11   paper test.  And is that consistent with your experience in

12   developing assessment centers?

13   A.   Yes.

14   Q.   Now, we talked about the numbers of mechanisms that can go

15   into an assessment center.  But let me ask you this first.  If

16   one is administering an examination, for example, the 2002

17   Boston Police examination, where there's a multiple choice

18   component, an assessment center, and an education and

19   experience component of that examination, if the multiple

20   choice exam is used as a hurdle, that is, you only get to go on

21   to the assessment center exercises if you're able to obtain a

22   passing grade on the multiple choice exam, wouldn't that make

23   for a cheaper assessment center to run for the department?

24   A.   It would.  It would make for a cheaper assessment center

25   because you've got fewer people to assess, you've screened out

1    people ahead of time.

2    Q.    In your view, how would -- what is the likelihood of

3    putting together a promotional system that includes a hurdle

4    approach like the one I've described, in terms of projecting

5    adverse impact on the testing instrument?

6    A.    Well, if the initial instrument itself has a high degree

7    of adverse impact that might carry over to the final sample,

8    you have to go to the assessment center, and you're simply

9    transfer -- the adverse impact is sill going to be there.  So

10   the issue is:  Do you have to use this initial hurdle paper and

11   pencil in the first place, and if you do, is there a way to

12   minimize the adverse impact that it might have?

13   Q.    So you're still looking at the issue of the written test

14   having adverse impact in and of itself without regard to what

15   you can do with your assessment center in terms of reducing

16   adverse impact?

17   A.    That's true, depending on how you structure the written

18   test.  You can only talk about having impact in terms of

19   potential of reducing the adverse impact.  I have spent years

20   advocating that employers go to great efforts to try to

21   minimize adverse impact and the potential for doing that by

22   combining different things.  But it's just that, potential.

23   And I am perfectly willing to listen to the employer push back

24   and say, well, can you give me something better than potential

25   and can you tell me bottom line if I spend the money you're

1    asking me how likely am I to get lower adverse impact in my

2    situation?  That is the situation.  If you say yes, show me the

3    data.

4    Q.    Now, in the examinations that you've done for the various

5    municipalities for which you have worked, have you

6    experienced -- have you experienced a result in the reduction

7    of adverse impact that leads you to believe that you have --

8    that you have identified the kind of test that should be used

9    in the position of police sergeant?

10   A.    I have experienced results that show a pattern of how you

11   might be able to reduce adverse impact with a written test

12   depending upon the subject matter.

13   Q.    And when you say "depending upon the subject matter," can

14   you elaborate on that?

15   A.    Some subject matter is less amenable to reduction of

16   adverse impact than other subject matter.  For example, I have

17   written about a theory as to why the adverse impact occurs with

18   paper and pencil tests with multiple choice items.  It's based

19   upon my own experience and my reading of the literature and so

20   forth.

21   Q.    And what is that theory?

22   A.    That theory is that for certain cultures and in certain

23   groups problem solving is done through divergent thinking; that

24   is, you find different solutions or different ways to solve a

25   problem, and that's highly valued in those cultures.  I think

1    that might be true, for example, in the African American
2    community.  That it's highly valued that you find different
3    ways to solve a problem that -- personally, when I was growing
4    up it was cool to find different ways to solve a problem as
5    opposed to only one way because the one way might not work, and
6    then you're left with nothing, so find a different way to do
7    it.  However, in school, that doesn't work.  You take a test,
8    and there is one answer that's correct.  It requires convergent
9    thinking.  You converge on one answer, and that's the correct
10   answer.

11           If most of the tests we use in employment are based
12   upon that latter form of thinking, it might give an advantage
13   to people who aren't accustomed to or don't give as much value
14   to that kind of thinking.

15           I've designed tests, written tests that more
16   approximate divergent thinking.  I give you a problem, I don't
17   give you four choices, I give you ten choices.  I tell you to
18   pick the three that in combination represent the best strategy
19   to solve that problem.  That's more in line with divergent
20   thinking even though it's a pencil and paper test.  I tend to
21   get less adverse impact with the paper and pencil test.  But
22   that is still Outtz' theory.  You know, some of my colleagues
23   disagree with the theory.  So I wouldn't -- I don't go to
24   employers saying I have the solution, a-ha, just give a test
25   based upon divergent thinking and your problems are solved.  I

1    can't do that.

2    Q.    On how many occasions have you administered a test like

3    the one you've just described?

