## Exhibit List (as of September 13, 2010)

| ID # | EXH # | DATE | Description | Bates |
|---|---|---|---|---|
| 1 | 1 | 7/28/10 | Assessment Centers Information, with FY03-08 Assessment Centers Completed | 15-17 |
| 2 | 2 | 7/28/10 | Delegation Agreements for Leominster, Beverly, and Great Barrington | LOP000205-12 |
| 3 | 3 | 7/13/10 | State Exam Outline 2005 | 1805 |
| 4 | 4 | 7/13/10 | Boston Exam Outline 2005 | 1783 |
| 5 | 5 | 7/13/10 | Boston Sergeant Examination Announcement 2005 | 1767-1770 |
| 6 | 6 | 7/13/10 | Boston Exam Results 2005 | |
| 7 | 7 | 7/13/10 | State Exam Results 2005 | |
| 8 | 8 | 7/13/10 | Report and Analysis on BPD 2005 results | 1963-83 |
| 9 | 9 | 7/13/10 | Exam Outline 2006 | 00101 |
| 10 | 10 | 7/13/10 | 2006 Exam Reading List | 2418-19 |
| 11 | 11 | 7/13/10 | E&E Rating Sheet Instructions, 2006; E & E Scoring Grid, 2006; E&E Rating Worksheet, 2006 | 00020-26; 00027; 00029 |
| 12 | 12 | 7/13/10 | Booklet pages for 2006 Exam | 00075-76 |
| 13 | 13 | 7/13/10 | 2006 Police Sergeant Exam – Written Scores By Group | |
| 14 | 14 | 7/13/10 | 2006 Police Sergeant Exam – Promotion Report Departments with Minority Applicants (p.7) | |
| 15 | 15 | 7/13/10 | 2006 Police Sgt. Exams Taken (p.7) | 1318-1341 |
| 16 | | | 10/24/2006 letter from Andrew Sluckis, Auburn Chief of Police | 1344 |
| 17 | 17 | 7/13/10 | 2007 Exam Outline | 1362 |
| 18 | 18 | 7/13/10 | 2007 Exam Reading List | 1350-51 |
| 19 | 19 | 7/13/10 | E&E Rating Sheet Instructions, 2007 | 1352-58 |
| 20 | 20 | 7/13/10 | Sample 2007 Appeal Letter Responses | 1376-79 |

| | | | | |
|---|---|---|---|---|
| 21 | 21 | 7/13/10 | E&E Rating Worksheet, 2007 | 1359 |
| 22 | 22 | 7/13/10 | 2008 State Exam Outline | LOP000006 |
| 23 | 23 | 7/13/10 | 2008 BPD outline | LOP000036-39 |
| 24 | 24 | 7/13/10 | 2008 State Exam Reading List | LOP000004 |
| 25 | 25 | 7/13/10 | Update_sgt_promos_2005-07exams_030510 | |
| 26 | 26 | 7/13/10 | 2008 Sgt Exam Data | |
| 27 | 27 | 7/13/10 | Boston's Response to Plaintiffs' Supplemental Discovery, March 22, 2010 | |
| 28 | 28 | 7/13/10 | Boston Sgt. Promotions 6/19/2010 | |
| 29 | 29 | 7/13/10 | Boston Sgt. Roster 07/07/10 | |
| 30 | 30 | 7/13/10 | List of Boston Police Officers and Sergeants', 2004-2008 | |
| 31 | 31 | 7/13/10 | Springfield's Response to Plaintiffs' Supplemental Discovery, April 28, 2010 | |
| 32 | 32 | 7/13/10 | Worcester's Response to Plaintiffs' Supplemental Discovery, April 28, 2010 | |
| 33 | 33 | 7/13/10 | List of Worcester Police Officers and Sergeants, 2004-2008 | |
| 34 | 34 | 7/13/10 | Lowell's Response to Plaintiffs' Supplemental Discovery, April 29, 2010 | |
| 35 | 35 | 7/13/10 | List of Lowell's Police Officers and Sergeants, 2004-2008 | |
| 36 | 36 | 7/13/10 | MBTA's Response to Plaintiffs' Supplemental Discovery, May 7, 2010 | |
| 37 | 37 | 7/13/10 | Methuen's Response to Plaintiffs' Supplemental Discovery, April 8, 2010 | |
| 38 | 38 | 7/13/10 | Lawrence's Response to Plaintiffs' Supplemental Discovery, June 4, 2010 | |
| 39 | 39 | 7/13/10 | List of Lawrence Police Officers and Sergeants, 2004-2008 | |

