UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
***************************************************
PEDRO LOPEZ, et al.,                    *
                                        *
        Plaintiffs                      *
v.                                      *   Civil Action No. 07-11693-GAO
                                        *
CITY OF LAWRENCE, MASSACHUSETTS,        *
et al.,                                 *
                                        *
        Defendants                      *
***************************************************
```

## STIPULATION BETWEEN PLAINTIFFS AND DEFENDANT CITY OF BOSTON

Plaintiffs Pedro Lopez, et al., and Defendant City of Boston hereby stipulate as follows:

1. Plaintiffs William Iraola, Gloria Kinkead and Tyrone Smith received a failing score on the promotional exam for Sergeant in the Boston Police Department administered in October 2005.

2. Plaintiff Jose Lozano was promoted to the position of Sergeant in the Boston Police Department in and around October 2008, and Plaintiff Kenneth Gaines was promoted to the position of Sergeant in the Boston Police Department in and around March 2010.

3. As of September 13, 2010, the Boston Police Department had promoted forty-four (44) Police Officers and/or Detectives to the position of Sergeant from a list of candidates who took the sergeant's promotional examination administered in October 2008. Of these forty-four (44) Police Officers and/or Detectives, forty-two (42) are white, one (1) is African-American, and one (1) is Hispanic.

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| PEDRO LOPEZ, et al., Plaintiffs, | CITY OF BOSTON, |
| By their attorneys, | By its attorneys, |
| /s/Joseph L. Sulman<br>Harold L. Lichten, BBO #549689<br>Shannon Liss-Riordan, BBO #640716<br>Stephen S. Churchill, BBO #564158<br>Joseph L. Sulman, BBO #663635<br>LICHTEN & LISS-RIORDAN, P.C.<br>100 Cambridge Street, 20th Floor<br>Boston, MA 02114<br>(617) 994-5800 | WILLIAM F. SINNOTT<br>Corporation Counsel<br><br>/s/Robert P. Morris<br>Mary Jo Harris (BBO #561484)<br>Robert P. Morris (BBO #546052)<br>Special Assistant Corporation Counsel<br>MORGAN, BROWN & JOY, LLP<br>200 State Street, 11th Floor<br>Boston, MA 02109<br>(617) 523-6666 |

Dated:  September 21,  2010

### CERTIFICATE OF SERVICE

I, Robert P. Morris, certify that on September 21, 2010, this document filed electronically through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to any persons indicated as non-registered participants.

/s/Robert P. Morris
Robert P. Morris