UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                        )
PEDRO LOPEZ, et al.                     )
                                        )
        Plaintiffs,                      )
                                        )   Civil Action No. 07-11693-GAO
        v.                               )
                                        )
CITY OF LAWRENCE, et al.                )
                                        )
        Defendants.                      )
_____  )

**STIPULATION BETWEEN PLAINTIFFS AND MBTA DEFENDANTS**

Plaintiffs Pedro Lopez, et al., and the Defendants Massachusetts Bay Transportation Authority, Daniel Grabauskas, and the MBTA Board of Trustees stipulate as follows:

    1.    Plaintiff Lynn Davis took the 2005 sergeant promotional examination but did not pass. She did not take the 2007 sergeant promotional examination. She was informed of her score for the 2005 examination when such scores were displayed on the HRD website months after the examination.

    2.    Plaintiff Royline Lamb took the 2005 and the 2007 sergeant promotional examinations and did not pass either examination.

    3.    Sergeant Darren Keith did not take the 2005 or the 2007 sergeant promotional examinations.

Respectfully Submitted,

| | |
|---|---|
| PEDRO LOPEZ, et al., Plaintiffs,<br>By their attorneys, | MBTA Defendants,<br>By their attorney, |
| /s/ Joseph L. Sulman<br>Harold L. Lichten, BBO #549689<br>Shannon Liss-Riordan, BBO# 640716<br>Stephen S. Churchill, BBO#564158<br>Joseph L. Sulman, BBO #663635<br>LICHTEN & LISS-RIORDAN, P.C.<br>100 Cambridge Street, 20th Floor<br>Boston, MA 02114<br>(617) 994-5800 | /s/ Kevin McDermott<br>Kevin McDermott<br>Assistant General Counsel<br>MBTA Law Department<br>Ten Park Plaza, Suite 7760<br>Boston, MA 02116 |

Date: September 29, 2010

## CERTIFICATE OF SERVICE

I hereby certify that on September 29, 2010, a copy of this document was served by electronic filing on all counsel of record.

/s/ Joseph L. Sulman
Joseph L. Sulman