UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PEDRO LOPEZ, et al.<br>      Plaintiffs<br><br>v.<br><br>CITY OF LAWRENCE, MASSACHUSETTS,<br>et al.<br><br>      Defendants | )<br>)<br>)<br>)<br>)<br>)<br>) Case No. 07-CA-11693-JLT<br>)<br>)<br>)<br>)<br>) |

AFFIDAVIT OF JOEL P. WIESEN, PH.D.

I, Joel P. Wiesen, depose and state as follows

1. **Topic of this Affidavit**
   I was asked by counsel to see if there were ways of combining or otherwise using the applicant scores on the 2002 Boston Police Sergeant exam, other than the combination that Dr. Silva reported recently, that would have reduced the adverse impact of that exam. I have done so, and there are.

2. **Data Considered**
   I used the same data set that Dr. Silva reported using in his reweighting of the test scores. Importantly, the scores for each applicant on each component of the exam were not changed, only the way the scores were used or combined was changed.

3. **Hiring in Strict Rank Order**
   Since the Boston Police Department generally hires in order of rank on the list, I used that approach below. For each method of using scores described below, I determined the race/ethnic group of applicants who would be promoted if promotions were done in rank order and if 69 applicants were promoted, as were from the 2002 Boston exam.

4. **Hiring based on the Oral Component Alone**
   In this approach, the candidates are ranked based on the Oral component alone. This is reasonable since structured oral exams have been shown to have high validity in research nationwide with a wide range of jobs, including Police Sergeant. With this approach, the adverse impact of the 2002 Boston Sergeant exam would have been reduced and a larger number of minority applicants would have been hired. Specifically, for the 2002 Boston Sergeant exam, within the applicants in the top 69 ranks (and the applicants tied for the

69th rank) were 16 minority applicants. This may be compared to 2002, when 11 minority applicants were promoted among the total of 69 appointments, an increase of 45% due to this new approach.

5.  **Combining the Scores Using the Written Exam and E&E as an Initial Screen**
    In this approach, the scores on the written exam and the E&E are combined and used to determine which applicants will be allowed to continue to take the Oral component. Then the final grade is based on the Oral component alone. (This is basically the same approach that I used, in a large public sector exam, as early as 1993.) In this exercise, I used a weight of .8 for the written and .2 for the E&E, as is typical for HRD promotional exams. I looked at what would happen if the 250 applicants (of the total of 856 applicants) who scored highest on the written and E&E components were allowed to take the oral component. I chose 250 because at the time when the 2002 exam was being given no one could predict with certainty how many people would be promoted to Sergeant over the life of the list. With this approach, the adverse impact of the 2002 Boston Sergeant exam would have been reduced and a larger number of minority applicants would have been hired. Specifically, for the 2002 Boston Sergeant exam using the alternative grading process just described, within the applicants in the top 69 ranks were 13 minority applicants. This may be compared to 2002, when 11 minority applicants were promoted among the total of 69 appointments, an increase of 18% due to this alternative approach.

6.  **Some Uses of Test Scores Tend to Reduce Adverse Impact**
    The above two methods of using the test scores reduce adverse impact, but these methods are illustrative, not exhaustive. Many and various approaches to combining test scores can maintain much or all of the test validity but have differing amounts of adverse impact. There is no one perfect approach and the exact level of adverse impact that may be seen for any one test will depend on chance fluctuation and on the racial/ethnic composition of the highest scoring applicants. However, as a general rule, when the mean score difference between two groups decreases, there will be less adverse impact. Using the test scores in ways that deemphasize the test components that have higher mean score differences, either by giving those components less weight or using them in a pass-fail fashion (referred to in the field as a "multiple-hurdle approach") will tend to decrease adverse impact. This may be demonstrated both with a Monte Carlo simulation and mathematically.

7.  **Summary**
    There are various logical ways to use the scores on the components of the 2002 Boston Sergeant Exam that would have less adverse impact than was actually seen in 2002.

Signed under the pains and penalties of perjury this 27th day of September, 2010.

                                                                      Joel P. Wiesen, Ph.D.