UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PEDRO LOPEZ, et al.,
    Plaintiffs

v.

CITY OF LAWRENCE, et al.
    Defendants

Civil Action No. 07-11693-GAO

# AFFIDAVIT OF SALLY MCNEELY

I, Sally McNeely, hereby depose and say that:

1. Since 2009, I have been the Director of Policy for the Commonwealth of Massachusetts' Human Resources Department ("HRD"). Previously, I was HRD's Director of the Organizational Development Group ("ODG") for several years. HRD's Civil Service Unit ("CSU") is part of ODG. I have been continually employed by HRD since 1983 and became Director of Policy after a series of successive promotions over my tenure with HRD.

2. Among other duties as Director of ODG, I oversaw the CSU. This oversight included but was not limited to the administration and first-level enforcement of Massachusetts civil service law and associated rules and regulations; establishing eligibility lists for entry level and promotional positions for police officers; and maintaining HRD CSU records.

3. HRD CSU paper records, which include but are not limited to an individual's application and supporting documentation, are only maintained for five (5) years but most of that information is maintained electronically.

4. In the course of its operations, HRD CSU uses five racial/ethnic classifications: W – White, B – Black, H – Hispanic, A – Asian, and I – Native American.

5. HRD CSU has defined "Hispanic" since the 1970's consistent with the Castro and NAACP consent decrees, as an individual (or whose family) who originates from a Spanish speaking country in the Western Hemisphere and who either speaks Spanish or was raised in a household where Spanish was the primary language.

Sally McNeely Affidavit
September 2010
Page Two

6. Under the HRD CSU definitions, an individual (or whose family) originates from the Philippines is "Asian" and not "Hispanic."

7. Consistent with the Castro consent decree, when an individual applies for an entry level police position, he or she self identifies whether he or she is "Hispanic" [originally the term used was 'Spanish-surnamed'].

8. As part of 2002 lawsuit that Alvarez brought against the City of Lowell, HRD produced HRD CSU records pertaining to Robert Alvarez. Due to the 5 year paper record retention policy, paper records created before 2001 no longer existed. However, I did provide the following HRD CSU records as part of that 2002 lawsuit:

    a. Applicant Information;
    b. Individual Eligibility Record Display – Exam Date: March 3, 1986;
    c. Individual Eligibility Record Display – Exam Date: March 5, 1988;
    d. Individual Eligibility Record Display – Exam Date: October 27, 1990;
    e. Individual Eligibility Record Display – Exam Date: October 17, 1998;
    f. Individual Eligibility Record Display – Exam Date: October 21, 2000;
    g. Certification issued to Town Administrator's Office – Paul F. Talbot, Billerica, MA dated July 9, 1986;
    h. Certification issued to Board of Selectmen – Edna B. White, Groton, MA dated January 1, 1987; and.
    i. Expired Eligibility List for the Lowell Police Department regarding the 1998 statewide police sergeant's examination.

9. The score that Alvarez received for each examination process is listed where the electronic records states "SCORE."

10. The electronic records of Alvarez show that his race (or ethnicity), which HRD considers to be the same thing, fluctuates between White and Hispanic. It should be noted that at the time, if Plaintiff did not provide this information, the designation defaulted to "White." However, this default is separate and distinct from the electronic records that reflect race and ethnic changes in June 2, 1987 and January 7, 1988.

Sally McNeely Affidavit
September 2010
Page Three

11. With respect to the 1998 statewide Sgt. Expired Eligibility List for the Lowell Police Department, the electronic record dated August 1, 2005 contained the list of the thirty one (31) Lowell Police Department police officers who passed the examination. When the eligibility list was established, HRD pursuant to laws, regulations and rules, did not provide the entire Eligibility List to the City of Lowell with the actual scores of all thirty-one (31) officers who passed. When the Expired Eligibility List was produced in 2005, score information was redacted from the printed record, but the names were listed in rank order according to the score received on the examination.

12. The only time HRD provided municipalities with a candidate's name and examination score was when it provided a specific certified Eligibility List, known as a certification, to appoint a specific number of candidates using the 2n+1 formula. Per applicable law, rule and/or regulation, no information regarding persons who failed any HRD examination, such as the 1998 police sergeant promotional examination is provided to a civil service community.

13. All of the preceding records and attached as exhibits to this affidavit are true and accurate copies of official HRD records that it is required to create and maintained and are made in the usual course of business.

Made and signed under the pains and penalties of perjury this 13th Day of September 2010.

