```
SCREEN1                 APPLICANT INFORMATION                        NTAPP115
```

ALVAREZ, ROBERT E                   SSN: ███████  HISPN MALE
███████████                         DOB: ███████  TEL: ███████
███████████                         HANDICAP:
RACE CHANGED - ELIG UNIT(BJS)/ADDR CHG PER CD 1.7.88LL

| ANNC | TITLE | TYPE | SCHED | APP-CNTL |
|---|---|---|---|---|
| 9452 | MASS STATE POLICE TROOPER DIVISION OF STATE POLICE | O | 19841110 | 429780113 |
| 1023 | POLICE OFFICER | O | 19860308 | 604450236 |
| 2181 | STATE POLICE TROOPER DEPT OF PUBLIC SAFETY | O | 19870829 | 717060272 |
| 2395 | POLICE OFFICER | O | 19880305 | 803210216 |
| 3721 | POLICE OFFICER | O | 19901027 | 024900270 |
| ✓6430 | POLICE SERGEANT LOWELL POLICE DEPT | P | 19981017 | 822300025 |
| ✓6360 | POLICE SERGEANT LOWELL POLICE DEPT | P | 20001021 | 023400178 |

```
------ PF3 ---------------------------PF9--------------------------------
       RETURN                         QUIT
```

✓ = Applications attached.

Date: 8/1/2005 Time: 4:56:30 PM

```
Page: 1 Document Name: untitled

SCREEN1                     APPLICANT INFORMATION                          NTAPP115
---------------------------------------------------------------------------------
 √ 2750 POLICE SERGEANT                              P   20031018   324550016
      LOWELL POLICE DEPARTMENT
 ------ PF3 -------------------------PF9-----------------------------------------
       RETURN                        QUIT
```

Date: 8/1/2005  Time: 4:56:46 PM