Page: 1 Document Name: untitled

```
       0083A                                                    1986/07/09    1
           861457        PAUL F.TALBOT,ADMINISTRATOR
TOWN ADMINISTRATOR'S OFFICE   TOWN ADMINISTRATOR'S OFFICE
                              BILLERICA TOWN HALL
                              BILLERICA, MA
    BILLERICA
 12 PERM INTERMITTENT POLICE OFFICER @$10.04 PER HOUR.
 SELECTION MUST BE OF   12 OF THE FIRST    25 HIGHEST WHO WILL ACCEPT

      NAME/ ADDRESS OF ELIG APPLICANTS       ELIG-EXP  PER-CENT   F R O W S

      VOLEL, NANCY M.                B       0000/00/00

      MANDARANO, FRANCIS C                   0000/00/00

      CONEENY, CATHLEEN M                    0000/00/00

      CULLEN, JAMES A                        0000/00/00


           ENTER 'X' TO QUIT THE DISPLAY
```

Date: 1/24/2006 Time: 6:01:11 PM

Page: 1 Document Name: untitled

| Name | | Date |
|---|---|---|
| RIOS, SANTIAGO | | 0000/00/00 |
| ELMORE, STEVEN F | | 0000/00/00 |
| MACKENZIE, FRANK A | | 0000/00/00 |
| NESTOR, RICHARD F | | 0000/00/00 |
| ALVAREZ, ROBERT E | H | 0000/00/00 |
| TREMBLAY, STEVEN P | | 0000/00/00 |
| CONWAY, MARTIN E | | 0000/00/00 |
| GLAVIN, RICHARD J | | 0000/00/00 |
| MOORE, KENNETH W | B | 0000/00/00 |
| KENT, DAVID P. | | 0000/00/00 |

ENTER 'X' TO QUIT THE DISPLAY

Date: 1/24/2006 Time: 6:01:56 PM