```
                                    HUMAN RESOURCE DIVISION                    ☒014

Page: 1 Document Name: untitled

            EXPIRED LIST                        ELIG DATE: 1999/03/29
DEPARTMENT PROMO        ANNC: 6430              EXAM DATE: 1998/10/17
POLICE SERGEANT                                 TITLE CODE: 0083B
LOWELL POLICE DEPARTMENT                        DEPT NO: 41101400

    1. GOLNER, BARRY G              ▬▬▬ NV          03/29/1999
                                         M-PERM     1999/09/0
    2. LAROCQUE, DANIEL R           ▬▬▬ NV          03/29/1999
                                         M-PERM     2000/07/0
    3. CRAWFORD, DONALD G           ▬▬▬ NV          03/29/1999
                                         M-PERM     2000/08/2
    4. O'NEILL, STEVEN P            ▬▬▬ NV          03/29/1999
                                         M-PERM     2000/10/0
    5. KENNEDY, THOMAS D            ▬▬▬ NV          03/29/1999
                                         M-PERM     2000/10/0
    6. ALVAREZ, ROBERT E            ▬▬▬ NV          03/29/1999

    7. LEARY, JOHN G                ▬▬▬ NV          03/29/1999

    8. GUILFOYLE, JOHN P            ▬▬▬ PP          03/29/1999

TO RETURN TO PRIOR DISPLAY, ENTER X ==>
```

Date: 8/1/2005 Time: 5:00:40 PM

08/03/05 16:52 FAX 517 727 0395      HUMAN RESOURCE DIVISION                            ☒015

Page: 1 Document Name: untitled

```
                EXPIRED LIST                              ELIG DATE: 1999/03/29
DEPARTMENT PROMO              ANNC: 6430             EXAM DATE: 1998/10/17
POLICE SERGEANT                                          TITLE CODE: 0083B
LOWELL POLICE DEPARTMENT                                 DEPT NO: 41101400

    9. FINNERAL, CHRISTOPH H                ▓▓▓▓ NV          03/29/1999
   10. ESPINOLA, JOSEPH M                   ▓▓▓▓ NV          03/29/1999
   11. LOMBARD, THOMAS E                    ▓▓▓▓ PP          03/29/1999
   12. LEAVITT, RICHARD J                   ▓▓▓▓ NV          03/29/1999
   13. HICKMAN, LAWRENCE J                  ▓▓▓▓ NV          03/29/1999
   14. HODGDON IV, JAMES J                  ▓▓▓▓ NV          03/29/1999
   15. NOONE, JONATHAN M                    ▓▓▓▓ NV          03/29/1999
   16. FULLER, SCOTT M                      ▓▓▓▓ NV          03/29/1999

TO RETURN TO PRIOR DISPLAY, ENTER X ==>
```

Date: 8/1/2005 Time: 5:00:59 PM

HUMAN RESOURCE DIVISION                    ☒016

Page: 1 Document Name: untitled

```
        EXPIRED LIST                              ELIG. DATE: 1999/03/29
DEPARTMENT PROMO          ANNC: 6430             EXAM DATE: 1998/10/17
POLICE SERGEANT                                    TITLE CODE: 0063B
LOWELL POLICE DEPARTMENT                           DEPT NO: 41101400

  17. LYMAN, EDWARD V                     ▓▓▓ PP     03/29/1999
  18. SANTIAGO, JOSE O                    ▓▓▓ PP     03/29/1999
  19. BOISVERT, MARTIN G                  ▓▓▓ NV     03/29/1999
  20. MORRILL, STEPHEN M                  ▓▓▓ NV     03/29/1999
  21. DALY JR., THOMAS J                  ▓▓▓ NV     03/29/1999
  22. DYER, ROBERT J                      ▓▓▓ NV     03/29/1999
  23. LUMENELLO, CHRIS                    ▓▓▓ NV     03/29/1999
  24. LAMARCHE, DANIEL E                  ▓▓▓ PP     03/29/1999
```

TO RETURN TO PRIOR DISPLAY, ENTER X ==>

Date: 8/1/2005 Time: 5:01:18 PM

```
                                        HUMAN RESOURCE DIVISION                    ☒017
Page: 1 Document Name: untitled

         EXPIRED LIST                                    ELIG DATE: 1999/03/29
  DEPARTMENT PROMO              ANNC: 6430         EXAM DATE: 1998/10/17
  POLICE SERGEANT                                     TITLE CODE: 0083B
  LOWELL POLICE DEPARTMENT                             DEPT NO: 41101400

    25. CORCORAN, PAUL G                          ▇▇▇ NV        03/29/1999

    26. BRACKETT, CROSBY                          ▇▇▇ PP        03/29/1999

    27. QUIRBACH, DAVID A                         ▇▇▇ NV        03/29/1999

    28. DIXON, VANESSA E                          ▇▇▇ NV        03/29/1999

    29. POIRIER, MARK R                           ▇▇▇ NV        03/29/1999

    30. EVANSWITTS, KAREN F                       ▇▇▇ NV        03/29/1999

    31. SHEEHAN, JOHN J                           ▇▇▇ NV        03/29/1999


TO RETURN TO PRIOR DISPLAY, ENTER X ==>
```

Date: 8/1/2005 Time: 5:01:39 PM