UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | ) | |
|---|---|---|
| PEDRO LOPEZ, et al. | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Civil Action No. 07-11693-GAO |
| v. | ) | |
| | ) | |
| CITY OF LAWRENCE, et al. | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

### PLAINTIFFS' OPPOSITION TO DEFENDANT CITY OF BOSTON'S MOTION TO STRIKE

For the reasons set forth in Plaintiffs' Motion to Supplement Record, Plaintiffs oppose defendant City of Boston's motion to strike (Docket No. 309).

Plaintiffs do not, however, oppose the City of Boston's request to supplement the record by including the Affidavit of Jacinto Silva as a response to the Affidavit of Joel P. Wiesen, Ph.D. Plaintiffs respectfully suggest that the Court resolve this issue by accepting both affidavits into the record, with no party having any further right to supplement. This resolution would fairly and efficiently balance the rights and interests of all parties.

Respectfully Submitted,
PEDRO LOPEZ, et al., Plaintiffs,
By their attorneys

/s/ Stephen S. Churchill
Harold L. Lichten, BBO #549689
Shannon Liss-Riordan, BBO# 640716
Stephen S. Churchill, BBO#564158
Joseph L. Sulman, BBO #663635
LICHTEN & LISS-RIORDAN, P.C.
100 Cambridge Street, 20th Floor
Boston, MA 02114

Date: October 6, 2010                    (617) 994-5800

1

CERTIFICATE OF SERVICE

     I hereby certify that on October 6, 2010, a copy of this document was served by electronic filing on all counsel of record.

                                        /s/ Stephen S. Churchill
                                        Stephen S. Churchill