# ATTACHMENT "B"



U.S. Census Bureau
American FactFinder

FACT SHEET

## Lowell city, Massachusetts

View a Fact Sheet for a **race, ethnic, or ancestry group**

### Census 2000 Demographic Profile Highlights:

| General Characteristics - show more >> | Number | Percent | U.S. | | |
|---|---|---|---|---|---|
| Total population | 105,167 | | | map | brief |
| Male | 51,807 | 49.3 | 49.1% | map | brief |
| Female | 53,360 | 50.7 | 50.9% | map | brief |
| Median age (years) | 31.4 | (X) | 35.3 | map | brief |
| Under 5 years | 7,696 | 7.3 | 6.8% | map | |
| 18 years and over | 76,826 | 73.1 | 74.3% | | |
| 65 years and over | 11,313 | 10.8 | 12.4% | map | brief |
| One race | 101,046 | 96.1 | 97.6% | | |
| White | 72,145 | 68.6 | 75.1% | map | brief |
| Black or African American | 4,423 | 4.2 | 12.3% | map | brief |
| American Indian and Alaska Native | 256 | 0.2 | 0.9% | map | brief |
| Asian | 17,371 | 16.5 | 3.6% | map | brief |
| Native Hawaiian and Other Pacific Islander | 38 | 0.0 | 0.1% | map | brief |
| Some other race | 6,813 | 6.5 | 5.5% | map | |
| Two or more races | 4,121 | 3.9 | 2.4% | map | brief |
| Hispanic or Latino (of any race) | 14,734 | 14.0 | 12.5% | map | brief |
| Household population | 101,326 | 96.3 | 97.2% | map | brief |
| Group quarters population | 3,841 | 3.7 | 2.8% | map | |
| Average household size | 2.67 | (X) | 2.59 | map | brief |
| Average family size | 3.35 | (X) | 3.14 | map | |
| Total housing units | 39,468 | | | map | |
| Occupied housing units | 37,887 | 96.0 | 91.0% | | brief |
| Owner-occupied housing units | 16,309 | 43.0 | 66.2% | map | |
| Renter-occupied housing units | 21,578 | 57.0 | 33.8% | map | brief |
| Vacant housing units | 1,581 | 4.0 | 9.0% | map | |

| Social Characteristics - show more >> | Number | Percent | U.S. | | |
|---|---|---|---|---|---|
| Population 25 years and over | 64,421 | | | | |
| High school graduate or higher | 45,880 | 71.2 | 80.4% | map | brief |
| Bachelor's degree or higher | 11,675 | 18.1 | 24.4% | map | |
| Civilian veterans (civilian population 18 years and over) | 6,974 | 9.1 | 12.7% | map | brief |
| Disability status (population 5 years and over) | 22,378 | 23.2 | 19.3% | map | brief |
| Foreign born | 23,267 | 22.1 | 11.1% | map | brief |
| Male, Now married, except separated (population 15 years and over) | 17,741 | 45.1 | 56.7% | | brief |
| Female, Now married, except separated (population 15 years and over) | 17,584 | 42.0 | 52.1% | | brief |
| Speak a language other than English at home (population 5 years and over) | 39,724 | 40.7 | 17.9% | map | brief |

| Economic Characteristics - show more >> | Number | Percent | U.S. | | |
|---|---|---|---|---|---|
| In labor force (population 16 years and over) | 51,142 | 64.2 | 63.9% | | brief |
| Mean travel time to work in minutes (workers 16 years and over) | 24.3 | (X) | 25.5 | map | brief |
| Median household income in 1999 (dollars) | 39,192 | (X) | 41,994 | map | |
| Median family income in 1999 (dollars) | 45,901 | (X) | 50,046 | map | |
| Per capita income in 1999 (dollars) | 17,557 | (X) | 21,587 | map | |
| Families below poverty level | 3,299 | 13.6 | 9.2% | map | brief |
| Individuals below poverty level | 17,066 | 16.8 | 12.4% | map | |

| Housing Characteristics - show more >> | Number | Percent | U.S. | | |
|---|---|---|---|---|---|
| Single-family owner-occupied homes | 11,750 | | | | brief |

| | | | | | |
|---|---|---|---|---|---|
| Median value (dollars) | 134,200 | (X) | 119,600 | map | brief |
| Median of selected monthly owner costs | (X) | (X) | | | brief |
| With a mortgage (dollars) | 1,147 | (X) | 1,088 | map | |
| Not mortgaged (dollars) | 379 | (X) | 295 | | |

(X) Not applicable.

Source: U.S. Census Bureau, Summary File 1 (SF 1) and Summary File 3 (SF 3)

---

The letters PDF or symbol indicate a document is in the Portable Document Format (PDF). To view the file you will need the Adobe® Acrobat® Reader, which is available for **free** from the Adobe web site.




