UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PEDRO LOPEZ, et al.,<br><br>        Plaintiffs<br><br>v.<br><br>CITY OF LAWRENCE,<br>MASSACHUSETTS, et al.,<br><br>        Defendants | Civil Action No. 07-11693-GAO |

## NOTICE OF WITHDRAWAL

Kindly withdraw the appearance of Mary Jo Harris as Counsel for the Defendant, City of Boston, in the above-captioned matter.

                                      Respectfully submitted,
                                      CITY OF BOSTON,
                                      By its attorneys,

                                      WILLIAM F. SINNOTT
                                      Corporation Counsel

                                      /s/ Mary Jo Harris
                                      Mary Jo Harris (BBO #561484)
                                      Robert P. Morris (BBO #546052)
                                      Special Assistant
                                        Corporation Counsel
                                      MORGAN, BROWN & JOY, LLP
                                      200 State Street, 11th Floor
                                      Boston, MA  02109
                                      (617) 523-6666

Dated:  November 24, 2010

## CERTIFICATE OF SERVICE

I, Mary Jo Harris, certify that on November 24, 2010, this document was filed electronically through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to any persons indicated as non-registered participants.

                                        /s/Mary Jo Harris
                                        Mary Jo Harris