UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| PEDRO LOPEZ, et al. )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>CITY OF LAWRENCE, et al. )<br>)<br>Defendant. )<br>) | Civil Action No. 07-11693-GAO |

**ASSENTED-TO MOTION TO CONTINUE
CLOSING ARGUMENTS HEARING**

Now come the Plaintiffs in this matter and request that the Court continue the closing arguments hearing currently scheduled for January 14, 2010 to February 1, 2011.

As grounds therefor, Plaintiffs' counsel asserts he has prepaid airline tickets and reservations for January 13 through January 17 and will not be available during that time frame. In addition, all opposing counsel have assented to the proposed date of February 1, 2011.

Respectfully Submitted,

PEDRO LOPEZ, et al., Plaintiffs,
By their attorneys,

/s/ *Harold L. Lichten*
Harold L. Lichten, BBO #549689
Shannon Liss-Riordan, BBO# 640716
Stephen S. Churchill, BBO#564158
Joseph L. Sulman, BBO #663635
LICHTEN & LISS-RIORDAN, P.C.
100 Cambridge Street, 20th Floor
Boston, MA 02114
(617) 994-5800

1

| | |
|---|---|
| CITY OF BOSTON,<br><br>By its attorneys, | CITY OF LOWELL and the APPOINTING AUTHORITY FOR THE CITY OF LOWELL,<br><br>By their attorneys, |
| */s/ Robert P. Morris*<br>Robert P. Morris BBO#546052<br>Special Assistant Corporation Counsel<br>MORGAN, BROWN & JOY, LLP<br>200 State Street, 11th Floor<br>Boston, MA 02109-2605<br>(617) 523-6666 | */s/ Brian W. Leahey*<br>Brian W. Leahey BBO#567403<br>City of Lowell - Law Department<br>375 Merrimack Street, 3rd Floor<br>Lowell, MA 01852<br>(978) 970-4050 |
| CITY OF METHUEN and WILLIAM MANZI, III, in his capacity as MAYOR of the CITY OF METHUEN,<br><br>By their attorneys, | CITY OF WORCESTER and MICHAEL O'BRIEN in his capacity as MAYOR of the CITY OF WORCESTER,<br><br>By their attorneys, |
| */s/ Peter J. McQuillan*<br>Peter J. McQuillan BBO#340180<br>Office of the City Solicitor<br>41 Pleasant Street, Room 311<br>Methuen, MA 01844<br>(978) 983-8575 | */s/ Laurie W. Engdahl*<br>Laurie W. Engdahl BBO# 554635<br>Collins, Loughran & Peloquin, P.C.<br>320 Norwood Park South<br>Norwood, MA 02062<br>(781) 762-2229 |
| CITY OF SPRINGFIELD and MAYOR DOMENIC SARNO, JR. in his capacity as MAYOR of the CITY OF SPRINGFIELD, | MBTA, DANIEL GRABAUSKAS in his capacity as GENERAL MANAGER, and THE BOARD OF TRUSTEES OF THE MBTA, |
| */s/ Edward M. Pikula*<br>Edward M. Pikula BBO# 399770<br>City Solicitor<br>City of Springfield – Law Department<br>36 Court Street, Room 210<br>Springfield, MA 01103<br>(413) 787-6085 | */s/ Kevin S. McDermott*<br>Kevin S. McDermott BBO#544513<br>Assistant General Counsel<br>MBTA Law Department<br>Ten Park Plaza, Suite 7760<br>Boston, MA 02116<br>(617) 222-4756 |

Dated: December 16, 2010

## CERTIFICATE OF SERVICE

      I, Harold L. Lichten, hereby certify that on December 16, 2010, the foregoing document was filed electronically through the ECF System, is available for viewing and downloading from the ECF System, will be sent electronically to counsel of record as registered participants identified on the Notice of Electronic Filing.

                                                      /s/ *Harold L. Lichten* _____
                                                      Harold L. Lichten