UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
*************************************************
PEDRO LOPEZ, et al.,                            *
                                                *
        Plaintiffs                              *
v.                                              *   Civil Action No. 07-11693-GAO
                                                *
CITY OF LAWRENCE, MASSACHUSETTS,                *
et al.,                                         *
                                                *
        Defendants                              *
*************************************************
```

## NOTICE OF APPEARANCE

Please enter the appearance of attorney Laurence J. Donoghue of Morgan, Brown and Joy, LLP, as counsel for Defendant City of Boston in the above-referenced matter.

    Respectfully submitted,

    CITY OF BOSTON

    By its attorneys,

    WILLIAM F. SINNOTT
    Corporation Counsel

    /s/ Laurence J. Donoghue
    Laurence J. Donoghue (BBO# 130140)
    Robert P. Morris (BBO #546052)
    Special Assistant Corporation Counsel
    MORGAN, BROWN & JOY, LLP
    200 State Street, 11th Floor
    Boston, Massachusetts 02109
    Tel: (617) 523-6666
    Fax: (614) 977-9245
    ldonoghue@morganbrown.com

Dated: January 31, 2011

**CERTIFICATE OF SERVICE**

In accordance with Local Rule 5.2(b), I, Laurence J. Donoghue, hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on January 31, 2011.

/s/ Laurence J. Donoghue
Laurence J. Donoghue