UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                    )
PEDRO LOPEZ, et al.                 )
                                    )
           Plaintiffs,              )
                                    )   Civil Action No. 07-11693-GAO
       v.                           )
                                    )
CITY OF LAWRENCE, et al.            )
                                    )
           Defendant.               )
_____)

**NOTICE OF WITHDRAWAL OF APPEARANCE OF JOSEPH L. SULMAN, ESQ.**

Please withdraw the appearance of Joseph L. Sulman as attorney for Plaintiffs in the above-captioned matter.

                                Respectfully submitted,

                                PEDRO LOPEZ, et al., and all others similarly situated,

                                By their attorneys,

                                __/s/ Joseph L. Sulman_____
                                Harold L. Lichten, BBO #549689
                                Shannon Liss-Riordan, BBO# 640716
                                Stephen S. Churchill, BBO#564158
                                Joseph L. Sulman, BBO #663635
                                LICHTEN & LISS-RIORDAN, P.C.
                                100 Cambridge Street, 20th Floor
                                Boston, MA 02114
                                (617) 994-5800

Dated: March 8, 2011

**CERTIFICATE OF SERVICE**

 I hereby certify that on March 8, 2011, a copy of this document was served by electronic filing on all counsel of record.

       /s/ Joseph L. Sulman
       Joseph L. Sulman, Esq.