UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 07-11693-GAO

PEDRO LOPEZ, et al.,
Plaintiffs,

v.

CITY OF LAWRENCE, MASSACHUSETTS, et al.,
Defendants.

ORDER REGARDING CERTAIN MOTIONS
March 31, 2011

O'TOOLE, D.J.

At the close of the plaintiffs' case, all defendants but Boston moved for judgment on partial findings pursuant to Federal Rule of Civil Procedure 52(c). The Court reserved ruling at that time, and the defendants then presented their evidence, fully submitting the case to the Court. Proposed findings of fact and conclusions of law now have been fully briefed and a hearing on closing arguments by all parties was held on February 1, 2011.

In light of the posture of the case, the City of Worcester's Motion to Dismiss (dkt. no. 215) and the defendants' several pending interim motions (dkt. nos. 276, 277, 280, 281, 282, 283, 287) are deemed moot.

   /s/ George A. O'Toole, Jr.
United States District Judge