UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PEDRO LOPEZ; ABEL CANO; KEVIN SLEDGE; CHARLES DEJESUS; RICHARD BROOKS; ROBERT ALVAREZ; MARISOL NOBREGA; SPENCER TATUM; THE MASSACHUSETTS HISPANIC LAW ENFORCEMENT ASSOCIATION, INDIVIDUALLY AND ON BEHALF OF A CLASS OF INDIVIDUALS SIMILARLY SITUATED,<br><br>    **Plaintiffs**<br><br>    v.<br><br>CITY OF LAWRENCE, MASSACHUSETTS; CITY OF METHUEN, MASSACHUSETTS; COMMONWEALTH OF MASSACHUSETTS; PAUL DIETL, IN HIS CAPACITY AS PERSONNEL ADMINISTRATOR FOR THE COMMONWEALTH OF MASSACHUSETTS HUMAN RESOURCES DIVISION; JOHN MICHAEL SULLIVAN, IN HIS CAPACITY AS MAYOR OF THE CITY OF LAWRENCE, MASSACHUSETTS; WILLIAM MANZI, III, IN HIS CAPACITY AS MAYOR OF THE CITY OF METHUEN, MASSACHUSETTS; CITY OF LOWELL, MASSACHUSETTS; WILLIAM F. MARTIN, IN HIS CAPACITY AS MAYOR OF THE CITY OF LOWELL, MASSACHUSETTS; CITY OF WORCESTER, MASSACHUSETTS; and KONSTANTINA B. LUKES, IN HER CAPACITY AS MAYOR OF THE CITY OF WORCESTER, MASSACHUSETTS,<br><br>    **Defendants** | Case No. 07-CA-11693-JLT |

## NOTICE OF APPEARANCE

Please enter on the docket my appearance as attorney for the Defendants City of Worcester and Konstantina B. Lukes, in her capacity as Mayor of the City of Worcester.

        Respectfully submitted,

        CITY OF WORCESTER and
        MAYOR KONSTANTINA B. LUKES

        By their attorneys,

        /s/ Tim D. Norris
        Tim D. Norris    BBO #552969
        Collins, Loughran & Peloquin, P.C.
        320 Norwood Park South
        Norwood, MA 02062
        781-762-2229
        tnorris@collinslabor.com

Dated: November 22, 2011

## Certificate of Service

I, Tim D. Norris, attorney for Defendants City of Worcester and Konstantina B. Lukes, in her capacity as Mayor of the City of Worcester, hereby certify this 22nd day of November, 2011 that I served a copy of the foregoing document via electronic upon all counsel of record.

        /s/ Tim D. Norris
        Tim D. Norris