# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| PEDRO LOPEZ, ET AL., ) | |
| Plaintiffs, ) | |
| v. ) | Case No. 07-11693-GAO |
| CITY OF LAWRENCE, ) MASSACHUSETTS, ET AL., ) | |
| Defendants. ) | |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Kindly withdraw the appearance of Laurie W. Engdahl as attorney for the City of Worcester and Michael O'Brien, City Manager, in the above captioned matter. The law firm of Collins, Loughran and Peloquin, 320 Norwood Park South, Norwood, MA 02062, will continue to represent the City of Worcester and City Manager Michael O'Brien.

Respectfully submitted,

LAURIE W. ENGDAHL

/s/Laurie W. Engdahl

Laurie W. Engdahl
B.B.O. #554635
104 Nickles Lane
Carlisle, MA 01741
617-678-7788
lengdahl@comcast.net

Date:   December 9, 2011

## CERTIFICATE OF SERVICE

I, Laurie W. Engdahl, certify that on December 9, 2011, this document filed electronically through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to any persons indicated as non-registered participants.

/s/Laurie W. Engdahl

Laurie W. Engdahl