**MORGAN, BROWN & JOY LLP**
ATTORNEYS AT LAW
200 STATE STREET
BOSTON, MASSACHUSETTS 02109-2605
TELEPHONE (617) 523-6666
FACSIMILE (617) 367-3125

LAURENCE J. DONOGHUE

DIRECT DIAL (617) 788-5003
E-FAX (617) 977-9218
ldonoghue@morganbrown.com

May 22, 2012

**VIA ELECTRONIC FILING**

Hon. George A. O'Toole, Jr., U.S.D.J.
United States District Court
For the District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

    Re:   *Lopez, et al v. City of Lawrence, et al*
             C.A. No. 07-11693-GAO

Dear Judge O'Toole:

    The undersigned represent the plaintiffs, Pedro Lopez, *et al* and the defendant City of Boston in the above matter.

    This matter involves a challenge to the selection process for the position of Police Sergeant in the City of Boston and various other communities. The matter was bifurcated and a bench trial on liability was held on various dates in 2010. Final arguments were presented to the court on February 1, 2011.

    On behalf of the plaintiffs and the defendant City of Boston, and with an understanding of the other important obligations and priorities of the court, we are respectfully inquiring as to whether a decision in this matter can be issued expeditiously. The pendency of the present litigation has caused uncertainty as to the process the City can and should follow in the selection of candidates for Police Sergeant. Because the City is reluctant to make promotions under a system which is under legal challenge, the City has not given a recent exam and is making promotions utilizing the results of the 2008 exam. Therefore, officers who would now be eligible to take the exam, but who were not eligible in 2008, do not have the opportunity to be promoted. This is not ideal for either the City or police officers who may be interested in promotional opportunities.

MORGAN, BROWN & JOY LLP

Hon. George A. O'Toole, Jr., U.S.D.J.
United States District Court
For the District of Massachusetts
John Joseph Moakley U.S. Courthouse
May 22, 2012
Page 2


Once again, the signatories to this letter understand that that there are other matters of importance before the court. However we do respectfully ask that a decision in this matter be expedited, if that is at all possible.

Thank you for your consideration. Copies of this letter have been served on all other counsel of record in this matter

Respectfully submitted,

Plaintiffs
PEDRO LOPEZ, ET AL

Defendant
CITY OF BOSTON

By _/s/ Harold L. Lichten_
Harold L. Lichten
LICHTEN & LISS-RIORDAN, P.C.
100 Cambridge Street
Boston, MA 021114
617.994.5800
hlichten@llrlaw.com

By _/s/ Laurence J. Donoghue_
Laurence J. Donoghue
MORGAN, BROWN & JOY, LLP
200 State Street
Boston, MA 02109
617.523.6666
ldonoghue@morganbrown.com

cc: all counsel of record