## MORGAN, BROWN & JOY LLP
ATTORNEYS AT LAW
200 STATE STREET
BOSTON, MASSACHUSETTS 02109-2605
TELEPHONE (617) 523-6666
FACSIMILE (617) 367-3125

LAURENCE J. DONOGHUE

DIRECT DIAL (617) 788-5003
E-FAX (617) 977-9218
ldonoghue@morganbrown.com

May 14, 2013

VIA ELECTRONIC FILING

Hon. George A. O'Toole, Jr., U.S.D.J.
United States District Court
For the District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

Re:   *Lopez, et al v. City of Lawrence, et al*
      C.A. No. 07-11693-GAO

Dear Judge O'Toole:

The undersigned represents the defendant City of Boston in the above matter. I write this letter with the authorization of counsel for the plaintiffs.

This matter involves a challenge to the selection process for the position of Police Sergeant in the City of Boston and various other communities. The matter was bifurcated and a bench trial on liability was held on various dates in 2010. Final arguments were presented to the court on February 1, 2011.

On behalf of the defendant City of Boston, I am once again respectfully inquiring whether a decision in this matter can be issued expeditiously (see previous letter dated from the undersigned and plaintiff's counsel dated May 22, 2012). The pendency of the present litigation continues to cause uncertainty as to the process the City can and should follow in the selection of candidates for Police Sergeant. Because the City remains reluctant to make promotions under a system which is under legal challenge, it is still making promotions utilizing the results of the 2008 exam. Therefore, officers who would now be eligible to take the exam, but who were not eligible in 2008, do not have the opportunity to be promoted.

MORGAN, BROWN & JOY LLP

Hon. George A. O'Toole, Jr., U.S.D.J.
United States District Court
For the District of Massachusetts
John Joseph Moakley U.S. Courthouse
May 14, 2013
Page 2

    Further, issues as to promotion procedures are currently the topic of collective bargaining negotiations between the City and the labor organizations representing its police officers. These negotiations cannot proceed absent guidance from the court as to the legal issues presented in the above lawsuit.

    I am authorized to represent that counsel for the plaintiffs joins me in this request. We do understand that there are other matters of importance before the court. However we respectfully ask that a decision in this matter be expedited, if that is at all possible.

    Thank you for your consideration. Copies of this letter have been served on all other counsel of record in this matter

Respectfully submitted,

Defendant
CITY OF BOSTON

By _____
Laurence J. Donoghue
MORGAN, BROWN & JOY, LLP
200 State Street
Boston, MA 02109
617.523.6666
ldonoghue@morganbrown.com

cc:    Harold Lichten, Esq.
       all other counsel of record