UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 07-CV-11693-JLT

| | |
|---|---|
| PEDRO LOPEZ; ABEL CANO; KEVIN SLEDGE; CHARLES DEJESUS; RICHARD BROOKS; ROBERT ALVAREZ; MARISOL NOBREGA; SPENCER TATUM; THE MASSACHUSETTS HISPANIC LAW ENFORCEMENT ASSOCIATION; INDIVIDUALLY AND ON BEHALF OF A CLASS OF INDIVIDUALS SIMILARLY SITUATED,<br>    Plaintiffs,<br><br>v.<br><br>CITY OF LAWRENCE, MASSACHUSETTS; CITY OF METHUEN, MASSACHUSETTS; COMMONWEALTH OF MASSACHUSETTS; PAUL DIETL, IN HIS CAPACITY AS PERSONNEL ADMINISTRATOR FOR THE COMMONWEALTH OF MASSACHUSETTS, HUMAN RESOURCES DIVISION; JOHN MICHAEL SULLIVAN, IN HIS CAPACITY AS MAYOR OF THE CITY OF LAWRENCE, MASSACHUSETTS; WILLIAM MANZI, III, IN HIS CAPACITY AS MAYOR OF CITY OF METHUEN, MASSACHUSETTS; CITY OF LOWELL, MASSACHUSETTS; WILLIAM F. MARTIN, IN HIS CAPACITY AS MAYOR OF THE CITY OF LOWELL MASSACHUSETTS; CITY OF WORCESTER, MASSACHUSETTS; AND KONSTANTINA B. LUKES, IN HER CAPACITY AS MAYOR OF THE CITY OF WORCESTER, MASSACHUSETTS,<br>    Defendants | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

**TO THE CLERK OF THE ABOVE-NAMED COURT:**

Kindly withdraw my appearance as attorney for Defendants, City of Lowell and the Appointing Authority for the City of Lowell, in the above-captioned case.

Appearance of successor counsel, Gina M. Atwood, has this date been filed with the Court.

| | |
|---|---|
| July 31, 2013 | CITY OF LOWELL and the APPOINTING AUTHORITY FOR THE CITY OF LOWELL, DEFENDANTS |

/s Brian W. Leahey
Brian W. Leahey, Esq.
BBO #567403
Law Office of Brian W. Leahey PC
327 Gorham Street
Lowell MA 01852
Tel: 978-459-0396
bleahey@leaheypc.com,

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing document, was filed through the Electronic Case Filing System for filing and electronic service to the registered participants as identified on the Notice of Electronic Filing on July 31, 2013.

//s Brian W. Leahey
Brian W. Leahey, Esq.