UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. No. 07-cv-11693-GAO

PEDRO LOPEZ; ABEL CANO;
KEVIN SLEDGE; CHARLES DEJESUS;
RICHARD BROOKS; ROBERT ALVAREZ;
MARISOL NOBREGA; SPENCER TATUM;
THE MASSACHUSETTS HISPANIC LAW
ENFORCEMENT ASSOCIATION, INDIVIDUALLY
AND ON BEHALF OF A CLASS OF
INIVIDUALS SIMILARLY SITUATED,
          PLAINTIFFS

V.

CITY OF LAWRENCE, MASSACHUETTS;
CITY OF METHUEN, MASSACHUSETTS;
COMMONWEALTH OF MASSACHUSETTS;
PAUL DIETL, IN HIS CAPACITY AS PERSONNEL ADMINISTRATOR FOR
THE COMMONWEALTH OFMASSACHUSETTS, HUMAN RESOURCES
DIVISION; JOHN MICHAEL SULLIVAN, IN HIS CAPACITY AS MAYOR
OF THE CITY OF LAWRENCE, MASSACHUSETTS;
WILLIAM MANZI, III, IN HIS CAPACITY AS MAYOR
OF THE CITY OF METHUEN, MASSACHUSETTS; CITY OF LOWELL,
MASSACHUSETTS; WILLIAM F. MARTIN, IN HIS CAPACITY AS
MAYOR OF THE CITY OF LOWELL, MASSACHUSETTS; CITY OF
WORCESTER, MASSACHUSETTS; AND KONSTANTINA B. LUKES,
IN HER CAPACITY AS MAYOR OF THE CITY OF
WORCESTER, MASSACHUSETTS,
          DEFENDANTS

**APPEARANCE**

**TO THE CLERK OF THE ABOVE-NAMED COURT:**

Kindly enter my appearance as attorney for William Manzi, III, in his capacity as Mayor of the City of Methuen.

| | |
|---|---|
| Dated: August 7, 2013 | Respectfully Submitted,<br>William Manzi, III,<br>Mayor of the City of Methuen,<br>By His/Its Attorney,<br><br>*/s/ Anne L. Randazzo*<br>Anne L. Randazzo<br>Asst. City Solicitor<br>City of Methuen<br>41 Pleasant Street, Suite 311<br>Methuen, MA  01844<br>(978) 983-8575<br>BBO No. 411670 |

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent by first class mail, postage Prepaid, to those indicated as non-registered participants on this date.

| | |
|---|---|
| Date: August 7, 2013 | *s/s Anne L. Randazzo*<br>Anne L. Randazzo |