UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C.A. No. 07-11693-GAO

PEDRO LOPEZ, ET AL.,

    Plaintiffs

v.

CITY OF LAWRENCE, MASSACHUSETTS,
 ET AL.,

    Defendants

NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE-NAMED COURT:

    Please enter the appearance of the undersigned as counsel for the defendants, City of Methuen, Massachusetts and William Manzi, III, in his capacity as Mayor of City of Methuen, Massachusetts, in the above-captioned matter.

                                          CITY OF METHUEN,
                                        MASSACHUSETTS AND WILLIAM
                                        MANZI, III, IN HIS CAPACITY AS
                                        MAYOR OF CITY OF METHUEN,
                                        MASSACHUSETTS

                                        By their attorney,

                                        /s/ Katharine I. Doyle
                                        Katharine I. Doyle (BBO# 634131)
                                        Kopelman and Paige, P.C.
                                         City Solicitor
                                        101 Arch Street
                                        12th Floor
                                        Boston, MA 02110-1109
                                        (617) 556-0007

Date:  August 8, 2013

479755/MTHU/0001

## CERTIFICATE OF SERVICE

    I, Katharine I. Doyle, certify that the above document will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be served upon any party or counsel of record who is not a registered participant of the Court's ECF system upon notification by the Court of those individuals who will not be served electronically.

                                        /s/ Katharine I. Doyle