## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

_____

PEDRO LOPEZ, ET AL.,  )
    Plaintiffs,  )
                                            )
    v.  )
                                            ) C.A. No. 07-11693-GAO
CITY OF LAWRENCE, MASSACHUSETTS,  )
ET AL.,  )
    Defendants.  )
_____)

### MOTION BY THE DEFENDANTS
### FOR A STATUS CONFERENCE

The Defendants in the above matter move the Court to schedule a status conference at a date convenient to the Court. The purpose of the proposed conference is to discuss the following circumstances which have arisen or changed since closing arguments in this matter:

(1) The Plaintiffs pursuit of a case against the Commonwealth in regard to the alleged disparate impact of the examinations at issue in the present case. Lopez v. Commonwealth, 463 Mass. 696, 978 N.E 2d 67 (2013).

(2) The decision of U.S.D.J. Kimba M. Wood to certify a question to the Second Circuit in a case that was cited by the parties in their briefing. Gulino v. Board of Education of City of New York, U.S. Dist. Lexis 11165 (2013) [Opinion and Order (one paper), January 28, 2013, attached as "A"]

(3) To discuss any other changes in circumstances of the parties since closing arguments.

The Defendants believe that a status conference would, among other things, allow for a discussion as to whether additional briefing on any or all of the above matters is appropriate.

> Respectfully submitted
> for the MBTA Defendants
>
> /s/ Kevin S. McDermott
> Kevin S. McDermott, BBO#544513
> Assistant General Counsel
> *Amanda Nordby, intern,*
> MBTA Law Department
> 10 Park Plaza, Suite 7760
> Boston, MA 02116
> (617) 222-4756
> E-MAIL:KMCDERMOTT@MBTA.COM

**CERTIFICATE OF CONFERRAL**

Pursuant to L.R. 7.1(A)(2) counsel for the MBTA Defendants hereby certifies that, on behalf of all Defendants, he has conferred via e-mail with Plaintiff's counsel regarding narrowing the issues or resolving this issues presented in this motion.

/s/ Kevin S. McDermott

**CERTIFICATE OF SERVICE**

I hereby certify that on August 12, 2013 this document was filed through the ECF system and thus copies will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ Kevin S. McDermott

MOTION JOINED BY:

CITY OF BOSTON,
By its Attorneys,

WILLIAM F. SINNOTT
Corporation Counsel

/s/Lawrence J. Donoghue
Lawrence J. Donoghue, Esq.
BBO# 130140
Special Assistant Corporation Counsel
MORGAN, BROWN & JOY, LLP
200 State Street, 11th Floor
Boston, MA 02109-2605
(617) 523-6666
Email: ldonoghue@morganbrown.com
*Dated: August 12, 2013*

CITY OF METHUEN and
WILLIAM M. MANZI, III, in his capacity
as MAYOR OF THE CITY OF METHUEN, MASSACHUSETTS,
By their attorney,

/s/Anne L. Randazzo
Anne L. Randazzo
B.B.O. #411670
Office of the City Solicitor
41 Pleasant Street, Room 311
Methuen, MA   01844
(978) 983-8575
Email: arandazzo@ci.methuen.ma.us
*Dated:   August 12, 2013*

CITY OF SPRINGFIELD
By their Attorney,

/s/Edward M. Pikula
Edward M. Pikula
B.B.O. #399770
City Solicitor
City of Springfield Law Department
36 Court Street, Room 210
Springfield, MA 01103
Tel:   413-787-6085
Fax:   413-787-6173
Email: epikula@springfieldcityhall.com
*Dated: August 12, 2013*

CITY OF LAWRENCE, MASSACHUSETTS,
AND JOHN (sic) MICHAEL SULLIVAN,
IN HIS CAPACITY AS MAYOR OF THE CITY OF LAWRENCE

By their attorney,

/s/Charles D. Boddy, Jr.
Charles D. Boddy, Jr.
BBO #551197
Assistant City Attorney
Room 306 - City Hall
200 Common Street
Lawrence, MA 01840
Tel: (978) 620-3030
Email: cboddy@CITYOFLAWRENCE.com
*Dated: August 12, 2013*


CITY OF LOWELL and the Appointing Authority for the City of
Lowell,
By their attorney,

/s/Gina Atwood_
Gina M. Atwood
BBO # 660861
Assistant City Solicitor
City of Lowell Law Department
375 Merrimack St.
Lowell, MA  01852
Tel.:  978-674-4050
E-mail: gatwood@lowellma.gov
*Dated: August 12, 2013*


CITY OF WORCESTER
and MICHAEL O'BRIEN,
By their attorney,

/s/ Tim D. Norris
Tim D. Norris, Esq.,
BBO # 552969
Collins, Loughran & Peloquin, P.C.
320 Norwood Park South
Norwood, MA 02062
(781) 762-2229
E-mail:tnorris@collinslabor.com
*Dated: August 12, 2013*