UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C.A. No. 07-11693-GAO

PEDRO LOPEZ, ET AL.,

    Plaintiffs

v.

CITY OF LAWRENCE, MASSACHUSETTS, ET AL.,

    Defendants

NOTICE OF WITHDRAWAL OF APPEARANCE OF KATHARINE I. DOYLE, ESQ.

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please enter my notice of withdrawal of appearance of the undersigned as counsel for the defendants, City of Methuen, Massachusetts and William Manzi, III, in his capacity as Mayor of City of Methuen, Massachusetts, in the above-captioned matter.

CITY OF METHUEN, MASSACHUSETTS AND WILLIAM MANZI, III, IN HIS CAPACITY AS MAYOR OF CITY OF METHUEN, MASSACHUSETTS

By their attorney,

/s/ Katharine I. Doyle
Katharine I. Doyle (BBO# 634131)
Kopelman and Paige, P.C.
City Solicitor
101 Arch Street
12th Floor
Boston, MA 02110-1109
(617) 556-0007

Date: _____

485974/MTHU/0004

CERTIFICATE OF SERVICE

    I, Katharine I. Doyle, certify that the above document will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be served upon any party or counsel of record who is not a registered participant of the Court's ECF system upon notification by the Court of those individuals who will not be served electronically.

    /s/ Katharine I. Doyle

485974/MTHU/0004