# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

PEDRO LOPEZ, ET AL
        Plaintiff(s)

v.                     CIVIL ACTION NO. 07-11693-GAO

CITY OF LAWRENCE, ET AL
        Defendant(s)

## JUDGMENT IN A CIVIL CASE

O'TOOLE   U.S.D.J.

**X**   **Decision by the Court**.  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED:**

In accordance with the Court's Findings of Facts, Conclusions of Law, and Order for Judgment, dated September 5, 2014, judgment is entered for all defendants on all claims.

ROBERT M. FARRELL
CLERK OF COURT

Dated: 9/5/14                  By /s/ Paul S. Lyness

               Deputy Clerk