UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 07-CA-11693-GAO

**PEDRO LOPEZ, et al.,**
    <u>**Plaintiffs**</u>,

**v.**

**CITY OF LAWRENCE,
MASSACHUSETTS, et al.**
    <u>**Defendants**</u>

## <u>NOTICE OF APPEARANCE</u>

**TO THE CLERK OF THE ABOVE REFERENCED COURT:**

    Please enter the appearance of Lisa Skehill Maki as attorney for the Defendant, City of Boston, in the above-captioned case.

    Respectfully submitted,

DEFENDANT, CITY OF BOSTON

Eugene O'Flaherty
Corporation Counsel
By its attorney:


/s/ Lisa Skehill Maki
_____
Lisa Skehill Maki, BBO # 675344
Senior Assistant Corporation Counsel
City of Boston Law Department
Room 615, City Hall
Boston, MA 02201
(617) 635-4022
Lisa.Maki@boston.gov

Date:  September 9, 2014

## **CERTIFICATE OF SERVICE**

  I, Lisa Skehill Maki hereby certify that on this date I served a copy of the foregoing document via electronic filing (EFC) on all counsel of record.


Date: September 9, 2014   /s/ Lisa Skehill Maki
             Lisa Skehill Maki