UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 07-CA-11693-GAO

PEDRO LOPEZ, et al.,
    **Plaintiffs,**

v.

CITY OF LAWRENCE,
MASSACHUSETTS, et al.
    **Defendants**

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE REFERENCED COURT:

    Please enter the appearance of Susan M. Weise as attorney for the Defendant, City of Boston, in the above-captioned case.

Respectfully submitted,

DEFENDANT, CITY OF BOSTON

Eugene O'Flaherty
Corporation Counsel
By its attorney:

/s/ Susan M. Weise
_____
Susan M. Weise, BBO # 545455
First Assistant Corporation Counsel
City of Boston Law Department
Room 615, City Hall
Boston, MA 02201
(617) 635-4020
Susan.Weise@boston.gov

Date:  September 9, 2014

## **CERTIFICATE OF SERVICE**

      I, Lisa Skehill Maki hereby certify that on this date I served a copy of the foregoing document via electronic filing (EFC) on all counsel of record.

Date: September 9, 2014        /s/ Susan M. Weise
                                          Susan M. Weise