# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PEDRO LOPEZ, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>CITY OF LAWRENCE, et al., )<br>)<br>Defendants. )<br>) | Civil Action No. 07-11693-GAO |

## PLAINTIFFS' NOTICE OF APPEAL

Plaintiffs hereby appeal the Court's Findings of Facts, Conclusions of Law, and Order for Judgment in favor of Defendants on Plaintiffs' claims for disparate impact racial discrimination under Title VII of the Civil Rights Act of 1964 and Chapter 151B of the General Laws of Massachusetts issued on September 5, 2014 (Docket No. 347) and the entry of the Court's judgment on the same date (Docket No. 348).

Respectfully submitted,

PEDRO LOPEZ, et al., Plaintiffs,

By their attorneys,

_/s/  Harold L. Lichten_____
Harold L. Lichten, BBO #549689
Shannon Liss-Riordan, BBO# 640716
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston St.
Boston, MA 02116
(617) 994-5800
Email: hlichten@llrlaw.com

Stephen S. Churchill, BBO#564158
Fair Work, P.C.
192 South Street, Suite 450
Boston, MA 02111
617-607-3260
Dated: September 9, 2014          Email: steve@fairworklaw.com

**CERTIFICATE OF SERVICE**

    I hereby certify that on September 9, 2014, I served a copy of this notice by electronic filing on all counsel of record in this case.

_/s/  Harold L. Lichten_____
Harold L. Lichten, Esq.