# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

## CLERK'S CERTIFICATE AND APPEALS COVER SHEET

## ABBREVIATED ELECTRONIC RECORD

Case Caption: Lopez et al v. City of Lawrence, Massachusetts et al

District Court Number: 07cv11693-GAO

Fee:   Paid? Yes  X    No ____   Government filer ____   *In Forma Pauperis* Yes ____   No ____

| | | | |
|---|---|---|---|
| Motions Pending | Yes ____ No  X  | Sealed documents | Yes  X   No ____ |
| If yes, document # | _____ | If yes, document # | 176, 222, 308 |
| *Ex parte* documents | Yes ____ No  X  | Transcripts | Yes  X   No ____ |
| If yes, document # | _____ | If yes, document # | (see attached) |

Notice of Appeal filed by: Plaintiff/Petitioner  X    Defendant/Respondent ____   Other: ____

Appeal from:

#347 Findings of Facts, Conclusions of Law, and Order for Judgment, #348 Judgment

Other information:

---

I, Robert M. Farrell, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

#347, #348, and #351

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal #  351   filed on September 9, 2014.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on September 11, 2014.

**ROBERT M. FARRELL**
Clerk of Court

/s/Matthew A. Paine
Deputy Clerk

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**

TRANSCRIPTS: 52, 94, 105, 252, 258-260, 262, 263, 267, 268, 270, 274, 278, 279, 284, 296-301