UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| PEDRO LOPEZ, et al., | ) | |
| Plaintiffs | ) | |
| v. | ) | Civil Action No. 07-11693-GAO |
| CITY OF LAWRENCE, et al., | ) | |
| Defendants | ) | |

**NOTICE OF CHANGE OF ADDRESS**

Pursuant to Local Rule 83.5.2(e), Plaintiffs hereby notify the Court of a change of address for their counsel. Effective immediately, all correspondence for Lichten & Liss-Riordan, P.C. should not be sent to the following address:

Lichten & Liss-Riordan, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
Tel: 617.994.5800
Fax: 617.995.5801

PEDRO LOPEZ, et al.,
By their attorneys,

/s/ *Harold Lichten*
Harold L. Lichten, BBO#549689
Shannon Liss-Riordan, BBO#640716
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
617-994-5800
hlichten@llrlaw.com
sliss@llrlaw.com

1

/s/ *Stephen Churchill*
Stephen Churchill, BBO#564158
FAIR WORK, P.C.
192 South Street, Suite 450
Boston, MA 02111
617-607-3260
steve@fairworklaw.com

Dated: September 17, 2014

**CERTIFICATE OF SERVICE**

This will certify that I served a copy of the foregoing document on all counsel, by ECF, on this date.

Dated:  September 17, 2014              /s/ *Harold Lichten*
                                        Harold L. Lichten