UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C.A. No. 07-11693-GAO

| | |
|---|---|
| PEDRO LOPEZ, ET AL.,<br><br>    Plaintiffs<br><br>v.<br><br>CITY OF LAWRENCE, MASSACHUSETTS, ET AL.,<br><br>    Defendants | NOTICE OF WITHDRAWAL |

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please withdraw my appearance as counsel for the defendants, City of Methuen, Massachusetts and William Manzi, III, in his capacity as Mayor of City of Methuen, Massachusetts, in the above-captioned matter.   Successor counsel has appeared for said defendants.

        CITY OF METHUEN, MASSACHUSETTS AND WILLIAM MANZI, III, IN HIS CAPACITY AS MAYOR OF CITY OF METHUEN, MASSACHUSETTS

        By their attorney,

        /s/ Michele E. Randazzo
        Michele E. Randazzo (BBO# 564906)
        Kopelman and Paige, P.C.
        101 Arch Street, 12th Floor
        Boston, MA 02110-1109
        (617) 556-0007
        mrandazzo@k-plaw.com

Date:  October 8, 2014
507537/MTHU/0004

CERTIFICATE OF SERVICE

    I, Michele E. Randazzo, certify that the above document will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be served upon any party or counsel of record who is not a registered participant of the Court's ECF system upon notification by the Court of those individuals who will not be served electronically.

        /s/ Michele E. Randazzo