UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PEDRO LOPEZ, ET AL., <br><br> Plaintiff, <br><br> v. <br><br> CITY OF LAWRENCE, MASSACHUSETTS, ET AL., <br><br> Defendant | Civil Action No. 1:07-cv--11693-GAO |

## NOICE OF WITHDRAWAL

Please withdraw my appearance as counsel for the plaintiffs, Shumeand Benfold, Angela Williams-Mitchell, Gwendolyn Brown, and Lynette Praileau, in the above-referenced matter, as they are currently represented by lead counsel for the plaintiffs as well as successor counsel from the Lawyers' Committee for Civil Rights and Economic Justice.

Respectfully submitted,

/s/ Rahsaan D. Hall
Rahsaan D. Hall (BBO #645369)
Lawyers' Committee for Civil Rights
 and Economic Justice
294 Washington St. Suite #443
Boston, MA 02108
(617)988-0608

Dated: July 24, 2015

## **CERTIFICATE OF SERVICE**

In accordance with Local Rule 5.2(b), I, Rahsaan D. Hall, hereby certify that this document filed through the ECF system on July 25, 2015 will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

*/s/ Rahsaan D. Hall*

Rahsaan D. Hall, Esq.