UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PEDRO LOPEZ, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>CITY OF LAWRENCE,<br>MASSACHUSETTS, et al.,<br><br>    Defendants. | Civil Action No. 1:07-cv--11693-GAO |

## NOTICE OF APPEARANCE

Pursuant to Local Rule D. Mass. 83.5.2 (a), please enter my appearance on behalf of plaintiffs Shumeand Benfold, Angela Williams-Mitchell, Gwendolyn Brown, and Lynette Praileau in the above-captioned matter. I am successor counsel to Rahsaan Hall from the Lawyers' Committee for Civil Rights and Economic Justice.

Respectfully submitted,

/s/ Laura Maslow-Armand
Laura Maslow-Armand (BBO #563003)
Lawyers' Committee for Civil Rights
and Economic Justice
294 Washington Street
Suite 443
Boston, MA 02108
(617)988-0613

Dated: August 12, 2015

## **CERTIFICATE OF SERVICE**

In accordance with Local Rule 5.2(b), I, Laura Maslow-Armand, hereby certify that this document filed through the ECF system on August 12, 2015 will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

*/s/ Laura Maslow-Armand*

Laura Maslow-Armand, Esq.