4    A.    I've administered a test like that -- the first time I did

5    it was in Detroit, Michigan many, many years ago.  It proved

6    not to have adverse impact but Detroit was a special case in

7    which there were more minorities taking the test than

8    non-minorities, so I was skeptical about trying to generalize

9    those results to other places.

10          I have done that in other situations under which I was

11   working with a confidentiality agreement and could not say

12   anything about them and cannot today.

13   Q.    Have you --

14          MR. LICHTEN:  Your Honor, I'm going to object to that.

15   As I understand federal law, being in federal court and being

16   under oath requires you to answer questions that are put to

17   you.  You can't decline based on a private confidentiality

18   agreement.

19          THE COURT:  I don't think he's been asked yet.

20          MR. LICHTEN:  I thought he just declined.  I'm sorry.

21          MS. HARRIS:  I think I just asked him if he had done

22   it before.

23          THE COURT:  I think he just said he had declined.

24          MR. LICHTEN:  Sorry, your Honor.

25   BY MS. HARRIS:

1    Q.    Have you published on your theory of convergent versus

2    divergent theory?

3    A.    I have.

4    Q.    And to your knowledge, is there anyone else in the field

5    of industrial psychology who is developing tests that follow

6    the theory that you've just described?

7    A.    There are some people working on that, it's my

8    understanding.  I don't know exactly how far along they are.

9    Q.    Okay.  And do you know has the City of Detroit

10   administered exams like the one you've just described

11   subsequent to the work you've done with them?

12   A.    I don't know the answer to that question.  I really don't.

13   Q.    Fair enough.

14          We've talked about -- when we talk about assessment

15   centers, an assessment center is actually not a test itself,

16   it's rather a system or a series of components, is that --

17   A.    It's a method.

18   Q.    It's a method, excuse me.  And there are a number of

19   different methods that could fall within the umbrella, if you

20   will, of an assessment center type of exercise?

21   A.    That is true.

22   Q.    And can you distinguish for us the way that assessment

23   center methods differ from traditional job knowledge test

24   methods?

25   A.    Assessment center methods differ because of the media used

1   to present the test information, the manner in which the

2   participant is allowed to respond.  So that for a written test

3   the information presented is in writing, the response is in an

4   analysis of written statements and choosing a response.  In an

5   assessment center an exercise might consist of an oral role

6   play in which I interact with a role player, we discuss a

7   particular problem.  There's nothing written for me to have to

8   analyze because on the job there are certain parts of the job

9   that don't require writing and this doesn't require writing.

10          Or you could have an exercise in which the situation

11  is presented visually in terms of a video scenario, a vignette

12  and have the person look at that video and then choose one of,

13  say -- or three of ten answers that represent the best strategy

14  for dealing with that, and the information is presented via a

15  video.

16          Or you could have a situation in which the situation

17  is presented to the person orally and they can respond orally

18  to the situation.

19          Or it can be a video, part of the video is explained

20  orally, the candidate responds orally.

21          So any number of combinations, but it's the method

22  that's used and it's using the medium that's used to present

23  and the kind of response that's required that makes it

24  different from a paper and pencil job knowledge test.

25  Q.   Now, in the test outlines that we looked at earlier today,

1    a number of the subject matters that were listed as being

2    required to be tested by whatever testing method was going to

3    be used, there was listed constitutional law, state and local

4    laws.  In your opinion is using the job analysis pen and paper

5    test the most efficient way of testing for job knowledge, for

6    that kind of job knowledge?

7    A.    Yes.

8    Q.    And is it -- what's the difference between using a

9    multiple choice exam to access the job knowledge versus using

10   the sort of assessment center exercises that you've just

11   described?

12   A.    The job knowledge is certainly more efficient.  It's the

13   more pure measure of what the person knows in terms of that job

14   knowledge.  The other exercises won't get at that knowledge

15   precisely because they will be confounded with other kinds of

16   measures.  If I, for example, put together a video, a vignette,

17   and ask the person to look at this vignette and tell me what

18   you should do based upon the following law, they have to

19   observe what's going on there and then, depending on the way I

20   allow them to respond, if I say look at that vignette and I

21   want you to tell me what you would do.  Someone has to evaluate

22   my response and someone has to make a judgment as to whether my

23   response is excellent, good, average, or poor.  So now you've

24   interjected some judgment into my performance.  On a multiple

25   choice test there is no judgment really.  There's a correct

1    answer that's set up by -- that's determined on the basis of

2    the information and reviewed by subject matter experts, and

3    everyone who picks that response gets the same credit.  That's

4    why it's called objective.