| | | | | |
|---|---|---|---|---|
| 40 | 40 | 7/13/10 | 1991 Validation Report | 00246-382 |
| 41 | 41 | 7/13/10 | Appendix to 1991 Report | |
| 42 | 42 | 7/13/10 | Job Analysis Report for Police Sergeant by Morris & McDaniel, with Appendix | 1542-1705 |
| 43 | | | Lowell Assessment Center RFP Captains | |
| 44 | 44 | 7/13/10 | Exam Questions 2008 | |
| 45 | 45 | 7/13/10 | Boston Exam Questions 2008 | |
| 46 | 46 | 7/13/10 | Exam Questions 2007 | |
| 47 | 47 | 7/13/10 | Exam Questions 2006 | |
| 48 | 48 | 7/13/10 | Exam Questions 2005 | |
| 49 | 49 | 7/13/10 | Boston Exam Questions 2005 | |
| 50 | | | Expert Report of Joel Wiesen, Ph.D. | |
| | 50A | 7/13/10 | Joel Wiesen CV (part of ID#50) | |
| 51 | | | Supplemental Expert Report of Joel Wiesen, Ph.D. | |
| 52 | | | Second Supplemental Expert Report of Joel Wiesen, Ph.D. | |
| 53 | | | Third Supplemental Expert Report of Joel Wiesen, Ph.D. | |
| 54 | | | Report of Cassi Fields, Ph.D. | |
| 55 | | | Report of Frank Landy, Ph.D., and Supplemental Report | |
| 56 | | | Video or Audio Recording of June 8, 2010 City Council Hearing, Docket No. 0610 | |
| 57 | | | Video or Audio Recording of Interview with Commissioner Edward Davis, Fox 25 News, March 5, 2010 | |
| 58 | | | Brian Ballou, "Few Minority Police Supervisors," | |


| | | | Boston Globe, October 27, 2007 | |
|---|---|---|---|---|
| 59 | | | Kevin Cull, "A Challenge For the Force," Boston Globe, July 6, 2010 | |
| 60 | | | Brian Ballou, "Police Brass Diversity Lagging," Boston Globe, July 27, 2009 | |
| 61 | | | "Boston Police Face Discrimination Claims, Boston Globe," Feb. 28, 2010 | |
| 62 | | | Worcester 3/6/06 ltr re: Spencer Tatum decision | |
| 63 | 63 | 7/28/10 | Worcester 2007 and 2009 Eligibility Lists | |
| 64 | 64 | 7/22/10 | Harris & Tatum v. City of Worcester, Docket Nos. 94-SEM-0589, 0590, Findings of Fact, Conclusions of Law and Order of the Hearing Officer | |
| 65 | 65 | 7/22/10 | MCAD, Harris & Tatum v. City of Worcester, Docket Nos. 94-SEM-0589, 0590, Findings of Fact, Conclusions of Law and Order of the Hearing Officer On Remand | |
| 66 | | | Harris & Tatum v. City of Worcester, 2006 WL 662739 (MCAD), Decision of the Full Hearing Commissioner | |
| 67 | | | Harris & Tatum v. City of Worcester, C.A. 06-00739, Superior Court, Memorandum of Decision and Order, 3/15/2007 | |
| 68 | 68 | 7/28/10 | Guidelines and Ethical Considerations for Assessment Center Operations | 1702-1742 |
| 69 | | | Suggestions to Appointing Authorities for Developing Structured Oral Interview Panels | 1748-1756 |
| 70 | 70 | 7/28/10 | March 30, 2009 letter from Rick Jacobs to Paul Dietl | LOP 000051-52 |
| 71 | 71 | 7/28/10 | Jan. 22, 2009 email from Vivian Lee to John Marra, re: Passing Point and Score Banding for the 2008 Police promo.xms, with attachment: "2009 Massachusetts Police Promotional Examinations: Technical Knowledge Cut Score Computations Based On Banding" | LOP000053-54 |
| 72 | 72 | 7/28/10 | Oct. 1, 2007 letter Sally McNeely to Police Officer | LOP000056 |