*Sally A. McNeely*
Sally McNeely

Page: 1 Document Name: untitled

```
SCREEN1                 APPLICANT INFORMATION                      NTAPP115

ALVAREZ, ROBERT E                      SSN: ▓▓▓▓▓▓▓▓▓  HISPN MALE
▓▓▓▓▓▓▓▓▓▓▓▓▓                          DOB: ▓▓▓▓▓▓▓▓   TEL: ▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓▓▓▓                          HANDICAP:
   RACE CHANGED - ELIG UNIT(BJS)/ADDR CHG PER CD 1.7.88LL

   ANNC         TITLE                          TYPE   SCHED      APP-CNTL

   9452   MASS STATE POLICE TROOPER              O   19841110    429780113
          DIVISION OF STATE POLICE
   1023   POLICE OFFICER                         O   19860308    604450236
   2181   STATE POLICE TROOPER                   O   19870829    717060272
          DEPT OF PUBLIC SAFETY
   2395   POLICE OFFICER                         O   19880305    803210216
   3721   POLICE OFFICER                         O   19901027    024900270
 ✓ 6430   POLICE SERGEANT                        P   19981017    822300025
          LOWELL POLICE DEPT
 ✓ 6360   POLICE SERGEANT                        P   20001021    023400178
          LOWELL POLICE DEPT
------ PF3 -----------------------------PF9---------------------------------
       RETURN                           QUIT
```

✓ = Applications attached.

Date: 8/1/2005 Time: 4:56:30 PM

Page: 1 Document Name: untitled

```
SCREEN1                   APPLICANT INFORMATION                        NTAPP115
-------------------------------------------------------------------------------
√ 2750 POLICE SERGEANT                              P   20031018   324550016
       LOWELL POLICE DEPARTMENT
------- PF3 -----------------------------PF9-----------------------------------
        RETURN                           QUIT
```

Date: 8/1/2005  Time: 4:56:46 PM

```
                    INDIVIDUAL ELIGIBILITY RECORD DISPLAY              NTCIV12Z
                                                           EXAM DATE 1986/03/08
                         POLIC    OPEN COMPETITIVE         ELIG DATE EXPIRED
    ALVAREZ,ROBERT E               POLICE OFFICER
                                   STATE, CITIES & TOWNS
                  01844         DEPT NO:    0  ANNC: 1023  DOB:
SCORE    91.00
PRIORITY NV SPEC-GRP     SEX M RACE WHITE       PROM-PREF
FLAG M FLAG-DATE 19870503      PERM APPTD TO MUNI DEPT   CORR-NO  862872 POOL D
       P/T   PT-ONLY    INT    DNC      LAID OFF P/T:
STATE:  Y              Y                    SPEC-QUAL:
CITY:   Y              Y                    SPEC-IND:    CH-126
PERM P TEMP T HOME-CITY 411 LOWEL CH-708-DT           CH-126-DT
PERM VIC: 410    418   412   356   358   333   425   512   408   502   518   511
TEMP VIC: 410    418   412   356   358   333   425   512   408   502   518   511
STATE DEPT CERT-ONLY:        0         0        0 DNC DEPT           0
MUNI  DEPT CERT-ONLY:        0         0        0                    0
HS GRAD
NOT A VET (NOT WARTIME SERVICE)** 06.02.87 ETHNIC ID CHANGED PER LGL C
02.20.87 PHYSICAL PASSED-BILLERICA (GF)
B.C. FILED (GF)
 SENIOR:        0 REEMP:        0 LAYOFF:        0
 TO DISPLAY ANOTHER RECORD ENTER Y, OR TO RETURN TO PRIOR MENU ENTER X ===>
```

Page: 1 Document Name: untitled

```
                INDIVIDUAL ELIGIBILITY RECORD DISPLAY              NTCIV12Z
                                                          EXAM DATE 1988/03/05
                         POLIC    OPEN COMPETITIVE        ELIG DATE EXPIRED
  ALVAREZ,ROBERT E                POLICE OFFICER
                                  STATE, CITIES & TOWNS
                  01844         DEPT NO:      0   ANNC: 2395   DOB:
SCORE     97.00
PRIORITY NV SPEC-GRP    SEX M RACE WHITE      PROM-PREF
FLAG    FLAG-DATE                                      CORR-NO        0 POOL D
        P/T  PT-ONLY   INT    DNC    LAID OFF P/T:
STATE:   Y              Y            SPEC-QUAL:
CITY:    Y              Y            SPEC-IND:      CH-126
PERM P TEMP T HOME-CITY 511 LAWRN CH-708-DT          CH-126-DT
PERM VIC: 807    419     412
TEMP VIC: 807    419     412
STATE DEPT CERT-ONLY:        0         0         0 DNC DEPT         0
MUNI  DEPT CERT-ONLY:        0         0         0                 0
BC FILED/HS GRAD



SENIOR:       0 REEMP:       0 LAYOFF:        0
TO DISPLAY ANOTHER RECORD ENTER Y, OR TO RETURN TO PRIOR MENU ENTER X ===>
```