Main Search Feedback FAQs Glossary Site Map Help

DP-1. Profile of General Demographic Characteristics: 2000
Data Set: Census 2000 Summary File 1 (SF 1) 100-Percent Data
Geographic Area: **Lowell city, Massachusetts**

NOTE: For information on confidentiality protection, nonsampling error, definitions, and count corrections see http://factfinder.census.gov/home/en/datanotes/expsf1u.htm.

| Subject | Number | Percent |
|---|---|---|
| | | |
| **Total population** | **105,167** | **100.0** |
| | | |
| **SEX AND AGE** | | |
| Male | 51,807 | 49.3 |
| Female | 53,360 | 50.7 |
| | | |
| Under 5 years | 7,696 | 7.3 |
| 5 to 9 years | 8,261 | 7.9 |
| 10 to 14 years | 7,945 | 7.6 |
| 15 to 19 years | 8,111 | 7.7 |
| 20 to 24 years | 8,892 | 8.5 |
| 25 to 34 years | 18,025 | 17.1 |
| 35 to 44 years | 16,137 | 15.3 |
| 45 to 54 years | 11,588 | 11.0 |
| 55 to 59 years | 4,026 | 3.8 |
| 60 to 64 years | 3,173 | 3.0 |
| 65 to 74 years | 5,683 | 5.4 |
| 75 to 84 years | 4,173 | 4.0 |
| 85 years and over | 1,457 | 1.4 |
| | | |
| Median age (years) | 31.4 | (X) |
| | | |
| 18 years and over | 76,826 | 73.1 |
| Male | 37,236 | 35.4 |
| Female | 39,590 | 37.6 |
| 21 years and over | 71,273 | 67.8 |
| 62 years and over | 13,116 | 12.5 |
| 65 years and over | 11,313 | 10.8 |
| Male | 4,189 | 4.0 |
| Female | 7,124 | 6.8 |
| | | |
| **RACE** | | |
| One race | 101,046 | 96.1 |
| White | 72,145 | 68.6 |
| Black or African American | 4,423 | 4.2 |
| American Indian and Alaska Native | 256 | 0.2 |
| Asian | 17,371 | 16.5 |
| Asian Indian | 2,424 | 2.3 |
| Chinese | 661 | 0.6 |
| Filipino | 106 | 0.1 |
| Japanese | 48 | 0.0 |
| Korean | 147 | 0.1 |
| Vietnamese | 1,598 | 1.5 |
| Other Asian [1] | 12,387 | 11.8 |
| Native Hawaiian and Other Pacific Islander | 38 | 0.0 |
| Native Hawaiian | 5 | 0.0 |
| Guamanian or Chamorro | 8 | 0.0 |
| Samoan | 4 | 0.0 |
| Other Pacific Islander [2] | 21 | 0.0 |
| Some other race | 6,813 | 6.5 |
| Two or more races | 4,121 | 3.9 |
| | | |
| ***Race alone or in combination with one or more other races*** [3] | | |
| White | 75,049 | 71.4 |
| Black or African American | 5,209 | 5.0 |
| American Indian and Alaska Native | 676 | 0.6 |
| Asian | 18,781 | 17.9 |

| Subject | Number | Percent |
|---|---|---|
| Native Hawaiian and Other Pacific Islander | 276 | 0.3 |
| Some other race | 9,443 | 9.0 |
| | | |
| **HISPANIC OR LATINO AND RACE** | | |
| **Total population** | **105,167** | **100.0** |
| Hispanic or Latino (of any race) | 14,734 | 14.0 |
| Mexican | 282 | 0.3 |
| Puerto Rican | 9,604 | 9.1 |
| Cuban | 121 | 0.1 |
| Other Hispanic or Latino | 4,727 | 4.5 |
| Not Hispanic or Latino | 90,433 | 86.0 |
| White alone | 65,760 | 62.5 |
| | | |
| **RELATIONSHIP** | | |
| **Total population** | **105,167** | **100.0** |
| In households | 101,326 | 96.3 |
| Householder | 37,887 | 36.0 |
| Spouse | 15,202 | 14.5 |
| Child | 33,515 | 31.9 |
| Own child under 18 years | 25,093 | 23.9 |
| Other relatives | 7,533 | 7.2 |
| Under 18 years | 2,518 | 2.4 |
| Nonrelatives | 7,189 | 6.8 |
| Unmarried partner | 2,883 | 2.7 |
| In group quarters | 3,841 | 3.7 |
| Institutionalized population | 1,120 | 1.1 |
| Noninstitutionalized population | 2,721 | 2.6 |
| | | |
| **HOUSEHOLDS BY TYPE** | | |
| **Total households** | **37,887** | **100.0** |
| Family households (families) | 23,982 | 63.3 |
| With own children under 18 years | 12,894 | 34.0 |
| Married-couple family | 15,202 | 40.1 |
| With own children under 18 years | 7,627 | 20.1 |
| Female householder, no husband present | 6,602 | 17.4 |
| With own children under 18 years | 4,210 | 11.1 |
| Nonfamily households | 13,905 | 36.7 |
| Householder living alone | 10,969 | 29.0 |
| Householder 65 years and over | 3,522 | 9.3 |
| | | |
| Households with individuals under 18 years | 14,166 | 37.4 |
| Households with individuals 65 years and over | 8,005 | 21.1 |
| | | |
| Average household size | 2.67 | (X) |
| Average family size | 3.35 | (X) |
| | | |
| **HOUSING OCCUPANCY** | | |
| **Total housing units** | **39,468** | **100.0** |
| Occupied housing units | 37,887 | 96.0 |
| Vacant housing units | 1,581 | 4.0 |
| For seasonal, recreational, or occasional use | 87 | 0.2 |
| | | |
| Homeowner vacancy rate (percent) | 1.2 | (X) |
| Rental vacancy rate (percent) | 3.1 | (X) |
| | | |
| **HOUSING TENURE** | | |
| **Occupied housing units** | **37,887** | **100.0** |
| Owner-occupied housing units | 16,309 | 43.0 |
| Renter-occupied housing units | 21,578 | 57.0 |
| | | |
| Average household size of owner-occupied unit | 2.87 | (X) |
| Average household size of renter-occupied unit | 2.53 | (X) |