5         In the other method where you tell me your answer,

6    I've got to interpret your answer, determine whether it fits

7    what we've said on the scoring key represents excellent

8    performance, and then give you a rating.  So you interject --

9    so there is a give and take in each one of these, pros and

10   cons, advantages and disadvantages.

11   Q.   Now, in your career you have -- you've presented both on

12   the work that you've done in the law enforcement context for

13   selection procedures as well as in the firefighter context; is

14   that right?

15   A.   That is true.

16   Q.   And can you tell us first, generally, do you see the two

17   positions as being functionally equivalent?

18   A.   Two positions meaning --

19   Q.   Meaning police sergeant and fire lieutenant, the first --

20   the first-level supervisor -- first rank in each of the

21   services?

22   A.   And by functionally equivalent you mean --

23   Q.   Are they the same job?

24   A.   They are not.

25   Q.   And can you tell us -- first, in general terms what are

1    the main ways in which these two positions are different?

2    A.    The fire lieutenant position differs from a sergeant's

3    position in the following fundamentally important way:  Fire

4    lieutenants respond to a scene, respond -- which is what they

5    do in terms of fire suppression or even in terms of emergency

6    medical -- with a team of people.  They don't go there by

7    themselves.  They go there with, according to the department's

8    policies and procedures, designated units.  If it's a fire --

9    if a fire broke out in this courtroom and you called the fire

10   department, a fire lieutenant would show up with probably three

11   fire engines, two trucks, an ambulance and a rescue squad.

12   That's in the policy and procedure of the fire department.

13   That's going to show up.  The lieutenant is responsible for

14   coordinating the efforts of all those units, telling them where

15   to go, what to do, what not to do.  That's a level of command

16   that is not inherent in a police sergeant's job.

17        A police sergeant might show up at a scene where there

18   is -- there may be one or two officers in that sergeant's squad

19   who have a particular issue to be dealt with.  Sergeants don't

20   show up en masse with their squad with the sergeant having to

21   tell them what do.  That's a different job.  And when you study

22   the job, you find that the KSAs and knowledge, skills, and

23   abilities needed to do the lieutenant's job are different from

24   the knowledge, skills, and abilities to perform the sergeant's

25   job.  That, if you, for lack of a better term, command presence

1    in the lieutenant's job is an inherent structural part of the

2    job.  Every time you go out with these units you have to

3    command them and you have to have their -- you have to have

4    their respect because their life depends upon what you tell

5    them to do and they can't do anything on their own.

6              Firefighters cannot come in this courtroom if this

7    place breaks on fire independent of what the lieutenant has

8    told them and say we're just going to go in there, lieutenant,

9    and put the fire out.  I don't think so.  You're going to do

10   what I tell you to do when I tell you to do it, and you're

11   going to report back to me what you're doing.  That's the way

12   the fire service works.  So that's a fundamental different job.

13   Q.   Do you recall having given a presentation in October of

14   2009 titled "Trends and Assessment Litigation, the Possible

15   Impact of the Ricci Supreme Court Judgment"?

16   A.   I do.

17   Q.   And I'm going to show you one of the slides from that --

18   I'm going to show you one of the slides from that presentation,

19   which is titled, "Critical Job Requirements" --

20   A.   Yes.

21   Q.   -- "Measured by Assessment Center."

22              First of all, were you speaking about the fire

23   position when you were doing this conference?

24   A.   I was speaking about the fire lieutenant position.

25   Q.   And the critical job requirements as measured by the

1    assessment center as indicated on the slide indicates

2    visualizing the spread of fire, assessing the situation at an

3    emergency scene, recognizing the potential for the emergency to

4    spread and the need for additional recourses, evaluating the

5    spread of fire and extent of damage, relating characteristics

6    of the fire, allocating resources according to the needs of the

7    situation.

8              And I'll ask you, Dr. Outtz, are any of these critical

9    job requirements similar to the job requirements that were

10   identified in the 1991 or the 2000 job analysis for the

11   position of police sergeant?

12   A.   For the most part they are not.  If you just look at the

13   verbs for these, you're visualizing, you're assessing, you're

14   recognizing something based on what you see.  You're evaluating

15   the spread of fire based on what you see.  You're looking at

16   the characteristics of a fire, type of fire based on what you

17   see.  You are allocating resources based on what you see.