4

| | | | Applicant (explanation of banded score) | |
|---|---|---|---|---|
| 73 | 73 | 7/28/10 | Feb. 3, 2009 Sally McNeely to Paul Dietl, Re: Score Banding Bullets for ANF, with attachment: Score Banding Bullets | LOP000058-59 |
| 74 | 74 | 7/14/10 | 2005 Exam data (3/10) | |
| 75 | 75 | 7/14/10 | 2006 Exam data (3/10) | |
| 76 | 76 | 7/14/10 | 2007 Exam data (3/10) | |
| 77 | 77 | 7/14/10 | 2008 Exam data (3/10) | |
| 78 | 78 | 7/14/10 | Tables from Wiesen report of 4/10 | |
| 79 | 79 | 7/14/10 | Tables from Wiesen report of 6/10 | |
| | 79A | 7/28/10 | Revised table re: Exh. 79 | |
| 80 | 80 | 7/14/10 | Wiesen tables re: Boston | |
| 81 | 81 | 7/14/10 | Wiesen tables re: Lawrence | |
| 82 | 82 | 7/14/10 | Wiesen tables re: Lowell | |
| 83 | 83 | 7/14/10 | Wiesen tables re: MBTA | |
| 84 | 84 | 7/14/10 | Wiesen tables re: Methuen | |
| 85 | 85 | 7/14/10 | Wiesen tables re: Springfield | |
| | 85A | 7/28/10 | Revised tables re: Springfield | |
| 86 | 86 | 7/14/10 | Wiesen tables re: Worcester | |
| 87 | | | Abel Cano MCAD complaint | |
| 88 | | | Pedro Lopez MCAD complaint | |
| 89 | | | Kevin Sledge MCAD complaint | |
| 90 | | | Charles DeJesus MCAD complaint | |
| 91 | | | Richard Brooks MCAD complaint | |
| 92 | | | Robert Alvarez MCAD complaint | |

| 93  |  |  | Spencer Tatum MCAD complaint |  |
|-----|--|--|------------------------------|--|
| 94  |  |  | Shumean Benfold MCAD complaint |  |
| 95  |  |  | Angela Williams-Mitchell MCAD complaint |  |
| 96  |  |  | Gwendolyn Brown MCAD complaint |  |
| 97  |  |  | Lynette Praileau MCAD complaint |  |
| 98  |  |  | Tyrone Smith MCAD complaint |  |
| 99  |  |  | Eddy Chrispin MCAD complaint |  |
| 100 |  |  | David Melvin MCAD complaint |  |
| 101 |  |  | Steve Morgan MCAD complaint |  |
| 102 |  |  | William E. Iraolo MCAD complaint |  |
| 103 |  |  | Jose Lozano MCAD complaint |  |
| 104 |  |  | Courtney Powell MCAD complaint |  |
| 105 |  |  | James Brown MCAD complaint |  |
| 106 |  |  | George Cordoza MCAD complaint |  |
| 107 |  |  | Larry Ellison MCAD complaint |  |
| 108 |  |  | David Singletary MCAD complaint |  |
| 109 |  |  | Charisse Brittle-Powell MCAD complaint |  |
| 110 |  |  | Cathenia D. Cooper-Paterson MCAD complaint |  |
| 111 |  |  | Molwyn A. Shaw MCAD complaint |  |
| 112 |  |  | Lamont Anderson MCAD complaint |  |
| 113 |  |  | Gloria Kinkead MCAD complaint |  |
| 114 |  |  | Kenneth Gaines MCAD complaint |  |
| 115 |  |  | Murphy Gregory MCAD complaint |  |
| 116 |  |  | Julian Turner MCAD complaint |  |