Date: 1/24/2006 Time: 5:41:22 PM

Page: 1 Document Name: untitled

```
                INDIVIDUAL ELIGIBILITY RECORD DISPLAY                NTCIV12Z
                                                          EXAM DATE 1990/10/27
                         POLIC    OPEN COMPETITIVE       ELIG DATE EXPIRED
     ALVAREZ,ROBERT E             POLICE OFFICER
                                  STATE, CITIES & TOWNS
                    01844         DEPT NO:     0   ANNC: 3721   DOB:
    SCORE    97.00
    PRIORITY NV SPEC-GRP   SEX M RACE HISP        PROM-PREF
    FLAG     FLAG-DATE                                   CORR-NO     0 POOL C
             P/T  PT-ONLY  INT    DNC     LAID OFF P/T:
    STATE:    Y             Y              SPEC-QUAL:
    CITY:     Y             Y              SPEC-IND:    CH-126
    PERM P TEMP T HOME-CITY    0       CH-708-DT        CH-126-DT
    PERM VIC: 807   411    410   425
    TEMP VIC: 807   411    410   425
    STATE DEPT CERT-ONLY:       0         0         0 DNC DEPT       0
    MUNI  DEPT CERT-ONLY:       0         0         0                0


    SENIOR:       0 REEMP:       0 LAYOFF:       0
    TO DISPLAY ANOTHER RECORD ENTER Y, OR TO RETURN TO PRIOR MENU ENTER X ===>
```

Date: 1/24/2006 Time: 5:41:47 PM

```
Page: 1 Document Name: untitled
```

```
                    INDIVIDUAL ELIGIBILITY RECORD DISPLAY              NTCIV12Z
                                                                EXAM DATE 1998/10/17
   [redacted]           0083B      DEPARTMENT PROMO            ELIG DATE EXPIRED
   ALVAREZ,ROBERT E                POLICE SERGEANT
   [redacted]                      LOWELL POLICE DEPARTMENT
   [redacted]      01844      DEPT NO: 41101400  ANNC: 6430  DOB: [redacted]
   SCORE    85.00
   PRIORITY NV SPEC-GRP    SEX M RACE WHITE        PROM-PREF
   FLAG     FLAG-DATE                                     CORR-NO         0 POOL
        P/T  PT-ONLY   INT    DNC      LAID OFF P/T:
   STATE:   Y              Y                  SPEC-QUAL:
   CITY:    Y              Y                  SPEC-IND:       CH-126
   PERM P TEMP T HOME-CITY 501       CH-708-DT              CH-126-DT
   PERM VIC:
   TEMP VIC:
   STATE DEPT CERT-ONLY:       0            0           0 DNC DEPT         0
   MUNI  DEPT CERT-ONLY:       0            0           0                  0




   SENIOR:       0 REEMP:         0 LAYOFF:        0
   TO DISPLAY ANOTHER RECORD ENTER Y, OR TO RETURN TO PRIOR MENU ENTER X ===>
```

Date: 1/24/2006 Time: 5:42:16 PM

```
                    INDIVIDUAL ELIGIBILITY RECORD DISPLAY              NTCIV12Z
                                                          EXAM DATE 2000/10/21
    [redacted]           0083B     DEPARTMENT PROMO       ELIG DATE EXPIRED
    ALVAREZ,ROBERT E               POLICE SERGEANT
    [redacted]                     LOWELL POLICE DEPARTMENT
    [redacted]        01844     DEPT NO: 41101400  ANNC: 6360  DOB: [redacted]
SCORE    76.00
PRIORITY NV SPEC-GRP    SEX M RACE HISP       PROM-PREF
FLAG    FLAG-DATE                                    CORR-NO       0 POOL
         P/T  PT-ONLY  INT   DNC      LAID OFF P/T:
STATE:   Y             Y              SPEC-QUAL:
CITY:    Y             Y              SPEC-IND:       CH-126
PERM P TEMP T HOME-CITY 501     CH-708-DT             CH-126-DT
PERM VIC:
TEMP VIC:
STATE DEPT CERT-ONLY:       0           0        0 DNC DEPT         0
MUNI. DEPT CERT-ONLY:       0           0        0                  0



SENIOR:       0 REEMP:       0 LAYOFF:       0
TO DISPLAY ANOTHER RECORD ENTER Y, OR TO RETURN TO PRIOR MENU ENTER X ===>
```