(X) Not applicable

[1] Other Asian alone, or two or more Asian categories.

[2] Other Pacific Islander alone, or two or more Native Hawaiian and Other Pacific Islander categories.

[3] In combination with one or more other races listed. The six numbers may add to more than the total population and the six percentages may add to more than 100 percent because individuals may report more than one race.

Source: U.S. Census Bureau, Census 2000 Summary File 1, Matrices P1, P3, P4, P8, P9, P12, P13, P,17, P18, P19, P20, P23, P27, P28, P33, PCT5, PCT8, PCT11, PCT15, H1, H3, H4, H5, H11, and H12.




Main Search Feedback FAQs Glossary Site Map Help

DP-2. Profile of Selected Social Characteristics: 2000
Data Set: Census 2000 Summary File 3 (SF 3) - Sample Data
Geographic Area: **Lowell city, Massachusetts**

NOTE: Data based on a sample except in P3, P4, H3, and H4. For information on confidentiality protection, sampling error, nonsampling error, definitions, and count corrections see http://factfinder.census.gov/home/en/datanotes/expsf3.htm.

| Subject | Number | Percent |
|---|---|---|
| | | |
| **SCHOOL ENROLLMENT** | | |
| **Population 3 years and over enrolled in school** | **30,686** | **100.0** |
| Nursery school, preschool | 1,880 | 6.1 |
| Kindergarten | 1,325 | 4.3 |
| Elementary school (grades 1-8) | 13,556 | 44.2 |
| High school (grades 9-12) | 6,071 | 19.8 |
| College or graduate school | 7,854 | 25.6 |
| | | |
| **EDUCATIONAL ATTAINMENT** | | |
| **Population 25 years and over** | **64,421** | **100.0** |
| Less than 9th grade | 8,337 | 12.9 |
| 9th to 12th grade, no diploma | 10,204 | 15.8 |
| High school graduate (includes equivalency) | 20,674 | 32.1 |
| Some college, no degree | 10,133 | 15.7 |
| Associate degree | 3,398 | 5.3 |
| Bachelor's degree | 7,386 | 11.5 |
| Graduate or professional degree | 4,289 | 6.7 |
| | | |
| Percent high school graduate or higher | 71.2 | (X) |
| Percent bachelor's degree or higher | 18.1 | (X) |
| | | |
| **MARITAL STATUS** | | |
| **Population 15 years and over** | **81,207** | **100.0** |
| Never married | 30,027 | 37.0 |
| Now married, except separated | 35,325 | 43.5 |
| Separated | 2,538 | 3.1 |
| Widowed | 5,743 | 7.1 |
| Female | 4,661 | 5.7 |
| Divorced | 7,574 | 9.3 |
| Female | 4,407 | 5.4 |
| | | |
| **GRANDPARENTS AS CAREGIVERS** | | |
| **Grandparent living in household with one or more own grandchildren under 18 years** | **2,360** | **100.0** |
| Grandparent responsible for grandchildren | 577 | 24.4 |
| | | |
| **VETERAN STATUS** | | |
| **Civilian population 18 years and over** | **76,818** | **100.0** |
| Civilian veterans | 6,974 | 9.1 |
| | | |
| **DISABILITY STATUS OF THE CIVILIAN NONINSTITUTIONALIZED POPULATION** | | |
| **Population 5 to 20 years** | **26,395** | **100.0** |
| With a disability | 2,844 | 10.8 |
| | | |
| **Population 21 to 64 years** | **59,757** | **100.0** |
| With a disability | 14,955 | 25.0 |
| Percent employed | 51.0 | (X) |
| No disability | 44,802 | 75.0 |
| Percent employed | 77.6 | (X) |
| | | |
| **Population 65 years and over** | **10,123** | **100.0** |
| With a disability | 4,579 | 45.2 |
| | | |
| **RESIDENCE IN 1995** | | |
| **Population 5 years and over** | **97,516** | **100.0** |
| Same house in 1995 | 48,748 | 50.0 |
| Different house in the U.S. in 1995 | 42,009 | 43.1 |