18   You're not interpreting a written document and applying it to

19   that particular situation.  You are using your visual -- many

20   senses, visual, your hearing, your sense of smell to determine

21   how you're going to command units at that particular scene.

22   Q.   Now, in this presentation among the materials that you

23   provided -- and I would take it that part of the presentation

24   here was your description of the different types of exercises

25   that ought to be used in the fire context for personnel

1    selection?

2    A.    That's correct.

3    Q.    And one of the slides that you included was this slide.

4    And can you tell me what -- first, can you tell me what this

5    slide reflects?

6    A.    This slide reflects an exercise that was used in a

7    particular jurisdiction.  And this exercise was called a fire

8    incident simulation.  It's designed to mimic what a police

9    (sic.) lieutenant would have to do.  Look at this picture and

10    tell us what you would do.  First tell us in terms of size up

11    what you think is happening here.  And then tell us what you

12    would command those units that respond with you to do.

13    Q.    Now, would it be fair to say that the instructions -- or

14    excuse me -- the questions that could you proposed to your fire

15    lieutenant candidate could draw specifically from this

16    photograph?  In other words, they would need no further

17    information other than this photograph to answer a series of

18    questions that you would propound to your candidate?

19    A.    They would need the information as to what the composition

20    was of the -- of their unit; that is, according to policies and

21    procedure how many engines would show up with you at this

22    scene, they would need that information.  Other than that they

23    would just need the picture and what would you do.

24    Q.    And is there any equivalent type of exercise that you have

25    ever developed that could be presented to a police sergeant

1    that would require them only to look at a photograph and be

2    able to describe for the assessors what they would do if they

3    were presented with that scenario?

4    A.    There are situations -- you can give them scenarios that

5    involve people and ask them how they would respond, but the

6    response that they give you is based upon their specific

7    interpretation of a specific law and their understanding of

8    that law.  And there would typically be an answer, you know, if

9    you see somebody hit somebody.  If a police officer reports to

10   you as a sergeant John Adams struck Joe Blow and you get a

11   description of that, you've got to apply your knowledge of the

12   law and say is that assault?  Is that assault in the first

13   degree, second degree, what is it?  As a sergeant because a

14   police officer may want to know that to determine what to

15   arrest a person for.

16          Looking at this picture there are many ways you could

17   solve this problem, not just one answer.  You could tell people

18   to go at this in several ways, each of which would be correct.

19   You can't tell them to charge a person with several different

20   things.  You can charge them with what's appropriate and what's

21   not appropriate.

22   Q.    So when you're talking about the sorts of questions that

23   the various scenarios that may be amenable to convergent versus

24   divergent theory, in the police field is it fair to say it's

25   much more likely that there are right answers and wrong answers

1    as opposed to multiple ways to respond?

2    A.    Correct.

3    Q.    Now, one of the issues that's been raised about the

4    examinations that we have here is that there is an insufficient

5    assessment of a candidate's ability to supervise.  Are you

6    familiar with that critique in general?

7    A.    Yes, yes.

8    Q.    And can you tell me, in the review of the materials that

9    you have performed here do you have an opinion as to whether or

10   not the examinations at issue test enough of the supervisory

11   skills to meet validity requirements?

12   A.    The examinations here test enough of the KSAs that were

13   identified in the job analysis to satisfy the requirements for

14   content validity.

15   Q.    And when you review the testing instruments that are at

16   issue here -- strike that.

17          The fact that there are no assessment center type

18   exercises involved in this -- in these examinations, is that,

19   in your opinion, a fatal flaw to the validity of these

20   examinations?

21   A.    No.  I think it could make the exam more valid.  I try to

22   make exams as valid as possible, but the Uniform Guidelines

23   doesn't require that an employer make an exam as maximally

24   valid.  They require they be valid and have minimal adverse

25   impact.

 1  Q.   Now, you described that when you put together --

 2  A.   My point is --

 3  Q.   I'm sorry.

 4  A.   -- for any given selection procedure if you give me enough

 5  resources, I can always make it more valid.

 6  Q.   And when we were -- when we're talking about the

 7  requirements of the Uniform Guidelines and the -- the

 8  requirement that the employer perform an investigation, in your

 9  opinion, would the -- focusing on the Boston Police Department,

10  would its experiences in using alternative selection procedures

11  satisfy those requirements, those investigation requirements?