| | | | | |
|---|---|---|---|---|
| 117 | | | Neva Grice MCAD complaint | |
| 118 | | | Delores Facey MCAD complaint | |
| 119 | | | Lisa Venus MCAD complaint | |
| 120 | | | Rodney O. Best MCAD complaint | |
| 121 | | | Karen Van Dyke MCAD complaint | |
| 122 | | | Robert C. Young MCAD complaint | |
| 123 | | | Royaline Lamb MCAD complaint | |
| 124 | | | Lynne Davis MCAD complaint | |
| 125 | | | James Jackson MCAD complaint | |
| 126 | | | Juan Rosario MCAD complaint | |
| 127 | | | Louis Rosario, Jr. MCAD complaint | |
| 128 | | | Obed Almeyda MCAD complaint | |
| 129 | | | Devon Williams MCAD complaint | |
| 130 | | | Julio Toledo MCAD complaint | |
| 131 | 131 | 7/21/10 | Macon-Bibbs County Validation Report 2003-2006 | |
| 132 | 132 | 7/21/10 | Alvarez MLEC document | |
| 133 | 133 | 7/23/10 | Collective Bargaining Agreement BPSOF (**p.56**) | |
| 134 | 134 | 7/23/10 | MOU Lowell Assessment Center (**p.101**) | |
| 135 | 135 | 7/23/10 | List of Alvarez training and experience | |
| 136 | 136 | 7/23/10 | Alvarez Birth Certificate | |
| 137 | 137 | 7/23/10 | HRD Document re: Alvarez | |
| 138 | 138 | 7/23/10 | Lowell Fingerprint Application – Alvarez | |
| 139 | 139 | 7/23/10 | Waltham Fingerprint Application – Alvarez | |
| 140 | 140 | 7/23/10 | Groton Fingerprint Application – Alvarez | |

| | | | | |
|---|---|---|---|---|
| 141 | | | HRD record – Alvarez | |
| 142 | | | HRD record – Alvarez | |
| 143 | | | HRD record – Alvarez | |
| 144 | | | HRD record – Alvarez | |
| 145 | | | HRD record – Alvarez | |
| 146 | 146 | 7/23/10 | Commissioner Davis letter to Alvarez | |
| 147 | 147 | 7/23/10 | Personnel Record – Alvarez | |
| 148 | | | MBTA Data on Appointments | |
| 149 | 149 | 7/28/10 | MBTA spreadsheet (p.111) | |
| 150 | 150 | 7/27/10 | Table 1 from Schmidt & Hunter | |
| 151 | 151 | 7/27/10 | Boston Delegation Agreement 2002 | |
| 152 | 152 | 7/27/10 | Boston cost of 2002 exam | |
| 153 | 153 | 7/28/10 | 6/24/08 Boston announcement | |
| 154 | 154 | 7/28/10 | 2002 Boston Exam Data | |
| 155 | 155 | 7/28/10 | 2003 State Exam Data | |
| 156 | 156 | 7/28/10 | 2004 State Exam Data | |
| 157 | 157 | 7/28/10 | BPD memo dated 4/21/05 | |
| 158 | 158 | 7/28/10 | Police Academy Syllabi | |
| 159 | 159 | 7/28/10 | Springfield Mun. Code 200.58.04 | |
| 160 | 160 | 7/28/10 | Ch. 169 of Act of 2004 – est. Springfield Control Board | |
| 161 | 161 | 7/28/10 | 4/06 Certification List – Springfield | |
| 162 | 162 | 7/28/10 | 2/14/07 Certification List - Springfield | |
| 163 | 163 | 7/28/10 | 10/24/08 Certification List – Springfield | |
| 164 | 164 | 7/28/10 | 11/19/09 Certification List – Springfield | |

| 165 | 165 | 7/28/10 | Sergeant Job Description | |
|-----|-----|---------|--------------------------|---|
| 166 | 166 | 7/28/10 | Springfield PD Roster 2006 | |
| 167 | 167 | 7/28/10 | Springfield PD Roster 2007 | |
| 168 | 168 | 7/28/10 | Springfield PD Roster 2008 | |
| 169 | 169 | 7/28/10 | Springfield PD Roster 2009 | |
| 170 | 170 | 7/28/10 | Massachusetts HRD Sergeant Task Force Analysis | |
| 171 | 171 | 7/28/10 | List of Springfield sergeants – April 2010 | |
| 172 | 172 | 7/28/10 | Current profile of Springfield PD by race, gender | |
| 173 | 173 | 7/29/10 | Worcester Cert. List for 2006 exam | |
| 174 | 174 | 7/29/10 | Worcester Promotions - 2006 exam | |
| 175 | 175 | 7/29/10 | Worcester Promotions – 2008 exam | |
| 176 | 176 | 7/29/10 | Worcester Promotions – 2004 exam | |
| 177 | 177 | 7/29/10 | Court Order – Otero v. Lowell | |
| 178 | 178 | 7/29/10 | Lowell Promotions in 2003, from 2000 exam | |
| 179 | 179 | 7/29/10 | 9/18/00 Lowell Cert List | |
| | | | | |