Page: 1 Document Name: untitled

```
     0083A                                                      1987/01/15    1
              862872           EDNA B. WHITE, CHAIRMAN
BOARD OF SELECTMEN             BOARD OF SELECTMEN
                               GROTON TOWN HALL
                               GROTON, MA 01450
    GROTON
6 PERMANENT FULL TIME POLICE OFFICER@$390.42 PER WEEK.
SELECTION MUST BE OF   6 OF THE FIRST   13 HIGHEST WHO WILL ACCEPT

        NAME/ ADDRESS OF ELIG APPLICANTS      ELIG-EXP   PER-CENT   F R O W S

        HERNANDEZ, LUIS A.              H     0000/00/00

        DRISTILARIS, JOHN G                   0000/00/00

        TUOMI, MICHAEL L                      0000/00/00

        KNOWLTON, MARK W                      0000/00/00


            ENTER 'X' TO QUIT THE DISPLAY
```

Date: 1/24/2006 Time: 6:00:08 PM

Page: 1 Document Name: untitled

| Name | | Date |
|---|---|---|
| LEWIS, AUBREY E | B | 0000/00/00 |
| DOWNESII, JAMESS G | | 0000/00/00 |
| MCKEON, GARY R | | 0000/00/00 |
| MORSE, BRIAN F | | 0000/00/00 |
| ALVAREZ, ROBERT E | H | 0000/00/00 |
| FOLEY, ROBERT F, JR | | 0000/00/00 |
| HAAPAKOSKI, NANCY E | | 0000/00/00 |
| MURRAY, CHRISTOPHER A | | 0000/00/00 |
| BROWN, DARRYL R. | B | 0000/00/00 |
| BUTLER, STEPHEN T | | 0000/00/00 |

ENTER 'X' TO QUIT THE DISPLAY

Date: 1/24/2006 Time: 6:00:30 PM

Page: 1 Document Name: untitled

```
     0083A                                                    1986/07/09      1
             861457        PAUL F.TALBOT,ADMINISTRATOR
TOWN ADMINISTRATOR'S OFFICE  TOWN ADMINISTRATOR'S OFFICE
                             BILLERICA TOWN HALL
                             BILLERICA, MA
     BILLERICA
12 PERM INTERMITTENT POLICE OFFICER @$10.04 PER HOUR.
SELECTION MUST BE OF   12 OF THE FIRST    25 HIGHEST WHO WILL ACCEPT

        NAME/ ADDRESS OF ELIG APPLICANTS      ELIG-EXP  PER-CENT  F R O W S

        VOLEL,NANCY M.                   B    0000/00/00

        MANDARANO,FRANCIS C                   0000/00/00

        CONEENY,CATHLEEN M                    0000/00/00

        CULLEN,JAMES A                        0000/00/00


           ENTER 'X' TO QUIT THE DISPLAY
```

Date: 1/24/2006 Time: 6:01:11 PM

Page: 1 Document Name: untitled

| Name | | Date |
|---|---|---|
| RIOS, SANTIAGO | | 0000/00/00 |
| ELMORE, STEVEN F | | 0000/00/00 |
| MACKENZIE, FRANK A | | 0000/00/00 |
| NESTOR, RICHARD F | | 0000/00/00 |
| ALVAREZ, ROBERT E | H | 0000/00/00 |
| TREMBLAY, STEVEN P | | 0000/00/00 |
| CONWAY, MARTIN E | | 0000/00/00 |
| GLAVIN, RICHARD J | | 0000/00/00 |
| MOORE, KENNETH W | B | 0000/00/00 |
| KENT, DAVID P. | | 0000/00/00 |

ENTER 'X' TO QUIT THE DISPLAY

Date: 1/24/2006 Time: 6:01:56 PM

```
                                HUMAN RESOURCE DIVISION                      ☒014
```