| Subject | Number | Percent |
|---|---|---|
| Same county | 30,746 | 31.5 |
| Different county | 11,263 | 11.5 |
| Same state | 4,396 | 4.5 |
| Different state | 6,867 | 7.0 |
| Elsewhere in 1995 | 6,759 | 6.9 |
| | | |
| **NATIVITY AND PLACE OF BIRTH** | | |
| **Total population** | **105,167** | **100.0** |
| Native | 81,900 | 77.9 |
| Born in United States | 76,494 | 72.7 |
| State of residence | 65,411 | 62.2 |
| Different state | 11,083 | 10.5 |
| Born outside United States | 5,406 | 5.1 |
| Foreign born | 23,267 | 22.1 |
| Entered 1990 to March 2000 | 9,547 | 9.1 |
| Naturalized citizen | 7,022 | 6.7 |
| Not a citizen | 16,245 | 15.4 |
| | | |
| **REGION OF BIRTH OF FOREIGN BORN** | | |
| **Total (excluding born at sea)** | **23,267** | **100.0** |
| Europe | 3,650 | 15.7 |
| Asia | 12,472 | 53.6 |
| Africa | 1,366 | 5.9 |
| Oceania | 8 | 0.0 |
| Latin America | 5,196 | 22.3 |
| Northern America | 575 | 2.5 |
| | | |
| **LANGUAGE SPOKEN AT HOME** | | |
| **Population 5 years and over** | **97,516** | **100.0** |
| English only | 57,792 | 59.3 |
| Language other than English | 39,724 | 40.7 |
| Speak English less than 'very well | 18,094 | 18.6 |
| Spanish | 12,121 | 12.4 |
| Speak English less than "very well" | 5,340 | 5.5 |
| Other Indo-European languages | 12,610 | 12.9 |
| Speak English less than "very well" | 4,910 | 5.0 |
| Asian and Pacific Island languages | 13,899 | 14.3 |
| Speak English less than "very well" | 7,629 | 7.8 |
| | | |
| **ANCESTRY (single or multiple)** | | |
| **Total population** | **105,167** | **100.0** |
| *Total ancestries reported* | 114,039 | 108.4 |
| Arab | 526 | 0.5 |
| Czech[1] | 46 | 0.0 |
| Danish | 88 | 0.1 |
| Dutch | 345 | 0.3 |
| English | 6,252 | 5.9 |
| French (except Basque)[1] | 11,607 | 11.0 |
| French Canadian[1] | 8,846 | 8.4 |
| German | 2,403 | 2.3 |
| Greek | 2,815 | 2.7 |
| Hungarian | 74 | 0.1 |
| Irish[1] | 20,467 | 19.5 |
| Italian | 5,972 | 5.7 |
| Lithuanian | 397 | 0.4 |
| Norwegian | 172 | 0.2 |
| Polish | 3,304 | 3.1 |
| Portuguese | 6,067 | 5.8 |
| Russian | 416 | 0.4 |
| Scotch-Irish | 895 | 0.9 |
| Scottish | 1,296 | 1.2 |
| Slovak | 9 | 0.0 |
| Subsaharan African | 1,605 | 1.5 |
| Swedish | 586 | 0.6 |
| Swiss | 6 | 0.0 |
| Ukrainian | 55 | 0.1 |
| United States or American | 2,644 | 2.5 |
| Welsh | 83 | 0.1 |
| West Indian (excluding Hispanic groups) | 437 | 0.4 |
| Other ancestries | 36,626 | 34.8 |

(X) Not applicable.

Case 1:07-cv-11693-GAO Document 323-2 Filed 11/19/10 Page 8 of 8

[1] The data represent a combination of two ancestries shown separately in Summary File 3. Czech includes Czechoslovakian. French includes Alsatian. French Canadian includes Acadian/Cajun. Irish includes Celtic.

Ancestry Code List (PDF 35KB)

Place of Birth Code List (PDF 74KB)

Language Code List (PDF 17KB)

Source: U.S. Census Bureau, Census 2000 Summary File 3, Matrices P18, P19, P21, P22, P24, P36, P37, P39, P42, PCT8, PCT16, PCT17, and PCT19