12  A.   I think they do.  I think that the City of Boston sought

13  an alternative, implemented an alternative, looked at the

14  outcome, and then had to weigh what do we do next?  That's

15  different from saying we have never pursued an alternative and

16  we ought to pursue one.  Well, one was pursued.  So now an

17  alternative means you find something that's shown to be better

18  than what you did.

19  Q.   Now, in making assessments of the different -- well,

20  forgive me for overusing that word.

21       In looking at the different methods that are available

22  for reducing adverse impact, you've mentioned a number of

23  different types of exercises that can be considered.  First

24  I'll ask you, are you familiar with a publication called "The

25  Handbook of Workplace Assessment"?

1    A.    I am.

2    Q.    And are you familiar with an article by Barrett,

3    Doverspike, and Young titled, "The Special Case of Public

4    Sector Police and Fire Selection"?

5    A.    I am.

6    Q.    And I'll ask you first, in your opinion is there a

7    substantive difference between designing selection procedures

8    for the public sector versus the private sector?

9    A.    Several.

10   Q.    And can you illuminate for the Court what those

11   differences are?

12   A.    When developing selection systems for public employers

13   there are usually fewer constraints, fewer public constraints;

14   that is, you're not forced to have a 2 N + 1 rule and you don't

15   have to select people in rank order.  You don't have those kind

16   of restrictions.  You have greater flexibility in terms of how

17   the process is going to be used typically and how the results

18   will be interpreted.

19   Q.    And you're testing for positions that typically involve

20   high risk or high safety positions, firefighters, police

21   officers, police supervisors, correct?

22   A.    I'm sorry, you're saying am I doing that?

23   Q.    Contrasting public versus private sector, you're not

24   selecting cashiers, you're not selecting bank managers.  You're

25   selecting people whose jobs are going to have a direct impact

1   on public safety.

2   A.   If you're talking about public safety jobs within the

3   public sector.

4   Q.   This article I've just referred to, I'll represent to you

5   this was published in 2010 in the "Handbook of Workplace

6   Assessment."  And I'm going to direct you to table 14 of that

7   article, which is titled, "Methods For Reducing Adverse

8   Impact."  And I'm going to ask you first if you've seen the

9   document before?

10  A.   I have.

11  Q.   And is this an article that -- strike that.

12       The handbook itself, is that a publication that's

13  respected within your industry?

14  A.   It's a recent publication.  It's a volume that was

15  commissioned, I believe, by the Society For Industrial and

16  Organizational Psychology, and as such it would be a respected

17  volume within the IO community.

18  Q.   And would this be the sort of volume that would be a

19  resource for somebody who may be developing a test for a

20  selection instrument for the public sector?

21  A.   It definitely would.

22  Q.   I'll ask you to look -- on the left-hand side of the

23  column it's listed "methods" and then beside it it reads

24  "critiques."  Can you tell me, first of all, the methods that

25  are surveyed here, are these different methods that have

1    typically been considered for use in public sector selections?

2    A.    For reducing adverse impact, yes.

3    Q.    For reducing adverse impact.  Okay.  And then as you look

4    at the left-hand column it states conducting a literature

5    review to identify tests with less adverse impact.  And the

6    critique is the literature suggests a tradeoff between validity

7    and adverse impact, there is a mixing of concepts and methods

8    in the literature.  And can you describe for the Court what

9    this critique -- what that critique signifies?

10   A.    This critique signifies that for a substantial portion of

11   the IO community there is a belief that if you -- there is a

12   tradeoff between adverse impact and validity, that the more --

13   the more -- the more you decrease adverse impact, the greater

14   likelihood it is that you will reduce validity.  In other

15   words, it's almost like a conflict of interest.  You want to

16   have greater diversity but in order to have greater diversity

17   you've got to use instruments that are less valid.  Because you

18   take away -- in other words, some of the things you do to

19   reduce adverse impact can take away from the validity of a

20   device such that it's -- it is considered almost impossible to

21   maximize validity and decrease adverse impact at the same time.

22   Q.    And I'm assuming from testimony that you've given earlier

23   today that that's not a proposition that you necessarily agree

24   with?

25   A.    I do not.

1    Q.    And you've testified previously that you believe it's

2    possible that using different assessment methodologies can

3    actually increase the validity of the exam?