Page: 1 Document Name: untitled

```
         EXPIRED LIST                          ELIG DATE: 1999/03/29
DEPARTMENT PROMO           ANNC: 6430          EXAM DATE: 1998/10/17
POLICE SERGEANT                                TITLE CODE: 0083B
LOWELL POLICE DEPARTMENT                       DEPT NO: 41101400

    1. GOLNER, BARRY G                    ▓▓▓▓ NV            03/29/1999
       ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓           M-PERM        1999/09/0
    2. LAROCQUE, DANIEL R                 ▓▓▓▓ NV            03/29/1999
       ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓              M-PERM        2000/07/0
    3. CRAWFORD, DONALD G                 ▓▓▓▓ NV            03/29/1999
       ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓                   M-PERM        2000/08/2
    4. O'NEILL, STEVEN P                  ▓▓▓▓ NV            03/29/1999
       ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓           M-PERM        2000/10/0
    5. KENNEDY, THOMAS D                  ▓▓▓▓ NV            03/29/1999
       ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓             M-PERM        2000/10/0
    6. ALVAREZ, ROBERT E                  ▓▓▓▓ NV            03/29/1999
       ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
    7. LEARY, JOHN G                      ▓▓▓▓ NV            03/29/1999
       ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
    8. GUILFOYLE, JOHN P                  ▓▓▓▓ PP            03/29/1999
       ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

TO RETURN TO PRIOR DISPLAY, ENTER X ==>
```

Date: 8/1/2005 Time: 5:00:40 PM

```
yo/ua/us  16:52 FAX 517 727 0395      HUMAN RESOURCE DIVISION                    @015
```

Page: 1 Document Name: untitled

```
              EXPIRED LIST                          ELIG DATE: 1999/03/29
DEPARTMENT PROMO              ANNC: 6430            EXAM DATE: 1998/10/17
POLICE SERGEANT                                     TITLE CODE: 0083B
LOWELL POLICE DEPARTMENT                            DEPT NO: 41101400

    9. FINNERAL, CHRISTOPH H                 ▓▓▓▓ NV         03/29/1999
   10. ESPINOLA, JOSEPH M                    ▓▓▓▓ NV         03/29/1999
   11. LOMBARD, THOMAS E                     ▓▓▓▓ PP         03/29/1999
   12. LEAVITT, RICHARD J                    ▓▓▓▓ NV         03/29/1999
   13. HICKMAN, LAWRENCE J                   ▓▓▓▓ NV         03/29/1999
   14. HODGDON IV, JAMES J                   ▓▓▓▓ NV         03/29/1999
   15. NOONE, JONATHAN M                     ▓▓▓▓ NV         03/29/1999
   16. FULLER, SCOTT M                       ▓▓▓▓ NV         03/29/1999

TO RETURN TO PRIOR DISPLAY, ENTER X ==>
```

Date: 8/1/2005  Time: 5:00:59 PM

HUMAN RESOURCE DIVISION  ☒016

Page: 1 Document Name: untitled

```
           EXPIRED LIST                           ELIG DATE: 1999/03/29
DEPARTMENT PROMO           ANNC: 6430             EXAM DATE: 1998/10/17
POLICE SERGEANT                                   TITLE CODE: 0083B
LOWELL POLICE DEPARTMENT                          DEPT NO: 41101400
```

| # | Name | | Code | Date |
|---|---|---|---|---|
| 17. | LYMAN, EDWARD V | ▓▓ | PP | 03/29/1999 |
| 18. | SANTIAGO, JOSE O | ▓▓ | PP | 03/29/1999 |
| 19. | BOISVERT, MARTIN G | ▓▓ | NV | 03/29/1999 |
| 20. | MORRILL, STEPHEN M | ▓▓ | NV | 03/29/1999 |
| 21. | DALY JR., THOMAS J | ▓▓ | NV | 03/29/1999 |
| 22. | DYER, ROBERT J | ▓▓ | NV | 03/29/1999 |
| 23. | LUMENELLO, CHRIS | ▓▓ | NV | 03/29/1999 |
| 24. | LAMARCHE, DANIEL E | ▓▓ | PP | 03/29/1999 |

TO RETURN TO PRIOR DISPLAY, ENTER X ==>

Date: 8/1/2005 Time: 5:01:18 PM

```
Page: 1 Document Name: untitled
```

```
              EXPIRED LIST                              ELIG DATE: 1999/03/29
    DEPARTMENT PROMO          ANNC: 6430                EXAM DATE: 1998/10/17
    POLICE SERGEANT                                     TITLE CODE: 0083B
    LOWELL POLICE DEPARTMENT                            DEPT NO: 41101400

    25. CORCORAN, PAUL G                            ████ NV        03/29/1999

    26. BRACKETT, CROSBY                            ████ PP        03/29/1999

    27. QUIRBACH, DAVID A                           ████ NV        03/29/1999

    28. DIXON, VANESSA E                            ████ NV        03/29/1999

    29. POIRIER, MARK R                             ████ NV        03/29/1999

    30. EVANSWITTS, KAREN F                         ████ NV        03/29/1999

    31. SHEEHAN, JOHN J                             ████ NV        03/29/1999


    TO RETURN TO PRIOR DISPLAY, ENTER X ==>
```

Date: 8/1/2005 Time: 5:01:39 PM