4    A.    True.

5    Q.    And selection instrument.

6          At least from this recent publication it suggests that

7    in the field itself there is not a unanimous opinion about

8    whether or not adverse -- assessment center exercises can

9    reduce adverse impact.

10   A.    It doesn't just suggest it, it's a fact that within IO

11   psychology there isn't consensus as to how you would reduce

12   adverse impact.

13   Q.    The second method that they identify is performing an item

14   bias analysis?

15   A.    Yes.

16   Q.    Including pretesting items and expert review.  And I take

17   it that means doing a cultural bias review of questions to

18   determine whether or not they are biased?

19   A.    That's correct.

20   Q.    And their conclusion is that this tends to have minimal,

21   if any, impact on adverse impact?

22   A.    I agree with that based upon my own experience.  I think

23   it's, in a word, useless.

24   Q.    And are you aware that one of the suggestions that's been

25   made by the plaintiffs here is that the examinations that are

1    at issue ought to have had a cultural bias review in order --

2    that doing so may have reduced adverse impact?

3    A.    My experience is that cultural bias reviews show no

4    relationship to the degree of adverse impact you're going to

5    have, period.

6    Q.    And that would also appear to be consistent with the

7    findings of these authors, correct?

8    A.    Yes.

9    Q.    And then they state -- the next item is following good

10    test writing practices they conclude tends to have minimal, if

11    any, impact on adverse impact?

12    A.    Yes.  And the reason for that is that if you follow good

13    test practice principles and you improve the test, it will be

14    improved for everybody.  So that the scores of everybody will

15    go up, you know, be more accurate.  Doesn't necessarily mean

16    the difference, the gap between one group and the other will be

17    lessened, it will just improve the test for everybody, which is

18    a good thing.

19    Q.    Okay.  So if there is a badly written test, the badness of

20    those bad items is going to affect all of the test takers?

21    A.    Pretty much.

22    Q.    And improving them, likewise, raises the experience for

23    everybody?

24    A.    Pretty much.

25    Q.    The next item sounds to me like the item bias, but it says

1  to avoid items that tap beliefs or values of known group

2  differences, and that that tends to have minimal, if any, on

3  adverse impact.

4  A.   I would agree with that.  There's very little data showing

5  that method reduces adverse impact.  I would substantially

6  agree.

7  Q.   The next suggestion is to reduce the reading demand, and

8  the critique is that this will tend to reduce adverse impact

9  but reading may be a job related KSA.  Do you have an opinion

10  about what the appropriate reading level ought to be for a

11  written test?

12  A.   The appropriate reading level for a police sergeant

13  position ought to be determined by the job analysis and the

14  documents sergeants have to read.  Sometimes those documents

15  can be quite complex, so that should drive the reading level

16  for the test.

17  Q.   When you reviewed the materials here, the 1991 and the

18  2000 job analyses and the reviews by the subject matter

19  experts, did you have any concerns about the reading level that

20  was used in these examinations?

21  A.   No.  I read the items and some of the -- many of the items

22  are taken verbatim from a document that is directly related to

23  the sergeant's work.  Many of the questions are derived, for

24  example, directly from and verbatim from a department's

25  policies and procedures or Massachusetts state law.  I mean,

1   that's about as relevant as you can get.  So if that's --

2   whatever reading level the law is, the item can and probably

3   should be at that level.

4   Q.   The next suggestion is increasing time limits.  The

5   critique there is that it overcomes some of the problems due to

6   reading load, however the pass rates of all groups go up as

7   time limits increase.

8   A.   I agree with that, generally that's true.  If you increase

9   the time limit, it will improve the performance of almost all

10  the groups taking the test.  It won't reduce the gap between

11  one group and another.

12  Q.   And when we're talking about methods for reducing adverse

13  impact, that's really the focus of the exercise, right?  Not to

14  make a better test but to lessen the gap between the subgroups

15  that are taking the test.

16  A.   I don't understand your question.

17  Q.   The point is, when we're talking about examining methods

18  for reducing adverse impact --

19  A.   Yes.

20  Q.   -- it's not to make a more perfect test but rather to

21  decrease the gap between the different subgroups taking the

22  test?

23  A.   That might be some practitioner's approach.  My approach

24  is to make a better test and reduce adverse impact.

25  Q.   The next item that's listed is including memory tests.

1    And what is a memory test?

2    A.    A colleague of mine, Paul Anges (phon.), has worked on

3    developing tests that assess a person's short-term memory, and

4    that short-term memory can be related to certain aspects of job

5    performance.  And he's finding that short-term memory is a

6    construct that shows very little adverse impact.  But he

7    develops specific items, information that's unfamiliar to most

8    people and gives you that information and requires you to

9    memorize it for a short amount of time or even an extended

10   amount of time and then answer questions based on that.  So the

11   short-term memory can reduce adverse impact.

12   Q.    Is that the sort of exercise that would typically be found

13   in an assessment center for the police sergeant?

14   A.    No, it would not, not for a police position, no.

15   Q.    Then the next recommendation is using tests that are

16   unrelated to cognitive ability.  And I'll ask you, what kind of

17   a test -- first of all, is there a test unrelated to cognitive

18   ability that could be found in an assessment center for the

19   police sergeant position?  In other words, is that a method

20   that we should be considering in this context?

21   A.    It's the word "unrelated" that I'm having a problem with.

22   You could have a test that has minimal relation to cognitive

23   ability.  Most tests are going to have some relationship to

24   cognitive ability.

25   Q.    The next item is using job sample tests.  The critique is

1    job or work sample tests are not appropriate for entry level

2    and they introduce subjectivity into scoring.  What would be an

3    example of a job sample test in a police sergeant assessment

4    center?

5    A.   The kind of role play exercise that I talked about in

6    which you have someone play the role of a police officer --

7    have the candidate play the role of a sergeant, have the police

8    officer exhibit certain behavior, and then have the candidate

9    respond to that kind of behavior.

10          The notion that the work sample tests -- it may be

11    that they are not appropriate for entry-level safety tests,

12    but -- and that job sample tests introduce subjectivity into

13    scoring to me is not an insurmountable obstacle.  I think work

14    samples can be used in public sector work, especially at the

15    level of police sergeant and lieutenant.  And can be used to

16    some extent to try to reduce adverse impact.

17          MS. HARRIS:  This is a new avenue that I wanted to go

18    down --

19          THE COURT:  It's a little after 1:00, so I think we'll

20    break here.

21          Thank you, Doctor.  You can step down if you want.

22          Can I have a sense of where you think we're going this

23    week?

24          MS. HARRIS:  I would expect my examination of

25    Dr. Outtz would probably be, at most, half an hour, maybe an

1    hour more.  And my -- I guess I won't speak for them, I think

2    some may have plans to examine.

3              THE COURT:  Okay.

4              MS. HARRIS:  And then for us, we understand that we'll

5    have Dr. Silva appearing at some point after Dr. Outtz

6    concludes; and again, Boston has no more witnesses other than

7    the two experts.

8              THE COURT:  Okay.  Anybody else besides --

9              MS. ENGDAHL:  Worcester, your Honor, if we're still

10   here, is going to bring in its chief after the experts.

11             MR. LEAHEY:  Judge, I may or may not call someone from

12   HRD.  I need to talk to plaintiffs' counsel about that.  Other

13   than that, not planning on introducing anyone.

14             THE COURT:  Okay.  That's good.  Anybody?

15             MR. McDERMOTT:  Your Honor, the MBTA may call its

16   chief.  It will be very brief testimony.

17             MR. D'AGOSTINO:  Your Honor, the City of Methuen has

18   no witnesses.

19             MR. McQUILLAN:  Lawrence has no witnesses.

20             THE COURT:  Likely we'll finish within the week?

21             MR. LICHTEN:  Yes.

22             THE COURT:  That was my main interest.  All right.

23   Thank you.

24             (Exhibits 188, 189, 190 received into evidence.)

25             (Court adjourned at 1:03 p.m.)

```
 1                    C E R T I F I C A T E

 2

 3            We, Marcia G. Patrisso, RMR, CRR, and Debra M. Joyce,

 4    RMR, CRR, Official Reporters of the United States District

 5    Court, do hereby certify that the foregoing transcript

 6    constitutes, to the best of our skill and ability, a true and

 7    accurate transcription of our stenotype notes taken in the

 8    matter of Civil Action No. 07-11693-GAO, Pedro Lopez, et al, v.

 9    City of Lawrence, et al.

10

11    /s/ Marcia G. Patrisso____
      MARCIA G. PATRISSO, RMR, CRR
12    Official Court Reporter

13
      /s/ Debra J. Joyce_____
14    DEBRA M. JOYCE, RMR, CRR
      Official Court Reporter
15
      Dated:  September 13, 2010
16

17

18

19

20

21

22

23

24

25
```